IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1199-SLR |
| ) | |
| INTERNET SECURITY SYSTEMS, ) | |
| INC. and SYMANTEC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 13th day of April, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant ISS-DE's motion to dismiss (D.I. 10) is denied without prejudice;

2. Defendant ISS-DE's motion to sever and transfer (D.I. 10) is denied; and

3. Defendant Symantec's motion to sever and transfer (D.I. 14) is denied.

_____
United States District Judge