IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC., )
)
      Plaintiff, )
)
v. ) Civ. No. 04-1199-SLR
)
INTERNET SECURITY SYSTEMS, )
INC. and SYMANTEC CORPORATION,)
)
      Defendants. )

### O R D E R

At Wilmington this 13th day of April, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant ISS-DE's motion to dismiss (D.I. 10) is denied without prejudice;

2. Defendant ISS-DE's motion to sever and transfer (D.I. 10) is denied; and

3. Defendant Symantec's motion to sever and transfer (D.I. 14) is denied.

                                                         /s/ Sue L. Robinson
                                                 United States District Judge