IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199-SLR |

**PLAINTIFF SRI INTERNATIONAL, INC.'S MOTION TO AMEND ITS COMPLAINT TO ADD DEFENDANT INTERNET SECURITY SYSTEMS, INC., A GEORGIA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 15 and 21, Plaintiff SRI International, Inc. ("SRI") hereby moves the Court for leave to amend its complaint to add as a named defendant Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA").

A proposed order granting SRI's motion for leave to amend its Complaint is attached hereto, as are a copy of the amended Complaint, and a red-lined version showing the changes that were made to the original Complaint. Plaintiff hereby requests that the Court grant its motion to amend its Complaint to add ISS-GA as a named defendant.

Dated: April 25, 2005          FISH & RICHARDSON P.C.

By: /s/ Timothy Devlin
    Timothy Devlin (#4241)
    FISH & RICHARDSON P.C.
    919 N. Market St., Ste. 1100
    P.O. Box 1114
    Wilmington, DE 19889-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

    Howard G. Pollack (CA Bar No. 162897)
    Michael J. Curley (CA Bar No. 230343)
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, California 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

I hereby certify that on April 25, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |

/s/ Timothy Devlin
Timothy Devlin