IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No. 04-1199-SLR |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The Court having reviewed the submissions regarding plaintiff SRI INTERNATIONAL, INC.'s motion to amend its complaint, it is hereby ORDERED:

Plaintiffs' Motion to Amend its Complaint is GRANTED.

SO ORDERED THIS _____day of _____, 2005.

_____
United States District Judge