IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No. 04-1199-SLR |

**STIPULATION & PROPOSED ORDER**

WHEREAS, on April 25, 2005, SRI International Inc. ("SRI") moved the Court for leave to amend its Complaint to add Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA") as a defendant;

AND WHEREAS, Internet Security Systems, Inc. a Delaware Corporation ("ISS-DE") and Symantec Corporation ("Symantec"), do not contest the proposed amendment;

AND WHEREAS, ISS-DE's and Symantec's answer to SRI's original Complaint would otherwise be due the date of this stipulation, April 27, 2005,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties: (i) that ISS-DE and Symantec consent to the Court entering SRI's First Amended Complaint; (ii) that counsel for ISS-DE agrees to accept service of the First Amended Complaint on behalf of ISS-GA; and (iii) that SRI agrees that ISS-DE and Symantec need not respond to the original Complaint but will answer, move or otherwise respond to the First Amended Complaint along with ISS-GA within 20 days after it is entered by the Court in accordance with the applicable rules.

| FISH & RICHARDSON P.C. | POTTER, ANDERSON & CORROON |
|---|---|
| /s/ Timothy Devlin<br>Timothy Devlin (#4241)<br>919 N. Market St.<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19889-1114<br><br>Attorneys for Plaintiff<br>SRI INTERNATIONAL, INC. | /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br><br>Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Attorneys for Defendant
SYMANTEC CORPORATION

# ORDER GRANTING PLAINTIFFS'

## UNOPPOSED MOTION TO AMEND COMPLAINT

The Court having reviewed the stipulation regarding plaintiff SRI INTERNATIONAL, INC.'s motion to amend its complaint, it is hereby ORDERED:

Plaintiffs' Motion to Amend its Complaint is GRANTED and SRI's First Amended Complaint is deemed entered as of the date of this ORDER.

**SO ORDERED,** this _____ day of _____, 2005.

_____
United States District Judge