IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>             Plaintiff,<br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation and SYMANTEC CORPORATION, a Delaware corporation,<br><br>             Defendants. | Case No. 04-1199-SLR |

### ENTRY OF APPEARANCE

Please enter the appearance of John F. Horvath, FISH & RICHARDSON P.C. as Delaware Counsel for Plaintiff SRI INTERNATIONAL, INC.

Dated: May 4, 2005        FISH & RICHARDSON P.C.

                By: /s/ John F. Horvath
                    Timothy Devlin (#4241)
                    John F. Horvath (#4557)
                    FISH & RICHARDSON P.C.
                    919 N. Market St., Ste. 1100
                    P.O. Box 1114
                    Wilmington, DE 19889-1114
                    Telephone: (302) 652-5070
                    Facsimile: (302) 652-0607

                    Howard G. Pollack (CA Bar No. 162897)
                    Michael J. Curley (CA Bar No. 230343)
                    FISH & RICHARDSON P.C.
                    500 Arguello Street, Suite 500
                    Redwood City, California 94063
                    Telephone: (650) 839-5070
                    Facsimile: (650) 839-5071

                    Attorneys for Plaintiff
                    SRI INTERNATIONAL, INC.

80024374.doc

## CERTIFICATE OF SERVICE

   I hereby certify that on May 4, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

   I hereby certify that on May 4, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

                /s/ John F. Horvath
                John F. Horvath