# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

June 2, 2005

**Via Electronic Filing**

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

Re:    SRI International Inc. v. Internet Security Systems, Inc. and Symantec Corp.
       USDC-D. Del. - Case No. 04-1199-SLR

Dear Chief Judge Robinson:

Attached please find two letters written to Judge Cooper in the Northern District of Georgia pertaining to the Declaratory Judgment action ISS-GA filed against SRI in that Court.  The first letter, written by counsel for ISS-GA, asks Judge Cooper to (a) deny SRI's motion to dismiss the Georgia case and to (b) transfer the case to the District of Delaware.  The second letter, written by counsel for SRI, indicates SRI's lack of objection to ISS-GA's request.

While SRI believes Judge Cooper should dismiss ISS-GA's Declaratory Judgment action as prematurely filed, it does not oppose transferring the case to Delaware since such a transfer will not delay proceedings in this case.  This is because ISS-GA has, as expected, raised the same issues regarding the validity and enforceability of SRI's patents in answer to SRI's First Amended Complaint that it raised in the Declaratory Judgment action it filed in the Northern District of Georgia.

We write to you now, merely to keep you apprised of developments in the Georgia case, and to alert you to the possibility that Judge Cooper may transfer that case to this Court rather than simply dismissing it.

Respectfully submitted,

/s/ John F. Horvath

John F. Horvath

cc:    Holmes J. Hawkins, III (Via First Class Mail)
       Paul S. Grewal (Via First Class Mail)

80024890.doc