## Sutherland Asbill & Brennan LLP
### ATTORNEYS AT LAW

999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8000
fax 404.853.8806
www.sablaw.com

ANN G FORT
DIRECT LINE: 404.853.8493
Internet: ann.fort@sablaw.com

May 24, 2005

**VIA FACSIMILE & U.S. MAIL**

The Honorable Clarence Cooper
United States District Court for the
　Northern District of Georgia
1701 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303-3309

Re:　*Internet Security Systems, Inc. v. SRI International, Inc.*,
　　　United States District Court for the Northern District of Georgia,
　　　Civil Action File No. 04-CV-2402-CC

Dear Judge Cooper:

We are in receipt of today's letter from counsel for Internet Security Systems ("ISS") requesting that this declaratory judgment matter be transferred to the District of Delaware, where SRI's infringement suit against ISS and Symantec is currently pending.

SRI does not object to ISS's request which, while not answering all of the jurisdictional issues raised by SRI's motion to dismiss, does render moot the issue of where the dispute should be heard.

SRI appreciates the time and attention this Court has devoted to this matter, and will cooperate as necessary to effectuate the transfer.

Respectfully submitted,

Ann G. Fort

AGF/gp
Enclosure
cc:　Holmes J. Hawkins, III, Esq.
　　　Natasha Horen Moffit, Esq.
　　　Frank E. Scherkenbach, Esq.

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
John Horvath, Esq.

# Sutherland
# ■ Asbill & ■
# Brennan LLP
ATTORNEYS AT LAW

RECEIVED
MAY 24 2005
FISH & RICHARDSON
SILICON VALLEY OFFICE

999 Peachtree St., N.E.
Atlanta, GA 30309-3996
tel 404.853.8000
fax 404.853.8806
www.sablaw.com

## Facsimile

## CONFIDENTIAL

Date: May 24, 2005

Pages (including cover): 3

| TO: | | | |
|---|---|---|---|
| **Recipient Name** | **Firm/Company** | **Fax** | **Telephone** |
| Frank L. Scherkenbach, Esq. | FISH & RICHARDSON P.C. | (617) 542-8906 | (617) 521-7883 |
| Howard G. Pollack, Esq./ Michael J. Curley, Esq. | FISH & RICHARDSON | (650) 839-5071 | (650) 839-5070 |
| Richard H. Abramson | SRI INTERNATIONAL | 650-859-3834 | 650-859-2529 |
| | | | |
| | | | |

| FROM: | ANN G. FORT | Email address: | ann.fort@sablaw.com |
|---|---|---|---|
| **Telephone:** | 404.853.8493 | **User number:** 1321 | **Client number:** 22802.0001 |
| **Message:** | | | |

Re:

This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at 404.853.8813 and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Atlanta ■ Austin ■ Houston ■ New York ■ Tallahassee ■ Washington, DC

AO 1232440.1