IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Civil Action No. 04-1199 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 15th day of June, 2005, copies of Defendant's Symantec Corporation's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were served on counsel as indicated:

**VIA HAND DELIVERY**

Timothy Devlin, Esq.
Fish & Richardson P.C.
919 Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Fax 650.839.5071

Holmes J. Hawkins, III, Esq.
Natasha H. Moffitt, Esq.
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
Fax: 404.572.5100

/s/ Mary Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
Counsel for Defendant
SYMANTEC CORPORATION

OF COUNSEL:

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Fax: (408) 873-0220

Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA 95014
Tel: (408) 517-8000
Fax: (408) 517-8121

Dated: June 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Timothy Devlin, Esq.
Fish & Richardson P.C.
919 Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 15th day of June, 2005, the foregoing document was served via Federal Express on the following:

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Fax 650.839.5071

Holmes J. Hawkins, III, Esq.
Natasha H. Moffitt, Esq.
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
Fax: 404.572.5100

_____
Mary B. Matterer (No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888-6800
mmatterer@morrisjames.com
Attorneys for Defendant
Symantec Corporation