# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

June 21, 2005

**Via Electronic Filing**

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re:    SRI International Inc. v. Internet Security Systems, Inc. and Symantec Corp.
       USDC-D. Del. - Case No. 04-1199-SLR

Dear Chief Judge Robinson:

As the Court is aware, a telephone scheduling conference has been set for this Thursday, June 23, 2005 at 8:30 a.m. Eastern in the above referenced matter. In preparation for the conference, enclosed please find the parties' joint proposed Rule 16 Scheduling Order and a chart showing the different proposed discovery dates.

Respectfully submitted,

/s/ John F. Horvath

John F. Horvath

cc:   Richard K. Herrmann (via electronic mail)
      Richard L. Horwitz (via electronic mail)
      Holmes J. Hawkins, III (Via Federal Express)
      Paul S. Grewal (Via Federal Express)

Enclosure

80025266.doc