**PROPOSED CASE SCHEDULE**

| Deadline | SRI's Proposed Dates | Defendants' Proposed Dates |
|---|---|---|
| LDT inform other party of intention to rely on advice of counsel | October 3, 2005 | February 28, 2006 |
| LDT produce documents supporting fact discovery | October 17, 2005 | November 15, 2005 |
| LDTF/S Proposed Protective Order and Proposed Order Limiting Expert Discovery | | July 18, 2005 |
| Supplemental Responses Under 26(e) | December 30, 2005, April 3, 2006, intervals | March 31, 2006 July 7, 2006 |
| Parties' LDT join other parties and amend the pleadings | December 30, 2005 | September 15, 2005 |
| Fact Discovery Cutoff | January 30, 2006 | April 28, 2006 |
| Discovery Status Conference | November 17, 2005 | February 1, 2006 |
| Parties' LDT exchange list of those claim terms they believe need construction and their proposed claim construction of those terms | February 6, 2006 | January 20, 2006 |
| LDTF/S Joint Claim Construction Statement | February 20, 2006 | March 15, 2006 |
| LDTS Opening Expert Reports | March 13, 2006 | June 1, 2006 |
| Parties' LDTF/S Opening Claim Construction Briefs | May 22, 2006 | August 15, 2006 |
| LDTF/S Daubert Motions | May 26, 2006 | October 9, 2006 |
| LDTS Rebuttal Expert Reports | April 3, 2006 | July 7, 2006 |
| Expert Discovery Cutoff | April 28, 2006 | August 1, 2006 |
| Parties' LDTS list of fact witnesses they intend to call at trial | May 26, 2006 | September 1, 2006 |
| Parties' LDTF/S summary judgment motions | June 5, 2006 | September 1, 2006 |
| Parties' LDTF/S Responses to Claim Construction Briefs | June 12, 2006 | September 8, 2006 |
| Parties' LDTS list of rebuttal fact witnesses they intend to call at trial | June 26, 2006 | October 2, 2006 |
| Discovery Status Conference | January 9, 2006 | July 14, 2006 |

| **Deadline** | **SRI's Proposed Dates** | **Defendants' Proposed Dates** |
|---|---|---|
| Claim Construction Hearing | July 17, 2006 | September 25, 2006 |
| Parties' LDT hold deposition of fact witnesses not previously deposed | July 27, 2006 | November 2, 2006 |
| Pretrial Conference | August 21, 2006 | January 8, 2007 |
| Trial | September 11, 2006 | January 29, 2007 |
| Estimated length of trial | Ten days | Two separate two-week jury trials |

Prposed Dates.doc