IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | |
| Plaintiff, | |
| v. | Case No. 04-1199-SLR |
| INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2005, true and correct copies of the

following documents were caused to be served on the attorneys of record, at the

following addresses and in the manner indicated:

1. **PLAINTIFF SRI INTERNATIONAL, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A DELAWARE CORPORATION [NOS. 1–13]**

2. **PLAINTIFF SRI INTERNATIONAL, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A DELAWARE CORPORATION [NOS. 1 – 81]**

3. **PLAINTIFF SRI INTERNATIONAL, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A GEORGIA CORPORATION [NOS. 1–13]**

4. **PLAINTIFF SRI INTERNATIONAL, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A GEORGIA CORPORATION [NOS. 1 – 81]**

5. **PLAINTIFF SRI INTERNATIONAL, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT SYMANTEC CORPORATION  [NOS. 1–13]**

6. **PLAINTIFF SRI INTERNATIONAL, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SYMANTEC CORPORATION  [NOS. 1 – 88]**

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |
| **VIA HAND DELIVERY**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys For Defendant<br>SYMANTEC CORPORATION |
| **VIA OVERNIGHT MAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| **VIA OVERNIGHT MAIL**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |

Dated:  June 24, 2005                FISH & RICHARDSON P.C.


By:  /s/ John F. Horvath
      Timothy Devlin (#4241)
      John F. Horvath (#4557)
      FISH & RICHARDSON P.C.
      919 N. Market St., Ste. 1100
      P.O. Box 1114
      Wilmington, DE 19889-1114
      Telephone:  (302) 652-5070
      Facsimile:  (302) 652-0607

      Howard G. Pollack (CA Bar No. 162897)
      Michael J. Curley (CA Bar No. 230343)
      FISH & RICHARDSON P.C.
      500 Arguello Street, Suite 500
      Redwood City, California 94063
      Telephone:  (650) 839-5070
      Facsimile:  (650) 839-5071

      Attorneys for Plaintiff
      SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on June 24, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |

/s/John F. Horvath
John F. Horvath