# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

June 28, 2005

**Via Electronic Filing**

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

FR

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Re:     SRI International Inc. v. Internet Security Systems, Inc. and Symantec Corp.
        USDC-D. Del. - Case No. 04-1199-SLR

Dear Chief Judge Robinson:

Attached please find a proposed Scheduling Order in the above-captioned matter.

Respectfully submitted,

*/s/ John F. Horvath*

John F. Horvath

Enclosure

cc:     Richard K. Herrmann, Esquire (via electronic mail)
        Richard L. Horwitz, Esquire (via electronic mail)
        Holmes J. Hawkins, III (via First Class mail)
        Paul S. Grewal (via First Class mail)

80025410.doc