IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199 |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Frank E. Scherkenbach and Gina M. Steele, to represent plaintiff SRI International, Inc., in this matter.

Dated: July 7, 2005            FISH & RICHARDSON P.C.

                               By: /s/ John F. Horvath
                                   _____
                                   Timothy Devlin (#4241)
                                   John F. Horvath (#4557)
                                   919 N. Market St., Ste. 1100
                                   P.O. Box 1114
                                   Wilmington, DE 19889-1114
                                   Telephone: (302) 652-5070
                                   Facsimile: (302) 652-0607

                               Attorneys for Plaintiff
                               SRI INTERNATIONAL, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2005        _____
                                    United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: July 5, 2005

Signed: *Frank E. Scherkenbach*
Frank E. Scherkenbach
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: _June 20_, 2005          Signed: _____
                                        Gina M. Steele
                                        Fish & Richardson, P.C.
                                        500 Arguello Street, Suite 500
                                        Redwood City, CA 94063
                                        (650) 839-5071

50283030.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2005, I electronically filed a **MOTION AND ORDER FOR ADMISSION PRO HAC VICE .** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann<br>BLANK ROME LLP<br>Chase Manhatten Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6500<br>Facsimile : (302) 571-1750 | Attorneys for Defendant,<br>SYMANTEC CORPORATION |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192 | Attorneys for Defendant,<br>INTERNET SECURITY SYSTEMS,<br>INC. |

I hereby certify that on July 7, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>DAY CASEBEER MADRID<br>  & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220 | Attorneys for Defendant,<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |

/s/ John F. Horvath
John F. Horvath

80025338.doc