IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>  v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**NOTICE OF SERVICE**

Please take notice that on this 15th day of July, 2005, copies of the following documents:

**(1)   SYMANTEC CORPORATION'S FIRST SET OF INTERROGATORIES TO SRI INTERNATIONAL, INC.** and

**(2)   SYMANTEC CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO SRI INTERNATIONAL, INC.**

were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**

Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801

**VIA EMAIL & FEDERAL EXPRESS**

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA  94063

Holmes Hawkins, III, Esq.
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA  30303-1763

193416

Dated: July 15, 2005

By:    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone: (302) 888-6800
rherrmann@morrisjames.com

Counsel for Defendant
Symantec CORPORATION

OF COUNSEL:

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel:  (408) 873-0110
Fax: (408) 873-0220

Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA  95014
Tel:  (408) 517-8000
Fax: (408) 517-812

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of July, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Timothy Devlin, Esq. | Richard L. Horwitz, Esq. |
| Fish & Richardson, P.C. | David E. Moore, Esq. |
| 919 North Market Street, Suite 1100 | Potter Anderson & Corroon LLP |
| Wilmington, DE 19801 | Hercules Plaza |
| | 1313 North Market Street, 6th Floor |
| | Wilmington, DE 19801 |

  Additionally, I hereby certify that on the 15th day of July, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq. | Holmes Hawkins, III, Esq. |
| Michael J. Curley, Esq. | King & Spalding |
| Fish & Richardson | 191 Peachtree Street, N.E. |
| 500 Arguello Street, Suite 500 | Atlanta, GA 30303-1763 |
| Redwood City, CA 94063 | |

      /s/ Richard K. Herrmann
      Richard K. Herrmann (#405)
      Morris, James, Hitchens & Williams LLP
      222 Delaware Avenue, 10th Floor
      P.O. Box 2306
      Wilmington, DE 19899-2306
      Telephone: (302) 888-6800
      rherrmann@morrisjames.com

      Counsel for Defendant
      SYMANTEC CORPORATION