# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 04-1199-SLR <br> : |
| INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **29th** day of **July, 2005**.

IT IS ORDERED that the teleconference scheduled for Wednesday, September 7, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, October 3, 2005 at 9:00 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE