IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 29, 2005, true and correct copies of **SRI INTERNATIONAL, INC.'S RESPONSES TO DEFENDANT SYMANTEC CORPORATION'S FIRST SET OF INTERROGATORIES [NOS. 1-12]** and **SRI INTERNATIONAL, INC.'S RESPONSES TO DEFENDANT SYMANTEC CORPORATION'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS [NOS. 1-87]** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA FACSIMILE & FEDERAL EXPRESS**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

**VIA FACSIMILE & FEDERAL EXPRESS**  Attorneys For Defendant
Richard K. Herrmann Esq.  SYMANTEC CORPORATION
Morris James Hitchens & Williams
PNC Bank Center
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306


**VIA FACSIMILE & HAND DELIVERY**  Attorney for Defendant
Paul S. Grewal  SYMANTEC CORPORATION
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, California  95014


**VIA FACSIMILE & FEDERAL EXPRESS**  Attorneys for Defendant
Holmes Hawkins, III  INTERNET SECURITY SYSTEMS,
King & Spalding  INC.
191 Peachtree Street, N.E.
Atlanta, GA  30303-1763


Dated:  August 30, 2005            FISH & RICHARDSON P.C.


                        */s/ John F. Horvath*
                        John F. Horvath (#4557)
                        919 N. Market St., Ste. 1100
                        P.O. Box 1114
                        Wilmington, DE 19889-1114
                        Telephone:  (302) 652-5070
                        Facsimile:  (302) 652-0607

                        Frank E. Scherkenbach
                        Howard G. Pollack
                        Gina M. Steele
                        Michael J. Curley
                        FISH & RICHARDSON P.C.
                        500 Arguello Street, Suite 500
                        Redwood City, California 94063
                        Telephone:  (650) 839-5070
                        Facsimile:  (650) 839-5071

       Attorneys for Plaintiff
       SRI INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on August 30, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

*/s/ John F. Horvath*
John F. Horvath