IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC., a California
Corporation,

              Plaintiff,

      v.

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation, INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation, and SYMANTEC
CORPORATION, a Delaware corporation,

              Defendants.

Case No. 04-1199-SLR

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on September 22, 2005, true and correct copies of

**PLAINTIFF SRI INTERNATIONAL, INC.'S SECOND SET OF REQUESTS FOR**

**PRODUCTION TO DEFENDANT SYMANTEC CORPORATION [NOS. 82-91]**

were caused to be served on the attorneys of record, at the following addresses and in the

manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |
| **VIA HAND DELIVERY**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys For Defendant<br>SYMANTEC CORPORATION |

**VIA FEDERAL EXPRESS**
Paul S. Grewal
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, California  95014

Attorney for Defendant
SYMANTEC CORPORATION


**VIA FEDERAL EXPRESS**
Holmes Hawkins, III
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA  30303-1763

Attorneys for Defendant
INTERNET SECURITY SYSTEMS,
INC.


Dated:  September 23, 2005          FISH & RICHARDSON P.C.


                                    */s/ John F. Horvath*
                                    John F. Horvath (#4557)
                                    919 N. Market St., Ste. 1100
                                    P.O. Box 1114
                                    Wilmington, DE 19889-1114
                                    Telephone:  (302) 652-5070
                                    Facsimile:  (302) 652-0607

                                    Frank E. Scherkenbach
                                    Howard G. Pollack
                                    Gina M. Steele
                                    Michael J. Curley
                                    FISH & RICHARDSON P.C.
                                    500 Arguello Street, Suite 500
                                    Redwood City, California 94063
                                    Telephone:  (650) 839-5070
                                    Facsimile:  (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on September 23, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |

*/s/ John F. Horvath*
John F. Horvath