IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC.,       )
                               )
      Plaintiff,             )
                               )
v.                             )   Civ. No. 04-1199-SLR
                               )
INTERNET SECURITY SYSTEMS,     )
INC. and SYMANTEC CORP.,       )
                               )
      Defendants.            )

O R D E R

At Wilmington this 30th day of September, 2005, having conferred with counsel; and the court's having concluded that pending patent applications that are related to a patent in suit may contain relevant evidence relating to prior art references;

IT IS ORDERED that, **on or before October 13, 2005,** plaintiff shall produce those pending patent applications that share the same priority date and disclosure with the patent in suit. Plaintiff may produce said applications directly to defendants, or plaintiff may produce the applications to the court for in camera inspection (if plaintiff maintains that there has been no discussion of prior art during the course of prosecution). If/when the applications are produced to defendants, only outside counsel and retained experts may have access to them; i.e., no

employee of a defendant may have access to the applications, absent order of the court.

                                                    /s/ *signature*
                                      United States District Judge