IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 3, 2005, true and correct copies of **SRI INTERNATIONAL'S RESPONSE TO SYMANTEC CORPORATION'S SECOND SET OF INTERROGATORIES** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Attorneys for Defendant
INTERNET SECURITY SYSTEMS, INC.

**VIA HAND DELIVERY**
Richard K. Herrmann Esq.
Morris James Hitchens & Williams
PNC Bank Center
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

Attorneys For Defendant
SYMANTEC CORPORATION

| | |
|---|---|
| **VIA FEDERAL EXPRESS**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| **VIA FEDERAL EXPRESS**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

Dated:  October 3, 2005    FISH & RICHARDSON P.C.

                                                */s/ John F. Horvath*
                                                John F. Horvath (#4557)
                                                919 N. Market St., Ste. 1100
                                                P.O. Box 1114
                                                Wilmington, DE 19889-1114
                                                Telephone:  (302) 652-5070
                                                Facsimile:  (302) 652-0607

                                                Frank E. Scherkenbach
                                                Howard G. Pollack
                                                Gina M. Steele
                                                Michael J. Curley
                                                FISH & RICHARDSON P.C.
                                                500 Arguello Street, Suite 500
                                                Redwood City, California 94063
                                                Telephone:  (650) 839-5070
                                                Facsimile:  (650) 839-5071

                                                Attorneys for Plaintiff
                                                SRI INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on October 3, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |

*/s/ John F. Horvath*
John F. Horvath