**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,   Plaintiff and Counterclaim-Defendant,   v.   INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation,   Defendants and Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) C. A. No.: 04-1199 (SLR) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of ISS-DE's Second Set of Requests for the Production of Documents and Things (Nos. 13-68) were caused to be served on October 4, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Timothy Devlin
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**VIA FEDERAL EXPRESS**

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Holmes J. Hawkins III<br>Natasha H. Moffitt<br>KING & SPALDING LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Tel: (404) 572-4600<br><br>Theresa A. Moehlman<br>Jeffrey D. Blake<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 556-2100<br><br>Dated: October 4, 2005 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Internet Security Systems, Inc.,*<br>*a Delaware corporation* |

702038

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 4, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA HAND DELIVERY**

| | |
|---|---|
| Timothy Devlin | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE  19899 | Wilmington, DE  19899-2306 |

I hereby certify that on October 4, 2005, I have Federal Expressed the attached document to the following non-registered participants:

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA  94063 | Cupertino, CA  95014 |

   */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314