IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**NOTICE OF SERVICE**

Please take notice that on the 27th day of October, 2005, copies of the following document, **SYMANTEC CORPORATION'S RESPONSE TO SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6),** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
John F. Horvath, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**VIA EMAIL AND FEDEX**
Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA 94063

Holmes Hawkins, III, Esq.
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA 30303-1763

Dated:  October 27, 2005

By:    /s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Counsel for Defendant
SYMANTEC CORPORATION

OF COUNSEL:

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel:  (408) 873-0110
Fax: (408) 873-0220


Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA  95014
Tel:  (408) 517-8000
Fax: (408) 517-812

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Timothy Devlin, Esq. | Richard L. Horwitz, Esq. |
| Fish & Richardson, P.C. | David E. Moore, Esq. |
| 919 North Market Street, Suite 1100 | Potter Anderson & Corroon LLP |
| Wilmington, DE  19801 | Hercules Plaza |
| | 1313 North Market Street, 6th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 27th day of October, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq. | Holmes Hawkins, III, Esq. |
| Michael J. Curley, Esq. | King & Spalding |
| Fish & Richardson | 191 Peachtree Street, N.E. |
| 500 Arguello Street, Suite 500 | Atlanta, GA  30303-1763 |
| Redwood City, CA  94063 | |

　　　　　　　　　　　　　　　　　／s/ Mary B. Matterer
　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　Morris, James, Hitchens & Williams LLP
　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　SYMANTEC CORPORATION

3