IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 31, 2005, a true and correct copy of the following document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**SRI INTERNATIONAL, INC.'S RESPONSE TO SYMANTEC CORPORATION'S THIRD SET OF INTERROGATORIES**

On November 1, 2005, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the matter indicated:

**FISH & RICHARDSON'S RESPONSE AND OBJECTIONS TO DEFENDANTS' SUBPOENA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

**THANE FRIVOLD'S OBJECTIONS TO DEFENDANT SYMANTEC CORPORATION'S SUBPOENA DUCES TECUM DIRECTED TO THANE FRIVOLD**

| | |
|---|---|
| **VIA FAX AND U.S. MAIL**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |
| **VIA FAX AND U.S. MAIL**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Attorneys For Defendant<br>SYMANTEC CORPORATION |
| **VIA FEDERAL EXPRESS**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California 95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| **VIA FEDERAL EXPRESS**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS,<br>INC. |

Dated: November 3, 2005        FISH & RICHARDSON P.C.

/s/ *John F. Horvath*
John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114

Frank E. Scherkenbach
Howard G. Pollack
Gina M. Steele
Michael J. Curley
500 Arguello Street, Suite 500
Redwood City, California 94063

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on November 3, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

*/s/ John F. Horvath*
John F. Horvath