**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) |
| Plaintiff and Counterclaim-Defendant, | ) ) ) ) |
| v. | ) ) ) C. A. No.: 04-1199 (SLR) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) ) |
| Defendants and Counterclaim-Plaintiffs. | ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of Internet Security Systems, Inc.'s Objections and Responses to SRI International Inc.'s Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) were caused to be served on November 17, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Timothy Devlin
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE   19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

2

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA 94063 | Cupertino, CA 95014 |

OF COUNSEL:  POTTER ANDERSON & CORROON LLP

Holmes J. Hawkins III
Natasha H. Moffitt         By: */s/ David E. Moore*
KING & SPALDING LLP            Richard L. Horwitz (#2246)
191 Peachtree Street           David E. Moore (#3983)
Atlanta, GA 30303              Hercules Plaza 6th Floor
Tel: (404) 572-4600            1313 N. Market Street
                               P.O. Box 951
Theresa A. Moehlman            Wilmington, DE 19899
Jeffrey D. Blake               Tel: (302) 984-6000
KING & SPALDING LLP            rhorwitz@potteranderson.com
1185 Avenue of the Americas    dmoore@potteranderson.com
New York, New York 10036
Tel.: (212) 556-2100           *Attorneys for Defendants*
                               *INTERNET SECURITY SYSTEMS, INC.,*
Dated: November 17, 2005       *a Delaware Corporation, and*
                               *INTERNET SECURITY SYSTEMS, INC.,*
                               *a Georgia Corporation*

707980

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 17, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA HAND DELIVERY**

Timothy Devlin
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

I hereby certify that on November 17, 2005, I have Federal Expressed the attached document to the following non-registered participants:

**VIA FEDERAL EXPRESS**

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014

　　　　　　　　　　　　　 */s/ David E. Moore*
　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP
　　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　P. O. Box 951
　　　　　　　　　　　　　Wilmington, DE  19899-0951
　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　dmoore@potteranderson.com

683314