

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 7, 2005

**VIA ELECTRONIC FILING**

Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

      Re:    **C.A. No. 04-1199-SLR**
                 *SRI International, Inc. v. Internet Security Systems, a Georgia corporation, Internet Security Systems, Inc., a Delaware corporation, and Symantec Corporation.*

Dear Chief Judge Robinson:

      In advance of the in-person discovery status conference in C.A. No. 04-1199-SLR scheduled for today at 4:30 p.m., the parties submit the following list of proposed discovery issues for the Court's consideration.

*SRI International, Inc. ("SRI"):*

- Whether Symantec should be required to provide customer information.

- Symantec's objections to providing information regarding its intrusion detection, prevention, and/or analysis products that have not been specifically identified as "accused products."

*Internet Security Systems, Inc., a Georgia corporation ("ISS-GA") and Internet Security Systems, Inc., a Delaware corporation ("ISS-DE"):*

- Whether the confidential designations on certain documents produced by SRI are proper.

Honorable Sue L. Robinson
December 7, 2005
Page 2

- Whether SRI should be required to supplement its response to ISS-GA's Interrogatory No. 7 concerning conception of the alleged inventions of the patents-in-suit.

- Whether SRI should be required to supplement it response to ISS-GA's Interrogatory No. 8 concerning the commercialization of the alleged inventions of the patents-in-suit.

- Approval of the parties' stipulation that adding and responding to additional allegations of inequitable conduct may be done through supplementation of interrogatory responses without formal amendment of the pleadings.

- Whether the December 30, 2005 deadline for motions to amend the pleadings should be extended with respect to adding further allegations of inequitable conduct.

*Symantec Corporation ("Symantec"):*

- Whether SRI should be required to supplement its response to Symantec's Interrogatory No. 4 concerning conception of the alleged inventions of the patents-in-suit.

- Whether Symantec should be required to provide discovery on products for which SRI has failed to provide infringement contentions in response to Symantec's Interrogatory No. 13.

*Respectfully submitted,*

/s/ John F. Horvath
Timothy Devlin (#4241)
John F. Horvath (#4557)
FISH & RICHARDSON P.C.
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Tel.: (302) 652-5070
Fax.: (302) 652-0607

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel.: (302) 984-6000
Fax.: (302) 658-1192

Honorable Sue L. Robinson
December 7, 2005
Page 3

OF COUNSEL
Howard G. Pollack (CA Bar No. 162897)
Gina M. Steele (CA Bar No. 233379)
Katherine D. Prescott (CA Bar No. 215496)
Michael J. Curley (CA Bar No. 230343)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Tel.: (650) 839-5070
Fax.: (650) 839-5071

*Attorneys for Plaintiff*
*SRI INTERNATIONAL, INC.*

OF COUNSEL
Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
Tel.: (404) 572-4600
Fax.: (404) 572-5100

Theresa A. Moehlman
Jeffrey D. Blake
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100
Fax.: (212) 541-5306

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia Corporation and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware Corporation.*

/s/ Richard K. Herrmann
Richard K. Herrmann (#406)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
Tel.: (302) 888-6800
Fax.: (302) 571-1750

OF COUNSEL
Lloyd R. Day, Jr.
Robert M. Galvin
Paul S. Grewal
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel.: (408) 873-0110
Fax.: (408) 873-0220

*Attorneys for Defendant*
*SYMANTEC CORPORATION*