**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) |
| Plaintiff and Counterclaim-Defendant, | ) ) ) ) |
| v. | ) C. A. No.: 04-1199 (SLR) ) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) |
| Defendants and Counterclaim-Plaintiffs. | ) ) |

**INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, AND SYMANTEC CORPORATION'S NOTICE OF DEPOSITION OF DOUGLAS BERCOW**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants and Counterclaim-Plaintiffs Internet Security Systems, Inc., a Delaware corporation ("ISS-DE"), Internet Security Systems, Inc., a Georgia corporation ("ISS-GA"), and Symantec Corporation ("Symantec"), through their undersigned counsel, will take the deposition, by oral examination, of Douglas Bercow, commencing at 9:00 a.m. on January 31, 2006 at the offices of Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek Boulevard, Suite 400, Cupertino, CA 95014.

The above noticed deposition shall be recorded by stenographic and videographic means before a notary public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with adjournments as to time and place as may be necessary. Some or

all of the deposition testimony may involve real-time computer connection between the deposition taker and court reporter using software such as "LiveNote."

| | |
|---|---|
| /s/ David E. Moore | /s/ Mary B. Matterer |
| Richard L. Horwitz (#2246) | Richard K. Herrmann (#406) |
| David E. Moore (#3983) | Mary B. Matterer (#2696) |
| Potter Anderson & Corroon LLP | Morris James Hitchens & Williams LLP |
| Hercules Plaza, 6th Floor | 222 Delaware Avenue, 10th Floor |
| 1313 N. Market Street | P.O. Box 2306 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | Tel: (302) 888-6800 |
| Tel: (302) 984-6000 | |
| | Attorneys for Defendants |
| | and Counterclaim-Plaintiffs |
| Attorneys for Defendants | SYMANTEC CORPORATION |
| and Counterclaim-Plaintiffs | |
| INTERNET SECURITY SYSTEMS, | OF COUNSEL: |
| INC., a Georgia Corporation and | Lloyd R. Day, Jr. |
| INTERNET SECURITY SYSTEMS, | Robert M. Galvin |
| INC., a Delaware Corporation | Paul S. Grewal |
| | Day Casebeer Madrid & Batchelder LLP |
| OF COUNSEL: | 20300 Stevens Creek Blvd., Suite 400 |
| Holmes J. Hawkins III | Cupertino, CA 95014 |
| Natasha H. Moffitt | Tel: (408) 873-0110 |
| King & Spalding LLP | |
| 191 Peachtree Street | |
| Atlanta, GA 30303 | |
| Tel: (404) 572-4600 | |
| | |
| Theresa A. Moehlman | |
| Jeffrey D. Blake | |
| King & Spalding LLP | |
| 1185 Avenue of the Americas | |
| New York, New York 10036 | |
| Tel.: (212) 556-2100 | |

711761

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 16, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA HAND DELIVERY**

| | |
|---|---|
| Timothy Devlin | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE  19899 | Wilmington, DE  19899-2306 |

I hereby certify that on December 16, 2005, I have Faxed and Federal Expressed the attached document to the following non-registered participants:

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA  94063 | Cupertino, CA  95014 |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314