## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC.,<br>a California Corporation,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>      v.<br><br>INTERNET SECURITY SYSTEMS, INC.,<br>a Delaware Corporation,<br>INTERNET SECURITY SYSTEMS, INC.,<br>a Georgia Corporation, and<br>SYMANTEC CORPORATION,<br>a Delaware Corporation,<br><br>      Defendants and<br>      Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No.: 04-1199 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission pro hac vice of Bhavana Joneja of King & Spalding LLP, 1185 Avenue of the

Americas, New York, NY 10036, to represent defendants and counterclaim plaintiffs

Internet Security Systems, Inc., a Delaware Corporation and Internet Security Systems,

Inc., a Georgia Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson

Dated: December 21, 2005
712350

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware Corporation, and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                            United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

       In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐  has been paid  to the Clerk of the Court

    ☒  will be submitted to the Clerk's Office upon the filing of this motion

Date: December 21, 2005    Signed:    */s/ Bhavana Joneja*
                               Bhavana Joneja
                               King & Spalding LLP
                               1185 Avenue of the Americas
                               New York, NY 10036
                               Telephone: (212) 556-2100

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 21, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

### VIA HAND DELIVERY

Timothy Devlin
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

I hereby certify that on December 21, 2005, I have Faxed and Federal Expressed the attached document to the following non-registered participants:

### VIA FEDERAL EXPRESS

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314