IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 23, 2005, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**SRI INTERNATIONAL, INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT SYMANTEC CORPORATION (NOS. 14-17)**

**SRI INTERNATIONAL, INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A DELAWARE CORPORATION (NOS. 14-17)**

**SRI INTERNATIONAL, INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A GEORGIA CORPORATION (NOS. 14-17**

**SRI INTERNATIONAL, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SYMANTEC CORPORATION (NOS. 82-84)**

**SRI INTERNATIONAL, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A DELAWARE CORPORATION (NOS. 82-84)**

**SRI INTERNATIONAL, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT INTERNET SECURITY SYSTEMS, INC., A GEORGIA CORPORATION (NOS. 82-84)**

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| **VIA HAND DELIVERY**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys For Defendant<br>SYMANTEC CORPORATION |
| **VIA EMAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| **VIA EMAIL**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

Dated:  December 23, 2005   FISH & RICHARDSON P.C.

*/s/ John F. Horvath*
John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114

Frank E. Scherkenbach
Howard G. Pollack
Gina M. Steele
Michael J. Curley
500 Arguello Street, Suite 500
Redwood City, California 94063

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel.  In addition the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on December 23, 2005, I have emailed, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>pgrewal@daycasebeer.com | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br>hhawkins@kslaw.com | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

*/s/ John F. Horvath*
John F. Horvath