IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 11, 2006, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**NOTICE OF DEPOSITION OF MARK BAGLEY**

**NOTICE OF DEPOSITION OF EDWARD TARANTO**

**NOTICE OF DEPOSITION OF ROBERT GEIGER**

**NOTICE OF DEPOSITION OF WILLIAM LUK**

**NOTICE OF DEPOSITION OF JEREMY BENNETT**

**NOTICE OF DEPOSITION OF ROBERT WALTERS**

| | |
|---|---|
| **VIA ELECTRONIC AND U.S. MAIL**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

**VIA ELECTRONIC AND U.S. MAIL**  Attorneys For Defendant
Richard K. Herrmann Esq.  SYMANTEC CORPORATION
Morris James Hitchens & Williams
PNC Bank Center
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306


**VIA ELECTRONIC AND U.S. MAIL**  Attorney for Defendant
Paul S. Grewal  SYMANTEC CORPORATION
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, California  95014

**VIA ELECTRONIC AND U.S. MAIL**  Attorneys for Defendant
Holmes Hawkins, III  INTERNET SECURITY SYSTEMS,
King & Spalding  INC.
191 Peachtree Street, N.E.
Atlanta, GA  30303-1763

Dated:  January 12, 2006        FISH & RICHARDSON P.C.

*/s/ John F. Horvath*
John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114

Frank E. Scherkenbach
Howard G. Pollack
Gina M. Steele
Michael J. Curley
500 Arguello Street, Suite 500
Redwood City, California 94063


Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel.  In addition the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on January 12, 2006, I have sent via email, the document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>pgrewal@daycasebeer.com | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br>hhawkins@kslaw.com | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

*/s/ John F. Horvath*
John F. Horvath