IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>       Defendants. | Case No. 04-1199-SLR |

## NOTICE OF DEPOSITION OF PAUL GRISWALD

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff SRI International, Inc. will take the deposition of Paul Griswald at the time and place set forth below.

The deposition will be taken on February 21, 2006, beginning at 9:00 a.m. (PST) and will be taken at the offices of King & Spalding, 191 Peachtree Street N.E., Atlanta, GA 30303-1763, or at such other date, time or location to which the parties may stipulate. The deposition will continue from day to day thereafter until completed and shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition may be recorded by stenographic, audio, audiovisual, and real-time computer means.

Dated: January 17, 2006    FISH & RICHARDSON P.C.

By: */s/ John F. Horvath*
    John F. Horvath (#4557)
    *horvath@fr.com*
    FISH & RICHARDSON P.C.
    919 N. Market St., Ste. 1100
    P.O. Box 1114
    Wilmington, DE 19889-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

    Howard G. Pollack (CA Bar No. 162897)
    Gina M. Steele (CA Bar No. 233379)
    Katherine D. Prescott (CA Bar No. 215496)
    Michael J. Curley (CA Bar No. 230343)
    FISH & RICHARDSON P.C.
    500 Arguello St., Ste. 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2006, I served a copy of the NOTICE OF DEPOSITION OF PAUL GRISWALD on the following individuals in the manner indicated:

| | |
|---|---|
| **BY ELECTRONIC & U.S. MAIL**<br>Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Email:  rhorwitz@potteranderson.com | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| **BY ELECTRONIC & U.S. MAIL**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Email:  rherrmann@morrisjames.com | Attorneys for Defendant<br>SYMANTEC CORPORATION |
| **BY ELECTRONIC & U.S. MAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>Email:  pgrewal@daycasebeer.com | Attorney for Defendant<br>SYMANTEC CORPORATION |
| **BY ELECTRONIC & U.S. MAIL**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br>Email:  hhawkins@kslaw.com | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

                                                                   */s/ John F. Horvath*
                                                                   John F. Horvath (#4557)

50323475.doc