IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199-SLR |

**[PROPOSED] STIPULATED SCHEDULING ORDER**

Plaintiff SRI International, Inc. ("SRI") and Defendants Internet Security Systems, Inc., a Delaware corporation, ("ISS-DE"), Internet Security Systems, Inc., a Georgia corporation, ("ISS-GA"), and Symantec Corporation ("Symantec") by and between the undersigned attorneys for the respective parties, hereby stipulate and agree that the June 30, 2005 Scheduling Order shall be modified as set forth in the table below:

| Event | Previous Date | Stipulated Date |
|---|---|---|
| Supplementation under Rule 26(e) | January 27 | February 10 |
| Joint claim construction statement | February 17 | March 10 |
| Addition of inequitable conduct grounds | February 15 | March 17 |
| Election re opinion of counsel | February 28 | March 20 |
| Close fact discovery | March 10 | March 31 |
| Opening expert reports | March 17 | April 21 |
| Rebuttal expert report | April 17 | May 12 |
| Supplementation under Rule 26(e) | May 12 | May 26 |
| Close expert discovery | May 26 | June 2 |

1

| **No Changes Requested to the Following Dates** | | |
|---|---|---|
| Event | Previous Date | Stipulated Date |
| Opening claim construction briefs | June 9 | June 9 |
| Opening summary judgment motions | June 16 | June 16 |
| Daubert motions | June 16 | June 16 |
| Para 2(g) disclosure of fact witnesses | June 26 | June 26 |
| Responsive claim construction briefs | June 30 | June 30 |
| Deposition of paragraph 2(g) fact witnesses | July 26 | July 26 |
| Claim construction/summary judgment hearing | August 23 | August 23 |
| Pretrial conference | October 12 | October 12 |
| Trial | October 30 | October 30 |

Dated:  January 31, 2006

FISH & RICHARDSON P.C.

By:  */s/ John F. Horvath*
    Timothy Devlin (#4241)
    John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Howard G. Pollack (CA Bar No. 162897)
Gina M. Steele (CA Bar No. 233379)
Katherine D. Prescott (CA Bar No. 215496)
Michael J. Curley (CA Bar No. 230343)
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

Dated:  January 31, 2006

POTTER, ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

Holmes J. Hawkins, III / Natasha Horne Moffitt
KING & SPALDING LLP
191 Peachtree Street N.E.
Atlanta, GA  30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5145

Theresa Moehlman / Jeffrey Blake
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
INTERNET SECURITY SYSTEMS, INC. a
Delaware corporation and INTERNET
SECURITY SYSTEMS, INC. a Georgia
corporation

Dated:  January 31, 2006

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP


By:  */s/ Mary B. Matterer*
     Richard K. Herrmann (#405)
     Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal  (*pro hac vice*)
Renee DuBord Brown (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER, LLP
20300 Stevens Creek Blvd.,
Suite 400
Cupertino, CA  95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Attorneys for Defendant
SYMANTEC CORPORATION




IT IS SO ORDERED.

Dated:_____    _____
                                                          Honorable Sue L. Robinson
                                                         United States District Court