# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) |
| Plaintiff and Counterclaim-Defendant, | ) ) ) ) |
| v. | ) ) ) C. A. No. 04-1199 (SLR) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) ) |
| Defendants and Counterclaim-Plaintiffs. | ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs ISS-DE and ISS-GA, hereby certifies that copies of ISS-DE's Supplemental Responses and Objections to SRI's Interrogatory No. 13 and ISS-GA's Supplemental Responses and Objections to SRI's Interrogatory No. 13 were caused to be served on February 10, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Timothy Devlin
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**VIA ELECRONIC MAIL**

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
curley@fr.com
pgrewal@daycasebeer.com

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA 95014
pollack@fr.com

OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
Tel: (404) 572-4600

Theresa A. Moehlman
Jeffrey D. Blake
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100

Dated: February 10, 2006

719376

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware Corporation, and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 10, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Timothy Devlin | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899-2306 |

I hereby certify that on February 10, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA 94063 | Cupertino, CA 95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314