IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>            Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 10, 2006, a true and correct copy of **SRI INTERNATIONAL'S SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORIES NOS. 5 AND 8 AND THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7 OF DEFENDANT SYMANTEC CORPORATION'S FIRST SET OF INTERROGATORIES [NOS. 1-12]** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA ELECTRONIC AND U.S. MAIL**<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

| | |
|---|---|
| **VIA ELECTRONIC AND U.S. MAIL**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys For Defendant<br>SYMANTEC CORPORATION |
| **VIA ELECTRONIC AND U.S. MAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| **VIA ELECTRONIC AND U.S. MAIL**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

Dated:  February 13, 2006         FISH & RICHARDSON P.C.


*/s/ John F. Horvath*
John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
Howard G. Pollack
Gina M. Steele
Michael J. Curley
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2006, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on February 13, 2006, I have mailed by U.S. Mail, the document to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California 95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

*/s/ John F. Horvath*
John F. Horvath