IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br>    Plaintiff and Counterclaim-Defendant, <br><br>    v. <br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation and SYMANTEC CORPORATION, a Delaware Corporation, <br><br>    Defendants and Counterclaim-Plaintiffs. | C. A. No.: 04-1199 (SLR) |

**INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, AND SYMANTEC CORPORATION'S NOTICE OF DEPOSITION OF MARTIN FONG**

    PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants and Counterclaim-Plaintiffs Internet Security Systems, Inc., a Delaware corporation ("ISS-DE"), Internet Security Systems, Inc., a Georgia corporation ("ISS-GA"), and Symantec Corporation ("Symantec"), through their undersigned counsel, will take the deposition, by oral examination, of Martin Fong, commencing at 9:00 a.m. on March 13, 2006 at the offices of Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek Boulevard, Suite 400, Cupertino, CA 95014.

    The above noticed deposition shall be recorded by stenographic and videographic means before a notary public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with adjournments as to time and place as may be necessary. Some or all of the deposition

testimony may involve real-time computer connection between the deposition taker and court reporter using software such as "LiveNote."

Dated: February 16, 2006

| | |
|---|---|
|     */s/ David E. Moore*          |     */s/ Richard K. Herrmann*          |
| Richard L. Horwitz (#2246) | Richard K. Hermann (#405) |
| David E. Moore (#3983) | Mary B. Matterer (#2696) |
| Potter Anderson & Corroon LLP | Morris James Hitchens & Williams LLP |
| Hercules Plaza, 6th Floor | 222 Delaware Avenue, 10th Floor |
| 1313 N. Market Street | P.O. Box 2306 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | Tel: (302) 888-6800 |
| Tel: (302) 984-6000 | rherrmann@morrisjames.com |
| dmoore@potteranderson.com | |
| | Attorneys for Defendants |
| Attorneys for Defendants | and Counterclaim-Plaintiffs |
| and Counterclaim-Plaintiffs | SYMANTEC CORPORATION |
| INTERNET SECURITY SYSTEMS, | |
| INC., a Georgia Corporation and | OF COUNSEL: |
| INTERNET SECURITY SYSTEMS, | Lloyd R. Day, Jr. |
| INC., a Delaware Corporation | Robert M. Galvin |
| | Paul S. Grewal |
| OF COUNSEL: | Day Casebeer Madrid & Batchelder LLP |
| Holmes J. Hawkins III | 20300 Stevens Creek Blvd., Suite 400 |
| Natasha H. Moffitt | Cupertino, CA 95014 |
| King & Spalding LLP | Tel: (408) 873-0110 |
| 191 Peachtree Street | |
| Atlanta, GA 30303 | |
| Tel: (404) 572-4600 | |
| | |
| Theresa A. Moehlman | |
| Jeffrey D. Blake | |
| King & Spalding LLP | |
| 1185 Avenue of the Americas | |
| New York, New York 10036 | |
| Tel.: (212) 556-2100 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2006, I electronically filed the foregoing document, **INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, AND SYMANTEC CORPORATION'S NOTICE OF DEPOSITION OF MARTIN FONG**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John F. Horvath, Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801 | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19801 |

Additionally, I hereby certify that on the 16th day of February, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq.<br>Michael J. Curley, Esq.<br>Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>650.839.5070 | Holmes Hawkins, III, Esq.<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br>404.572.4600 |

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Counsel for Defendant
SYMANTEC CORPORATION