IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., <br> a California Corporation, <br><br>     Plaintiff and <br>     Counterclaim-Defendant, <br><br>     v. <br><br> INTERNET SECURITY SYSTEMS, INC., <br> a Delaware Corporation, <br> INTERNET SECURITY SYSTEMS, INC., <br> a Georgia Corporation, and <br> SYMANTEC CORPORATION, <br> a Delaware Corporation, <br><br>     Defendants and <br>     Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No.: 04-1199 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SYMANTEC CORPORATION'S NOTICE OF DEPOSITION OF
WILLIAM MARK**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Counterclaim-Plaintiff Symantec Corporation ("Symantec"), through its undersigned counsel, will take the deposition, by oral examination, of William Mark, commencing at 9:00 a.m. on March 24, 2006 at the offices of Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek Boulevard, Suite 400, Cupertino, CA 95014.

The above noticed deposition shall be recorded by stenographic and videographic means before a notary public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with adjournments as to time and place as may be necessary. Some or all of the deposition

testimony may involve real-time computer connection between the deposition taker and court reporter using software such as "LiveNote."

Dated: February 16, 2006

           */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
Tel: (302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendants
and Counterclaim-Plaintiffs
SYMANTEC CORPORATION

OF COUNSEL:
Lloyd R. Day, Jr.
Robert M. Galvin
Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2006, I electronically filed the foregoing document, **SYMANTEC CORPORATION'S NOTICE OF DEPOSITION OF WILLIAM MARK**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John F. Horvath, Esq. | Richard L. Horwitz, Esq. |
| Fish & Richardson, P.C. | David E. Moore, Esq. |
| 919 North Market Street, Suite 1100 | Potter Anderson & Corroon LLP |
| Wilmington, DE 19801 | Hercules Plaza |
| | 1313 North Market Street, 6th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 16th day of February, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq. | Holmes Hawkins, III, Esq. |
| Michael J. Curley, Esq. | King & Spalding |
| Fish & Richardson | 191 Peachtree Street, N.E. |
| 500 Arguello Street, Suite 500 | Atlanta, GA 30303-1763 |
| Redwood City, CA 94063 | 404.572.4600 |
| 650.839.5070 | |

                                           */s/ Richard K. Herrmann*
                                        Richard K. Herrmann (#405)
                                        Mary B. Matterer (#2696)
                                        Morris, James, Hitchens & Williams LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, DE 19801
                                        (302) 888-6800
                                        rherrmann@morrisjames.com

                                        Counsel for Defendant
                                        SYMANTEC CORPORATION