IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 1, 2006, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**PLAINTIFF SRI INTERNATIONAL, INC.'S FOURTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SYMANTEC CORPORATION [NOS. 95-102]**

**PLAINTIFF SRI INTERNATIONAL, INC.'S THIRD SET OF INTERROGATORIES TO DEFENDANT SYMANTEC CORPORATION [NOS. 18-20]**

**VIA HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Defendant-Counterclaimant
INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, and Internet Security Systems, Inc. a Georgia Corporation

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Attorneys For Defendant-Counterclaimant<br>SYMANTEC CORPORATION |
| **VIA OVERNIGHT MAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California 95014 | Attorney for Defendant-Counterclaimant<br>SYMANTEC CORPORATION |
| **VIA OVERNIGHT MAIL**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763 | Defendant-Counterclaimant<br>INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, and Internet Security Systems, Inc. a Georgia Corporation |
| **VIA OVERNIGHT MAIL**<br>Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Defendant-Counterclaimant<br>INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, and Internet Security Systems, Inc. a Georgia Corporation |

Dated: March 1, 2006    FISH & RICHARDSON P.C.

/s/ *John F. Horvath*
John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114

Frank E. Scherkenbach
Howard G. Pollack
Gina M. Steele
Michael J. Curley
500 Arguello Street, Suite 500
Redwood City, California 94063

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Attorneys for Defendant<br>SYMANTEC CORPORATION |

I hereby certify that on March 1, 2006, I have sent via first-class mail, the document to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California 95014 | Attorney for Defendant<br>SYMANTEC CORPORATION |
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763 | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Defendant-Counterclaimant<br>INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, and Internet Security Systems, Inc. a Georgia Corporation |

*/s/ John F. Horvath*
John F. Horvath