IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

## NOTICE OF DEPOSITION OF WESLEY CASTLES

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff SRI International, Inc. will take the deposition of Wesley Castles at the time and place set forth below.

The deposition will be taken on March 15, 2006, beginning at 9:00 a.m., at the offices of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California, 94063, or at such other date, time or location to which the parties may stipulate. The deposition will continue from day to day thereafter until completed and shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition may be recorded by stenographic, audio, audiovisual, and real-time computer means.

Dated: March 2, 2006  FISH & RICHARDSON P.C.

By: */s/ John F. Horvath*
John F. Horvath (#4557)
*horvath@fr.com*
FISH & RICHARDSON P.C.
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Howard G. Pollack (CA Bar No. 162897)
Gina M. Steele (CA Bar No. 233379)
Katherine D. Prescott (CA Bar No. 215496)
Michael J. Curley (CA Bar No. 230343)
FISH & RICHARDSON P.C.
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I served a copy of the NOTICE OF DEPOSITION OF WESLEY CASTLES on the following individuals in the manner indicated:

| | |
|---|---|
| **BY CM/ECF NOTIFICATION**<br>Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Email: rhorwitz@potteranderson.com | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |
| **BY CM/ECF NOTIFICATION**<br>Richard K. Herrmann Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Email: rherrmann@morrisjames.com | Attorneys for Defendant<br>SYMANTEC CORPORATION |
| **BY ELECTRONIC & U.S. MAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>Email: pgrewal@daycasebeer.com | Attorney for Defendant<br>SYMANTEC CORPORATION |
| **BY ELECTRONIC & U.S. MAIL**<br>Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br>Email: hhawkins@kslaw.com | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. |

                                                             */s/ John F. Horvath*
                                                             John F. Horvath

50332650.doc