IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>  v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>      Defendants and<br>      Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

## NOTICE OF DEPOSITION OF TASHA VAN ES

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff SRI International, Inc. will take the deposition of Tasha Van Es at the time and place set forth below.

The deposition will be taken on March 28, 2006, beginning at 9:00 a.m., at the offices of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California, 94063, or at such other date, time or location to which the parties may stipulate. The deposition will continue from day to day thereafter until completed and shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition may be recorded by stenographic, audio, audiovisual, and real-time computer means.

Dated: March 2, 2006     FISH & RICHARDSON P.C.


By: */s/ John F. Horvath*
  John F. Horvath (#4557)
  *horvath@fr.com*
  FISH & RICHARDSON P.C.
  919 N. Market St., Ste. 1100
  P.O. Box 1114
  Wilmington, DE 19889-1114
  Telephone: (302) 652-5070
  Facsimile: (302) 652-0607

  Howard G. Pollack (CA Bar No. 162897)
  Gina M. Steele (CA Bar No. 233379)
  Katherine D. Prescott (CA Bar No. 215496)
  Michael J. Curley (CA Bar No. 230343)
  FISH & RICHARDSON P.C.
  500 Arguello St., Ste. 500
  Redwood City, CA 94063
  Telephone: (650) 839-5070
  Facsimile: (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I served a copy of the NOTICE OF DEPOSITION OF TASHA VAN ES on the following individuals in the manner indicated:

**BY CM/ECF NOTIFICATION**  
Richard L. Horwitz  
Potter Anderson & Corroon LLP  
Hercules Plaza  
1313 North Market Street, 6th Floor  
P.O. Box 951  
Wilmington, DE 19899  
Email: rhorwitz@potteranderson.com

Attorneys for Defendant  
INTERNET SECURITY SYSTEMS, INC.

**BY CM/ECF NOTIFICATION**  
Richard K. Herrmann Esq.  
Morris James Hitchens & Williams  
PNC Bank Center  
222 Delaware Avenue, 10th Floor  
P.O. Box 2306  
Wilmington, DE 19899-2306  
Email: rherrmann@morrisjames.com

Attorneys for Defendant  
SYMANTEC CORPORATION

**BY ELECTRONIC & U.S. MAIL**  
Paul S. Grewal  
Day Casebeer Madrid & Batchelder, LLP  
20300 Stevens Creek Boulevard, Suite 400  
Cupertino, California 95014  
Email: pgrewal@daycasebeer.com

Attorney for Defendant  
SYMANTEC CORPORATION

**BY ELECTRONIC & U.S. MAIL**  
Holmes Hawkins, III  
King & Spalding  
191 Peachtree Street, N.E.  
Atlanta, GA 30303-1763  
Email: hhawkins@kslaw.com

Attorneys for Defendant  
INTERNET SECURITY SYSTEMS, INC.

                         /s/ John F. Horvath  
                         John F. Horvath

50332658.doc