## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) |
| Plaintiff and Counterclaim-Defendant, | ) ) ) |
| v. | ) ) ) C. A. No. 04-1199 (SLR) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) ) |
| Defendants and Counterclaim-Plaintiffs. | ) ) |

### NOTICE OF SERVICE

The undersigned, counsel for defendant/counterclaim plaintiff ISS-GA, hereby certifies that copies of ISS-GA's Third Set of Interrogatories (Nos. 21-23) were caused to be served on March 1, 2006, upon the following attorneys of record at the following addresses as indicated:

### VIA FACSIMILE AND ELECTRONIC MAIL

Ms. Katherine Prescott
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Prescott@fr.com

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Holmes J. Hawkins III<br>Natasha H. Moffitt<br>KING & SPALDING LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Tel: (404) 572-4600 | By:  */s/ David E. Moore*<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19899<br>   Tel:  (302) 984-6000 |
| Theresa A. Moehlman<br>Jeffrey D. Blake<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 556-2100 | rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*INTERNET SECURITY SYSTEMS, INC.,*<br>*a Georgia Corporation* |

Dated:  March 2, 2006

722107

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 2, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Timothy Devlin | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE   19899 | Wilmington, DE   19899-2306 |

I hereby certify that on March 2, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA  94063 | Cupertino, CA  95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314