**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | )<br>)<br>) |
| Plaintiff and Counterclaim-Defendant, | )<br>)<br>) |
| v. | ) C. A. No.: 04-1199 (SLR)<br>) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants and Counterclaim-Plaintiffs. | )<br>) |

**NOTICE OF SUBPOENA FOR DEPOSITION OF KENNETH F. KOZIK**

TO:  John F. Horvath            Howard G. Pollack
     Fish & Richardson P.C.     Michael J. Curley
     919 Market Street, Suite 1100   Fish & Richardson P.C.
     P.O. Box 1114              500 Arguello Street, Suite 500
     Wilmington, DE 19899       Redwood City, CA 94063

PLEASE TAKE NOTICE that pursuant to Rule 45, Fed. R. Civ. P., Defendants and Counterclaim-Plaintiffs Internet Security Systems, Inc., a Georgia corporation ("ISS-GA"), Internet Security Systems, Inc., a Delaware corporation ("ISS-DE"), and Symantec Corporation ("Symantec"), by their counsel, have served or will serve the accompanying subpoena for deposition, by oral examination, of Kenneth F. Kozik.

The deposition is to commence at 9:00 a.m. on March 15, 2006 at the offices of Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts or at such alternative date, time, and place as may be mutually agreed upon by counsel for ISS-GA, ISS-DE, Symantec and

Kenneth F. Kozik. The deposition shall be recorded by stenographic and videographic means before a notary public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with adjournments as to time and place as may be necessary. Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and court reporter using software such as "LiveNote." You are invited to attend.

Dated: March 6, 2006

| /s/ David E. Moore | /s/ Richard K. Herrmann |
|---|---|
| Richard L. Horwitz (#2246) | Richard K. Herrmann (#406) |
| David E. Moore (#3983) | Morris James Hitchens & Williams LLP |
| Potter Anderson & Corroon LLP | 222 Delaware Avenue, 10th Floor |
| Hercules Plaza, 6th Floor | P.O. Box 2306 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| P.O. Box 951 | Tel: (302) 888-6800 |
| Wilmington, DE 19899 | |
| Tel: (302) 984-6000 | Attorneys for Defendants |
| | and Counterclaim-Plaintiffs |
| Attorneys for Defendants | SYMANTEC CORPORATION |
| and Counterclaim-Plaintiffs | |
| INTERNET SECURITY SYSTEMS, | OF COUNSEL: |
| INC., a Georgia Corporation and | Lloyd R. Day, Jr. |
| INTERNET SECURITY SYSTEMS, | Robert M. Galvin |
| INC., a Delaware Corporation | Paul S. Grewal |
| | Renee DuBord Brown |
| | Day Casebeer Madrid & Batchelder LLP |
| OF COUNSEL: | 20300 Stevens Creek Blvd., Suite 400 |
| Holmes J. Hawkins III | Cupertino, CA 95014 |
| Natasha H. Moffitt | Tel: (408) 873-0110 |
| King & Spalding LLP | |
| 191 Peachtree Street | |
| Atlanta, GA 30303 | |
| Tel: (404) 572-4600 | |
| | |
| Theresa A. Moehlman | |
| King & Spalding LLP | |
| 1185 Avenue of the Americas | |
| New York, New York 10036 | |
| Tel.: (212) 556-2100 | |

# EXHIBIT A

AO88 (Rev. 1/94) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

SRI INTERNATIONAL, INC.,
a California corporation,

              Plaintiff and
              Counterclaim-Defendant

v.

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation,
INTERNET SECURITY SYSTEMS, INC.,
a Georgia corporation, and
SYMANTEC CORPORATION,
a Delaware corporation.

              Defendants and
              Counterclaim-Plaintiffs.

**SUBPOENA IN A CIVIL CASE**
Civil Action No. 04-0119 (SLR)
District of Delaware

TO:    Kenneth F. Kozik
         Holland & Knight
         10 St. James Avenue
         11th Floor
         Boston, MA, 02116

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210 | DATE AND TIME March 15, 2006<br>9:00 AM |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents and objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*<br>Attorney for Symantec Corporation | March 2, 2006 |
| *[signature]*<br>Attorney for Internet Security Systems, Inc., a Georgia Corporation and Internet Security Systems, Inc., a Delaware Corporation | March 2, 2006 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | Jonathan D. Loeb<br>Day Casebeer Madrid & Batchelder LLP<br>20300 Stevens Creek Boulevard<br>Suite 400<br>Cupertino, CA 95014<br>Phone: 408-873-0110 | Theresa Moehlman<br>King & Spaulding LLP<br>1185 Avenue of Americas<br>New York, NY 10036<br>Phone: 212-556-2100 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SUBPOENA FOR DEPOSITION OF KENNETH F. KOZIK**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John F. Horvath, Esq. | Richard L. Horwitz, Esq. |
| Fish & Richardson, P.C. | David E. Moore, Esq. |
| 919 North Market Street, Suite 1100 | Potter Anderson & Corroon LLP |
| Wilmington, DE  19801 | Hercules Plaza |
| | 1313 North Market Street, 6th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 6th day of March, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq. | Holmes Hawkins, III, Esq. |
| Michael J. Curley, Esq. | King & Spalding |
| Fish & Richardson | 191 Peachtree Street, N.E. |
| 500 Arguello Street, Suite 500 | Atlanta, GA  30303-1763 |
| Redwood City, CA  94063 | 404.572.4600 |
| 650.839.5070 | |

        */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Counsel for Defendant
SYMANTEC CORPORATION

3