IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,  <br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No.: 04-1199 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation,
INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,
AND SYMANTEC CORPORATION'S
AMENDED NOTICE OF DEPOSITION OF PHILLIP A. PORRAS**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants and Counterclaim-Plaintiffs Internet Security Systems, Inc., a Delaware corporation ("ISS-DE"), Internet Security Systems, Inc., a Georgia corporation ("ISS-GA"), and Symantec Corporation ("Symantec"), through its undersigned counsel, will take the deposition, by oral examination, of Philip A. Porras, commencing at 9:00 a.m. on March 9, 10 and 30, 2006 at the offices of Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek Boulevard, Suite 400, Cupertino, CA 95014.  Defendants understand from SRI counsel that on March 30, Mr. Porras will testify concerning topics 3, 4, 6 and 7 for Defendants' December 12, 2005 Rule 30(b)(6) deposition notice and topics 1-6, 8, 10, 12, 14, 15, 30, 31, 32, 39 and 41 from Defendants' December 22, 2005 Rule 30(b)(6) deposition notice.

The above noticed deposition shall be recorded by stenographic and videographic means before a notary public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with adjournments as to time and place as may be necessary.

Dated: March 6, 2006

| | |
|---|---|
| */s/ David E. Moore* | */s/ Richard K. Herrmann* |
| Richard L. Horwitz (#2246) | Richard K. Herrmann (#405) |
| David E. Moore (#3983) | Morris James Hitchens & Williams LLP |
| Potter Anderson & Corroon LLP | 222 Delaware Avenue, 10th Floor |
| Hercules Plaza, 6th Floor | P.O. Box 2306 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| P.O. Box 951 | Tel: (302) 888-6800 |
| Wilmington, DE 19899 | |
| Tel: (302) 984-6000 | Attorneys for Defendants |
| | and Counterclaim-Plaintiffs |
| Attorneys for Defendants | SYMANTEC CORPORATION |
| and Counterclaim-Plaintiffs | |
| INTERNET SECURITY SYSTEMS, | OF COUNSEL: |
| INC., a Georgia Corporation and | Lloyd R. Day, Jr. |
| INTERNET SECURITY SYSTEMS, | Robert M. Galvin |
| INC., a Delaware Corporation | Paul S. Grewal |
| | Day Casebeer Madrid & Batchelder LLP |
| OF COUNSEL: | 20300 Stevens Creek Blvd., Suite 400 |
| Holmes J. Hawkins III | Cupertino, CA 95014 |
| Natasha H. Moffitt | Tel: (408) 873-0110 |
| King & Spalding LLP | |
| 191 Peachtree Street | |
| Atlanta, GA 30303 | |
| Tel: (404) 572-4600 | |
| | |
| Theresa A. Moehlman | |
| Jeffrey D. Blake | |
| King & Spalding LLP | |
| 1185 Avenue of the Americas | |
| New York, New York 10036 | |
| Tel.: (212) 556-2100 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2006, I electronically filed the foregoing document, **INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, AND SYMANTEC CORPORATION'S AMENDED NOTICE OF DEPOSITION OF PHILLIP A. PORRAS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801

Richard L. Horwitz, Esq.  
David E. Moore, Esq.  
Potter Anderson & Corroon LLP  
Hercules Plaza  
1313 North Market Street, 6th Floor  
Wilmington, DE  19801

Additionally, I hereby certify that on the 6th day of March, 2006, the foregoing document was served via email on the following non-registered participants:

Howard G. Pollack, Esq.  
Michael J. Curley, Esq.  
Fish & Richardson  
500 Arguello Street, Suite 500  
Redwood City, CA  94063  
650.839.5070

Holmes Hawkins, III, Esq.  
King & Spalding  
191 Peachtree Street, N.E.  
Atlanta, GA  30303-1763  
404.572.4600

　　　　　　　　　　　*/s/ Richard K. Herrmann*  
　　　　　　　　　　Richard K. Herrmann (#405)  
　　　　　　　　　　Mary B. Matterer (#2696)  
　　　　　　　　　　Morris, James, Hitchens & Williams LLP  
　　　　　　　　　　222 Delaware Avenue, 10th Floor  
　　　　　　　　　　Wilmington, DE  19801  
　　　　　　　　　　(302) 888-6800  
　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　Counsel for Defendant  
　　　　　　　　　　SYMANTEC CORPORATION