**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., | ) | |
| a California Corporation, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C. A. No.: 04-1199 (SLR) |
| | ) | |
| INTERNET SECURITY SYSTEMS, INC., | ) | |
| a Delaware Corporation, INTERNET | ) | |
| SECURITY SYSTEMS, INC., a Georgia | ) | |
| Corporation, and SYMANTEC | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiffs. | ) | |

**INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation,**
**INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,**
**AND SYMANTEC CORPORATION'S**
**AMENDED NOTICE OF DEPOSITION OF ULF LINDQVIST**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants and Counterclaim-Plaintiffs Internet Security Systems, Inc., a Delaware corporation ("ISS-DE"), Internet Security Systems, Inc., a Georgia corporation ("ISS-GA"), and Symantec Corporation ("Symantec"), through its undersigned counsel, will take the deposition, by oral examination, of Ulf Lindqvist, commencing at 9:00 a.m. on March 17, 2006 at the offices of Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek Boulevard, Suite 400, Cupertino, CA 95014.

The above noticed deposition shall be recorded by stenographic and videographic means before a notary public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with adjournments as to time and place as may be necessary. Some or all of the deposition testimony may involve real-time

computer connection between the deposition taker and court reporter using software such as "LiveNote."

Dated: March 6, 2006

_____/s/ David E. Moore_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000

Attorneys for Defendants
and Counterclaim-Plaintiffs
INTERNET SECURITY SYSTEMS,
INC., a Georgia Corporation and
INTERNET SECURITY SYSTEMS,
INC., a Delaware Corporation

OF COUNSEL:
Holmes J. Hawkins III
Natasha H. Moffitt
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Tel: (404) 572-4600

Theresa A. Moehlman
Jeffrey D. Blake
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100

_____/s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
Tel: (302) 888-6800

Attorneys for Defendants
and Counterclaim-Plaintiffs
SYMANTEC CORPORATION

OF COUNSEL:
Lloyd R. Day, Jr.
Robert M. Galvin
Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of March, 2006, I electronically filed the foregoing document, **INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, AND SYMANTEC CORPORATION'S AMENDED NOTICE OF DEPOSITION OF ULF LINDQVIST**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.                    Richard L. Horwitz, Esq.
Fish & Richardson, P.C.                  David E. Moore, Esq.
919 North Market Street, Suite 1100      Potter Anderson & Corroon LLP
Wilmington, DE  19801                    Hercules Plaza
                                         1313 North Market Street, 6th Floor
                                         Wilmington, DE  19801

Additionally, I hereby certify that on the 6th day of March, 2006, the foregoing document was served via email on the following non-registered participants:

Howard G. Pollack, Esq.                  Holmes Hawkins, III, Esq.
Michael J. Curley, Esq.                  King & Spalding
Fish & Richardson                        191 Peachtree Street, N.E.
500 Arguello Street, Suite 500           Atlanta, GA  30303-1763
Redwood City, CA  94063                  404.572.4600
650.839.5070


              _____/s/ Richard K. Herrmann_____
              Richard K. Herrmann (#405)
              Mary B. Matterer (#2696)
              Morris, James, Hitchens & Williams LLP
              222 Delaware Avenue, 10th Floor
              Wilmington, DE  19801
              (302) 888-6800
              rherrmann@morrisjames.com

              Counsel for Defendant
              SYMANTEC CORPORATION

3