IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>       Plaintiff and<br>       Counterclaim-defendant,<br><br>   v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>       Defendants and<br>       Counterclaim-plaintiffs. | C. A. No. 04-1199-SLR |

**SRI INTERNATIONAL, INC.'S NOTICE OF**
**DEPOSITION OF ROB McEWIN**

PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. ("SRI") will take the deposition of Rob McEwin commencing at 9:30 a.m. on March 16, 2006 at the offices of Brown Reporting, 1740 Peachtree Street NW, Atlanta, Georgia 30309, Telephone: 404-876-8979.

Plaintiff SRI understands from counsel for Defendants Internet Security Systems, Inc., a Delaware Corporation ("ISS-DE") and Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA") that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on March 16, 2006, Mr. McEwin will testify concerning Topic No. 7 (except testing) and Topic No. 8 as to Site Protector, SafeSuite Decisions and Proventia A & G of Plaintiff SRI's October 19, 2005, Rule 30(b)(6) deposition notice.

Said deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record

testimony, and will continue from day to day until completed, weekends and holidays excepted. Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated: March 10, 2006           FISH & RICHARDSON P.C.

                                By: */s/ John F. Horvath*
                                    John F. Horvath (#4557)
                                    919 N. Market St., Ste. 1100
                                    P.O. Box 1114
                                    Wilmington, DE 19889-1114
                                    Telephone: (302) 652-5070
                                    Facsimile: (302) 652-0607

                                    Howard G. Pollack (CA Bar No. 162897)
                                    Gina M. Steele (CA Bar No. 233379)
                                    Katherine D. Prescott (CA Bar No. 215496)
                                    Fish & Richardson P.C.
                                    500 Arguello St., Ste. 500
                                    Redwood City, CA 94063
                                    Telephone: (650) 839-5070
                                    Facsimile: (650) 839-5071

                                Attorneys for Plaintiff and Counterclaim-defendant
                                SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2006, I electronically filed **SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF ROB McEWIN** using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Telephone:  302-984-6000<br>Facsimile:  302-658-1192<br>Email:  rhorwitz@potteranderson.com<br>Email:  dmoore@potteranderson.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Telephone:  302-888-6800<br>Facsimile:  302-571-1750<br>Email:  rherrmann@morrisjames.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

I also certify that on March 10, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>191 Peachtree Street N.E.<br>Atlanta, GA  30303-1763<br>Telephone:  404-572-4600<br>Facsimile:  404-572-5145<br>Email:  hhawkins@kslaw.com<br>Email:  nmoffitt@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email:  tmoehlman@kslaw.com<br>Email:  jblake@kslaw.com<br>Email:  bjoneja@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |
| Paul S. Grewal<br>Robert M. Galvin, Esq.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>Telephone: 408-873-0110<br>Facsimile: 408-873-0220<br>Email:  pgrewal@daycasebeer.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

*/s/ John F. Horvath*
_____

John F. Horvath

10607033.doc