IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim-plaintiffs. | C. A. No. 04-1199-SLR |

**SRI INTERNATIONAL, INC.'S
NOTICE OF DEPOSITION OF GRANT GEYER**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. will take the deposition

of **Grant Geyer** on Tuesday, April 4, 2006 beginning at 8:00 a.m. at the offices of

Fish & Richardson P.C., 1425 K Street, N.W., 11th floor, Washington, D.C. 20005 or at such

other date, time or location to which the parties may stipulate. The  deposition will take place

upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer

duly authorized by law to administer oaths and record testimony, and will continue from day

to day until completed, weekends and holidays excepted.  The deposition may be recorded by

stenographic, audio, audiovisual, and real-time computer means.

Dated:  March 15, 2006                FISH & RICHARDSON P.C.


By: */s/ John F. Horvath*
    John F. Horvath (#4557)
    919 N. Market St., Ste. 1100
    P.O. Box 1114
    Wilmington, DE 19889-1114
    Telephone:  (302) 652-5070
    Facsimile:  (302) 652-0607

    Howard G. Pollack (CA Bar No. 162897)
    Gina M. Steele (CA Bar No. 233379)
    Katherine D. Prescott (CA Bar No. 215496)
    Michael J. Curley (CA Bar No. 230343)
    500 Arguello St., Ste. 500
    Redwood City, CA 94063
    Telephone:  (650) 839-5070
    Facsimile:  (650) 839-5071

Attorneys for Plaintiff and Counterclaim-defendant
SRI INTERNATIONAL, INC.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 15th day of March, 2006, I electronically filed **SRI**

**INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF GRANT GEYER** using

CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz                              Attorneys for
David E. Moore                                  Defendant/Counterclaim Plaintiffs
Potter Anderson & Corroon LLP                   Internet Security Systems, Inc., a
Hercules Plaza                                  Delaware corporation, and Internet
1313 North Market Street, 6th Floor             Security Systems, Inc., a Georgia
P.O. Box 951                                    corporation
Wilmington, DE  19899
Telephone:  302-984-6000
Facsimile:  302-658-1192
Email:  rhorwitz@potteranderson.com
Email:  dmoore@potteranderson.com


Richard K. Herrmann                             Attorneys for
Morris James Hitchens & Williams LLP            Defendant/Counterclaim Plaintiff
222 Delaware Avenue, 10th Floor                 Symantec Corporation
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  302-888-6800
Facsimile:  302-571-1750
Email:  rherrmann@morrisjames.com


I also certify that on March 15, 2006, I mailed by United States Postal Service and by

electronic mail, the above document(s) to the following non-registered participants:

Holmes J. Hawkins, III                          Attorneys for
Natasha H. Moffitt                              Defendant/Counterclaim Plaintiffs
King & Spalding LLP                             Internet Security Systems, Inc., a
191 Peachtree Street N.E.                       Delaware corporation, and Internet
Atlanta, GA  30303-1763                         Security Systems, Inc., a Georgia
Telephone:  404-572-4600                        corporation
Facsimile:  404-572-5145
Email:  hhawkins@kslaw.com
Email:  nmoffitt@kslaw.com

Theresa A. Moehlman                    Attorneys for
Jeffrey Blake                          Defendant/Counterclaim Plaintiffs
Bhavana Joneja                         Internet Security Systems, Inc., a
King & Spalding LLP                    Delaware Corporation, and Internet
1185 Avenue of the Americas            Security Systems, Inc., a Georgia
New York, NY 10036                     Corporation
Telephone:  212-556-2100
Facsimile:  212-556-2222
Email:  tmoehlman@kslaw.com
Email:  jblake@kslaw.com
Email:  bjoneja@kslaw.com


Paul S. Grewal                         Attorneys for
Robert M. Galvin, Esq.                 Defendant/Counterclaim Plaintiff
Lloyd R. Day, Jr.                      Symantec Corporation
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, California  95014
Telephone:  408-873-0110
Facsimile:  408-873-0220
Email:  pgrewal@daycasebeer.com



                                       */s/ John F. Horvath*
                                       _____

                                       John F. Horvath


80031334.doc