## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC.,<br>a California Corporation, | )<br>)<br>) |
| Plaintiff and<br>Counterclaim-Defendant, | )<br>)<br>) |
| v. | )<br>) |
| INTERNET SECURITY SYSTEMS, INC.,<br>a Delaware Corporation,<br>INTERNET SECURITY SYSTEMS, INC.,<br>a Georgia Corporation, and<br>SYMANTEC CORPORATION,<br>a Delaware Corporation, | ) C. A. No. 04-1199 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants and<br>Counterclaim-Plaintiffs. | )<br>) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of ISS-DE's

Second Supplemental Response and Objections to SRI's Interrogatory No. 9 and

Supplemental Response and Objections to SRI's Interrogatory No. 17 were caused to be

served on March 16, 2006, upon the following attorneys of record at the following

addresses as indicated:

**VIA HAND DELIVERY**

John Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**VIA ELECTRONIC MAIL**

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
pollack@fr.com
curley@fr.com

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014
pgrewal@daycasebeer.com


OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
Tel: (404) 572-4600

Theresa A. Moehlman
Jeffrey D. Blake
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100

Dated:  March 15, 2006
724056

POTTER ANDERSON & CORROON LLP


By:   /s/ David E. Moore
         Richard L. Horwitz (#2246)
         David E. Moore (#3983)
         Hercules Plaza 6th Floor
         1313 N. Market Street
         Wilmington, DE  19899
         Tel:  (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware corporation; and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 16, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

I hereby certify that on March 16, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
pollack@fr.com
curley@fr.com

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014
pgrewal@daycasebeer.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314