IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br>          Plaintiff and <br>          Counterclaim-defendant, <br><br>     v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation, <br><br>          Defendants and <br>          Counterclaim-plaintiffs. | C. A. No. 04-1199-SLR |

**SRI INTERNATIONAL, INC.'S NOTICE OF
DEPOSITION OF JEFF BROBST**

PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. ("SRI") will take the

deposition of Jeff Brobst, in his individual capacity and as a representative of Defendant

Symantec Corporation ("Symantec") pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure. Said deposition will commence at 9:00 a.m. on March 28, 2006 at the offices of Fish

& Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063, Telephone:

650-839-5070.

Plaintiff SRI understands from counsel for Symantec that pursuant to Rule 30(b)(6) of

the Federal Rules of Civil Procedure, on March 28, 2006, Mr. Brobst will testify concerning

Topic Nos. 13-18, 20-21, 24-25 and 31 of Plaintiff SRI's October 19, 2005, and January 18,

2006, Rule 30(b)(6) deposition notices.

Said deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony, and will continue from day to day until completed, weekends and holidays excepted. Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated:  March 17, 2006                   FISH & RICHARDSON P.C.

                                         By:  */s/ John F. Horvath*
                                               John F. Horvath (#4557)
                                               919 N. Market St., Ste. 1100
                                               P.O. Box 1114
                                               Wilmington, DE 19889-1114
                                               Telephone:  (302) 652-5070
                                               Facsimile:  (302) 652-0607

                                               Howard G. Pollack (CA Bar No. 162897)
                                               Gina M. Steele (CA Bar No. 233379)
                                               Katherine D. Prescott (CA Bar No. 215496)
                                               Fish & Richardson P.C.
                                               500 Arguello St., Ste. 500
                                               Redwood City, CA 94063
                                               Telephone:  (650) 839-5070
                                               Facsimile:  (650) 839-5071

                                               Attorneys for Plaintiff and Counterclaim-defendant
                                               SRI INTERNATIONAL, INC.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of March, 2006, I electronically filed **SRI**

**INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF JEFF BROBST** using

CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz | Attorneys for |
| David E. Moore | Defendant/Counterclaim Plaintiffs |
| Potter Anderson & Corroon LLP | Internet Security Systems, Inc., a |
| Hercules Plaza | Delaware corporation, and Internet |
| 1313 North Market Street, 6th Floor | Security Systems, Inc., a Georgia |
| P.O. Box 951 | corporation |
| Wilmington, DE  19899 | |
| Telephone:  302-984-6000 | |
| Facsimile:  302-658-1192 | |
| Email:  rhorwitz@potteranderson.com | |
| Email:  dmoore@potteranderson.com | |

| | |
|---|---|
| Richard K. Herrmann | Attorneys for |
| Morris James Hitchens & Williams LLP | Defendant/Counterclaim Plaintiff |
| 222 Delaware Avenue, 10th Floor | Symantec Corporation |
| P.O. Box 2306 | |
| Wilmington, DE  19899-2306 | |
| Telephone:  302-888-6800 | |
| Facsimile:  302-571-1750 | |
| Email:  rherrmann@morrisjames.com | |

I also certify that on March 17, 2006, I mailed by United States Postal Service and by

electronic mail, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III | Attorneys for |
| Natasha H. Moffitt | Defendant/Counterclaim Plaintiffs |
| King & Spalding LLP | Internet Security Systems, Inc., a |
| 1180 Peachtree Street | Delaware corporation, and Internet |
| Atlanta, Ga 30309 | Security Systems, Inc., a Georgia |
| Telephone:  404-572-4600 | corporation |
| Facsimile:  404-572-5145 | |
| Email:  hhawkins@kslaw.com | |
| Email:  nmoffitt@kslaw.com | |

Theresa A. Moehlman                     Attorneys for
Jeffrey Blake                           Defendant/Counterclaim Plaintiffs
Bhavana Joneja                          Internet Security Systems, Inc., a
King & Spalding LLP                     Delaware Corporation, and Internet
1185 Avenue of the Americas             Security Systems, Inc., a Georgia
New York, NY 10036                      Corporation
Telephone:  212-556-2100
Facsimile:  212-556-2222
Email:  tmoehlman@kslaw.com
Email:  jblake@kslaw.com
Email:  bjoneja@kslaw.com


Paul S. Grewal                          Attorneys for
Robert M. Galvin, Esq.                  Defendant/Counterclaim Plaintiff
Lloyd R. Day, Jr.                       Symantec Corporation
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, California  95014
Telephone:  408-873-0110
Facsimile:  408-873-0220
Email:  pgrewal@daycasebeer.com



                                        /s/ John F. Horvath
                                        _____

                                        John F. Horvath


10609721.doc

4