IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-plaintiffs. | C. A. No. 04-1199-SLR |

**SRI INTERNATIONAL, INC.'S NOTICE OF
<u>DEPOSITION OF MARTHA STEVENS</u>**

PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. ("SRI") will take the deposition of Martha Stevens, in her individual capacity and as a representative of Defendants Internet Security Systems, Inc., a Delaware Corporation ("ISS-DE") and Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. Said deposition will commence at 9:30 a.m. on March 22, 2006 at the offices of Brown Reporting, 1740 Peachtree Street NW, Atlanta, Georgia 30309, Telephone: 404-876-8979.

Plaintiff SRI understands from counsel for ISS-DE and ISS-GA that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on March 22, 2006, Ms. Stevens will testify concerning Topic No. 10 of Plaintiff SRI's October 19, 2005, Rule 30(b)(6) deposition notice.

Said deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony, and will continue from day to day until completed, weekends and holidays excepted. Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

Dated: March 17, 2006             FISH & RICHARDSON P.C.

                                  By: */s/ John F. Horvath*
                                      John F. Horvath (#4557)
                                      919 N. Market St., Ste. 1100
                                      P.O. Box 1114
                                      Wilmington, DE 19889-1114
                                      Telephone: (302) 652-5070
                                      Facsimile: (302) 652-0607

                                      Howard G. Pollack (CA Bar No. 162897)
                                      Gina M. Steele (CA Bar No. 233379)
                                      Katherine D. Prescott (CA Bar No. 215496)
                                      Fish & Richardson P.C.
                                      500 Arguello St., Ste. 500
                                      Redwood City, CA 94063
                                      Telephone: (650) 839-5070
                                      Facsimile: (650) 839-5071

                                  Attorneys for Plaintiff and Counterclaim-defendant
                                  SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2006, I electronically filed **SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF MARTHA STEVENS** using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Telephone:  302-984-6000<br>Facsimile:  302-658-1192<br>Email:  rhorwitz@potteranderson.com<br>Email:  dmoore@potteranderson.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Telephone:  302-888-6800<br>Facsimile:  302-571-1750<br>Email:  rherrmann@morrisjames.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

I also certify that on March 17, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, Ga 30309<br>Telephone:  404-572-4600<br>Facsimile:  404-572-5145<br>Email:  hhawkins@kslaw.com<br>Email:  nmoffitt@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email:  tmoehlman@kslaw.com<br>Email:  jblake@kslaw.com<br>Email:  bjoneja@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |
| Paul S. Grewal<br>Robert M. Galvin, Esq.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>Telephone: 408-873-0110<br>Facsimile: 408-873-0220<br>Email:  pgrewal@daycasebeer.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

*/s/ John F. Horvath*
―――――――――――――――――――――――

John F. Horvath

10609714.doc