IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 15, 2005, a true and correct copy of **SRI INTERNATIONAL, INC.'S RESPONSES TO DEFENDANT ISS-GA'S SECOND SET OF INTERROGATORIES [NOS. 19-20] AND SRI'S THIRD SUPPLEMENTAL RESPONSE TO ISS-GA'S INTERROGATORY NO. 17** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA E-MAIL AND FEDERAL EXPRESS**<br>Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | *Attorneys for Defendant/Counterclaim Plaintiffs Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation* |
| **VIA E-MAIL AND FEDERAL EXPRESS**<br>Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309 | *Attorneys for Defendant/Counterclaim Plaintiffs Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation* |

**VIA E-MAIL AND FEDERAL EXPRESS**   *Attorneys for*
Richard K. Herrmann                                  *Defendant/Counterclaim Plaintiff*
Morris James Hitchens & Williams         *Symantec Corporation*
PNC Bank Center
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**VIA E-MAIL AND FEDERAL EXPRESS**   *Attorneys for*
Paul S. Grewal                                            *Defendant/Counterclaim Plaintiff*
Day Casebeer Madrid & Batchelder, LLP   *Symantec Corporation*
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014


Dated:  March 17, 2006                FISH & RICHARDSON P.C.


                                                      By:  */s/ John F. Horvath*
                                                             John F. Horvath (#4557)
                                                             919 N. Market St., Ste. 1100
                                                             P.O. Box 1114
                                                             Wilmington, DE 19889-1114
                                                             Telephone:  (302) 652-5070
                                                             Facsimile:  (302) 652-0607

                                                             Howard G. Pollack (CA Bar No. 162897)
                                                             Gina M. Steele (CA Bar No. 233379)
                                                             Katherine D. Prescott (CA Bar No. 215496)
                                                             Michael J. Curley (CA Bar No. 230343)
                                                             FISH & RICHARDSON P.C.
                                                             500 Arguello St., Ste. 500
                                                             Redwood City, CA 94063
                                                             Telephone:  (650) 839-5070
                                                             Facsimile:  (650) 839-5071

                                                      Attorneys for Plaintiff
                                                      SRI INTERNATIONAL, INC.


80031414.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Telephone:  302-984-6000<br>Facsimile:  302-658-1192<br>Email: rhorwitz@potteranderson.com<br>Email: dmoore@potteranderson.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Telephone:  302-888-6800<br>Facsimile:  302-571-1750<br>Email: rherrmann@morrisjames.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |

I also certify that on March 17, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, Ga 30309<br>Telephone:  404-572-4600<br>Facsimile:  404-572-5145<br>Email: hhawkins@kslaw.com<br>Email: nmoffitt@kslaw.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |

| | |
|---|---|
| Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email: tmoehlman@kslaw.com<br>Email: jblake@kslaw.com<br>Email: bjoneja@kslaw.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation* |
| Paul S. Grewal<br>Robert M. Galvin, Esq.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>Telephone:  408-873-0110<br>Facsimile:  408-873-0220<br>Email: pgrewal@daycasebeer.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |

                                           /s/ *John F. Horvath*
                                           John F. Horvath

80031414.doc