## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, </br></br> Plaintiff and Counterclaim-Defendant, </br></br> v. </br></br> INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, </br> INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and </br> SYMANTEC CORPORATION, a Delaware Corporation, </br></br> Defendants and Counterclaim-Plaintiffs. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) C. A. No. 04-1199 (SLR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the Amended Initial Disclosures of Internet Security Systems, Inc., a Georgia Corporation, and Internet Security Systems, Inc., a Delaware Corporation, Pursuant to Federal Rule of Civil Procedure 26(a)(1) were caused to be served on March 20, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA 94063 | Cupertino, CA 95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Holmes J. Hawkins III  By:  */s/ David E. Moore*
Natasha H. Moffitt         Richard L. Horwitz (#2246)
KING & SPALDING LLP        David E. Moore (#3983)
191 Peachtree Street       Hercules Plaza 6th Floor
Atlanta, GA 30303          1313 N. Market Street
Tel: (404) 572-4600        Wilmington, DE 19899
                           Tel: (302) 984-6000

Theresa A. Moehlman        rhorwitz@potteranderson.com
Jeffrey D. Blake           dmoore@potteranderson.com
KING & SPALDING LLP
1185 Avenue of the Americas    *Attorneys for Defendants*
New York, New York 10036       *INTERNET SECURITY SYSTEMS, INC.,*
Tel.: (212) 556-2100           *a Delaware corporation; and*
                               *INTERNET SECURITY SYSTEMS, INC.,*
Dated: March 20, 2006          *a Georgia corporation*

724429

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 20, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899-2306 |

I hereby certify that on March 20, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
pollack@fr.com
curley@fr.com

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA 95014
pgrewal@daycasebeer.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314