IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., <br> a California Corporation, <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., <br> a Delaware Corporation, <br> INTERNET SECURITY SYSTEMS, INC., <br> a Georgia Corporation, and <br> SYMANTEC CORPORATION, <br> a Delaware Corporation, <br><br> Defendants and <br> Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No.: 04-1199 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Bradley A. Slutsky of King & Spalding LLP, 1180 Peachtree Street, Atlanta, GA 30309, to represent defendants and counterclaim plaintiffs Internet Security Systems, Inc., a Delaware Corporation and Internet Security Systems, Inc., a Georgia Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
Dated: March 21, 2006
723844
    rhorwitz@potteranderson.com
    dmoore@potteranderson

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware Corporation, and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

   In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2006  Signed: */s/ Bradley A. Slutsky*
            Bradley A. Slutsky
            King & Spalding LLP
            1180 Peachtree Street
            Atlanta, GA 30309
            Telephone: (404) 572-4600

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 21, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE  19899 | Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 |

I hereby certify that on March 21, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack<br>Michael J. Curley<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>pollack@fr.com<br>curley@fr.com | Paul S. Grewal<br>Day Casebeer Madrid & Batchelder LLP<br>20300 Stevens Creek Boulevard<br>Suite 400<br>Cupertino, CA  95014<br>pgrewal@daycasebeer.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314