IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation, <br><br> Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 3, 2006, a true and correct copy of **SRI INTERNATIONAL, INC.'S RESPONSE TO ISS-GA'S FIRST SET OF REQUESTS FOR ADMISSIONS [NOS. 1-5]** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA E-MAIL AND U.S. MAIL**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation*

**VIA E-MAIL AND U.S. MAIL**
Holmes J. Hawkins, III
Natasha H. Moffitt
King & Spalding LLP
191 Peachtree Street, NE
Atlanta, GA 30309

*Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation*

| | |
|---|---|
| **VIA E-MAIL AND U.S. MAIL**<br>Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | *Attorneys for*<br>*Defendant/Counterclaim Plaintiffs*<br>*Internet Security Systems, Inc., a*<br>*Delaware corporation, and Internet*<br>*Security Systems, Inc., a Georgia*<br>*corporation* |
| **VIA E-MAIL AND U.S. MAIL**<br>Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | *Attorneys for*<br>*Defendant/Counterclaim Plaintiff*<br>*Symantec Corporation* |
| **VIA E-MAIL AND U.S. MAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014 | *Attorneys for*<br>*Defendant/Counterclaim Plaintiff*<br>*Symantec Corporation* |

Dated:  March 24, 2006        FISH & RICHARDSON P.C.


By: */s/ John F. Horvath*
  John F. Horvath (#4557)
  919 N. Market St., Ste. 1100
  P.O. Box 1114
  Wilmington, DE 19889-1114
  Telephone:  (302) 652-5070
  Facsimile:  (302) 652-0607

  Howard G. Pollack (CA Bar No. 162897)
  Gina M. Steele (CA Bar No. 233379)
  Katherine D. Prescott (CA Bar No. 215496)
  Michael J. Curley (CA Bar No. 230343)
  FISH & RICHARDSON P.C.
  500 Arguello St., Ste. 500
  Redwood City, CA 94063
  Telephone:  (650) 839-5070
  Facsimile:  (650) 839-5071

  Attorneys for Plaintiff
  SRI INTERNATIONAL, INC.

80031525.doc

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 24, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Telephone:  302-984-6000<br>Facsimile:  302-658-1192<br>Email: rhorwitz@potteranderson.com<br>Email: dmoore@potteranderson.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Telephone:  302-888-6800<br>Facsimile:  302-571-1750<br>Email: rherrmann@morrisjames.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |

        I also certify that on March 24, 2006, I mailed by United States Postal Service, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, Ga 30309<br>Telephone:  404-572-4600<br>Facsimile:  404-572-5145<br>Email: hhawkins@kslaw.com<br>Email: nmoffitt@kslaw.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |

| | |
|---|---|
| Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email: tmoehlman@kslaw.com<br>Email: jblake@kslaw.com<br>Email: bjoneja@kslaw.com | *Attorneys for*<br>*Defendant/Counterclaim Plaintiffs*<br>*Internet Security Systems, Inc., a*<br>*Delaware Corporation, and Internet*<br>*Security Systems, Inc., a Georgia*<br>*Corporation* |
| Paul S. Grewal<br>Robert M. Galvin, Esq.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>Telephone:  408-873-0110<br>Facsimile:  408-873-0220<br>Email: pgrewal@daycasebeer.com | *Attorneys for*<br>*Defendant/Counterclaim Plaintiff*<br>*Symantec Corporation* |

                                                /s/ *John F. Horvath*
                                                John F. Horvath

80031525.doc