IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>  Plaintiff and<br>  Counterclaim-Defendant,<br><br> v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation,<br>INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and<br>SYMANTEC CORPORATION, a Delaware corporation,<br><br>  Defendants and<br>  Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## NOTICE OF SERVICE

Please take notice that copies of the following document, **SYMANTEC CORPORATION'S FIFTH SUPPLEMENTAL RESPONSES TO SRI INTERNATIONAL, INC.'S INTERROGATORY NO. 11,** were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**

John F. Horvath, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801

**VIA EMAIL & FEDEX**

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA  94063

Holmes Hawkins, III, Esq.
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA  30303-1763

Theresa Moehlman, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003

Dated:  March 28, 2006

By:     */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Counsel for Defendant
SYMANTEC CORPORATION

OF COUNSEL:

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Fax: (408) 873-0220

Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA 95014
Tel: (408) 517-8000
Fax: (408) 517-812

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John F. Horvath, Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801 | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19801 |

Additionally, I hereby certify that on the 28th day of March, 2006, the foregoing document was served via email and via Federal Express on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq.<br>Michael J. Curley, Esq.<br>Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>650.839.5070 | Holmes Hawkins, III, Esq.<br>King & Spalding<br>1180 Peachtree Street<br>Atlanta, GA  30309-3521<br>404.572.4600<br><br>Theresa Moehlman, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br>212.556.2100 |

　　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　Morris, James, Hitchens & Williams LLP
　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　SYMANTEC CORPORATION