IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California corporation, : : : Plaintiff and : Counterclaim-Defendant, : : v. : C.A. No. 04-1199 (SLR) : INTERNET SECURITY SYSTEMS, INC., : a Delaware corporation, INTERNET : SECURITY SYSTEMS, INC., a Georgia : corporation, and SYMANTEC : CORPORATION, a Delaware corporation, : : Defendants and : Counterclaim-Plaintiffs. : | |

## NOTICE OF SERVICE

TO:  John F. Horvath, Esquire  
      Katherine D. Prescott, Esquire  
      Fish & Richardson P.C.  
      919 North Market Street  
      Wilmington, DE 19899-1114

Richard L. Horwitz, Esquire  
Potter Anderson & Corroon LLP  
1313 North Market Street  
Wilmington, DE 19899

Richard K. Herrmann, Esquire  
Morris James Hitchens & Williams LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19899

PLEASE TAKE NOTICE that Non-Party PNC Bancorp, Inc.'s Objections and Responses to Plaintiff/Counterclaim Defendant SRI International, Inc.'s Subpoena and this Notice of Service, were served electronically and via hand delivery on the above counsel on March 29, 2006.

                    PROCTOR HEYMAN LLP

                    /s/ Vernon R. Proctor
                    _____
                    Vernon R. Proctor (# 1019)
                    E-mail: vproctor@proctorheyman.com
                    Patricia L. Enerio (# 3728)
                    E-mail: penerio@proctorheyman.com
                    1116 West Street
                    Wilmington, DE 19801
                    (302) 472-7300
                    Attorneys for PNC Bancorp, Inc.

Dated: March 29, 2006