IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC., a California
Corporation,

        Plaintiff and
        Counterclaim-Defendant,

  v.

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation, INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation, and SYMANTEC
CORPORATION, a Delaware corporation,

        Defendants and
        Counterclaim-Plaintiffs.

C.A. No. 04-1199 (SLR)

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 31, 2006, a true and correct copy of

**SRI INTERNATIONAL, INC.'S RESPONSES TO DEFENDANT ISS-GA'S**

**THIRD SET OF INTERROGATORIES (NOS. 21-23)** were caused to be served on

the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Attorneys for*
*Defendant/Counterclaim Plaintiffs*
*Internet Security Systems, Inc., a*
*Delaware corporation, and Internet*
*Security Systems, Inc., a Georgia*
*corporation*

**VIA E-MAIL AND FIRST CLASS MAIL**
Holmes J. Hawkins, III
Natasha H. Moffitt
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorneys for*
*Defendant/Counterclaim Plaintiffs*
*Internet Security Systems, Inc., a*
*Delaware corporation, and Internet*
*Security Systems, Inc., a Georgia*
*corporation*

**VIA E-MAIL AND FIRST CLASS MAIL**
Theresa A. Moehlman
Jeffrey Blake
Bhavana Joneja
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

*Attorneys for*
*Defendant/Counterclaim Plaintiffs*
*Internet Security Systems, Inc., a*
*Delaware corporation, and Internet*
*Security Systems, Inc., a Georgia*
*corporation*

**VIA HAND DELIVERY**
Richard K. Herrmann
Morris James Hitchens & Williams
PNC Bank Center
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

*Attorneys for*
*Defendant/Counterclaim Plaintiff*
*Symantec Corporation*

**VIA E-MAIL AND FIRST CLASS MAIL**
Paul S. Grewal
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014

*Attorneys for*
*Defendant/Counterclaim Plaintiff*
*Symantec Corporation*

Dated: March 31, 2006

FISH & RICHARDSON P.C.

By:  */s/ Timothy Devlin*
_____
Timothy Devlin (#4241)
John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Howard G. Pollack (CA Bar No. 162897)
Gina M. Steele (CA Bar No. 233379)
Katherine D. Prescott (CA Bar No. 215496)
Michael J. Curley (CA Bar No. 230343)
FISH & RICHARDSON P.C.
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
Telephone:  302-984-6000
Facsimile:  302-658-1192
Email:  rhorwitz@potteranderson.com
Email:  dmoore@potteranderson.com

*Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation*

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  302-888-6800
Facsimile:  302-571-1750
Email:  rherrmann@morrisjames.com

*Attorneys for
Defendant/Counterclaim Plaintiff
Symantec Corporation*

I also certify that on March 31, 2006, I mailed by United States Postal Service, the above document(s) to the following non-registered participants:

Holmes J. Hawkins, III
Natasha H. Moffitt
King & Spalding LLP
1180 Peachtree Street
Atlanta, Ga 30309
Telephone:  404-572-4600
Facsimile:  404-572-5145
Email:  hhawkins@kslaw.com
Email:  nmoffitt@kslaw.com

*Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation*

Theresa A. Moehlman
Jeffrey Blake
Bhavana Joneja
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone:  212-556-2100
Facsimile:  212-556-2222
Email:  tmoehlman@kslaw.com
Email:  jblake@kslaw.com
Email:  bjoneja@kslaw.com

*Attorneys for*
*Defendant/Counterclaim Plaintiffs*
*Internet Security Systems, Inc., a*
*Delaware Corporation, and Internet*
*Security Systems, Inc., a Georgia*
*Corporation*

Paul S. Grewal
Robert M. Galvin, Esq.
Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, California  95014
Telephone:  408-873-0110
Facsimile:  408-873-0220
Email:  pgrewal@daycasebeer.com

*Attorneys for*
*Defendant/Counterclaim Plaintiff*
*Symantec Corporation*

/s/ Timothy Devlin
Timothy Devlin

80031820.doc