## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) C. A. No. 04-1199 (SLR) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the Supplemental Initial Disclosures of Internet Security Systems, Inc., a Georgia Corporation, and Internet Security Systems, Inc., a Delaware Corporation were caused to be served on April 4, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE   19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE   19899-2306

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Howard G. Pollack<br>Michael J. Curley<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>pollack@fr.com<br>curley@fr.com | Paul S. Grewal<br>Day Casebeer Madrid & Batchelder LLP<br>20300 Stevens Creek Boulevard<br>Suite 400<br>Cupertino, CA  95014<br>pgrewal@daycasebeer.com |

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
Tel: (404) 572-4600

By:  */s/ David E. Moore*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza 6th Floor
      1313 N. Market Street
      Wilmington, DE  19899
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

Theresa A. Moehlman
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware corporation; and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia corporation*

Dated:  April 4, 2006

726531

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 4, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| A.   Wilmington, DE   19899 | Wilmington, DE   19899-2306 |

I hereby certify that on April 4, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA  94063 | Cupertino, CA  95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314