## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     Civil Action No. 04-1199-SLR <br> : |
| INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## AMENDED ORDER

At Wilmington this **7th** day of **April, 2006,**

IT IS ORDERED that the Court's Order dated October 3, 2005 scheduling mediations in the above matter is hereby amended as follows: dress for the mediations scheduled for Monday, May 8, 2006 beginning at 10:00 a.m. and Tuesday, May 9, 2006 beginning at 10:00 is **business casual.** All other provisions of the Court's October 3, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE