IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO THIRD-PARTY ARBOR NETWORKS, INC.**

TO THIRD-PARTY ARBOR NETWORKS, INC.

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiff SRI International, Inc. ("SRI") will take the deposition of third-party Arbor Networks, Inc., ("Arbor Networks") at Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, commencing at 9:00 a.m. on April 17, 2006, or at another time agreed upon by the parties, or ordered by the Court.  The deposition will continue from day to day thereafter until complete.  The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony.  Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape.  Some or all of the deposition testimony may involve real-time computer

connection between the deposition taker and stenographer using software such as "LiveNote."

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Arbor Networks is obligated to designate one or more of its officers, directors, or managing agents, and/or one or more other persons who consent to testify on its behalf concerning the matters set forth in Attachment A to the Subpoena in a Civil Case attached hereto. Arbor Networks is requested to set forth, for each person designated, the matters on which the person will testify.

Dated: April 7, 2006                FISH & RICHARDSON P.C.

                                    By: */s/ John F. Horvath*
                                        John F. Horvath (#4557)
                                        FISH & RICHARDSON P.C.
                                        919 N. Market St., Ste. 1100
                                        P.O. Box 1114
                                        Wilmington, DE 19889-1114
                                        Telephone: (302) 652-5070
                                        Facsimile: (302) 652-0607

                                        Howard G. Pollack (CA Bar No. 162897)
                                        Gina M. Steele (CA Bar No. 233379)
                                        Katherine D. Prescott (CA Bar No. 215496)
                                        Michael J. Curley (CA Bar No. 230343)
                                        FISH & RICHARDSON P.C.
                                        500 Arguello St., Ste. 500
                                        Redwood City, CA 94063
                                        Telephone: (650) 839-5070
                                        Facsimile: (650) 839-5071

                                        Attorneys for Plaintiff and Counterclaim-Defendant
                                        SRI INTERNATIONAL, INC.

# ATTACHMENT A

## DEFINITIONS AND INSTRUCTIONS

1.  "SRI" means SRI International, Inc., including its officers, directors, employees, agents, and attorneys.

2.  "ISS" means Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation, including their past and present officers, directors, employees, consultants, agents, and attorneys and others acting or purporting to act on their behalf, and including their predecessors, subsidiaries, parents, and affiliates.

3.  "Arbor Networks," "you," or "your" means Arbor Networks, Inc., including its past and present officers, directors, employees, consultants, agents, and attorneys and others acting or purporting to act on its behalf, and including their predecessors, subsidiaries, parents, and affiliates.

4.  "ADS" means the "Proventia® Network Anomaly Detection System."" .

5.  "This litigation" refers to <u>SRI International, Inc., a California corporation vs. Internet Security Systems, Inc., a Delaware corporation, Internet Security Systems, Inc., a Georgia corporation, and Symantec Corporation, a Delaware corporation</u>, USDC-D. Delaware – Case No. 04-1199 (SLR).

6.  The word "Document" is used herein in its broadest sense to include everything that is contemplated by Rule 26 and Rule 34 of the Federal Rules of Civil Procedure, including Documents stored in hard copy or electronic form.  Electronic Documents include electronic mail, computer source code, object code, and microcode, and Documents stored on any media accessible by electronic means.  A comment or

1

notation appearing on any "Document" and not a part of the original text is to be considered a separate "Document".

7. "Thing" means any tangible object other than a Document.

8. "Person" or "Persons" include not only natural individuals, but also, without limitation, firms, partnerships, associations, corporations, and other legal entities, and divisions, departments, or other units thereof.

9. "Including" shall mean "including but not limited to."

10. The terms "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the individual request more inclusive.

11. The singular and masculine form of any noun or pronoun shall embrace and be read and applied as embracing the plural, the feminine, and the neuter, except where circumstances clearly make it inappropriate.

12. "Concerning" means relating to, referring to, describing, discussing, depicting, evidencing, identifying or constituting.

13. The terms "refer," "referring," "relate," or "relating" as used herein include, but are not limited to the following meanings: bearing upon, concerning, constituting, discussing, describing, evidencing, identifying, concerning, mentioning, in connection with, pertaining to, respecting, regarding, responding to, or in any way factually or logically relevant to the matter described in the request.

14. Documents within the possession, custody or control of Arbor Networks means documents within the possession, custody or control of any current or former attorney, employee, partner, corporate parent, subsidiary, affiliate, agent, representative,

officer, or director of Arbor Networks, and other persons acting on Arbor Network's behalf.

15. For any information deliberately withheld, please provide a written statement setting forth: (1) the identify of each Person from and to whom the information has been communicated; (2) a brief description of the subject matter of the information; and (3) the legal ground relied upon in withholding the information.

**TOPICS**

1. The business relationship between ISS and Arbor Networks Concerning ADS.

2. The financial relationship between ISS and Arbor Networks Concerning ADS.

3. Communications between ISS and Arbor Networks.

4. The design, specification, development, and implementation of ADS.

5. The function, method of operation, and use of ADS.

6. Prosecution of all patents and patent applications relating to ADS.

7. The integration of ADS into ISS products.

8. The content and purpose of any advertising or marketing materials related to ADS.

9. Agreements relating to any licenses between Arbor Networks and any Person, including ISS, Concerning the right to make, use, sell or sub-license any intrusion or anomaly detection technology, including any network intrusion or anomaly detection patents, products, or product components and the amounts paid or received pursuant to these agreements.

4

10. Amounts paid to You and/or received by You from ISS.

11. Your knowledge of SRI, Phil Porras, Alfonso Valdes, or this litigation

50336022.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2006, I electronically filed **SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO THIRD-PARTY ARBOR NETWORKS, INC.** using CM/ECF which will send notification of such filing to the following. A copy was also sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: 302-984-6000<br>Facsimile: 302-658-1192<br>Email: rhorwitz@potteranderson.com<br>Email: dmoore@potteranderson.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: 302-888-6800<br>Facsimile: 302-571-1750<br>Email: rherrmann@morrisjames.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

I also certify that on April, 7, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA  30309<br>Telephone:  404-572-4600<br>Facsimile:  404-572-5145<br>Email:  hhawkins@kslaw.com<br>Email:  nmoffitt@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Theresa A. Moehlman<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email:  tmoehlman@kslaw.com<br>Email:  jblake@kslaw.com<br>Email:  bjoneja@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |
| Paul S. Grewal<br>Robert M. Galvin, Esq.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, California  95014<br>Telephone:  408-873-0110<br>Facsimile:  408-873-0220<br>Email:  pgrewal@daycasebeer.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

*/s/ John F. Horvath*  
John F. Horvath