IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | C.A. No. 04-1199 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 7, 2006, true and correct copies of **SRI INTERNATIONAL, INC.'S RESPONSE TO SYMANTEC CORPORATION'S THIRD SET OF REQUESTS FOR ADMISSION [NOS. 10-89]** and **SRI INTERNATIONAL'S RESPONSE TO SYMANTEC CORPORATION'S FIFTH SET OF INTERROGATORIES** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Defendant/Counterclaim Plaintiffs Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation*

| | |
|---|---|
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309 | *Attorneys for Defendant/Counterclaim Plaintiffs Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation* |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | *Attorneys for Defendant/Counterclaim Plaintiffs Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation* |
| **VIA HAND DELIVERY**<br>Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | *Attorneys for Defendant/Counterclaim Plaintiff Symantec Corporation* |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Paul S. Grewal<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014 | *Attorneys for Defendant/Counterclaim Plaintiff Symantec Corporation* |

Dated: April 7, 2006                FISH & RICHARDSON P.C.

                                    By: /s/ John F. Horvath
                                        Timothy Devlin (#4241)
                                        John F. Horvath (#4557)
                                        919 N. Market St., Ste. 1100
                                        P.O. Box 1114
                                        Wilmington, DE 19889-1114
                                        Telephone: (302) 652-5070
                                        Facsimile: (302) 652-0607

                                        Howard G. Pollack (CA Bar No. 162897)
                                        Gina M. Steele (CA Bar No. 233379)
                                        Katherine D. Prescott (CA Bar No. 215496)
                                        Michael J. Curley (CA Bar No. 230343)
                                        FISH & RICHARDSON P.C.
                                        500 Arguello St., Ste. 500
                                        Redwood City, CA 94063
                                        Telephone: (650) 839-5070
                                        Facsimile: (650) 839-5071

                                    Attorneys for Plaintiff
                                    SRI INTERNATIONAL, INC.

80031990.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: 302-984-6000<br>Facsimile: 302-658-1192<br>Email: rhorwitz@potteranderson.com<br>Email: dmoore@potteranderson.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: 302-888-6800<br>Facsimile: 302-571-1750<br>Email: rherrmann@morrisjames.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |

I also certify that on April 7, 2006, I caused to be served via United States Postal Service, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>Telephone: 404-572-4600<br>Facsimile: 404-572-5145<br>Email: hhawkins@kslaw.com<br>Email: nmoffitt@kslaw.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |

| | |
|---|---|
| Theresa A. Moehlman<br>Jeffrey Blake<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-556-2100<br>Facsimile: 212-556-2222<br>Email: tmoehlman@kslaw.com<br>Email: jblake@kslaw.com<br>Email: bjoneja@kslaw.com | *Attorneys for Defendant/Counterclaim Plaintiffs Internet Security Systems, Inc., a Delaware Corporation, and Internet Security Systems, Inc., a Georgia Corporation* |
| Paul S. Grewal<br>Robert M. Galvin, Esq.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: 408-873-0110<br>Facsimile: 408-873-0220<br>Email: pgrewal@daycasebeer.com | *Attorneys for Defendant/Counterclaim Plaintiff Symantec Corporation* |

/s/ *John F. Horvath*
John F. Horvath

80031990.doc