IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>      Plaintiff and<br>      Counterclaim-defendant,<br><br>      v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>      Defendants and<br>      Counterclaim-plaintiffs. | C. A. No. 04-1199-SLR |

**SRI INTERNATIONAL, INC.'S**
**NOTICE OF DEPOSITION OF DANNY EDISON**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. will take the deposition of Danny Edison on Wednesday, April 12, 2006 beginning at 9:30 a.m. at the offices of King & Spaulding, 1180 Peachtree Street, NE, Atlanta, GA 30309 or at such other date, time or location to which the parties may stipulate. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony, and will continue from day to day until completed, weekends and holidays excepted. The deposition may be recorded by stenographic, audio, audiovisual, and real-time computer means.

In addition, Plaintiff SRI understand from counsel for Defendants Internet Security Systems, Inc., a Delaware Corporation ("ISS-DE") and Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA") that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on April 12, 2006, Mr. Edison will also testify concerning Topics 13-16, 18-19, 22, and 26-29 of Plaintiff SRI's October 19, 2005 and January 18, 2006 Rule 30(b)(6) deposition notices.

Dated: April 11, 2006               FISH & RICHARDSON P.C.

                                    By: */s/ John F. Horvath*
                                        John F. Horvath (#4557)
                                        919 N. Market St., Ste. 1100
                                        P.O. Box 1114
                                        Wilmington, DE 19889-1114
                                        Telephone: (302) 652-5070
                                        Facsimile: (302) 652-0607

                                        Howard G. Pollack (CA Bar No. 162897)
                                        Gina M. Steele (CA Bar No. 233379)
                                        Katherine D. Prescott (CA Bar No. 215496)
                                        Michael J. Curley (CA Bar No. 230343)
                                        500 Arguello St., Ste. 500
                                        Redwood City, CA 94063
                                        Telephone: (650) 839-5070
                                        Facsimile: (650) 839-5071

                                    Attorneys for Plaintiff and Counterclaim-defendant
                                    SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2006, I electronically filed **SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF DANNY EDISON** using CM/ECF which will send notification of such filing to the following. In addition, a copy will also be delivered to Delaware counsel by hand.

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Telephone:  302-984-6000<br>Facsimile:  302-658-1192<br>Email:  rhorwitz@potteranderson.com<br>Email:  dmoore@potteranderson.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Telephone:  302-888-6800<br>Facsimile:  302-571-1750<br>Email:  rherrmann@morrisjames.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

I also certify that on April 11, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Telephone: 404-572-4600<br>Facsimile: 404-572-5145<br>Email:  hhawkins@kslaw.com<br>Email:  nmoffitt@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email:  tmoehlman@kslaw.com<br>Email:  jblake@kslaw.com<br>Email:  bjoneja@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |
| Paul S. Grewal<br>Robert M. Galvin, Esq.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:  408-873-0110<br>Facsimile:  408-873-0220<br>Email:  pgrewal@daycasebeer.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

*/s/ John F. Horvath*
_____

John F. Horvath

10619217.doc