IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim-plaintiffs. | C. A. No. 04-1199-SLR |

**SRI INTERNATIONAL, INC.'S**
**NOTICE OF DEPOSITION OF PETER EVANS**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. will take the deposition of Peter Evans on Thursday, April 20, 2006 beginning at 9:30 a.m. at the offices of King & Spaulding, 1180 Peachtree Street, NE, Atlanta, GA 30309 or at such other date, time or location to which the parties may stipulate. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony, and will continue from day to day until completed, weekends and holidays excepted. The deposition may be recorded by stenographic, audio, audiovisual, and real-time computer means.

In addition, Plaintiff SRI understand from counsel for Defendants Internet Security Systems, Inc., a Delaware Corporation ("ISS-DE") and Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA") that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on April 20, 2006, Mr. Evans will also testify concerning Topics 9, 12, 20, 21 and 23 of Plaintiff SRI's October 19, 2005 and January 18, 2006 Rule 30(b)(6) deposition notices.

Dated: April 12, 2006　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　By: */s/ John F. Horvath*
　　　　　　　　　　　　　　　　　　　　John F. Horvath (#4557)
　　　　　　　　　　　　　　　　　　　　919 N. Market St., Ste. 1100
　　　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19889-1114
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-0607

　　　　　　　　　　　　　　　　　　　　Howard G. Pollack (CA Bar No. 162897)
　　　　　　　　　　　　　　　　　　　　Gina M. Steele (CA Bar No. 233379)
　　　　　　　　　　　　　　　　　　　　Katherine D. Prescott (CA Bar No. 215496)
　　　　　　　　　　　　　　　　　　　　Michael J. Curley (CA Bar No. 230343)
　　　　　　　　　　　　　　　　　　　　500 Arguello St., Ste. 500
　　　　　　　　　　　　　　　　　　　　Redwood City, CA 94063
　　　　　　　　　　　　　　　　　　　　Telephone: (650) 839-5070
　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 839-5071

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Counterclaim-defendant
　　　　　　　　　　　　　　　　　　　　SRI INTERNATIONAL, INC.

Case 1:04-cv-01199-SLR    Document 210    Filed 04/12/2006    Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2006, I electronically filed **SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF PETER EVANS** using CM/ECF which will send notification of such filing to the following. In addition, a copy will also be delivered to Delaware counsel by hand.

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: 302-984-6000<br>Facsimile: 302-658-1192<br>Email: rhorwitz@potteranderson.com<br>Email: dmoore@potteranderson.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: 302-888-6800<br>Facsimile: 302-571-1750<br>Email: rherrmann@morrisjames.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

I also certify that on April 12, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Telephone: 404-572-4600<br>Facsimile: 404-572-5145<br>Email: hhawkins@kslaw.com<br>Email: nmoffitt@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email:  tmoehlman@kslaw.com<br>Email:  jblake@kslaw.com<br>Email:  bjoneja@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |
| Paul S. Grewal<br>Robert M. Galvin<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:  408-873-0110<br>Facsimile:  408-873-0220<br>Email:  pgrewal@daycasebeer.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

By:  */s/ John F. Horvath*

John F. Horvath

10619230.doc