IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC., a California
Corporation,

        Plaintiff and
        Counterclaim-defendant,

    v.

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation, INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation, and SYMANTEC
CORPORATION, a Delaware corporation,

        Defendants and
        Counterclaim-plaintiffs.

C. A. No. 04-1199-SLR

**SRI INTERNATIONAL, INC.'S**
**<u>NOTICE OF DEPOSITION OF RICK MILLER</u>**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. will take the

deposition of Rick Miller on Thursday, April 20, 2006 beginning at 9:30 a.m. at the offices of

King & Spaulding, 1180 Peachtree Street, NE, Atlanta, GA 30309 or at such other date, time

or location to which the parties may stipulate. The  deposition will take place upon oral

examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized

by law to administer oaths and record testimony, and will continue from day to day until

completed, weekends and holidays excepted.  The deposition may be recorded by

stenographic, audio, audiovisual, and real-time computer means.

In addition, Plaintiff SRI understand from counsel for Defendants Internet Security Systems, Inc., a Delaware Corporation ("ISS-DE") and Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA") that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on April 20, 2006, Mr. Miller will also testify concerning Topic 30 to the extent it relates to Managed Security Services, of Plaintiff SRI's January 18, 2006 Rule 30(b)(6) deposition notice.

Dated:  April 12, 2006                    FISH & RICHARDSON P.C.

                                          By:  */s/ John F. Horvath*
                                          _____
                                                John F. Horvath (#4557)
                                                919 N. Market St., Ste. 1100
                                                P.O. Box 1114
                                                Wilmington, DE 19889-1114
                                                Telephone:  (302) 652-5070
                                                Facsimile:  (302) 652-0607

                                                Howard G. Pollack (CA Bar No. 162897)
                                                Gina M. Steele (CA Bar No. 233379)
                                                Katherine D. Prescott (CA Bar No. 215496)
                                                Michael J. Curley (CA Bar No. 230343)
                                                500 Arguello St., Ste. 500
                                                Redwood City, CA 94063
                                                Telephone:  (650) 839-5070
                                                Facsimile:  (650) 839-5071

                                          Attorneys for Plaintiff and Counterclaim-defendant
                                          SRI INTERNATIONAL, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of April, 2006, I electronically filed **SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF RICK MILLER** using CM/ECF which will send notification of such filing to the following.  In addition, a copy will also be delivered to Delaware counsel by hand.

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Telephone:  302-984-6000<br>Facsimile:  302-658-1192<br>Email:  rhorwitz@potteranderson.com<br>Email:  dmoore@potteranderson.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Telephone:  302-888-6800<br>Facsimile:  302-571-1750<br>Email:  rherrmann@morrisjames.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

I also certify that on April 12, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

Holmes J. Hawkins, III
Natasha H. Moffitt
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-572-4600
Facsimile:  404-572-5145
Email:  hhawkins@kslaw.com
Email:  nmoffitt@kslaw.com

Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation

Theresa A. Moehlman
Bhavana Joneja
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone:  212-556-2100
Facsimile:  212-556-2222
Email:  tmoehlman@kslaw.com
Email:  jblake@kslaw.com
Email:  bjoneja@kslaw.com

Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware Corporation, and Internet
Security Systems, Inc., a Georgia
Corporation

Paul S. Grewal
Robert M. Galvin
Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  408-873-0110
Facsimile:  408-873-0220
Email:  pgrewal@daycasebeer.com

Attorneys for
Defendant/Counterclaim Plaintiff
Symantec Corporation

By:  */s/ John F. Horvath*
_____
John F. Horvath

10619233.doc