IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC., a California
Corporation,

        Plaintiff and
        Counterclaim-defendant,

   v.

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation, INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation, and SYMANTEC
CORPORATION, a Delaware corporation,

        Defendants and
        Counterclaim-plaintiffs.

C. A. No. 04-1199-SLR

## SRI INTERNATIONAL, INC.'S
## NOTICE OF DEPOSITION OF JOE KLEINWAECHTER

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. will take the deposition

of Joe Kleinwaechter on Thursday, April 20, 2006 beginning at 9:30 a.m. at the offices of King &

Spaulding, 1180 Peachtree Street, NE, Atlanta, GA 30309 or at such other date, time or location to

which the parties may stipulate. The deposition will take place upon oral examination pursuant to

the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths

and record testimony, and will continue from day to day until completed, weekends and holidays

excepted. The deposition may be recorded by stenographic, audio, audiovisual, and real-time

computer means.

      In addition, Plaintiff SRI understand from counsel for Defendants Internet Security

Systems, Inc., a Delaware Corporation ("ISS-DE") and Internet Security Systems, Inc., a Georgia

Corporation ("ISS-GA") that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure,

on April 20, 2006, Mr. Kleinwaechter will testify concerning Topics 24 and 25 of Plaintiff SRI's

October 19, 2005 and January 18, 2006 Rule 30(b)(6) deposition notices.

Dated:  April 13, 2006                FISH & RICHARDSON P.C.

                                      By:  */s/ John F. Horvath*
                                           John F. Horvath (#4557)
                                           919 N. Market St., Ste. 1100
                                           P.O. Box 1114
                                           Wilmington, DE 19889-1114
                                           Telephone:  (302) 652-5070
                                           Facsimile:  (302) 652-0607

                                           Howard G. Pollack (CA Bar No. 162897)
                                           Gina M. Steele (CA Bar No. 233379)
                                           Katherine D. Prescott (CA Bar No. 215496)
                                           Michael J. Curley (CA Bar No. 230343)
                                           500 Arguello St., Ste. 500
                                           Redwood City, CA 94063
                                           Telephone:  (650) 839-5070
                                           Facsimile:  (650) 839-5071

                                      Attorneys for Plaintiff and Counterclaim-defendant
                                      SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2006, I electronically filed **SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF JOE KLEINWAECHTER** using CM/ECF which will send notification of such filing to the following.  In addition, a copy will also be delivered to Delaware counsel by hand.

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
Telephone:  302-984-6000
Facsimile:  302-658-1192
Email:  rhorwitz@potteranderson.com
Email:  dmoore@potteranderson.com

Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  302-888-6800
Facsimile:  302-571-1750
Email:  rherrmann@morrisjames.com

Attorneys for
Defendant/Counterclaim Plaintiff
Symantec Corporation

I also certify that on April 13, 2006, I mailed by United States Postal Service and by electronic mail, the above document(s) to the following non-registered participants:

Holmes J. Hawkins, III
Natasha H. Moffitt
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-572-4600
Facsimile:  404-572-5145
Email:  hhawkins@kslaw.com
Email:  nmoffitt@kslaw.com

Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation

Theresa A. Moehlman                          Attorneys for
Bhavana Joneja                               Defendant/Counterclaim Plaintiffs
King & Spalding LLP                          Internet Security Systems, Inc., a
1185 Avenue of the Americas                  Delaware Corporation, and Internet
New York, NY 10036                           Security Systems, Inc., a Georgia
Telephone:  212-556-2100                     Corporation
Facsimile:  212-556-2222
Email:  tmoehlman@kslaw.com
Email:  jblake@kslaw.com
Email:  bjoneja@kslaw.com


Paul S. Grewal                               Attorneys for
Robert M. Galvin, Esq.                       Defendant/Counterclaim Plaintiff
Lloyd R. Day, Jr.                            Symantec Corporation
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  408-873-0110
Facsimile:  408-873-0220
Email:  pgrewal@daycasebeer.com



*/s/ John F. Horvath*
_____

John F. Horvath


10619226.doc