IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,       Plaintiff and       Counterclaim-Defendant,    v. INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,       Defendants and       Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## NOTICE OF SERVICE

Please take notice that copies of the following document, **SYMANTEC CORPORATION'S SIXTH SUPPLEMENTAL RESPONSE TO SRI INTERNATIONAL, INC.'S FIRST SET OF INTERROGATORIES (NO. 9) AND SECOND SUPPLEMENTAL RESPONSE TO SRI INTERNATIONAL, INC.'S SECOND SET OF INTERROGATORIES (NO. 17),** were served on counsel as indicated:

| **VIA EMAIL w/o CD**<br>**& HAND DELIVERY w/ CD** | **VIA EMAIL w/o CD**<br>**VIA FEDEX w/ CD** |
|---|---|
| John F. Horvath, Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801 | Howard G. Pollack, Esq.<br>Michael J. Curley, Esq.<br>Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 |
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19801 | Holmes Hawkins, III, Esq.<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br><br>Theresa Moehlman, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003 |

2

Dated:  April 27, 2006

By:     */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Counsel for Defendant
SYMANTEC CORPORATION

OF COUNSEL:

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel:  (408) 873-0110
Fax: (408) 873-0220


Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA  95014
Tel:  (408) 517-8000
Fax:  (408) 517-812

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John F. Horvath, Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801 | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19801 |

Additionally, I hereby certify that on the 27th day of April, 2006, the foregoing document was served via email and via Federal Express on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq.<br>Michael J. Curley, Esq.<br>Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>650.839.5070 | Holmes Hawkins, III, Esq.<br>King & Spalding<br>1180 Peachtree Street<br>Atlanta, GA  30309-3521<br>404.572.4600<br><br>Theresa Moehlman, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br>212.556.2100 |

                                                */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Counsel for Defendant
SYMANTEC CORPORATION