# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) |
| Plaintiff and Counterclaim-Defendant, | ) ) ) ) |
| v. | ) ) ) C. A. No. 04-1199 (SLR) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) |
| Defendants and Counterclaim-Plaintiffs. | ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Internet Security Systems, Inc., hereby certifies that copies of the Rebuttal Expert Report of Stephen E. Smaha were caused to be served on May 17, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA EMAIL AND FEDERAL EXPRESS**

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA 95014

John F. Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Holmes J. Hawkins III | |
| Bradley A. Slutsky | By:  */s/ Richard L. Horwitz* |
| Natasha H. Moffitt | Richard L. Horwitz (#2246) |
| KING & SPALDING LLP | David E. Moore (#3983) |
| 191 Peachtree Street | Hercules Plaza 6th Floor |
| Atlanta, GA 30303 | 1313 N. Market Street |
| Tel: (404) 572-4600 | Wilmington, DE  19801 |
| | Tel:  (302) 984-6000 |
| Theresa A. Moehlman | rhorwitz@potteranderson.com |
| Bhavana Joneja | dmoore@potteranderson.com |
| KING & SPALDING LLP | |
| 1185 Avenue of the Americas | *Attorneys for Defendants* |
| New York, New York 10036 | *INTERNET SECURITY SYSTEMS, INC.,* |
| Tel.: (212) 556-2100 | *a Delaware corporation; and* |
| | *INTERNET SECURITY SYSTEMS, INC.,* |
| Dated:  May 17, 2006 | *a Georgia corporation* |

732697 / 28434

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 17, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| A.    Wilmington, DE   19899 | Wilmington, DE   19899-2306 |

I hereby certify that on May 17, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA  94063 | Cupertino, CA  95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

                                                                                           */s/ Richard L. Horwitz*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314