# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

May 17, 2006

**VIA HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

**PURSUANT TO MAY 17, 2006
DISCOVERY HEARING**

Re:   *SRI International v. ISS and Symantec,* D. Del., C.A. No. 04-1199-SLR

Your Honor:

Pursuant to Your Honor's instruction, enclosed please find a copy of the Expert Report of Stephen Kunin. As discussed at this morning's hearing, Mr. Kunin's testimony will focus on the Examiner's consideration of prior art during the prosecution of the '203 patent, which is discussed at paragraphs 73 through 77 of the report.

Respectfully,

Richard K. Herrmann

RKH/sch
Enclosure

cc: John Horvath, Esq. (via email w/o enclosure)
    David Moore, Esq. (via email w/o enclosure)
    Michael Curley, Esq. (via email w/o enclosure)
    Theresa Moehlman, Esq. (via email w/o enclosure)