# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

May 17, 2006

**VIA HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

**CONTAINS PRIVILEGED INFORMATION
FOR *IN CAMERA* REVIEW**

Re: *SRI International v. ISS and Symantec,* D. Del., C.A. No. 04-1199-SLR

Your Honor:

Pursuant to Your Honor's instruction, enclosed please find for the Court's *in camera* review a copy of Symantec's confidential document bates labeled SYM_P_0086070 through SYM_P_0086076.

Respectfully,

Richard K. Herrmann

RKH/sch
Enclosure

cc: John Horvath, Esq. (via email w/o enclosure)
 David Moore, Esq. (via email w/o enclosure)
 Michael Curley, Esq. (via email w/o enclosure)
 Theresa Moehlman, Esq. (via email w/o enclosure)