IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>            Plaintiff and<br>            Counterclaim-Defendant,<br><br>     v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>            Defendants and<br>            Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 19, 2006 a true and correct copy of George Kesidis' Responses to Defendant Symantec's Subpoena Duces Tecum were caused to be served on the attorneys of record, in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: rhorwitz@potteranderson.com | Attorneys for Defendant-Counterclaimant Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| **VIA FEDERAL EXPERSS**<br>Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Email: hhawkins@kslaw.com | Attorneys for Defendant-Counterclaimant Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |

| | |
|---|---|
| **VIA FEDERAL EXPRESS**<br>Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Email:  pgrewal@daycasebeer.com<br>Email:  rbrown@daycasebeer.com | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |
| **VIA HAND DELIVERY**<br>Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19899-2306<br>Email:  rherrmann@morrisjames.com | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |
| **VIA FEDERAL EXPRESS**<br>Theresa A. Moehlman<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email:  tmoehlman@kslaw.com | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |

Dated:  May 19, 2006

FISH & RICHARDSON P.C.

By:  /s/ John F. Horvath
 John F. Horvath (#4557)
 919 N. Market St., Ste. 1100
 P.O. Box 1114
 Wilmington, DE 19889-1114
 Telephone:  (302) 652-5070
 Facsimile:  (302) 652-0607

 Howard G. Pollack
 Katherine D. Prescott
 500 Arguello St., Ste. 500
 Redwood City, CA 94063
 Telephone:  (650) 839-5070
 Facsimile:  (650) 839-5071

Attorneys for Plaintiff/Counterclaim Defendant
SRI INTERNATIONAL, INC.

80033305.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed with the Clerk of Court the attached Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

I hereby certify that on May 19, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha Horne Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |

/s/ John F. Horvath
John F. Horvath

80033305.doc