IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1199-SLR |
| | ) | |
| INTERNET SECURITY SYSTEMS, | ) | |
| INC. and SYMANTEC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 24th day of May, 2006, having conferred with counsel about various discovery disputes (D.I. 242);

IT IS ORDERED that:

1. Mr. Kunin shall be permitted to testify regarding paragraphs 73-77 of his expert report, given plaintiff's position regarding the issues addressed therein.

2. If, on or before Tuesday, May 30, 2006, the parties have not resolved among themselves the dispute regarding defendant Symantec's confidential document bates labeled SYM_P_0086070, I shall conduct an evidentiary hearing on **Wednesday, May 31, 2006** commencing at 3:00 p.m. about the composition and responsibilities of Symantec's Patent Committee. Each side shall

have one (1) hour to present relevant evidence.

                                              /s/ Sue L. Robinson
                                        United States District Judge