IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>  v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation,<br>INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and<br>SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## NOTICE OF SERVICE

Please take notice that copies of the following document, **SYMANTEC CORPORATION'S SEVENTH SUPPLEMENTAL RESPONSE TO SRI INTERNATIONAL, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1,4, 6 AND 9) AND THIRD SUPPLEMENTAL RESPONSE TO SRI INTERNATIONAL, INC.'S SECOND SET OF INTERROGATORIES (NO. 17)**, were served on counsel as indicated on the 26th day of May, 2006:

| | |
|---|---|
| **VIA EMAIL AND FEDEX**<br>Timothy Devlin, Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801 | **VIA EMAIL AND FEDEX**<br>Howard G. Pollack, Esq.<br>Michael J. Curley, Esq.<br>Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 |
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19801 | Holmes Hawkins, III, Esq.<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br><br>Theresa Moehlman, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003 |

Dated: May 30, 2006

By:    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Symantec Corporation*

OF COUNSEL:

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Fax: (408) 873-0220

Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA 95014
Tel: (408) 517-8000
Fax: (408) 517-812

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE 19801

Richard L. Horwitz, Esq.  
David E. Moore, Esq.  
Potter Anderson & Corroon LLP  
Hercules Plaza  
1313 North Market Street, 6th Floor  
Wilmington, DE 19801

Additionally, I hereby certify that on the 30th day of May, 2006, the foregoing document was served via email and via federal express on the following non-registered participants:

Howard G. Pollack, Esq.  
Michael J. Curley, Esq.  
Fish & Richardson  
500 Arguello Street, Suite 500  
Redwood City, CA 94063  
650.839.5070

Holmes Hawkins, III, Esq.  
King & Spalding  
1180 Peachtree Street  
Atlanta, GA 30309-3521  
404.572.4600

Theresa Moehlman, Esq.  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY 10036-4003  
212.556.2100

        */s/ Richard K. Herrmann*  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
Morris, James, Hitchens & Williams LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com

*Counsel for Symantec Corporation*