## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC.,<br>a California Corporation,<br><br>  Plaintiff and<br>  Counterclaim-Defendant,<br><br>  v.<br><br>INTERNET SECURITY SYSTEMS, INC.,<br>a Delaware corporation,<br>INTERNET SECURITY SYSTEMS, INC.,<br>a Georgia Corporation, and<br>SYMANTEC CORPORATION,<br>a Delaware corporation,<br><br>  Defendants and<br>  Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## NOTICE OF SERVICE

Please take notice that copies of the following document, **STEPHEN G. KUNIN'S OBJECTIONS TO SUBPOENA OF SRI INTERNATIONAL, INC.**, were served on counsel as indicated on the 6th day of June, 2006:

**VIA EMAIL AND HAND DELIVERY**
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**VIA EMAIL AND FEDEX**
Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA 94063

Holmes Hawkins, III, Esq.
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA 30303-1763

Theresa Moehlman, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Dated:  June 6, 2006

By:      */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Respondent Stephen G. Kunin*


OF COUNSEL:

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel:  (408) 873-0110
Fax: (408) 873-0220


Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA  95014
Tel:  (408) 517-8000
Fax:  (408) 517-812

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of June, 2006, I electronically filed the

foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:

John F. Horvath, Esq.                     Richard L. Horwitz, Esq.
Fish & Richardson, P.C.                   David E. Moore, Esq.
919 North Market Street, Suite 1100       Potter Anderson & Corroon LLP
Wilmington, DE  19801                     Hercules Plaza
                                          1313 North Market Street, 6th Floor
                                          Wilmington, DE  19801


Additionally, I hereby certify that on the 6th day of June, 2006, the foregoing document

was served via email and via federal express on the following non-registered participants:

Howard G. Pollack, Esq.                   Holmes Hawkins, III, Esq.
Michael J. Curley, Esq.                   King & Spalding
Fish & Richardson                         1180 Peachtree Street
500 Arguello Street, Suite 500            Atlanta, GA  30309-3521
Redwood City, CA  94063                   404.572.4600
650.839.5070
                                          Theresa Moehlman, Esq.
                                          King & Spalding LLP
                                          1185 Avenue of the Americas
                                          New York, NY  10036-4003
                                          212.556.2100


            */s/ Richard K. Herrmann*
            Richard K. Herrmann (#405)
            Mary B. Matterer (#2696)
            Morris, James, Hitchens & Williams LLP
            222 Delaware Avenue, 10th Floor
            Wilmington, DE  19801
            (302) 888-6800
            rherrmann@morrisjames.com
            mmatterer@morrisjames.com

            *Counsel for Respondent Stephen G. Kunin*