IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C. A. No. 04-1199 (SLR) |
| v. | ) ) | |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' ISS AND SYMANTEC'S JOINT MOTION FOR SUMMARY JUDGMENT THAT THE PATENTS-IN-SUIT ARE INVALID FOR FAILURE TO DISCLOSE THE BEST MODE**

Defendants Internet Security Systems, Inc., a Georgia corporation and Internet Security Systems, Inc., a Delaware corporation, (collectively, "ISS") and Defendant Symantec Corporation ("Symantec") respectfully move this Court, pursuant to Fed. R. Civ. P. 56, for an Order granting summary judgment that the claims of the four patents-in-suit assigned to Plaintiff SRI International ("SRI") are invalid under 35 U.S.C. § 112, ¶ 1 for failing to disclose the best mode. The grounds for this Motion are more fully set forth in the OPENING BRIEF IN SUPPORT OF DEFENDANTS' ISS AND SYMANTEC'S JOINT MOTION FOR SUMMARY JUDGMENT THAT THE PATENTS-IN-SUIT ARE INVALID FOR FAILURE TO DISCLOSE THE BEST MODE, filed contemporaneously herewith.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: /s/ Mary B. Matterer<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>Tel.: (302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| OF COUNSEL:<br><br>Holmes J. Hawkins III<br>Natasha H. Moffitt<br>KING & SPALDING LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Tel: (404) 572-4600<br><br>Theresa A. Moehlman<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 556-2100<br><br>*Attorneys for Defendants*<br>*Internet Security Systems, Inc., a Delaware Corporation; and Internet Security Systems, Inc., a Georgia corporation* | OF COUNSEL:<br><br>Lloyd R. Day, Jr.<br>Robert M. Galvin<br>Paul S. Grewal<br>DAY, CASEBEER MADRID &<br>BATCHELDER LLP<br>20300 Stevens Creek Blvd.<br>Cupertino, CA 95014<br>Tel: (408) 873-0110<br><br>Michael J. Schallop<br>Symantec Corporation<br>20330 Stevens Creek Blvd.<br>Cupertino, CA 95014<br>Tel: (408) 517-8000<br><br>*Attorneys for Defendant*<br>*Symantec Corporation* |

Dated: June 16, 2006

737231

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 16, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899-2306 |

I hereby certify that on June 16, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA 94063 | Cupertino, CA 95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

737231