IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**DEFENDANTS' JOINT MOTION TO LIMIT TESTIMONY OF SRI'S EXPERT, DR. GEORGE KESIDIS, UNDER FEDERAL RULE OF EVIDENCE 702**

Defendants Symantec Corporation, a Delaware corporation ("Symantec") and Internet Security Systems, Inc., a Delaware corporation and Internet Security Systems, Inc., a Georgia corporation (collectively "ISS"), submit this motion for an Order limiting the testimony of Plaintiff SRI International, Inc.'s ("SRI") expert, Dr. George Kesidis, under Federal Rule of Evidence 702.

Dated: June 16, 2006

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
| /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel.: (302) 984-6000<br>Fax: (302) 658-1192 | /s/ Mary B. Matterer<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>Tel.: (302) 888-6800 |

OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Tel:  (404) 572-4600
Fax:  (404) 572-5134

Theresa A. Moehlman
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendant INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation and INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation

OF COUNSEL:

Lloyd R. Day, Jr.
Robert M. Galvin
Paul S. Grewal
DAY, CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel: (408) 873-0110
Fax: (408) 873-0220

Michael J. Schallop
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA 95014
Tel: (408) 517-8000
Fax: (408) 517-8121

Attorneys for Defendant SYMANTEC CORPORATION, a Delaware Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2006, I electronically filed the foregoing document, **DEFENDANTS JOINT MOTION TO LIMIT TESTIMONY OF SRI'S EXPERT, DR. GEORGE KESIDIS, UNDER FEDERAL RULE OF EVIDENCE 702,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John F. Horvath, Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE 19801 | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 |

Additionally, I hereby certify that on the 16th day of June, 2006, the foregoing document was served via email and via federal express on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq.<br>Michael J. Curley, Esq.<br>Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>650.839.5070 | Holmes Hawkins, III, Esq.<br>King & Spalding<br>1180 Peachtree Street<br>Atlanta, GA 30309-3521<br>404.572.4600<br><br>Theresa Moehlman, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>212.556.2100 |

                                        */s/ Mary Matterer*
                                    Richard K. Herrmann (#405)
                                    Mary B. Matterer (#2696)
                                    Morris, James, Hitchens & Williams LLP
                                    222 Delaware Avenue, 10th Floor
                                    Wilmington, DE 19801
                                    (302) 888-6800
                                    rherrmann@morrisjames.com
                                    mmatterer@morrisjames.com
                                    *Counsel for Symantec Corporation*