# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## JOINT MOTION OF DEFENDANTS ISS AND SYMANTEC FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 & 103

Pursuant to the Court's June 30, 2005 Scheduling Order, Defendants Internet Security Systems, Inc., a Delaware corporation, Internet Security Systems, Inc., a Georgia corporation (collectively "ISS") and Symantec Corporation, a Delaware corporation ("Symantec"), move pursuant to Fed. R. Civ. P. 56, for an Order granting summary judgment that the asserted claims of the four patents-in-suit assigned to Plaintiff SRI International ("SRI") are invalid under 35 U.S.C. §§ 102 and 103.

Dated: June 16, 2006

| POTTER ANDERSON & CORROON LLP | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
|---|---|
| */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel.: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | */s/ Mary B. Matterer*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>Tel.: (302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| OF COUNSEL:<br><br>Holmes J. Hawkins III<br>Natasha H. Moffitt<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>Tel: (404) 572-4600<br>Fax: (404) 572-51345<br><br><br>Theresa A. Moehlman<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 556-2100<br>Fax: (212) 556-2222<br><br>Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC.,<br>a Delaware Corporation and<br>INTERNET SECURITY SYSTEMS, INC.,<br>a Georgia Corporation | OF COUNSEL:<br><br>Lloyd R. Day, Jr.<br>Robert M. Galvin<br>Paul S. Grewal<br>DAY, CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Blvd.,<br>Suite 400<br>Cupertino, CA 95014<br>Tel: (408) 873-0110<br>Fax: (408) 873-0220<br><br>Michael J. Schallop<br>Symantec Corporation<br>20330 Stevens Creek Blvd.<br>Cupertino, CA 95014<br>Tel: (408) 517-8000<br>Fax: (408) 517-8121<br><br>Attorneys for Defendant<br>SYMANTEC CORPORATION |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2006, I electronically filed the foregoing document, **JOINT MOTION OF DEFENDANTS ISS AND SYMANTEC FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 & 103**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 16th day of June, 2006, the foregoing document was served via email and via federal express on the following non-registered participants:

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA 94063
650.839.5070

Holmes Hawkins, III, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309-3521
404.572.4600

Theresa Moehlman, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
212.556.2100

　　　　　　　　　*/s/Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Counsel for Defendant Symantec Corporation*