# EXHIBIT A

Home > Company > Press Center > Press Releases

## ISS Announces New Version of Leading Real-Time Security Attack Recognition and Response Tool

*ISS provides automatic protection for vulnerabilities in Microsoft's IIS web server, e-mail and Java*

ATLANTA, Ga. - March 25, 1997- Internet Security Systems, Inc. (ISS), the leader in network security assessment tools, announced today the immediate availability of an enhanced version of RealSecure™ (1.1), the leading real-time, network-based, attack recognition tool. This powerful security tool helps protect organizations from potentially devastating security breaches by automatically and transparently monitoring network traffic, looking for the industry's most extensive collection of network attack patterns.

RealSecure now recognizes attacks targeted at the recently discovered security hole in Microsoft's Internet Explorer 3.0 and 3.01, and the Internet Information Server (IIS) 3.0 Active Server Page vulnerability. It can also stop potentially malicious Java applets as they move across a network. In addition, RealSecure 1.1 protects networks from attack through FTP, Web servers, email, news servers and on-line chat sessions. This built-in functionality provides organizations with a virtual security expert to continuously watch and guard networks from outside invasions and internal compromises.

"To effectively conduct business on the Internet, corporations partially open their firewalls creating 'tunnels' to the outside world," said Patrick Taylor, director of product management, ISS. "RealSecure, ISS' sophisticated network monitoring technology, compliments firewalls by monitoring the traffic that goes through the 'tunnels,' providing a new level of protection against attacks."

In addition to attack signatures, RealSecure monitors network activity based on source/destination address and service type. RealSecure responds to suspicious activity by logging the session for later review, immediately notifying the administrator, and terminating the connection. In addition, sessions can be played back at any time for criminal evidence or further evaluation.

Pricing and Availability

The new version of RealSecure, is available now for free evaluation on Internet Security System's Web site (www.iss.net). RealSecure carries a U.S. suggested list price of $4,995 and can be purchased directly from ISS or through authorized ISS Security Partners worldwide.

About Internet Security Systems

Internet Security Systems, Inc., (ISS) is the pioneer and leading supplier of network security assessment tools, providing comprehensive and innovative auditing, monitoring, and response software. The Atlanta-based company's flagship product, Internet Scanner™, is the leading commercial attack simulation and security auditing tool used to facilitate continuous network security improvement in corporations, financial institutions, and government agencies worldwide. ISS SAFEsuite™ product portfolio provides a comprehensive security framework specifically designed to identify various network security issues that could adversely affect Web, firewall, and Internet security. For more information about ISS and its portfolio of Internet security products, contact the company at (800) 776-2362 or (770) 395-0150 or visit the ISS Web site at http://www.iss.net.

###

Internet Security Systems, Inc., Internet Scanner, and RealSecure are trademarks of Internet Security Systems, Inc.

All other companies and products mentioned are trademarks and property of their respective owners.

©2005 Internet Security Systems, Inc. All rights reserved worldwide.    COPYRIGHT INFO    PRIVACY    TERMS OF USE    SITE MAP

ISS_00357263