# EXHIBIT F
# PART 2

**RealSecure**



*More Info Window*

The More Info window displays information about the event, like the Ethernet addresses and TCP/UDP ports associated with the connection. Also, a list of all related events allows you to track a connection from start to finish. To close this window, click on OK. To perform some action with this connection, click on Actions. Note that certain actions are limited by the network state or the underlying protocol. For instance, you can't kill a connection that doesn't exist any more. Double click on the http URL to display the browser with that URL.

The bar at the bottom of the screen displays the number of packets per second seen by the engine(s). If they bar ever goes above 100%, that becomes the new maximum.



ISS25514

Events are added to the top of the list. Old events are moved
toward the bottom. Each window (high, medium, and low) has a
timeout value for its events (configurable in General Configuration).
When the time expires for an event, the event is removed from the
screen. If it was logged to a file, you still have a record of the event
that will show up on any reports you generate. If the event occurs
again after being removed, the new event will be displayed.

As events occur, there may be some that are not desired for
viewing. In this case, return to the configuration screens and set
those events to disabled (ignore). Alternatively, in the event some
events were ignored which should not have been, modify the
configuration accordingly. Be sure to retain a backup copy of the
known-good configurations.

ISS25515



**RealSecure**

Chapter 5:
# Generating Reports

## OVERVIEW

To view a summary of network attacks, utilize the Playback and Reporting features. These reports provide useful information about major network problems and allow for security configuration and modification. Some additional uses include break-in trends and determining corrective action for handling future intrusions.

ISS25516

## Playback Feature

Although the Playback Feature a reporting feature *per se*, it does indicate what the intruder saw and typed. To use this feature, obtain a log generated with the Log Raw action and press Enter. Examine the following example:

```
# playback <my-logged-raw-data-file>
```

A list of the connections recorded in that file displays.



*Playback Window*

5-2

Select the desired report to view and click the **Play** button. The play
speed is not modifiable with the slider located at the bottom of the
screen. Pressing **Stop** returns to list of connections.

# Reporting Feature

The reporting feature uses logs generated with the **Log Info** action.
To generate reports, click on the **Reports** button on the
**RealSecure** toolbar. The Reporting window displays.



*Reporting Window*

The Reporting window allows configuration of the log files used to
generate a report, where the report will be stored, and settings for
generating the report.

ISS25518

RealSecure

On the left of the screen is the list of log files to use to generate a
report. To add another file to the list, click on the **Add** button and
select the desired file. To remove a file from the list, click on the
name in the list and click on **Remove**. The **Report by** menu selects
one of the three reports to generate: by source address, destination
address and by event type (default).

Click on the ... button to change the destination directory for the
reports. RealSecure will create a directory if a selected directory
does not exist.

The other list shows what parts of the logs are used when
reporting. For instance, you can generate a report on only certain
priorities of events, time periods and addresses. To modify this list,
click on the **Change** button.

The **Change** button displays a series of settings for report
generation. The **Title** option allows for specification of a "Report
Generated for..." title in a report. The **Source** and **Destination
Addresses** fields allow for specification of an IP or a range of IPs
to limit the report. The **Start** and **End Times** fields allow for
specification of a reporting time period, in a yymmddhhmm.ss
format (year, month, day, hour, minute and second). Examine the
following valid configuration:

> Report generated for:  Internet Security Systems
> Start date: 9610250900
> End date: 9611250900
> Source addresses: 10.0.0.1,20.0.0.1-20.0.0.120
> Destination addresses: Ken,Barbie

The example provided, generates a report on all events from
October 25, 1996 at 9:00 a.m. to November 25, 1996 at 9:00 a.m.
Only events coming from the host 10.0.0.1 and hosts 20.0.0.1 to
20.0.0.120 that are destined for the two hosts Ken and Barbie will
display.

5-4

After setting up a report, click on **Generate** to generate a report.
After a short delay, a browser will pop up on the report title page. If
an error has occurred, a system error message is delivered to the
desktop explaining why.

**4-5**

ISS25520

(This page intentionally left blank)

5-6

ISS25521



**RealSecure™**

## Appendix A:
# Features and Attack Signatures

This appendix summarizes RealSecure's Features and the Attack Signatures it checks.

