# EXHIBIT J

 ## Press Releases 

 ABOUT ISS   NEWS & EVENTS   PRODUCTS   PARTNERS   TRAINING & SUPPORT   SECURITY LIBRARY   SEARCH   SITE MAP

May 12, 1997

### Built-in Attack Recognition Capabilities Give Organizations Power to Detect and Respond To Attacks Before It's Too Late

ATLANTA - In response to an overwhelming need for increased network security protection, Internet Security Systems, (ISS), the leader in network security assessment tools, announced today RealSecure™ 1.0 for Windows NT. This powerful network security tool helps protect organizations from potentially devastating security breaches by automatically and transparently monitoring network traffic in real-time, looking for the industry's most extensive collection of network attack patterns.

Due to its ability to monitor traffic originating on the internal network or passing through firewall tunnels, RealSecure is a fundamental addition to perimeter defenses. RealSecure automatically detects attacks as they occur by analyzing packets of information as they travel across the network without any effect on network performance. RealSecure monitors a network and searches for attack patterns and unauthorized activities 24 hours a day, 7 days a week. Utilizing ISS' core competency of extensive knowledge of security vulnerabilities that exist on various network devices and services and its unique patent-pending attack recognition engine, RealSecure detects and intercepts security breaches that penetrate networks and immediately responds to these attacks.

RealSecure's easy-to-use, Windows-based, graphical user interface (GUI), displays information in the format that best meets the needs of network administrators. "With the release of RealSecure, the only true, real-time monitoring solution for Windows NT, ISS is enabling an entire new set of customers to dramatically enhance the security of their networks," said Mark Wood, product manager at ISS. "Never before have network professionals had such an invaluable tool to automatically monitor their networks, respond to unwanted intrusions, and measure the effectiveness of their security policy."

In addition to the industry's most extensive database of attack signatures, RealSecure monitors network activity based on source/destination address and service type. RealSecure responds instantly to suspicious activity by logging the session for later review, immediately notifying the administrator or terminating the connection. In addition, sessions can be played back at any time for further evaluation or criminal evidence. A distributed architecture allows administrators to easily install RealSecure monitoring engines across their enterprise network and manage these engines from a single, centralized RealSecure management console.

RealSecure contains fully-functional reporting facilities that allow administrators to develop

ISS_00357164

meaningful reports. These reports can include such information as the amount of data processed by a Web server each day, or the number of connections that were killed and from whom. The RealSecure management console can display these reports in graphical form, such as bar or pie charts, for easy review and analysis.

Pricing and Availability RealSecure 1.0 for Windows NT will begin shipping in June 1997. RealSecure carries a U.S. suggested list price of $4,995 for a single perpetual license and can be purchased directly from ISS or through authorized ISS Security Partners worldwide. A Unix version of RealSecure is also available.

About Internet Security Systems Internet Security Systems, Inc., (ISS) is the pioneer and leading supplier of network security assessment tools, providing comprehensive and innovative auditing, monitoring, and response software. The Atlanta-based company's flagship product, Internet Scanner™, is the leading commercial attack simulation and security auditing tool used to eliminate network security vulnerabilities in corporations, financial institutions, and government agencies worldwide. For more information about ISS and its SAFEsuite™ product portfolio of Internet security products, contact the company at (800) 776-2362 or (770) 395-0150 or visit the ISS Web site at http://web.archive.org/web/19970721193608/http://www.iss.net/.

###

Internet Security Systems, Inc., Internet Scanner, and RealSecure are trademarks of Internet Security Systems, Inc. All other companies and products mentioned are trademarks and property of their respective owners.

CONTACTS:
Michele Weakley Norwood
Internet Security Systems (ISS)
770-395-0150, ext. 142
mnorwood@iss.net

Amy Neuberger
Network Associates
801-373-7888
amyn@netassoc.com

About · News · Products · Partners · Events · Training · Support · Library · Search · Map

©1997. Internet Security Systems, All Rights Reserved
Sales Inquiries: info@iss.net

41 Perimeter Center East · Suite 660 · Atlanta, GA 30346 · (770) 395-0150 · (770) 395-1972 FAX

ISS_00357165