IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, <br> INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation and <br> SYMANTEC CORPORATION, a Delaware Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 04-1199 (SLR) <br> ) <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF DAVID E. MOORE IN SUPPORT OF JOINT OPENING
CLAIM CONSTRUCTION BRIEF OF DEFENDANTS ISS AND SYMANTEC**

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303

Theresa A. Moehlman
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendants Internet Security
Systems, a Delaware Corporation and Internet
Security Systems, a Georgia Corporation*

Dated: June 9, 2006
Public Version Dated: June 20, 2006

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

OF COUNSEL:

Lloyd R. Day, Jr.
Robert M. Galvin
Paul S. Grewal
DAY, CASEBEER MADRID &
BATCHELDER LLP
20300 Stevens Creek Blvd.
Cupertino, CA 95014

Michael J. Schallop
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA 95014

*Attorneys for Defendant Symantec Corporation*

I, David E. Moore, hereby declare as follows:

1.  Attached hereto as Exhibits A-D are true and correct copies of U.S. Patent Nos. 6,484,203 ("the '203 patent"), 6,711,615 ("the '615 patent"), 6,321,338 ("the '338 patent") and 6,708,212 ("the '212 patent")

2.  Attached hereto as Exhibit E are true and correct copies of selected pages of the Expert Report of Stuart Staniford.



3.

4.

5.

6.  Attached hereto as Exhibit I are true and correct copies of selected pages of the Deposition Transcript of George Kesidis.

7.  Attached hereto as Exhibit J is a true and correct copy of "Emerald: Event Monitoring Enabling Responses to Anomalous Live Disturbances," by Phillip A. Porras and Peter G. Neumann, published in the Proceedings of the NIST-NCSC National Information Systems Security Conference (NISSC), October 7-10, 1997, Baltimore, MD.

8.  Attached hereto as Exhibit K are true and correct copies of selected pages of the Deposition Transcript of Y. Frank Jou.

9.  Attached hereto as Exhibit L are true and correct copies of selected pages from the Random House Dictionary of the English Language (2d Ed. Unabridged 1983).

10. ███████████████████████████████████████
███████████████

11. Attached hereto as Exhibit N is a true and correct copy of "Statistical Methods for Computer Usage Anomaly Detection Using NIDES," by Alfonso Valdes and Debra Anderson, published in the Proceedings of the Third International Workshop on Rough Sets and Soft Computing (Jan. 1995).

12. Attached hereto as Exhibit O is a true and correct copy of "Live Traffic Analysis of TCP/IP Gateways," by Phillip A. Porras and Alfonso Valdes, published on SRI's website in 1997 and in the proceedings of the 1998 ISOC Symposium on Network and Distributed Systems Security.

EXECUTED this 9th day of June, 2006 in Wilmington, Delaware.

                                          /s/ David E. Moore
                                          David E. Moore

Public Version Dated: June 20, 2006
737781

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 20, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

I hereby certify that on June 20, 2006, I have Federal Expressed the attached document to the following non-registered participants:

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
pollack@fr.com
curley@fr.com

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014
pgrewal@daycasebeer.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314