# EXHIBIT E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT F

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT G

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT H

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT I

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT J

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT K

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT L

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT M

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT N

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT O



# Time Line for 1998 Evaluation



| | IMPORTANT DATES |
|---|---|
| COLLECT DATA ON HANSCOM | |
| CREATE NEW ATTACKS | |
| DELIVER SAMPLE DATA | Feb |
| DELIVER 7 WEEKS OF TRAINING DATA | July 6 - Sep 14 |
| OPTIONAL PRE-TEST | Oct 9 |
| DELIVER 2 WEEKS OF TEST DATA | Oct 26 |
| ANALYZE RETURNED DATA | Nov 9- Dec 12 |
| EVALUATION WORKSHOP-PI MEETING | Dec15-17 |

7/97          1/98          7/98          1/99

MIT Lincoln Laboratory

14  Dec 98-7
Richard Lippmann



Slide 7 of 43

**Notes:**

This shows the time line for the evaluation. Important off-line components include the delivery of training data in July and August, the delivery of test data in September, and analysis of returned results in October.

# EXHIBIT P

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT Q

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT R

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT S

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT T

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SILICON GRAPHICS, INC., a            )
Delaware corporation,                )
                                     )
            Plaintiff,               )
                                     )
    v.                               )  Civil Action No. 98-188-RRM
                                     )
nVIDIA CORP., a California           )
corporation,                         )
                                     )
            Defendant.               )

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

Silicon Graphics has moved for an order compelling nVIDIA to provide

supplemental responses to interrogatories 1,2,5, and 6.  Having reviewed and

considered the correspondence submitted by the parties,

IT IS ORDERED nVIDIA may supplement its responses to

interrogatories 1,2,5, and 6 within 7 business days from the date of this order.

Thereafter, the parties can expect the court will look to nVIDIA's responses as setting

out its positions on the subject matters covered by the interrogatories.  Where an

interrogatory seeks a disclosure of each fact supporting a contention, an identification

of each document evidencing that fact, and each person with knowledge of that fact, the

court will look to nVIDIA's response as identifying the facts, documents and witnesses

it may rely on at trial as containing or offering evidence supporting that contention, and

nVIDIA should expect that the court will not allow it to offer into evidence in its case

in chief documents or testimony supporting that contention that are not disclosed in its

response.

Date: December 29, 1998

UNITED STATES DISTRICT JUDGE