# EXHIBIT A

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT B

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT C

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT D

# EXHIBIT D

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT E

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT F

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT G

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

Case 1:04-cv-01199-SLR   Document 312-2   Filed 06/22/2006   Page 14 of 18

# EXHIBIT H

Case 1:04-cv-01199-SLR     Document 312-2     Filed 06/22/2006     Page 15 of 18

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT I

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**