IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**REDACTED** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT
OF SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF NO ANTICIPATION BY
THE "EMERALD 1997" PUBLICATION**

Dated: June 16, 2006        FISH & RICHARDSON P.C.

John F. Horvath (#4557)
Kyle Wagner Compton (#4693)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Howard G. Pollack (CA Bar No. 162897)
Katherine D. Prescott (CA Bar No. 215496)
FISH & RICHARDSON P.C.
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff and Counterclaim Defendant
SRI INTERNATIONAL, INC.

I, Kyle W. Compton, declare as follows:

1. I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 6,321,338.

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 6,484,203.

4. Attached as Exhibit C is a true and correct copy of U.S. Patent No. 6,711,615.

5. Attached as Exhibit D is a true and correct copy of U.S. Patent No. 6,708,212.

6. Attached as Exhibit E is an excerpt from the deposition of Phillip Porras, Volume II, dated March 10, 2006.

7. Attached as Exhibit F is a copy of the Rebuttal Report of Dr. George Kesidis on Validity, dated May 16, 2006.

8. Attached as Exhibit G is a true and correct copy of "EMERALD: "Event Monitoring Enabling Responses to Anomalous Live Disturbances" by Phillip A. Porras and Peter G. Neumann labeled with production numbers ISS02892-2904.

9. Attached as Exhibit H is a copy of the Invalidity Expert Report of L. Todd Heberlein, dated April 21, 2006.

10. Attached as Exhibit I is a true and correct copy of Exhibit H to the Invalidity Expert Report of L. Todd Heberlein, dated April 21, 2006.

11. Attached as Exhibit J is a copy of the Expert Report of Stephen E. Smaha, dated April 21, 2006.

12. Attached as Exhibit K is a true and correct copy of Exhibit G to the Expert Report of Stephen E. Smaha, dated April 21, 2006.

13. Attached as Exhibit L is a copy of the Expert Report of Frederick Avolio, dated April 20, 2006.

14. Attached as Exhibit M are excerpts from the deposition of Frederick Avolio, dated May 18, 2006.

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 16th day of June, 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2006, I electronically filed the **PUBLIC VERSION** of the **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION BY THE "EMERALD 1997" PUBLICATION** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc