# E

# REDACTED