# F

# REDACTED