J

# REDACTED