IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation, <br><br> Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) <br><br><br><br> **Public Version** |

**DECLARATION OF KYLE WAGNER COMPTON  IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION TO EXCLUDE FROM EVIDENCE THE EXPERT OPINION OF DANIEL TEAL**

Dated: June 16, 2006

FISH & RICHARDSON P.C.
John F. Horvath (#4557)
Kyle W. Compton (#4693)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Howard G. Pollack (CA Bar No. 162897)
Katherine D. Prescott (CA Bar No. 215496)
FISH & RICHARDSON P.C.
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff and Counterclaim Defendant
SRI INTERNATIONAL, INC.

I, Kyle Wagner Compton, declare as follows:

1.    I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge, except where noted.

1.    Attached hereto as Exhibit A is a true and correct of Symantec Corporation's Initial Disclosures served June 15, 2005.

2.    Attached hereto as Exhibit B is a true and correct copy of SRI International, Inc.'s First Set of Interrogatories to Defendant Symantec Corp. [Nos. 1-13], dated June 23, 2005.

3.    Attached as Exhibit C is a true and correct copy of pages 1, 304 and the Proof of Service of Symantec Corporation's Response to SRI International's First Set of Interrogatories dated August 8, 2005.

4. Attached as Exhibit D is a true and correct copy of Symantec Corporation's Second Supplemental Responses to SRI International Interrogatories No. 6 and 11 dated November 15, 2005.

5.    Attached as Exhibit E is a true and correct copy of Symantec Corporation's Fourth Supplemental Response to SRI International, Inc.'s Interrogatories No. 6, dated January 19, 2006.

4.    Attached as Exhibit F is the Expert Report of Daniel Teal, dated April 19, 2006.

5.    Attached as Exhibit G is Symantec Corporation's Seventh Supplemental Response to SRI International Inc.'s First Set of Interrogatories (No. 1, 4, 6 and 9) and Third Supplemental Response to SRI International Inc.'s Second Set of Interrogatories (No. 17), dated May 26, 2006.

6.    Attached as Exhibit H are excerpts from the (rough) deposition of Daniel Teal dated May 24, 2006.

2

7.      Attached as Exhibit I is a true and correct copy of the May 30, 2006 letter to Howard Pollack from Renee Brown and Theresa Moehlman.

8.      Attached as Exhibit J is a copy of the Consulting Log for Day Casebeer prepared by Daniel Teal labeled with production numbers TEA_002881-2884.

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 16th day of June, 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

50354851.doc

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, I electronically filed the **PUBLIC VERSION** of the **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION TO EXCLUDE FROM EVIDENCE THE EXPERT OPINION OF DANIEL TEAL** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Attorneys for Defendant-Counterclaimant
Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation

Richard K. Herrmann
Morris James Hitchens & Williams
PNC Bank Center
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

Attorneys for Defendant-Counterclaimant
Symantec Corporation


/s/ *John F. Horvath*
John F. Horvath

80034097.doc