IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**PUBLIC VERSION** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF
SRI INTERNATIONAL, INC.'S CLAIM CONSTRUCTION BRIEF**

I, Kyle Wagner Compton, declare as follows:

1. I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge, except where noted.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,321,338.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,484,203.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,711,615.

5. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 6,708,212.

6. Attached hereto as Exhibit E is a true and correct copy of the Opening Expert Report of Dr. George Kesidis on Infringement by ISS.

7. Attached hereto as Exhibit F is a true and correct copy of Opening Expert Report of Dr. George Kesidis on Infringement by Symantec.

8. Attached hereto as Exhibit G is a true and correct copy of the Expert Report of Stephen E. Smaha.

9. Attached hereto as Exhibit H is an excerpt from the rough deposition transcript of Stephen E. Smaha dated May 24, 2006.

10. Attached hereto as Exhibit I is an excerpt from THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE 125, 937 (3rd ed. 1992).

11. Attached hereto as Exhibit J is a true and correct copy of the Rebuttal Expert Report of Stephen E. Smaha.

12. Attached hereto as Exhibit K are excerpts from the deposition transcripts of George Kesidis dated May 25, May 26, and May 29, 2006.

13. Attached hereto as Exhibit L is an excerpt from the rough deposition transcript of Todd Heberlein dated June 6, 2006.

14. Attached hereto as Exhibit M is a true and correct copy of an excerpt from PRACTICAL UNIT AND INTERNET SECURITY, 2nd Ed. (SYM_P_0498070-0498071, 0498228).

15. Attached hereto as Exhibit N is an excerpt from the deposition of Frederick Avolio dated May 18, 2006.

16. Attached hereto as Exhibit O is a true and correct copy of the Expert Report of Dr. Jeffery Hansen Regarding Non-Infringement.

17. Attached hereto as Exhibit P is an excerpt from WEBSTER'S NINTH NEW COLLEGIATE DICTIONARY 628 (1991).

18. Attached hereto as Exhibit Q is an excerpt from the DICTIONARY OF COMPUTER TERMS 628 (1996).

19. Attached hereto as Exhibit R is an excerpt from THE IEEE STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS 304-304 (6th ed. 1996).

20. Attached hereto as Exhibit S is an excerpt from MICROSOFT PRESS COMPUTER USER'S DICTIONARY 18-19 (1990).

21. Attached hereto as Exhibit T is an excerpt from RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY 140, 990 (2nd ed. 1998).

22. Attached hereto as Exhibit U is an excerpt from the rough deposition of Jeffrey Hansen dated June 7, 2006.

23. Attached hereto as Exhibit V is an excerpt from the rough deposition of Stuart Staniford taken June 6, 2006.

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 9th day of June, 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2006, I electronically filed the **PUBLIC VERSION** of the **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S CLAIM CONSTRUCTION BRIEF** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc