# G

# REDACTED