# H

# REDACTED