# I

# THE AMERICAN HERITAGE® DICTIONARY OF THE ENGLISH LANGUAGE

## THIRD EDITION

*n • ar • y*



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage® Dictionary.*

Copyright © 1996, 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language. —3rd ed.
  p.   cm.
  ISBN 0-395-44895-6
  1. English language—Dictionaries.
PE1628.A623   1992                                    92-851
423—dc20                                              CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

ny and German-speaking countries. [German : *Auto*, automobile; see AUTO + *Bahn*, road, from Middle High German *ban*. See **g**ʰ**en-** in Appendix.]

**au·to·bi·og·ra·phy** (ô′tō-bī-ŏg′rə-fē, -bē-) *n., pl.* **-phies.** The biography of a person written by that person. —**au′to·bi·og′ra·pher** *n.* —**au′to·bi′o·graph′ic** (-bī′ə-grăf′ĭk), **au′to·bi′o·graph′i·cal** *adj.* —**au′to·bi′o·graph′i·cal·ly** *adv.*

**au·to·bus** (ô′tō-bŭs′) *n., pl.* **-bus·es** or **-bus·ses.** A motor coach; a bus.

**au·to·ca·tal·y·sis** (ô′tō-kə-tăl′ĭ-sĭs) *n., pl.* **-ses** (-sēz′). Catalysis of a chemical reaction by one of the products of the reaction. —**au′to·cat′a·lyt′ic** (-kăt′l-ĭt′ĭk) *adj.* —**au′to·cat′a·lyt′i·cal·ly** *adv.*

**au·toch·thon** (ô-tŏk′thən) *n., pl.* **-thons** or **-tho·nes** (-thə-nēz′). **1.** One of the earliest known inhabitants of a place; an aborigine. **2.** *Ecology.* An indigenous plant or animal. [Greek *autokhthōn* : *auto-*, auto- + *khthōn*, earth; see **dhghem-** in Appendix.]

**au·toch·tho·nous** (ô-tŏk′thə-nəs) also **au·toch·tho·nal** (-thə-nəl) or **au·toch·thon·ic** (ô′tŏk-thŏn′ĭk) *adj.* **1.** Originating where found; indigenous: *autochthonous rocks; an autochthonous people; autochthonous folktales.* See Synonyms at **native. 2.** *Biology.* Originating or formed in the place where found: *an autochthonous blood clot.* —**au·toch′thon·ism, au·toch′tho·ny** *n.* —**au·toch′tho·nous·ly** *adv.*

**au·to·clave** (ô′tō-klāv′) *n.* A strong, pressurized, steam-heated vessel, as for laboratory experiments, sterilization, or cooking. [French : Greek *auto-*, auto- + Latin *clāvis*, key.]

**au·to·coid** (ô′tə-koid′) *n.* Variant of **autacoid**.

**au·toc·ra·cy** (ô-tŏk′rə-sē) *n., pl.* **-cies. 1.** Government by a single person having unlimited power; despotism. **2.** A country or state that is governed by a single person with unlimited power.

**au·to·crat** (ô′tə-krăt′) *n.* **1.** A ruler having unlimited power; a despot. **2.** A person with unlimited power or authority: *a corporate autocrat.* [French *autocrate*, from Greek *autokratēs*, ruling by oneself : *auto-*, auto- + *-kratēs*, -crat.] —**au′to·crat′ic, au′to·crat′i·cal** *adj.* —**au′to·crat′i·cal·ly** *adv.*

**au·to·cross** (ô′tō-krôs′, -krŏs′) *n. Sports.* A competition for automobiles that tests driving skill and speed. [AUTO(MOBILE) + (MOTO)CROSS.]

**au·to-da-fé** (ô′tō-də-fā′, ou′tō-) *n., pl* **au·tos-da-fé** (ô′-tōz-, ou′tōz-). **1.** Public announcement of the sentences imposed on persons tried by the Inquisition and the public execution of those sentences by the secular authorities. **2.** The burning of a heretic at the stake. [Portuguese *auto da fé* : *auto*, act + *da*, of the + *fé*, faith.]

