# L

# REDACTED