

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF DELAWARE
 3
 4    SRI INTERNATIONAL, INC., a
      California Corporation,
 5
              Plaintiff,
 6
         vs.                        Case No. 04-1199-SLR
 7
      INTERNET SECURITY SYSTEMS,
 8    INC., a Delaware
      corporation, INTERNET
 9    SECURITY SYSTEMS, INC., a
      Georgia corporation, and
10    SYMANTEC CORPORATION, a
      Delaware corporation,
11
              Defendants.
12    _____/
13
14                     Deposition of
15                  FREDERICK M. AVOLIO
16                    May 18, 2006
17
18
19
20    Reported by
      John Wissenbach, CSR 6862
21
22            SHARI MOSS & ASSOCIATES
              Certified Shorthand Reporters
23            110 Sutter Street, Suite 607
              San Francisco, California 94104
24                 (415) 402-0004
                   (650) 692-8900
25               FAX: (415) 402-0005
```

75

1	Q.  And "application gateway" is another term
2	that you use to refer to something that's referred
3	to by others as a proxy server?
4	A.  That's correct.
5	Q.  Okay.  So a proxy server would be another
6	type of firewall, distinct from a packet filter?
7	A.  Yes, in -- in firewalling terms.  There
8	are -- I mean, there may be other uses of the term.
9	But in computer and network security, application
10	gateway is a mechanism for firewalling, one could
11	say a type of firewall, also called a proxy firewall
12	or employing proxy servers.
13	Q.  So that -- and then there was a third type
14	that you mention here: hybrids.  Those would be
15	firewalls that implement some combination of packet
16	filtering and proxy servers?
17	A.  That's correct.
18	Q.  So would you agree, then, as of November
19	1998, at least, that not all firewalls were
20	proxy-based firewalls?
21	A.  That's correct.
22	Q.  And would you also agree that as of
23	November 1998, not all, quote-unquote, proxy servers
24	were firewalls?
25	A.  That's correct.

94

```
 1                CERTIFICATE OF REPORTER
 2         I, JOHN WISSENBACH, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7         That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13         That before completion of the deposition,
14   review of the transcript [ ] was [X] was not
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18         I further certify that I am not of counsel
19   or attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.
23         DATED:
24
25         JOHN WISSENBACH, CSR No. 6862
```