P

*A Merriam-Webster*®

OVER 8 MILLION COPIES SOLD!

# Webster's Ninth New Collegiate Dictionary

Almost 160,000 entries and 200,000 definitions.

- Entries for words often misused or confused include a clear, authoritative guide to good usage.
- In an exclusive new feature—entries are dated. How old is a word? When was it first used? The answer is here, but in no other desk dictionary.
- The newest in the famous Collegiate series, the most widely approved dictionary for home, school, and office.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1991 by Merriam-Webster Inc.

Philippines Copyright 1991 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
       p.    cm.
   ISBN 0-87779-508-8. — ISBN 0-87779-509-6  (indexed). — ISBN
0-87779-510-X (deluxe)
   1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.W5638   1991
423—dc20                                                    90-47350
                                                               CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

434445RMcN91

Engl

Abbreviat

supply ⟨~ of provisions⟩  c : lack of physical power or capacity; specif : inability of an organ or body part to function normally   2 : something insufficient ⟨aware of my own *insufficiencies*⟩
**in-suf-fi-cient** \,in(t)-sə-'fish-ənt\ *adj* [ME, fr. MF, fr. LL *insufficient-, insufficiens,* fr. L *in-* + *sufficient-, sufficiens* sufficient] (14c) : not sufficient : INADEQUATE; *esp* : deficient in power, capacity, or competence — **in-suf-fi-cient-ly** *adv*
**in-suf-fla-tion** \,in(t)-sə-'flā-shən, in-,səf-'lā-\ *n* [MF, fr. LL *insufflation-, insufflatio,* fr. *insufflatus,* pp. of *insufflare* to blow upon, fr. L *in-* + *sufflare* to inflate, fr. *sub-* + *flare* to blow — more at BLOW] (15c) : an act or the action of blowing on, into, or in: as  a : a Christian ceremonial rite of exorcism performed by breathing on a person  b : the act of blowing something (as a gas, powder, or vapor) into a body cavity — **in-suf-flate** \'in(t)-sə-,flāt, in-'səf-,lāt\ *vt* — **in-suf-fla-tor** \-,flāt-ər, -,lāt-ər\ *n*
**in-su-lant** \'in(t)-sə-lənt\ *n* (ca. 1929) : an insulating material : INSULATION
**in-su-lar** \'in(t)s-(y)ə-lər, 'in-shə-lər\ *adj* [LL *insularis,* fr. L *insula* island] (1611)  1  a : of, relating to, or constituting an island  b : dwelling or situated on an island ⟨~ residents⟩  2 : *of a plant or animal* : having a restricted or isolated natural range or habitat  3 : characteristic of an isolated people; *esp* : having, or reflecting a narrow provincial viewpoint  4 : of or relating to an island of cells or tissue — **in-su-lar-ism** \-lə-,riz-əm\ *n* — **in-su-lar-i-ty** \,in(t)s-(y)ə-'lar-ət-ē, ,in-shə-'lar-\ *n* — **in-su-lar-ly** \'in(t)s-(y)ə-lər-lē, 'in-shə-\ *adv*
**in-su-late** \'in(t)-sə-,lāt\ *vt* **-lat-ed; -lat-ing** [L *insula*] (ca. 1727) : to place in a detached situation : ISOLATE, *esp* : to separate from conducting bodies by means of nonconductors so as to prevent transfer of electricity, heat, or sound
**in-su-la-tion** \,in(t)-sə-'lā-shən\ *n* (1798)  1  a : the action of insulating  b : the state of being insulated  2 : material used in insulating
**in-su-la-tor** \'in(t)-sə-,lāt-ər\ *n* (1801) : one that insulates; *esp* : a material that is a poor conductor of electricity or a device made of such material and used for separating or supporting conductors to prevent undesired flow of electricity
**in-su-lin** \'in(t)-s(ə-)lən\ *n* [NL *insula* islet (of Langerhans), fr. L *insula* island] (ca. 1914) : a protein pancreatic hormone secreted by the islets of Langerhans that is essential esp. for the metabolism of carbohydrates and is used in the treatment and control of diabetes mellitus
**insulin shock** *n* (1925) : hypoglycemia associated with the presence of excessive insulin in the system and characterized by progressive development of coma
**in-sult** \in-'səlt\ *vb* [MF