

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



9 781559 378338

90000

**application-oriented language** A programming language with facilities or notations applicable primarily to a single application area; for example, a language for computer-assisted instruction or hardware design. *See also:* authoring language; simulation language; specification language.
(C) 610.12-1990, 610.13-1993

**application platform** A set of resources, including hardware and software, that support the services on which application software will run. The application platform provides services at its interfaces that, as much as possible, make the specific characteristics of the platform transparent to the application software.   (C/PA) 14252-1996

**application program (1)** A computer program that is used for a specific application.   (C) 610.5-1990
**(2)** A program executed with the processor in **user mode**. *Note:* Statements made in this document regarding application programs may be inapplicable to programs (for example, debuggers) that have access to privileged processor state (e.g., as stored in a memory-image dump).   (C/MM) 1754-1994

**application program interface (API)** The interface between the application software and the application platform, across which all services are provided.   (C/PA) 14252-1996

**application-service-element** The part of an application-entity that provides an OSI environment, using underlying services when appropriate.   (C/PA) 1238.1-1994

**application software (1)** Software designed to fulfill specific needs of a user; for example, software for navigation, payroll, or process control. *Contrast:* support software; system software.   (C) 610.12-1990
**(2)** Software that is specific to an application and is composed of programs, data, and documentation.
(C/PA) 14252-1996

**application valve (brake application valve)** An air valve through the medium of which brakes are automatically applied.   (EEC/PE) [119]

**application view** *See:* logical database.

**applicative order** A property of a programming language or procedure: the arguments to a procedure call are evaluated before the procedure is invoked, and the result of each evaluation is passed to the procedure in place of its argument expression.   (C/MM) 1178-1990r

**applicator (dielectric heating) (electrodes)** Appropriately shaped conducting surfaces between which is established an alternating electric field for the purpose of producing dielectric heating.   (IA) 54-1955w

**Applied Dynamics International Simulation Language** A simulation language designed for use in dynamic simulation applications.   (C) 610.13-1990

**applied-fault protection** A protective method in which, as a result of relay action, a fault is intentionally applied at one point in an electrical system in order to cause fuse blowing or further relay action at another point in the system.
(PE/SWG) C37.100-1992, C37.90-1978s

**applied-potential tests (electric power)** Dielectric tests in which the test voltages are low-frequency alternating voltages from an external source applied between conducting parts, and between conducting parts and ground.
(PE/PSPD) 32-1972r

**applied voltage (corona measurement)** Voltage that is applied across insulation. Applied voltage may be between windings or from winding(s) to ground.   (MAG) 436-1977s

**applied voltage tests (power and distribution transformers)** Dielectric tests in which the test voltages are low-frequency alternating voltages from an external source applied between conducting parts and ground without exciting the core of the transformer being tested.   (PE) C57.12.80-1978r

**approach circuit** A circuit used to announce the approach of trains at a block or interlocking stations.   (EEC/PE) [119]

**approach indicator** A device used to indicate the approach of a train.   (EEC/PE) [119]

**approach-light beacon (illuminating engineering)** An aeronautical ground light placed on the extended centerline of the runway at a fixed distance from the runway threshold to provide an early indication of position during an approach to a runway. *Note:* The runway threshold is the beginning of the runway usable for landing.   (ED) [127]

**approach lighting** An arrangement of circuits so that the signal lights are automatically energized by the approach of a train.
(EEC/PE) [119]

**approach-lighting relay** A relay used to close the lighting circuit for signals upon the approach of a train.
(EEC/PE) [119]

**approach lights (illuminating engineering)** A configuration of aeronautical ground lights located in extension of a runway or channel before the threshold to provide visual approach and landing guidance to pilots.   (ED) [127]

**approach locking (electric approach locking)** Electric locking effective while a train is approaching, within a specified distance, a signal displaying an aspect to proceed, and that prevents, until after the expiration of a predetermined time interval after such signal has been caused to display its most restrictive aspect, the movement of any interlocked or electrically locked switch, movable-point frog, or derail in the route governed by the signal, and that prevents an aspect to proceed from being displayed for any conflicting route. *See also:* interlocking.   (EEC/PE) [119]

**approach navigation (navigation aid terms)** Navigation during the time that the approach to a dock, runway, or other terminal facility is of immediate importance.
(AE) 172-1983w

**approach path (navigation aid terms)** That portion of the flight path between the point at which the descent for landing is normally started and the point at which the aircraft touches down on the runway.   (AE) 172-1983w

**approach signal** A fixed signal used to govern the approach to one or more other signals.   (EEC/PE) [119]

**approach speed** The rate at which the intruder approaches the receptor.   (PE/PSPD) C62.47-1992

**appropriate privileges (1)** An implementation-defined means of associating privileges with a implementation defined process with regard to the function calls and function call options defined in ISO/IEC 9945 that need special privileges. There may be zero or more such means.
(C/PA) 1003.5-1992, 9945-1-1996, 9945-2-1993
**(2)** An implementation defined means of associating privileges with a process with regard to the subprogram calls and options defined in this standard that need special privileges. There may be zero or more such means.   (C/PA) 1003.5b-1995

**approval** Written notification by an authorized representative of the acquirer that a developer's plans, design, or other aspects of the project appear to be sound and can be used as the basis for further work. Such approval does not shift responsibility from the developer to meet contractual requirements.   (C/SE) J-STD-016-1995

**approval plate** A label that the United States Bureau of Mines requires manufacturers to attach to every completely assembled machine or device sold as permissible mine equipment. *Note:* By this means, the manufacturer certifies to the permissible nature of the machine or device.
(EEC/PE) [119]

**approval test (acceptance tests) (metering)** A test of one or more meters or other items under various controlled conditions to ascertain the performance characteristics of the type of which they are a sample.   (ELM) C12.1-1982s

**approved (1) (general)** Approved by the enforcing authority.
(EEC/PE) [119]
**(2)** Acceptable to the authority having jurisdiction.
(DEI/NEC/NESC) [86], 1221-1993

**approved supplier** (replacement parts for Class 1E equipment in nuclear power generating stations) A supplier whose quality assurance (QA) system has been evaluated and found to meet the owner's QA requirements for the item or service to be purchased.   (PE) 934-1987r