T

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

Second Edition



RANDOM HOUSE
NEW YORK

COPYRIGHT © 1998, 1997, 1996, 1993, 1987 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Reference & Information Publishing, Random House, Inc., 201 East 50th Street, New York, NY 10022. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition,* is revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

The *Random House Living Dictionary Database*™, the *Random House Living Dictionary*™, and the *Random House Living Dictionary Project*™ are trademarks of Random House, Inc. *Random House* and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet,* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data as of 1997:**

Random House compact unabridged dictionary
Random House Webster's Unabridged dictionary.—2nd ed.
p. cm
Rev., updated ed. of: Random House compact unabridged dictionary.
Special 2nd Ed.
ISBN 0-679-45854-9.—ISBN 0-679-45853-0
1. English language—Dictionaries.
PE1625.R293  1997    423—dc21    97-17702
CIP

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll free 888-591-1200 or fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212-940-7370.

New York    Toronto    London    Sydney    Auckland

This book is also sold in a special package containing the CD-ROM version 3.0 for Windows™ 95 and higher versions.

Visit the Random House Web site at http://www.randomhouse.com/

Typeset and printed in the United States of America.

August 1998

ISBN: 0-679-45854-9 (Hardcover/book only)

ISBN: 0-375-40383-3 (Hardcover/book and CD-ROM package)

graphic emulsion applied over a multicolored screen of minute starch grains dyed red, green, and blue-violet. [1905–10; AUTO-[1] + -CHROME]

**au·toch·thon** (ô tok'thən), n., pl. **-thons, -tho·nes** (-thə nēz'). 1. an aboriginal inhabitant. 2. Ecol. one of the indigenous animals or plants of a region. 3. Geol. a geological formation formed in the region where found. Cf. **allochthon**. [1640–50; < Gk autóchthōn of the land itself, equiv. to auto- AUTO-[1] + chthṓn the earth, land, ground]

**au·toch·tho·nous** (ô tok'thə nəs), adj. 1. pertaining to autochthons; aboriginal; indigenous (opposed to heterochthonous). 2. Pathol. a. found in the part of the body in which it originates, as a cancerous lesion. b. found in a locality in which it originates, as an infectious disease. 3. Psychol. of or pertaining to ideas that arise independently of the individual's own train of thought and seem instead to have some alien or external agency as their source. 4. Geol. (of rocks, minerals, etc.) formed in the region where found. Cf. **allochthonous**. Also, **au·toch·tho·nal**, **au·toch·thon·ic** (ô tok thon'ik). [1795–1805; AUTOCHTHON + -OUS] —**au·toch'tho·nism**, **au·toch'tho·ny**, n. —**au·toch'tho·nous·ly**, adv. —**au·toch'tho·nous·ness**, n.

**au·to·cide** (ô'tə sīd'), n. suicide by crashing the vehicle one is driving. [1965–70; AUTO-[2] + -CIDE]

**au·to·clave** (ô'tə klāv'), n., v., **-claved, -clav·ing.** —n. 1. a heavy vessel for conducting chemical reactions under high pressure. 2. See **pressure cooker**. 3. Med., Bacteriol. an apparatus in which steam under pressure effects sterilization. —v.t. 4. to place in an autoclave. [1875–80; < F, equiv. to auto- AUTO-[1] + clave < L clāvis key and clāvus nail]

**au·to·col·li·ma·tion** (ô'tō kol'ə mā'shən), n. Optics. the process used in an autocollimator. [AUTO-[2] + COLLIMATION]

**au·to·col·li·ma·tor** (ô'tō kol'ə mā'tər), n. Optics. an instrument combining the functions of a telescope and collimator, for detecting and measuring very small deviations in a beam of light. [AUTO-[2] + COLLIMATOR]

**au·to·cor·re·la·tion** (ô'tō kôr'ə lā'shən, -kor'-), n. Statistics. the correlation of an ordered series of observations with the same series displaced by the same number of terms. [1945–50; AUTO-[1] + CORRELATION]

**au'to court'**, motel. [1930–35]

**au·toc·ra·cy** (ô tok'rə sē), n., pl. **-cies.** 1. government in which one person has uncontrolled or unlimited authority over others; the government or power of an absolute monarch. 2. a nation, state, or community ruled by an autocrat. 3. unlimited authority, power, or influence of one person in any group. [1645–55; < Gk autokráteia power over oneself, sole power, equiv. to autokrat(ḗs) AUTOCRAT + -eia -IA; see -CRACY]

**au·to·crat** (ô'tə krat'), n. 1. an absolute ruler, esp. a monarch who holds and exercises the powers of government as his inherent right, not subject to restrictions. 2. a person invested with or claiming to exercise absolute authority. 3. a person who behaves in an authoritarian manner; a domineering person. [1795–1805; < Gk autokratḗs self-ruling, ruling alone, equiv. to auto- AUTO-[1] + krat- (s. of krátos power) + -ēs adj. suffix]

**au·to·crat·ic** (ô'tə krat'ik), adj. 1. pertaining to or of the nature of autocracy or an autocrat; absolute: autocratic government. 2. like an autocrat; tyrannical; despotic; domineering. Also, **au·to·crat'i·cal.** [1815–25; AUTOCRAT + -IC] —**au·to·crat'i·cal·ly**, adv.

