U

# REDACTED