# V

# REDACTED