IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**REDACTED** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT THAT THE LIVE TRAFFIC ARTICLE IS NOT A SECTION 102(b) PRINTED PUBLICATION**

I, Kyle W. Compton, declare as follows:

1. I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

2. Attached as Exhibit A is a true and correct copy of http://www.isoc.org, snapshot from July 13, 1997; http://web.archive.org/web/19970713121909/http://www.isoc.org/ (Wayback Machine).

3. Attached as Exhibit B is a true and correct copy of http://web.archive.org/web/19970713122019/www.isoc.org/conferences/ndss98/.

4. Attached as Exhibit C is a true and correct copy of http://www.isoc.org/isoc/conferences/ndss/98/cfp.shtml.

1

5. Attached as Exhibit D is a true and correct copy of the August 1, 1997 email from Phillip Porras to Dr. Matt Bishop labeled with production number SRIE 0460761.

6. Attached as Exhibit E are excerpts from a true and correct copy of the 30(b)(6) deposition transcript of Phillip Porras dated March 30, 2006.

7. Attached as Exhibit F is a true and correct copy of "Live Traffic Analysis of TCP/IP Gateways" by Phillip A. Porras and Alfonso Valdes, labeled with document production numbers ISS 28365-28384.

8. Attached as Exhibit G is a true and correct copy of U. S. Patent 6,321,338.

9. Attached as Exhibit H is a true and correct copy of the Expert Report of Stephen E. Smaha dated April 21, 2005.

10. Attached as Exhibit I is a true and correct copy of Symantec Corporation's Second Supplemental Response to SRI International's Interrogatories Nos. 6 and 11 dated November 15, 2005.

11. Attached as Exhibit J is a true and correct copy of an SRI document titled "The Emerald Project" labeled with production number SRI 094295.

12. Attached as Exhibit K is a true and correct copy of Internet Archive Wayback Machine search results for http://www.csl.sri.com labeled with production number SYM_P_0506550.

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 16th day of June, 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

50355137.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2006, I electronically filed the **PUBLIC VERSION** of the **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE LIVE TRAFFIC ARTICLE IS NOT A SECTION 102(b) PRINTED PUBLICATION** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc