# EXHIBIT A



NEW Call for Papers issued for the Internet Society's 1998 Symposium on Network and Distributed System Security.

Supreme Court Rules Against Communications Decency Act. Where to go for more information on the ruling.

A Brief History of the Internet

Career and Internship Opportunities

| | |
|---|---|
| ● What is the Internet Society? | ● What's New at Isoc Web? |
| ● Information Services | ● Papers & Presentations |
| ● Internet Society Chapters | ● Internet Standards |
| ● Administration, Ops, & Security | ● Secretariats |
| ● Conferences | ● Other WWW Sites |
| ● Join the Internet Society | |


OnTheInternet



**BABEL**
A joint **ISOC/Alis Technologies** site on the Internationalisation of the Internet

**Contact ISOC**

---

*The facilities at the Internet Society headquarters were made possible through grants and gifts of systems and equipment from Sun Microsystems, Cisco, IBM, Apple Computer, 3COM, MCI, and UUNET Technologies; and software from NetManage, FTP Software, InterCon, Microsoft and Spry.*

---

What is the Internet Society? | What's New at the Society? | Information Services | Papers and Presentations of Interest | Internet Society Chapters | Internet Standards | Internet Administration, Operations, and Security | Permanent Secretariats of Internet Society and Associated Bodies | Internet Conferences | Links to other WWW sites of interest | Join the Society

---

*Last Modified 5 June 1997 by Webmaster*
*Copyright ©1997 Internet Society. All rights reserved.*

Hits Since 15-Oct-1996