# EXHIBIT C



## All About the Internet Society

Conferences

INET

NDSS

Other Conferences

**Call For Papers**

**The Internet Society Symposium on Network and Distributed System Security**

**Catamaran Resort Hotel**
**San Diego, California**
**March 11-13, 1998**

*Goal:* The symposium will foster information exchange between hardware and software developers of network and distributed system security services. The intended audience is those who are interested in the practical aspects of network and distributed system security, focusing on actual system design and implementation, rather than theory. Encouraging and enabling the Internet community to apply, deploy, and advance the state of available security technology is the major focus of symposium. Symposium proceedings will be published by the Internet Society. Topics for the symposium include, but are not limited to, the following:

- Architectures for large-scale, heterogeneous distributed systems
- Security in malleable systems: mobile code, mobile agents, dynamic policy updates, etc.
- Special problems: e.g. interplay between security goals and other goals -- efficiency, reliability, interoperability, resource sharing, and cost.
- Integrating security services with system and application security facilities and with application protocols, including message handling, file transport, remote file access, directories, time synchronization, data base management, routing, voice and video multicast, network management, boot services, and mobile computing.
- Fundamental services: authentication, integrity, confidentiality, authorization, non-repudiation, and availability.
- Supporting mechanisms and APIs: key management and certification infrastructures, audit, and intrusion detection.
- Telecommunications security, especially for emerging technologies -- very large systems like the Internet, high-speed systems like the gigabit testbeds, wireless systems, and personal communication systems.
- Controls: firewalls, packet filters, application gateways

- Object security and security objects
- Network information resources and tools such as World Wide Web (WWW), Gopher, Archie, and WAIS.
- Electronic commerce: payment services, fee-for-access, EDI, notary; endorsement, licensing, bonding, and other forms of assurance; intellectual property protections

| | |
|---|---|
| **General Chair:** | David Balenson, Trusted Information Systems |
| **Program Chairs:** | Matt Bishop, University of California at Davis |
| | Steve Kent, BBN |
| **Program Committee:** | Steve Bellovin, AT&T Labs -- Research |
| | Doug Engert, Argonne National Laboratories |
| | Warwick Ford, VeriSign |
| | Li Gong, JavaSoft |
| | Rich Graveman, Bellcore |
| | Ari Juels, RSA Laboratories |
| | Tom Longstaff, CERT/CC |
| | Doug Maughan, National Security Agency |
| | Dan Nessett, 3Com Corporation |
| | Rich Parker, NATO |
| | Michael Roe, Cambridge University |
| | Rob Rosenthal, DARPA |
| | Wolfgang Schneider, GMD Darmstadt |
| | Christoph Schuba, Purdue University |
| | Win Treese, Open Market, Inc. |
| | Jonathan Trostle, Novell |
| | Gene Tsudik, USC/Information Sciences Institute |
| | Steve Welke, Institute for Defense Analyses |
| **Local Arrangements Chair:** | Thomas Hutton, San Diego Supercomputer Center |
| **Publications Chair:** | Steve Welke, Institute for Defense Analyses |
| **Logistics Chair:** | Torryn Brazell, Internet Society |

*Submissions:* The committee invites technical papers and panel proposals, for topics of technical and general interest. Technical papers should be 10-20 pages in length. Panel proposals should be two pages and should describe the topic, identify the panel chair, explain the format of the panel, and list three to four potential panelists. Technical papers will appear in the proceedings. A description of each panel will appear in the proceedings, and may at the discretion of the panel chair, include written position statements from each panelist.

Each submission must contain a separate title page with the type of

submission (paper or panel), the title or topic, the names of the author(s), organizational affiliation(s), telephone and FAX numbers, postal addresses, Internet electronic mail addresses, and must list a single point of contact if more than one author. The names of authors, affiliations, and other identifying information should appear only on the separate title page.

Submissions must be received by 1 August 1997, and should be made via electronic mail in either PostScript or ASCII format. If the committee is unable to print a PostScript submission, it will be returned and hardcopy requested. Therefore, PostScript submissions should arrive well before 1 August. If electronic submission is difficult, submissions should be sent via postal mail.

All submissions and program related correspondence (only) should be directed to the program chair:

Matt Bishop
Department of Computer Science
University of California at Davis
Davis CA 95616-8562
Email: sndss98-submissions@cs.ucdavis.edu
Phone: +1 (916) 752-8060
FAX: +1 (916) 752-4767

Each submission will be acknowledged by e-mail. If acknowledgment is not received within seven days, please contact the program chair as in- dicated above. Authors and panelists will be notified of acceptance by 1 October 1997. Instructions for preparing camera-ready copy for the proceedings will be sent at that time. The camera-ready copy must be received by 1 November 1997.

---

1775 Wiehle Ave., Suite 102, Reston, VA, USA 20190-5108
Tel: +1 703 326 9880 Fax: +1 703 326 9881

4, rue des Falaises, CH-1205, Geneva, Switzerland
Tel: +41 22 807 1444 Fax: +41 22 807 1445

This document <http://www.isoc.org/isoc/conferences/ndss/98/cfp.shtml>
was last updated Wednesday, 30-Jul-2003 14:46:35 EDT.
Copyright © 2006 Internet Society. All Rights Reserved.

Webmaster@ISOC.ORG
Privacy Statement