# EXHIBIT H

Case 1:04-cv-01199-SLR    Document 322-9    Filed 06/26/2006    Page 1 of 2

# REDACTED