# EXHIBIT K

Internet Archive Wayback Machine

Page 1 of 2



Enter Web Address: [http://] [All] [Take Me Back]    Adv. Search  Compare Archive Pages    **171** Results

Searched for **http://www.csl.sri.com**

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Nov 11, 2005

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| 1 pages | 3 pages | 3 pages | 5 pages | 10 pages | 27 pages | 21 pages | 25 pages | 33 pages | 0 pages |
| Dec 26, 1996 * | Feb 04, 1997 * | Jan 23, 1998 * | Jan 25, 1999 * | Mar 03, 2000 * | Feb 02, 2001 * | Feb 11, 2002 | Jan 27, 2003 | Feb 03, 2004 | |
| | Jul 05, 1997 | Dec 07, 1998 * | Feb 18, 1999 | May 10, 2000 * | Feb 24, 2001 | Jun 02, 2002 * | Feb 07, 2003 | Feb 08, 2004 | |
| | Dec 11, 1997 * | Dec 12, 1998 | Feb 23, 1999 | May 11, 2000 | Feb 26, 2001 | Jun 04, 2002 * | Feb 12, 2003 * | Feb 20, 2004 | |
| | | | Feb 24, 1999 | Jun 22, 2000 | Mar 02, 2001 | Aug 11, 2002 | Feb 13, 2003 * | Mar 23, 2004 | |
| | | | Apr 17, 1999 * | Jul 06, 2000 | Mar 07, 2001 * | Sep 26, 2002 * | Mar 21, 2003 | Apr 01, 2004 | |
| | | | | Aug 15, 2000 | Mar 31, 2001 * | Sep 30, 2002 * | Mar 23, 2003 | May 12, 2004 | |
| | | | | Aug 24, 2000 * | Apr 03, 2001 | Oct 02, 2002 * | Apr 22, 2003 | May 12, 2004 * | |
| | | | | Oct 18, 2000 * | Apr 04, 2001 | Oct 13, 2002 | Apr 25, 2003 * | May 25, 2004 | |
| | | | | Dec 06, 2000 * | Apr 07, 2001 | Oct 15, 2002 | May 30, 2003 * | May 27, 2004 * | |
| | | | | Dec 18, 2000 * | Apr 10, 2001 | Oct 19, 2002 | Jun 02, 2003 | Jun 03, 2004 | |
| | | | | | Apr 12, 2001 | Oct 25, 2002 * | Jun 21, 2003 * | Jun 09, 2004 | |
| | | | | | Apr 13, 2001 | Nov 03, 2002 | Jul 23, 2003 * | Jun 10, 2004 | |
| | | | | | Apr 14, 2001 | Nov 05, 2002 | Aug 04, 2003 | Jun 11, 2004 * | |
| | | | | | Apr 17, 2001 | Nov 11, 2002 * | Aug 05, 2003 * | Jun 12, 2004 | |
| | | | | | Apr 18, 2001 | Nov 20, 2002 | Oct 02, 2003 * | Jun 14, 2004 | |
| | | | | | Apr 19, 2001 | Nov 21, 2002 | Oct 10, 2003 | Jun 16, 2004 | |
| | | | | | Apr 23, 2001 | Nov 23, 2002 * | Oct 11, 2003 * | Jun 27, 2004 | |
| | | | | | Apr 24, 2001 | Nov 25, 2002 * | Oct 12, 2003 * | Jul 10, 2004 | |
| | | | | | Apr 28, 2001 | Dec 01, 2002 | Oct 13, 2003 * | Jul 22, 2004 | |
| | | | | | Apr 29, 2001 | Dec 02, 2002 | Nov 19, 2003 | Sep 23, 2004 * | |
| | | | | | May 01, 2001 | Dec 03, 2002 | Nov 20, 2003 | Sep 25, 2004 * | |
| | | | | | May 03, 2001 | | Dec 03, 2003 | Oct 12, 2004 | |
| | | | | | May 04, 2001 | | Dec 11, 2003 | Oct 13, 2004 | |
| | | | | | May 05, 2001 | | Dec 20, 2003 * | Oct 16, 2004 | |
| | | | | | May 08, 2001 * | | Dec 25, 2003 * | Oct 19, 2004 * | |
| | | | | | May 16, 2001 | | | Oct 20, 2004 | |
| | | | | | Dec 01, 2001 * | | | Oct 24, 2004 | |

http://web.archive.org/web/*/http://www.csl.sri.com    11/11/2005