IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR)<br><br>**FILED UNDER SEAL**<br><br>THIS DOCUMENT CONTAINS MATERIALS WHICH ARE CONFIDENTIAL OR RESTRICTED CONFIDENTIAL - SOURCE CODE AND COVERED BY A PROTECTIVE ORDER. THIS DOCUMENT SHALL NOT BE MADE AVAILABLE TO ANY PERSON OTHER THAN THE COURT AND OUTSIDE COUNSEL OF RECORD FOR THE PARTIES. |

### DECLARATION OF PAUL S. GREWAL IN SUPPORT OF SYMANTEC CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, Paul S. Grewal, declare as follows:

1. I am a member of the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Defendant Symantec Corporation. I am admitted to practice law before all courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,321,338.

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,708,212.

5. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,484,203.

6. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 6,711,615.

7. Attached hereto as Exhibit E is a true and correct copy of selected pages of the 5/26/06 and 5/27/06 deposition transcripts of Dr. George Kesidis.

8. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Dr. Jeffery Hansen.

9. Attached hereto as Exhibit G is a true and correct copy of the Expert Report of Dr. George Kesidis on Infringement.

10. Attached hereto as Exhibit H is a true and correct copy of selected pages of the deposition transcript of Dr. Jeffery Hansen.

11. Attached hereto as Exhibit I is a true and correct copy of selected pages of the deposition transcript of Brian Hernacki.

12. Attached hereto as Exhibit J is a true and correct copy of selected pages of the deposition transcript of Jeremy Bennett.

13. Attached hereto as Exhibit K is a true and correct copy of selected pages of the deposition transcript of Howard Lev.

14. Attached hereto as Exhibit L is a true and correct copy of selected pages of the deposition transcript of Tasha Van Es.

15. Attached hereto as Exhibit M is a true and correct copy of Mike Smith and Mark Janczura, Draft Architecture / Process List Design Doc. For SNS 5.0, modified August 5, 2005 bearing BATES Production Nos.: SYM_P_0136893-0136916.

16. Attached hereto as Exhibit N is a true and correct copy of a Recourse Technologies Q&A document regarding ManHunt 2.0 bearing BATES Production Nos.: SYM_P_0176251-0176253.

17. Attached hereto as Exhibit O is a true and correct copy of M. Lyle and Brandon Suzuki,

Recourse Technologies, FlowChaser Data Store (FDS) Specification, modified July 1, 2002 bearing BATES Production Nos.: SYM_P_0134095-0134099.

19. Attached hereto as Exhibit P is a true and correct copy of the Declaration of Jeremy F. Bennett.

19. Attached hereto as Exhibit Q is a true and correct copy of the Declaration of Brandon Suzuki.

20. Attached hereto as Exhibit R is a true and correct copy of selected pages of the deposition transcript of Paul Agbabian.

21. Attached hereto as Exhibit S is a true and correct copy of the deposition transcript of Carolyn Bardani.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June 16, 2006

By: *Paul S. Grewal* (signature)
Paul S. Grewal