IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Civil Action No. 04-CV-1199 (SLR)<br><br>**FILED UNDER SEAL**<br><br>**THIS DOCUMENT CONTAINS MATERIALS WHICH ARE CLAIMED TO BE CONFIDENTIAL OR RESTRICTED CONFIDENTIAL-SOURCE CODE AND COVERED BY A PROTECTIVE ORDER. THIS DOCUMENT SHALL NOT BE MADE AVAILABLE TO ANY PERSON OTHER THAN THE COURT AND OUTSIDE COUNSEL OF RECORD FOR THE PARTIES.** |

**DECLARATION OF ROBERT M. GALVIN IN SUPPORT OF THE JOINT MOTION TO LIMIT TESTIMONY OF SRI'S EXPERT, DR. GEORGE KESIDIS, UNDER FEDERAL RULE OF EVIDENCE 702**

I, Robert M. Galvin, declare that:

1. I am a member of the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Defendant Symantec Corporation. I am admitted to practice law before all of the courts of the state of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. George Kesidis on Infringement Regarding Symantec, dated April 28, 2006.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr. George Kesidis on Infringement Regarding ISS, dated April 28, 2006.

5. Attached hereto as Exhibit 3 is a true and correct copy of selected pages from the Transcripts of Depositions of Dr. George Kesidis dated May 25, 2006 and May

26, 2006.

6.    Attached hereto as Exhibit 4 is a true and correct copy of the Rebuttal Report of Dr. George Kesidis on Validity, dated May 16, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Signed on June 15, 2006.

_____
Robert M. Galvin

# EXHIBIT 1

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# EXHIBIT REDACTED IN ITS ENTIRETY

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2006, I electronically filed the foregoing document, **REDACTED DECLARATION OF ROBERT M. GALVIN IN SUPPORT OF THE JOINT MOTION TO LIMIT TESTIMONY OF SRI'S EXPERT, DR. GEORGE KESIDIS, UNDER FEDERAL RULE OF EVIDENCE 702,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 25th day of June, 2006, the foregoing document was served via email on the following non-registered participants:

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA 94063
650.839.5070

Holmes Hawkins, III, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309-3521
404.572.4600

Theresa Moehlman, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
212.556.2100

　　　　　　　　/s/ Mary B. Matter
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Counsel for Symantec Corporation*