IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the document listed below has been manually filed with the Court and is available in paper form only:

**REDACTED VERSION OF DECLARATION OF RENEE DUBORD BROWN IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT REGARDING INVALIDITY.**

MORRIS, JAMES, HITCHENS &
WILLIAMS, LLP

*/s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel.: (302) 888-6800
Attorneys for Defendant,
SYMANTEC CORPORATION

Dated: June 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2006, I electronically filed the foregoing document, **NOTICE OF FILING WITH THE CLERK'S OFFICE OF THE REDACTED DECLARATION OF RENEE DUBORD BROWN IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT REGARDING INVALIDITY**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 27th day of June, 2006, the foregoing document was served via email and via federal express on the following non-registered participants:

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA  94063
650.839.5070

Holmes Hawkins, III, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA  30309-3521
404.572.4600

Theresa Moehlman, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003
212.556.2100

/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Counsel for Symantec Corporation*