IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br><br>**REDACTED** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION BY COMBINATIONS OF REFERENCES**

Dated: June 16, 2006

FISH & RICHARDSON P.C.

John F. Horvath (#4557)
Kyle W. Compton (#4693)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Howard G. Pollack (CA Bar No. 162897)
Katherine D. Prescott (CA Bar No. 215496)
FISH & RICHARDSON P.C.
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff and Counterclaim Defendant
SRI INTERNATIONAL, INC.

I, Kyle W. Compton, declare as follows:

1. I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

2. Attached as Exhibit A is a copy of a chart titled "Summary of 35 U.S.C.§ 102(b) Combinations Proposed by Defendants".

3. Attached as Exhibit B is a true and correct copy of the Invalidity Expert Report of L. Todd Heberlein, dated April 21, 2006.

4. Attached as Exhibit C is a true and correct copy of an article titled "A Network Security Monitor" by L.T. Heberlein, G.V. Dias, K.N. Levitt, B Mukherjee, J. Wood and D. Wolber, Proc. 1990 Symposium on Research in Security and Privacy, pp. 296-304 and labeled with production numbers SYM_P_0068974- 68986.

5. Attached as Exhibit D is a true and correct copy of a paper titled "Towards Detecting Intrusions in a Networked Environment", by L.T. Heberlein, B. Mukherjee, K.N. Levitt, D. Mansur, Proc. 14th Department of Energy Computer Security Group Conference, pp 17.47-1.765, May 1991 and labeled with production numbers SYM_P_0069335-69354

6. Attached as Exhibit E is a true and correct copy of a paper titled "Intrusion Detection Systems (IDS): A Survey of Existing Systems and A Proposed Distributed IDS Architecture" by Steven Snapp et al., (February 1991) and labeled with production numbers SYM_P_0069280-69297.

7. Attached as Exhibit F is a true and correct copy of a paper titled "DIDS – Motivation Architecture, And An Early Prototype" by S.R. Snapp, J. Brentano, G.V. Dias, L.T. Heberlein, C. Ho. K.N. Levitt, B. Mukherjee; Proc. 14th National Computer Security Conference, October 1991 and labeled with production numbers SYM_P_0077175-77185.

8. Attached as Exhibit G is a true and correct copy of a paper titled "Internetwork Security Monitor: An Intrusion-Detection System for Large-Scale Networks" by L.T. Heberlein, B. Mukherjee, and K.N. Levitt, Proc. Of the 15th National Computer Security Conference, October 1992 and labeled with production numbers SYM_P_0069244-69254.

9. Attached as Exhibit H is a true and correct copy of a paper titled "GrIDS– A Graph Based Intrusion Detection System for Large Networks", by S.S. Chen, et al., 19th National Information Systems Security Conference,1996 labeled with production numbers SYM_P_0068883-68892.

10. Attached as Exhibit I is a true and correct copy of a paper titled "The Design of GrIDS: A Graphed-Based Intrusion Detection System" by Steven Cheung, Rick Crawford, et al., U.C. Davis Department of Computer Science, Davis, California (May 14, 1997) and labeled with production numbers SYM_P_0080878-0080943.

11. Attached as Exhibit J is a true and correct copy of an article titled "EMERALD: Event Monitoring Enabling Responses to Anomalous Live Disturbances" by Phillip A. Porras and Peter G. Neumann; 20th NISSC October 9, 1997 and labeled with production numbers SYM_P_0068831-68843.

12. Attached as Exhibit K is a true and correct copy of an article titled "The NIDES Statistical Component Description and Justification" by H.S. Javitz and A. Valdes, Annual Report A010, SRI Project 3131, Contract N00039-92-C-0015, March 7, 1994 and labeled with production numbers SYM_P_0078943-94.

13. Attached is Exhibit L is a true and correct copy of an article titled "A Method to Detect Intrusive Activity in a Networked Environment" by L. T. Heberlein, M. Mukherjee, and K.N. Levitt; Proc 14th National Computer Security Conference, pp. 362-371, October 1991, labeled with production numbers SYM_P_0069355-69365.

14. Attached as Exhibit M is a true and correct copy of "HP OpenView for Windows User Guide for Transcend Management Software, Version 6.1 for Windows

3

and '97 Windows '97 NT", 3Com, October 1997 labeled with production numbers SYM_P_0080944-81098.

15. Attached as Exhibit N is a true and correct copy of "NetStalker, Installation and User's Guide, version 1.0.2", 1996 labeled with production numbers SYM_P_0079550-79629.

16. Attached as Exhibit O is a true and correct copy of Exhibit D to the Expert Report of L. Todd Heberlein, dated April 21, 2006.

17. Attached as Exhibit P are true and correct copies of excerpts from the rough deposition transcript of L. Todd Heberlein, dated June 6 and June 8, 2006.

18. Attached as Exhibit Q is a true and correct the Expert Report of Stuart Staniford, dated April 21, 2006.

19. Attached as Exhibit R is a true and correct copy of Exhibit E to the Expert Report of L. Todd Heberlein, dated April 21, 2006.

20. Attached as Exhibit S is a true and correct copy of Exhibit M to the Expert Report of L. Todd Heberlein, dated April 21, 2006.

21. Attached as Exhibit T is a true and correct copy of Exhibit N to the Expert Report of Stephen Smaha, dated April 21. 2006.

22. Attached as Exhibit U is a true and correct copy of the contents of the website at http://www.faqs.org/rfcs/.

23. Attached as Exhibit V is a true and correct copy of the contents of the website at http://www.rfc-editor.org/overview.html.

24. Attached as Exhibit W is a true and correct copy of Exhibit N to the Expert of L. Todd Heberlein, dated April 21, 2006.

25. Attached as Exhibit X is a true and correct copy of excerpts to the rough deposition transcript of Stephen Smaha, dated April 24, 2006.

26. Attached as Exhibit Y is a true and correct copy of excerpts from the deposition transcript of Stuart Staniford, dated June 6, 2006.

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 16th day of June, 2006, in Wilmington, Delaware.

_____
Kyle W. Compton

50355130.doc

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, I electronically filed the **PUBLIC VERSION** of the **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION BY COMBINATIONS OF REFERENCES** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc