# EXHIBIT A

Exhibit A
Summary of U.S.C§ 102(b) Combinations Proposed by Defendants

| References to Combine | Expert | Basis | Citation |
|---|---|---|---|
| NSM 1990<br>DIDS Feb. 1991<br>DIDS Oct. 1991 | Mr. Heberlein | Incorporation by Reference<br><br>**Note:** Dr. Staniford does not agree, opining instead that it would be obvious to combine NSM 1990 with DIDS Oct. 1991.<br>*See Staniford Report at pg. 72* | Heberlein Report at ¶152; Ex. C |
| DIDS Feb. 1991<br>DIDS Oct. 1991 | Mr. Heberlein | No Basis Provided | Heberlein Tr. Vol. I at pg.120:1-121:25 |
| ISM 1992<br>DIDS Oct. 1991 | Mr. Heberlein | Incorporation by reference<br><br>**Note:** Dr. Staniford does not agree, opining instead that it would be obvious to combine NSM 1990 with DIDS Oct. 1991.<br>*See Staniford Report at pg. 72* | Heberlein Report, Ex. E |
| ISM 1992<br>NSM 1990<br>NSM 1991<br>DIDS Feb. 1991<br>DIDS Oct. 1991 | Mr. Heberlein | ISM makes "explicit direction to use DIDS" | Heberlein Report at ¶177 |
| GrIDS 1996<br>GrIDS 1997 | Mr. Heberlein | No Basis Provided | Heberlein Report at ¶209; Ex. F<br>Heberlein Tr. Vol. I at pg.148:5-149:3 |
| Ji-Nao Report<br>Ji-Nao Slides | Mr. Heberlein | No Basis Provided | Heberlein Report at ¶215; Ex. G |
| Emerald 1997<br>NIDES 1994<br>Intrusive Activity 1991 | Mr. Heberlein | Emerald makes "explicit references" to NIDES 1994 and Intrusive Activity 1991 | Heberlein Report, ¶264; Ex. U |

1

Exhibit A
Summary of U.S.C§ 102(b) Combinations Proposed by Defendants

| References to Combine | Expert | Basis | Citation |
|---|---|---|---|
| HP OpenView RFC 1155 RFC 1157 RFC 1213 RFC 1271 | Mr. Heberlein | Incorporation by reference | Heberlein Report at ¶316; Ex M. |
| HP OpenView NetStalker | Mr. Heberlein | Both on sale prior to November 9, 1997, and could work together through SNMP traps | Heberlein Report at ¶328 |

REDACTED

2

50355420.doc