IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>　　v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>　　　　Defendants and<br>　　　　Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**[PROPOSED] ORDER GRANTING SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE LIVE TRAFFIC ARTICLE IS NOT A SECTION 102(b) PRINTED PUBLICATION**

This 16th day of June, 2006, SRI International, Inc. having moved for partial summary judgment that the "Live Traffic" article is not a section 102(b) printed publication and the Court, after considering the issues, having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED THAT SRI International, Inc.'s motion for partial summary judgment that the "Live Traffic" article does not constitute a Section 102(b) printed publication is hereby **GRANTED**.

_____
United States District Judge

50352619.doc