IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**[PROPOSED] ORDER GRANTING SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION BY THE "EMERALD 1997" PUBLICATION**

This ___ day of _____, 2006, SRI International, Inc. having moved for partial summary judgment of no anticipation by the "EMERALD 1997" publication, and the Court, after considering the issues, having concluded that good grounds exist for the requested relief,

IT IS HEREBY ORDERED THAT SRI International, Inc.'s motion for partial summary judgment of no anticipation by the "EMERALD 1997" publication is hereby **GRANTED**.

                                                         _____
                                                         United States District Judge

50352607.doc