IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**[PROPOSED] ORDER GRANTING SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION BY COMBINATIONS OF REFERENCES**

This ___ day of _____, 2006, SRI International, Inc. having moved for partial summary judgment of no anticipation by combinations of references, and the Court, after considering the issues, having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED THAT SRI International, Inc.'s motion for partial summary judgment of no anticipation by combinations of references is hereby **GRANTED**, and DIDS, GrIDS, HP OpenView in combination with the RFCs, or HP OpenView in combination with NetStalker were not in public use prior to the critical date.

_____
United States District Judge

50352616.doc