IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br>　　　　Plaintiff and <br>　　　　Counterclaim-Defendant, <br><br>　　v. <br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, <br>INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and <br>SYMANTEC CORPORATION, a Delaware corporation, <br><br>　　　　Defendants and <br>　　　　Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

DECLARATION OF PAUL S. GREWAL IN SUPPORT OF
SYMANTEC CORPORATION'S OPPOSITION TO
SRI INTERNATIONAL, INC.'S MOTION TO EXCLUDE
FROM EVIDENCE THE EXPERT OPINION OF DANIEL TEAL
VOLUME 1 OF 4

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel.: (302) 984-6000
Fax: (302) 658-1192

OF COUNSEL:
Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
191 Peachtree St.
Atlanta, GA 30303
Tel: (404) 572-4600
Fax: (404) 572-5100

Theresa A. Moehlman
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendant
INTERNET SECURITY SYSTEMS, INC.,
a Delaware Corporation and
INTERNET SECURITY SYSTEMS, INC.,
a Georgia Corporation

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
 & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750

OF COUNSEL:
Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
DAY CASEBEER MADRID
 & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Fax: (408) 873-0220

Michael J. Schallop (*pro hac vice*)
Symantec Corporation
20330 Stevens Creek Blvd.
Cupertino, CA 95014
Tel: (408) 517-8000
Fax: (408) 517-8121

Attorneys for Defendant
SYMANTEC CORPORATION

Dated: June 30, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>　　v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>　　　　Defendants and<br>　　　　Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**DECLARATION OF PAUL S. GREWAL IN SUPPORT OF SYMANTEC CORPORATION'S OPPOSITION TO SRI INTERNATIONAL, INC.'S MOTION TO EXCLUDE FROM EVIDENCE THE EXPERT OPINION OF DANIEL TEAL**

I, Paul S. Grewal, declare that:

1.　　I am a member of the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Defendant Symantec Corporation. I am admitted to practice law before all of the courts of the State of California.

2.　　I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3.　　On June 29, 2006, I caused to be searched SRI's production of documents to Symantec for all unique documents referencing Daniel M. Teal. The search identified 63 unique documents.

4.　　On June 29, 2006, I caused to be searched Symantec's production of documents to SRI for all unique documents referencing Daniel M. Teal. The search identified 71 unique documents.

371181_1

5.  Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Daniel Teal including exhibits.

6.  Attached hereto as Exhibit B is a true and correct copy of a document regarding DIDS (Distributed Intrusion Detection System) – Motivation, Architecture, and an Early Prototype bearing BATES Production Nos.: DD_0000018-0000034.

7.  Attached hereto as Exhibit C is a true and correct copy of Bob Gleichauf and Dan Teal, WheelGroup Corporation, NetRanger High-Level Overview Version 1.1 bearing BATES Production Nos.: SYM_P_0531123-0531139

8.  Attached hereto as Exhibit D is a true and correct copy of a February 14, 2006 Letter from J. Loeb to K. Prescott re: Symantec's Rule 26(e) Supplementations.

9.  Attached hereto as Exhibit E is a true and correct copy of a May 16, 2006 Letter from R. Dubord Brown to M. Rosen re: Subpoena of Daniel Teal.

10. Attached hereto as Exhibit F is a true and correct copy of the May 12, 2006 Subpoena of Daniel Teal.

11. Attached hereto as Exhibit G is a true and correct copy of a May 19, 2006 Letter from P. Grewal to M. Rosen re: production of responsive documents to the Daniel Teal Subpoena.

12. Attached hereto as Exhibit H is a true and correct copy of selected transcript pages from the May 24, 2006 deposition of Daniel Teal.

13. Attached hereto as Exhibit I is a true and correct copy of the Court's June 30, 2005 Scheduling Order.

14. Attached hereto as Exhibit J is a true and correct copy of a September 20, 2005 Letter from J. Loeb to G. Steele re: List of Custodians.

15. Attached hereto as Exhibit K is a true and correct copy of a November 30,

2005 Letter from J. Loeb to K. Prescott re: Additional Custodians.

16. Attached hereto as Exhibit L is a true and correct copy of NetRanger Real-Time Network Intrusion and Detection Performance and Security Test, dated April 30, 1997 bearing BATES Production Nos.: SYM_P_0074255-0074481.

17. Attached hereto as Exhibit M is a true and correct copy of a Presentation entitled WheelGroup Corporation – NetRanger Installation & Configuration Training bearing BATES Production Nos.: SYM_P_0077338-0077416.

18. Attached hereto as Exhibit N is a true and correct copy of SQL Database Queries bearing BATES Production Nos.: SYM_P_0074926-0074947.

19. Attached hereto as Exhibit O is a true and correct copy of NetRanger User's Guide, dated November 20, 1996 bearing BATES Production Nos.: SYM_P_0526566-0526735.

20. Attached hereto as Exhibit P is a true and correct copy of NetRanger Network Security Management System User's Guide Version 1.2.2 bearing BATES Production Nos.: SYM_P_0075283-0075535.

21. Attached hereto as Exhibit Q is a true and correct copy of NetRanger User's Guide Version 1.2 bearing BATES Production Nos.: SYM_P_0071736-0071953.

22. Attached hereto as Exhibit R is a true and correct copy of NetRanger Network Security Management System User's Guide Version 1.3.1 bearing BATES Production Nos.: SYM_P_0074948-0075282.

23. Attached hereto as Exhibit S are true and correct copies of Articles and Press Releases bearing Bates Production Nos.: SYM_P_0078627-0078630; SYM_P_0077928-0077931; SYM_P_0074722-0074723 ; SYM_P_0074647-0074648; SYM_P_0074525-0074526.

24. Attached hereto as Exhibit T are true and correct copies of WheelGroup Press Releases bearing BATES Production Nos.: ISS_02126304-02126307; ISS_02126320-02126327; ISS_02126355-02126367; ISS_02126350-02126354.

25. Attached hereto as Exhibit U is a true and correct copy of Alfonso Valdes and Debra Anderson, Statistical Methods for Computing Usage Anomaly Detection Using NIDES (Next-Generation Intrusion Detection Expert System), dated January 27, 1995 bearing BATES Production Nos.: SYM_P_0068936-0068942.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Signed on June 30, 2006.

_Paul S. Grewal_
Paul S. Grewal