# EXHIBIT   M



**WheelGroup** Corporation

NetRanger Installation & Configuration Training

SYM_P_0077338



## Objective

This course is designed to give engineers and administrators the ability to upgrade and configure both NetRanger Sensors and Directors.

SYM_P_0077339



SYM_P_0077340



WheelGroup Corporation Overview

SYM_P_0077341



# Company Background

- **Founded Oct. 1995**
  - Privately Funded
  - HQ, San Antonio, TX
  - D.C. Office Vienna, VA (3-5)
  - Silicon Valley (2)
  - Austin, TX (1)
- **37 Employees (3/17/97)**
- **Products & Services (operations & consulting)**
  - AFIWC Heritage
  - 100+ years of IP experience

SYM_P_0077342



# WheelGroup Functions

- **Products**
  - R&D, systems integration, manufacturing (NetRanger)
    - Intrusion signature system
    - Sales & manufacturing
      - Tech support
- **Operations**
  - 24 hours a day, 7 days a week (24 x 7) real-time monitoring
  - Real time incident response
  - Continuing periodic security assessment/audit
    - Tech support
    - Consulting

SYM_P_0077343



# WheelGroup Functions (cont.)

- Corporate Information Protection Program (CIPP)
  - Security Posture Assessment (SPA)
  - Intrusion Control & Recovery (ICR)
  - Security Architecture Design Review & Verification

SYM_P_0077344



SYM_P_0077345



SYM_P_0077346



SYM_P_0077347



SYM_P_0077348



## The Solution

**Products and services designed to operate within a cohesive, comprehensive architecture**

- Architecture - Corporate Information Protection Program (CIPP)
- Continuous (24x7) security operations and management
  - In-house
  - Out-task

SYM_P_0077349



SYM_P_0077350

# WheelGroup
### corporation

# Professional Services

- Corporate Information Protection Program (CIPP)
- Security Posture Assessment (SPA)
  - Evaluation of a company's corporate, local, host electronic perimeter security
  - Internal, External, or Both
  - One-time or recurring
    (remote from NSOC)
- Security Architecture Design, Review & Verification
- Intrusion Control and Recovery
  - Net'Vestigator

SYM_P_0077351



# Net'Vestigator

- Comprehensive, multi-discipline security audit.
- "FIM Alliance": NSC, WheelGroup, Guidry Group; Oppenheimer, Wolff, and Donnelly
  - NSC: Sales & Marketing, Hardware
  - WheelGroup: SPA Intrusion Detection, and Monitoring
  - Guidry: Physical Security, PBX, Cellular, Investigation
  - Oppenheimer: Cyberlaw, Policies, Private Attorney General

SYM_P_0077352



## Security Operations

- **24x7 Monitoring**
  - Comprehensive 24x7 intrusion monitoring, response, and electronic perimeter security management
  - ProWatch Secure
- **WARN: WheelGroup Alert & Response Network**
  - 24x7 Incident Response & Hotline
  - 24x7 NetRanger Technical Support
- **NetRanger Technical Support**

SYM_P_0077353



# ProWatch Secure

**Joint WheelGroup/NetSolve Offering:**

- **NetSolve:**
  - Sales and Marketing
  - "Quick-Look"
  - Installation & Configuration
  - 24x7 "1st Level" Monitoring
- **WheelGroup:**
  - Technology (NetRanger)
  - Updates and Improvements
  - Tech Support to NetSolve
  - 24x7 Advanced Problem Resolution - Incident Response

SYM_P_0077354





**WheelGroup corporation**

# WheelGroup Customers

- Fortune 25
  - Automobile Manufacturer
  - Insurance
  - Brokerage House
  - Computer Manufacturing
  - Telecommunications
  - Petroleum
- Others
  - U.S. Government
  - Computer Peripherals
  - Software Development
  - Hotel & Gaming
  - Telecom Management

SYM_P_0077356



WheelGroup
corporation

NetRanger Overview

SYM_P_0077357



# NetRanger Components

WheelGroup corporation

- NSX
  - Sensor Device
    - Instrusion Detection
    - Response
- Director
  - Monitoring Device
  - Configuring NSX
- BorderGuard
  - Filtering Device

SYM_P_0077358



# WheelGroup
### Corporation

## NSX Configurations

**NSX 1000**

*Pentium 166 NSX*

— NSC Borderguard 1000

— 2 10BaseT / AUI Ethernet

— 3 WAN Daughtercards

— ISDN

— Up to 512 Kbps

SYM_P_0077359



**WheelGroup** corporation

# NSX Configurations (cont)

**NSX 2000**
- *Pentium 166 NSX*
  - NSC Borderguard 2000
  - 4 Ethernet
  - 4 WAN
- 2 Ethernet / 2 WAN
- 512 Kbps to 10 Mbps Ethernet

SYM_P_0077360



# WheelGroup corporation

## NSX Configurations (cont.)

**NSX-5000**

— UltraSPARC NSX

— NSC ERS/Passport

— FDDI

— Ethernet

— WAN (T1 & T3)

— (ATM)

— 10 to 100 Mbps

SYM_P_0077361