

# Director Platform Specifications

- HP, SPARC
  - IBM workstation (in process)
- Supported Operating Systems
  - HP O/S 10.10 and higher
  - Solaris 2.4 and higher
  - IBM AIX 4.1 and higher
- Hardware Specifications
  - minimum 96 MB RAM
  - minimum 4 GB SCSI hard drive
  - 20" Color monitor

SYM_P_0077362



**WheelGroup** corporation

# Director Platform Specifications (cont.)

- Network management platforms:
  - HP OpenView or IBM NetView
- Database interface
  - Oracle SQL *Net
  - Remedy
- GUI Configuration Interface
  - Java

SYM_P_0077363



SYM_P_0077364



SYM_P_0077365



SYM_P_0077366





**WheelGroup** corporation

## NetRanger NSX

- Expert system
- Real-time intrusion detection and instantaneous "surgical" response
- Content and Context monitoring
- Redundant, robust, communications architecture for assured event notification
- Secure VPN
- 56k, T1/E1, Ethernet, T3, 100Mbps
- Plug-n-play
- Sun (SPARC & PC), HP, IBM

SYM_P_0077368



# NetRanger NSX Alarm Levels

WheelGroup Corporation

| Alarm Level | Network Config Events | Network Usage Events | Network Security Events |
|---|---|---|---|
| LEVEL 0 | Misc Ignored Ports | Misc Ignored Ports | |
| LEVEL 1 | | | Authentication tcp P 113 |
| LEVEL 2 | Misc Network Traffic | Packets From Tracked Services | Failed DNS Attempts |
| LEVEL 3 | Misc Failed Packets | Packets Travelling to Blocked Sites | Failed SMTP Attempts |
| | | | Failed FTP Attempts |
| | | | Failed Telnet Attempts |
| | | | Failed X Session Attempts |
| | | | Failed Finger Attempts |
| LEVEL 4 | Lost Heartbeat | | Failed SNMP Attempts |
| | Router Interface Down | | Failed RPC Attempts |
| | Failed NSX | | Failed TFTP Attempts |
| | | | Failed Rsh Attempt |
| | | | Failed Rlogin Attempt |
| | | | Failed Rexec Attempt |
| | | | Login To Router |
| | | | Password Change On Router |
| LEVEL 5 | | | Sendmail w/ 'from: |tail' |
| | | | IFS=/ |
| | | | Port Sweeping (tcp/udp) |
| | | | ICMP Sweeping |
| | | | Source Routing |
| | | | IP Spoofing |
| | | | Fragmented TCP Headers |
| | | | SATAN Attack |
| LEVEL 6 | | | Multiple Hacking Attempts |

SYM_P_0077369



# WheelGroup
## corporation

## NetRanger Director

- Point & click GUI
- "On the fly" remote NSX configuration/control
- Open systems (HP Openview, NetView, Oracle)
- Real-time ICON alarm notification
- Interpretive incident reporting
- Misuse auditing
- Reports (audits, trends, incidents, usage)
- Sun, HP, IBM

SYM_P_0077370



SYM_P_0077371





# WheelGroup
## corporation

# Hardware Specifications

## NSX Sensor
— 7" high
— 10" wide (including rabbit ears)
— 20" deep (including rabbit ears)
— wieghs 32 pounds

## BorderGuard 1000
— 2" high
— 10" wide (including rabbit ears)
— 17.5" deep
— wieghs 15 pounds

## BorderGuard 2000
— 6.5" high
— 19" wide
— 17.5 deep
— wieghs 25 pounds



SYM_P_0077374



NetRanger Pre-Installation Considerations

WheelGroup Corporation

SYM_P_0077375



**WheelGroup** corporation

# Analyze Current Network Architecture

- Identify what to protect.
  - Internet
  - Remote sites
  - Business partners
  - Departments
- Define all entry and exit points to the protected network.
  - One geographic location, no existing internet connections
  - One geographic location, existing internet connections
  - Multiple geographic locations, existing internet connections
- Identify current security measures.
  - Existing Firewalls
  - Security Filters

SYM_P_0077376



SYM_P_0077377



SYM_P_0077378



WheelGroup
corporation

## Options 3-6: Unable to Replace Existing Router

- Class B Address
- One or more Unused Class C Addresses
- No Unused Class C Addresses
- Class C Address that Cannot be Subnetted

SYM_P_0077379



SYM_P_0077380



SYM_P_0077381



SYM_P_0077382



Option 6: Unable to Subnet Existing Class C Address





# NetRanger NSX Sensor Installation Options

- Install the NSX Sensor on a Separate, Isolated Network
  - Most Secure NSX Connection
  - Only with the NSX 2000 or 5000
- Install the NSX Sensor on the Corporate Network
  - Can be used with NSX 1000, 2000, or 5000
- Install the NSX Sensor on a Switched Ethernet Network
  - Can be used with NSX 1000, 1000 or 5000



