

SYM_P_0077388



# NetRanger Director Setup Options

## Two considerations when setting up a Director

- Place the Director close to the individuals responsible for monitoring the networks
- There must be a path between the NSX and the Director for the alarm and management functions to work properly

SYM_P_0077389



# Gather Network and Security Information

- Border Guard/Passport IP Addresses (One for each interface)
  - NSX IP Address
- Director IP Address
- Internal Web Server Address
- Internal DNS Server Address
- Internal FTP Server Address



# WheelGroup corporation

# Internet Control Message Protocol (ICMP)

- Allows routers and hosts to send error and control messages to other routers and hosts
- Most frequent use is the "ping" command
- Map out allowable ICMP messages

SYM_P_0077391



# Example ICMP Messages

**Echo Request**
○ **Echo Reply**

○ **Destination Unreachable**
○ **Address Mask Request**
○ **Address Mask Reply**
○ **Redirect (change a route)**
○ **Source Quench**

SYM_P_0077392



# Transmission Control Protocol

- Most used transport protocol used on Ethernet and Internet
- Connection is established every time a TCP service is used
- Certain incoming services can be blocked while allowing outgoing traffic
- Map out TCP Allowed Services

SYM_P_0077393



# WheelGroup corporation

# Example TCP services

- FTP Reply (Source Port 20)
- FTP (Port 21)
- Telnet (Port 23)
- SMTP (Mail, Port 25)
- DNS (Port 53)
- WWW (Port 80)
- Printer (Port 515)

SYM_P_0077394



# WheelGroup Corporation

# User Datagram Protocol (UDP)

- Very few UDP Services should be allowed between your network and untrusted sites
- UDP is Connectionless which makes it impossible to distinguish between session initiation and general session data

SYM_P_0077395



WheelGroup
corporation

# Example UPD Services

- DNS (Port 53)
- TFTP (Port 69)
- RPC (Port 111)
- NTP (Port 123)
- Netbios (Ports 137-139)
- SNMP (Ports 161,162)
- RIP (Port 520)

SYM_P_0077396



SYM_P_0077397



SYM_P_0077398



# WheelGroup
## corporation

# Traditional Security Measures

- Host based
  - Passwords (Standard and Alternative)
  - Security patches
  - Audit trails
- Managed by system administrator
  - Reliant upon individual initiative
  - First responsibility is functioning network

SYM_P_0077399



# Computer Emergency Response Teams (CERTs)

- Distribute advisories notifying administrators of security holes
- Respond to hacking incidents
- Work with vendors to produce security patches and notify computer community



# CERT Problems

- Reactive instead of proactive
- Unorganized solutions to problems
- Flat file system of released advisories
- No customization to customer's needs
- Originally not a commercial organization
- Requires administrators to constantly fix buggy systems
- High administrative overhead

WheelGroup corporation

SYM_P_0077401



# WheelGroup
## corporation

# Firewalls

- **Significant improvement over host based security**
- **Network based**
- **Filtering Routers vs Application Gateways**
- **Improved Audit Capabilities**

SYM_P_0077402