

SYM_P_0077403



**WheelGroup** corporation

# Application Gateways

- Provide address translation
- Independent application proxies
- **Reduce visible network to a few hosts**
  - Firewall server, DNS, WWW, Mail
- **Good authentication mechanisms on some firewalls**
- **No direct connections to internal hosts**

SYM_P_0077404



**WheelGroup**
*corporation*

# Application Gateway Drawbacks

- No real intrusion detection
- Performance problems
- Can't see if alternate routes exist to internal network
- Must be properly configured and constantly maintained
- No security checks on allowed services
- Does not protect external servers – WWW, mail, etc.

SYM_P_0077405



# Filtering Router

- Block traffic at external router
- Filters on network protocols and applications
- Protects all internal hosts
- Higher performance
- Restrict incoming traffic to specific hosts (WWW,DNS,FTP,Mail)
- Seamless outgoing traffic

WheelGroup corporation

SYM_P_0077406



# Filtering Router Problems

- No intrusion detection
- Must be properly configured and maintained
- No address translation capabilities
- Greater visibility into internal networks
- No security checks on allowed services

SYM_P_0077407



SYM_P_0077408

# WheelGroup
## corporation

# Encryption Techniques

- Public / private key technology
  - Public key distributed to everyone who needs it
  - Private key owned only by single user or host
    - RSA most common
- Private key technology
  - Requires both sides to use the same key
  - Key must be protected
    - DES most common

SYM_P_0077409



# Encryption Drawbacks

- Doesn't protect your networks – only the data between two protected networks
- Key management can be a problem
- High-cost and administrative overhead for application and host based encryption
- False sense of security
- Is the information protected once it arrives

WheelGroup corporation

SYM_P_0077410



## WheelGroup corporation

### Next Generation Security

- Managed network security
- Intrusion detection
- Monitoring
- Intrusion control and recovery
- Automatic updates of network security System
- Remote control of integrated security systems

SYM_P_0077411



SYM_P_0077412



**WheelGroup**
corporation

# Intrusion Detection Concepts

- Context based intrusion detection
  - Policy violations
  - Activity patterns
    - Hacking tools
    - Ping sweeps
    - Port sweeps
- Content based intrusion detection - Pattern matching

SYM_P_0077413

**WheelGroup**
corporation

# Monitoring

- Personnel dedicated to watching computer networks
    - Security events
    - Availability events
- Computer systems in place to aid monitoring process
    - Trouble tickets
    - Trend analysis
    - Report generation

SYM_P_0077414



**WheelGroup Corporation**

# Intrusion Control and Recovery

- Control intrusion events as they occur
  - Flashbowl a hacker
  - Forensic analysis
  - Track hacker and coordinate with law enforcement
- Recover from a hacking event
  - Find compromised systems
  - Recover crashed systems
  - Prevent future events of a similar nature

SYM_P_0077415



# Conclusion

- We Provide Security Expertise and Continuity
- NetRanger Based on Next Generation Security
- Security = Protection + Detection + Response

SYM_P_0077416