# EXHIBIT   N

```
                                   datatypes
-- datatypes.sql

prompt You can specifiy selection criteria to filter the query results.
prompt You are prompted for your selections with the following format:
prompt
prompt  what value (datatype)>
prompt
prompt the datatypes specifiy the input that is required
prompt
prompt ==============================================================================
prompt . (%) string value required (enter either the wildcard % or string value)
prompt . (#) number value required
prompt . (1,2,3,4)  specific number required (only the values listed are valid)
prompt . (MM/DD) date value required in format MM/DD (leading 0 optional)
prompt
```

SYM_P_0074926

```
                                     event
prompt EVENT DIMMENSION QUERIES
prompt ==============================================
prompt 1    alarm level summary
prompt 2    alarm signature summary
prompt 3    alarm signature with string data summary
prompt
@event_help
@datatypes
prompt
prompt Please enter your desired value at the following prompts:
prompt
accept WHAT_Q prompt 'select query (1,2,3)>'
accept ORGANIZATION_NAME prompt 'organization name (%)>'
accept MIN_EVENT_DATE prompt 'minimum event date (MM/DD)>'
-- 1997 is hard coded for input brevity
@event&WHAT_Q &ORGANIZATION_NAME 1997/&MIN_EVENT_DATE
```

SYM_P_0074927

```
                                        event1
-- event1.sql
-- shows: alarm level summary

--arg1: org_name
--arg2: min_event_date
--arg3: max_event_date


--sel1: org_name
--sel2: event_level
--sel3: from_state
--sel4: to_state
--sel5: count
--sel6: max(event_date_local)

@common

prompt event1: alarm level summary
prompt organization_name = &1
prompt minimum_event_date = &2


select
        substr(X2.org_name,1,15) "Org Name",
        X1.event_level "Level",
        substr(decode(X1.from_state,'I',' IN','O','OUT'),1,3) "From",
        substr(decode(X1.to_state,'I',' IN','O','OUT'),1,3) "To",
        count(*) "Count",
        substr(to_char(max(event_date_local),'MM:DD HH24:MI'),1,11) "Recent"
from
        nr_log_alarm X1,
        nr_orgs X2
where
        X1.event_date_local > to_date('&2','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X2.org_name like '&1'
group by
        X2.org_name,
        X1.event_level,
        X1.from_state,
        X1.to_state
order by
        1 asc,
        2 desc,
        3 desc,
        4 asc,
        5 desc
;
```

SYM_P_0074928

```
                                    event2
-- event2.sql
-- shows: alarm signature summary

--arg1: org_name
--arg2: min_event_date
--arg3: max_event_date


--sel1: org_name
--sel2: event_level
--sel3: from_state
--sel4: to_state
--sel5: sig_name
--sel6: count
--sel7: max(event_date_local)

@common

prompt event2: alarm signature summary
prompt organization = &1
prompt minimum_event_date = &2


select
        substr(X2.org_name,1,15) "Org Name",
        X1.event_level "Level",
        substr(decode(X1.from_state,'I',' IN','O','OUT'),1,3) "From",
        substr(decode(X1.to_state,'I',' IN','O','OUT'),1,3) "To",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count",
        substr(to_char(max(event_date_local),'MM:DD HH24:MI'),1,11) "Recent"
from
        nr_log_alarm X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&2','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&1'
group by
        X2.org_name,
        X1.event_level,
        X1.from_state,
        X1.to_state,
        X3.sig_name
order by
        1 asc,
        2 desc,
        3 desc,
        4 asc,
        6 desc
;
```

SYM_P_0074929

```
                                    event3
-- event3.sql
-- shows: alarm signature with string data summary

--arg1: org_name
--arg2: min_event_date
--arg3: max_event_date

--sel1: org_name
--sel2: event_level
--sel3: from_state
--sel4: to_state
--sel5: sig_name
--sel6: data_alarm
--sel7: count
--sel8: max(event_date_local)

@common

prompt event3: alarm signature with string data summary
prompt organization = &1
prompt minimum_event_date = &2


select
        substr(X2.org_name,1,10) "Org Name",
        substr(ltrim(to_char(X1.event_level)),1,1) "Level",
        substr(decode(X1.from_state,'I',' IN','O','OUT'),1,3) "From",
        substr(decode(X1.to_state,'I',' IN','O','OUT'),1,3) "To",
        substr(X3.sig_name,1,12) "Signature",
        substr(X1.data_alarm,1,20) "Sig Data",
        count(*) "Count",
        substr(to_char(max(event_date_local),'MM:DD HH24:MI'),1,11) "Recent"
from
        nr_log_alarm X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&2','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&1'
group by
        X2.org_name,
        X1.event_level,
        X1.from_state,
        X1.to_state,
        X3.sig_name,
        X1.data_alarm
order by
        1 asc,
        2 desc,
        3 desc,
        4 asc,
        7 desc
;
```

