

# *NetStalker*™

## Installation and User's Guide



## Version 1.0.2



Haystack Labs, Inc.

10713 RR 620 North, #521
Austin, TX 78726
512-918-3555
512-918-1265 FAX

5/96 NETSTALK

SYM_P_0079550

# THE *NETSTALKER* ™ INSTALLATION AND USER'S GUIDE
# DOCUMENT REVISION 1.0.2

Copyright ©1996 Haystack Laboratories, Inc.

All Rights Reserved. Copying or reproduction without prior written approval is prohibited.

RESTRICTED RIGHTS LEGEND: Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraphs (a) through (d) of the Commercial Computer Restricted Rights clause at FAR 52.227-19 when applicable, or in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software Clause at DFARS 252.227-7013, and in similar clauses in the NASA FAR Supplement. Contractor/manufacturer is Haystack Laboratories, Inc., 10713 RR620 North, #521, Austin, TX 78726 (512) 918-3555.

Haystack Laboratories, Inc. (hereinafter "Haystack Labs") retains all ownership, copyright, patent, and other intellectual property rights to the *NetStalker* computer programs (hereinafter collectively called *"NetStalker"*) and their documentation. Use of *NetStalker* is governed by the license agreement distributed with the original media. Your rights are detailed in your License Agreement, but include:

- The *NetStalker* source code is a confidential trade secret of Haystack Labs. You may not attempt to decipher or decompile *NetStalker* or develop source code for *NetStalker*, or knowingly allow others to do so.

- Only you and your employees and consultants who have agreed to the above restrictions may use *NetStalker* and only on the authorized equipment.

- Your right to copy *NetStalker* and this manual is limited by copyright law. Making copies, adaptations, or compilation works (except copies of *NetStalker* for archival purposes or as an essential step in the utilization of the program in conjunction with the equipment), without prior written authorization of Haystack Labs, is prohibited by law and constitutes a punishable violation of the law. Exporting software documentation to a foreign country is not permitted by Haystack Labs.

Haystack Labs provides this publication "as is" without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability or fitness for a particular purpose. Haystack Labs may revise this publication from time to time without notice.

*NetStalker* is a trademark of Haystack Laboratories. BorderGuard and Security Router are registered trademarks of Network Systems Corp. All other trademarks are the property of their respective owners.

Portions of this software are copyrighted by the following organizations: Carnegie Mellon University and University of California-Berkeley.

*NetStalker* was created by: Steve Smaha, Steve Snapp, Jessica Winslow, Richard Letsinger, Crosby Marks, Charisse Castagnoli, Brita Womack, and Kristin Johnson.

SYM_P_0079551

ii

SYM_P_0079552

# Contents

i

CHAPTER 1          Introducing NetStalker™    1-1

Introducing NetStalker    1-2

NSC Clients and How They Interface with NetStalker    1-4

Supported NetStalker Clients    1-5


CHAPTER 2          Getting Started    2-1

Prerequisites    2-2

Installing NetStalker    2-2

Starting and Stopping NetStalker    2-8

Learning About NetStalker Menus    2-10


CHAPTER 3          Adding Router Information to NetStalker    3-1

Configuring Routers    3-2
    Before You Configure    3-2
To add a router    3-2
    Editing Router Information    3-5
    Verifying Router Information    3-5


CHAPTER 4          Configuring Alarm Handlers    4-1

What are Alarms?    4-2

Configuring Alarms    4-2

Saving Alarm Configurations    4-5

User Defined Alarms    4-5


CHAPTER 5          Running NetStalker    5-1

Running NetStalker    5-2
    Before You Run NetStalker    5-2
    To Select a Scenario    5-2
    To Modify an Alarm Type    5-3
    To Configure Alarm Handler Overrides    5-6
    To Run NetStalker    5-6

SYM_P_0079553

CHAPTER 6    Configuring Misuse Detector    6-1

Why Use Misuse Detector?    6-2

How Misuse Detector Works    6-2

Buttons in the Windows Associated with Misuse Detector    6-4

Configure Misuse Detector Window    6-4

Configuring Misuse Detector    6-5

Understanding the Filters    6-6
    Packet    6-6
    Packet Type    6-7
    Network    6-10
    Creating Network Address Lists    6-11
    Events    6-12

Understanding Misuse Detector Signatures    6-14

Alarm Types    6-15

Saving Misuse Detector Configurations    6-17

To Run NetStalker    6-17


CHAPTER 7    Managing and Analyzing Log Files    7-1

Managing Log Files    7-2

Using Log Manager Interactively    7-3

Scheduling Log Manager    7-6

Log Events Record Format    7-7
    Sample Data    7-8

Analyzing Log Files    7-8

Error Handling    A-1

To Recover From Errors and Malfunctions    A-1

Resolving Common Problems    A-2


Glossary    GL-1


Index    I-1

SYM_P_0079554

# List of Figures

FIGURE 2-1  About NetStalker window  2-9
FIGURE 2-2  *NetStalker* window  2-10
FIGURE 3-1  Create Router window  3-3
FIGURE 3-2  Select Client Type window  3-4
FIGURE 3-3  Enter Client Password window  3-4
FIGURE 3-4  Configure Client Information window  3-5
FIGURE 4-1  Configure Alarm Handlers window  4-3
FIGURE 5-1  Configure Misuse Detector window  5-4
FIGURE 5-2  Run NetStalker window  5-7
FIGURE 5-3  *NetStalker* window with status lines  5-8
FIGURE 5-4  Alarm Window with output examples  5-8
FIGURE 5-5  Sample output report  5-8
FIGURE 6-1  Misuse Detector Conceptual Design  6-3
FIGURE 6-2  Configure Misuse Detector window  6-5
FIGURE 6-3  Select Internet Protocols window  6-7
FIGURE 6-4  Select ICMP Packets by Type window  6-8
FIGURE 6-5  List Network Ports window  6-8
FIGURE 6-6  Specify Port(s) by Name window  6-9
FIGURE 6-7  Specify Port(s) by Number window  6-9
FIGURE 6-8  Load Configuration window  6-10
FIGURE 6-9  List Network Addresses window  6-11
FIGURE 6-10  List Network Addresses window  6-12
FIGURE 6-11  Configure Event Types window  6-13
FIGURE 6-12  List Objects by Name window  6-14
FIGURE 6-13  Alarm Window  6-15
FIGURE 6-14  Default report file format  6-16
FIGURE 6-15  Run NetStalker window  6-18
FIGURE 6-16  *NetStalker* window with status lines  6-18
FIGURE 7-1  Log Manager's Conceptual Design  7-2
FIGURE 7-2  Configure Log Manager window  7-3
FIGURE 7-3  Schedule Log Manager window  7-6

SYM_P_0079555

FIGURE 7-4    Schedule Crontab Entries window          7-7
FIGURE 7-5    Event Data Available window              7-9
FIGURE 7-6    Interactive Alarm window                 7-10
FIGURE 7-7    *NetStalker* window                      7-10

SYM_P_0079556

# List of Tables

TABLE 2-1 Fast Forward Commands    2-3

TABLE 2-2 Collection of NetStalker PCF Filters    2-8

TABLE 2-3 NetStalker Window Menu Items    2-11

TABLE 4-1 A description of supplied alarms.    4-4

TABLE 4-2 Arguments for User-defined Alarm Shells    4-6

TABLE 5-1 Supplied NetStalker Misuse Detector Configurations    5-2

TABLE 5-2 Description of alarm types.    5-4

TABLE 5-3 Description of alarm parameters.    5-5

TABLE 6-1 Filter conditions -- only one can be chosen.    6-6

TABLE 7-1 Log Events Record format    7-7

TABLE 7-2 Sample log event record explained    7-8

SYM_P_0079557

SYM_P_0079558

CHAPTER 1    # Introducing *NetStalker*™

This chapter introduces *NetStalker* network monitoring software from Haystack Labs, describes what *NetStalker* does, and its relationship to Network Systems Corp. (NSC) routers.

SYM_P_0079559

## Introducing *NetStalker*

What is *NetStalker* and what does it do for you? ...*Stalker* provides real-
time monitoring and analysis of network events. ... chapter defines these
commonly used terms and describes several scen... ...s that illustrate how
*NetStalker* works in your world.

**Product Overview**

*NetStalker* monitors all events reported from cli... ...SC routers and PCF
filters. Based on Haystack Labs' patent pending ...nology, *NetStalker*
automatically identifies network attacks and atte... s to exploit TCP/IP
protocol vulnerabilities in real time using inform... ...n stored in an internal
database, the misuse signature database. Depen... on how you configure
*NetStalker*, it can also generate detailed reports ... the recorded data.
These reports provide information suitable for e... ...nce or for a technical
review.

**Consider this example**

Your company "Specialized Software Corporat... ...SSC) has obtained an
Internet connection to allow users to access fil... ...red in your library of
software examples and patches (via ftp), and ... ...v engineers working at
remote sites to access information on their ... ...systems.

SSC is sensitive to the fact that a hacker may ... ...et in to the system, and
is using a Network Systems Corp. router cou... ...th *NetStalker* to protect
the system from attack -- while allowing unin... ...d access for legitimate
users. Here are some scenarios that describe ... ...*etStalker* protects the
internal network and watches for attacks, but p... ...s legitimate users to go
about their business.

**Scenario 1:**

**Legitimate ftp access:** A registered user of SS( ...ftware tries to ftp a
software patch from their public access system (... ...sscorp.com). The
connection is logged (so that SSC has a record of ... ...e accesses to the patch
server that were distributed). The file transfer is p... ...nitted and successful.

