P

# REDACTED