T

**REDACTED**