U



# Internet RFC/STD/FYI/BCP Archives

| | | |
|---|---|---|
| Internet RFC Index | **Search the RFC Archives** | **Internet Requests For Comments** |
| Usenet FAQ Index | [Show References] [Search RFCs] | • Complete Index |
| Other FAQs | **Or Display the document by number** | • Complete Title-only Index |
| Documents | [Display RFC By Number] | • Verbose Index |
| Tools | RFC Editor Information | **Active (non-obsoleted) RFCs** |
| Data | Internet Related Standards Organizations | |
| Cities | • Most popular RFCs 1-50 | • Title-only Index |
| Schools | • Most popular RFCs 51-100 | • Verbose Index |
| Hospitals | • Most popular RFCs 101-150 | Obsolete RFC Index |
| | • Most popular RFCs 151-200 | Index of Latest RFCs Only |
| Web Hosting Ratings | • Most popular RFCs 201-250 | |
| Housing, Apartments | | **Internet Standards Documents** |
| Search | **RFC Index Split by Numbers** | |
| ▶ Search FAQs | | STD Index    Verbose |

▶ Search RFCs

| | |
|---|---|
| RFC 1 - 100 | RFC 1801 - 1900 |
| RFC 101 - 200 | RFC 1901 - 2000 |
| RFC 201 - 300 | RFC 2001 - 2100 |
| RFC 301 - 400 | RFC 2101 - 2200 |
| RFC 401 - 500 | RFC 2201 - 2300 |
| RFC 501 - 600 | RFC 2301 - 2400 |
| RFC 601 - 700 | RFC 2401 - 2500 |
| RFC 701 - 800 | RFC 2501 - 2600 |
| RFC 801 - 900 | RFC 2601 - 2700 |
| RFC 901 - 1000 | RFC 2701 - 2800 |
| RFC 1001 - 1100 | RFC 2801 - 2900 |
| RFC 1101 - 1200 | RFC 2901 - 3000 |
| RFC 1201 - 1300 | RFC 3001 - 3100 |
| RFC 1301 - 1400 | RFC 3101 - 3200 |
| RFC 1401 - 1500 | RFC 3201 - 3300 |
| RFC 1501 - 1600 | RFC 3301 - 3400 |
| RFC 1601 - 1700 | RFC 3401 - 3500 |
| RFC 1701 - 1800 | RFC 3501 - 3542 |

## For Your Information Documents

The FYI documents provide Internet users with a central repository of information about any topics which relate to the Internet.

FYI Index          Verbose

## Internet Best Current Practices

These documents describe the Best Current Practices for the Internet Community.

BCP Index          Verbose

We are experimenting with an additional way of organizing the RFCs.
Please take a look.

© 2003 Advameg, Inc. All rights reserved.
Contact Us