

# REDACTED