# EXHIBIT A

DIDS
Selected NID: None selected
Selected Host: None selected
taker_init: socket has port #2149

HEB_0004908

HEB_00004909

Frame
System
Hosts
LAN
User

Start
Config
Stop
Advise
Help
Notes

Selected Host: None selected



DIDS
4 100
4 101
4 102
4 103
4 104
4 105
Fuji
Ararat
VL: 0 VL: 0
LA: 1.62 LA: 1.28
Erebus
Denali
VL: 0 VL: 0
LA: 1.44 LA: 0.00
Selected NID: 105
Selected Host: None selected
expert @ Fri Sep 20 09:53:50 1991
erebus has signed on to the Expert System.
expert @ Fri Sep 20 09:54:05 1991
heberlei@erebus has logged in with NID #102
expert @ Fri Sep 20 09:54:06 1991
UID switch detected on NID #102
expert @ Fri Sep 20 09:54:06 1991
unknown@erebus has logged into audit@erebus using NID # 103
expert @ Fri Sep 20 09:54:07 1991
UID switch detected on NID #103
expert @ Fri Sep 20 09:54:13 1991
fuji has signed on to the Expert System.
expert @ Fri Sep 20 09:54:30 1991
goan@fuji has logged in with NID #104
expert @ Fri Sep 20 09:54:31 1991
UID switch detected on NID #104
expert @ Fri Sep 20 09:54:32 1991
unknown@fuji has logged into audit@fuji using NID # 105
expert @ Fri Sep 20 09:54:33 1991
UID switch detected on NID #105

HEB_0004910

DIDS
Fuji
Ararat
WL: 0 WL: 0
LA: 1.43 LA: 1.55
Erebus
Denali
WL: 0 WL: 0
LA: 1.36 LA: 0.00
Selected NID: None selected
Selected Host: None selected
expert @ Fri Sep 20 10:33:19 1991
goan@fuji has logged in with NID #104
expert @ Fri Sep 20 10:33:20 1991
UID switch detected on NID #104
expert @ Fri Sep 20 10:33:21 1991
unknown@fuji has logged into audit@fuji using NID # 105
expert @ Fri Sep 20 10:33:21 1991
UID switch detected on NID #105
expert @ Fri Sep 20 10:33:49 1991
unknown@kongur has logged into dragyn@ararat using connection #1 and NID #106
expert @ Fri Sep 20 10:33:50 1991
UID switch detected on NID #106
expert @ Fri Sep 20 10:33:52 1991
Last login: String Match on connection #1

