

HEB_0004923



HEB_0004924

HEB_0004925

```
Frame
System  Start
Hosts   Config
LAN     Stop
User    Advise
        Help
        Notes
```

Selected Host: None selected

:: None selected

HEB_0004926

Fuji  Ararat
WL: 0   WL: 0
LA: 0.00  LA: 0.00

Erebus  Denali
WL: 0   WL: 0
LA: 0.00  LA: 0.00

Selected Host: None selected

Selected NID: None selected

DIDS
0 - 1



HEB_00004927

HEB_00004928



Selected NID:  None selected          Selected Host:  None selected

expert @ Thu Sep 19 13:37:02 1991
    UID switch detected on NID #102

expert @ Thu Sep 19 13:37:02 1991
    unknown@erebus has logged into audit@erebus using NID # 103

expert @ Thu Sep 19 13:37:03 1991
    UID switch detected on NID #103

expert @ Thu Sep 19 13:37:04 1991
    unknown@erebus has logged into xman@erebus using NID # 104

expert @ Thu Sep 19 13:37:05 1991
    UID switch detected on NID #104

expert @ Thu Sep 19 13:37:14 1991
    fuji has signed on to the Expert System.

expert @ Thu Sep 19 13:37:30 1991
    heberle@fuji has logged in with NID #105

expert @ Thu Sep 19 13:37:31 1991
    UID switch detected on NID #105

expert @ Thu Sep 19 13:37:32 1991
    unknown@fuji has logged into audit@fuji using NID # 106

expert @ Thu Sep 19 13:37:33 1991
    UID switch detected on NID #106



HEB_00004929

HEB_00004930



HEB_0004931

```
LA: 0.00 LA: 0.00

Selected Host:  None selected

Wiretap Direction: ☐ INPUT  ☐ OUTPUT
Connection Number: 4
[Engage]

whoami
dragyn
erebus% ls
hello
erebus%

9 13:44:09 1991
 Tagged File access: /etc/passwd by unknown@kongur operating as dragyn@fuji
9 13:44:10 1991
 Tagged File access: /etc/passwd by unknown@
9 13:44:38 1991
 Tagged File access: /etc/passwd by unknown@
9 13:44:39 1991
 : String Match on connection #4
9 13:44:40 1991
 : String Match on connection #3
9 13:44:41 1991
 : String Match on connection #2
9 13:44:49 1991
 ji has logged into dragyn@erebus using connect
9 13:44:49 1991
 Tagged File access: /etc/passwd by unknown@
9 13:44:50 1991
 Tagged File access: /etc/passwd by unknown@
9 13:47:22 1991
 Tagged File access: /etc/passwd by unknown@
    Host not found
tem call
```

HEB_00004932



HEB_0004934

```
Selected NID: 107                    Selected Host: None selected

expert @ Thu Sep 19 14:02:34 1991
   Last login:  String Match on connection #10
expert @ Thu Sep 19 14:02:48 1991
   heberle1@erebus has logged into kongurusing connection #10 and NID #102
expert @ Thu Sep 19 14:02:49 1991
   Multiple NID share same uid.  NID #107
expert @ Thu Sep 19 14:02:50 1991
   Multiple NID share same uid.  NID #102
expert @ Thu Sep 19 14:02:50 1991
   UID switch detected on NID #102
expert @ Thu Sep 19 14:02:51 1991
   Connection #10 has been closed.
expert @ Thu Sep 19 14:02:59 1991
   Connection #9 has been closed.
expert @ Thu Sep 19 14:03:51 1991
   Successful Tagged File access:  /etc/passwd  by heberle1@local operating as heberle1@erebus
expert @ Thu Sep 19 14:03:55 1991
   Login incorrect:  String Match on connection #8
```

HEB_00004935



HEB_0004936



HEB_0004937



