# EXHIBIT B

# Internetwork Security Monitor: An Intrusion-Detection System for Large-Scale Networks

*L.T. Heberlein, B. Mukherjee, K.N. Levitt*

Computer Security Laboratory
Division of Computer Science
University of California
Davis, Ca. 95616

HEB_0004893

# WHY INTRUSION DETECTION?

- FLAWS IN OS DESIGN
- FLAWS IN OS IMPLEMENTATION
- ADMINISTRATIVE ERRORS
- USER ERRORS
- STOLEN PASSWORDS
- SYSTEM COMPLEXITY

# INTRUSION DETECTION GOALS

WE WOULD LIKE TO DETECT ACTIVITIES LEADING TO:

- DISCLOSURE OF INFORMATION
- MODIFICATION OF INFORMATION
- DENIAL OF SERVICE
- ILLEGITIMATE USE OF RESOURCES

# HISTORY OF INTRUSION DETECTION

- SINGLE HOST
- SMALL HOMOGENEOUS NETWORK
- SMALL HETEROGENEOUS NETWORK
- LARGE HETEROGENEOUS NETWORKS

HEB_0004896

ARCHITECTURE OVERVIEW
SDNS
SDNS
SDNS
SDNS
SDNS
SDNS
SDNS
SDNS
SDNS
Workbench
ISM
ISM
ISM
ISM
ISM
ISM
ISM
ISM
ISM
ISM
ISM

HEB_0004897

ISM SECURITY DOMAINS
messages
ISM domains
ISM 1
ISM 2
ISM 3
hosts

SECURITY DOMAIN HIERARCHY
SITE A
SITE B
ISM
ISM
messages
ISM 1
ISM 2
ISM 3
ISM 1′
ISM 2′
connections

HEB_0004899

NETWORK CONNECTION AS A SHARED RESOURCE
network connection
Interactive session
Host 1
Interactive session
Host 2

MULTIPLE HOPS ACROSS THE NETWORK
network connection
network connection
interactive session
Host 1
interactive session
Host 2
interactive session
Host 3

HEB_0004901

HEB_00049902

# SCENARIO: ABUSING TRUST

SITE A

.rhosts

SITE B

.rhosts

HEB_0004903

# ACCOUNTABILITY

I & A
AUDIT

- WHO ARE YOU?
  WHAT ARE YOU DOING?
- ACCOUNTABILITY ACROSS OS BOUNDARY
- NETWORK IDENTIFIER

# THUMBPRINT GOALS

- RESOLUTION
- SEMANTIC FREE
- EFFICIENCY

EXTENDED NETWORK CONNECTION
data
host-to-host
point-to-point
inter-
active
session
1
inter-
active
session
2
router
inter-
active
session
3



TRACKING A USER ACROSS UNMONITORED HOSTS
thumbprint
thumbprint
0
1
n-1
n

HEB_00004907