IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, )<br>INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation and )<br>SYMANTEC CORPORATION, a Delaware Corporation, )<br>)<br>Defendants. ) | C. A. No. 04-1199 (SLR) |

**DEFENDANT ISS'S MOTION TO PRECLUDE SRI, BASED ON ITS CONDUCT IN DISCOVERY, FROM DISPUTING THE EVIDENCE ESTABLISHING THAT THE *LIVE TRAFFIC* PAPER IS A 102(b) INVALIDATING REFERENCE**

Defendants Internet Security Systems, Inc., a Georgia corporation and Internet Security Systems, Inc., a Delaware corporation, (collectively, "ISS") respectfully move this Court for an Order precluding SRI from disputing the evidence establishing that the *Live Traffic* paper is a 102(b) invalidating reference. The grounds for this Motion are more fully set forth in the Opening Brief in support of this Motion, filed contemporaneously herewith.

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Holmes J. Hawkins III<br>Bradley A. Slutsky<br>Natasha H. Moffitt<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30303-3521<br>Tel: (404) 572-4600 | By:  /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Theresa A. Moehlman<br>Bhavana Joneja<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 556-2100 | *Attorneys for Defendants*<br>*INTERNET SECURITY SYSTEMS, INC.,*<br>*a Delaware corporation; and*<br>*INTERNET SECURITY SYSTEMS, INC.,*<br>*a Georgia corporation* |

Dated:  June 30, 2006

739409 / 28434

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 30, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE  19899 | Wilmington, DE  19899-2306 |

I hereby certify that on June 30, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA  94063 | Cupertino, CA  95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

>                                   */s/ David E. Moore*
>                                   Richard L. Horwitz
>                                   David E. Moore
>                                   POTTER ANDERSON & CORROON LLP
>                                   Hercules Plaza, 6th Floor
>                                   1313 North Market Street
>                                   Wilmington, DE  19899-0951
>                                   (302) 984-6000
>                                   rhorwitz@potteranderson.com
>                                   dmoore@potteranderson.com

737231