17.    J. R. Quinlan, "Decision Trees and Decision making," *IEEE Transactions on Systems, Man, and Cybernetics*, vol. 20, no. 2, pp 339-346, 1990.

18.    M. M. Sebring, E. Shellhouse, M.E. Hanna, and R.A. Whitehurst, "Expert Systems in Intrusion Detection: A Case Study," *Proc. 11th National Computer Security Conference*, pp. 74-81, Oct. 1988.

19.    A. D. Shapiro, *Structured Induction in Expert Systems*. Reading, MA: Addison-Wesley, 1987.

20.    S. E. Smaha, "Haystack: An Intrusion Detection System," *Proc. IEEE Fourth Aerospace Computer Security Applications Conference*, Orlando, FL, Dec. 1988.

21.    S. Snapp, "Signature Analysis and Communications Issues in a Distributed Intrusion Detection System," Masters' Thesis, Dept. of Computer Science, UC Davis, Aug 1991.

22.    SunMicrosystems, *Preliminary: Installing, Administering, and Using the Basic Security Module*, Mountain View, CA, September 1991.

23.    P. E. Utgoff, "Incremental Induction of Decision Trees," *Machine Learning*, vol. 4, no. 2, 1989, pp 161-186.

24.    H. S. Vaccaro and G. E. Liepins, "Detection of Anomalous Computer Session Activity," *IEEE Conference on Security and Privacy*, Oakland, CA, pp. 280-289, May 1989.

25.    S. Weiss & C. Kulikowski, *Computer Systems That Learn*, Morgan Kaufman Publishers, Inc., San Mateo, CA, 1991.

SYM_P_0598795

# EXHIBIT F

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT  G

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT   H

# NETRANGER™

## NETWORK SECURITY | MANAGEMENT SYSTEM

## USER'S GUIDE

*Installation, Configuration, and*
*Operation of the NetRanger System*



SYM P 0074948

# Release Notes—NetRanger version 1.3.1

## The BorderGuard and Encrypted Sleeves

These Release Notes identify changes that must be made to the BorderGuard filter files generated by nrconfig. If these changes are not made, NetRanger will not operate properly in conjunction with encrypted sleeves. These notes are a supplement to the NetRanger Configuration Instructions and Worksheets, which are in Chapter 3 of the *NetRanger User's Guide.*

After you have run the nrconfig utility and entered all the required configuration information, follow the procedures in these notes for applying the DPF sleeves to the IP first filter point rather than the BorderGuard's apply table. These notes include changes to the filter files for BorderGuards running in either router mode or in bridge mode.

The following parameters are used as examples in these Release Notes:

- Local Org ID:  100
- Remote Org ID:  1001
- Remote Sleeves IP Address:  10.10.101.1 (Address of Remote BorderGuard)
- Director IP Address:  10.10.101.2
- Remote Sleeves Netmask:  255.255.255.0 (Netmask of Remote Network)
- Remote machines to send encrypted data to are:  10.10.101.1, 10.10.101.2
- Local NSX IP Address:  10.11.101.2

Copyright © 1997 WheelGroup Corporation

1

SYM P 0074949

CONFIGURATION AND INSTALLATION

## Install and Configure the NetRanger Director

### NetRanger Director Software and Hardware Requirements

Before you begin the NetRanger Director installation process, verify that you meet the following software and hardware requirements.

### Software Requirements

The following software must be installed on your workstation:

#### HP-UX Systems

- HP-UX 10.10 or greater
- HP OpenView 4.1 or greater

#### Sun Solaris Systems

- Solaris 2.5 or greater
- HP OpenView 4.1 or greater

#### AIX Systems

- AIX 4.1 or greater
- NetView for AIX 4.1 or greater

### Hardware Requirements

#### Disk Space

The amount of disk space the Director software needs is dictated by the amount of space needed for your network management platform (OpenView or NetView), the amount of space needed for NetRanger logging and database staging, and the amount of space needed for the NetRanger executables and configuration files.

In general, OpenView requires approximately 65 MB in /opt for HP-UX systems and 110 MB in /opt for Solaris systems. NetView for AIX requires approximately 120 MB in /usr. Consult your network management platform documentation for more information about disk space requirements.

NetRanger logging and database staging requires anywhere from 250 MB to 1 GB in /usr/nr/var, depending on the amount of network traffic, type of logging, etc.

