IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>      Defendants and Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**MOTION FOR LEAVE TO FILE CD ROM**

Counsel moves to file today Exhibit C to the Declaration of Paul S. Grewal in Support of Symantec's Non-Infringement Summary Judgment Reply Brief by CD ROM as the document is 6,000 pages of Excel financial reports and too large to be electronically or paper filed.

Dated: July 10, 2006

                                                    */s/ Mary B. Matterer*
                                          Richard K. Herrmann (# 405)
                                            Mary B. Matterer (#2696)
                                            MORRIS JAMES HITCHENS & WILLIAMS LLP
                                            222 Delaware Avenue, 10th Floor
                                            Wilmington, DE  19801
                                            (302) 888-6800
                                            rherrmann@morrisjames.com

                                            Attorneys for Defendant
                                            Symantec Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2006, I electronically filed the foregoing document, **MOTION FOR LEAVE TO FILE CD ROM**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John F. Horvath, Esq. | Richard L. Horwitz, Esq. |
| Fish & Richardson, P.C. | David E. Moore, Esq. |
| 919 North Market Street, Suite 1100 | Potter Anderson & Corroon LLP |
| Wilmington, DE 19801 | Hercules Plaza |
| | 1313 North Market Street, 6th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 10th day of July 2006 the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack, Esq. | Holmes Hawkins, III, Esq. |
| Michael J. Curley, Esq. | King & Spalding |
| Fish & Richardson | 191 Peachtree Street, N.E. |
| 500 Arguello Street, Suite 500 | Atlanta, GA 30303-1763 |
| Redwood City, CA 94063 | |
| | Theresa Moehlman, Esq. |
| | King & Spalding LLP |
| | 1185 Avenue of the Americas |
| | New York, NY 10036-4003 |

　　　　　　　　　　　　　　　　　　　　*/s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (# 405)
　　　　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Symantec Corporation