IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br>　　　Plaintiff and<br>　　　Counterclaim-Defendant,<br><br>　　v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br>　　　Defendants and<br>　　　Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**PROPOSED ORDER**

　　　The Court having considered Defendant Symantec Corporation's Motion for Leave To File CD ROM is hereby GRANTED.

　　　Defendant Symantec Corporation has Leave to File CD ROM as Exhibit C to the Declaration of Paul S. Grewal In Support of Symantec's Non-Infringement Summary Judgment Reply Brief.

IT IS SO ORDERED this ___ day of _____, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Sue L. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE