IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>     Plaintiff and<br>     Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>     Defendants and<br>     Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**DEFENDANTS' RULE 7.1.1 CERTIFICATION
FOR THEIR MOTION TO FILE CD ROM**

Counsel for Symantec Corporation hereby certifies that opposing counsel was contacted and is not opposed to Motion to File CD ROM.

Dated: July 12, 2006

                                                                                */s/ Mary B. Matterer*
                                                            Richard K. Herrmann (# 405)
                                                            Mary B. Matterer (#2696)
                                                            MORRIS JAMES HITCHENS & WILLIAMS LLP
                                                            222 Delaware Avenue, 10th Floor
                                                            Wilmington, DE  19801
                                                            (302) 888-6800
                                                            rherrmann@morrisjames.com

                                                            Attorneys for Defendant
                                                            Symantec Corporation