IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**PUBLIC VERSION** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Kyle Wagner Compton, declare as follows:

I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

1. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 6,321,338.

2. Attached as Exhibit B is a true and correct copy of the publication by Steven R. Snapp, et al., *Intrusion Detection Systems (IDS): A Survey of Existing Systems and A Proposed Distributed IDS Architecture,* February 1991, bearing the production numbers SYM_P_0069280-0069297.

3. Attached as Exhibit C is a true and correct copy of the publication by Steven R. Snapp, et al., *DIDS (Distributed Intrusion Detection System) – Motivation, Architecture, and An Early Prototype,* October 1991, bearing the production numbers SYM_P_0077175-0077185.

4. Attached as Exhibit D is a true and correct copy of the publication by L. Todd Heberlein, et al., *A Network Security Monitor,* Proceedings of 1990 Symposium on

Research in Security and Privacy, May 1990, bearing the production numbers SYM_P_0068974-0068986.

5. Attached as Exhibit E is a true and correct copy of the publication by L.T. Heberlein, et al. *Internet Security Monitor: An Intrusion-Detection System for Large-Scale Networks,* Proceedings of the 15th National Computer Security Conference, October 13-16, 1992, bearing the production numbers SYM_P_0069244-0069254.

6. Attached as Exhibit F is a true and correct copy of the publication by Harold S. Javitz and A. Valdes, *The NIDES Statistical Component Description and Justification,* March 7, 1994, bearing the production numbers SYM_P_0078943-0078994.

7. Attached as Exhibit G is a true and correct copy of the publication by Y. Frank Jou, and S.F. Wu, *Architecture Design of a Scalable Intrusion Detection System for the Emerging Network Infratructure,* DARPA Technical Report, April 1997, bearing the bates numbers ISS27334-27374.

8. Attached as Exhibit H is a true and correct copy of the Rebuttal Expert Report of Stephen E. Smaha, dated May 16, 2006.

9. Attached as Exhibit I is a true and correct copy of the Expert Report of Stuart Staniford, dated April 21, 2006.

10. Attached as Exhibit J is a true and correct copy of excerpts from the rough deposition transcript of Stuart G. Staniford, Ph.D taken June 6, 2006.

11. Attached as Exhibit K is a true and correct copy of excerpts for the deposition transcript of Phillip Porras Volume III taken May 10, 2006.

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 30th day of June 2006, in Wilmington, Delaware.

*Kyle Wagner Compton*

50357587.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2006, I electronically filed the **REDACTED – DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S REPLY CLAIM CONSTRUCTION BRIEF** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc