IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**PUBLIC VERSION** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANT ISS'S MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE SRI PATENTS-IN-SUIT ARE NOT INFRINGED OR, IN THE ALTERNATIVE, ARE INVALID**

I, Kyle Wagner Compton, declare as follows:

I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

1. Attached hereto as Exhibit A is a true and correct copy of a presentation, *Fusion Update*, dated August 9, 2002, bearing production numbers ISS_60287-60300.

2. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Paul Elliot Griswold taken April 19, 2006.

3. Attached hereto as Exhibit C is a true and correct copy of the Expert Report of Dr. George Kesidis on Infringement dated April 28, 2006.

4. Attached hereto as Exhibit D is a true and correct copy of Exhibit C to the Expert Report of Dr. George Kesidis on Infringement dated April 28, 2006, a claim chart for U.S. Patent 6,711,615.

5. Attached hereto as Exhibit E is a true and correct copy of the Rebuttal Expert Report of Steven A. Smaha, dated May 16, 2006.

6. Attached hereto as Exhibit F is a true and correct copy of the Rebuttal Report of Dr. George Kesidis on Validity dated May 16, 2006.

7. Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition transcript of Joseph John Kleinwaechter, taken April 18, 2006.

8. Attached hereto as Exhibit H is a true and correct copy of excerpts from the deposition transcript of James Donald Innes, taken April 13, 2006.

9. Attached hereto as Exhibit I is a true and correct copy of excerpts from the deposition transcript of Robert Ferrill, taken April 19, 2006.

10. Attached hereto as Exhibit J is a true and correct copy of excerpts from deposition transcript of Brenda Jean Roberts, taken April 20, 2006.

11. Attached hereto as Exhibit K is a true and correct copy of Internet Security Systems' *Site Protector SecurityFusion Module Guide – Version 2.0*, dated March 8, 2006.

12. Attached hereto as Exhibit L is a true and correct copy of excerpts from the deposition transcript of Raymond Gazaway, taken April 12, 2006.

13. Attached hereto as Exhibit M is a true and correct copy of Internet Security Systems' *Proventia Network Anomaly Detection System (ADS) Quick Start Guide – Version 3.5*, dated March 10, 2006, bearing the production numbers ARB-00693-00740.

14. Attached hereto as Exhibit N is a true and correct copy of Internet Security Systems' *Proventia Network Anomaly Detection System (ADS) Quick Start Guide – Version 3.5*, dated March 17, 2006.

15. Attached hereto as Exhibit O is a true and correct copy of Exhibit D to the Expert Report of Dr. George Kesidis on Infringement dated April 28, 2006, a claim chart for U.S. Patent 6,484,203.

16.  Attached hereto as Exhibit P is a true and correct copy of excerpts from the deposition transcript of Jim Pruss, taken March 23, 2006.

17.  Attached hereto as Exhibit Q is a true and correct copy of *Security Fusion Module 2.0 Tech Support Chalk Talk* bearing production numbers ISS_00535783-00535821.

18.  Attached hereto as Exhibit R is a true and correct copy of the website http://www.iss.net/education/schedules/by-courses/by_course-course=94-region=north-america.php.

19.  Attached hereto as Exhibit S is a true and correct copy of the Expert Report of Stuart Staniford, dated April 21, 2006.

20.  Attached hereto as Exhibit T is a true and correct copy of excerpts from the deposition transcript of Dr. George Kesidis, taken May 26, 2006.

21.  Attached hereto as Exhibit U is a true and correct copy of excerpts from the deposition transcript of Bernard Paul Palmer, Jr., taken April 17, 2006.

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 30th day of June 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

50355922.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2006, I electronically filed the **REDACTED – DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANT ISS'S MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE SRI PATENTS-IN-SUIT ARE NOT INFRINGED OR, IN THE ALTERNATIVE, ARE INVALID** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-Counterclaimant Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-Counterclaimant Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc