# Exporting and Restoring the System Configuration

**Introduction**

You can export and save your system configuration and restore earlier versions of your configuration on the General Settings page.

When you backup the system configuration, Proventia Network ADS saves configuration in the following way:

| System Configuration | Saved Format or Location |
|---|---|
| Group objects | Exports it as a CSV file. |
| Port objects | Exports it as a CSV file. |
| Notification objects | Saves settings from the Notification Object Configuration page. |
| Time objects | Saves settings from the Time Object Configuration page. |
| Services | Saves the settings from the Services page |
| All alerting and policy configuration | Saves the alerting settings from the Policy page (Built-in behavior, ATF, and user-defined). |
| Firewall configuration | Saves settings from the Worm Protection Settings page. |

Table 2B: *Saved system configuration*

**Downloading backup configuration**

To save the most recent automatically-created backup to your local computer:

● **Click DOWNLOAD LAST DAILY BACKUP.**

You can also save a file that contains a snapshot of the current system configuration.

● **Click GENERATE AND DOWNLOAD BACKUP NOW.**

The system creates a snapshot of the configuration and saves it to the location you specify.

**Importing the backup system configuration**

To revert to a saved version of the system configuration:

1. Do one of the following:
   ■ Type the file name in the box.
   ■ Click Browse, and then select the configuration file.
2. Click IMPORT
3. Follow the instructions displayed to restart the Analyzer and save the updated configuration.

**Rebooting after importing**

When you import a configuration file, the system displays a message with instructions for restoring the configuration output. You must do this manually in the CLI because when you update the configuration, you need to reboot the Analyzer.

**Reference:** See the *Proventia Network ADS Advanced Configuration Guide* for information about the CLI and instructions for how to reboot the Analyzer

**Chapter 12: Configuring General Settings**

| | |
|---|---|
| Example message | The following shows an example of the type of message ADS displays when you import a configuration file: |

To restore users and ADOS config, please run the following command at the cli prompt: `conf import disk:ads_3.5_config_2006-03-07`.

After the machine reboots, please run: `services ads start`.

INTERNET SECURITY SYSTEMS



Chapter 13

# Configuring Services

## Overview

**Introduction**    This chapter explains what the services are, how Proventia Network ADS uses these settings, and how to add and edit services.

**User Access on the Services page**    Administrators can perform all actions described in this chapter. Analysts and users can view the services but cannot change them.

**In this chapter**    This chapter contains the following topics:

| Topic | Page |
|---|---|
| About the Services Page | 90 |
| Configuring Services | 91 |

# About the Services Page

**Introduction**

Use the Services page to map names of services to protocols/ports. Defining custom services allows you to designate certain non-standard ports as ports on which a service is listening. When Proventia Network ADS determines which end of a connection is the client and which is the server, it consults the services table to help make the determination.

**Services page layout**

The Services page is divided into two panes. The upper pane shows the table of currently configured services, and the Add A Service pane allows you to add new services.

**Navigating and searching on the Services page**

You can search for a protocol, port, or service name or see examples of search entries. Standard navigation and searching practices apply on the Services page.

Reference: See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**Services table**

The Services table shows the Proventia Network ADS preconfigured services and all of the services users add. The table shows the following information for each service:

| Column | Description |
| --- | --- |
| Protocol | The name of the protocol. |
| Port/ICMP Type | A list of the configured ports, or ICMP types for ICMP services. |
| Name | The name of the service. |
| Selection check box | Use to select specific services to delete. |

Table 29: *Services table*

INTERNET SECURITY SYSTEMS

# Configuring Services

**Introduction**    Add new services in the Add a Service pane. You can add new TCP, UDP, or ICMP services. If there are many configured services, you might need to scroll down to see this pane.

**Adding services**    To add a new service:

1. Type the protocol name or equivalent number in the **Protocol** box.

   **Note:** This must be for a TCP, UDP, or ICMP service.

2. Type the corresponding port number or ICMP type if you entered ICMP as the protocol, in the **Port/ICMP Type** box.

3. Type a description that identifies the service in the **Name** box.

4. Click **ADD**.

   Proventia Network ADS displays the new service in the services table.

**Exporting service files**    You can export the services file for the built-in services to provide you with an example of the file format. The services file is a tab-delimited text file that follows the RFC1700 format.

To export the service file:

1. Click **EXPORT**.

2. Specify how you want to save or open the file, according to the choices your browser displays.

**Uploading service files**    You can add a file exported from a different Proventia Network ADS machine that contains service listings.

To upload a file:

1. Do one of the following:

   ■ Type the file name in the box

   ■ Click **Browse**, and then select the file to be included.

2. Click **UPLOAD**.

   **Caution:** If you upload a new file, Proventia Network ADS overwrites the existing service information, and you will lose the information in your original file.

**Editing services**    You can edit an existing service by changing the service name. To edit a service:

1. Type the new name in the Name box on the service row.

2. Click **UPDATE**.

**Deleting services**    To delete a service:

● Select the check box on the service row you want to remove, and then click **DELETE**.

Chapter 13: Configuring Services

INTERNET SECURITY SYSTEMS



# Part III

### INTERNET
### SECURITY
### SYSTEMS·



# Using ADS





## Chapter 14

# Searching Traffic

## Overview

**Introduction**

Use the Explore page to search the traffic on your network, and then create a rule based on the types of traffic the system displays. This topic discusses the various ways you can search the traffic database and how you can act on the results.

**User access**

Administrators and analysts can perform all actions described in this chapter. Users cannot create rules or make groups from the Explore pages. The buttons for creating group objects and rules do not appear on the pages for users.

**In this chapter**

This chapter contains the following topics:

| Topic | Page |
|---|---|
| About the Explore Page | 96 |
| Searching Traffic | 98 |
| Searching and Viewing Aggregated Data | 102 |
| Viewing Host Relationships | 104 |
| Viewing Traffic Flows | 106 |
| Creating Groups and Port Objects from Traffic | 108 |

# About the Explore Page

**Introduction**        Use the Explore page to search the network traffic database for specific types of traffic and then refine your search, or to create group objects and rules to tune your network policy.

**Explore page description**        The Explore page initially displays a time series graph that shows all network traffic over the last day and the corresponding traffic in the Traffic data table. The page provides tabs to the Flows and Host Relationships pages where you can see additional views of traffic data. If you enter search values in the Search box, this page displays a description of the search values to help identify the traffic displayed.

**Navigating on the Explore page**        You can use the various navigation icons to change the view and move through the pages of traffic data.

Reference: See "Using Navigation Controls" on page 14 for these instructions.

**Viewing the Traffic table**        The Traffic table shows traffic information for all of the clients, servers and services Proventia Network ADS sees. By default, it shows the refined by the Services column.

The traffic table shows the following columns of information:

| Column | Description |
|---|---|
| Client | The gross aggregates of the involved client netblocks (initially displayed as an expansion button). Refine by Client or expand a row to see the information. |
| Num | The number of individual entries (for clients and servers) that ADS has seen under this aggregate. **Example:** If aggregate 10.0.1.0/24 represents 255 hosts, but the system only observes 72 of them as active, it would display 72 in this column. If you click the 72 link, you navigate to the Host Detail page that shows these 72 hosts. |
| Server | The gross aggregates of involved server netblocks, initially displayed as an expansion button. Refine by Server or expand a row to see the information. |
| Service | The gross aggregates of involved services. |
| Num | The number of distinct services under each aggregate, as a link to the Detail page that lists all services seen and the port objects to which they belong. |
| Bytes | The total amount of rule-matching traffic the client or server sent or received. |
| bps | The rate of the rule-matching traffic the client or server sent or received. |
| Percent | The total percentage of rule-matching traffic the client or server hosts within the aggregate sent or received. |
| Client Groups | All of the group objects the hosts in the block belong to, when the Server column is expanded. The system displays each group name as a link to the Edit Group Objects page. |
| Server Groups | All of the group objects the hosts in the block belong to, as a link to their Edit Group Objects page. |

**Table 30:** *Explore traffic data table*

ISS INTERNET SECURITY SYSTEMS

| | |
|---|---|
| **Changing the refine view** | The traffic table initially shows the expanded service column. You can change the refine view of the traffic table to see either the expanded Clients or Server columns. |

To change the refine view:

- Select the view from the **Refine by** list.