- IP Fragmentation
- Ping Flooding
- ARP Check
- IP Duplicate Check
- IP Half Scan
- IP Unknown Protocol
- UDP Bomb
- SYN Flood
- Source Routing
- ISS Scan Check
- Satan Vulnerability Check
- Chargen Denial of Service Vulnerability Check
- Echo Denial of Service Vulnerability Check
- TFTP Get Vulnerability Check
- TFTP Put Vulnerability Check
- Rwhod Vulnerability Check
- Finger User Decode
- Finger Bomb Vulnerability Check
- RTM Finger Vulnerability Check

ISS25522

RealSecure

- Rlogin Decoding
- Rlogin -froot Vulnerability Check
- FTP Username Decoding
- FTP Password Decoding
- FTP Site Command Decoding
- FTP GET File Decoding
- FTP PUT File Decoding
- FTP Mkdir Decoding
- FTP CWD ~root Vulnerability Check
- FTP Site Exec Tar Vulnerability Check
- FTP Site Exec.. Vulnerability Check
- HTTP GET Decoding
- HTTP PHF Vulnerability Check
- HTTP Test-Cgi Vulnerability Check
- HTTP Nph-Test-Cgi Vulnerability Check
- HTTP..Vulnerability Check
- HTTP Authentication Decode
- HTTP Java Decoding
- HTTP IIS 3.0 Asp Dot Vulnerability Check
- HTTP IIS 3.0 Asp 2E Vulnerability Check
- HTTP PHP Buffer Overflow Vulnerability Check
- HTTP PHP File Read Vulnerability Check
- HTTP PHP SGI Wrap Vulnerability Check
- HTTP SCO View-Source Vulnerability Check
- HTTP Novell Convert Vulnerability Check
- DNS Length Overflow Vulnerability Check
- DNS Hostname Overflow Vulnerability Check
- Ascend Kill Denial of Service Vulnerability Check
- HTTP Internet Explorer 3.0 .URL/.LNK Vulnerability Check
- Ident User Decoding
- Ident Buffer Overflow Vulnerability Check
- Ident Newline Vulnerability Check
- POP Username Decoding
- POP Password Decoding

A-2

- POP Buffer Overflow Vulnerability Check
- IMAP Username Decoding
- IMAP Password Decoding
- IMAP Buffer Overflow Vulnerability Check
- Kerberos IV User Snarf Vulnerability Check
- RSH Decoding
- E-Mail From
- E-Mail To
- E-Mail Subject
- E-Mail VRFY
- E-Mail EXPN
- E-Mail WIZ Vulnerability Check
- E-Mail DEBUG Vulnerability Check
- E-Mail Pipe Vulnerability Check
- E-Mail Decode Vulnerability Check
- IRC Nick Decode
- IRC Channel Decode
- IRC Message Decode
- NNTP Username Decoding
- NNTP Password Decoding
- NNTP Group Decoding
- Talk Request Decoding
- Talk Flash Vulnerability Check
- HP/UX RemoteWatch Vulnerability Check
- Nfs Mknod Check
- Nfs Guess Check
- Nfs Uid Check
- Rpc.Admind Check
- BootParamd Whoami Decode
- Selection Service Holdfile Check
- Portmapper Program Dump Decode
- Portmapper Proxy Call Decode
- Portmapper Proxy Mount Check
- Mountd Export Decode

A-3

## RealSecure

- Mountd Mount Decode
- Ypupdated Exec Check

**A-4**

ISS25525

## IP Fragmentation

An IP packet is sometimes split into several fragments when it is transmitted over the network. These fragments are then reassembled at the destination to form a full IP packet. Some routers that filter out packets based on information in the TCP header rely on the information in the first fragment, then blindly pass the remaining fragments. It is possible to construct individual fragments of an IP packet so that subsequent packets overlap. As a result, overwrite parts of the TCP header when they are reassembled at the destination. The result of this is that an intermediate filtering router is tricked into believing that a packet is destined for an allowed service. In reality, the packet is destined for a service that would normally be filtered.

## Ping Flooding

A Ping Flood is an attempt to saturate a network with packets in order to slow or stop legitimate traffic going through the network. A continuous series of ICMP Echo Requests are made to a target host on the network, which then responds with an ICMP Echo Reply. The continuing combination of requests and replies slow the network and cause legitimate traffic to continue at a significantly reduced speed or, in extreme cases, to disconnect.

## ARP Check

ARP, Address Resolution Protocol, is used to determine the Ethernet address of a machine on a network given its IP address. If an ARP is received for a machine on the network, it immediately sends a reply. If the machine the ARP is destined for has crashed or otherwise disconnected from the network, several ARPs will be



ISS25526

**RealSecure**

sent to it without any response. This lack of response to ARP
packets is used to determine if a machine on the network has
crashed.

A-6

ISS25527

## IP Duplicate Check

Only one machine on a network should send packets with a specific IP address. If a second machine on the network starts to send packets claiming to have the same source address, a network problem has occurred. A machine on the network may be misconfigured to have the same IP address as another machine, causing network conflicts. The other possibility, is that a machine on the network may be sending out IP packets with a forged source address.