**au·to·de·struct** (ô′tō-dĭ-strŭkt′) *intr.v.* **-struct·ed, -struct·ing, -structs.** To destroy itself or oneself; self-destruct. [AUTO- + (SELF-)DESTRUCT.]

**au·to·di·dact** (ô′tō-dī′dăkt′) *n.* A self-taught person. [From Greek *autodidaktos*, self-taught : *auto-*, auto- + *didaktos*, taught; see DIDACTIC.] —**au′to·di·dac′tic** *adj.*

**au·to·dyne** (ô′tə-dīn′) *n.* A heterodyne radio device in which one tube serves simultaneously as oscillator and detector. [AUTO- + (HETERO)DYNE.] —**au′to·dyne′** *adj.*

**au·toe·cious** (ô-tē′shəs) *adj. Biology.* Having all stages of a life cycle occurring on the same host. [From AUTO- + Greek *oikos*, house; see **weik-**[1] in Appendix.] —**au·toe′cism** (-sĭz′əm) *n.*

**au·to·er·o·tism** (ô′tō-ĕr′ə-tĭz′əm) or **au·to·e·rot·i·cism** (-ĭ-rŏt′ĭ-sĭz′əm) *n.* **1.** Self-satisfaction of sexual desire, as by masturbation. **2.** The arousal of sexual feeling without an external stimulus. —**au′to·e·rot′ic** (-ĭ-rŏt′ĭk) *adj.*

**au·tog·a·my** (ô-tŏg′ə-mē) *n.* **1.** *Botany.* Self-fertilization in plants. **2.** *Biology.* The union of nuclei within and arising from a single cell, as in certain protozoans and fungi. —**au·tog′a·mic** (ô′tō-găm′ĭk), **au·tog′a·mous** *adj.*

**au·to·gen·e·sis** (ô′tō-jĕn′ĭ-sĭs) also **au·tog·e·ny** (ô-tŏj′ə-nē) *n.* See **abiogenesis.** —**au′to·ge·net′ic** (-jə-nĕt′ĭk) *adj.* —**au′to·ge·net′i·cal·ly** *adv.*

**au·tog·e·nous** (ô-tŏj′ə-nəs) also **au·to·gen·ic** (ô′tə-jĕn′ĭk) *adj.* **1.** Produced from within; self-generating. **2.** *Medicine.* Originating with the individual to which applied: *an autogenous graft; an autogenous vaccine.* —**au·tog′e·nous·ly** *adv.*

**au·tog·e·ny** (ô-tŏj′ə-nē) *n.* Variant of **autogenesis**.

**au·to·gi·ro** also **au·to·gy·ro** (ô′tō-jī′rō) *n., pl.* **-ros.** An aircraft powered by a conventional propeller and supported in flight by a freewheeling, horizontal rotor that provides lift. [A former trademark.]

**au·to·graph** (ô′tə-grăf′) *n.* **1.** A person's own signature or handwriting. **2.** A manuscript in the author's handwriting. —**autograph** *tr.v.* **-graphed, -graph·ing, -graphs. 1.** To write one's name or signature on or in; sign. **2.** To write in one's own handwriting. —**autograph** *adj.* Written in the writer's own handwriting. [Late Latin *autographum*, from neuter of Latin *autographus*, written with one's own hand, from Greek *autographos* : *auto-*, auto- + *graphein*, to write; see -GRAPH.] —**au′to·graph′ic, au′to·graph′i·cal** *adj.* —**au′to·graph′i·cal·ly** *adv.*

**au·tog·ra·phy** (ô-tŏg′rə-fē) *n.* **1.** The writing of something in one's own handwriting. **2.** Autographs considered as a group.