or L; MF *insulter,* fr. L *insultare,* lit., to spring upon, fr. *in-* + *saltare* to leap — more at SALTATION] *vi, archaic* (1540) : to behave with pride or arrogance : VAUNT ~ *vt* : to treat with insolence, indignity, or contempt : AFFRONT; *also* : to affect offensively or damagingly ⟨doggerel that ~s the reader's intelligence⟩  *syn* see OFFEND — **in-sult-er** *n* — **in-sult-ing-ly** \in-'səl-tiŋ-lē\ *adv*
**in-sult** \'in-,səlt\ *n* (1603)  1 : a gross indignity  2 : injury to the body or one of its parts; *also* : something that causes or has a potential for causing such insult ⟨pollution and other environmental ~s⟩
**in-su-per-a-ble** \(')in-'sü-p(ə-)rə-bəl\ *adj* [ME, fr. MF & L; MF, fr. L *insuperabilis,* fr. *in-* + *superare* to surmount, fr. *super* over — more at OVER] (14c) : incapable of being surmounted, overcome, or passed over ⟨~ difficulties⟩ — **in-su-per-a-bly** \-blē\ *adv*
**in-sup-port-able** \,in(t)-sə-'pōrt-ə-bəl, -'port-\ *adj* [MF or LL; MF, fr. LL *insupportabilis,* fr. L *in-* + *supportare* to support] (1530) : not supportable:  a : more than can be endured ⟨~ pain⟩  b : impossible to justify ⟨~ charges⟩ — **in-sup-port-able-ness** *n* — **in-sup-port-ably** \-blē\ *adv*
**in-sup-press-ible** \,in(t)-sə-'pres-ə-bəl\ *adj* (1610) : IRREPRESSIBLE — **in-sup-press-ibly** \-blē\ *adv*
**in-sur-able** \in-'shür-ə-bəl\ *adj* (1810) : that may be insured — **in-sur-abil-i-ty** \-,shür-ə-'bil-ət-ē\ *n*
**in-sur-ance** \in-'shür-ən(t)s, *chiefly Southern* 'in-,\ *n* (1651)  1  a : the business of insuring persons or property  b : coverage by contract whereby one party undertakes to indemnify or guarantee another against loss by a specified contingency or peril  c : the sum for which something is insured  2 : a means of guaranteeing protection or safety ⟨the contract is your ~ against price changes⟩ ⟨the shelter provides ~ against enemy attack⟩
**insurance** *adj* (1954) : being a score that adds to a team's lead and makes it impossible for the opposing team to tie the game with its next score ⟨~ run⟩
**in-sure** \in-'shü(ə)r\ *vb* **in-sured; in-sur-ing** [ME *insuren,* prob. alter. of *assuren* to assure] *vt* (1635)  1 : to provide or obtain insurance on or for  2 : to make certain esp. by taking necessary measures and precautions  ~ *vi* : to contract to give or take insurance  *syn* see ENSURE
**in-sured** *n* (1681) : a person whose life or property is insured
**in-sur-er** \in-'shür-ər\ *n* (1654) : one that insures; *specif* : an insurance underwriter
**in-sur-gence** \in-'sər-jən(t)s\ *n* (1847) : an act or the action of being insurgent : INSURRECTION
**in-sur-gen-cy** \-jən-sē\ *n, pl* **-cies** (1803)  1 : the quality or state of being insurgent; *specif* : a condition of revolt against a government that is less than an organized revolution and that is not recognized as belligerency  2 : INSURGENCE
**in-sur-gent** \-jənt\ *n* [L *insurgent-, insurgens,* prp. of *insurgere* to rise up, fr. *in-* + *surgere* to rise — more at SURGE] (1765)  1 : a person who revolts against civil authority or an established government; *esp* : a rebel not recognized as a belligerent  2 : one who acts contrary to the policies and decisions of his political party
**insurgent** *adj* (1814) : rising in opposition to civil authority or established leadership : REBELLIOUS — **in-sur-gent-ly** *adv*
**in-sur-mount-able** \,in(t)-sər-'maünt-ə-bəl\ *adj* (1690) : incapable of being surmounted : INSUPERABLE ⟨~ problems⟩ — **in-sur-mount-ably** \-blē\ *adv*
**in-sur-rec-tion** \,in(t)-sə-'rek-shən\ *n* [ME, fr. MF, fr. LL *insurrection-, insurrectio,* fr. L *insurrectus,* pp. of *insurgere*] (15c) : an act or instance of revolting against civil authority or an established government  *syn* see REBELLION — **in-sur-rec-tion-al** \-shnəl, -shən-'l\ *adj* — **in-sur-rec-tion-ary** \-shə-,ner-ē\ *adj or n* — **in-sur-rec-tion-ist** \-sh(ə-)nəst\ *n*