**au·to·cross** (ô'tō krôs', -kros'), n. Auto. gymkhana (def. 2). [1960–65; AUTO-[2] + (MOTO)CROSS]

**au·to-da-fé** (ô'tō də fā'), n., pl. **au·tos-da-fé.** 1. the public declaration of the judgment passed on persons tried in the courts of the Spanish Inquisition, followed by the execution by the civil authorities of the sentences imposed, esp. the burning of condemned heretics at the stake. [1715–25; < Pg: act of the faith, as trans. of ML actus fideī]

**au·to-de·struct** (ô'tō di strukt'), v.i. self-destruct. [1970–75] —**au'to-de·struc'tion**, n. —**au'to-de·struc'tive**, adj.

**au·to·di·al** (ô'tō dī'əl, -dīl'), n. See under **auto-dialer**.

**au·to·di·al·er** (ô'tō dī'ə lər, -dī'lər), n. a telephone device that makes possible a service feature (**au'to-di'al**) whereby a call is automatically made in response to a brief input signal from the user, as the pressing of a button. Also called **automatic dialer**.

**au·to·di·dact** (ô'tō dī'dakt, -dī dakt'), n. a person who has learned a subject without the benefit of a teacher or formal education; a self-taught person. [1525–35; < Gk autodídaktos self-taught; see AUTO-, DIDACTIC] —**au'to·di·dac'tic**, adj. —**au'to·di·dac'ti·cal·ly**, adv.

**au·to·dyne** (ô'tə dīn'), n. Electronics. a type of heterodyne circuit containing a vacuum tube or transistor that acts simultaneously as a detector and oscillator. [1915–20; AUTO-[1] + DYNE]

**au·toe·cism** (ô tē'siz əm), n. Mycol. the development of the entire life cycle of a parasitic fungus on a single host or group of hosts. Also, **autecism.** Also called **ametoecism.** [AUT- + oec- (< Gk oîk-, s. of oîkos house) + -ISM] —**au·toe·cious** (ô tē'shəs), adj. —**au·toe'cious·ly**, adv. —**au·toe'cious·ness**, n.

**au·to·e·rot·ic** (ô'tō i rot'ik), adj. producing sexual excitement or pleasure without association with another person or external stimulation. [1895–1900; AUTO-[1] + EROTIC] —**au'to·e·rot'i·cal·ly**, adv.

**au·to·e·rot·i·cism** (ô'tō i rot'ə siz'əm), n. the arousal and satisfaction of sexual excitement within or by oneself, as by masturbation. Also, **au·to·er·o·tism** (ô'tō er'ə tiz'əm). [1895–1900; AUTO-[1] + EROTICISM]

**au·to·fo·cus** (ô'tō fō'kəs), adj. 1. having the ability to focus automatically: an autofocus lens; an autofocus camera. —n. 2. such an ability. Also, **au'to-fo'cus.** [1955–60; AUTO-[1] + FOCUS]

**au·tog·a·my** (ô tog'ə mē), n. 1. pollination of the ovules of a flower by its own pollen; self-fertilization (opposed to allogamy). 2. conjugation in an individual organism by division of its nucleus into two parts that in turn reunite to form a zygote. [1875–80; AUTO-[1] + -GAMY] —**au·tog'a·mous**, **au·to·gam·ic** (ô'tə gam'ik), adj.

**au·to·ge·net·ic** (ô'tō jə net'ik), adj. 1. self-generated. [1885–90; AUTO-[1] + GENETIC] —**au'to·ge·net'i·cal·ly**, adv.

**au'to·gen'ic train'ing** (ô'tō jen'ik, ô'tə-), a relaxation technique utilizing self-suggestion, breathing exercises, and meditation. [1960–65; AUTO-[1] + -GENIC]

**au·tog·e·nous** (ô toj'ə nəs), adj. 1. self-produced; self-generated. 2. Physiol. pertaining to substances generated in the body. 3. Metall. self-fused, without the addition of solder or the application of an adhesive: an autogenous weld between two pieces of the same metal. [1840–50; < Gk autogen(ḗs) self-produced (see AUTO-[1], -GEN) + -OUS] —**au·tog'e·nous·ly**, adv.