SYM_P_0074930

```
                              event_help
prompt These queries summarize NSX alarms with a primary focus
prompt on the EVENT dimmension.
prompt
prompt You can filter the data returned to you with the following
prompt criterion:
prompt
prompt  ORGANIZATION_NAME
prompt  MIN_EVENT_DATE
--prompt MIN_EVENT_COUNT, MAX_EVENT_COUNT
```

SYM_P_0074931

```
                                        space
prompt SPACE DIMMENSION QUERIES
prompt =================================================
prompt
prompt 1    source signature summary
prompt 2    destination signature summary
prompt 3    connection signature summary
prompt 4    connection signature with string data summary

@space_help
@datatypes

prompt
prompt Please enter your desired value in the following prompts:
prompt
accept WHAT_Q prompt 'select query (1,2,3,4)>'
accept ORGANIZATION_NAME prompt 'organization name (%)>'
accept MIN_EVENT_DATE prompt 'minimum event date (MM/DD)>'
accept SRC_IP_ADDRESS prompt 'source ip address (%)>'
accept DST_IP_ADDRESS prompt 'destination ip address (%)>'

@space&WHAT_Q &ORGANIZATION_NAME 1997/&MIN_EVENT_DATE &SRC_IP_ADDRESS
&DST_IP_ADDRESS
```

SYM_P_0074932

```
                                      space1
-- space1.sql
-- shows: source signature summary

--arg1: org_name
--arg2: min_event_date
--arg3: src address
--arg4: dst address
--arg5: signature
--arg6: string data
--arg7: max_event_date

--sel1: org_name
--sel2: src_ip_addr
--sel3: sig_name
--sel4: count
--sel5: max(event_date_local)

@common

prompt space1: source signature summary
prompt organization = &1
prompt minimum_event_date = &2
prompt src_ip_address = &3
prompt dst_ip_address = &4

select
        substr(X2.org_name,1,10) "OrgName",
        substr(X1.src_ip_addr,1,15) "Source",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count",
        substr(to_char(max(event_date_local),'MM/DD HH24:MI'),1,11) "Recent"
from
        nr_log_alarm X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&2','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&1'
        and X1.src_ip_addr like '&3%'
        and X1.dst_ip_addr like '&4%'
group by
        X2.org_name,
        X1.src_ip_addr,
        X3.sig_name
order by
        1 asc,
        3 asc,
        4 desc
;
```

SYM_P_0074933

```
                                      space2
-- space2.sql
-- shows: destination signature summary

--arg1: org_name
--arg2: min_event_date
--arg3: src address
--arg4: dst address
--arg5: signature
--arg6: string data
--arg7: max_event_date

--sel1: org_name
--sel2: src_ip_addr
--sel3: sig_name
--sel4: count
--sel5: max(event_date_local)

@common

prompt space2: destination signature summary
prompt organization = &1
prompt minimum_event_date = &2
prompt src_ip_address = &3
prompt dst_ip_address = &4


select
        substr(X2.org_name,1,10) "Org Name",
        substr(X1.dst_ip_addr,1,15) "Destination",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count",
        substr(to_char(max(event_date_local),'MM/DD HH24:MI'),1,11) "Recent"
from
        nr_log_alarm X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&2','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&1'
        and X1.src_ip_addr like '&3%'
        and X1.dst_ip_addr like '&4%'
group by
        X2.org_name,
        X1.dst_ip_addr,
        X3.sig_name
order by
        1 asc,
        3 asc,
        4 desc
;
```