**Result:** A legitimate outside user can successfull... ...cess public files
without interference. To enable ftp monitoring, ru... ...ne *NetStalker*
configuration FTP_watch.

**Scenario 2:**

**Legitimate system access:** Sue is trying to get her program to run on the
floor of a trade show. She needs to access a special configuration file on her
system back at SSC. Using telnet, she connects to her system
(rushmore.ssc.com) from the floor system which uses a known IP source
address, and obtains her file successfully.

**Result:** An employee can successfully access her system remotely without
interference. To monitor all telnet sessions, run the *NetStalker*
configuration Telnet_watch.

SYM_P_0079560

**Scenario 3:**    **An attempt to break in via ftp from a bad host:** A hacker has been reading about SSC and realizes that the proprietary information stored in the SSC systems is extremely valuable, especially to competitors. The hacker has been wandering the floor at a trade show and notes the name of the system that Sue logged on to (rushmore.ssc.com). As a first attempt, the hacker tries to make an ftp connection to rushmore.ssc.com. *NetStalker* records the illegal ftp access attempt and reports the violation.

**Result:** The router blocks the illegal access attempt. *NetStalker* sends an alarm to the SSC system/network administrator. To monitor bad ftp attempts, run the *NetStalker* configuration Blocked_FTP_Session.

**Scenario 4:**    **An attempted break-in via IP spoofing:** Since the first attempt was unsuccessful, the hacker tries another approach. Setting his system's IP address to that of rushmore.ssc.com (the system to which Sue is logged on), he tries to log into the network again, attempting to trick the system into believing that he is logging in from a "legitimate" node within the network. *NetStalker* identifies this as a request that appears to be coming from inside the company, but is physically coming from outside -- an attempted "IP spoof."

**Result:** The router blocks the illegal access attempt. *NetStalker* sends an alarm to the SSC system/network administrator. To monitor IP spoofing attempts, run the *NetStalker* configuration IP_Spoof.

**Scenario 5:**    **Attempted break-in via rsh/rlogin:** In his third attempt, the hacker sets up an account called "sue" on his own machine, and attempts to use rlogin to break in to rushmore.ssc.com. If Sue has left an open .rhosts file on her system, this may let the hacker in. *NetStalker* records rsh and rlogin attempts and reports the violations.

**Result:** The router blocks the illegal access attempt. *NetStalker* sends an alarm to the SSC system/network administrator. To monitor r command connections, run the *NetStalker* configuration r_command_watch.

**Scenario 6:**    **Attempted break-in via illegal port:** As a final attempt, the hacker tries to break in by creating an illegal X terminal session. The hacker goes by SSC's booth and notices that Sue is remotely logged in to her system, and that she has walked away from her terminal. The hacker uses the opportunity to generate a remote X terminal session from Sue's login shell on rushmore. The hacker tries to start an X-terminal session back to the trade show floor. *NetStalker* records the access via the illegal port and reports the violation.

SYM_P_0079561

**Result:** The router blocks the illegal access attempt. *NetStalker* sends an alarm to SSC system/network administrator. To monitor X-session requests, run the *NetStalker* configuration X-session_watch.

At this point, the system administrator at SSC has received multiple notifications from the attempted illegal accesses. He can now take corrective action to further secure his systems.

## NSC Clients and How They Interface with *NetStalker*

*Initial PCF filter configuration*

*NetStalker* has a standard set of named PCF filters that are used on NSC routers with router sensors to produce the messages used to communicate between the NSC router and *NetStalker*. The filters are created and downloaded to the router when you run the shell, INSTALL.filters. See Chapter 2 for information on installing *NetStalker*.

*Receiving data from router*

Console redirect messages are sent by the NSC client to socket 1780. PCF copyto messages are received by *NetStalker* on socket 1781.

*Controlling router*

A Unix shell-accessible program turns on or turns off a router-based shunning response. A shunning response is an instruction to the router to reject all packets from a specified individual IP address. This shunning response is controlled from the *NetStalker* user interface. See Chapter 4 for information on creating a shunning response.

*Securing the connection*

Since the *NetStalker* server platform can be located anywhere on the network, there is the potential of an attacker manipulating the connection between the router and the *NetStalker* server platform.

The most efficient means of protecting this connection between the NSC router client and the *NetStalker* is to use separate BorderGuard routers between the *NetStalker* platform and the network, and then to configure an encrypted tunnel between the client router and the "guard" router that protects the *NetStalker* platform. Since all IP traffic between the *NetStalker* platform and client is encrypted on the network, the encryption provides confidentiality, integrity, and mutual authentication of the communicating parties.

Alternatively, the *NetStalker* platform can be located on an individual network segment that is directly connected to a dedicated port on the router it is monitoring.

SYM_P_0079562

## Supported *NetStalker* Clients

A *NetStalker* client is the network device being monitored by *NetStalker*. Refer to the release notes that are shipped with your copy of *NetStalker* for specific information on:

- The number of client routers supported by one copy of *NetStalker*
- Specific router models supported
- Hardware and software requirements
- Other changes to *NetStalker* that are not covered in this manual

SYM_P_0079563

SYM_P_0079564

CHAPTER 2     Getting Started

This chapter describes

- Prerequisites
- Installing the Software
- Starting *NetStalker*
- Iconifying *NetStalker*
- Stopping *NetStalker*
- *NetStalker* menus

SYM_P_0079565

## Prerequisites

*NetStalker* must be installed on a workstation designated as the *NetStalker* server. For specific hardware and software requirements, refer to the release notes distributed with your software.

## Installing *NetStalker*

**NetStalker Package**
The complete *NetStalker* set consists of a software media distribution, this Installation and User's Guide, and Release Notes. In addition, *NetStalker* includes extensive on-line help that is accessible from the graphical user interface, plus standard Unix man pages for command line use.

*NetStalker* installation media will not execute until an installation program is run with a valid cryptokey. In the event the *NetStalker* workstation hostid changes (either through a modification of the workstation's motherboard or when a customer wants to move *NetStalker* to another workstation), a new cryptokey must be generated by NSC and the customer must reinstall *NetStalker.*

**NetStalker's GUI**
*NetStalker* is built as a Motif application using the X Windows interface. It runs under either Motif or OpenLook. All X resources are given default values which you can modify.

*NetStalker* operates as an X application with a mouse, graphical display device, and keyboard, and does not support "dumb terminal" (tty) operation. As an interactive application, its individual windows can be iconized to reduce screen utilization.

**Privileged Access**
*NetStalker* must be installed by the root login in order to place configuration files in protected directories.

**Setting up the Environment**
To install *NetStalker,* you must

- Have an account for the userid that will normally run *NetStalker* and a crontab file for the account.
- Have access to the root password. If you do not have access to the root password, contact technical support.
- Backup your router

It takes about 15 minutes to install *NetStalker.*

To set up the environment, follow these steps:

1. Type `su root` and press **Enter**.
2. Type the root password and press **Enter.**

SYM_P_0079566

3. On a local disk create the following directory, mkdir $NETSTALKERHOME and press Enter. This directory is the target directory where *NetStalker* will be installed.

4. Type chmod 750 $NETSTALKERHOME and press Enter.

5. Type chown userid $NETSTALKERHOME and press Enter (where userid is the userid that will normally run *NetStalker*.

***Loading from tape***   *NetStalker* is shipped on one tape that includes versions for all supported operating systems. You must fast forward the tape to the appropriate operating system using the appropriate command, as shown in Table 2-1.

**TABLE 2-1**   Fast Forward Commands

| OS | Fast Forward Command |
|---|---|
| Solaris | mt -f /dev/rmt/0n fsf 1 |
| SunOS | mt -f /dev/nrst0 fsf 2 |
| IBM/AIX | mt -f /dev/rmt0.1 fsf 3 |
| HP-UX | mt -f /dev/rmt/0mn fsf 4 |

To extract *NetStalker* from a tape, follow these steps, using the appropriate tape device for your operating system. The tar command extracts the *NetStalker* directory from the tape and places it in the current directory.

1. Type cd $NETSTALKERHOME and press Enter.

2. Insert the *NetStalker* tape into the drive.

   On most machines the tape is **/dev/rst0**. If your tape drive has a different name, adjust these instructions accordingly.

3. Type tar xvf /dev/rst0 and press Enter. This tar command unloads *NetStalker* from the tape and places it in the current directory.

   Here is an example of what you see on your screen as the files are extracted:

```
#tar xvf /dev/rst0

x ./bin/netstlkr.exe, 2464824 bytes, 4815
tape blocks

x ./bin/dbbuild.exe, 1915960 bytes, 3743
tape blocks

     .
     .
     .

x ./INSTALL
```

SYM_P_0079567

Look through the transcript that the tar command displayed to make sure that each file was transferred correctly. If the tar command reports an error, the error begins with `tar:` as follows:
`tar: can't create...`

If you get an error, verify the directory permissions and try again. If the error persists contact technical support.

4. Type `chown -R userid *` and press **Enter**. This command sets the ownership of all *NetStalker* files.

*Run the installation script*   To run the installation script, do the following:

1. Have available the IP address and the network mask of the internal network that *NetStalker* will monitor.

2. Type `./INSTALL`

3. When presented with this or similar message:
`NetStalker's user interface uses an`
`application defaults file for displaying`
`fonts and colors. This file can be installed`
`into the directory /usr/openwin/lib/app-`
`defaults. Do you want to install the`
`defaults?`
Answer `yes(y)` to this question; otherwise some fonts and colors will be undesirable or unusual. The directory name varies by operating system.
`Do you want soft colors?`
Answer `yes(y)` to this question if you prefer subdued colors, answer `no(n)` if you prefer primary colors.