HEB_0004911





HEB_00004912

WL: 0 WL: 0
LA: 1.07 LA: 0.00

NID: 106

Selected Host: None selected

Fri Sep 20 10:
Successful Tagg

Fri Sep 20 10:
Successful Tagg

Fri Sep 20 10:
dragyn@ararat h

Fri Sep 20 10:
Successful Tagg

Fri Sep 20 10:
ast login: St

Fri Sep 20 10:
ast login: St

Fri Sep 20 10:
ragyn@ararat h

Fri Sep 20 10:
uccessful Tagg

Fri Sep 20 10:
uccessful Tagg

Fri Sep 20 10:
agyn@fuji has

ts_wl:
large

NID trace for 106

fuji

ararat

erebus

denali

thers

8+ connections
6-7 connections
4-5 connections
1-3 connections

Source: kongur
Dest: ararat

Connection: 1
Login name: no_src_uid
Login name: dragyn

Wiretap
Next
Done

HEB_0004913

Selected NID: 106

Selected Host: None selected

expert @ Fri Sep 20 10:5
Successful Tagg

expert @ Fri Sep 20 10:5
dragyn@fuji has

expert @ Fri Sep 20 10:5
Successful Tagg

expert @ Fri Sep 20 10:5
Last login: St

expert @ Fri Sep 20 10:5
Last login: St

expert @ Fri Sep 20 10:5
Last login: St

expert @ Fri Sep 20 10:5
dragyn@fuji has

expert @ Fri Sep 20 10:5
Successful Tagg

expert @ Fri Sep 20 10:5
Successful Tagg

expert @ Fri Sep 20 10:5
dragyn@erebus ha

update_hosts_wl:
: Interrupted system ca

NID trace for 106

fuji
ararat
erebus
denali
others

8+ connections
6-7 connections
4-5 connections
1-3 connections

Source: fuji
Dest: erebus

Connection: 4
Login name: dragyn
Login name: dragyn

Wiretap
Next
Done

bus
bus

HEB_0004914

Selected Host: None selected

NID trace for 106

fuji

erebus

8+ connections

6-7 connections

4-5 connections

1-3 connections

Source: kongur

Dest: ararat

Wiretap Direction: INPUT OUTPUT

Connection Number: 2

Engage

```
whoami
dragyn
erebus% ls
hello
erebus%
```

Audit tap
Hostname: erebus
User Name: dragyn
Engage
Program /usr/ucb/whoami has been executed
File /usr/lib/ld.so has been opened with DREAD permissions
File /dev/zero has been opened with DREAD permissions
File /etc/ld.so.cache has been opened with DREAD permissions
File /usr/lib/libc.so.1.3.6 has been opened with DREAD permissions
File /etc/passwd has been opened with DREAD permissions
Program /usr/bin/ls has been executed
File /usr/lib/ld.so has been opened with DREAD permissions
File /dev/zero has been opened with DREAD permissions
File /etc/ld.so.cache has been opened with DREAD permissions
Opening of file /net/fuji/home/usr.lib/librpcsvc was denied by the operating system
File /usr/lib/libc.so.1.3.6 has been opened with DREAD permissions
File /net/fuji/home/dragyn has been opened with DREAD permissions
Done
Connection #1 has been closed.
Wiretap Direction: INPUT
Connection Number: 2
Engage
whoami
dragyn
erebus% ls
hello
erebus% whoami
dragyn
erebus% ls
hello

HEB_0004916

DIDS

Fuji Ararat

VL: 0 VL: 0
LA: 1.43 LA: 1.48

Erebus Denali

VL: 0 VL: 0
LA: 1.59 LA: 0.00

Selected NID: 106

Selected Host: None selected

```
expert @ Fri Sep 20 10:56:01 1991
        Successful Tagged File access:  /etc/passwd  by unknown@kongur operating as dragyn@erebus

expert @ Fri Sep 20 10:56:43 1991
        Successful Tagged File access:  /etc/passwd  by unknown@kongur operating as dragyn@erebus

expert @ Fri Sep 20 10:58:02 1991
        Connection #1 has been closed.

expert @ Fri Sep 20 10:59:56 1991
        Successful Tagged File access:  /etc/passwd  by unknown@kongur operating as dragyn@erebus

expert @ Fri Sep 20 11:00:10 1991
        Successful Tagged File access:  /etc/passwd  by unknown@kongur operating as dragyn@erebus

expert @ Fri Sep 20 11:01:48 1991
        Successful Tagged File access:  /etc/passwd  by unknown@kongur operating as dragyn@erebus

expert @ Fri Sep 20 11:04:09 1991
        Connection #4 has been closed.

expert @ Fri Sep 20 11:04:11 1991
        Connection #3 has been closed.
```

HEB_0004917

DIDS

29 100
4 101
4 102
4 103
4 104
4 105

Fuji Ararat
WL: 0 WL: 0
LA: 2.05 LA: 1.88
Erebus Denali
WL: 0 WL: 0
LA: 1.70 LA: 0.00