NetRanger executables and configuration files will not require more than 30 MB in /usr/nr.

NetRanger 1.3.1 User's Guide

SYM P 0075018

## RAM

The RAM requirements for the Director software are dictated by the requirements of the network management software. It is recommended that you run the NetRanger Director on a dedicated machine with at least 64 MB of RAM. Consult your network management platform documentation for more information about RAM requirements and recommendations.

---

### NOTE

If you are installing the NetRanger Director on a workstation that already meets these software and hardware requirements, then you can skip to the *Director Installation* section. Otherwise, you should proceed to the *Pre-Installation* section that corresponds to your operating system.

---

SYM P 0075019

CONFIGURATION AND INSTALLATION
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Pre-Installation

The following sections provide details on pre-installation for HP-UX, Solaris, and AIX systems.

### HP-UX Systems and Sun Solaris Systems

*Installing HP-UX 10.10 or greater and Installing Solaris 2.5 or greater*

- Follow the directions in your HP-UX documentation to either install or upgrade to HP-UX 10.10 or greater.

- Follow the directions in your Sun Solaris documentation to either install or upgrade to Solaris 2.5 or greater.

*Installing HP OpenView 4.1 or greater on HP-UX systems*

---
### NOTE
---
HP OpenView will not install correctly if TCP/IP is not functioning properly.
---

1. The following parameters must be set before you install HP OpenView:
   - IP Address
   - Hostname
   - Subnet mask
   - Default gateway hostname
   - Default gateway IP address
   - System time and timezone

2. To set these parameters, log on as user root, and then run the following command:

   ```
   /etc/set_parms initial
   ```

3. Reboot the machine. Once the machine has rebooted, you should be able to
   - ping your loopback address (ping 127.0.0.1).
   - ping your IP address (ping <IPAddress>).
   - resolve your loopback address (nslookup 127.0.0.1).
   - resolve your IP address (nslookup <IPAddress>),
   - resolve your hostname (nslookup <hostname>), and
   - verify that the timezone is correct (date).

   Do not go to the next step until these TCP/IP parameters are properly configured.

SYM_P_0075020

4.  Install HP OpenView 4.1 or greater on the HP-UX system (see the HP OpenView Installation Manual for details).

5.  Add the following lines to the /.profile for user root. Please note the space between the "." and the "/":

    ```
    . /opt/OV/bin/ov.envvars.sh
    export PATH=$PATH:$OV_BIN
    ```

---

### NOTE

If user root does not use korn or Bourne shell, then you must translate and place these lines in the appropriate shell configuration file.

---

*Installing HP OpenView 4.1 or greater on Solaris 2.5 or greater*

---

### NOTE

HP OpenView will not install correctly if TCP/IP is not functioning properly.

---

1.  The following parameters must be set before you install HP OpenView:
    - IP Address
    - Hostname
    - Subnet mask
    - Default gateway IP Address
    - Default gateway Hostname
    - System time and timezone

2.  After setting the parameters, reboot the machine. Once the machine has rebooted, you should be able to
    - ping your loopback address (ping 127.0.0.1),
    - ping your IP address (ping <IPAddress>),
    - resolve your loopback address (nslookup 127.0.0.1),
    - resolve your IP address (nslookup <IPAddress>),
    - resolve your hostname (nslookup <hostname>), and
    - verify that the timezone is correct (date).

    Do not go to the next step until these TCP/IP parameters are properly configured.

3.  Install HP OpenView 4.1 or greater on the Sun Solaris machine (see the HP OpenView Installation Manual for details).

SYM P 0075021

---

**NOTE**

The HP OpenView installation will fail if semaphores are not enabled. Please refer to the section entitled Requirements for SunOS and Solaris Systems in the *HP OpenView Network Node Manager Products Installation Guide* to enable semaphores.

---

---

**NOTE**

HP OpenView A.04.10 will not install on Solaris 2.5.x without an OpenView patch. Please contact your authorized HP representative to obtain this patch. (HP OpenView B.04.11 and greater do not require this patch.)

---

4.  Add the following lines to the /.profile for user root. Please note the space between the "." and the "/":

    ```
    . /opt/OV/bin/ov.envvars.sh
    export PATH=$PATH:$OV_BIN
    ```

---

**NOTE**

If user root does not use korn or Bourne shell, then you must translate and place these lines in the appropriate shell configuration file.