    The system redisplays the page with the selected column expanded.

| | |
|---|---|
| **Navigating to other pages from Explore** | You can navigate to pages that allow you to see different views of the traffic data from Explore tab. These are as follows: |

| Page | How to get there | Function |
|---|---|---|
| Rule Editor | Click the New Rule button. | Allows you to create and edit rules for behaviors. |
| Entity Info | Click the entity icon, and then choose the info link. | Allows you to see detailed data for a chosen entity. |
| Flows | Click the Flows tab. | Shows the traffic flows that make up the traffic. |
| Host Relationships | Click the Host Relationships tab. | Shows how a certain host or service is used by others in your network. |

**Table 31:** *Navigation on the Explore page*

| | |
|---|---|
| **References** | - See "Creating and Editing Rules" on page 117.<br>- See "Viewing Entity Information" on page 137.<br>- See "Viewing Traffic Flows" on page 106.<br>- See "Viewing Host Relationships" on page 104. |

# Searching Traffic

**Introduction**      This topic describes the various ways you can search the traffic database.

**Methods of searching**      There are multiple ways you can search the traffic database and change the view of the traffic Proventia Network ADS displays:

- By specifying the clients, servers, and services you want to see and the direction of the traffic between them.
- By entering a PFCAP expression for the system to match.
- By changing the refine view.
- By expanding listed client, server, and service aggregates.
- By viewing the relationships between network objects.
- By viewing all of the flows for the traffic you searched for.

**Using the graph controls**      When you update the traffic you search for, the system automatically updates the graph to show the new traffic. You can change whether you view the traffic as a time series graph or as pie charts.

To change the graph type:

- Select the graph type from the list in the **Graph Controls** box.

  The system updates the view.

**Searching by specifying hosts and services**      You can search for traffic for specific clients, servers, or services or any combination, and then choose whether you want to see traffic from one aggregate to another or see the traffic between them. Use the More links below each box to see examples of the entry format.

To specify hosts:

1. Type the client as an IP address, CIDR, IP range, or group object name in the **Clients** box.

   When entering IP ranges, you cannot enter spaces between the hyphen and the address.

2. Type the server as an IP address, CIDR, IP range, or group object name in the **Server** box.

3. Type the service as a name, number, or range in the **Service** box.

4. Click SEARCH.

   The system redisplays the page with the updated traffic table and the search value as the page name.

**Searching with PFCAP expressions**      The search format icon allows you to change the way you search for matching traffic. By default, the system displays Client, Server, and Service lists that you can choose from. The expression box allows you to type values that correspond to data in the table that you want the system to match.

To search using an expression:

1. Click the search format icon to toggle to the search expression box.

2. Type the values you want the system to match.

   Enter IP addresses, CIDR addresses, group object names, or case-insensitive descriptive text.

   **Reference:** See Appendix A, "Using PFCAP Expressions" for additional information and examples.

3. Click the More link to see additional examples of expression formats.

   **Note:** You can enter a name that contains spaces enclose the name in quotes, but you cannot enter names that contain underscores (_).

4. Click **SEARCH.**

   The system redisplays the page showing all matching values (OR, not AND) with the corresponding page title.

**Using timeframes to search**

The clock icon allows you to change the type of time frame the system uses to match and display traffic. When you click the icon, the system toggles between the time frames.

An example of the three types of time frames is shown in Figure 2 on page 17.

The following table describes the types of time frames and how you can specify the time frames.

| Timeframe | Shows | How to specify the time |
|---|---|---|
| Last | Traffic for the last *time period*. | Select from the list of time frames that range from 15 minutes to 1 year. |
| During | Traffic for the specific time period, starting from the specific time. | Select from the list of time periods. and then enter a start time. |
| Between | Traffic for a range of time. | Enter a start time and an end time. |

**Table 32:** *Timeframe options*

**Searching with the Last timeframe**

To search for traffic for the last period of time:

1. Click the clock icon to toggle to the Last time frame.

2. Select the amount of time you want to see the traffic for from the **Last** list.

   Options range from the 15 minutes to the last two weeks.

3. Click **SEARCH.**

**Searching with the Duration timeframe**

To search for traffic that occurred for a specific duration:

1. Click the clock icon to toggle to the **Duration** timeframe.

2. Select the month, day, and year that you want the time to begin from the **Starting at** list.

3. Type the hour and minutes you want the time to begin in the format HH:MM, and then select AM or PM.

4. Click **SEARCH.**

**Searching with the Between timeframe**

To search for traffic for a range of time, you must first set the start time:

1. Click the clock icon to toggle to the **Between** timeframe.
2. Select a month from the list.
3. Type a number that represents the corresponding day of the month.
4. Select the year from the list.
5. Type the hour you want the range to begin, in the format of HH:MM, and then select AM or PM.

   **Note:** If you enter hours as a 24-hour period (for example, 13:00), the system ignores the AM/PM box.
6. Repeat Steps 1 through 4 to set the end time.
7. Click **SEARCH.**

   The table updates to show traffic for the time period.

**How to update your search**

You can update your search without re-entering another search value by limiting your search to specific clients, servers, or services. Proventia Network ADS shows the rows in the Client, Server, and Server columns as links. Some of these contain an info icon that links to different views of the traffic data for that client, server, or service. Some of these allow you to drill into and some allow you to drill out of the host and service information from the pages on the Explore tab (Explore, Host Relationships, and Flows).

**How links work on the Explore page**

Links apply only to the specific object. Table 33 shows a description of all options. Note that they all do not appear on all pages or for all columns of information. If you click a link, the system navigates to the linked location, ignoring any selected rows.

**Example:** If you search for a service, and you click on a host name link, the search narrows to show only how the host uses the service. If you then click Limit to for that host, you'll get a search containing only the host (the service has been removed).

**Link descriptions**

The following table shows the links and what they do on the Explore page:

| Link | Description |
|------|-------------|
| Aggregate or host name link | Shows all instances of that aggregate and how it talks to other objects on your network. |
| Connect to | Connects you to the Web address of the host displayed. |
| Limit to | Limits the search to only those hosts, shows only the selected aggregates, all others disappear from the table. |
| Info | Navigates to the Entity Info page, which shows the service this host or group is a client of, server of, service of, and shows any alerts it is involved in, and any SiteProtector events. |
| Explore | Navigates to the Explore page and displays the search results for that host. |

**Table 33:** *Link descriptions*

| | |
|---|---|
| **Viewing additional details** | To view additional details: |

1. Do one of the following:
   - Click the host or service link.
   - Click the info icon, and then select the link from the pop-up window for the view you want.
2. Repeat Step 1 to see the next level of details, if applicable.
3. Click your browser's back button to return to the prior page.

| | |
|---|---|
| **References** | • See "Viewing Entity Information" on page 137 for information about the Info page. |
| | • See "Viewing Traffic Flows" on page 106 for information about the Flows detail page. |
| | • See "Viewing Host Relationships" on page 104 for information about the Host Relationships page. |

# Searching and Viewing Aggregated Data

**Introduction**

This topic explains how to view the aggregated traffic rows in the traffic table and the ways you can search to find specific traffic.