## IP Half Scan

A standard TCP connection is established by sending a SYN packet to the destination host. If the destination is waiting for a connection on the specified port, it will respond with a SYN/ACK packet. The initial sender then replies to the SYN/ACK with an ACK packet, and the connection is established. If the destination host is not waiting for a connection on the specified port, it will respond with an RST packet instead of a SYN/ACK. Most system logs do not log completed connections until the final ACK packet is received from the source. Sending an RST packet instead of the final ACK results in the connection never actually being established; so no logging takes place. Because the source can identify whether the destination host sent a SYN/ACK or an RST, an attacker can determine exactly what ports are open for connections, without the destination ever being aware of probing.

## IP Unknown Protocol

A standard IP packet contains an 8-bit protocol field. Common values for this field include 6 (TCP), 17 (UDP), and 1 (ICMP).

A-7

ISS25528

## RealSecure

Attackers sometimes use a non-standard value for this field, in
order to exchange data between machines without logging
mechanisms detecting the data that is being transmitted.

**A-8**

## UDP Bomb

A UDP packet that is constructed with illegal values in certain fields will cause some older operating systems to crash when the packet is received. If the target machine does crash, it is often difficult to determine the cause. Most operating systems that are not vulnerable to this problem will silently discard the invalid packet, leaving no traces that it was being subjected to a malicious attack.

## SYN Flood

A standard TCP connection is established by sending a SYN packet to the destination host. If the destination is waiting for a connection on the specified port, it will respond with a SYN/ACK packet. The initial sender then replies to the SYN/ACK with an ACK packet, and the connection is established. When the SYN/ACK is sent back to the source, a block of memory is allocated to hold information about the state of the connection that is currently being established. Until the final ACK is received or a timeout is reached, this block of memory sits unused, waiting for more information to be received from the source host. By sending numerous SYN packets to a host, the destination will exhaust the portion of memory it has on-hand to deal with opening connections. Legitimate connections will no longer be able to connect to the host. This situation

can be detected by the flood of SYN packets without accompanying responses. It can be corrected by sending the destination RST packets that correspond to the initial SYNs. This results in the destination host freeing up that block of memory and making room for a new legitimate connection.

A-9

ISS25530

RealSecure

## Source Routing

IP packets sent over the Internet are normally sent between different routers, in order to reach their final destination. The route each packet takes is determined dynamically by each router along the way. Enabling the source routing option on an IP packet allows the packet itself to make known to each router, the path it wishes to take to reach its final destination. By routing packets through a path that bypasses filtering routers and other normal security mechanisms, an attacker may be able to reach a host that normally could not be reached. Also, it can be used to authenticate an intruder to systems that rely on the source IP address for access control.

## ISS Scan Check

This check will recognize if an ISS scan is taking place. This will recognize vulnerability assessments being made with the freely available version of Internet Security Scanner, or with the commercial version of the product from Internet Security Systems, Inc.

## Satan Vulnerability Check
## (requires filter for UDP port 1)

This check will recognize if a Satan normal or heavy scan of a machine is taking place. Satan is a freely available tool that allows someone to scan a machine for services and a small set of common vulnerabilities.

A-10

ISS25531

## Chargen Denial of Service Vulnerability Check
### (requires filter for UDP port 19)

This check will watch for attempts at performing a denial of service attack against a machine on the network by attempting to engage a machine in a chargen flood against itself.

## Echo Denial of Service Vulnerability Check
### (requires filter for UDP port 7)

This check watches for attempts at performing a denial of service attack against a machine on the network by attempting to engage a machine in an echo flood against itself.

A-11

ISS25532

RealSecure

## TFTP Put Vulnerability Check
## (requires filter for UDP port 69)

This check watches for attempts to transfer files to a machine using the Trival File Transfer Protocol (TFTP). This protocol can be used by attackers to transfer critical system files to a host that is being attacked.

## Rwhod Vulnerability Check
## (requires filter for UDP port 513)

This check watches for a malformed rwho UDP packet containing a buffer overflow, that can be used by attackers to perform a denial of service attack against the rwho service or to attempt to execute arbitrary code on a remote machine.

## Rlogin Decoding
## (requires filter for TCP port 513)

An Rlogin connection allows a user to remotely login to a host without a password by using a trust relationship between the account on the source machine and on the destination host. The source machine and username, along with the destination machine and username are logged with this feature.

## Rlogin -froot Vulnerability Check
## (requires filter for TCP port 513)

If a remote user passes the name -froot to rlogin to a machine, certain operating systems will bypass normal security mechanisms

A-12

ISS25533

and log in the user directly as root. This vulnerability allows anyone who can access the rlogin service on the target host to gain immediate root access to the machine.