**au·to·gy·ro** (ô′tō-jī′rō) *n.* Variant of **autogiro**.

**Au·to·harp** (ô′tō-härp′). A trademark used for a musical instrument similar to a zither.

**au·to·hyp·no·sis** (ô′tō-hĭp-nō′sĭs) *n.* **1.** The act or process of hypnotizing oneself. **2.** A self-induced hypnotic state. Also called *self-hypnosis.* —**au′to·hyp·not′ic** (-nŏt′ĭk) *adj.*

**au·to·im·mune** (ô′tō-ĭ-myōōn′) *adj.* Of or relating to an immune response by the body against one of its own tissues or types of cells. —**au′to·im·mu′ni·ty** *n.* —**au′to·im′mu·ni·za′tion** (-ĭm′yə-nə-zā′shən) *n.*

**au·to·in·fec·tion** (ô′tō-ĭn-fĕk′shən) *n.* Infection, such as recurrent boils, caused by bacteria, viruses, or parasites that persist on or in the body.

**au·to·in·oc·u·la·tion** (ô′tō-ĭ-nŏk′yə-lā′shən) *n.* **1.** Inoculation with a vaccine made from microorganisms obtained from the recipient's own body. **2.** An infection caused by a disease that has spread from a different part of the body. —**au′to·in·oc′u·la·ble** *adj.*

**au·to·in·tox·i·ca·tion** (ô′tō-ĭn-tŏk′sĭ-kā′shən) *n.* Self-poisoning caused by endogenous microorganisms, metabolic wastes, or other toxins produced within the organism. Also called *autotoxemia.*

**au·to·load·ing** (ô′tō-lō′dĭng) *adj.* Semiautomatic.

**au·tol·o·gous** (ô-tŏl′ə-gəs) *adj.* Derived or transferred from the same individual's body: *autologous blood donation.* [AUTO- + *-logous*, as in HOMOLOGOUS.]

**au·tol·y·sate** (ô-tŏl′ĭ-sāt′, -zāt′) *n. Biochemistry.* An end product of autolysis.

**au·tol·y·sin** (ô-tŏl′ĭ-sĭn, ô′tə-lī′sĭn) *n. Biochemistry.* A substance, such as an enzyme, that is capable of destroying the cells or tissues of an organism within which it is produced.

**au·tol·y·sis** (ô-tŏl′ĭ-sĭs) *n. Biochemistry.* The destruction of tissues or cells of an organism by the action of substances, such as enzymes, that are produced within the organism. Also called *self-digestion.* —**au′to·lyt′ic** (ô′tə-lĭt′ĭk) *adj.*

**au·to·mak·er** (ô′tō-mā′kər) *n.* A manufacturer of automotive vehicles; a carmaker.

**Au·to·mat** (ô′tə-măt′). A trademark used for automated restaurant services in which food is dispensed from vending machines.

**au·tom·a·ta** (ô-tŏm′ə-tə) *n.* A plural of **automaton**.

**au·to·mate** (ô′tə-māt′) *v.* **-mat·ed, -mat·ing, -mates.** —*tr.* **1.** To convert to automatic operation: *automate a factory.* **2.** To control or operate by automation. —*intr.* To convert to or make use of automation. [Back-formation from AUTOMATION.]

**au·to·mat·ed teller machine** (ô′tə-mā′tĭd) *n. Abbr.* **ATM** An unattended electronic machine in a public place, connected to a data system and related equipment and activated by a bank customer to obtain cash withdrawals and other banking services. Also called *automated bank teller, automated teller, automatic teller, automatic teller machine, cash machine.*