**in-sus-cep-ti-ble** \,in(t)-sə-'sep-tə-bəl\ *adj* (1603) : not susceptible ⟨~ to flattery⟩ — **in-sus-cep-ti-bil-i-ty** \-,sep-tə-'bil-ət-ē\ *n* — **in-sus-cep-ti-bly** \,in(t)-sə-'sep-tə-blē\ *adv*
**in-tact** \in-'takt\ *adj* [ME *intacte,* fr. L *intactus,* fr. *in-* + *tactus,* pp. of *tangere* to touch — more at TANGENT] (15c)  1 : untouched esp. by anything that harms or diminishes : ENTIRE, UNINJURED  2 *of a living body or its parts* : having no relevant component removed or destroyed:  a : physically virginal  b : not castrated  *syn* see PERFECT — **in-tact-ness** \-'tak(t)-nəs\ *n*
**in-ta-glio** \in-'tal-(,)yō, -'täl-, -'tag-lē-,ō, -'täg-\ *n, pl* **-glios** [It., fr. *intagliare* to engrave, cut, fr. ML *intaliare,* fr. L *in-* + LL *taliare* to cut — more at TAILOR] (1644)  1  a : an engraving or incised figure in stone or other hard material depressed below the surface of the material so that an impression from the design yields an image in relief  b : the art or process of executing intaglios  c : printing (as in die stamping and gravure) done from a plate in which the image is sunk below the surface  2 : something (as a gem) carved in intaglio