**au·to·gi·ro** (ô'tə jī'rō), n., pl. **-ros.** an aircraft with an unpowered, horizontally rotating propeller on a shaft above the fuselage that provides lift for the machine, with forward propulsion being provided by a conventional propeller; superseded in most applications by the helicopter. Also, **au·to·gy·ro.** Also called **gyrocopter, gyroplane.** [1920–25; formerly a trademark]

**au·to·graft** (ô'tə graft', -gräft'), n. Surg. a tissue or organ that is grafted into a new position on the body of the individual from which it was removed. Also called **autoplast, autotransplant.** Cf. **allograft, syngraft, xenograft.** [1915–20; AUTO-[1] + GRAFT]

**au·to·graph** (ô'tə graf', -gräf'), n. 1. a person's own signature: He collects autographs of artists. 2. something written in a person's own hand, as a manuscript or letter. —adj. 3. written by a person's own hand: an autograph letter. 4. containing autographs: an autograph album. —v.t. 5. to write one's name on or in; sign: to autograph a book. 6. to write with one's own hand. [1630–40; < L autographum, n. use of neut. of L autographus written with one's own hand < Gk autógraphos. See AUTO-[1], -GRAPH] —**au·to·graph·ic** (ô'tə graf'ik), **au'to·graph'i·cal**, adj. —**au'to·graph'i·cal·ly**, adv.

**au·tog·ra·phy** (ô tog'rə fē), n. 1. the act of writing by one's own hand. 2. autographs collectively. [1635–45; AUTO-[1] + -GRAPHY]

**Au·to·harp** (ô'tō härp'), Trademark. a zither having buttons that when depressed damp all strings except those to be sounded, the undamped strings being strummed to produce simple chords.

**au·to·hyp·no·sis** (ô'tō hip nō'sis), n. self-induced hypnosis or hypnotic state. [1900–05; AUTO-[1] + HYPNOSIS] —**au'to·hyp·not'ic** (ô'tō hip not'ik), adj. —**au'to·hyp·not'i·cal·ly**, adv.

**au·toi·cous** (ô toi'kəs), adj. Bot. having the male and female organs on the same plant. [AUT- + oic- (< Gk oîk-, s. of oîkos house) + -OUS]

**au·to·ig·ni·tion** (ô'tō ig nish'ən), n. 1. Auto. the spontaneous ignition of fuel when introduced into the combustion chamber of an internal-combustion engine, as a result either of glowing carbon in the chamber or of the heat of compression. 2. See **spontaneous combustion.** [AUTO-[1] + IGNITION]

**autoigni'tion point'**, Chem. the minimum temperature at which a substance will undergo spontaneous combustion. Also called **ignition point, ignition temperature.**

**au·to·im·mune** (ô'tō i myōōn'), adj. Immunol. of or pertaining to the immune response of an organism against any of its own tissues, cells, or cell components. [1950–55; AUTO-[1] + IMMUNE] —**au'to·im·mu'ni·ty**, n.

**autoimmune' disease'**, Pathol. a disease resulting from a disordered immune reaction in which antibodies are produced against one's own tissues, as systemic lupus erythematosus or rheumatoid arthritis. [1960–65]

**au·to·im·mu·ni·za·tion** (ô'tō im'yə nə zā'shən, -i myōō'-), n. Immunol. antibody production by an organism in response to and against any of its own tissues, cells, or cell components. Also called **autosensitization.** [1905–10; AUTO-[1] + IMMUNIZATION]

**au·to·in·fec·tion** (ô'tō in fek'shən), n. Pathol. 1. reinfection by a pathogen that is already in the body. 2. infection caused by transfer of a pathogen from one part of the body to another. [1900–05; AUTO-[1] + INFECTION]

**au·to·in·oc·u·la·tion** (ô'tō i nok'yə lā'shən), n. inoculation of a healthy part with an infective agent from a diseased part of the same body. [AUTO-[1] + INOCULATION] —**au'to·in·oc'u·la·ble** (ô'tō i nok'yə lə bəl), adj. —**au'to·in·oc'u·la·bil'i·ty**, n.

**au·to·in·tox·i·ca·tion** (ô'tō in tok'sə kā'shən), n. Pathol. poisoning with toxic substances formed within the body, as during intestinal digestion. Also called **autotoxemia, autotoxaemia, autotoxicosis.** [1885–90; AUTO-[1] + INTOXICATION]

**au·to·i·on·i·za·tion** (ô'tō ī'ə nə zā'shən), n. Physics. See **Auger effect.** [AUTO-[1] + IONIZATION]

**au·to·ist** (ô'tō ist), n. motorist (def. 1). [1900–05, Amer.; AUTO-[2] + -IST]

**au·to·ki·ne·sis** (ô'tō ki nē'sis, -kī-), n. Physiol. voluntary movement. [1895–1900; AUTO-[1] + KINESIS] —**au'to·ki·net'ic** (ô'tō ki net'ik, -kī-), adj.

**au'tokinet'ic effect'**, Psychol. apparent motion of a single point of light or a small object when presented on a dark field and observed continuously. [1960–65]

**au·to·ki·net·ic il·lu·sion** (ô'tō ki net'ik i lōō'zhən). [1930–85]

**au'to lift'**, a device, often powered hydraulically, for raising a vehicle so that the underside is accessible for inspection and repair.