SYM_P_0074934

```
                                        space3
-- space3.sql
-- shows: connection signature summary

--arg1: org_name
--arg2: min_event_date
--arg3: src address
--arg4: dst address
--arg5: signature
--arg6: string data
--arg7: max_event_date

--sel1: org_name
--sel2: src_ip_addr
--sel3: dst_ip_addr
--sel4: sig_name
--sel5: count
--sel6: max(event_date_local)

@common

prompt space3: connection signature summary
prompt organization = &1
prompt minimum_event_date = &2
prompt src_ip_address = &3
prompt dst_ip_address = &4


select
        substr(X2.org_name,1,10) "Org Name",
        substr(X1.src_ip_addr,1,15) "Source",
        substr(X1.dst_ip_addr,1,15) "Destination",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count",
        substr(to_char(max(event_date_local),'MM/DD.HH24'),1,8) "Recent"
from
        nr_log_alarm X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&2','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&1'
        and X1.src_ip_addr like '&3%'
        and X1.dst_ip_addr like '&4%'
group by
        X2.org_name,
        X1.src_ip_addr,
        X1.dst_ip_addr,
        X3.sig_name
order by
        1 asc,
        4 asc,
        5 desc
;
```

SYM_P_0074935

```
                                    space4
-- space4.sql
-- shows: connection signature with string data summary

--arg1: org_name
--arg2: min_event_date
--arg3: src address
--arg4: dst address
--arg5: signature
--arg6: string data
--arg7: max_event_date

--sel1: org_name
--sel2: src_ip_addr
--sel3: dst_ip_addr
--sel4: sig_name
--sel5: data_alarm
--sel6: count
--sel7: max(event_date_local)

@common

prompt space4: connection signature with string data summary
prompt organization = &1
prompt minimum_event_date = &2
prompt src_ip_address = &3
prompt dst_ip_address = &4


select
        substr(X2.org_name,1,10) "Org Name",
        substr(X1.src_ip_addr,1,15) "Source",
        substr(X1.dst_ip_addr,1,15) "Destination",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count",
        substr(to_char(max(event_date_local),'MM/DD.HH24'),1,8) "Recent",
        substr(X1.data_alarm,1,64) "Signature Data"
from
        nr_orgs X2,
        nr_sigs X3,
        nr_log_alarm X1
where
        X1.event_date_local > to_date('&2','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&1'
        and X1.src_ip_addr like '&3%'
        and X1.dst_ip_addr like '&4%'
group by
        X2.org_name,
        X1.src_ip_addr,
        X1.dst_ip_addr,
        X3.sig_name,
        X1.data_alarm
order by
        1 asc,
        4 asc,
        5 asc,
        6 desc
;
```

Page 1

SYM_P_0074936

```
                              space_help
prompt These queries summarize NSX alarms with a primary focus
prompt on the SPACE dimmension.
prompt
prompt You can filter the data returned to you with the following
prompt criterion:
prompt
prompt ORGANIZATION_NAME
prompt MIN_EVENT_DATE
--prompt  MAX_EVENT_DATE
prompt SRC_IP_ADDRESS
prompt DST_IP_ADDRESS
--prompt MIN_EVENT_COUNT, MAX_EVENT_COUNT
```

SYM_P_0074937

```
                                      system
prompt SYSTEM QUERIES
prompt =================================================
prompt 1    age and count of records in each table
prompt 2    signature: name-number  (interactive only)
prompt 3    organization: name-number  (interactive only)
--prompt 4    commands
--prompt 5    errors
prompt

accept WHAT_Q prompt 'select query (1,2,3,4,5)>'

@system&WHAT_Q
```