4. When presented with the message:
`What is the userid of the user that will be`
`running NetStalker?`
Enter the appropriate userid or accept the default userid **stalker**.

5. *NetStalker* needs to know the difference between the inside monitored network and outside. When prompted, type your internal network IP address here. The network address must be in dotted quad notation with "*" for the host portion of the address. e.g. 192.28.*.* or 198.*.*.*

6. When prompted, enter the customer key.

7. Record the checksum in Appendix A.

8. Now exit the root account.

SYM_P_0079568

| | |
|---|---|
| **Gather Network Information** | Before installing the *NetStalker* filters on the router, collect the following information: |

1. The IP address of the workstation where *NetStalker* runs
2. The name of the router *NetStalker* is monitoring
3. The Router password
4. The Router IP address

If you do not have this information, contact technical support before attempting to install the *NetStalker* filters.

| | |
|---|---|
| **Test Router** | Before installing the *NetStalker* filters on the router, test your connectivity to the router to ensure the server and the router can communicate. |

1. Type `ping routername`
   This will tell you if a communication path exists between the router and the *NetStalker* server.
2. Type `telnet routername`
   This will tell you if you have the proper password for the router.
3. Verify the tftp connection using the telnet session created in step 2. See the man pages for your operating system to enable tftp. Type `ip` and press **Enter**.
4. Now you can try to tftp a file from the *NetStalker* server to the router.
   Type `tftp` and press **Enter**.
5. Type `connect NetStalker server` (**Note**. This must be the IP address of the *NetStalker* server.)
6. Type `get $NETSTALKERHOME/filters/get_adr.s`
   If this command is successful you can tftp from the router.

| | |
|---|---|
| **Run the Filter Installation Script** | To run the script for installing filters on the router, do the following: |

1. Type `cd $NETSTALKERHOME/filters` and press **Enter**.
2. Type `./INSTALL.filters` and press **Enter**. The INSTALL.filters script will ask you several questions to configure your system properly.
3. When presented with the message:
   `What is the IP address of the NetStalker server?`
   Enter the IP address of the *NetStalker* server and press **Enter** or press **Enter** to accept the default IP address.

SYM_P_0079569

4. When presented with the message:
   ```
   What is the IP address of your secure
   network?
   ```
   Enter the IP address and press **Enter** or press  **Enter** or accept the default address entered in Step 5 of the Installation Script.

5. When presented with the message:
   ```
   What is the name of the router?
   ```
   Enter the router name and press **Enter** to put the filters into place. The Security Router and the 6600's display the name on the front panel LCD screen. For the name of the BorderGuard router, you must telnet to it and read it from the system prompt. If no name is set, insert the following into the router's start-up file:
   **set name "routername"** and press **Enter.**

6. When presented with the message:
   ```
   What is the IP address of the router?
   ```
   Enter the IP address and press **Enter** or press **Enter** to accept the default.

7. Enter the number that corresponds to the router type.
   ```
   What is the IP address of the router?
   1) BorderGuard
   2) Security Router
   3) DX/DXE/6600
   4) ERS
   ```

8. Type **y** or **n** about the version of PCF running on the router.

9. In order to install the filters you must enter the router password. Enter it here. If no password is set, press return. Either way, you are prompted to enter the password a second time.

10. FOR HP-UX INSTALLATION ONLY:
    You are asked to enter the path of the tftp directory for the *NetStalker* server.

11. At this point, *NetStalker* creates custom filters and copies them to the router. If any problems occur, the file can be copied over manually using Router commands. Each .fil file in the filters directory should be copied to the router.

*Warning —*        Do not modify filters whose name begins with "stalker". Do not modify the router's logging mechanism although you may set the console log severity level for interactive telnet sessions.

*Applying PCF*      Follow these steps to permanently apply PCF filters on all routers except
*Filters at the Router*  the ERS. See the Release Notes for instructions on applying filters to the

SYM_P_0079570

ERS router.

1. Modify the startup file to run the *NetStalker* filters as shown in the following example. You should copy your existing startup file before you begin editing.

Because of the many possible variations in filters for an NSC router, this description assumes a new "pristine" NSC router.

Assume the router is named "foo" and has two interfaces.

Interface 1 (en01) has IP address 198.51.45.253 and is attached to the "inside" secure network.

Interface 2 (en02) has IP address 192.9.200.254 and is attached to the "outside" insecure network.

This startup file installs several *NetStalker*-specific files. The first three lines of the sample file must be in place as the first three lines of the actual startup file. The *NetStalker* specific information is identified by italics.

Sample file listing:

```
set name "foo"

@stlkcomp.cmd

ip apply netstalker on first


# Connected to internal network
ip start if en01 198.51.45.231 netmask
0xffffff00


# Connected to outside world
ip start if en02 192.9.200.254 netmask
0xffffff00 \
incoming=stalker_ip_spoof_fail


#Startup packet forwarding and telnet
ip start gated
ip start telnetd
```

*Warning* —        Do not destroy your existing startup file.

2. Reset the router to apply the filters.

SYM_P_0079571

When you install *NetStalker* using default values, the entire collection of common filters is installed on the router. Figure 2-2 shows which filters are nested into collections of filters and describes the use of the filters.

TABLE 2-2                    Collection of *NetStalker* PCF Filters

| Collection or Filter name | | | Description | Default Status |
|---|---|---|---|---|
| netstalker | | | Collection of the common filters | |
| | stalker_shun | | ip addresses blocked by *NetStalker* | Dynamic |
| | stalker_sig | | Collection of filters required by *NetStalker* signatures | |
| | | stalker_satan_tcp | Some of the ports used by SATAN's normal and heavy scans | Applied |
| | | sstalker_satan_udp | Some of the ports used by SATAN's normal and heavy scans | Applied |
| | stalker_deny_fail | | Collection of filters to deny services | |
| | | port_deny_fail | Common ports to block access to the router (ftp, r commands, and X) | Not applied |
| | | stalker_fragmented_header_fail | Denies packets with fragmented headers | Applied |
| | | source_route_fail | Source routing packets should always be blocked | Applied |
| | stalker_watch | | Collection of filters to watch interesting traffic | |
| | | stalker_smtp_watch | Watches full traffic of the mail port | Not applied |
| | | stalker_ftp_watch | Watches traffic of the ftp control port | Applied |
| | | stalker_r_cmd_watch | Watches full traffic of the r commands | Applied |
| | | stalker_audit_session | Watches for all connection requests | Applied |
| | | stalker_x_watch | Watches full traffic of X sessions | Not applied |
| | | stalker_ftp_data_watch | Watches full traffic of ftp data ports | Not applied |
| | | stalker_nfs_watch | Watches nfs and portmapper traffic | Applied |
| stalker_ip_spoof | | | Looks for source addresses that match an inside address | Applied |

The previous instructions allow you to set up one router on the *NetStalker* server. To add other routers to the server, re-run the installation script for each additional router.

## Starting and Stopping *NetStalker*

*Starting Netstalker*    To start *NetStalker* do the following:

1. Login as an authorized *NetStalker* user.
   Type **%login netstalker** and press **Enter.**

SYM_P_0079572

2. At the UNIX system prompt type `cd $NETSTALKERHOME/bin` and press **Enter**.

3. Type `./netstlkr` and press Enter. The About *NetStalker* window is displayed.



**NetStalker Version 1.0.2 [12]**

Created by Steve Smaha, Steve Snapp, Jessica Winslow, Richard Letsinger, Crosby Marks, Charisse Castagnoli, Brita Womack and Kristin Johnson.

Copyright (C) 1993-96 Haystack Laboratories, Inc. All Rights Reserved. Copying or reproduction without prior written approval is prohibited.

RESTRICTED RIGHTS LEGEND:   Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(2) of the Rights in Technical Data and Computer Software Clause at DFARS 252.227-7013 (10/88) and FAR 52.227-19 (6/87) or FAR 52.227-14 Alternate III (6/87) and may be further defined in your contract.

Haystack Laboratories, Inc., 10713 RR 620 North, #521, Austin, TX 78726 Phone: (512) 918-3555; FAX: (512) 918-1265

NetStalker is a trademark of Haystack Laboratories, Inc. All other trademarks are the property of their respective owners.

# Haystack Labs, Inc.
*Active Security for Open Systems*

Dismiss

**FIGURE  2-1**  About *NetStalker* window

4. After reading the licensing information in the About *NetStalker* window, select **Dismiss** to close the window and display the *NetStalker* window.

*NetStalker* is now running in command mode. It is not yet monitoring the network.

SYM_P_0079573



**FIGURE 2-2** *NetStalker window*

- To iconify or minimize the *NetStalker* window, click on the iconify command button (the left button of the two buttons grouped on the far right side of the title bar).

- To restore the *NetStalker* window to its previous size, double click on the *NetStalker* icon.

*Stopping NetStalker*  Generally speaking, *NetStalker* should always be running to monitor and protect the network. On the occasion when you want to stop the program,

1. From the *NetStalker* Menu bar, select **File**.

2. Select **Exit** to quit the program.

## Learning About *NetStalker* Menus

This section describes the windows and menus you will see as you use the program. You can read through this section now or you can move on to the typical tasks you will perform as you use the program referring to this section as needed.