Selected NID: 106

Selected Host: None selected

```
expert @ Fri Sep 20 11:05:32 1991
        Successful Tagged File access:  /etc/passwd  by heberlei@local operating as heberlei@ararat

expert @ Fri Sep 20 11:05:44 1991
        Last login:  String Match on connection #5

expert @ Fri Sep 20 11:05:51 1991
        heberlei@ararat has logged into xman@erebus using connection #5 and NID #100

expert @ Fri Sep 20 11:05:52 1991
        UID switch detected on NID #100

expert @ Fri Sep 20 11:05:53 1991
        Successful Tagged File access:  /etc/passwd  by heberlei@local operating as xman@erebus

expert @ Fri Sep 20 11:05:54 1991
```

ed NID: 100

Selected Host: None selected

NID trace for 100

-t @ Fri Sep 20 11:
Successful Tagg

-t @ Fri Sep 20 11:
Last login: St

-t @ Fri Sep 20 11:
heberlei@ararat

-t @ Fri Sep 20 11:
UID switch dete

-t @ Fri Sep 20 11:
Successful Tagg

-t @ Fri Sep 20 11:
Successful Tagg

-t @ Fri Sep 20 11:
xman@erebus has

-t @ Fri Sep 20 11:
Successful Tagg

-t @ Fri Sep 20 11:
Last login: St

-t @ Fri Sep 20 11:
heberlei@ararat

fuji

ararat

erebus

denali

thers

8+ connections
6-7 connections
4-5 connections
1-3 connections

Source: ararat
Dest: erebus

Connection: 5
Login name: heberlei
Login name: xman

Wiretap
Next
Done

rarat

rarat

te_hosts_wl:
terrupted system ca

writing expert packet 288

HEB_0004919

Selected NID: 100
Selected Host: None selected
NID trace for 100
expert @ Fri Sep 20 11:
Successful Tagg
expert @ Fri Sep 20 11:
Last login: St
expert @ Fri Sep 20 11:
heberlei@ararat
expert @ Fri Sep 20 11:
UID switch dete
expert @ Fri Sep 20 11:
Successful Tagg
expert @ Fri Sep 20 11:
Successful Tagg
expert @ Fri Sep 20 11:
xman@erebus has
expert @ Fri Sep 20 11:
Successful Tagg
expert @ Fri Sep 20 11:
Last login: St
expert @ Fri Sep 20 11:
heberlei@ararat
fuji
ararat
erebus
denali
thers
8+ connections
6-7 connections
4-5 connections
1-3 connections
Source: ararat
Dest: fuji
Connection: 6
Login name: heberlei
Login name: heberlei
Wiretap
Next
Done
update_hosts_wl:
: Interrupted system ca

HEB_0004920

ID: 100

Selected Host: None selected

NID trace for 100

Fri Sep 20 11:
uccessful Tagg

Fri Sep 20 11:
uccessful Tagg

Fri Sep 20 11:
man@erebus has

Fri Sep 20 11:
uccessful Tagg

Fri Sep 20 11:
ast login: St

Fri Sep 20 11:
eberlei@ararat

Fri Sep 20 11:
ast login: St

Fri Sep 20 11:
ast login: St

Fri Sep 20 11:
eberlei@fuji h

Fri Sep 20 11:
D switch dete

ts_wl:
ted system ca

fuji

ararat

erebus

denali

thers

rarat

8+ connections

6-7 connections

4-5 connections

1-3 connections

Source: fuji

Dest: kongur

Connection: 7

Login name: heberlei

Login name: no_dst_uid

Wiretap

Next

Done

HEB_0004921

DIDS
Fuji
Ararat
Erebus
Denali
Selected NID: 100
Selected Host: None selected
expert @ Fri Sep 20 11:
Successful Tagg
xman@erebus has
Last login: St
heberlei@ararat
heberlei@fuji h
UID switch dete
NID trace for 100
fuji
ararat
erebus
denali
thers
8+ connections
6-7 connections
4-5 connections
1-3 connections
Source: fuji
Dest: kongur
Connection: 7
Login name: heberlei
Login name: no_dst_uid
Wiretap
Next
Done
update_hosts_wl:
: Interrupted system ca
dopkt: writing expert packet 348
dopkt: sending expert packet 348 to interface (2)

HEB_0004922