---

SYM_P_0075022

CONFIGURATION AND INSTALLATION
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
### Configuring the Network Management Background Processes

There are many daemons that are shipped with OpenView/NetView that are not needed for the Director to work.

You can disable these daemons so they do not start when you type ovstart. Disabling these daemons provides better performance and response time and makes managing and using OpenView/NetView easier.

---

### NOTE

If you are using OpenView/NetView for IP network management as well as for the Director, then you should not disable any daemons.

---

*Disabling Daemons in HP-UX and Sun Solaris*

To disable the daemons, follow these steps:

1.  **Bring down all copies of the user interface with the Map→Exit menu option.**

2.  **Log on as user root.**

3.  **Stop the OpenView daemons by typing** ovstop

4.  **Type each of the following commands:**

    ```
    ovdelobj /etc/opt/OV/share/lrf/netmon.lrf
    ovdelobj /etc/opt/OV/share/lrf/ovtopmd.lrf
    ovdelobj /etc/opt/OV/share/lrf/snmpCollect.lrf
    ovdelobj /etc/opt/OV/share/lrf/ovrepld.lrf
    ovdelobj /etc/opt/OV/share/lrf/ovactiond.lrf
    ```

    If you need to re-enable the daemons, follow the above steps substituting ovaddobj for ovdelobj.

SYM P 0075028

# EXHIBIT   I



MILLER



SECOND EDITION

# Managing Internetworks with SNMP

## The Definitive Guide to SNMP, SNMPv2, RMON, and RMON2

SYM P 0503966

THE NETWORK TROUBLESHOOTING LIBRARY

# Managing Internetworks with SNMP

## Second Edition

The Definitive Guide to the Simple Network Management Protocol,
SNMPv2, RMON, and RMON2



## Mark A. Miller, P.E.



M&T BOOKS

SYM P 0503967

THE NETWORK TROUBLESHOOTING LIBRARY

# Managing Internetworks with SNMP

## Second Edition

The Definitive Guide to The Simple Network Management
Protocol, SNMPv2, RMON, and RMON2

SYM P 0503968

THE NETWORK TROUBLESHOOTING LIBRARY

# Managing Internetworks with SNMP

## Second Edition

**The Definitive Guide to The Simple Network Management Protocol, SNMPv2, RMON, and RMON2**

**Mark A. Miller, P.E.**



SYM P 0503969



**M&T Books**
A Division of MIS:Press, Inc.
A Subsidiary of Henry Holt and Company, Inc.
115 West 18th Street
New York, New York 10011
http://www.mandt.com

Copyright © 1997 by Mark A. Miller

Printed in the United States of America

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without prior written permission from the Publisher. Contact the Publisher for information on foreign rights.

**Limits of Liability and Disclaimer of Warranty**

Information contained in this work has ben obtained by M&T Books from sources believed to be reliable. However, neither M&T Books nor its authors guarantee the accuracy or completeness of any information published herein and neither M&T Books nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that M&T Books and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

Library of Congress Cataloging-in-Publication Data

Miller, Mark, 1955-
    Managing internetworks with SNMP / by Mark Miller. — 2nd ed.
        p.  cm.
    Includes bibliographical references.
    ISBN 1-55851-561-5
    1. Simple Network Management Protocol (Computer network protocol) 2. Computer networks — Management. 3. Internet (Computer network)  I. Title.
    TK5105.55.M55      1997                97-20495
    005.7'1--dc21                          CIP

96  95  94  93      4 3 2 1

**Trademarks**

All products, names and services are trademarks or registered trademarks of their respective companies. See *Trademarks* section beginning on page 687.

**Permissions**

This book contains material that is reproduced with permission from American National Standards ANSI X3.139-1987, copyright 1987 by the American National Standards Institute. Copies of this standard may be purchased from the American National Standards Institute at 11 West 42nd Street, New York, NY 10036.

The information contained herein in italics is copyrighted information of the IEEE, extracted from IEEE Std 802.1B-1992, IEEE Network Magazine, March 1988 and July 1990, copyright 1988, 1990, and 1992 by the Institute of Electrical and Electronics Engineers, Inc. This information was written within the context of IEEE Std 802.1B-1992. The IEEE takes no responsibility or liability for and will assume no liability for the damages resulting from the reader's misinterpretation of said information resulting from the placement and context in this publication. Information is reproduced with the permission of IEEE.