**Searching by expanding aggregated rows**

You can expand any aggregated client, server, and service rows to see the hosts and services that make up the aggregated statistics. Initially, the system displays the traffic table expanded by (Refine by) Service. The Client and Server columns are collapsed and display an expansion (plus sign +) button. When you click the expansion button, the system expands the row to show the next level of aggregates. You can continually expand all collapsed rows to select either a single host or an aggregate row, which includes all members that make up the aggregate.

**Searching over aggregated group objects**

You can filter the search results by choosing a group object for Proventia Network ADS to use when it aggregates traffic. When you aggregate by a specific group object, the system only looks at the traffic over that group space instead of over the whole network (Auto). You can only aggregate by a group if the Report Aggregate check box for the group on the Edit Group page is selected.

**Reference:** See "Using the report aggregate option" on page 51.

**Example:** If you have a group object that contains five CIDR blocks and has the Report Aggregate setting selected on the Edit Group Object page, the object appears as a choice in the Aggregate by list on the Explore page.

If you select the group to aggregate by when you search, the system aggregates traffic up to only the members of that group object and only displays traffic results related to that object. It shows the traffic breakdown for those five CIDR blocks in the Traffic table that are part that group object, each block's associated traffic, and an Other category that includes those that contributed to the traffic total, but weren't explicitly one of the five members.

**Important:** If you search over a network that the group object is not a part of, the system does not show any traffic from that group in the search results, just the Other category.

When group members are other groups, the system displays their assigned group names in the table instead of their IP addresses.

**Viewing aggregated data**

When you search for specific traffic, the system shows the results in aggregated data tables. The top line shows the aggregate that represents all traffic seen, with each following line showing more specific data. Each row shows the bytes, which is the total count of bytes seen for that row for the entire aggregate, and the bps, which is the rate at which traffic is flowing. The percentage it displays represents the %bps of the total, meaning that there is an overall amount of traffic flowing by for the clients, servers and services.

**Example of aggregated data**

Table 34 shows example search results for two appliances (10.0.1.116 and 10.0.1.96) included in an aggregated row for the 10.0.1.0/24 network.

| Client | Bytes | bps | % bps |
|---|---|---|---|
| 10.0.1.0/24 | 100 K | 100 bps | 100 % |
| 10.0.1.0/25 | 100 K | 100 bps | 100 % |
| 10.0.1.96/32 | 75 K | 50 bps | 50 % |
| 10.0.1.116/32 | 25K | 50 bps | 50 % |

Table 34: *Aggregated data example*

This table shows 10.0.1.0/24 is an aggregate that covers all the traffic in this row and the range of IP addresses 10.0.1.1-10.0.1.255. Both of the appliance addresses (10.0.1.116 and 10.0.1.96) are in this range. Therefore, the bps and %bps are both 100.

The second aggregate, 10.0.1.0/25, covers the range of IP addresses 10.0.1.1-10.0.1.128. Both appliance addresses are also in this aggregate, so the system again displays 100 for the bps and %bps.

The rows with the two /32 (single IP) addresses show the actual appliance traffic. The 10.0.1.96 appliance is seeing a higher byte count (75k), but both appliances have traffic that is flowing at a 50bps rate.

# Viewing Host Relationships

**Introduction**

The Host Relationships page shows you the relationships between clients and servers for the traffic you specify. The Host Relationships view allows you to see the relationships between objects on your network. This page shows the detailed information for the traffic between the selected network objects, including the client, server, service, and then the total traffic and traffic rates between those objects.

**Navigating to the Host Relationships**

Navigate to Host Relationships from either the Explore page or the Flows page by clicking the Host Relationships tab. If the search box on the previous page contains values, those are carried over and the Host Relationships page shows the relationships within those search parameters for the selected time period.

**Example:** If you view traffic on the Explore page for the last hour, when you navigate to Host Relationships, it also shows the relationships for the last hour.

**Navigating on the Host Relationships page**

Standard navigation, and time controls apply on the Host Relationships page.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12 for instructions.

**The Details table**

The Details table shows the following relationship details:

| Column | Description |
|--------|-------------|
| Client | The Host IP address and name, if known. |
| Server | The server IP address and name, if known. |
| Service | The service that the two hosts communicate over. |
| Bytes | The amount of traffic flowing between these hosts. |
| Bps | The rate at which traffic is flowing between these hosts. |

Table 35: *Traffic details table*

**Searching on host relationships**

From Host Relationships you can further constrain the results to a specific host, search for a different time period, search over a less or more specific CIDR block. By default, each host is shown as a /32 to show the most specific information.

To change the search values:

1. Type new or additional values in the Search text box.

   Enter any CIDR address or group name and enter any specifiers, such as "src" or "dst," or click More to see more examples of the search entry format.

2. Select the time period during which you want to see the relationships.

   **Reference:** See "Using timeframes to search" on page 99 for these instructions.

3. Select the netmask you want the system to use for showing clients from the **Client Mask** list.

4. Select the netmask you want the system to use for showing servers from the **Server Mask** list.

5. Click **SEARCH**.

The updated Details table appears.

**Viewing additional host relation details**

You can expand and pivot the view of the relationship details shown on the Host Relationships page.

**Reference:** See "How to update your search" on page 100 and "Using info icons" on page 15.

**Exporting host relationship details**

You can export the details from the table as a CSV file. Exporting this information can help you with cleanup following a worm infection or other type of attack, or you might want to use this information for compliance auditing, or in certain types of reports.

To export the file:

1. Click **EXPORT**.
2. Specify how you want to save or open the file, according to the choices your browser displays.

# Viewing Traffic Flows

**Introduction**

Proventia Network ADS saves a record of all ongoing traffic in a rotating flow log as it watches your network. The Flows page shows these flows for specific clients, servers, or services, or for all of the traffic data.

**Navigating to the Flows page**

You can navigate to the Flows page from any of the pages within the Explore tab or from the Alert Detail page. If the search box contains values, those are carried over and the Flows page shows the flows within those search parameters.

**Example:** If you are viewing traffic on the Explore page for a specific service (TCP port 22) and click the Flows tab, the Flows page shows you all of the TCP port 22 flows. The filter at the top of the page shows (22) indicating those are the flows displayed.

If you navigate from the Alert Detail page, the Flows page also shows the rule name as a link to its Event Details page.

**Navigating on the Flows page**

Standard navigation, and time controls apply on the Flows page.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12 for instructions.

**Details table**

The Details table shows the following flow information:

| Column | Description |
|--------|-------------|
| Client | The IP address and possibly the host name of the client. |
| Server | The IP address and possibly the host name of the server. |
| Service | The service protocol or destination port (TCP/22, UDP/514, etc.) |
| Sport | The source port number or Any. |
| Sflags | The source flags. |
| Dflags | The destination flags. |
| Start | The time the flow started. |
| Dur | How long it took for the flow to be sent and received (duration). |
| Server | The server IP address and name, if known. |
| Service | The service that the two hosts communicate over. |
| Bytes | The amount of traffic flowing between these hosts. |
| Bps | The rate at which traffic is flowing between these hosts. |

**Table 36:** *Flow Details table*

**Note:** The allotted disk space to store flow log information is a fixed number. When the log reaches its maximum size, Proventia Network ADS discards the oldest entries to make room for newer entries.

INTERNET SECURITY SYSTEMS

| | |
|---|---|
| **Searching on the Flows page** | On the Flows page, you can search for specific flows and over a different time period. You can also search the traffic database using PFCAP expressions. |

To change the search values:

1. Type new or additional values in the search box.
2. Enter any CIDR address or group name and enter any specifiers, such as "src" or "dst," or click the More link to see more examples of the search entry format.
3. Select the time period during which you want to see the relationships.

   Reference: See "Selecting the timeframe" on page 17 for these instructions.
4. Select the client netmask you want the system to use for showing **Clients** from the list.
5. Select the Server netmask you want the system to use for showing **Servers** from the list.
6. Click **SEARCH**.