## FTP Username Decoding
## (requires filter for TCP port 21)

FTP, File Transfer Protocol, allows users to transfer files between machines. Username decoding discovers the name of the account being used to transfer files across the network.

## FTP Password Decoding
## (requires filter for TCP port 21)

FTP passes a plain text password across the network in order to authenticate that a user has access to the files on the destination host. This password is discovered using FTP password decoding. This allows an administrator to log invalid password attempts, check passwords for strength against attack and keep complete logs of activity.

## FTP Site Command Decoding
## (requires filter for TCP port 21)

The FTP site command allows a user to execute certain commands on a destination host in addition to the normal FTP facility of transferring files. In ordinary usage of FTP, this is not a commonly used command. While there may be a legitimate reason to execute site commands under certain circumstances, this facility has also been used to gain access. Consequently, an administrator may wish to view and log the site commands being executed to check for possible abuse.

A-13

RealSecure

## FTP GET File Decoding
## (requires filter for TCP port 21)

Files being transferred from the destination host to the source host
use a GET command in order to transfer the files. FTP GET
decoding discovers all files that are being transferred to the source
host over FTP.

**A-14**

ISS25535

## FTP PUT File Decoding
## (requires filter for TCP port 21)

Files being transferred from the source host to the destination host
use a PUT command in order to transfer the files. FTP PUT
decoding discovers all files that are being transferred to the
destination host over FTP.

## FTP Mkdir Decoding
## (requires filter for TCP port 21)

FTP allows a user to create a new directory on the target machine.
FTP Mkdir decoding discovers all new directories that are created
through FTP.

## FTP CWD ~root Vulnerability Check
## (requires filter for TCP port 21)

Certain versions of the FTP daemon allow access to files on a
machine through a sequence of commands culminating with CWD
~root. This vulnerability allows an attacker who can access FTP on
the target host to transfer files that he/she would not normally have
access.

## FTP Site Exec Tar Vulnerability Check
## (requires filter for TCP port 21)

Certain versions of wu-ftpd allow using a site exec command to
execute commands on a remote machine. A command line option

A-15

## RealSecure

to the GNU tar program allows a user with access to ftp to execute
arbitrary commands on a ftp server by using this command.

.

A-16

ISS25537

## FTP Site Exec.. Vulnerability Check
**(requires filter for TCP port 21)**

Certain versions of wu-ftpd allow using a site exec command to execute commands on a remote machine. By providing a pathname with certain characteristics, a remote user can execute arbitrary commands on the ftp server.

## HTTP GET Decoding
**(requires filter for TCP port 80)**

Pages, images, and all other information that is viewed through a Web browser on the World Wide Web are transferred through HTTP using the GET command. HTTP GET decoding discovers all Web pages being transmitted unsecurely to a machine. This allows an administrator to track, log and view Web traffic on the network.

## HTTP PHF Vulnerability Check
**(requires filter for TCP port 80)**

The cgi-bin script PHF, which comes preinstalled with several versions of NCSA and Apache Web servers, contains a vulnerability that allows anyone who can access a Web site to the machine(s).

## HTTP Test-Cgi Vulnerability Check
**(requires filter for TCP port 80)**

This check recognizes an attack on the cgi-bin test-cgi script. This program, installed by default with certain versions of Apache and

ISS25538

## RealSecure

NCSA web servers, allows a remote attacker to gain information
about the contents of the cgi-bin directory of the web server which
can be used for further attacks.

**A-18**

ISS25539

## HTTP Nph-Test-Cgi Vulnerability Check
## (requires filter for TCP port 80)

This check recognizes an attack on the cgi-bin nph-test-cgi script.
This program, installed by default with certain versions of Apache
and NCSA web servers, allows remote attackers to gain
information about the contents of the cgi-bin directory of the web
server which can be used for further attacks.

## HTTP PHP File Read Vulnerability Check
## (requires filter for TCP port 80)

This check recognizes an attack on the PHP cgi-bin program. By
accessing the php.cgi program with specially formatted arguments,
a remote attacker can obtain directory listings of directories on the
web server, providing the attacker with information about the
machine.

## HTTP SGI Wrap Vulnerability Check
## (requires filter for TCP port 80)

This check recognizes an attack on the wrap cgi-bin script included
as part of the WWW HTTP server shipped, with IRIX 6.2. By
accessing the wrap script with specially formatted arguments, a
remote attacker can obtain directory listings of directories on the
web server, providing the attacker with invormation about the
machine.