**au·to·mat·ic** (ô′tə-măt′ĭk) *adj., Abbr.* **auto. 1. a.** Acting or operating in a manner essentially independent of external influence or control: *an automatic light switch; a budget deficit that caused automatic spending cuts.* **b.** Self-regulating: *an automatic washing machine.* **2. a.** Acting or done without volition or conscious control; involuntary: *automatic shrinking of the pupils of the eyes in strong light.* See Synonyms at **spontaneous. b.** Acting or done as if by machine; mechanical: *an automatic reply to a familiar question.* **3. a.** Capable of firing continuously until ammunition is exhausted or the trigger is released: *an automatic rifle.* **b.** Semiautomatic: *an automatic pistol.* —**automatic** *n.* **1.** An automatic machine or device. **2. a.** An automatic firearm. **b.** A semiautomatic firearm. **3.** A transmission or a motor vehicle with an automatic gear-shifting mechanism. **4.** *Football.* See **audible.** [From Greek *automatos* : *auto-*, auto- + *-matos*, willing; see **men-**[1] in Appendix.] —**au′to·mat′i·cal·ly** *adv.* —**au′to·ma·tic′i·ty** (-mə-tĭs′ĭ-tē) *n.*

**WORD HISTORY:** The words *automatic pilot* or *automatic transmission* bring to mind mechanical devices that operate with minimal human intervention. Yet the word *automatic*, which goes back to the Greek word *automatos*, "acting of one's own will, self-acting, of itself," made up of two parts, *auto-*, "self," and *-matos*, "willing," is first recorded in English in 1748 with reference to motions of the body, such as the peristaltic action of the intestines: "The Motions are called automatic from their Resemblance to the Motions of Automata, or Machines, whose Principle of Motion is within themselves." Although the writer had machines in mind, *automatic* could be used of living things, a use we still have, although not the primary one. The association of *automatic* chiefly with machinery may represent one instance of many in which we have come to see the world in mechanical terms.

**automatic pilot** *n.* A navigation mechanism, as on an aircraft, that automatically maintains a preset course. Also called *robot pilot.*

**automatic teller** *n.* See **automated teller machine**.

**automatic teller machine** *n. Abbr.* **ATM** See **automated teller machine**.

**au·to·ma·tion** (ô′tə-mā′shən) *n.* **1.** The automatic operation or control of equipment, a process, or a system. **2.** The techniques and equipment used to achieve automatic operation or control. **3.**



automated teller machine.

ă pat       oi boy
ā pay       ou out
âr care     ŏŏ took
ä father    ōō boot
ĕ pet       ŭ cut
ē be        ûr urge
ĭ pit       th thin
ī pie       th this
îr pier     hw which
ŏ pot       zh vision
ō toe       ə about, item
ô paw       ♦ regionalism