intaglio 1a

**in-take** \'in-,tāk\ *n* (1690)  1 : an opening through which fluid enters an enclosure  2  a : a taking in  b (1) : the amount taken in  (2) : something (as energy) taken in : INPUT
**in-tan-gi-ble** \(')in-'tan-jə-bəl\ *adj* [F or ML; F, fr. ML *intangibilis,* fr. L *in-* + LL *tangibilis* tangible] (1640) : not tangible : IMPALPABLE — **in-tan-gi-bil-i-ty** \(,)in-,tan-jə-'bil-ət-ē\ *n* — **in-tan-gi-ble-ness** \(')in-'tan-jə-bəl-nəs\ *n* — **in-tan-gi-bly** \-blē\ *adv*
**intangible** *n* (1914) : something intangible; *specif* : an asset (as goodwill) that is not corporeal
**in-tar-sia** \in-'tär-sē-ə\ *n* [G, modif. of It *intarsio*] (1867) : a mosaic usu. of wood fitted into a support; *also* : the art or process of making such a mosaic
**in-te-ger** \'int-i-jər\ *n* [L, adj., whole, entire — more at ENTIRE] (1571)  1 : any of the natural numbers, the negatives of these numbers, or zero  2 : a complete entity
**in-te-gra-ble** \'int-i-grə-bəl\ *adj* (1727) : capable of being integrated ⟨~ functions⟩ — **in-te-gra-bil-i-ty** \,int-i-grə-'bil-ət-ē\ *n*
**in-te-gral** \'int-i-grəl (usu *so in mathematics*); in-'teg-rəl *also* -'tēg-\ *adj* (1551)  1  a : essential to completeness : CONSTITUENT ⟨an ~ part of the curriculum⟩  b (1) : being, containing, or relating to one or more mathematical integers  (2) : relating to or concerned with mathematical integrals or integration  c : formed as a unit with another part  2 : composed of integral parts : INTEGRATED  3 : lacking nothing essential : ENTIRE — **in-te-gral-i-ty** \,int-ə-'gral-ət-ē\ *n* — **in-te-gral-ly** \'int-i-grə-lē; in-'teg-rə- *also* -'tēg-\ *adv*
**integral** *n* (1727) : the result of a mathematical integration — compare DEFINITE INTEGRAL, INDEFINITE INTEGRAL
**integral calculus** *n* (ca. 1727) : a branch of mathematics concerned with the theory and applications (as in the determination of lengths, areas, and volumes and in the solution of differential equations) of integrals and integration
**integral domain** *n* (1937) : a mathematical ring in which multiplication is commutative, which has a multiplicative identity element, and which contains no pair of nonzero elements whose product is zero (the integers under the operations of addition and multiplication form an *integral domain*)
**in-te-grand** \'int-ə-,grand\ *n* [L *integrandus,* gerundive of *integrare*] (1897) : a mathematical expression to be integrated
**in-te-grate** \'int-ə-,grāt\ *vb* **-grat-ed; -grat-ing** [L *integratus,* pp. of *integrare,* fr. *integer, integr-*] *vt* (1638)  1 : to form, coordinate, or blend into a functioning or unified whole : UNITE  2 : to find the integral of (as a function or equation)  3  a : to unite with something else  b : to incorporate into a larger unit  4  a : to end the segregation of (as in schools)  b : DESEGREGATE ⟨~ school districts⟩  ~ *vi* : to become integrated
**integrated circuit** *n* (1959) : a tiny complex of electronic components and their connections that is produced in or on a small slice of material (as silicon) — **integrated circuitry** *n*
**in-te-gra-tion** \,int-ə-'grā-shən\ *n* (1620)  1 : the act or process or an instance of integrating: as  a : incorporation as equals into society or an organization of individuals of different groups (as races)  b : coordination of mental processes into a normal effective personality or with the individual's environment  2  a : the operation of finding a function whose differential is known  b : the operation of solving a differential equation
**in-te-gra-tion-ist** \-sh(ə-)nəst\ *n* (1951) : a person who believes in, advocates, or practices social integration — **integrationist** *adj*
**in-te-gra-tive** \'int-ə-,grāt-iv\ *adj* (1862) : serving to integrate or favoring integration : directed toward integration ⟨~ forces in a fragmented society⟩
**in-te-gra-tor** \-,grāt-ər\ *n* (1876) : one that integrates; *esp* : a device or computer unit that totalizes variable quantities in a manner comparable to mathematical integration
**in-teg-ri-ty** \in-'teg-rət-ē\ *n* (15c)  1 : an unimpaired condition : SOUNDNESS  2 : firm adherence to a code of esp. moral or artistic values : INCORRUPTIBILITY  3 : the quality or state of being complete or undivided : COMPLETENESS  *syn* see HONESTY
**in-teg-u-ment** \in-'teg-yə-mənt\ *n* [L *integumentum,* fr. *integere* to cover, fr. *in-* + *tegere* to cover — more at THATCH] (1611) : something that covers or encloses; *esp* : an enveloping layer (as a skin, membrane, or husk) of an organism or one of its parts — **in-teg-u-men-ta-ry** \-'ment-ə-rē, -'men-trē\ *adj*
**in-tel-lect** \'int-'l-,ekt\ *n* [ME, fr. MF or L; MF, fr. L *intellectus,* fr. *intellectus,* pp. of *intellegere* to understand — more at INTELLIGENT] (14c)  1  a : the power of knowing as distinguished from the power to feel and to will  b : the capacity for knowledge : the capacity for rational or intelligent thought esp. when highly developed  2 : a person with great intellectual powers
**in-tel-lec-tion** \,int-'l-'ek-shən\ *n* (15c)  1 : exercise of the intellect : REASONING  2 : an act of the intellect : THOUGHT