**au·to·li·thog·ra·phy** (ô'tō li thog'rə fē), n. a lithographic technique by which the artist draws or traces with a brush and pen directly on a stone or plate. [1870–75; AUTO-[1] + LITHOGRAPHY]

**au·to·load·er** (ô'tō lō'dər), n. a firearm with an automatic loading mechanism. [AUTO-[2] + LOADER]

**au·to·load·ing** (ô'tō lō'ding), adj. semiautomatic (def. 2). [1920–25; AUTO-[2] + LOAD + -ING[2]]

**au·tol·o·gous** (ô tol'ə gəs), adj. from the same organism: an autologous graft. [1920–25; AUTO-[1] + -logous (see -LOGY, -OUS), on the model of HOMOLOGOUS]

**Au·tol·y·cus** (ô tol'i kəs), n. Class. Myth. a thief, the son of Hermes and Chione, and the grandfather of Odysseus. He possessed the power of changing the shape of whatever he stole and of making it and himself invisible.

**au·tol·y·sate** (ô tol'ə sāt'), n. Biochem. a substance produced by autolysis. [1925–30; AUTOLYS(IS) + -ATE[2]]

**au·tol·y·sin** (ô tol'i sin, ô tol'ə-), n. any agent producing autolysis. [1960–65; AUTOLYS(IS) + -IN[2]]

**au·tol·y·sis** (ô tol'ə sis), n. Biochem. the breakdown of plant or animal tissue by the action of enzymes contained in the tissue affected; self-digestion. [1900–05; AUTO-[1] + -LYSIS] —**au·to·lyt·ic** (ô'tl it'ik), adj.

**au·to·lyze** (ô'tl īz'), v., **-lyzed, -lyz·ing.** Biochem. —v.t. 1. to cause to undergo autolysis. —v.i. 2. to undergo autolysis. Also, esp. Brit., **au·to·lyse.** [1900–05; back formation from AUTOLYSIS, on the model of ANALYZE]

**au·to·mak·er** (ô'tō mā'kər), n. an automobile manufacturer. [1900–05; AUTO-[2] + MAKER] —**au'to·mak'ing**, n.

**au·to·ma·nip·u·la·tion** (ô'tō mə nip'yə lā'shən), n. physical stimulation of one's own genitals. [1960–65; AUTO-[1] + MANIPULATION]

**Au·to·mat** (ô'tə mat'), Trademark. a type of self-service restaurant in which customers obtain food from small compartments by depositing the required number of coins in slots so that the doors can be opened.

**au·tom·a·ta** (ô tom'ə tə), n. a pl. of **automaton.**

**au·to·mate** (ô'tə māt'), v., **-mat·ed, -mat·ing.** —v.t. 1. to apply the principles of automation to (a mechanical process, industry, office, etc.). 2. to operate or control by automation. 3. to displace or make obsolete by automation (often fol. by out): The unskilled jobs are going to be automated out. —v.i. 4. to install automatic procedures, as for manufacturing or servicing; follow or utilize the principles of automation: Many banks have begun to automate. [1950–55; back formation from AUTOMATION] —**au'to·mat'a·ble**, adj.

**au'to·mat'ed-tell'er machine'** (ô'tə mā'tid tel'ər), an electronic banking machine that dispenses cash, accepts deposits, and performs other services when a customer inserts a plastic card and pushes the proper coded buttons. Abbr.: ATM Also called **au'tomated tell'er, automatic-teller machine, cash machine, money machine.** [1980–85]

**au·to·mat·ic** (ô'tə mat'ik), adj. 1. having the capability of starting, operating, moving, etc., independently: an automatic sprinkler system. 2. Physiol. occurring independently of volition, as certain muscular actions; involuntary. 3. done unconsciously or from force of habit; mechanical: an automatic application of the brakes. 4. occurring spontaneously: automatic enthusiasm. 5. (of a firearm, pistol, etc.) utilizing the recoil or part of the force of the explosive to eject the spent cartridge shell, introduce a new cartridge, cock the arm, and fire it repeatedly. —n. 6. a machine that operates automatically. 7. See **automatic rifle.** 8. See **automatic pistol.** 9. Football. audible (def. 2). 10. See **automatic pilot.** 11. See **automatic transmission.** 12. an automobile equipped with automatic transmission. 13. an automatic, being operated or controlled as if by an automatic device. [1740–50; < Gk autómat(os) self-moving (see AUTOMATON) + -IC] —**au·to·mat'i·cal·ly**, adv. —**au·to·mat·ic·i·ty** (ô'tə mə tis'i tē), n. —**Syn.** 2. AUTOMATIC, INVOLUNTARY, SPONTANEOUS all mean not under the control of the will. That which is AUTOMATIC, however, is an invariable reaction to a fixed type of stimulus: The patella reflex is automatic. That which is INVOLUNTARY is an unexpected response that varies according to the occasion, circumstances, mood, etc.: an involuntary cry of pain. That which is SPONTANEOUS arises from immediate stimuli and usually involves an expression of strong feeling: a spontaneous roar of laughter.