Page 1

SYM_P_0074938

```
                                    system1
-- system1

@common
prompt system1: count and age of data in each table

-- nr_log_alarm
select
        count (*) "LOG_ALARM   - count",
        substr(to_char(min(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Min Date
(gmt)",
        substr(to_char(max(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Max Date
(gmt)"
from nr_log_alarm;

-- nr_log_command
select
        count (*) "LOG_COMMAND - count",
        substr(to_char(min(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Min Date
(gmt)",
        substr(to_char(max(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Max Date
(gmt)"
from nr_log_command;

-- nr_log_error
select
        count (*) "LOG_ERROR   - count",
        substr(to_char(min(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Min Date
(gmt)",
        substr(to_char(max(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Max Date
(gmt)"
from nr_log_error;

-- nr_log_context
select
        count (*) "LOG_CONTEXT - count",
        substr(to_char(min(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Min Date
(gmt)",
        substr(to_char(max(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Max Date
(gmt)"
from nr_log_context;

-- nr_log_tcpconn
select
        count (*) "LOG_TCPCONN - count",
        substr(to_char(min(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Min Date
(gmt)",
        substr(to_char(max(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Max Date
(gmt)"
from nr_log_tcpconn;

-- nr_log_alarm_1
select
        count (*) "LOG_ALARM_1 - count",
        substr(to_char(min(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Min Date
(gmt)",
        substr(to_char(max(event_date_gmt),'YYYY/MM/DD HH24:MI'),1,17) "Max Date
(gmt)"
from nr_log_alarm_1;
```

SYM_P_0074939

```
                                    system2
-- system2.sql

prompt system2: signature name-number mapping
prompt
accept zsigname prompt 'signature name (optional)>'

@common

select
 sig_num "SIG NUM",
 substr(sig_name,1,40) "SIG NAME"
from
 nr_sigs
where
 sig_name like '%&zsigname%';
```

SYM_P_0074940

```
                                      system3
-- system3.sql

prompt system3: organization name-number mapping
prompt
accept zorgname prompt 'organization name (optional)>'

@common

select
 org_num "ORG NUM",
 substr(org_name,1,40) "ORG NAME"
from
 nr_orgs
where
 org_name like '%&zorgname%';
```

SYM_P_0074941

```
                                    time
prompt TIME DIMMENSION QUERIES
prompt =================================================
prompt
prompt 1    timeview signature summary
prompt 2    timeview source signature summary
prompt 3    timeview destination signature summary
prompt 4    timeview connection signature with string data summary

@time_help
@datatypes

prompt
prompt Please enter your desired value in the following prompts:
prompt
accept WHAT_Q prompt 'select query (1,2,3,4)>'
accept WHAT_TIMEVIEW prompt 'time focus level (1,2,3,4)>'
accept ORGANIZATION_NAME prompt 'organization name (%)>'
accept MIN_EVENT_DATE prompt 'minimum event date (MM/DD)>'
accept SRC_IP_ADDRESS prompt 'source ip address (%)>'
accept DST_IP_ADDRESS prompt 'destination ip address (%)>'

@time&WHAT_Q &WHAT_TIMEVIEW &ORGANIZATION_NAME 1997/&MIN_EVENT_DATE &SRC_IP_ADDRESS
&DST_IP_ADDRESS
```

Page 1

SYM_P_0074942

```
                                        time1
-- time1.sql
-- shows: timeview signature summary

--arg1: selected time view
--arg2: org_name
--arg3: min_event_date
--arg4: src address
--arg5: dst address
--arg6: signature
--arg7: string data
--arg8: max_event_date

--sel1: timeview date string
--sel2: org_name
--sel3: sig_name
--sel4: count

@common

prompt time1: timeview signature summary
prompt timeview = &1
prompt organization = &2
prompt minimum_event_date = &3
prompt src_ip_address = &4
prompt dst_ip_address = &5


select
        X1.datezoomTZ "TimeView",
        substr(X2.org_name,1,15) "Org Name",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count"
from
        nr_zoomtime_&1 X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&3','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&2'
        and X1.src_ip_addr like '&4%'
        and X1.dst_ip_addr like '&5%'
group by
        X1.datezoomTZ,
        X2.org_name,
        X3.sig_name
order by
        1 asc,
        2 asc,
        4 desc ;
```

SYM_P_0074943

```
                                        time2
-- time2.sql
-- shows: timeview source signature summary

--arg1: selected time view
--arg2: org_name
--arg3: min_event_date
--arg4: src address
--arg5: dst address
--arg6: signature
--arg7: string data
--arg8: max_event_date

--sel1: timeview date string
--sel2: org_name
--sel3: src_ip_addr
--sel4: sig_name
--sel5: count

@common

prompt time2: timeview source signature summary
prompt timeview = &1
prompt organization = &2
prompt minimum_event_date = &3
prompt src_ip_address = &4
prompt dst_ip_address = &5


select
        X1.datezoomTZ "TimeView",
        substr(X2.org_name,1,15) "Org Name",
        substr(X1.src_ip_addr,1,15) "Destination",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count"
from
        nr_zoomtime_&1 X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&3','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&2'
        and X1.src_ip_addr like '&4%'
        and X1.dst_ip_addr like '&5%'
group by
        X1.datezoomTZ,
        X2.org_name,
        X1.src_ip_addr,
        X3.sig_name
order by
        1 asc,
        2 asc,
        4 asc,
        5 desc
;
```