SYM_P_0079574

TABLE 2-3                    *NetStalker* Window Menu Items

| Menu Bar Item | Tool Bar Icon | Drop down Menu Item | Description |
|---|---|---|---|
| **File** | | | |
| | | Process data | Run the current *NetStalker* configuration and report results. |
| | | Exit | Close and exit *NetStalker*. |
| **Configure** | | | |
| | | Client Information | |
| | | Misuse Detector | Create or modify Misuse Detector configurations. |
| | | Alarm Handlers | Create or modify alarm configurations. |
| | | Log Manager | Create and manage event data. |
| | | Network Addresses | Create and manage lists of network addresses. |
| | | Show/Hide Status Window | Display or hide the *NetStalker* status window: error messages, warnings, and system status. |
| **Verify** | | | |
| | | Client Access | Verify availability of the router to *NetStalker*. |
| | | Client Info | Verify router type, name, and other data. |
| | | Client Directory | Verify the location of the router disk. |
| | | Client Filters | Verify which PCF filters are installed on a router. |
| **Help** | | | |
| | | About *NetStalker* | Display version and copyright information. |
| | | Windows Help | Provide information about how to use *NetStalker*'s windowing system. |
| | | Main Menu Help | Introduce the functions available through the main menu. |
| | | Help Topics | Display a list of all help topics. Select the desired topic to display the help text. |

SYM_P_0079575

SYM_P_0079576

CHAPTER 3

# Adding Router Information to *NetStalker*

Before *NetStalker* can protect your network, you must configure the program for your site by setting up the routers to be monitored. This chapter describes how to add and edit client routers listed in the *NetStalker* window. It also describes how to verify the client information.

SYM_P_0079577

## Configuring Routers

*NetStalker* needs to know about the routers it will manage. You must add the routers to the list that appears in the *NetStalker* window. From time to time you will update information about the routers. This section describes what you have to know before you can add a router for *NetStalker* to manage as well as the steps required to incorporate this information into the configuration.

### Before You Configure

Before you configure *NetStalker* you need the following information:

- The names of the client routers
- The IP address for each of the named client routers
- The telnet password, if any, for the named routers

See Chapter 2 for details about how to get this information.

### To add a router

You add to the client list all the routers that this copy of *NetStalker* can monitor.

To add a router, do the following:

1. Deselect any client router names highlighted in the *NetStalker* window.

2. From the menu bar, select **Configure**; then select **Client Information** to display the Create New Client window. Use this window to enter all the client router information.

SYM_P_0079578

| Client Name | | Owner | |
| Client Address | | Phone # | |
| Select Type | Unknown | E-Mail | |
| Enter Password | | Location | |

| OK | Cancel | | Help |

**FIGURE 3-1** Create Router window

3. Consider each of the fields and button selections in the Create New Client window using the following list as your guide.

- **Client Name:** required

  To get the router name, you can open a telnet connection to the router and look for its name in the system prompt. You must use the name the router uses for itself.

- **Client Address:** required

  Use the IP address for the router.

- **Owner:** optional

  The name of the contact for the router.

- **Phone#:** optional

  The phone number of the router's owner.

- **Email:** optional

  The email address of the router owner.

- **Location:** optional

  The physical location of the router.

SYM_P_0079579

- **Select Client Type**: required

  Select the type of router from the Select Client Type window.



FIGURE 3-2 Select Client Type window

- **Enter Password:**

  Enter the router password in the Enter Router Password window.



FIGURE 3-3 Enter Client Password window

**Note.** If you do not want to use a password for this router, clear the password field of any characters or if the field is blank, leave it blank.

4. Select **OK** to verify the password and commit your entries.

Any errors or conflicts in the new information result in an error message. The Create New Router window does not close until all errors are corrected or until you select Cancel from the window.

*Note —*    **Note.** By default, *NetStalker* stores log events in the `..data` directory on the *NetStalker* server unless another directory is specified in the Log Manager (See Chapter 7.)

SYM_P_0079580

### Editing Router Information

As your network changes over time, you may need to edit the current router listing to reflect changes such as new router types, changed IP address, or new router password.

*Editing Router Information*

To edit information on an existing *NetStalker* client, do the following:

1. Select the client router in the *NetStalker* window.

2. From the menu bar select **Configure;** then select **Client Information.** The Configure Client Information window appears.



FIGURE 3-4  Configure Client Information window

3. In the Configure Client Information window, make the necessary revisions to the displayed information.

4. Select OK to save the changes.

### Verifying Router Information

The next step is to verify that the client router information is accurate. This step is not required for running *NetStalker,* however we recommend that you do verify the information to ensure that all data is available to *NetStalker.*

To verify client router information, do the following:

1. In the *NetStalker* window, select the client router to be verified.

2. To display the verification options, from the menu bar select **Verify.**

*Verifying Client Access*

To verify the availability of the client router to *NetStalker,* select **Client Access.** *NetStalker* opens a shell that displays one of two messages, either "alive" for a completed connection or "cannot complete connection" for an unsuccessful connection.

SYM_P_0079581

| | |
|---|---|
| *Verifying Client Info* | To verify the information about the client router, select **Client Info**. *NetStalker* opens a shell that displays the information stored about the router, such as name and type. |
| *Verifying Client Directory* | To verify that all the filters have been downloaded to the router, select **Client Directory**. *NetStalker* opens a shell that displays the contents of the startup directory on the router. |
| *Verifying Client Filter* | To verify the PCF filters that are currently active on the router, select **Client Filters**. *NetStalker* opens a shell that displays a list of the PCF filters that are applied on the router, as described in Chapter 2. |

SYM_P_0079582



**CHAPTER 4**   Configuring Alarm Handlers

This chapter describes *NetStalker* alarms and how to configure them.

SYM_P_0079583

## What are Alarms?

An alarm notifies you, the user, of an incident detected by *NetStalker*, based on reports from the router, that meets criteria you set. You may want to receive this alarm for the purpose of determining the cause or source of the event because the incident poses some "danger" to your network. In addition, you may want *NetStalker* to take an automatic action (a "response").

For each alarm generated by *NetStalker*, you can configure one or more alarm handlers to serve as communications channels from *NetStalker* to you, to other network management tools or to respond to the alarm.

Alarms come preconfigured with *NetStalker*. Generally speaking you should not change these configurations except in the following situations.

Change the configured alarms if you want to:

- Change the destination for email messages.
- Change the default destination for reports.
- Change the title of the Alarm window for screen display.
- Add your own alarms.

## Configuring Alarms

You configure alarms using the Configure Alarm Handler window. This section describes each alarm type and how to configure each alarm.

To open the configuration window, from the menu bar, select **Configure** then select **Alarm Handlers**.

-Or-

Click on the 📷 icon.

SYM_P_0079584

FIGURE 4-1 Configure Alarm Handlers window

There are seven default alarms supplied with *NetStalker* and you can configure three additional user-defined alarms.

Use Table 4-1 to help you select the alarms that will be active when you run *NetStalker* processes.

SYM_P_0079585

TABLE 4-1 A description of supplied alarms

| Alarm Handler | Action when selected yes | Specify... | Default values |
|---|---|---|---|
| SNMP | Generates a site dependent SNMP (Simple Network Management Protocol) trap. | Shell name | ./snmp_shell.sh |
| Email | Sends Email to specified parties | Recipient Email addresses<br><br>Courtesy copies to additional recipients<br><br>Subject line of Email message | root<br><br>root<br><br>NetStalker alarm report |
| Screen | Alarms appear in a window at the *NetStalker* console | Window name | Alarm Window |
| Syslog | Writes the alarm information to the system defined log location. | Name of system log<br>Enable processid to record NetStalker ID in syslog)<br>Facilities<br>Severities | Log name: NetStalker<br>Processid: [enabled]<br>Facility: daemon<br>Severity: warning |
| Report | Writes the alarm information to a file. For each new report an extension is added to the initial filename. The extension is incremented for each new report. For example report_file.1, report_file.2. | Path and file name of the first report. | ./report/report_file.report |
| Response | Provides a general purpose response to activities taking place on the network [reserved for future use] | Shell name for the response | ./response_shell.sh |

SYM_P_0079586

| Alarm Handler | Action when selected yes | Specify... | Default values |
|---|---|---|---|
| Shun | Using the address of the source that triggered the alarm, blocks the source from going through the protected router for a specified period of time. | Shell name for the executable file that initiates the protection.<br><br>Period of time that the source is blocked from going through the router | Shell name: ./shun_shell.sh<br><br>Time: 8 minutes |
| Pager | Initiates a call to specified pager numbers | Shell name of the executable file that initiates pager calls | Site dependent |

## Saving Alarm Configurations

After modifying an alarm configuration, you permanently save it using the **Save** button.

When you select **OK** after changing an alarm configuration, *NetStalker* prompts you to determine if you want the change to become the default configuration.

Answer **yes** to save the change and make it the default for future sessions.

Answer **no** to discard the change.

## User Defined Alarms

You can create up to three user-defined shells to activate unique alarm or response mechanisms for your site. The alarms can be as simple as sending a beep to the system console or more complex such as logging the event in syslog.

To create a user-defined alarm, do the following:

1. At the operating system level, create a shell with the commands to implement the alarm. For example, you may wish to store an event in a database.

2. In the *NetStalker* Configure Alarm Handlers window, select Yes in the User-Defined box.

3. Type the shell name and the complete path to the shell name.

SYM_P_0079587

When you turn on the user-defined alarm as explained in Chapter 5, *NetStalker* automatically calls the shell and supplies the complete data for the router event.

The format for a call to any shell is the shell name, followed by a list of arguments. The arguments are listed from "a" through "p" and "A" through "B," as defined in Figure 4-2 below.