Associate Publisher: *Paul Farrell*

Editor: *Debra Williams Cauley*          Technical Editor: *John Thompson*
Managing Editor: *Shari Chapell*          Production Editor: *Kitty May*
Copy Edit Manager: *Karen Tongish*       Copy Editor: *Annette Devlin*

SYM P 0503970

to achieve high levels of scalability, including environments with hundreds and even thousands of SpectroSERVERS working in parallel.

SPECTRUM Enterprise Manager can support both UNIX and NT workstations with complete fluidity. For instance, an NT-based SpectroGRAPH can fully interoperate with a UNIX-based SpectroSERVER. It is even possible for a UNIX-based SpectroGRAPH to interoperate with an NT-based SpectroSERVER. SPECTRUM on NT has all the features, functions, and most of the applications currently available on UNIX.

SPECTRUM utilizes two databases. The Distributed Database Manager (DDM) contains an archive of network events and statistics. The Inductive Modeling Technology (IMT) database models network relationships from a variety of perspectives, such as topology, alarms, hierarchies, and even organizations. Both databases are resident with the SpectroSERVER but can provide integrated, enterprise-wide reports, alarm views, automated application notification, and other enterprise-wide features.

Many of SPECTRUM's advanced applications exploit its IMT to build higher levels of automation. For instance, SPECTRUM Resolution Expert provides customers with automated fault resolution using an artificial intelligence technology called Case-based reasoning. This technology helps to diagnose network and systems problems using the same paradigm that lawyers use when they attempt to prove a point drawing on past case history.

Reference [1-34] provides further information on SPECTRUM.

### 1.11.3 Hewlett-Packard OpenView

The Hewlett-Packard OpenView family provides an integrated network and systems management solution for end-to-end service management of the complete information technology environment. Solutions consist of a broad portfolio of management products from HP and OpenView Solutions Partners, and a complete set of services that help customers improve service and reduce operations cost (see Figure 1-18). The solutions include:

SYM P 0504027

**MANAGING INTERNETWORKS WITH SNMP, SECOND EDITION**

➤ Network Node Manager—meeting the requirements for a powerful network management solution that provides an unconstrained view of the network to monitor and control the entire computing environment.

➤ IT/Operations—an advanced operations and problem management solution which allows the network manager to keep a distributed, multivendor computing environment up and running.

➤ IT/Administration—an effective solution for inventory, software, and user management which will improve security, provide better control of managed devices, and support industry standards for software distribution.

➤ PerfView/MeasureWare and NetMetrix—resource and performance management solutions which provide the foundation for service level management, including objectives for response time measurement, WAN/LAN link latency, and continuous monitoring of computing resource availability.

➤ OmniBack II and OmniStorage—for data and storage management, they provide reliable high performance backup to protect the data of the enterprise.

In addition, the OpenView Forum, an association of users and developers, provides conferences, newsletters, and valuable contact information for network management professionals. The OpenView Forum may be contacted at (415) 512-0865, or http://www.ovforum.org.

Reference [1-35] provides further information on OpenView.

**40**

SYM P 0504028

**NETWORK MANAGEMENT ARCHITECTURES**



**Figure 1-18.** Hewlett-Packard OpenView solution framework (Courtesy of Hewlett-Packard)

## 1.11.4 Novell's ManageWise

Novell's ManageWise is a comprehensive, integrated management solution that lets you successfully manage and optimize a heterogeneous network. It reduces the cost of owning and managing a network and enhances business operations by increasing network reliability and user productivity (see Figure 1-19).

ManageWise lets you proactively manage an entire network through NetWare and Windows NT server management, desktop management, network traffic analysis, automated network inventory, remote control, virus protection, and software management:

SYM_P_0504029

# EXHIBIT　J

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT   K

# EXHIBIT   REDACTED
# IN   ITS   ENTIRETY

# EXHIBIT  L

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2006, I electronically filed the foregoing document, **REDACTED VERSION OF DECLARATION OF ROBERT M. GALVIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO SRI INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION BY COMBINATION OF REFERENCES,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 7th day of June, 2006, the foregoing document was served via email on the following non-registered participants:

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA  94063
650.839.5070

Holmes Hawkins, III, Esq.
King & Spalding
191 Peachtree St.
Atlanta, GA 30303
404.572.4600

Theresa Moehlman, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003
212.556.2100

_____/s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Counsel for Symantec Corporation*