   The updated Details table appears.

| | |
|---|---|
| **Viewing additional flow information** | You can expand and pivot the view of the flow information shown on the Flows page. |

Reference: See "How to update your search" on page 100 and "Using info icons" on page 15.

| | |
|---|---|
| **Exporting flow information** | You can export the details from the table as a CSV file. Exporting this information can help you with cleanup following a worm infection or other type of attack, or you might want to use this information for compliance auditing, or in certain types of reports. The maximum number of flows you can export is 64,000 rows |

To export the file:

1. Click **EXPORT**.
2. Specify how you want to save or open the file, according to the choices your browser displays.

# Creating Group and Port Objects from Traffic

**Introduction**    When you search for traffic on the Explore page, the system displays any traffic that matches the search values you enter. You can create groups from the hosts or services and create new rules for the resulting traffic you see.

**Creating group objects**    You can make new groups that include any or all of the clients or servers listed in the tables, or add to existing groups. While you can create groups manually on the Group Object Settings page, creating groups from the Explore page allows you to see the traffic that hosts are involved in and then put them in groups according to the way they behave.

Reference: "Adding and Editing Group Objects" on page 51 for more information.

To create a group:

1. Select the check boxes for all of the clients and servers you want to group together.

   Note: When selecting aggregates, the system includes the whole netblock when making groups, not only the hosts represented in the number (Num) column.

2. Do one of the following:

   - Enter a unique name for the group object in the box for a new object.

     Reference: See "Naming group objects" on page 51.

   - Type the name of an existing group object in the box to add the hosts or aggregates to an existing object.

3. Click **NEW GROUP OBJECT**.

   If you are adding members to an existing group object, the system displays a message confirming you want to update the group members, click **OK** to add the members.

**Editing client and server group objects**    Each group object listed in the Groups column is presented as a link to its Configure Group Objects page. Use the link to navigate to the edit page to change group object settings.

Reference: See "Adding and Editing Group Objects" on page 51.

**Creating new port objects**    You can make new port objects that include any or all of the services listed in the tables. While you can create groups manually on the Configure Port Objects page, creating port objects from the Explore page allows you to see the traffic hosts are involved in and then put them in groups according to the way they behave.

Reference: See "Adding and Editing Port Objects" on page 81.

To create a port object:

1. Select the check boxes for all of the services you want to group together.

   Note: When selecting aggregates, the system includes all ports represented by the range when making groups, not only the services represented in the number (Num) column.

2. Do one of the following:

INTERNET SECURITY SYSTEMS

- Enter a unique name for the port object in the box for a new object.

  Reference: See "Naming port objects" on page 81 for a list of characters you can use.

- Type the name of an existing object in the box to add services to an existing object.

3. Click **NEW PORT OBJECT.**

   If the system displays a message confirming you want to update the group members, click **OK** to add the members.

**Creating rules from the Explore page**

The Explore page displays a Create Rule button for users with administrator or analyst-level privileges. Use the button to navigate to the Rule Editor page.

Reference: See "Creating and Editing Rules" on page 117 for instructions and additional information.

Chapter 14: Searching Traffic

INTERNET SECURITY SYSTEMS



## Chapter 15

# Managing Policy Rules

## Overview

**Introduction**

This chapter describes how to view event activity, and how to create and edit rules associated with system and user-created behaviors.

**User access**

Administrators and analysts can perform all the actions described in this chapter. Users can view activity but cannot create or edit rules.

**In this chapter**

This chapter contains the following topics:

| Topic | Page |
|---|---|
| About the Activity Page | 112 |
| Viewing Event Details | 114 |
| Creating and Editing Rules | 117 |
| Enforcing Worm Behaviors | 121 |
| Viewing ACLs | 122 |

# About the Activity Page

**Introduction**  The Activity page shows the behaviors Proventia Network ADS is monitoring. You can choose to see all behaviors, only those that are currently alerting, or only those on the Watch list, which means they are active, but not alerting.

**Navigating and searching on the Activity page**  You can search for types or names of behaviors, the behavior creator, or names of groups involved in behavior. Standard navigation and searching apply on the Activity page.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**Viewing the Activity table**  The Activity table shows the following information for each behavior:

| Column | Description |
|---|---|
| Severity | The user-assigned level the system applies when it detects violations of this behavior. |
| Behavior | The name of the behavior as a link to the Event Details page. |
| Creator | The user name for user-created rules or ATF or System for behaviors ADS created. |
| Traffic graph | A mini graph of the traffic for this behavior over the last 24 hours as a link to the Event Details page. Activity in green represents approved traffic and activity in red represents unapproved traffic. |
| Approved traffic | The average and maximum amounts of accepted traffic (in bps) that the system has detected. |
| Unapproved traffic | The maximum and average amounts of unapproved traffic (in bps) that the system has detected. |
| Alerts | A summary message for each alert type that includes the number of times the system detected the alert traffic. |
| First alert | The time the system first detected alert traffic for the behavior. |
| Last alert | The time the system last detected alert traffic for the behavior (or Ongoing if it still detects alert traffic). |
| Selection check box | Use to delete behavior alerts or behaviors on the Watch List. |

**Table 37:** *Activity table*

**Changing the Activity table view**  You can choose which behaviors you want to see in the Activity table.

To change the view of the Activity table:

- Select the type of behaviors you want to see from the **Display** list.

  The page displays the behaviors that are alerting by default.

**Alert maximums**  The system logs up to 100,000 alerts per rule and one million alerts total. After the system reaches this limit, it displays a red square in the Alerts column on the Activity page. The system displays a message to remind you that the limit has been reached when you move the mouse over the square. You must delete alerts for the rule before the system can create new alerts.

INTERNET SECURITY SYSTEMS

| | |
|---|---|
| **Deleting behaviors** | When you delete a behavior, the system also deletes all existing alerts it generated from the behavior. |
| | To delete behaviors: |
| | ● Select the check box in the behavior rule row, and then click **DELETE**. |
| **Rule status** | Proventia Network ADS displays automatically-generated rules with either "system" or "ATF" as the creator on the Activity page and in the recent changes tables. When ADS creates a behavior rule, it automatically places it on the watch list. All rules remain on the watch list unless there are alerts associated with the rule. When the system detects traffic that violates the rule, it moves the rule to the Alerts list. |
| | For ATF-generated rules, once the ISS security team no longer deems the behavior a threat, it marks the rule for deletion. If the system does not detect unapproved traffic for 30 days, it deletes the ATF rule upon the next ATF update. If there is a new threat, the ATF creates a new policy rule. |
| | **Reference:** See "Recreating deleted ATF behaviors" on page 71. |
| | **Note:** The system automatically deletes system-generated and ATF rules if it has not detected alert traffic for a period of 30 days. |
| | **Important:** You must configure the system to enforce rules on the Worm Protection Settings page. See "Configuring Worm Protection Settings" on page 73 for these instructions. |
| **Navigating to the Event Details page** | The Event Details page shows the details of the event, including a breakdown of all of the alert types that violated the behavior to make up the event. |
| | To navigate to the Event Details page: |
| | ● Click the behavior name link. |
| | The Event Details page appears, showing all alerts. |
| | ● You can edit the alert configuration and the rules for the behavior. |