ISS25540

RealSecure
---

## HTTP SCO View-Source Vulnerability Check
## (requires filter for TCP port 80)

This check recognizes an attack on the view-source cgi-bin script
included as part of SCO Skunkware cdrom distributions and other
httpd servers. By accessing the view-source script with specially
formatted arguments, a remote attacker can view the contents of
any file on the system with read permissions by the process the
web server is running as.

A-20

## HTTP Novell Convert Vulnerability Check
## (requires filter for TCP port 80)

This check recognizes an attack on the convert.bas cgi-bin program included as part of some versions of Novell's HTTP server. By accessing the convert program with specially formatted arguments, a remote attacker can view the contents of any file on the system with read permissions by the process the web server is running as.

## DNS Length Overflow Vulnerability Check
## (requires filter for TCP and/or UDP port 53)

DNS responses for IP addresses contain a length field, which for all normal cases of IPv4 should be 4 bytes. By formatting a DNS response with a larger value than 4, certain programs executing DNS lookups will overflow internal buffers, allowing a remote attacker to execute arbitrary commands on a targetted machine.

## DNS Hostname Overflow Vulnerability Check
## (requires filter for TCP and/or UDP port 53)

DNS responses for hostnames should not exceed a certain fixed length. Some versions of BIND do not validate this length, and hostnames longer than this length can be returned to programs doing DNS lookups. Programs that do not check the length of the hostnames returned may overflow internal buffers when copying this hostname, allowing a remote attacker to execute arbitrary commands on a targetted machine.

A-21

RealSecure

## Ascend Kill Denial of Service Vulnerability Check
## (requires filter for TCP port 23)

By sending a specially formatted malformed TCP packet to Ascend
routers containing certain versions of the Ascend operating system,
the router can be forced to cause an internal error, resulting in the
router rebooting.

A-22

## HTTP.. Vulnerability Check
**(requires filter for TCP port 80)**

This check recognizes an attack to attempt to obtain information
above the "ServerRoot" directory. Some web servers vulnerable to
this attack will allow remote users to list the contents of any
directory on the system using this type of attack.

## HTTP Authentication Decode
**(requires filter for TCP port 80)**

This decode will log the username and password that is being used
to authenticate using HTTP Basic authentication to a web server.
This authentication uses Base64 encoding and can be used for
such purposes as determining what user accounts are logging into
web servers from what machines, log brute-force attacks against
the web server, and to keep general logs of username and
password attempts.

## HTTP Java Decoding
**(requires filter for TCP port 80)**

This decoding recognizes when a web browser attempts to obtain a
file containing Java bytecode. This should only occur if a user has
Java enabled on their web browser.

## HTTP IIS 3.0 Asp Dot Vulnerability Check
**(requires filter for TCP port 80)**



A-23

ISS25544

## RealSecure

Microsoft's IIS 3.0 server has a security hole that allows execution of code by inserting a '.' after an active server push URL. This check will recognize attempts to exploit this vulnerability.

A-24

ISS25545

## HTTP IIS 3.0 Asp 2E Vulnerability Check
## (requires filter for TCP port 80)

Microsoft's IIS 3.0 server installed with the hot-fix to solve the ASP
Dot vulnerability introduced a new security hole that allows viewing
the contents of an active server push URL by using the
hexadecimal value '2e' instead of a '.' in the URL name. This check
will recognize attempts to exploit this vulnerability to view the
contents of pages.

## HTTP PHP Buffer Overflow Vulnerability Check
## (requires filter for TCP port 80)

This check recognizes an attack on the PHP cgi-bin program. By
overflowing a buffer in the PHP program, a remote attacker can
execute commands as the user of the httpd process is running as
on a web server.

## HTTP Internet Explorer 3.0 .URL/.LNK Vulnerability
## Check
## (requires filter for TCP port 80)

Microsoft's Internet Explorer versions 3.0 and 3.01 have a
vulnerability which results in a web site being able to execute an
arbitrary program on a machine running Microsoft Windows and
browsing the web using MSIE. This vulnerability check will detect
when a web site attempts to exploit this vulnerability.

## Ident User Decoding
## (requires filter for TCP port 113)

A-25

ISS25546

## RealSecure

The Ident port is used by services to identify the account by which
a connection is being made on a machine. This can be used to
track a connection back to a specific user on a multi-user machine.

**A-26**

ISS25547

## Ident Buffer Overflow Vulnerability Check
### (requires filter for TCP port 113)

Certain programs that connect back to the ident service to log user
information, expect a properly formatted response. If the response
is longer than expected, the buffer that the response is read into is
overflowed, allowing the remote user to execute commands on the
host machine.

## Ident Newline Vulnerability Check
### (requires filter for TCP port 113)

Certain programs that connect back to the ident service to log user
information expect a properly formatted response. If the response
contains newlines, the response may be improperly parsed,
allowing the remote user to execute commands on the host
machine.