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

tached in outlook and experience; narrow or provincial. **3.** *Anatomy.* Of or relating to isolated tissue or an island of tissue. [French *insulaire,* from Late Latin *īnsulāris,* from Latin *īnsula,* island.] —**in′su·lar·ism, in′su·lar′i·ty** (-lăr′ĭ-tē) *n.* —**in′su·lar·ly** *adv.*
**in·su·late** (ĭn′sə-lāt′, ĭns′yə-) *tr.v.* **-lat·ed, -lat·ing, -lates.** **1.** To cause to be in a detached or isolated position. See Synonyms at **isolate. 2.** To prevent the passage of heat, electricity, or sound into or out of, especially by surrounding with a nonconducting material. [Latin *īnsula,* island + -ATE[1].]
**in·su·la·tion** (ĭn′sə-lā′shən, ĭns′yə-) *n.* *Abbr.* **ins. 1.** The act of insulating or the state of being insulated. **2.** A material or substance used in insulating: *soundproof cork insulation; a layer of trapped air that serves as insulation.*
**in·su·la·tive** (ĭn′sə-lā′tĭv, ĭns′yə-) *adj.* Serving to insulate or keep safe: *the insulative value of an animal's fur; insulative packing materials.*
**in·su·la·tor** (ĭn′sə-lā′tər, ĭns′yə-) *n.* **1.** A material that insulates, especially a nonconductor of sound, heat, or electricity. **2.** A device that insulates.
**in·su·lin** (ĭn′sə-lĭn) *n.* **1.** A polypeptide hormone secreted by the islets of Langerhans and functioning in the regulation of the metabolism of carbohydrates and fats, especially the conversion of glucose to glycogen, which lowers the blood glucose level. **2.** Any of various pharmaceutical preparations containing this hormone that are derived from the pancreas of certain animals or produced through genetic engineering and are used in the medical treatment and management of diabetes mellitus (type I). [New Latin *īnsula,* island (of Langerhans) (from Latin, island) + -IN.]
**in·su·lin-de·pend·ent diabetes** (ĭn′sə-lĭn-dĭ-pĕn′dənt) *n.* See **diabetes mellitus** (sense 1).
**insulin pump** *n.* A portable device for people with diabetes that injects insulin at programmed intervals in order to regulate blood sugar levels.
**insulin shock** *n.* Acute hypoglycemia usually resulting from an overdose of insulin and characterized by sweating, trembling, dizziness, and, if left untreated, convulsions and coma.
**in·sult** (ĭn-sŭlt′) *v.* **-sult·ed, -sult·ing, -sults.** —*tr.* **1. a.** To treat with gross insensitivity, insolence, or contemptuous rudeness. See Synonyms at **offend. b.** To affront or demean: *an absurd speech that insulted the intelligence of the audience.* **2.** *Obsolete.* To make an attack on. —*intr.* *Archaic.* **1.** To behave arrogantly. **2.** To give offense; offend: *a speech that was intended to insult.* —**insult** (ĭn′sŭlt′) *n.* **1.** An offensive action or remark. **2.** *Medicine.* A bodily injury, irritation, or trauma. [French *insulter,* from Old French, to assault, from Latin *īnsultāre,* to leap at, insult, frequentative of *īnsilīre,* to leap upon : *in-,* on; see IN-[2] + *salīre,* to leap; see **sel-** in Appendix.] —**in·sult′er** *n.* —**in·sult′ing·ly** *adv.*
**in·su·per·a·ble** (ĭn-so͞o′pər-ə-bəl) *adj.* Impossible to overcome; insurmountable: *insuperable odds.* [Middle English, from Old French, from Latin *īnsuperābilis* : *in-,* not; see IN-[1] + *superābilis,* superable; see SUPERABLE.] —**in·su′per·a·bil′i·ty, in·su′per·a·ble·ness** *n.* —**in·su′per·a·bly** *adv.*
**in·sup·port·a·ble** (ĭn′sə-pôr′tə-bəl, -pōr′-) *adj.* **1.** Not endurable; intolerable: *insupportable mental anguish.* **2.** Lacking grounds or defense; unjustifiable: *an insupportable claim.* —**in′sup·port′a·ble·ness** *n.* —**in′sup·port′a·bly** *adv.*
**in·sup·press·i·ble** (ĭn′sə-prĕs′ə-bəl) *adj.* Impossible to suppress or control; irrepressible. —**in′sup·press′i·bly** *adv.*
**in·sur·ance** (ĭn-sho͝or′əns) *n.* *Abbr.* **ins. 1. a.** The act, business, or system of insuring. **b.