**in-tel-lec-tive** \-'ek-tiv\ *adj* (15c)  1 : of or relating to the intellect : RATIONAL — **in-tel-lec-tive-ly** *adv*
**in-tel-lec-tu-al** \,int-'l-'ek-ch(ə-)wəl, -'ek-shəl, -'ek-chəl\ *adj* (14c)  1 : relating to the intellect or its use  2 : developed or chiefly guided by the intellect rather than by emotion or experience : RATIONAL  3 : requiring use of the intellect  2 : given to study, reflection, and speculation  3 : engaged in activity requiring the creative use of the intellect — **in-tel-lec-tu-al-i-ty** \-,ek-chə-(wə-)'wal-ət-ē\ *n* — **in-tel-lec-tu-al-ly** \-'ek-ch(ə-)wə-lē, -'eksh-wə-lē, -'ek-shə-lē\ *adv*
**intellectual** *n* (1599)  1 *pl, ar* : intellectual powers  2 : an intellectual person
**in-tel-lec-tu-al-ism** \,int-'l-'ek-ch(ə-)wə-,liz-əm, -'eksh-wə-\ *n* (1829)  1 : devotion to the exercise of intellect  2 : the doctrine that knowledge is derived from pure reason — **in-tel-lec-tu-al-ist** \-ləst\ *n or adj* — **in-tel-lec-tu-al-is-tic** \-,ek-chə-(wə-)'lis-tik, -,eksh-wə-\ *adj*
**in-tel-lec-tu-al-ize** \,int-'l-'ek-ch(ə-)wə-,līz, -'eksh-wə-\ *vt* **-ized; -iz-ing** (1819)  1 : to give rational form or content to  2 : to avoid conscious recognition of the emotional basis of (an act or feeling) by substituting a superficially plausible explanation — **in-tel-lec-tu-al-iza-tion** \-,ek-ch(ə-)wə-lə-'zā-shən, -,eksh-wə-\ *n*
**in-tel-li-gence** \in-'tel-ə-jən(t)s\ *n* (14c)  1  a (1) : the ability to learn or understand or to deal with new or trying situations : REASON; *also* : the skilled use of reason  (2) : the ability to apply knowledge to manipulate one's environment or to think abstractly as measured by objective criteria (as tests)  b : Christian Science : the basic eternal quality of divine Mind  c : mental acuteness  2 : an intelligent entity; *esp* : ANGEL  b : the act of understanding : COMPREHENSION  3  a : NEWS  b : information concerning an enemy or possible enemy or an area; *also* : an agency engaged in obtaining such information
**intelligence quotient** *n* (1916) : a number expressing the apparent relative intelligence of a person determined as the ratio multiplied by 100 of mental age as reported on a standardized test to chronological age
**in-tel-li-genc-er** \in-'tel-ə-jən-sər\ *n* (1582)  1 *archaic* : a secret agent : SPY  2 : a bringer of news
**intelligence test** *n* (1914) : a test designed to determine the relative mental capacity of a person
**in-tel-li-gent** \in-'tel-ə-jənt\ *adj* [L *intelligent-, intelligens,* alter. of *intellegens,* prp. of *intellegere,* fr. *inter-* + *legere* to gather, select — more at LEGEND] (1509)  1 : having or indicating a high or satisfactory degree of intelligence  2 : revealing or reflecting good judgment or sound thought  3 : guided or directed by intellect  4 : able to perform computer functions : able to convert digital information to hard copy — **in-tel-li-gent-ly** *adv*
*syn* INTELLIGENT, CLEVER, ALERT, QUICK-WITTED mean mentally quick. INTELLIGENT stresses success in coping with new situations and solving problems; CLEVER implies native ability or aptness and sometimes suggests a lack of more substantial qualities; ALERT stresses quickness in perceiving and promptness in finding answers or in grasping moments of danger or challenge