**au'tomat'ic da'ta proc'essing.** See **ADP.**

**au'tomat'ic di'aler**, auto-dialer.

**au'tomat'ic drive'.** See **automatic transmission.**

**au'tomat'ic pi'lot**, Aeron. an airborne electronic control system that automatically maintains a preset heading and attitude. Also called **automatic, autopilot, gyropilot, robot.** [1915–20]

**au'tomat'ic pis'tol**, a type of pistol having a mechanism that throws out the empty shell, puts in a new one, and prepares the pistol to be fired again. Also called **automatic.** [1875–80]

**au'tomat'ic re/dial**, a telephone service feature whereby the last number dialed is automatically called again, either after a specified time or when activated by the user. Also called **redial.**

**au'tomat'ic ri/fle**, a type of light machine gun capable of firing automatically or in single shots. Also called **automatic, machine rifle.** [1875–80]

**au'tomatic-tell'er machine'.** See **automated-teller machine.** Also called **au'tomatic tell'er.**

**au'tomat'ic track'ing**, Electronics. a radar tracking system in which an automatic device uses the echo signal from the tracked object to keep the radar con-

**in·tact** (in takt′), *adj.* 1. not altered, broken, or impaired; remaining uninjured, sound, or whole; untouched; unblemished: *The vase remained intact despite rough handling.* 2. not changed or diminished; not influenced or swayed: *Despite misfortune, his faith is still intact.* 3. complete or whole, esp. not castrated or emasculated. 4. having the hymen unbroken; virginal. [1400–50; late ME < L *intāctus* untouched, equiv. to *in-* IN-³ + *tāctus*, ptp. of *tangere* to touch] —**in·tact′ly**, *adv.* —**in·tact′ness**, *n.*
—**Syn.** 1. See **complete**.

**in·ta·glio** (in tal′yō, -täl′-; *It.* ēn tä′lyō), *n., pl.* **-ta·glios**, *It.* **-ta·gli** (-tä′lyē), *v.* —*n.* 1. incised carving, as opposed to carving in relief. 2. ornamentation with a figure or design sunk below the surface. 3. a gem, seal, piece of jewelry, or the like, cut with an incised or sunken design. 4. an incised or countersunk die. 5. a figure or design so produced. 6. a process in which a design, text, etc., is engraved into the surface of a plate so that when ink is applied and the excess is wiped off, ink remains in the grooves and is transferred to paper in printing, as in engraving or etching. 7. an impression or printing from such a design, engraving, etc. —*v.t.* 8. to incise or display in intaglio. [1635–45; < It, deriv. of *intagliare* to cut in, engrave, equiv. to *in-* IN-² + *tagliare* to cut < LL *tāliāre*, deriv. of L *tālea* a cutting; see TALLY]

**in·take** (in′tāk′), *n.* 1. the place or opening at which a fluid is taken into a channel, pipe, etc. 2. an act or instance of taking in: *an intake of oxygen.* 3. something that is taken in. 4. a quantity taken in: *an intake of 50 gallons a minute.* 5. a narrowing, contraction. [1515–25; n. use of v. phrase *take in*]

**in′take man′ifold**, a collection of tubes through which the fuel-air mixture flows from the carburetor or fuel injector to the intake valves of the cylinders of an internal-combustion engine.

**in′take valve′**, a valve in the cylinder head of an internal-combustion engine that opens at the proper moment in the cycle to allow the fuel-air mixture to be drawn into the cylinder. [1960–65]

**in·tan·gi·ble** (in tan′jə bəl), *adj.* 1. not tangible; incapable of being perceived by the sense of touch, as incorporeal or immaterial things; impalpable. 2. not definite or clear to the mind: *intangible arguments.* 3. (of an asset) existing only in connection with something else, as the goodwill of a business. —*n.* 4. something intangible, esp. an intangible asset: *Intangibles are hard to value.* [1630–40; < ML *intangibilis.* See IN-³, TANGIBLE] —**in·tan′gi·bil′i·ty**, **in·tan′gi·ble·ness**, *n.* —**in·tan′gi·bly**, *adv.*
—**Syn.** 2. vague, elusive, fleeting.

**in·tar·si·a** (in tär′sē ə), *n.* an art or technique of decorating a surface with inlaid patterns, esp. of wood mosaic, developed during the Renaissance. Also, **tarsia**. [1860–65; alter. (influenced by It *tarsia*) of It *intarsio*, deriv. of *intarsiare* to inlay, equiv. to *in-* IN-² + *tarsiare* < Ar *tarṣīʿ* an inlay, incrustation; see TARSIA] —**in·tar′si·ate** (in tär′sē āt′, -it), *adj.*

**in·tar·sist** (in tär′sist), *n.* a person who creates in or practices intarsia. [INTARS(IA) + -IST]

**in·te·ger** (in′ti jər), *n.* 1. *Math.* one of the positive or negative numbers 1, 2, 3, etc., or zero. Cf. **whole number**. 2. a complete entity. [1500–10; < L: untouched, hence, undivided, whole, equiv. to *in-* IN-³ + *-teg-* (comb. form of *tag-*, base of *tangere* to touch) + *-er* adj. suffix]