SYM_P_0074944

```
                                    time3
-- time3.sql
-- shows: timeview destination signature summary

--arg1: selected time view
--arg2: org_name
--arg3: min_event_date
--arg4: src address
--arg5: dst address
--arg6: signature
--arg7: string data
--arg8: max_event_date

--sel1: timeview date string
--sel2: org_name
--sel3: dst_ip_addr
--sel4: sig_name
--sel5: count

@common

prompt time3: timeview destination signature summary
prompt timeview = &1
prompt organization = &2
prompt minimum_event_date = &3
prompt src_ip_address = &4
prompt dst_ip_address = &5


select
        X1.datezoomTZ "TimeView",
        substr(X2.org_name,1,15) "Org Name",
        substr(X1.dst_ip_addr,1,15) "Destination",
        substr(X3.sig_name,1,15) "Signature",
        count(*) "Count"
from
        nr_zoomtime_&1 X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&3','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&2'
        and X1.src_ip_addr like '&4%'
        and X1.dst_ip_addr like '&5%'
group by
        X1.datezoomTZ,
        X2.org_name,
        X1.dst_ip_addr,
        X3.sig_name
order by
        1 asc,
        2 asc,
        4 asc,
        5 desc
;
```

SYM_P_0074945

```
                              time4
-- time4.sql
-- shows: timeview connection signatures with string data summary

--arg1: selected time view
--arg2: org_name
--arg3: min_event_date
--arg4: src address
--arg5: dst address
--arg6: signature
--arg7: string data
--arg8: max_event_date

--sel1: timeview date string
--sel2: org_name
--sel3: src_ip_addr
--sel4: dst_ip_addr
--sel5: sig_name
--sel6: data_alarm
--sel7: count

@common

prompt time4: timeview connection signature with string data summary
prompt timeview = &1
prompt organization = &2
prompt minimum_event_date = &3
prompt src_ip_address = &4
prompt dst_ip_address = &5


select
        X1.datezoomTZ "TimeView",
        substr(X2.org_name,1,15) "Org Name",
        substr(X1.src_ip_addr,1,15) "Source",
        substr(X1.dst_ip_addr,1,15) "Destination",
        substr(X3.sig_name,1,15) "Signature",
        substr(X1.data_alarm,1,20) "Sig Data",
        count(*) "Count"
from
        nr_zoomtime_&1 X1,
        nr_orgs X2,
        nr_sigs X3
where
        X1.event_date_local > to_date('&3','YYYY/MM/DD')
        and X1.org_id = X2.org_num
        and X1.ip_signature = X3.sig_num
        and X2.org_name like '&2'
        and X1.src_ip_addr like '&4%'
        and X1.dst_ip_addr like '&5%'
group by
        X1.datezoomTZ,
        X2.org_name,
        X1.src_ip_addr,
        X1.dst_ip_addr,
        X3.sig_name,
        X1.data_alarm
order by
        1 asc,
        2 asc,
        5 asc,
        7 desc
;
```

SYM_P_0074946

```
                              time_help
prompt These queries summarize NSX alarms with a primary focus
prompt on the TIME dimmension.
prompt
prompt You can filter the data returned to you with the following
prompt criterion:
prompt
prompt TIMEVIEW
prompt * 1 = Monthly
prompt * 2 = Daily
prompt * 3 = Hourly
prompt * 4 = Sixthly
prompt
prompt ORGANIZATION_NAME
prompt MIN_EVENT_DATE
--prompt  MAX_EVENT_DATE
prompt SRC_IP_ADDRESS
prompt DST_IP_ADDRESS
--prompt MIN_EVENT_COUNT, MAX_EVENT_COUNT
```

SYM_P_0074947