An example call from *NetStalker* is:

```
shell -a "John Doe" -b "555-1234" -c "myrouter"...
```

TABLE 4-2          Arguments for User-defined Alarm Shells

| flag | data following flag |
|------|---------------------|
| "a" | contact |
| "b" | phone |
| "c" | router name |
| "d" | router addr |
| "e" | alarm type |
| "f" | alarm severity |
| "g" | alarm message |
| "h" | time |
| "i" | event type |
| "j" | icmp type |
| "k" | source address |
| "l" | source port |
| "m" | destination address |
| "n" | destination port |
| "o" | filter name |
| "p" | router password |
| "A" | optional argument 1 |
| "B" | optional argument 2 |

SYM_P_0079588

**CHAPTER 5**     Running *NetStalker*

This chapter describes the steps required to use the pre-defined configurations that are shipped with *NetStalker* and to start the *NetStalker* processes.

SYM_P_0079589

| Scenario number | Configuration Name | Purpose | Default Output |
|---|---|---|---|
| 5 | r_command_watch | Monitor and record all r-comm command connections including rsh, rlogin, and rexec | To report file |
| 4 | IP_Spoof | Look for any outside machines masquerading as a machine on the inside | To report file |
| | Audit_TCP_sessions | Keep track of actual and attempted connections | To report file |
| | Blocked_fragmented_TCP_headers | Reports all blocked fragmented TCP headers | To screen and report file |
| | Suspicious_IP_options | Reports all ICMP source route redirect requests | To screen and report file |

### To Modify an Alarm Type

After deciding which *NetStalker* configurations you need to run, you may change the type of alarm generated and other alarm parameters for each configuration. To make these changes, do the following:

1. In the *NetStalker* window, deselect any routers that are selected.

2. From the menu bar select **Configure** then select **Misuse Detector.**
   -Or-
   Click on the  icon.

   The Configure Misuse Detector window is displayed.

SYM_P_0079590

| Alarm Type | Description |
|---|---|
| Syslog | Sends the message to a system-defined log location, such as to the console or another log. |
| Screen | Sends the message statement to a popup Alarm Window |
| Report | Writes event information to a consolidated report file in a default format with each event listed by severity. **Note.** All configurations share the same report file. |
| Response | Reserved for future use. |
| Shun | Blocks the source IP address from using the router. Be careful what is shunned. You may block yourself. |
| Pager | Call a script to dial your pager number. The script is site dependent. |
| User Defined 1, 2, 3 | User defined responses for different incidents. |

6.  To override the default parameters, select **Configure** in the Alarm Handlers section of the window and then modify the defaults. The alarm parameters are described in Table 5-3.

**TABLE 5-3**       Description of alarm parameters.

| Alarm Parameter | Description |
|---|---|
| Message | General description of the captured event or message for display in the report. |
| Severity | User-defined severity of the event ranging from 1 = low to 10 = high. |
| Threshold | Count - Number of events recognized before triggering an alarm. Reset to 0 after alarm is triggered. Reset Interval - Number of elapsed seconds before resetting the counter. |
| Event Trace | Yes or No - Display a list of all events that triggered the alarm. |
| Threshold events by | All - Count all generated events to determine if threshold is met. Address - Count generated events by network address to determine if threshold is met. |

7.  Select **Save** to store the changes to the configuration.

    You may use the same configuration name or create a new name.

8.  Check **Save as Template** to make the new configuration available for all routers.

SYM_P_0079591

2. From the menu bar, select **File** then select **Process Data**.
   -Or-
   Click on the  icon.

   The Run *NetStalker* window showing the list of available configurations is displayed.



   **FIGURE 5-2** Run *NetStalker* window

3. Select one or more configuration names that correspond to the desired scenario or monitoring configuration.

4. If you wish to keep the event data for future review, check **Log All Events** to store the data in a file. You should next use Log Manager to establish storage locations for the data, as described in Chapter 7.

5. To begin monitoring, select **Run**.

   *NetStalker* immediately begins processing the events from the selected routers. The message line in the *NetStalker* window displays the monitoring status, showing the time and date of the last event processed and the total number of events processed (Figure 5-3 ).

SYM_P_0079592

CHAPTER 6    # Configuring Misuse Detector

This chapter discusses how to configure Misuse Detector to detect and respond to attacks on your network.

SYM_P_0079593

## Why Use Misuse Detector?

You use Configure Misuse Detector to create custom detection configurations to meet your needs for monitoring and responding to network activities.

You also use Configure Misuse Detector to apply alarm types to the predefined configurations, as described in Chapter 5.

## How Misuse Detector Works

Misuse Detector combines a series of filters to "sieve" the router event data with a very efficient pattern matching signature analysis engine. Each filter reduces the total number of events sent to the next filter. The result is a set of all events that match the specified filters. An alarm is generated if specified thresholds are met.

For example, you could obtain a report of all network events coming from the source hacker.com that involves ftp events. You can use this report to pinpoint any suspicious activities requiring further investigation. Figure 6-1 shows the conceptual design of Misuse Detector.

SYM_P_0079594



# Misuse Detector Filters: Architecture

- **Sequence of data reductions:**

Event data = Input

↓

filter1

↓

filter2

↓

filter3

↓

Threshold/Timer → Alarms

FIGURE 6-1 Misuse Detector Conceptual Design

It is not necessary to configure all filters. Filters may be set to

- Include events with specific characteristics
- Exclude events with specific characteristics
- Turn off the filter.

There are three general steps that you must take to use Misuse Detector.

1. Select the router.
2. Configure Misuse Detector filters and signatures.
3. Select the alarm type and assign parameters for triggering the alarm.

Before you start to configure Misuse Detector, here is an explanation of command buttons you will find in windows associated with Misuse Detector.

SYM_P_0079595

## Buttons in the Windows Associated with Misuse Detector

*Save*

You can store frequently used configurations for Misuse Detector for future use. Selecting **Save** displays a window for naming and storing the configuration. You can use a previously defined name or type a new name.

If groups are available, you can assign the new configuration to a group. If you select **Cancel**, the new configuration will automatically be assigned to the "others" group, which is a reserved group name.

*Save as template*

You can also save configurations as general examples for use on multiple routers by selecting **Save as template**. These configurations are shown with a template indicator when retrieved.

*Load*

Use **Load** to display a list of available configurations and associated groups. Selecting a group displays all configurations assigned to the group.

*NetStalker* comes with predefined default configurations. The DEFAULT template group and/or a DEFAULT configuration in the selected group are the first items displayed in the list and are automatically selected. All configurations not associated with a group are listed under the template group "others," which is a reserved group name.

*Select All, Select None*

*NetStalker* uses **Select All** and **Select None** to manage selections from large lists. Selecting **Select All** chooses all items displayed in the current list. **Select None** deselects any previously selected items allowing you to then select individual items.

*Remove*

Deletes currently selected items.

## Configure Misuse Detector Window

Before you start configuring, consider the Configure Misuse Detector window illustrated in Figure 6-2.

To open the Configure Misuse Detector window,

1. Select a client router from the list displayed in the *NetStalker* window.

2. From the menu bar, select **Configure** then select **Misuse Detector** to open the window.
   -Or-
   Click on the [icon] icon.

SYM_P_0079596

FIGURE 6-2 Configure Misuse Detector window

There are four filters included in the Misuse Detector window. The filters are

- Packet
- Packet Type
- Network
- Event

The window also contains lists of Misuse Signature Groups, Misuse Detection Signatures, and Alarm Types.

## Configuring Misuse Detector

To configure Misuse Detector for the selected client router, do the following:

SYM_P_0079597

1. Set the desired condition for each filter in the Misuse Detector window.
   - Or -
   **Load** a saved configuration

2. Save a configuration that you want to use again.
   -Or-
   Save the change to an existing configuration.

## Understanding the Filters

The data gathering filters (packet, packet type, network, and events) have three conditions: Off, In, and Not In. Table 6-1 describes these conditions.

TABLE 6-1                    Filter conditions -- only one can be chosen.

| Filter Conditions | Explanation |
|---|---|
| Off | The filter is not selected for use. |
| In | The filter is selected for use and filters for conditions inside your network. |
| Not In | The filter is selected for use and filters for conditions not inside your network. |

## Packet

*Protocol*

The Packet filter queries the events by the protocol used to transmit the packet. When you select the Protocol filter, the Select Internet Protocols window is displayed (Figure 6-3). Select from the list of available network protocols, which includes ip, icmp, ggp, tcp, egp, pup, udp, hmp, xns-idp, and rdp. For example, when you select tcp from the list, all events using the tcp protocols including telnet and ftp are returned, but no events using any other protocol are returned.

SYM_P_0079598



**FIGURE 6-3** Select Internet Protocols window

### Packet Type

The Packet Type filter queries the events by ICMP type, TCP service, or UDP service.

*ICMP Type*    When you select ICMP Type, the Select ICMP Packets by Type window is displayed (Figure 6-4). Select from the Object Type list, which includes echo reply, destination unreachable, source quench, redirect, echo request, time exceeded for a datagram, parameter problem on a datagram, time stamp request, time stamp reply, and information request.

SYM_P_0079599



FIGURE 6-4 Select ICMP Packets by Type window

***TCP/UDP Service***  When you select TCP Service or UDP Service, the List Network Ports window is displayed (Figure 6-5). Select from the list of Internet services such as systat, ftp, telnet, www, and Gopher. By selecting appropriate services, you can closely watch specific network activity.



FIGURE 6-5 List Network Ports window

SYM_P_0079600

Once you have selected from the Internet Services display list, you may replace or add these services to the Internet Ports display list. *NetStalker* filters for the services listed in the Internet Ports list.

You may add ports to the Internet Ports list at any time. To add ports to the list

1.  Select **Insert by Number**
    -Or-
    Select **Insert by Name**

2.  Complete the information shown in Figure 6-6 "Specify Port(s) by Name window' or Figure 6-7 "Specify Port(s) by Number window."