# Viewing Event Details

| | |
|---|---|
| Introduction | The Event Details page shows all of the details for a behavior that triggered an event, including all violations to the behavior. You can also search to see specific alert traffic for this event. |
| User access on the Event Details page | Administrators and analysts can perform all actions described in this topic. Users can view the details but cannot make any changes to rules or ACL numbers. |
| Event Details page layout | The Event Details page layout varies, depending upon the type of behavior and the violations Proventia Network ADS detects. All Event Detail pages display a stacked traffic graph for the specified time period, data tables for each type of violated alert, and a list of recent behavior changes. |
| Navigating and searching on the Event Details page | Standard navigation, searching, and time controls apply on the Event Details page. You can also search the traffic database using PFCAP expressions.<br><br>**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12 and "Selecting the timeframe" on page 17, and "Using PFCAP Expressions" on page 151. |
| Viewing traffic graphs | The system displays a graph of this rule's traffic for the selected time period. By default, it shows the traffic for the last day. You can change the time period the system displays by selecting a different time frame.<br><br>**Reference:** See "Selecting the timeframe" on page 17. |
| Viewing alerting tables | The alerting tables show each type of alert type for which ADS has detected violating traffic. See "Types of alerts" on page 22 for descriptions of each alert type. While these tables vary depending upon alert type, most of them show the following information: |

| Column | Description |
|---|---|
| Severity | The overall severity level of the alert.<br>**Reference:** See "How Proventia Network ADS Determines Severity" on page 60. |
| Client | The IP address for client and connection violations, and the total number of unique sources for other alerts. |
| Server | The IP address or total number of unique destinations. |
| Service | The service that is involved in the alert traffic or the number of unique ports or protocols. |
| First | The time and date the system first detected traffic that violates this rule. |
| Last | The time and date the system last detected traffic that violates this rule. |
| Bytes | The total bytes of the alert traffic. |

Table 38: *Alerting tables*

| Column | Description |
|--------|-------------|
| Magnifying glass icon | Links to the Alert Details page for this alert. See "Viewing Alert Details" on page 135. |
| Selection check box | Use to include rows for accepting or clearing alerts. |

Table 3B: *Alerting tables (Continued)*

**Viewing affected groups**

The names of the affected groups are listed above the table with an info icon you can use to navigate to the info page for that group, or to the edit page to change the group object's settings.

Reference: See "Using info icons" on page 15.

**Generating ACLs**

Proventia Network ADS creates rules for some of the built-in behaviors, like floods. For these behaviors, you can generate ACLs automatically from the Event Details page.

To generate an ACL from an alerting table:

1. Select the check boxes for the alert traffic you want to create an ACL for.
2. Click GENERATE ACL.

   The View ACL page appears and displays the ACL rules the system generated.

Reference: See "Viewing ACLs" on page 122.

**Clearing alerts**

You can clear alerts once you have determined they do not pose a threat to your network. You can clear the alerts displayed in the tables for each alert type. If you clear an alert but do not update the rule, ADS continues to generate alerts for any future violations of the rule that it detects.

To clear alerts:

1. Do one of the following:
   - Select the check box for the alert row that you want to remove.
   - Select the Select All check box at the top of the table to include all alerts on this page.
2. Do one of the following:
   - Click CLEAR ALERTS to clear those on this page.
   - Click CLEAR ALL to clear all of the alerts across multiple pages.

     The system removes the alerts from the Event Details, the Activity, and the Alert Details pages.

**Recent Changes table**

The Recent Changes table displays a list of the most recent rule changes for you to reference. See "Viewing recent changes" on page 59 for a description of each column.

To see the complete list of all rule changes:

- Click the Full change log for rule link to navigate to the Log Details page.

Reference: See "Viewing Log Details" on page 132.

Chapter 15: Managing Policy Rules

| | |
|---|---|
| **Exporting alert information** | You can export the details from any of the alert tables as a CSV file. |

To export the alert information:

1. Click the Export button above the alerts table you want to export.
2. Select the location to save the file to, according to the options your browser displays.

| | |
|---|---|
| **Navigating to the Info page** | You can navigate to the Info page for clients and servers that are listed in the table. |

To navigate to the Info page:

- Click the IP address or hostname link of the client or server.
  **Reference:** See "Viewing Entity Information" on page 137.

| | |
|---|---|
| **Navigating to the Rule Editor page** | Each behavior name in the Alerting column in the Recent Changes table is presented as a link to the Rule Editor page. |

To navigate to the Rule Editor for that behavior:

- Do one of the following:
  - Click the behavior name link.
  - Click EDIT RULE.

  The Rule Editor page appears where you can change all of the rule settings, including alerting settings, for that behavior.
  **Reference:** See "Editing rules" on page 118.

| | |
|---|---|
| **Navigating to the Alert Details page** | To navigate to the Alert Details page: |

- Click the magnifying glass icon on the alert row.
  The Alert Details page for the specific alert appears.
  **Reference:** See "Viewing Alert Details" on page 135.

| | |
|---|---|
| **Navigating to the Alert Configuration page** | For flood behaviors, the Event Detail page also displays the Alert Configuration table below the alert type tables. The Alert Configuration table shows the current alerting settings ADS is applying to the behaviors. These are the default settings configured on the Policy Settings page, unless those settings have been overridden for a specific behavior or rule from an Event Details page. |

To override the default settings and apply new settings to this behavior:

- Click EDIT ALERT CONFIGURATION.
  The Alert Configuration page for this behavior appears, and displays the current settings.
  **Reference:** See "Configuring Alerting Settings for Built-in Behaviors" on page 65.

# Creating and Editing Rules

**Introduction**
You can create a rule for behaviors by defining acceptable use and then applying alerting settings on the Rule Editor page.

**User access for the Rule Editor page**
Administrators and analysts can create and edit rules as described in this topic. Users do not have rule editing privileges and cannot navigate to the Rule Editor page.

**Rule Editor page layout**
For new rules, the Rule Editor page shows a pane in which you designate the traffic you want Proventia Network ADS to watch. For existing rules, the Rule Editor page shows the configured name, description of the traffic the system is watching, and the alerting configuration. It also shows any alerting or unapproved traffic the system has detected that violates this rule. If the rule has been violated by more than one alert type, you can pivot the view to see the violating traffic for each alert type.

**Reference:** See the topic "Viewing alerts on the Rule Editor page" on page 118 for additional information.

**Navigating and searching on the Rule Editor page**
Standard navigation and searching apply on the Rule Editor page.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**Naming rules**
When you add a rule, you assign it a name. Choose one that allows you to easily identify it. The following list shows all of the characters you can use in a rule name:

- Any letters (capital or lowercase)
- Any whole numbers (0-9)
- Spaces
- Underscores (_)
- Colon (:)
- Period (.)
- Hyphen (-)
- Question mark (?)
- Pipe (|)
- Parentheses ( )
- Number/pound sign (#)
- Asterisk (*)
- Plus sign (+)
- Equal to sign (=)

**Creating a new rule**
To create a new rule:

1. Navigate to the Rule Editor page.
   Click **NEW RULE** on the Policy page.
2. Type a name for the rule.

3. In the Description box, type a description that helps identify the rule.

4. In the Traffic to Watch pane, choose one of the following options:

   ■ From to watch traffic in one direction (from A to B)

   ■ Between to watch traffic in either direction.

5. Do one of the following:

   ■ Type in the IP addresses or CIDR blocks for each entity in the From and To or Between boxes.

   ■ Click the group selector icon, and then select a group name from the pop-up window for each from/to or between entity.

6. Type the service you want to watch as a port name or number in the Service box.

7. Click CONTINUE.

   The Rule Editor page refreshes and displays the page layout for existing rules and shows all traffic that matches the rule. From here, you can edit the rule to accept behaviors for the traffic the system is watching and edit the rule's alerting configuration.

   Reference: See "Editing rules," below.

**Viewing alerts on the Rule Editor page**

The Define Acceptable Use pane shows the alerts that violate a rule, or the unapproved traffic for newly created rules the system is watching but that don't have alerting configured yet. The system creates an alert table for each type of rule violation.

For each type of alert table, the Rule Editor displays the following columns of information. The information varies depending upon the alert type.