## POP Username Decoding
### (requires filter for TCP port 109 and/or 110)

The POP service is used by numerous e-mail programs to retrieve
e-mail from a mail server and read it on a local machine. POP
username decoding discovers the username of the user who is
reading mail through the POP service.

## POP Password Decoding
### (requires filter for TCP port 119)

A-27

**RealSecure**

POP password decoding discovers all successful and unsuccessful passwords that a user attempts to use to login to a mail server using POP.

A-28

## POP Buffer Overflow
## (requires filter for TCP port 109 and/or 110)

Certain versions of POP mail servers contain a vulnerability that
allows a remote attacker to gain root access to a machine by
overflowing an internal buffer in the POP server.

## IMAP Username Decoding
## (requires filter for TCP port 143 and/or 220)

The IMAP service is used by numerous e-mail programs to retrieve
e-mail from a mail server and read it on a local machine. IMAP
password decoding discovers all successful and unsuccessful
passwords that a user attempts to use to login to a mail server
using IMAP.

## IMAP Password Decoding
## (requires filter for TCP port 143 and/or 220)

The IMAP service is used by numerous e-mail programs to retrieve
e-mail from a mail server and read it on a local machine. IMAP
password decoding discovers all successful passwords that a user
attempts to use to login to a mail server using IMAP.

## IMAP Buffer Overflow Vulnerability Check
## (requires filter for TCP port 143 and/or 220)

Certain versions of IMAP mail servers contain a vulnerability that
allows a remote attacker to gain root access to a machine by
overflowing an internal buffer in the IMAP server.

A-29

ISS25550

**RealSecure**

A-30

## Kerberos IV User Snarf Vulnerability Check
**(requires filter for UDP port 750)**

Kerberos version 4 contains a vulnerability that allows a remote attacker to gain username and realm information from a kerberos server by passing a malformed packet to the server.

## RSH Decoding
**(requires filter for TCP port 512)**

RSH, the remote shell command, allows a user to execute a shell command over the network using a trust relationship between the user on the local machine and the user account on the remote machine. RSH decoding discovers both the local and remote usernames as well as the command that is being executed.

## E-Mail From
**(requires filter for TCP port 25)**

This decoding discovers the sender of all mail that is sent over the network using SMTP.

## E-Mail To
**(requires filter for TCP port 25)**

This decoding discovers the recipient of all mail that is sent over the network using SMTP.

A-31

ISS25552

RealSecure

## E-Mail Subject
## (requires filter for TCP port 25)

This decoding discovers the subject line of all mail that is sent over
the network using SMTP.

## E-Mail VRFY
## (requires filter for TCP port 25)

The VRFY command is used to verify if a user on a remote system
exists. This is sometimes used legitimately to determine if the
recipient of a message at the intended destination is able to receive
the message. It is also sometimes used to gain information about
users on a system by attempting to determine if certain common
account names exist on a machine.

## E-Mail EXPN
## (requires filter for TCP port 25)

The EXPN command is used to expand the address of a user on a
remote system. This is sometimes used legitimately to determine
the full address of an intended mail recipient. It is also sometimes
used to gain information about users on a system by trying to find
out if certain common account names exist on a machine.

## E-Mail WIZ Vulnerability Check
## (requires filter for TCP port 25)

The WIZ command in Sendmail existed to allow access to a
machine under certain circumstances. It is no longer present in
current versions of Sendmail, but old versions still in use may allow

A-32

ISS25553

an attacker to gain root access to a machine by using this
command.

## E-Mail DEBUG Vulnerability Check
## (requires filter for TCP port 25)

The DEBUG command in Sendmail existed to allow debugging of a
remote Sendmail daemon. It is no longer present in current
versions of Sendmail, but old versions still in use allow an attacker
to gain root access to a machine by using this command remotely.

A-33

ISS25554

## E-Mail Pipe Vulnerability Check
### (requires filter for TCP port 25)

By inserting a pipe (|) character into certain fields in an e-mail, Sendmail may be forced to execute a command on the remote host. This results in a remote attacker being able to execute commands as root on the machine.

## E-Mail Decode Vulnerability Check
### (requires filter for TCP port 25)

By sending mail to decode or uudecode alias that is present in some systems, a remote attacker may be able to create or overwrite files on the remote host.

## TFTP Get Vulnerability Check
### (requires filter for UDP port 69)

This check watches for attempts to transfer files from a machine using the Trivial File Transfer Protocol (TFTP). This protocol is sometimes legitimately used for bootstrapping by diskless workstations, but it is more often used by attackers to attempt to obtain a password file or other critical system files.