** The state of being insured. **c.** A means of being insured. **2. a.** Coverage by a contract binding a party to indemnify another against specified loss in return for premiums paid. **b.** The sum or rate for which such a contract insures something. **c.** The periodic premium paid for this coverage. **3.** A protective measure: *biking helmets that provide insurance against an accident.* —**insurance** *adj.* *Sports.* Of, relating to, or being a score that increases a team's lead enough to prevent the opposing team from tying the game with one more score: *an insurance run.*
**in·sure** (ĭn-sho͝or′) *v.* **-sured, -sur·ing, -sures.** —*tr.* **1.** To cover with insurance. **2.** To make sure, certain, or secure. See Usage Note at **assure.** —*intr.* To buy or sell insurance. [Middle English *ensuren,* to assure, from Old French *enseurer,* possibly variant of *assurer.* See ASSURE.] —**in·sur′a·bil′i·ty** *n.* —**in·sur′a·ble** *adj.*
**in·sured** (ĭn-sho͝ord′) *n., pl.* **insured** or **-sureds. 1.** The party who stands to benefit from an insurance policy. **2.** The party insured. Also called *assured.*
**in·sur·er** (ĭn-sho͝or′ər) *n.* One that insures, especially an insurance underwriter.
**in·sur·gence** (ĭn-sûr′jəns) *n.* The action or an instance of rebellion; an insurrection.
**in·sur·gen·cy** (ĭn-sûr′jən-sē) *n., pl.* **-cies. 1.** The quality or circumstance of being rebellious. **2.** An instance of rebellion; an insurgence.
**in·sur·gent** (ĭn-sûr′jənt) *adj.* Rising in revolt against civil authority or a government in power; rebellious. —**insurgent** *n.* **1.** One that revolts against civil authority. **2.** A member of a political party who rebels against its leadership. [Latin *īnsurgēns, īnsurgent-,* present participle of *īnsurgere,* to rise up : *in-,* intensive pref.; see IN-[2] + *surgere,* to rise; see SURGE.] —**in·sur′gent·ly** *adv.*
**in·sur·mount·a·ble** (ĭn′sər-moun′tə-bəl) *adj.* Impossible to surmount; insuperable: *insurmountable difficulties.* —**in′sur·mount′a·bil′i·ty, in′sur·mount′a·ble·ness** *n.* —**in′sur·mount′a·bly** *adv.*
**in·sur·rec·tion** (ĭn′sə-rĕk′shən) *n.* The act or an instance of open revolt against civil authority or a constituted government. See Synonyms at **rebellion.** [Middle English, from Old French, from Late Latin *īnsurrēctiō, īnsurrēctiōn-,* from Latin *īnsurrēctus,* past participle of *īnsurgere,* to rise up. See INSURGENT.] —**in′sur·rec′tion·al** *adj.* —**in′sur·rec′tion·ar′y** (-shə-nĕr′ē) *adj. & n.* —**in′sur·rec′tion·ism** *n.* —**in′sur·rec′tion·ist** *n.*
**in·sus·cep·ti·ble** (ĭn′sə-sĕp′tə-bəl) *adj.* Not susceptible; insusceptible to bribery. —**in·sus·cep′ti·bil′i·ty** *n.* —**in·sus·cep′ti·bly** *adv.*
**int.** *abbr.* **1.** Intelligence. **2.** Intercept. **3.** Interest. **4.** Interim. **5.** Interior. **6.** *Grammar.* Interjection. **7.** Intermediate. **8.** Internal. **9.** International. **10.** Intersection. **11.** Interval. **12.** Interview. **13.** *Grammar.* Intransitive.
**in·tact** (ĭn-tăkt′) *adj.* **1.** Remaining sound, entire, or uninjured; not impaired in any way. **2.** Having all physical parts, especially: **a.** Having the hymen unbroken. **b.** Not castrated. [Middle English, from Latin *intāctus* : *in-,* not; see IN-[1] + *tāctus,* past participle of *tangere,* to touch; see **tag-** in Appendix.] —**in·tact′ly** *adv.* —**in·tact′ness** *n.*
**in·ta·glio** (ĭn-tăl′yō, -tāl′-) *n., pl.* **-glios. 1. a.** A figure or design carved into or beneath the surface of hard metal or stone. **b.** The art or process of carving a design in this manner. **2.** A gemstone carved in intaglio. **3.** Printing done with a plate bearing an image in intaglio. **4.** A die incised so as to produce a design in relief. [Italian, from *intagliare,* to engrave : *in-,* in (from Latin; see IN-[2]) + *tagliare,* to cut (from Vulgar Latin *\*tāliāre;* see TAILOR).]