**in-tel-li-gent-sia** \in-,tel-ə-'jen(t)-sē-ə, -'gen(t)-\ *n* [R *intelligentsiya,* fr. L *intelligentia* intelligence] (1914) : intellectuals who form an artistic, social, or political vanguard or elite
**in-tel-li-gi-ble** \in-'tel-ə-jə-bəl\ *adj* (14c)  1 : apprehensible by the intellect only  2 : capable of being understood or comprehended — **in-tel-li-gi-bil-i-ty** \-,tel-ə-jə-'bil-ət-ē\ *n* — **in-tel-li-gi-ble-ness** \-'tel-ə-jə-bəl-nəs\ *n* — **in-tel-li-gi-bly** \-blē\ *adv*
**in-tem-per-ance** \(')in-'tem-p(ə-)rən(t)s\ *n* (14c) : lack of moderation; *esp* : habitual or excessive drinking of intoxicants
**in-tem-per-ate** \-p(ə-)rət\ *adj* [ME, fr. L *intemperatus,* fr. *in-* + *temperatus,* pp. of *temperare*] (14c) : not temperate or moderate : lacking or showing a lack of restraint ⟨~ language⟩ ⟨a drinker given to excessive use of intoxicants⟩ — **in-tem-per-ate-ly** *adv* — **in-tem-per-ate-ness** *n*
**in-tend** \in-'tend\ *vb* [ME *entenden,* fr. MF *entendre* to purpose, fr. L *intendere* to stretch out, direct, purpose, fr. *in-* + *tendere* to stretch — more at THIN] *vt* (14c)  1 *archaic* : to proceed on  2  a : to have in mind as a purpose or goal : PLAN  b : to design for a specified use or future  *syn* see INTEND, MEAN  **in-tend-ance** \-'ten-dən(t)s\ *n*
**in-ten-dance** \in-'ten-dən(t)s\ *n* (1797) : DIRECTION, MANAGEMENT; *also* : INTENDENCE  2 : an administrative division
**in-ten-dant** \-dənt\ *n* [F, fr. ML & L; ML *intendent-, intendens,* prp. of LL *intendere* to intend, attend] (1652) : an administrative official esp. under the French, Spanish, or Portuguese monarchies
**in-tend-ed** *adj* (1586)  1 : expected to be such in the future ⟨her ~ bride⟩  2 : INTENTIONAL — **in-tend-ed-ly** *adv* — **in-tend-ed-ness** *n*
**intended** *n* (1767) : the person whom one has selected for marriage : one's future spouse
**in-tend-ing** *adj* (1788) : PROSPECTIVE ⟨~ travelers⟩
**in-tend-ment** \in-'ten(d)-mənt\ *n* (14c) : the true meaning, intention, or essence of a law
**in-ten-er-ate** \in-'ten-ə-,rāt\ *vt* **-at-ed; -at-ing** [*in-* + *tender* + *-ate*] (1595) : to make tender or soften — more at TENDER — **in-ten-er-a-tion** \-,ten-ə-'rā-shən\ *n*
**in-tense** \in-'ten(t)s\ *adj* [ME, fr. MF or ML; MF, fr. ML *intensus,* fr. L, pp. of *intendere* to stretch out] (15c)  1  a : existing in an extreme degree ⟨~ heat⟩  b : having or showing a characteristic in extreme degree ⟨~ colors⟩  2 : marked by or expressive of great zeal, energy, determination, or concentration ⟨~ effort⟩  3  a : exhibiting strong feeling or earnestness of purpose ⟨an ~ student⟩  b : deeply felt — **in-tense-ly** *adv* — **in-tense-ness** *n*
**in-ten-si-fi-er** \in-'ten(t)-sə-,fī(-ə)r\ *n* (1852) : one that intensifies; *specif* : a linguistic element (as *very, awfully,* or *so*) that gives emphasis or additional force to another word or construction
**in-ten-si-fy** \in-'ten(t)-sə-,fī\ *vb* **-fied; -fy-ing** (1817) *vt*  1 : to make intense or more intensive  2 : to increase the density and contrast of (a photographic image) chemically  ~ *vi* : to become intense or more intensive : grow stronger or more acute ⟨the search *intensified*⟩ — **in-ten-si-fi-ca-tion** \-,ten(t)-sə-fə-'kā-shən\ *n*