**in′teger vi′tae** (in′te gər wē′tī; *Eng.* in′ti jər vī′tē, vē′tī), *Latin.* blameless in life; innocent.

**in·te·gra·ble** (in′ti grə bəl), *adj. Math.* capable of being integrated, as a mathematical function or differential equation. [1720–30; INTEGR(ATE) + -ABLE] —**in·te·gra·bil′i·ty**, *n.*

**in·te·gral** (in′ti grəl, in teg′rəl), *adj.* 1. of, pertaining to, or belonging as a part of the whole; constituent or component: *integral parts.* 2. necessary to the completeness of the whole: *This point is integral to his plan.* 3. consisting or composed of parts that together constitute a whole. 4. entire; complete; whole: *the integral works of a writer.* 5. *Arith.* pertaining to or being an integer; not fractional. 6. *Math.* pertaining to or involving integrals. —*n.* 7. an integral whole. 8. *Math.* a. Also called **Riemann integral**. the numerical measure of the area bounded above by the graph of a given function, below by the x-axis, and on the sides by ordinates drawn at the endpoints of a specified interval; the limit, as the norm of partitions of the given interval approaches zero, of the sum of the products of the function evaluated at a point in each subinterval times the length of the subinterval. b. a primitive. c. any of several analogous quantities. Cf. **improper integral**, **line integral**, **surface integral**. [1545–55; < ML *integrālis*. See INTEGER, -AL] —**in·te·gral′i·ty**, *n.* —**in′te·gral·ly**, *adv.*
—**Syn.** 2. essential, indispensable, requisite.

**in′tegral cal′culus**, the branch of mathematics that deals with integrals, esp. the methods of ascertaining indefinite integrals and applying them to the solution of differential equations and the determining of areas, volumes, and lengths. [1720–30]

**in′tegral curve′**, *Math.* a curve that is a geometric representation of a functional solution to a given differential equation.

**in′tegral domain′**, *Math.* a commutative ring in which the cancellation law holds true. [1935–40]

**in′tegral equa′tion**, *Math.* an equation in which an integral involving a dependent variable appears. [1795–1805]

**in′tegral func′tion**, *Math. Chiefly Brit.* an entire function. [1810–20]

**in·te·gral·ism** (in′ti grə liz′əm), *n.* the belief that one's religious convictions should dictate one's political and social actions. [1870–75; INTEGRAL + -ISM]

**in′tegral test′**, *Math.* the theorem that a given infinite series converges if the function whose value at each integer is the corresponding term in the series is decreasing, tends to zero, and results in a finite number when integrated from one to infinity.

**in·te·grand** (in′ti grand′), *n. Math.* the expression to be integrated. [1895–1900; < L *integrandum,* n. use of neut. of *integrandus,* ger. of *integrāre* to INTEGRATE]

**in·te·grant** (in′ti grənt), *adj.* 1. making up or being a part of a whole; constituent. —*n.* 2. an integrant part. 3. a solid, rigid sheet of building material composed of several layers of the same or of different materials. [1630–40; < L *integrant-* (s. of *integrāns*) prp. of *integrāre.* See INTEGER, -ANT]

**in·te·graph** (in′ti graf′, -gräf′), *n.* integrator (def. 2). [1880–85; b. INTEGRATE and -GRAPH]

**in·te·grate** (in′ti grāt′), *v.,* **-grat·ed, -grat·ing.** —*v.t.* 1. to bring together or incorporate (parts) into a whole. 2. to make up, combine, or complete to produce a whole or a larger unit, as parts do. 3. to unite or combine. 4. to give or cause to give equal opportunity and consideration to (a racial, religious, or ethnic group or a member of such a group): *to integrate minority groups in the school system.* 5. to combine (educational facilities, classes, and the like, previously segregated by race) into one unified system; desegregate. 6. to give or cause to give members of all races, religions, and ethnic groups an equal opportunity to belong to, be employed by, be customers of, or vote in (an organization, place of business, city, state, etc.): *to integrate a restaurant; to integrate a country club.* 7. *Math.* to find the integral of. 8. to indicate the total amount or the mean value of. —*v.i.* 9. to become integrated. 10. to meld with and become part of the dominant culture. 11. *Math.* a. to perform the operation of integration. b. to find the solution to a differential equation. [1630–40; < L *integrātus* ptp. of *integrāre* to renew, restore. See INTEGER, -ATE¹] —**in·te·gra′tive**, *adj.*
—**Syn.** 2. merge, unify, fuse, mingle.