FIGURE  6-6  Specify Port(s) by Name window



FIGURE  6-7  Specify Port(s) by Number window

To display additional services to monitor, you can load a longer list by selecting **Load Services** to display the Load Configuration window (Figure 6-8). Then select Kitchen Sink.

To create several lists of Internal Ports, select **Save** to save the lists as named objects in the database.

SYM_P_0079601



FIGURE 6-8 Load Configuration window

### Network

The Network filter queries events based on the origin or destination of the connection to the router using the network address for internal or external connections. Network addresses contain the individual addresses, the classes of the addresses, and sets of individuals/classes.

*Source Address*   The Source Address filter examines router events for the origination of the event. For example, by using Not In for Network Source Address you can filter out events generated by your internal network connections and look at events generated by external connections only.

*Destination Address*   The Destination Address filter examines router events for the recipient of the router event. For example, you can filter out all the events that are sent directly to the router by selecting **Destination Address Not In** and the router address.

To select a Network filter, do the following:

1.  From the Network section of the Configure Misuse Detector window, select **Source Address** (In or Not In) or **Destination Address** (In or Not In) to open the List Network Addresses window.

2.  Accept or modify the displayed list.
    -Or-
    Select **Load** to view a stored network address list.

SYM_P_0079602

To modify the displayed list of addresses, select **Insert by Address**, **Insert by Hostname**, or **Remove**. The network address must be in the standard Internet address format a.b.c.d. or it can contain wildcard characters ("*"). When you insert an address by router name, *NetStalker* looks up the associated address using locally-configured network services, and displays both name and address in the list. Similarly when you insert a network address, *NetStalker* loads up the associated router name and displays both the name and address in the list.



FIGURE ·6-9  List Network Addresses window

## Creating Network Address Lists

Network address lists are custom lists of network addresses for all accessible computers. Using named Network Addresses lists speeds up processing by limiting the amount of available data. Here are some examples of useful address lists:

- All routers being managed by this *NetStalker* server
- The *NetStalker* host
- Internal subnets or physical networks
- External corporate subnets, such as remote offices

To create lists of Network Addresses, do the following:

1. In the *NetStalker* window, select a client router.

SYM_P_0079603

2. From the menu bar, select **Configure** then select **Network Addresses** to display the List Network Addresses window (Figure 6-10).

3. Load the list you wish to modify.
-Or-
Create a new list and save it.

You can modify the existing Network Addresses list by using **Insert by Address** or **Insert by Name** or **Remove**. *NetStalker* looks up the client name or address associated with the entry and asks you to verify the selection. The new entry appears at the bottom of the Network Addresses list.



**FIGURE 6-10** List Network Addresses window

### Events

The Events filters query the router events based on router event types or PCF filters installed at the router.

*Types*

The Event Types filter examines the data for specific events or classes of events. When you select Event Types, the Configure Event Types window is displayed (Figure 6-11). Ten event classes are listed, of which nine are for router events and one is for PCF filter events. For more information about router event types, see the NSC manual for your router.

SYM_P_0079604

You can select each event class individually or each event type individually. If you select an event class, the associated event types are automatically selected.

Use the Select check box to confirm your selection of classes or types.



FIGURE 6-11 Configure Event Types window

*Filters*    Use Filters to examine all events associated with the PCF filters. When you select **Filters**, the List Objects by Name window is displayed (Figure 6-12) with a list of all PCF filters. (See Chapter 2 for a description of these filters.) You can create a list of filters by using **Insert** or **Remove**. *NetStalker* searches for these names in the event stream and returns the event when a match occurs.

SYM_P_0079605



FIGURE 6-12 List Objects by Name window

## Understanding Misuse Detector Signatures

Misuse Detector analyzes events for evidence of misuse or misuse
"signatures." Misuse is defined as any activity that would be deemed
unacceptable and undesirable were it known to the party responsible for the
security of the machine. It uses Haystack Labs' proprietary database of
misuse signatures of:

- Known attacks

- Attempts to exploit known system vulnerabilities

- Typical outcomes of system attacks.

Including known outcomes of attacks provides a "safety net" to capture
misuse that results from attacks not represented in the set of known
signatures. The misuse signatures are obtained from a variety of sources
including organizations that have been targets of misuse. The results are an
identified misuse and a set of events that constitute the identified misuse.

*Misuse Signature Groups*    The Misuse Signature Groups list in the Configure Misuse Detector
window displays a list of the defined categories of misuse signatures.
Selecting a group displays all signatures in the group.

SYM_P_0079606

*Misuse Detection
Signatures*

The Misuse Detection Signatures list in the Configure Misuse Detector window displays a list of the currently supported misuse signatures for the selected group. You can select one or more signatures for analysis. Use **Select All** to choose all displayed signatures. **Select None** clears all displayed selections and lets you select individual signatures.

## Alarm Types

The next step in creating a custom misuse detection configuration is to select one or more alarms and to assign the parameters for triggering the alarm.

In the Configure Alarm Handler window, you created the alarm configurations (See Chapter 4). In the Configure Misuse Detector window, you activate the alarms for specified Misuse Detector configurations.

To activate an alarm, select the alarm type from the displayed list.

*SNMP*

Simple Network Management Protocol—calls a shell to send an SNMP trap. The results of that trap is dependent on your site.

*Email*

Sends an email message containing the message, severity, and trace (if requested) to the user via Unix mail.

*Screen*

Sends the message statement to a popup Alarm Window, shown in Figure 6-13.



**FIGURE  6-13** Alarm Window

SYM_P_0079607

| | |
|---|---|
| *Report* | Writes event information to a single report file in a default format with each event listed by severity. The default format is illustrated in Figure 6-14. |

```
Router: [stealth] severity: [1]
message: [send cops]
event list: [1] events
Time = 11/15/95 11:40:06 [0], Event = NSC_PCFLOG(33000),
Source = 144.51.17.1(1083) (Hostname = calvin), Destination = 198.51.46.103(21)
(Hostname = naledi), IPprotocolType = tcp(6), Filter = report2,
Packet = E.(..T..:....3...3.g.;..\O......P....s..
-------------------------------------------------------------------
Router: [stealth] severity: [1]
message: [General event information.]
event list: [1] events
Time = 11/15/95 11:52:30 [0], Event = NSC_PCFLOG(33000),
Source = 144.51.17.1(1095) (Hostname = calvin), Destination = 198.51.46.103(21)
(Hostname = naledi), IPprotocolType = tcp(6), Filter = report2,
Packet = E..(....:....3...3.g.G..a.d;v...P.......
-------------------------------------------------------------------
```

FIGURE 6-14 Default report file format

| | |
|---|---|
| *Response* | Reserved for future use. |
| *Shun* | Blocks the source IP address from using the router. Be careful what is shunned. You may block yourself. |
| *Pager* | Call a script to dial your pager number. The script is completely site dependent. |
| *User Defined 1, 2, 3* | User defined responses for different incidents. |
| | Next, assign parameters to the selected alarms or modify the displayed defaults. If more than one alarm type is selected, the parameters apply to all alarm types. |
| *Message* | Type a general description of the captured event or a message for display in the report. |
| *Severity* | User defined severity level of the event ranging from 1=low to 10=high. |

---

SYM_P_0079608

| | |
|---|---|
| *Threshold* | **Count**–number of events to be recognized before triggering an alarm. |
| | **Reset Interval**—Number of seconds before resetting the counter. |
| *Event Trace* | **Yes** or **No**–Display a list of all events that triggered this alarm. |
| *Threshold events by* | **All**–Count all generated events to determine if threshold is reached. |
| | **Address**–Count generated events by network address and use these counts to determine if threshold is reached for a network address. |

## Saving Misuse Detector Configurations

Finally, save the Misuse Detector configuration for future use. To do this,

1. Select **Save** to store the changes to the configuration.

   Create a name for the new configuration.
2. Check **Save as Template** to make the new configuration available for all routers.

## To Run *NetStalker*

After creating Misuse Detector configurations, you are ready to turn on the monitoring capabilities of *NetStalker*. To do so, follow these steps:

1. In the *NetStalker* window, select the router(s) to be monitored.

2. From the menu bar, select **File** then select **Process Data**.
   -Or-
   Click on the [icon] icon.

   The Run *NetStalker* window showing the list of available configurations is displayed.

SYM_P_0079609



**FIGURE 6-15 Run** *NetStalker* window

3. Select the desired monitoring configuration name.

4. If you wish to keep the event data for future review, check **Log All Events** to store the data in a file. You should next use Log Manager to establish storage locations for the data, as described in Chapter 7.

5. To begin monitoring, select **Run**.

   *NetStalker* immediately processing the events from the selected routers. The message line in the main menu displays the monitoring status, showing the time and date of the last event processed and the total number of events processed.



**FIGURE 6-16** *NetStalker* window with status lines

6. You will receive the alarms you selected when suspicious activities are detected.

SYM_P_0079610

CHAPTER 7    # Managing and Analyzing Log Files

This chapter describes how to manage and analyze historical router event data.

SYM_P_0079611

## Managing Log Files

When you selected Log All Events in the Run *NetStalker* window, *NetStalker* automatically started saving the router events to a default location. The next steps are to manage the log data using Log Manager and then to analyze the data in *NetStalker*.

Log Manager controls the long-term retention of event files across the network. Log Manager implements network-wide storage policies using a hierarchy of directories, conditions for moving log files to the directories, and operations performed on the files.