Reference: See "Viewing alerting tables" on page 114 for a description of the table columns.

**Changing the activity view**

To change the view to see each table:

1. Select the type of activity you want to see from the Show list.

2. Select how you want the system to display the alerts from the As list.

   The pane displays the corresponding table.

**Editing rules**

You can edit system and user-created rules by adding approved traffic to the rule and updating alert configuration. Any traffic you do not explicitly accept is considered unacceptable. In this way, your overall network policy continually evolves.

You can either view unapproved traffic or alerts, depending upon the rule, and then add approved connections to the rule. For newly created rules, the system will not create alerts, because you have not yet defined alerting. The unapproved traffic option optimizes the workflow because it allows you to query the traffic and accept traffic from the results, rather than adding approved clients manually. After you accept the connections you want to include, from the results you see, you can turn on alerting to find violators.

You can accept traffic for specific hosts, for groups, or for a covering aggregate. When you accept traffic, the system updates the ACL rules and refreshes the page to show only the new violators.

If you accept traffic and enable enforcement, Proventia Network ADS sends the corresponding ACLs to your configured firewalls and switches and blocks violating traffic.

**Editing rule from traffic**

To edit rules from the detected traffic:

1. Select one of the following from the **Show** list:
   - Alerts
   - Unapproved Traffic
2. Select the type of alerts you want to see from the **As** list.
3. Enter search values in the box to filter the results.
4. Do one of the following:
   - Select specific rows for the traffic that you want to approve, and then click **APPROVE**.
   - Click **APPROVE ALL**.
   
   **Note:** This option approves all of the alerts across multiple pages.

**Editing a rule by adding approved traffic**

To edit a rule by adding new approved traffic:

1. Select the option for the alert type you want to approve from the **Approve New** list:
   - Clients
   - Servers
   - Services
   - Connections
   - Host Pairs
2. Select a client and server by using one of the following methods:
   - Type the client or server name, IP address, or CIDR block.
   - Click the group icon and select a group from the choices in the pop-up window.
3. Type the service as a port number or name in the **Service** box.
4. Click **ADD**.

**Clearing alerts**

When you clear alerts, the system removes them from the alert count totals on the Activity page.

To clear alerts:

- Do one of the following
  - Select the check boxes for the alerts you want to clear, and then click **CLEAR**.
  - Click **CLEAR ALL** to remove all alerts in the table.

Reference: See "Alert maximums" on page 112.

**Configuring rule alerting**

Every Proventia Network ADS rule has its own associated alert configuration. Each time you create a rule, the system applies the built-in behavior alerting configuration to it, unless you have specified other settings that apply to a particular rule. You can define

how you want Proventia Network ADS to create events and send alerting notifications on the Alert Configuration page.

Reference: "Adding or editing alerting settings" on page 67 for instructions.

**Navigating to the View ACL page**

You can view the ACLs that Proventia Network ADS creates when you define the acceptable use, and then copy and paste these formatted rules onto your enforcement devices. For worm behaviors, you can enforce the rules so that Proventia Network ADS updates the ACL and automatically starts filtering out violating worm traffic.

Reference: See "Viewing ACLs" on page 122.

# Enforcing Worm Behaviors

**Introduction**    You can enforce system-generated worm rules, which send the ACLs to your firewalls or switches if you have configured your Proventia Network ADS Analyzers for enforcement. While a regular Activity page shows a breakdown of the accepted and violated traffic, an Activity page for an enforced rule shows the actual traffic Proventia Network ADS accepted and denied. Proventia Network ADS issues alerts when it detects worm policy violations. You can enforce worm policy from these alerts so that the system activates the filter rules, denying the unsafe worm traffic. The filters then block the protocol used by the worm, except for wildcard any-to-server rules, for all legitimate servers on your network.

**About automatic enforcement**    You can enable Proventia Network ADS to enforce a rule and deny violating traffic automatically when it detects a worm. Before you can enable automatic enforcement, you must configure the worm protection settings. You can enable enforcement either for all worm behaviors or for a specific rule. By default, Proventia Network ADS creates server-only rules when it generates rule sets for worm behaviors. You can change your enforcement preferences on the Worm Protection Settings page.

**Procedure**    To enforce a worm rule:

- Do one of the following:
    - On the Rule Editor page, verify the **Enable Enforcement** check box is selected on the Rule Editor page, and then click **DONE**.

        **Important:** If the Enable Enforcement check box is not available, it means worm protection settings are not configured.

        **Reference:** See "Configuring Worm Protection Settings" on page 73 for these instructions.

    - On the Event Details page, click **ENFORCE**.

    The system starts filtering any unsafe traffic. You can view the approved traffic and denied traffic and traffic graphs by choosing the policy from the Activity page.

**Canceling enforcement**    When you stop enforcing a rule, Proventia Network ADS stops blocking denied traffic but continues watching the rules for the behavior and generating alerts when it detects violating traffic.

To cancel enforcement:

- Click **CANCEL ENFORCEMENT** on the Event Details page.

    The system stops automatically enforcing the rules and displays the unapproved traffic in the Alerts tables on the Event Details page.

# Viewing ACLs

**Introduction**  The View ACL page shows all of the ACL rules that Proventia Network ADS creates for a particular behavior from what is defined as acceptable traffic on the Rule Editor page.

**Navigating on the View ACL page**  Use standard navigation on the View ACL page.

See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**User access**  Administrators and analysts can view ACLs and update the ACL number. Users can view the ACLs but cannot update the ACL number.

**About ACLs**  The system displays the behavior name and the ACLs as static text. You can copy and paste the ACL rules from this page onto your configured enforcement devices.

Proventia Network ADS tries to match traffic by going through the list of rules, starting at the top. When it finds traffic that matches a rule, it stops at that point and designates that traffic as accepted or denied, as appropriate.

The following shows an example of the rule format:

```
access-list 100 deny ip host 168.198.1.42 any
```

**Editing the ACL number**  Proventia Network ADS uses the reserved ACL numbers, configured on the Worm Protection Settings page, when assigning numbers to ACL rules. You can override the number the system uses as the first rule number by choosing another number that falls within the range you assigned on the Worm Protection Settings page.

**Procedure**  To update the ACL number:

1. Type the number you want the ACL rules to begin with in the ACL Number box.
2. Click UPDATE.
   The system updates the ACL list, starting with the number you entered.



Chapter 16

# Monitoring Network and Appliance Status

## Overview

**Introduction**    The Summary page provides an overview of the current state of your Proventia Network ADS deployment, including the historical traffic across your configured devices.

**User access on the Summary page**    Administrators can perform all of the actions described in this chapter. Analysts and users can search and view the information, but cannot navigate to all of the pages described.

**In this chapter**    This chapter contains the following topics:

| Topic | Page |
|---|---|
| Viewing the Summary Page | 124 |
| Viewing Alerts on the Summary Page | 125 |
| Viewing a Summary of Network Activity | 127 |
| Viewing ADS Status | 128 |

# Viewing the Summary Page

**Introduction**

Proventia Network ADS displays the Summary page when you log on. It shows you the top alert status, system statistics, recent policy changes, and system information. The system displays important status messages at the top of the page, so you know if there are any problems that require immediate attention. These include connectivity problems, RAID failures, enforcement failures, and auto-generated policy notifications.