## Finger User Decode
### (requires filter for TCP port 79)

This decode watches for finger attempts and reports the user (or all users if the attempt was aimed at the whole machine) that the finger was aimed at. Finger has a legitimate use, but is also often

A-34

used by attackers to gain more information about a machine such as account names, real names, and trusted hosts.

ISS25556

RealSecure

## Finger Bomb Vulnerability Check
### (requires filter for TCP port 79)

This check watches for attempts to perform a denial of service
attack against a machine or for redirecting finger attempts across
machines. Redirecting finger attempts is often used by an attacker
to hide the original source address of a finger attempt.

## RTM Finger Vulnerability Check
### (requires filter for TCP port 79)

This check watches for a buffer overflow attempt on the finger
service that is used by attackers to attempt to gain access to a
machine remotely. This vulnerability is named for Robert T. Morris,
author of the Internet Worm that originally popularized this
vulnerability.

## IRC Nick Decode
### (requires filter for TCP port 6667)

This decode watches for changes of a user's nickname on Internet
Relay Chat.

## IRC Channel Decode
### (requires filter for TCP port 6667)

This decode watches for channels that are joined by a user on
Internet Relay Chat.

ISS25557

## IRC Message Decode
## (requires filter for TCP port 6667)

This decode watches for messages that are sent out by a user on
Internet Relay Chat.

## NNTP Username Decoding
## (requires filter for TCP port 119)

The NNTP service is used to read, post, and exchange news from
a news server. NNTP user decoding discovers the username of the
user who is reading or posting news through the NNTP service.

## NNTP Password Decoding
## (requires filter for TCP port 119)

The NNTP service is used to read, post, and exchange news from
a news server. NNTP password decoding discovers the password
attempted to login to the news server in order to read or post news.

## NNTP Group Decoding
## (requires filter for TCP port 119)

The NNTP service is used to read, post, and exchange news from
a news server. NNTP group decoding discovers the name of the
newsgroup that a user is accessing on the news server.

ISS25558

RealSecure

**Talk Request Decoding**
**(requires filter for UDP port 517 and 518)**

The Talk service is used to engage in a real-time chat with a user
on a remote machine. Talk Request decoding discovers the name
and machine that a talk request is being sent to, along with the
name and machine of the person who is originating the talk
request.

A-38

ISS25559

## Talk Flash Vulnerability Check
## (requires filter for UDP port 517 and 518)

The talk service allows the user originating a talk request to specify
an arbitrary string to display for the origin of the talk request. If this
string contains a particular escape sequence, it is possible to cause
a temporary denial of service attack by mangling the contents of a
user's screen. This is commonly known as 'flashing' a user.

## HP/UX RemoteWatch Vulnerability Check
## (requires filter for TCP port 5556)

Certain versions of HP/UX that come with the RemoteWatch
package installed have a vulnerability which allows a remote
attacker to execute arbitrary commands through the RemoteWatch
service on the target machine. This vulnerability check will watch
accesses to the RemoteWatch service and determine if these
accesses are attempting to exploit his vulnerability.

## Nfs Mknod Check

Some NFS implementation allow the nfsproc_create procedure to
create special devices on the exported filesystem. If an attacker
can create devices he can more often than not compromise the
security of the site.

## Nfs Guess Check

Most NFS implementations have specific patterns in their
filehandles which can be guessed. Since most NFS

ISS25560

## RealSecure

implementations rely on the secrecy of the filehandle for the files
actual security, an attacker can guess filehandles and access NFS
resources with or without authorization.

**A-40**

## Nfs Uid Check

For security reasons, most NFS implementation map the root user to the nobody user. Because under the NFS protocol the uid is a 32 bit value, and under most UNIXes, the uid is a 16 bit value; an attacker can submit a non-zero 32-bit uid which will in actuality be treated as a zero 16-bit uid by the operating system.

## Rpc.Admind Check

Rpc.Admind is used for remote administration of Solaris machines. When Rpc.Admind is used with insecure authentication, attackers can compromise the machine.

## BootParamd Whoami Decode

Bootparamd is an RPC program used to facilitate diskless booting. An attacker trying to obtain a machine's NIS domainname can query Bootparamd's Whoami procedure for the domainname. Knowing the domainname allows the attacker to mount more NIS-based attacks.

## Selection Service Holdfile Check

The selsvc rpc program is used by suntool for, among other things, file access. There should not be any remote file access through selsvc. RealSecure will report any remote file access using selsvc.

## Portmapper Program Dump Decode

**A-41**

**RealSecure**

This decode detects a remote listing of a machines rpc programs.

## Portmapper Proxy Call Decode

This decode detects a proxy procedure call through portmapper.

## Portmapper Proxy Mount Check

This check detects someone attempting to mount nfs filesystems using portmappers proxy service.