intaglio
Agate locket depicting
Mars embracing Venus

**in·take** (ĭn′tāk′) *n.* **1.** An opening by which a fluid is admitted into a container or conduit. **2. a.** The act of taking in. **b.** The quantity taken in. **c.** Something, especially energy, taken in.
**in·tan·gi·ble** (ĭn-tăn′jə-bəl) *adj.* **1.** Incapable of being perceived by the senses. **2.** Incapable of being realized or defined. —**intangible** *n.* Something intangible, especially an asset that cannot be perceived by the senses. Often used in the plural: *intangibles such as goodwill and dedication.* —**in·tan′gi·bil′i·ty, in·tan′gi·ble·ness** *n.* —**in·tan′gi·bly** *adv.*
**in·tar·si·a** (ĭn-tär′sē-ə) *n.* **1.** A decorative inlaid pattern in a surface, especially a mosaic worked in wood. **2.** The art or practice of making such a pattern. [German, from Italian *intarsio,* from *intarsiare,* to inlay : *in-,* in (from Latin; see IN-[1]) + *tarsia,* inlaid mosaic work (from Arabic *tarṣī‛*).]
**in·te·ger** (ĭn′tĭ-jər) *n.* *Mathematics.* **1.** A member of the set of positive whole numbers (1, 2, 3, . . . ), negative whole numbers (-1, -2, -3, . . . ), and zero (0). **2.** A complete unit or entity. [From Latin, whole, complete. See **tag-** in Appendix.]
**in·te·gra·ble** (ĭn′tĭ-grə-bəl) *adj.* *Mathematics.* Capable of undergoing integration or of being integrated. —**in′te·gra·bil′i·ty** *n.*
**in·te·gral** (ĭn′tĭ-grəl, ĭn-tĕg′rəl) *adj.* **1.** Essential or necessary for completeness; constituent: *The kitchen is an integral part of a house.* **2.** Possessing everything essential; entire. **3.** (ĭn′tĭ-grəl). *Mathematics.* **a.** Expressed or expressible as or in terms of integers. **b.** Expressed as or involving integrals. —**integral** *n.* **1.** A complete unit; a whole. **2.** (ĭn′tĭ-grəl). *Mathematics.* **a.** A definite integral. **b.** An indefinite integral. [Middle English, from Old French, from Medieval Latin *integrālis,* making up a whole, from Latin *integer,* complete. See INTEGER.] —**in′te·gral′i·ty** (-grăl′ĭ-tē) *n.* —**in′te·gral·ly** *adv.*
**integral calculus** *n.* *Mathematics.* The study of integration and its use in finding volumes, areas, and solutions of differential equations.
**integral domain** *n.* *Mathematics.* A commutative ring with unity having no proper divisors of zero, that is, where the product of nonzero elements cannot be zero.
**in·te·grand** (ĭn′tĭ-grănd′) *n.* *Mathematics.* A function or an equation to be integrated. [From Latin *integrandus,* gerundive of *integrāre,* to integrate. See INTEGRATE.]
**in·te·grant** (ĭn′tĭ-grənt) *adj.* Constituting part of a whole; integral.
**in·te·grate** (ĭn′tĭ-grāt′) *v.* **-grat·ed, -grat·ing, -grates.** —*tr.* **1.** To make into a whole by bringing all parts together; unify. **2. a.** To join with something else; unite. **b.** To make part of a larger unit: *integrated the new procedures into the work routine.* **3.** To open to people of all races or ethnic groups without restriction; desegregate. **4.** *Mathematics.* **a.** To calculate the integral of. **b.** To perform integration on. **5.** *Psychology.* To bring about the integration of (personality traits). —*intr.* To become integrated or undergo integration. [From Middle English *intact,* from Latin *integrātus,* past participle of *integrāre,* to make whole, from *integer,* complete. See **tag-** in Appendix.] —**in′te·gra′tive** *adj.*
**in·te·grat·ed circuit** (ĭn′tĭ-grā′tĭd) *n.* *Abbr.* **IC** A tiny slice or chip of material on which is etched or imprinted a complex of electronic components and their interconnections. —**integrated circuitry** *n.*
**in·te·gra·tion** (ĭn′tĭ-grā′shən) *n.* **1. a.** The act or process of



intarsia

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͞o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)