**in·te·grat·ed** (in′ti grā′tid), *adj.* 1. combining or coordinating separate elements so as to provide a harmonious, interrelated whole: *an integrated plot; an integrated course of study.* 2. organized or structured so that constituent units function cooperatively: *an integrated economy.* 3. having, including, or serving members of different racial, religious, and ethnic groups as equals: *an integrated school.* Cf. **segregated**. 4. *Sociol.* of or pertaining to a group or society whose members interact on the basis of commonly held norms or values. 5. *Psychol.* characterized by integration. [1580–90; INTEGRATE + -ED²]

**in′tegrated bar′**, *Law.* (in some states) a system of bar associations to which all lawyers are required to belong. Also called **incorporated bar**.

**in′tegrated cir′cuit**, *Electronics.* a circuit of transistors, resistors, and capacitors constructed on a single semiconductor wafer or chip, in which the components are interconnected to perform a given function. *Abbr.:* IC Also called **microcircuit**. [1955–60]

**in′tegrated da′ta proc′essing**, See **IDP**. [1960–65]

**in′tegrated fire′ control′**, *Mil.* an electronic system that locates and tracks a target, computes the data, and employs a weapon to destroy it.

**in′tegrated op′tics**, an assembly of miniature optical elements of a size comparable to those used in electronic integrated circuits. [1970–75]

**in′tegrated pest′ man′agement**, *Agric.* an ecological approach to pest management that combines understanding the causes of pest outbreaks, manipulating the crop ecosystem for pest control, and monitoring pest populations and their life cycles to determine if and when the use of pesticides is indicated. *Abbr.:* IPM

**in′tegrating fac′tor**, *Math.* a factor that upon multiplying a differential equation with the right-hand side equal to zero makes the equation integrable, usually by making the resulting expression an exact differential of some function. [1855–60]

**in·te·gra·tion** (in′ti grā′shən), *n.* 1. an act or instance of combining into an integral whole. 2. an act or instance of integrating a racial, religious, or ethnic group. 3. an act or instance of integrating an organization, place of business, school, etc. 4. *Math.* the operation of finding the integral of a function or equation, esp. solving a differential equation. 5. behavior, as of an individual, that is in harmony with the environment. 6. *Psychol.* the organization of a coordinated, harmonious whole; the personality as a coordinated, harmonious whole. 7. *Genetics.* coadaptation (def. 2). [1610–20; INTEGRATE + -ION; cf. L *integrātiō* renewal]
—**Syn.** 1. combination, blending, fusing.

**integra′tion by parts′**, *Math.* a method of evaluating an integral by use of the formula, $\int u\,dv = uv - \int v\,du$.

**in·te·gra·tion·ist** (in′ti grā′shə nist), *n.* 1. a person who believes in, supports, or works for social integration. —*adj.* 2. pertaining to, favoring, or being conducive to social integration. [1950–55; INTEGRATION + -IST]

**in·te·gra·tor** (in′ti grā′tər), *n.* 1. a person or thing that integrates. 2. Also called **integraph**. an instrument for performing numerical integrations. [1875–80; INTEGRATE + -OR²]

**in·teg·ri·ty** (in teg′ri tē), *n.* 1. adherence to moral and ethical principles; soundness of moral character; honesty. 2. the state of being whole, entire, or undiminished: *to preserve the integrity of the empire.* 3. a sound, unimpaired, or perfect condition: *the integrity of a ship's hull.* [1400–50; late ME *integrite* < L *integritās.* See INTEGER, -ITY]
—**Syn.** 1. rectitude, probity, virtue. See **honor**.

**in·teg·u·ment** (in teg′yə mənt), *n.* 1. a natural covering, as a skin, shell, or rind. 2. any covering, coating, enclosure, etc. [1605–15; < L *integumentum* a covering. See IN-², TEGUMENT]
—**Syn.** 1. cortex, involucre, involucrum.

**in·teg·u·men·ta·ry** (in teg′yə men′tə rē), *adj.* of, pertaining to, or like an integument. [1835–45; INTEGUMENT + -ARY]

**in·tel·lect** (in′tl ekt′), *n.* 1. the power or faculty of the mind by which one knows or understands, as distinguished from that by which one feels and that by which one wills; the understanding; the faculty of thinking and acquiring knowledge. 2. capacity for thinking and acquiring knowledge, esp. of a high or complex order; mental capacity. 3. a particular mind or intelligence, esp. of a high order. 4. a person possessing a great capacity for thought and knowledge. 5. minds collectively, as of a number of persons or the persons themselves. [1350–1400; ME < L *intellēctus,* equiv. to *intellect(ere)* to understand + *-tus* suffix of v. action; see INTELLIGENT]
—**Syn.** 1. reason, sense, brains. See **mind**.