Log Manager migrates log files through a user-defined hierarchy of locations using existing backup and archive policies based on:

- file age
- current disk capacity

*Hierarchy*    Log Manager establishes a hierarchy of locations for storing files and predetermined criteria for moving files to the locations. They are displayed in order of precedence of movement, with the first one the primary location in the hierarchy. An unlimited number of locations may be entered, although more than five locations may be unmanageable. Locations may be local drives, tape drives, or remote archived storage, so long as they are available across the network using the NFS or an equivalent protocol. Figure 7-1 represents a graphical view of hierarchical file management:



FIGURE 7-1 Log Manager's Conceptual Design

*Making Changes*    Most users will not need to change the Log Manager configuration after it has been initially established. *NetStalker's* template feature implements network-wide policy changes in storing event data on routers.

SYM_P_0079612

## Using Log Manager Interactively

1. In the *NetStalker* window, select the client router to be configured.

2. From the menu bar, select **Configure**, then select **Log Manager.**
   -Or-
   Click on the  icon.

   The Log Manager window is displayed.



**FIGURE 7-2** Configure Log Manager window

This window has several functions:

*System Storage*
*Management*
When **System On** is selected, the Log Manager moves log files into the specified locations for any active routers. The default setting is **System Off** which tells the Log Manager not to move log files into the specified storage locations for any routers.

SYM_P_0079613

Enhanced Xerox PostScript Error Handler   v1.5   Mon Oct 12 8:00 am 1992

ERROR: rangecheck
OFFENDING COMMAND: put

THE OBJECTS ON THE TOP OF THE OPERAND STACK WERE:
167
792
àà°°°°ddỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹỹ0ỹỹỹ0ỹ0ỹỹỹ0ỹ0ỹỹỹ0ỹỹỹỹỹỹỹỹỹỹỹ
--nostringval--

THE SOURCE LINES FOLLOWING THE ERROR ARE:
ffff8cebffffe0fdb0f0fcff0000feff0000f9ff0000fcff1f0000feff0ff0000feff0ff0000feff
0000feff0000feff0000feffeff0ff008f64ebffffcca7ffff8ce9ffffcca7ff0000f9ff0000fcff
1f0000feff0ff0000feff0f0fdcffff27ffff8ce9ffffcca7ffff8ce9ffffcca7ffff8cb9ffffcc
a7ffe0fdb0ff64ebf0ff80ffffffffccafeff0200ff00fb0080ffdcfffe8c00cc80ff80fffbff80ff
ffffffccaf0ffdcffff1f8cb9ffffcca7ffff8cebffffe0fdb0ff64

ffe0fdb0ff64ebffa4cc03ff00ff0080f880ffbdffffccebffffe0fdb0ff64

ffe0fdb0ff64ebffc28c00cce9ffd440ff64ebffff8c0db0ff64


EXTRA INFORMATION TO AID IN DEBUGGING THIS ERROR:

PostScript:  rangecheck:

A numeric operand's value is outside the range expected by an operator.

Details:

A numeric operand's value is outside the range expected by an operator.
For example, an array or string index is out of bounds, or a negative number
appears where a non-negative number is required.  rangecheck can also occur
if a matrix operand does not contain exactly six elements.

Recovery:

Check operand's value against required parameters to the operator and
defined value of data type (ex: check defined length of an array in
question).

SYM_P_0079614

APPENDIX A

# Troubleshooting Guide

## Error Handling

*NetStalker* was designed to detect and correct most problems that may arise. In unusual circumstances when a fatal error occurs, an Application Error window appears on the screen. To ensure the integrity of your *NetStalker* installation, please complete the information in the enclosed form when you install and upgrade *NetStalker*. Please record the error information on the Software Problem Report form included in this appendix and return it to technical support.

## To Recover From Errors and Malfunctions

In general, the program handles fatal errors by writing an explanatory message to its error log file prior to terminating. The error log file is **$NetStalkerHOME/bin/ CURRENT_DATE.log** where **CURRENT_DATE** may take the form 01Jun94. For example, *NetStalker* does a report/abort sequence if no disk space is available for the user.

SYM_P_0079615

## Resolving Common Problems

**Problem:**      *NetStalker* does not seem to catch the data that is coming from the router.

**Diagnosis:**    *NetStalker* sorts the data based on the name the router supplies. The name entered in the router/client list must be the same as on the router itself.

**Fix:**          Make sure the name of the router is the same as the name in the router list. This can be done by comparing the router list to the information returned by using the Verify Client Info option in the Verify menu.


**Problem:**      The filters have syntax errors.

**Diagnosis:**    There are different types of filters for your router. These are based on the level of PCF you are running. PCF version 1 is for older routers but can run on the new ones, PCF version 2 is for the new routers. Older routers will generate syntax errors when compiling newer PCF commands.

**Fix:**          Rerun the INSTALL.filters script to install the proper version of the router filters.


**Problem:**      *NetStalker* can't open an X display.

**Diagnosis:**    This is a common problem with X applications. Permissions must be granted on a host by host basis to use your console.

**Fix:**          On your console, enter "xhost +{HOSTNAME}" where {HOSTNAME} is the name of the machine where you are running *NetStalker* (this could be the same machine you are on).

In the window you are running *NetStalker* from export your DISPLAY:

For csh users: setenv DISPLAY {HOSTNAME}:0.0

For sh users: DISPLAY={HOSTNAME}:0.0

For ksh users: export DISPLAY={HOSTNAME}:0.0


**Problem:**      *NetStalker* is unable to access databases.

**Diagnosis:**    You need access/write privileges to the *NetStalker* databases. The permissions need to be reset.

SYM_P_0079616

| | |
|---|---|
| *Fix:* | Change the permissions on {NETSTALKERHOME}/dbms to 770. Change permissions on the files inside to the same.<br>`chmod -R 770 {NETSTALKERHOME}/dbms` |

---

| | |
|---|---|
| *Problem:* | *NetStalker* returns a message that it cannot connect to the router. |
| *Diagnosis:* | *NetStalker* needs specific router information in order to talk to it. These include the router name, the IP address, and the password. If any of these are wrong there may be problems talking to the router. |
| *Fix:* | Ensure the router information matches up with the router. The router name is returned by running the Client Info option in the Verify menu. The IP address and password must be obtained from your network administrator. |

---

| | |
|---|---|
| *Problem:* | On Solaris, the INSTALL script fails, saying "Unable to get ethernet address (embedkey.cpp" ... |
| *Diagnosis:* | *NetStalker* cannot find the Ethernet device named le0. Check the available ethernet devices to see if le0 is defined. |
| *Fix:* | Use the command "ifconfig -a", and see if you have an entry for le0. Even if your machine is stand-alone, it must have an IP address for Stalker to install and operate.<br><br>If an entry for le0 is not present, become root and do the following. |

    1. Edit /etc/hostname.le0, inserting one line containing the correct IP address.

    2. Edit /etc/hosts, and make sure it has an entry with the correct IP address and the hostname separated with a tab. An example of a correct line is: `129.200.0.1      adminbox`

    3. Reboot the machine after everyone except root has logged off.

Here is an example of how we do it:

    1. Type **$ sync** and press **Enter**.

    2. Type **$ init 0** and press **Enter**. This will be followed by some shutdown messages.

    3. Once you are at the monitor, type **boot -r** and press **Enter**. The "-r option" tells the operating system to reconfigure itself.

    4. If an entry for le0 is present, does it have the correct IP address?

SYM_P_0079617

5. If the le0 entry is present, and the ip address is incorrect, edit /etc/hostname.le0.

6. Edit /etc/hosts.
Make sure it has an entry with the correct IP address and the hostname separated with a tab.

7. Reboot the system.

---

**Problem:**     If you observe the following error message and no other copy of *NetStalker* is running:

Error: unable to execute more than one real time NetStalker

**Diagnosis:**     Abnormal termination of *NetStalker* program, resulting in errors in environment variables.

**Fix:**     Do the following:

1. Type % cd $NETSTALKERHOME/bin % rm .netlock and press **Enter**.

2. Restart *NetStalker*.

---

**Problem:**     If you observe the following error message when starting *NetStalker*:

smaha@/home/smaha/hs2/src/product/bin: ./stalker.exe

Warning: Can't load Codeset file 'C', using internal fallback

**Diagnosis:**     The incorrect environment variables are set.

**Fix:**     Set up the environment variables to use the IXI Motif:

setenv XLIBI18N_PATH /usr/server/IXImdl2x/lib/X11

---

**Problem:**     Database locking difficulties.

**Diagnosis:**     Only one real-time *NetStalker* session and one interactive *NetStalker* session can be running concurrently.

**Fix:**     Use the save locking method for the interactive *NetStalker* session as well as the real-time *NetStalker* session. Touch the file .intlock and test it before starting an interactive *NetStalker* session.

---

SYM_P_0079618

| | |
|---|---|
| *Problem:* | Report output is interleaved when running *NetStalker* both in real-time and in interactive sessions. |
| *Diagnosis:* | Interactive and real-time mode differ in alarm handler values. The report output is interleaved. |
| *Fix:* | If you want changes to be permanent, save the values from the interactive *NetStalker* session to DEFAULT-interactive. |

SYM_P_0079619

Please record the following information each time you install or upgrade your *NetStalker* software:

Date Installed:

*NetStalker* Version:

**netstalker** Checksum:


Date Installed:

*NetStalker* Version:

**netstalker** Checksum:


Date Installed:

*NetStalker* Version:

**netstalker** Checksum:


Date Installed:

*NetStalker* Version:

**netstalker** Checksum:


Date Installed:

*Stalker* Version:

**netstalker** Checksum:

SYM_P_0079620

Date:_____

### *NetStalker*™
### Software
### User Report

☐ - Software Problem

☐ - Software Suggestion

☐ - Other (Describe Below)

| Name: | Alternate Contact: | Phone#: |
|---|---|---|
| Email: | Fax#: | Hardware Description: |
| Company: | | Need fix by (date): |
| Address: | | Product version: |
| City: | State: | Zip: |

**Brief Description of Problem :**

**Problem severity:**

_____ 1. An error which causes an unexpected program termination or which prevents the accomplishment of a critical function of the program.