**Summary page layout**

The Summary page shows the status summary in a variety of tables and panes. The following table describes each area of the page:

| Pane | Description |
|------|-------------|
| System response area | Displays any critical messages. |
| Alerts table | Shows the top alerts the Analyzer has detected. |
| Network activity | Shows the current network activity in a graph and corresponding table. |
| Detectors | Shows a count of the types of behaviors Proventia Network ADS is actively watching. |
| ADS status | Shows the statistics for your Analyzer and Collectors. |

Table 39: *Summary page panes*

**Searching and navigating on the Summary page**

You can search for a rule name, the creator of a rule, or any alert types or groups, or see examples of search entries. Standard navigation and searching applies on the Summary page.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**Navigation links on the Summary page**

You can navigate to the following pages from the Summary page:

| To see this page... | Click... |
|---------------------|----------|
| Event Details | the Behavior name link in the Alerts column or the traffic minigraph. |
| Activity | the links (alerting rules and total) below the Alerts table to see the complete list of alerting rules (or behaviors) Proventia Network ADS is currently monitoring. |
| Collector summary | the More button in the ADS status pane. |
| About page | the Copyright and Legal notices link. |

Table 40: *Navigation on the Summary page*

INTERNET SECURITY SYSTEMS

# Viewing Alerts on the Summary Page

**Introduction**    The Alerts table shows a summary of the top alerts the system created for detected behavior violations.

**Searching the Alerts table**    You can search the system to see particular alerts by entering text that matches any of the values in the data table, such as group names, the creator, or alert types. The system updates the table to show only those alerts that match the search values or all alerts if you do not enter search values.

To search for specific alerts:

1. Enter the search values in the Search box.
2. Click **SEARCH**.
   Reference: See "Navigating the Proventia Network ADS Web User Interface" on page 12 for more information about navigating and searching.

**Viewing the Alerts table**    The table shows alert information that occurred during the last 24 hours. The table includes the following information for each detected alert:

| Column | Description |
|---|---|
| Severity | The relative severity the Analyzer associates with this alert, on a scale from 1-10. 1 is the least severe setting and 10 is the most severe setting.<br>**Reference:** See "How Proventia Network ADS Determines Severity" on page 60. |
| Behavior | The name of the policy the traffic is violating, as a link to the Event Details page. |
| Creator | Shows either System, ATF, or the name of the user for user-created rules. |
| Traffic Over 24 hrs | A mini graph of the traffic for the last 24 hours that links to the Event Detail page. |
| Unapproved Traffic | The average and maximum rates (in bps) of unapproved traffic for the last 24 hours. |
| Approved Traffic | The average and maximum rates (in bps) of approved traffic for the last 24 hours. |
| Alerts | The number of times that rules for this behavior have been violated. |
| First Alert | The time the system first detected the alert traffic. |
| Last Alert | The time the system last detected alert traffic or Ongoing if it is currently seeing unapproved traffic. |

Table 41: *Alerts table*

**Alerting maximums**    Proventia Network ADS logs up to one million alerts and 100,000 alerts per rule. After the system reaches either of these limits, it displays a red square in the Alert column header, the number of rules that have reached the limit, and a warning message in the behavior

row. When the limits have been reached, you must delete some alerts before the system can create new ones.

Reference: See "Clearing alerts" on page 136.

**Viewing all alerting rules**

The alerting rules summary row, located below the Alerts table, shows the number of alerting rules displayed that the system has detected over the last 24 hours, the number of alerting rules, and the total number of rules the system is monitoring. The system displays the number of alerting rules and the number of total rules as links to the Activity page that show all rules. You can filter the rules the system displays on this page to only see those currently alerting or those that are on the Watch List.

Reference: See "About the Activity Page" on page 112.

# Viewing a Summary of Network Activity

**Introduction**     The activity section shows the overall network activity level and what the system is currently monitoring.

**Network Traffic graph**     The Network Traffic graph shows the overall network traffic, in bps (bits per second) for the past 24 hours. You can identify traffic spikes at certain times, and then explore the traffic for those time periods.

Reference: See "Searching Traffic" on page 98.

**Network Activity table**     The Network Activity table shows the total traffic and number of hosts Proventia Network ADS has detected since it started monitoring your network. The table also shows the number of flows per second and packets per second it is currently detecting.

**Detectors table**     The Detectors table shows the types of behaviors Proventia Network ADS is detecting and the number that are generating alerts.

Reference: See "Built-in Behavior Descriptions" on page 62 for more information about each type of behavior.

# Viewing ADS Status

**Introduction**

The ADS Statistics section provides a snapshot view of your appliances and the information Proventia Network ADS is collecting and tracking across your network. This topic describes this information.

**Last ATF update**

The Last ATF update shows the last time (hours and date) your Analyzer retrieved updated information and the Last ATF check shows the last time your Analyzer polled the ATF server to see if there was new information. You can update the ATF interval time and poll the server on the Policy page.

**Reference:** See "Configuring Active Threat Feed Settings" on page 71.

**Last backup**

The Last backup shows the time that the system backed up Analyzer data. The Analyzer data is backed up automatically once every 24 hours. You can create a copy of the last backup file or revert to an older saved version.

**Reference:** See "Exporting and Restoring the System Configuration" on page 87 for a description and instructions.

**Total Collectors and flow sources**

This section shows you the number of configured Collectors and flow sources. The Collector total includes your Analyzer if it is functioning as a Collector and collecting data from routers or interfaces. If this is the case, the Analyzer name appears in parentheses next to the host name. Flow sources include all configured routers and any interfaces from which the Analyzer is capturing packets.

**System messages**

The system displays one of the following system messages to describe the appliance status:

| Message | Description |
|---|---|
| All system components are healthy | The appliance is functioning correctly. |
| Collector *name* is offline | The Analyzer is not receiving heartbeats from the Collector. |
| Collector *name* is up with errors | The Analyzer is receiving heartbeats, but not functioning optimally (for example, in cases of high memory usage). |
| Multiple components have problems | There are multiple components with problems. |

**Table 42:** *ADS Status system messages*

**System Status table**

You can expand and collapse the ADS Status section to display the System Status table. The System Status table shows more information for your Proventia Network Analyzer and for all Collectors. The name of each appliance appears in the table, and includes the Analyzer appliance information if it is collecting flows. This allows you to see how each appliance is performing.

The table displays the following information for each appliance:

| Column | Description |
|---|---|
| Severity | Color-coded icon with relative severity value. See "System severity values," below. |
| Hostname | The Analyzer or Collector's user-assigned host name. |
| fps | The flows per second the Collector is sending to the Analyzer (or if the Analyzer is acting as a Collector, the flows per second it is collecting). |
| pps | The packets per second the Collector is sending to the Analyzer (or if the Analyzer is acting as a Collector, the packets per second it is collecting). |
| Uptime | The time that has elapsed since the appliance was last rebooted, in days, hours, and minutes. |
| Last Seen | The last time this Collector reported to the Analyzer. |
| Status | A system-generated message that describes the overall status of the appliance. See "Summary messages," below. |
| Flow sources | Lists the number of routers or interfaces the Collectors are collecting data from. |
| Version | The current software version each appliance is running. |

**Table 43:** *System Status table*

**Note:** If an appliance is experiencing connectivity problems, Proventia Network ADS automatically displays that appliance's status information at the top of the page to immediately alert you. This prevents you from having to expand and scroll for information.

**System severity values**

Proventia Network ADS displays severity values and corresponding icons to indicate how the appliance is performing:

| Severity Value | Icon Color and Shape | What it Indicates |
|---|---|---|
| 1-3 | Green triangle, pointing down | Your appliances are functioning correctly. |
| 4-7 | Yellow square | A problem is not severe but warrants investigation. |
| 8-10 | Red triangle, pointing up | A situation requires immediate attention. |

**Table 44:** *System table severity values*

**Status messages**

Proventia Network ADS displays one of the following status messages:

- High memory usage: (`usage percentage`)
- Flow source (`name`) has problems
- High disk usage: (`amount of MB remaining`)
- Synchronize times: skew is (`amount of time`)
- Device is offline: last seen (`time last seen`)

- Multiple Problems: (*the list of problems*)
- Good



Chapter 17

# Viewing Detail Pages

## Overview

**Introduction**     The Summary, Explore, and Policy pages show you the most recent information for policy and system changes, but the Detail pages allow you to review entire logs at a greater level of detail.