## Mountd Export Decode

This decode detects a remote showmount.

## Mountd Mount Decode

This decode detects an NFS mount request.

## Ypupdated Exec Check

This check detects someone attempting to gain unauthorized access to the machine using security problems in ypupdated.

A-42

ISS25563

-----BEGIN PGP SIGNED MESSAGE-----

CA-92:19                              CERT Advisory
                                    December 7, 1992
                                 Keystroke Logging Banner

-----------------------------------------------------------------------------------------------------

The CERT Coordination Center has received information from the United States Department of Justice,
General Litigation and Legal Advice Section, Criminal Division, regarding keystroke monitoring by
computer systems administrators, as a method of protecting computer systems from unauthorized access.

The information that follows is based on the Justice Department's advice to all federal agencies. CERT
strongly suggests adding a notice banner such as the one included below to all systems. Sites not covered
by U.S. law should consult their legal counsel.

-----------------------------------------------------------------------------------------------------

The legality of such monitoring is governed by 18 U.S.C. section 2510 et seq. That statute was last
amended in 1986, years before the words "virus" and "worm" became part of our everyday vocabulary.
Therefore, not surprisingly, the statute does not directly address the propriety of keystroke monitoring by
system administrators.

Attorneys for the Department have engaged in a review of the statute and its legislative history. We believe
that such keystroke monitoring of intruders may be defensible under the statute. However, the statute does
not expressly authorize such monitoring. Moreover, no court has yet had an opportunity to rule on this
issue. If the courts were to decide that such monitoring is improper, it would potentially give rise to both
criminal and civil liability for system administrators. Therefore, absent clear guidance from the courts, we
believe it is advisable for system administrators who will be engaged in such monitoring to give notice to
those who would be subject to monitoring that, by using the system, they are expressly consenting to such
monitoring. Since it is important that unauthorized intruders be given notice, some form of banner notice at
the time of signing on to the system is required. Simply providing written notice in advance to only
authorized users will not be sufficient to place outside hackers on notice.

An agency's banner should give clear and unequivocal notice to intruders that by signing onto the system
they are expressly consenting to such monitoring. The banner should also indicate to authorized users that
they may be monitored during the effort to monitor the intruder (e.g., if a hacker is downloading a user's
file, keystroke monitoring will intercept both the hacker's download command and the authorized user's
file). We also understand that system administrators may in some cases monitor authorized users in the
course of routine system maintenance. If this is the case, the banner should indicate this fact. An example
of an appropriate banner might be as follows:

This system is for the use of authorized users only. Individuals using this computer system without
authority, or in excess of their authority, are subject to having all of their activities on this system monitored
and recorded by system personnel.

In the course of monitoring individuals improperly using this system, or in the course of system
maintenance, the activities of authorized users may also be monitored. Anyone using this system expressly
consents to such monitoring and is advised that if such monitoring reveals possible evidence of criminal
activity, system personnel may provide the evidence of such monitoring to law enforcement officials.

----------------------------------------------------------------------------------------------------

Each site using this suggested banner should tailor it to their precise needs   Any questions should be directed to your organization's legal counsel.

----------------------------------------------------------------------------------------------------

The CERT Coordination Center wishes to thank Robert S. Mueller, III; Scott Charney and Marty Stansell-Gamm from the United States Department of Justice for their help in preparing this Advisory.

----------------------------------------------------------------------------------------------------

If you believe that your system has been compromised, contact the CERT Coordination Center or your representative in FIRST (Forum of Incident Response and Security Teams).

Internet E-mail: cert@cert.org
Telephone: 412-268-7090 (24-hour hotline)

CERT personnel answer 7:30 a.m -6:00 p.m. EST(GMT-5)/EDT(GMT-4), on call for emergencies during other hours.

CERT Coordination Center
Software Engineering Institute
Carnegie Mellon University
Pittsburgh, PA 15213-3890

Past advisories, information about FIRST representatives, and other information related to computer security are available for anonymous FTP from cert.org (192.88.209.5).

-----BEGIN PGP SIGNATURE-----
Version: 2.6.2

iQCVAwUBMaMxEnVP+x0t4w7BAQHKiAP/XmfedOnmkaeQyNpaRF+luXnaQNsIcduY
RicrGD7EJhKmrhsTj4P4uIiSL9Ue+4WHOF38/yte+WDNqpAITI lwus/0h7pUg1k
urZVI+MzEJJgBGuVqmiu/1hxT10ZtUvtLQGsl/kjfud3e/3xLBfJtSeIwYNNRk/H
Xrv8iQr179Y=
=UuaN
-----END PGP SIGNATURE-----

ISS25566