**in·tel·lec·tion** (in′tl ek′shən), *n.* 1. the action or process of understanding; the exercise of the intellect; reasoning. 2. a particular act of the intellect. 3. a conception or idea as the result of such an act; notion; thought. [1400–50; late ME < ML *intellēctiōn-* (s. of *intellēctiō*). See INTELLECT, -ION]

**in·tel·lec·tive** (in′tl ek′tiv), *adj.* 1. having power to understand; intelligent; cognitive. 2. of or pertaining to the intellect. [1575–1425; late ME < L *intellēctīvus.* See INTELLECT, -IVE] —**in′tel·lec′tive·ly**, *adv.*

**in·tel·lec·tu·al** (in′tl ek′chōō əl), *adj.* 1. appealing to or engaging the intellect: *intellectual pursuits.* 2. of or pertaining to the intellect or its use: *intellectual powers.* 3. possessing or showing intellect or mental capacity, esp. to a high degree: *an intellectual person.* 4. guided or developed by or relying on the intellect rather than upon emotions or feelings; rational. 5. characterized by or suggesting a predominance of intellect: *an intellectual way of speaking.* —*n.* 6. a person of superior intellect. 7. a person who places a high value on or pursues things of interest to the intellect or the more complex forms and fields of knowledge, as aesthetic or philosophical matters, esp. on an abstract and general level. 8. an extremely rational person; a person who relies on intellect rather than on emotions or feelings. 9. a person professionally engaged in mental labor, as a writer or teacher. 10. **intellectuals**, *Archaic.* a. the mental faculties. b. things pertaining to the intellect. [1350–1400; ME < L *intellēctuālis,* equiv. to *intellēctu-* + *-ālis* -AL¹] —**in′tel·lec′tu·al·ly**, *adv.*
—**Syn.** 1, 2. mental. 3. See **intelligent**.

**in·tel·lec·tu·al·ism** (in′tl ek′chōō ə liz′əm), *n.* 1. devotion to intellectual pursuits. 2. the exercise of the intellect. 3. excessive emphasis on abstract or intellectual matters, esp. with a lack of proper consideration for emotions. 4. *Philos.* a. the doctrine that knowledge is wholly or chiefly derived from pure reason. b. the belief that reason is the final principle of reality. [1820–30; INTELLECTUAL + -ISM] —**in·tel·lec′tu·al·ist**, *n.* —**in·tel·lec′tu·al·is′tic**, *adj.* —**in·tel·lec′tu·al·is′ti·cal·ly**, *adv.*

**in·tel·lec·tu·al·i·ty** (in′tl ek′chōō al′i tē), *n., pl.* **-ties.** 1. the quality or state of being intellectual. 2. intellectual character or power. [1605–15; < LL *intellēctuālitās.* See INTELLECTUAL, -ITY]

**in·tel·lec·tu·al·ize** (in′tl ek′chōō ə līz′), *v.,* **-ized, -iz·ing.** —*v.t.* 1. to seek or consider the rational content of. 2. to make intellectual. 3. to analyze (something) intellectually or rationally. 4. to ignore the emotional or psychological significance of (an action, feeling, dream, etc.) by an excessively intellectual or abstract explanation. —*v.i.* 5. to talk or write intellectually; reason; philosophize: *to intellectualize about world problems.* Also, *esp. Brit.,* **in·tel·lec′tu·al·ise′**. [1810–20] —**in·tel·lec′tu·al·i·za′tion**, *n.* —**in·tel·lec′tu·al·iz′er**, *n.*

**intel′lec′tual prop′erty**, *Law.* property that results from original creative thought, as patents, copyright material, and trademarks. [1840–45; *Amer.*]

**in·tel·li·gence** (in tel′i jəns), *n.* 1. capacity for learning, reasoning, understanding, and similar forms of mental activity; aptitude in grasping truths, relationships, facts, meanings, etc. 2. manifestation of a high mental capacity: *He writes with intelligence and wit.* 3. the faculty of understanding. 4. knowledge of an event, circumstance, etc., received or imparted; news; information. 5. the gathering or distribution of information, esp. secret information. 6. *Govt.* a. information about an enemy or a potential enemy. b. the evaluated conclusions drawn from such information. c. an organization engaged in gathering such information: *military intelligence; naval intelligence.* 7. interchange of information: *They have been maintaining intelligence with foreign agents for years.* 8. *Christian Science.* a fundamental attribute of God, or infinite Mind. 9. (*often cap.*) an intelligent being or spirit, esp. an incorporeal one, as an angel. [1350–1400; ME < L *intelligentia.* See INTELLIGENT, -ENCE]
—**Syn.** 1. See **mind**. 2. discernment, reason, acumen, aptitude, penetration. —**Ant.** 1. stupidity.

**intel′ligence a′gency**, a government department charged with obtaining intelligence, or information, esp. for use by the armed forces. Also called **intel′ligence bu′reau**, **intel′ligence depart′ment**, **intel′ligence office**. [1895–1900] —**intel′ligence a′gent**.

**intel′ligence of′fice**, 1. See **intelligence agency**. 2. *Obs.* an employment agency for the placement of domestic help. [1685–95]

**intel′ligence of′ficer**, a military officer responsible for collecting and processing data on hostile forces, weather, and terrain. [1880–85]

**intel′ligence quo′tient**, *Psychol.* an intelligence test score that is obtained by dividing mental age, which reflects the age-graded level of performance as derived