_____ 2. An error which significantly and adversely affects the ability of the program to accomplish a critical function and for which there is no workaround solution.

_____ 3. An error which significantly and adversely affects the ability of the program to accomplish a critical function and for which there is a reasonable workaround solution.

_____ 4. An error which is an operator inconvenience or annoyance and which does not affect a critical program function.

_____ 5. All other errors.

**Detection method (How can we detect this problem?) Pick one:**

_____interactive use

_____batch use



Haystack Labs, Inc.
*Software Tools For Accountability*

10713 RR 620 North, #521
Austin, Texas 78726
(512) 918-3555 (voice)
(512) 918-1265(fax)

SYM_P_0079621

Date:_____

Co: _____

Contact:_____

Phone:_____

Detailed problem description:
    Please use this section to describe in detail your suggestions for enhancements to the product or description of a problem. If describing a problem, also describe how to reproduce it, diagnostics used, and suggested correction(s). Attach listings and screen printouts whenever possible. Use additional pages if necessary to complete your report.

Related information:
    (attach files that help detect the problem, etc.)

### For Haystack Labs, Inc. use only

ID Number:                                          Date Received:
Short description:
Laboratory information:
    Assigned engineer:                              Project phase:
    Problem type:
    Recommended change:
    Analysis time (hrs):          Est. fix time (hrs):     Est. fix date:
Resolution information:
Resolution:
Changed source location(s):
Resolved by:                      Actual fix time (hrs):   Actual fix date:

**Haystack Labs, Inc.**

10713 RR 620 North, #521
Austin, Texas 78726
(512) 918-3555 (voice)
(512) 918-1265 (fax)

SYM_P_0079622

# Glossary

**Alarm**

Notification of an incident detected by *NetStalker* that is an event reported by the router.

**Alarm handler**

A feature in *NetStalker* that manages alarm configurations.

**background operation**

Cron jobs created by *NetStalker's* Scheduler to routinely process Log Manager configurations.

**client**

A router generating network events. A router whose event data is analyzed by *NetStalker*. See also "*server.*"

**crontab**

A standard Unix program that allows scheduling jobs for regular background operation; for further information, see `crontab(1)`, `crontab(5)`, `cron(8)`.

**events**

See "*router events.*"

**event attributes**

Information logged for an audit event; includes timestamp, event type, source and destination, IP addresses and ports, and more.

SYM_P_0079623

**filters**

In *NetStalker's* Misuse Detector, a user-controlled data reduction operation; the user may request all events that pass through the filter (when the filter is marked as "IN") or all events that do not pass through the filter (when the filter is marked as "NOT IN").

**incident**

An instance of an attack or misuse detected by *NetStalker*.

**Internet**

A worldwide collection of interconnected TCP/IP networks.

**IP spoof**

Setting an external IP address to an address that appears to be a legitimate internal IP address so as to trick the network into believing that an attempt to logon from the external address coming from a "legitimate" node within the network.

**Log Manager**

A feature in *NetStalker* manages the storage of router event data.

**Misuse Detector**

A feature in *NetStalker* that analyzes router events for attacks and misuse.

**misuse signatures**

Machine-readable patterns of events used by *NetStalker's* Misuse Detector to find instances of misuse in audit data.

**Network File System (NFS)**

A protocol developed by Sun used to provide remote network access to files on different kinds of machines. NFS servers also provide kernels and swap files to diskless clients so they can operate.

**object name**

The human-readable name of an object; usually a file name or the name of a device; for example, `/etc/passwd` or `/dev/ttya`.

**regular expression**

A pattern matching technique used in *NetStalker* and often used in Unix; for further information, see `grep(1v)` `[Sun]`, `grep` `(1)` `[AIX]`.

**router events**

Instances of system calls or services by system utilities that are recorded in the audit trail.

SYM_P_0079624

**server**

> The host on which the *NetStalker* executables are installed and which runs *NetStalker*, typically the system manager's system. The *NetStalker* server manages and analyzes router event data from one or more *NetStalker* clients. See also "*clients.*"

**signature**

> See "*misuse signatures.*"

**switchover**

> The process by which the audit daemon closes the current router event file and opens a new router event file in the current audit directory.

**time stamp**

> The date and time at which an event occurs.

SYM_P_0079625

THE *NETSTALKER* INSTALLATION AND USER'S GUIDE                    461108-01

SYM_P_0079626

# Index

**A**
Adding clients 3-2, 5-2
Alarm GL-1
Alarm Handlers 4-1–4-6
Alarm Types 5-4, 6-15
Alarm window 5-8
Audit Event GL-2

**B**
Background
    Operation GL-1

**C**
Cancel 6-4
Client GL-1
Client Access 3-5
Client Filters 3-6
Client Info A-3
Client Info. 3-6
client information
    configuring 3-2
Client Storage Management 7-4
Configure Alarm Handler 4-2
Configure Alarm Handler window 4-2
Configure Client Information 3-5
Configure Misuse Detector window 5-3, 5-6
Configure Misuse Window 6-4
Configuring Misuse Detector 6-1–??, 6-5
Create New Client 3-2
Crontab GL-1
crontab 7-7
current disk capacity 7-2

**D**
Destination Address filter 6-10

**E**
Edit
    Crontab 7-7
Editing Client Information 3-5
Editing Router Information 3-5
Email 5-4
encryption 1-4
Error Handling A-1
Error Messages 7-4
Event
    Attributes GL-1
event class 6-13
Event Data Available 7-9
Event Trace 5-5
event type 6-13
Event Types filter 6-12
events GL-1
Events filters 6-12

**F**
File Age 7-4
file age 7-2
filter
    destination address 6-10
    network 6-10
    source address 6-10
Filter conditions 6-6
Filters 6-13
filters 6-5, 6-6, GL-2
    Events 6-12
    installing 2-5
ftp 1-2, 1-3, 5-2, 6-2, 6-8

**G**
Glossary GL-1

SYM_P_0079627

Gopher 6-8
GUI 2-2

H
hierarchical file management 7-2

I
ICMP Type 6-7
Incident GL-2
Installating
   prerequisites 2-2
Installing
   IP addresses 2-4
   NetStalker 2-2
   Required network information 2-5
installing filters 2-5
Interfacing NSC clients with NetStalker 1-4
Internet GL-2
IP GL-2
IP address A-3
IP spoof GL-2
IP spoofing 1-3
IP_Spoof 5-3

L
List Network Ports window 6-8
List Objects by Name window 6-13
Load 6-4
Location 7-4
Log All Events 5-7, 7-2
Log Events Record Format 7-7
Log Files 7-1
   managing 7-2
log files 7-8
Log Manager 3-4, 7-2, GL-2

M
Managing Log Files 7-2
Menus 2-10
Message 5-5
Misuse Detection Signatures 6-15
Misuse Detector 6-1, GL-2
Misuse Detector filters 6-3
Misuse Signature GL-2
Misuse Signature Groups 6-14
monitoring 5-2, 5-7, 6-2
Motif 2-2
Movement Conditions 7-4

N
NetStalker 2-11
NetStalker Main Menu 2-11
NetStalker Media 2-2
NetStalker Menus 2-10
Network Addresses 6-11
Network File System (NFS) GL-2
Network filter 6-10
NFS 5-2, 7-2

O
Object

Name GL-2
Operation Command 7-5

P
Packet filter 6-6
Packet Type filter 6-7
Pager 5-5
Password 3-4
PCF Filters 2-8
PCF filters 1-2, 1-4, 2-6
PCF version 1 A-2
PCF version 2 A-2
Percent Full 7-4
Permissions A-2
Product Overview 1-2
Protocol 6-6

R
real-time monitoring 1-2
Regular Expression GL-2
Remove 6-4
Report 5-5
report file 5-8
Response 5-5
router A-3
Routers
   Configuring 3-2
routers 1-2, 1-5, 3-1–3-6, 5-2
rsh/rlogin 1-3
Run NetStalker window 5-7

S
Sample scenarios 1-2–1-4
SATAN 5-2
Save 6-4
Save as Template 5-5
Save as template 6-4
Schedule Log Manager 7-6
Screen 5-5
Select All 6-4
Select None 6-4
Server GL-3
Severity 5-5
Shun 5-5
shunning 1-4
signature 6-2
Signatures GL-3
SNMP 5-4
Source Address filter 6-10
Start Hour 7-6
Start Minute 7-6
Starting Netstalker 2-8
Stopping NetStalker 2-10
Storage Management Daemon 7-2
Supported NetStalker Clients 1-5
Switchover GL-3
syntax errors A-2
systat 6-8
System
   Move 7-5
   Remove 7-5

SYM_P_0079628

System Storage Management 7-3

**T**
TCP/UDP Service 6-8
telnet 1-2, 5-2, 6-8
Threshold 5-5
Threshold events 5-5
Time Interval 7-6
Time Stamp GL-3
Tracer/Browser 6-2

**U**
User
    Move 7-5
    Remove 7-5
User Defined 5-5
User Defined Alarms 4-5
Using
    Audit Control 7-2
Using Storage Managemen 7-3

**V**
Verify A-2, A-3
Verify Client Info A-2
Verifying Router Information 3-5

**W**
www 6-8

**X**
X Windows 2-2
X-session 1-4, 5-2

SYM_P_0079629