**In this chapter**     This chapter contains the following topics:

| Topic | Page |
|---|---|
| Viewing Log Details | 132 |
| Viewing Details for Hosts and Services | 133 |
| Viewing Alert Details | 135 |
| Viewing Entity Information | 137 |

# Viewing Log Details

**Introduction**

The Log Detail pages show the logs of all change messages for system configuration or for a specific rule. System configuration changes include any changes made to a rule, group, port, time, or notification object.

**Types of log entries**

The type of log entries the system displays depends on how you navigate to the page. If you navigate from the Group Objects Configuration page (click the Full Change Log for Group Object link), the Log Detail page displays all group object changes. If you navigate from any other page, the system displays log messages that correspond to that page.

**Example:** If you click the log link from the Edit Port Groups page for your Windows port group, the system displays all change message log entries for only that port group.

**Navigation and searching**

Standard navigation and searching apply on all Detail pages.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**Log detail tables**

The Log Detail tables show different columns of information depending upon the log view. For the system, group, port, notification, and time object log views, the table displays the same information as the Recent Changes tables on their corresponding pages.

**Reference:** See "How Proventia Network ADS Determines Severity" on page 60 for a description of these columns.

To navigate to a corresponding Log Detail page, click the Full change log link on one of the following pages:

| Page | Description |
|---|---|
| Edit Group Objects | The changes for the specific group object. |
| Policy | All the changes for all policy rules. |
| Event Details | All the changes for a specific policy rule. |
| Edit Notification Object | The changes for the specific notification object. |
| Edit Port Object | The changes for the specific port object. |
| Time Object | The changes for the specific time object. |

**Table 45:** *Log pages*

# Viewing Details for Hosts and Services

**Introduction**

You can navigate to the host or service log details from wherever a count of hosts or services is displayed in the Web user interface. These detail pages list all hosts and services represented by the summary row on the Explore page that matched your search. You can use this information in cleanup efforts following alert or attack activity.

**Note:** If the row displays an aggregate, this page displays only the members within the aggregate that match the traffic.

**Example:** If an aggregate contains 255 members, but only 17 of them matched the search you entered, the Explore page shows 17 in the Num column, and when you navigate to the host Details page, the information for those 17 hosts is displayed.

**Searching on the host and services Details pages**

You can filter the results shown by entering search values in the box.

**Reference:** For acceptable search formats, click the More link under the search box or see "About search values" on page 17

**Host Detail page**

The host Detail page shows a list of all affected or violating hosts (clients or servers). The page title describes the host view (for example, Detail for dest 10.0.1.1) and in some cases, identifies how you navigated to this page (the rule name). The Host Detail table shows the following for each listed host:

| Column | Description |
| --- | --- |
| Client or Server | The host IP address and hostname (if known), and the info icon, which you can click to navigate to the entity Info page. |
| Groups | The names of all groups this host belongs to, with the info icon to navigate to additional views or information.<br>**Reference:** See "Using info icons" on page 15. |
| Bytes | The amount of traffic flowing through this host. |
| Bps | The rate at which traffic is flowing through this host. |

Table 46: *Host details table*

**Making groups**

To make groups from the hosts listed on the host Details page:

1. Select the host rows you want to include.
2. Type a name for the group object in the box.

   **Note:** Enter an existing name to add hosts to a group object.

   **Reference:** See "Naming group objects" on page 51.
3. Do one of the following:
   - Click **NEW GROUP OBJECT.**
   - Click **MAKE GROUP FROM ALL** to include all hosts listed on the page(s).

**Service Detail page**

The service Detail page provides a complete list of all services represented by the summary row on the Explore page. The page title describes the current view, which also

shows the services you clicked on to navigate to this page. The table shows the service type along with all objects that cover the service.

**Making port objects**    To make port objects from the services listed on the service Details page:

1. Select the service rows you want to include.

2. Type a name for the group in the box.

   **Note:** Enter an existing name to add services to a port object.

   **Reference:** See "Naming port objects" on page 81.

3. Do one of the following:

   ■ Click **NEW PORT OBJECT**.

   ■ Click **MAKE PORT OBJECT FROM ALL** to include all services listed on the page(s).

# Viewing Alert Details

**Introduction**

The Alert Detail page shows the details for all the violations that make up an alert summary row in the Alerts tables on the Event Details page.

The system displays three different types of Alert Detail pages:

- Traffic alert details for traffic violations, floods policies, and ATF policies.
- Port scan alert details for port scan behaviors.
- Host scan alert details for worms and host scan behaviors.

**Navigation and searching**

Standard navigation and searching apply on all Alert Detail pages. This includes using the links and icons that navigate and pivot the view of traffic data.

Reference: See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**Types of information shown**

The system displays different alert details in the table, depending upon the alert type. Some alert pages show traffic details with the severity, detail description, clients and servers, and the time the alert traffic was detected, and some only show affected targets.

**About creating group objects on the Alert Details page**

You can create new groups that include any or all of the clients or servers listed in the Alert Details table. Although you can create groups manually on the Group Object Configuration page, the groups you create on the Alert Details page show the traffic that hosts are involved in, so you can group them according to the way they behave.

Reference: See "Adding and Editing Group Objects" on page 51.

**Using the selection check boxes**

When creating groups, you must select the check boxes that appear next to the client or server, not the check boxes at the end of each row, as those apply to clearing or approving alerts, not to group creation. The Make Group from All button includes all hosts, including those that appear on additional pages.

**Creating group objects**

To create a group object:

1. Select the check boxes for all of the clients and servers you want to group together.
2. Enter a unique name for a new group in the text box.

   Note: Enter an existing name to add hosts to a group object.

   Reference: See "Naming group objects" on page 51.
3. Do one of the following:
   - Click **NEW GROUP OBJECT**.
   - Click **MAKE GROUP FROM ALL** to include all hosts listed on the page(s).

**Showing traffic flows**

You can see all of the traffic flows that contributed to this alert. Click the magnifying glass icon (or the View Flows link) to navigate to the Flows page where you can filter the results by searching for specific hosts or services.

Reference: See "Viewing Traffic Flows" on page 106.

**About accepting alerts**

Accept alert traffic listed in the Alerts table to update a rule. When you accept traffic, the system adds the traffic (client, server, service) to the list of acceptable traffic. ADS stops creating alerts when it sees future matching traffic.

When you select the check boxes at the end of alert rows and apply an action (clear alerts or approve), the system applies that action only to the selected rows on the current page. If you select the Select All check box (next to the Bytes column), the system applies the action to all rows on the current page.

**Accepting alert traffic**

To accept alert traffic:

1. Do one of the following:
   - Select the check box for each row that you want to include as acceptable behavior.
   - Select the Select All check box at the top of the table to include all rows on this page.
2. Click **ACCEPT**.

   The system updates the rule removes the alerts from the Event Details page.

**Clearing alerts**

You can clear alerts once you have determined they do not pose a threat to your network. If you clear an alert but do not update the rule, ADS generates alerts for any future violations of the rule that it detects.

To clear alerts:

1. Do one of the following:
   - Select the check box for the alert row that you want to remove.
   - Select the Select All check box at the top of the table to include all alerts on this page.
2. Click **CLEAR ALERTS**.

   The system removes the alerts from this page and from the Event Details page.

**Exporting alert details**

You can export the details from the table as a CSV file. Exporting this information can help you cleanup following a worm infection or other type of attack, or you can use this information for compliance auditing, or in reports. When you export alerts, the system includes all alerts from the table in the file, not just those on the current page.

To export the alert details:

1. Click **EXPORT**.
2. Specify how you want to save or open the file, according to the choices your browser displays.