# Viewing Entity Information

**Introduction**

The Info page provides information about how an aggregate (or host) is behaving. This page shows the services the aggregate is a client and a server of, as well as the number of events the aggregate is involved in. The system presents this information in both a table format and as a pie graph.

**Info page layout**

The Info page displays a traffic graph that shows the total traffic the aggregate or host has been involved in for the selected time frame and pie charts that show how the entity is being used. These include the following:

| Chart Name | Description |
|---|---|
| Top Server Services | The top services the host is a server of. |
| Top Client Services | The top services the host is a client of. |
| Top Servers Used | The top servers the host is using. |
| Top Clients Served | The top clients the host is serving. |
| Top Events | The ongoing events the host is involved in. |
| Top Vulnerabilities | The hosts that SiteProtector determines are vulnerable. Reference: See "Additional SiteProtector information" on page 138 for a complete description. |

*Table 47: Entity information pie charts*

**Navigating on the Info page**

Standard navigation and time controls apply on the Info page.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12.

**Updating the entity information shown**

The system displays the aggregate or host address at the top of the page and lists any groups they contain or are members of. The system displays the information using the default *Last* time frame that covers the most recent 24 hours. You can update the information by changing the timeframe.

**Changing the timeframe**

To change the timeframe for the entity information displayed:

1. Click the clock icon to toggle to the desired time frame.

   **Reference:** See "Selecting the timeframe" on page 17.

2. Type or select the period for which you want to see information.

3. Click **UPDATE**.

**Viewing the entity info tables**

The tables below the graphs show these top entities with additional details, appropriate to the type of table. The Other rows include a Show all link that you can click to expand the table to see the other services that weren't active enough to be in the top number shown. The tables display the client, server, and service names as a link that you can click to navigate to either another Info page or the Explore page that shows the host information.

**Note:** You can only expand one Other row at a time. When you expand a new row, the current row collapses.

**Additional SiteProtector information**

If you have SiteProtector configured, the Info page provides additional entity information. This includes SiteProtector information incorporated into the Events graph and table, and an additional table that shows SiteProtector vulnerabilities for that host. The Events table incorporates SiteProtector data in the display of ongoing events the host is involved in. It shows the number of times that host has been involved in the violating traffic for that event. You can click the event name to navigate to its Event Details page.

The Vulnerability table shows any hosts that SiteProtector considers vulnerable. It scans hosts to find which types of attacks a host is vulnerable to on certain services. When a host uses that service, SiteProtector tags it as a vulnerable host. Hosts listed on this page might require further investigation.

**Important:** SiteProtector information is not displayed when the query contains more than 255 IP addresses. The system displays a message when this occurs.



## Chapter 18

# Creating and Viewing Reports

## Overview

**Introduction**    Proventia Network ADS continually collects detailed host-to-host traffic data. The Reports pages allow you to generate reports from this traffic data to help you monitor how your network is being used. You can either create one-time reports or report templates that you can use to generate standard reports at specifically scheduled times.

**Reports pages**    The Reports menu contains three pages:

| Page | Description |
| --- | --- |
| Create | Create a report or report template. |
| List | View or delete existing reports. |
| Manage | Update existing report templates or recreate a report. |

Table 48: *Report pages*

**User access on the Reports pages**    Administrators and analysts can perform all actions described in this chapter. Users can create and view reports, but they can only delete reports they create.

**In this chapter**    This chapter contains the following topics:

| Topic | Page |
| --- | --- |
| About the Reports:Create Page | 140 |
| Types of Reports | 141 |
| Creating Reports | 142 |
| Viewing Listed Reports | 144 |
| Viewing Reports | 146 |
| Managing Scheduled Reports | 148 |

# About the Reports: Create Page

**Introduction**    The Reports: Create page allows you to create a one-time report or a report template that you can schedule to run on a regular basis.

**Create page layout**    Proventia Network ADS displays the name of each report type as a button along the left side of the page. Some report types are menus that contain a list of reports. When you choose a report type, the system displays the corresponding pane for you to complete that includes the information appropriate to the report type.

**Note:** By default, if you do not select a page when you select the Reports tab, the system displays the List page.

**Pane sections**    Each report pane has three sections:

| Section | Description |
|---------|-------------|
| Setup | Use to customize the data you want the system to include in the report. |
| Filter | Use to choose filter options to limit the report results to specific entities (host, services, etc.) |
| Schedule | Use to choose the time and frequency Proventia Network ADS generates reports (report or template). |

Table 49: *Report pane sections*

**Using the report panes to customize data**    Use the report form to customize the report. You can generate higher-level, overview types of reports, or very specific reports that include the type of entity, how many entities you want to see, and a corresponding time period in which to see the data.

The following examples show how you can build upon a basic report to include more specific data and to generate a recurring report:

● To create a basic version of a host Traffic report, choose the top ten hosts for the last 24 hours.

● To create a more advanced version of the same Traffic report, add a filter that limits the results to hosts within a specific group object.

● To schedule the Traffic report, set it to generate daily and email the report to your system administrator.

**About report templates**    Templates allow you to create recurring reports that your network users can re-run. They also allow you to schedule how often you want the system to automatically generate them and who you want the system to email the reports to.

# Types of Reports

**Introduction**     This topic provides a description of the types of reports you can generate to monitor your network activity and to help you understand how it is being used.

**Report types**     You can create many types of reports from the traffic that Proventia Network ADS collects:

| Report | Description |
|---|---|
| Recent Templates | The most recently generated reports or used templates. When you select a recent template, the system creates the report. |
| Traffic | A traffic report with the specified top entities, counts, and traffic over a specific time period. |
| Top Talkers | The top $x$ number of hosts, users, TCP services, or UDP services, and destination ports on your network. |
| Drilldown Summary | The network's top traffic contributors. This report shows the top three services on the network, then the top three servers of those services, then the top three clients of each of the servers (for those services). |
| Details | The detailed traffic information for either a host, service, or group object for a specified time period. |
| Entity to Entity | The traffic between two entities (host addresses, groups, IP addresses, or CIDRs) for the specified time period. |

Table 50: *Types of reports*

**How Proventia ADS matches traffic for entity-to-entity reports**     For entity-to-entity reports, when the system looks for matching traffic in the database, it tries to match traffic in the following order:

1. IP addresses
2. CIDR blocks
3. hostnames
4. group names

If the system does not recognize the value you enter in one of the fields as an existing IP, CIDR, or host name, it assumes it is a group. If it is not a group, but the system does not recognize what you entered, it displays an "invalid group" error message.

# Creating Reports

**Introduction**  This topic describes options for creating reports, and gives the procedures for creating reports and report templates.

**Limiting results**  When limiting results to a specific entity or to traffic between specific entities, you can add multiple filter entries. The system combines each filter entry in an AND (not OR) fashion. You can select the entities from the displayed lists or use the free-form option to enter your own.

**Procedure**  To create a report:

1. Select Report→ Create.

    The Reports: Create page appears.

2. Select the type of report or report name you want to create from the list.

    The corresponding pane appears.

3. In the Setup section, select one of the following from the **Show** list:

    ■ **Top** to see the highest traffic generators, and then select the number of top entities to include.

    ■ **Bottom** to see the lowest traffic generators, and then select the number of bottom entities to include.

4. Verify the correct entity is selected from the list.

5. Select the time period you want to use from the **During** list.

6. In the Filter section, select the type of entity you want to limit the results to from the **Limit to** list.

7. Type the corresponding values in the box.

8. For **Traffic Between** filters, do one of the following.

    ■ Select two entities from the lists.

    ■ Select Freeform, and then type in the value.

        Enter the value as any valid IP address, CIDR, host name, or group name.

    ■ Click the form icon to redisplay the list of entities.

9. Do one of the following:

    ■ Click the plus sign (+) to add additional filters.

    ■ Click the minus sign (-) to remove an existing filter.

10. In the Schedule section, choose one of the following from the **Create as** list:

    ■ **report** to generate a one-time report, and then move to Step 15.

    ■ **template** to generate a recurring report.

11. For a template, type a unique name for the template in the **Named** box.

    **Caution:** If you create a report and assign it the same name as an existing template, the new report replaces the template.

    You can include spaces in report names, but you cannot include the underscore character (_).

12. Select how often you want the system to create the report from the **Repeat** list.

13. Select the time you want the report created from the **At** (times) lists.

14. Type the report recipients email addresses in the **Email to** box.

    **Tip:** Enter multiple addresses as a comma-separated list of email addresses.

15. Click **CREATE**.

    The system displays the report status sheet to show when your report is complete.

    **Reference:** See "Viewing Listed Reports" on page 144 for a description of the report status sheet.

# Viewing Listed Reports

**Introduction**  This topic describes the status sheet, the Reports List page, and it provides the instructions for reviewing and exporting report data.

**Viewing the List Page**  The Reports: List page shows a table that lists all reports in the system including completed reports, queued reports, and those other users have created.

**Report maximums**  Proventia Network ADS saves and displays the most recent 500 reports, 50 per page. These include any reports you set up as a template to run on a recurring schedule. Once your list exceeds 500, it deletes the oldest reports. The system also deletes reports once they are six months old. The table lists each report as a row that includes an option button, the system-generated ID number, a description of the report, the status, and (for administrative users) a delete icon.

**Report status**  The system displays the status as either Completed (with the time it was completed), Executing, or Queued.

Reference: See Table 51, below, for information about what each status means.

**Status sheet**  When you run a report, Proventia Network ADS returns you to the List page and displays the status sheet. The status sheet displays a table that shows the following:

| Column | Description |
|---|---|
| ID | The system-assigned number for this report. |
| Description | The system-generated description or the user-assigned template name for the report. The description is displayed as bold text if it has not been viewed.* |
| Status | Shows one of the following:<br>• Executing for those currently running.<br>• Queued for those waiting to be run.<br>• Completed with the completion time for reports that have finished running and are available for viewing. |
| Selection check box | Use to stop or cancel a running or queued report. |

Table 51: *Report status*

**Viewing the report**  Once the report is completed, you can view it.

To view the report:

• Click the description link.

Reference: See "Viewing Reports" on page 146.

| | |
|---|---|
| Navigating on the Reports: List page | When the amount of reports exceeds the amount that the system can display on one page, Proventia Network ADS displays the page navigational tools in the upper-right corner of the page that you can use to page forward and backward or navigate to a particular page. |
| | **Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12. |
| Deleting or canceling a report | To delete a completed report or cancel a report that is running: |

1. Select the check box on the report row.
2. Click **DELETE**.

# Viewing Reports

**Introduction**

The View page displays a selected report's content with its corresponding tables and graphs.

**About report icons**

This page displays sheet icons next to some of the table entries. These icons link to additional report data for that entry.

**Example:** If you are viewing a top services graph and HTTP is listed in the table below the graph, then you can click the form icon next to HTTP to see the top servers of HTTP traffic.

**Important:** Any time you create a sub report by clicking the report icon, Proventia Network ADS displays the most recent data that corresponds to the report period. For example, if you are looking at a report for the top services for the last 15 minutes that is 3 hours old (was run 3 hours ago), and you click the form icon for the top servers of HTTP, the system displays the top HTTP servers for the past 15 minutes, not for the original time period (3 hours ago).

**Using the report icons**

The report icons at the bottom of the Reports: View page allow you to use report data in a number of ways:

| Icon | Function |
|------|----------|
| Detach | Opens and displays the report in a new browser window. |
| Email | Sends the report and any comments you enter to the designated recipients. |
| Print | Opens the print window for you to specify the print properties and print the report. |
| Recreate | Allows you to change the report's settings, and then generate the report. |
| Export icons | Exports the report data in the selected format. |

Table 52: *Report icons*

**Using report pop-up menus**

If there are multiple types of drill-down data for one table entry, the system displays a pop-up menu that lists the different types of data for you to choose from. Choose the type of information from the pop-up menu (for example, Top Hosts) to creates the report with the additional data.

**Reference:** "Status sheet" on page 144 for information about that page.

**About monthly data in reports**

When you are looking at reports that show data for monthly time periods, the date range the system displays might not always correspond to the time period the data shows. The system stores monthly data in one month boundaries that correspond to how long you have been using Proventia Network ADS.

**Example:** If you initialized your system on Jan. 13, today is May 15, and you run a report for the "last six months," the report Proventia Network ADS generates shows the date range as Jan. 1 - May 14. However, since the system has no data from before January 13, it really shows data for the period of Jan. 13 - May 14.

INTERNET SECURITY SYSTEMS

**Emailing a report**    To email reports, you must have an SMTP server set.

To email a report:

1. Click the Email report icon.
   The email window opens.
2. Type the recipients email address in the **Email to** box.
   **Tip:** Enter multiple recipients as a comma-separated list of email addresses.
3. Type any comments you want to send in the **Comments** box.
4. Click **SEND**.

**Recreating a report**    Recreating reports allows you change the report settings. This includes renaming, further defining, or scheduling a report.

To recreate a report:

1. Click the Recreate report icon.
   The Create page appears with the report pane prepopulated with the current information.
2. Update any report settings, and then click **CREATE**.
   **Reference:** See "Creating Reports" on page 142 for these instructions.

**Exporting reports**    To export a report:

1. Do one of the following:
   - Click the CSV icon to export the report data in a CSV file.
   - Click the PDF icon to export the report data in a PDF file
   - Click the XML icon to export the report data in an XML file.
2. Save the file according to the choices your browser displays.
   In some cases, a new window might open that displays the data.

Chapter 18: Creating and Viewing Reports

# Managing Scheduled Reports

**Introduction**

This topic describes the Reports: Manage page and the actions you can perform.

**About the Reports: Manage page**

Templates allow you to define a report and set it up to automatically run at specified times. The Manage page shows all existing report templates and allows you to change a template's settings.

**Reference:** See "Creating Reports" on page 142 for instructions to run a report template without making changes to the current settings.

**Navigating on the Reports: Manage page**

When the number of report templates exceeds the amount that the system can display on one page, use the page navigational tools in the upper-right corner of the page to page forward and backward or navigate to a particular page.

**Reference:** See "Navigating the Proventia Network ADS Web User Interface" on page 12 for additional information.

**Report templates table**

The table shows the following information:

| Column | Description |
| --- | --- |
| ID | Shows the system-assigned ID number of the report. |
| Description | The user-assigned report name or system-assigned name. |
| Period | How often the system creates the report. |
| Email | The email addresses for all recipients scheduled to receive the report. |
| Selection check box | Use to delete reports. |

Table 53: *Report templates table*

**Changing report template settings**

To change a report's settings:

1. Click the template Description link.

   The Create page appears with the report pane prepopulated with the current information.

2. Update any report settings.

   Reference: See "Creating Reports" on page 142 for these instructions.

3. Click **CREATE**.

**Deleting a template**

To delete a template:

1. Select the check box on the template row.

2. Click **DELETE**.

   ADS removes the template, but saves all reports already generated from the template.



# INTERNET
# SECURITY
# SYSTEMS®



# Appendixes



Appendix A

# Using PFCAP Expressions

## Overview

**Introduction**

Some of the Web user interface pages allow you to search by entering PFCAP expressions for the system to use to match traffic. You can enter the traffic values, such as a specific type of traffic (TCP), the name of a group object, or a specific host that you want to search for in the Search text box, and the system returns all matching traffic. The system displays the expression it uses to match traffic at the top of the page, similar to a page title.

**In this appendix**

This appendix contains the following topics:

| Topic | Page |
|---|---|
| Searching by Using PFCAP Expressions | 152 |
| Example Expressions | 155 |

# Searching by Using PFCAP Expressions

| | |
|---|---|
| **Introduction** | This topic describes how to construct a PFCAP expression and how Proventia Network ADS evaluates them. |
| **Pages that allow PFCAP searching** | You can search by entering PFCAP expressions on the following pages: |

- Explore
- Policy
- Host Detail
- Alert Detail
- Flows

You can also use the search boxes on these pages to further filter the matching results, adding to the existing search expression. When you enter an additional value in the text box and click **SEARCH**, the system appends and updates the existing expression and shows the new matching traffic. In addition to adding Search expressions, you can **CLEAR** the Search text box to enter a new PFCAP expression and start again.

| | |
|---|---|
| **Joining expressions** | When entering PFCAP expressions that specify the traffic you want Proventia Network ADS to match, use the following to join or describe expressions: |

- OR—joins expressions together, either can be true. You can also enter multiple search values as a comma-separated list.
- AND—joins expressions together, both are true.
- NOT—negates an expression.
- (parentheses)—establishes precedence for complicated expressions.

| | |
|---|---|
| **How Proventia ADS evaluates expressions** | Proventia Network ADS evaluates rules with ANDs and ORs with equal precedence, and it evaluates them from left to right. If you are using a combination of adjacent objects with AND and OR conjunctions, use parentheses so the system knows the explicit order. |
| | If you have not specified an AND or an OR conjunction, Proventia Network ADS uses an OR if the objects are the same type and an AND if they are different types. This is called merging. |
| **How ADS evaluates objects** | Table 54 shows the types of objects. Objects that appear in the same row would be ORd together, and objects on different rows would be ANDd together. |

| Direction | Type |
|---|---|
| Source | IP address, group object |
| Destination | IP address, group object |
| Both source and destination | IP address, group object |
| Source | Port, port object |
| Destination | Port, port object |

**Table 54:** *How objects are merged*

INTERNET SECURITY SYSTEMS

| Direction | Type |
|---|---|
| None | Protocol |
| None | TCP flags |
| None | ICMP type |
| None | ICMP code |

Table 54:  *How objects are merged  (Continued)*

Examples

Proventia Network ADS would interpret this expression:

`port 22 1.1.1.1 2.2.2.2 port 333`

as this:

`(port 22 or port 333) and (1.1.1.1 or 2.2.2.2)`

and it would interpret this expression:

`group webservers portgroup www-ports port 333 1.1.1.1`

as this:

`(portgroup 1.1.1.1 or port 333) and (group webservers or 1.1.1.1)`

Expressing direction

You can also use a variety of synonyms to express direction for IPs, groups (host and port), ports, and users.

To specify a source, you can enter any of the following specifiers:

- src
- source
- from
- client

Direction examples

The following examples show how to express directions.

Entering "`src 1.2.3.4`" is equal to entering "`from 1.2.3.4`".

To specify a destination, you can enter any of the following specifiers:

```
dst
dest
destination
to
target
server
```

If you do not set a direction for IP addresses, host groups, or users, Proventia Network ADS uses both source and destination.

Example: If you entered IP address" 1.2.3.4", the system interprets it as:

`(src 1.2.3.4)` or `(dst 1.2.3.4)`

If you do not set a direction for ports or port groups, Proventia Network ADS uses the destination.

Example: If you entered "port 33", the system interprets it as:

(dst port 33)

Example: If you entered "portgroup www-ports" the system interprets it as:

(dst portgroup www-ports)

# Example Expressions

**Introduction**    This topic provides examples of the types of PFCAP expressions you can enter to search the Proventia Network ADS traffic database and to create rules.

**Group objects**    For groups, enter the group name, or you can enter the **group** specifier, followed by the group name To search for a group whose name contains spaces, you must surround the group name in quotation marks (for example, "web servers").

To search for a group called webservers, enter one of the following:

```
webservers
```

```
group webservers
```

In this case, the system matches any source or destination that is part of the *webservers* group.

**Note:** If you use the "group" specifier but the system cannot find a valid group by that name, it looks for that name as a port group.

**Port objects**    For port groups, enter either the port group name, or you can enter the **portgroup** or **pgroup** specifiers, followed by the port group name.

To search for a port group called **www-ports**, enter one of the following:

- `www-ports`
- `portgroup www-ports`
- `group www-ports`

In this case, the system matches any source or destination that is part of the *www-ports* port group.

**Hosts or CIDRs**    For hosts, enter either the IP address, the group name, or specify whether it is the source or destination by typing any of the source or destination specifiers listed in the section "Expressing Direction," followed by the IP address or group name. You can also enter networks in CIDR notation (IP /(slash) number) or by specifying that it is a host IP by entering the keyword **host**.

To search for a network, enter:

```
198.168.1.0/24
```

The system matches any source or destination that is part of the 198.168.1.0/24 network.

To further filter the results to only show the network as a source, you can enter the **src** specifier before the network in the Search text box:

```
src 198.168.1.0/24
```

**Ports**

Enter ports with the keyword **port** followed by the port name or number. You can enter a port range by entering **port** followed by the beginning port number, .. (dot dot) and the port at the end of the range.

You can also specify whether you want the system to match ICMP types and ICMP codes as either numbers or ranges, by entering the **icmptype** or **icmpcode** specifiers, and then following with either a number or a number range.

To search for port 22, enter:

```
port 22
```

To specify destination port 22, enter:

```
dst port 22
```

To search for port ranges 0-1024, enter:

```
port 0..1024
```

You can also enter descriptions such as **ssh** as a quick search for TCP and port 22, or you can enter the same search as:

```
TCP and port ssh
```

To search for web traffic on IP address 1.2.3.4, port 22, enter:

1.2.3.4 port 22

To search for any traffic with a destination IP address of 1.2.3.4 and a destination port of either 22 or 80, enter:

```
dst 1.2.3.4 port 22, www
```

To match either source 1.2.3.4 or source 1.2.3.5 and destination group accounting on port 80, enter:

```
(src 1.2.3.4 or src 1.2.3.5) and dst accounting port 80
```

The system matches any traffic from either 1.2.3.4 or 1.2.3.5 with a destination port of 80 in the accounting group.

To search for ICMP Echo Request traffic, enter:

```
icmptype 8
```

**Protocols**

Enter protocols by entering the keyword **proto** followed by the protocol name or number.

To search for protocol 6 traffic, enter one of the following:

- tcp
- proto tcp
- proto 6

INTERNET SECURITY SYSTEMS

**Using Specifiers for Duplicate Values**   If you enter a value in the search text box that is ambiguous (could match multiple types of traffic), the system displays a message to inform you of this and includes all traffic for the values and adds the appropriate specifiers.

**Example:**

If you have a group named "webservers" and you also have a port group named "webservers," and you enter "webservers" in the Search box without specifying whether you want results for the group or the port group, the system returns traffic for both and inserts the specifiers (**group** and **portgroup**) in the results. In this case, it would display:

"group webservers" or "portgroup webservers"

You can then delete whichever value you do not want and click SEARCH and Proventia Network ADS updates the page to show only the requested matching traffic.

Appendix A: Using PFCAP Expressions



# Glossary

## a

**ACL (Access Control List)**—A list composed of rules and filters stored in a router to allow, deny, or otherwise regulate network traffic based upon network parameters such as IP addresses, protocol types, and port numbers.

**address**—A coded representation that uniquely identifies a particular network identity.

**Analyzer**—A centralized device that accepts event messages from one or more Collectors and performs second-order traffic analysis in order to identify and visualize potential attacks.

**anomaly**—An event or condition in the network that is identified as an abnormality when compared to a predefined illegal traffic pattern.

**API (Application Programming Interface)**—A well-defined set of function calls providing high-level controls for underlying services.

**ARP (Address Resolution Protocol)**—A protocol for mapping an IP address to a physical machine address.

**ADOS (Anomaly Detection System)**—The Proventia Network ADS Operating System. ADOS manages many of the low-level system processes and communication facilities.

**ASCII (American Standard Code for Information Interchange)**—A coded representation for standard alphabetic, numeric, and punctuation characters.

**Authentication**—An identity verification process.

## b

**Behavior**—Who hosts on your network talk to and how they talk to them. When Proventia Network ADS sees behavior that does not match existing rules, it sends event notifications to the operator for action.

**Black hole routing**—A technique to route traffic to null interfaces that can never forward the traffic.

## c

**CAR (Committed Access Rate)**—A tool for managing bandwidth that provides the same control as ACL with the additional property that traffic can be regulated based on bandwidth usage rates in bits per second.

**CIDR (Classless Inter-Domain Routing)**—Method for classifying and grouping Internet addresses.

**cflowd**—Developed to collect and analyze the information available from NetFlow. It allows the user to store the information and enables several views of the data. It produces port matrices, AS matrices, network matrices, and pure flow structures.

**Collector**—A device that gathers network information from adjacent routers via NetFlow™ and performs first-order traffic analysis. Anomalous events are compressed into event messages that are then sent to the listening Analyzer.

**customer**—An ISP, ASP, or enterprise user of ISS technology.

# d

**Dark IP**—Regions of the IP address space that are reserved or known to be unused.

**DNS (Domain Name System)**—A system that translates numeric IP addresses into meaningful, human-consumable names and vice-versa.

**DoS (Denial of Service)**—An interruption of network availability typically caused by malicious sources.

# e

**encryption**—The process by which plain text is scrambled in such a way as to hide its content.

**exploit**—Tools intended to take advantage of security holes or inherent flaws in the design of network applications, devices, or infrastructures.

# f

**firewall**—A security measure that monitors and controls the types of packets allowed in and out of a network, based on a set of configured rules and filters.

# i

**ICMP (Internet Control Message Protocol)**—An IP protocol that delivers error and control messages between TCP/IP enabled network devices, for example, ping packets.

**IP (Internet Protocol)**—A connectionless network layer protocol used for packet delivery between hosts and devices on a TCP/IP network.

**IP Address**—A unique identifier for a host or device on a TCP/IP network.

# l

**LAN (Local Area Network)**—A typically small network that is confined to a small geographic space.

# m

**MAC (Media Access Control) Address**—A unique hardware number associated with a networking device.

**MPLS (Multiprotocol Label Switching)**—A packet-switching protocol developed by the Internet Engineering Task Force (IETF) initially to improve switching speeds, but other benefits are now seen as being more important.

**NetFlow**—A technology developed by Cisco Systems, Inc. that allows routers and other network devices to periodically export information about current network conditions and traffic volumes.

INTERNET SECURITY SYSTEMS

**NTP (Network Time Protocol)**—A protocol that is used to synchronize clock times in a network of computers.

# p

**PFCAP (Flow Capture) Filter**—A string-based, regular expression used to filter traffic on your Proventia Network ADS Analyzer appliance.

**packet**—A unit of data transmitted across the network that includes control information along with actual content.

**password**—A secret code used to gain access to a computer system.

**policy**—The set of behaviors that network operators determine to be acceptable or unacceptable for their network and are the standard that Proventia Network ADS measures host behaviors against.

**protocol**—A well-defined language used by networking entities to communicate with one another.

# r

**RADIUS (Remote Authentication Dial In User Service)**—A client/server protocol that enables remote access servers to communicate with a central server to authenticate dial-in users and authorize their access to the requested system or service.

**refinement**—The process of continually gathering information about prior anomalous activity seen.

**report**—A periodic summary of anomalous activity on the network.

**router**—A device that connects one network to another. Packets are forwarded from one router to another until they reach their ultimate destination.

**rules**—The traffic flows that are either allowed or denied that serve as the standards Proventia Network ADS uses to determine when behavior matches the current policy.

# s

**SNMP (Simple Network Management Protocol)**—A standard protocol that allows routers and other network devices to export information about their routing tables and other state information.

**SSH (Secure Shell)**—A command line interface and protocol for securely getting access to a remote computer. SSH is also known as Secure Socket Shell.

# t

**TACACS+ (Terminal Access Controller Access Control System +)**—An authentication protocol common to Unix networks that allows a remote access server to forward a user's logon password to an authentication server to determine whether that user is allowed to access a given system.

**Target**—A victim host or network of a worm or other malicious denial of service (DoS) attacks.

**TCP (Transmission Control Protocol)**—A connection-based, transport protocol that provides reliable delivery of packets across the Internet.

**TCP/IP**—A suite of protocols that controls the delivery of messages across the Internet.

# U

**UDP (User Datagram Protocol)**—An unreliable, connectionless, communication protocol.

**UNC (Universal Naming Convention)**—A standard which originated from the UNIX for identifying servers, printers, and other resources in a network. A UNC path preceeds the name of the computer with double slashes or backslashes. The path within the computer are separated with a single slash or backslash, as follows:

| | |
|---|---|
| in UNIX, | `//servername/path` |
| in Windows and DOS, | `\\servername\path` |

# X

**XML (eXtensible Markup Language)**—A metalanguage written in Standard Generalized Markup Language (SGML) that allows one to design a markup language for easy interchange of documents on the World Wide Web.



# Index

## symbols
108

## numerics
1  151

## a
about
  Activity page   112
  built-in behaviors   20
  configuring alerts   21
  Explore page   96
  group contents   51
  Group Objects Configuration page   50
  Notification Objects Configuration page   38
  notification types   40
  Policy page   58
  Services page   90
  severity settings   60
accepting
  alerts   136
Accounts
  table   28
ACLs
  editing numbers   122
  generating   115
  viewing   122
Activity
  table   112
Activity page
  about   112
adding
  email notifications   41
  group objects   51
  notification objects   41
  port objects   81
  services   91
  SNMP notifications   41
  syslog notifications   42
  time objects   47

  user accounts   29
ADS
  how determines severity   60
  status messages   129
ADS status
  viewing   128
aggregated data
  example   103
  searching   102
  viewing   102
alert
  maximums   112
  types of   22
alert details
  exporting   136
  viewing   135
alert types
  severity   60
alerting
  built-in behaviors   64
  icons   22
  maximums   125
  table   64, 114
alerting terms
  definitions   20
Alerts
  table   125
alerts
  accepting   136
  clearing   115, 136
  exporting   116
  Summary page   125
Analyzers
  defined   5
appliance
  status   128
ATF
  configuring alerting   67
ATF behavior rules
  how ADS generates   58
ATF settings
  configuring   71

# b

behavior
  tables  58
behaviors
  deleting  113
Between
  timeframe  100
breadcrumb trail
  using  14
built-in behaviors
  about  20
  alerting  64
  configuring alerting  65
  descriptions  62

# c

canceling
  enforcement  121
  reports  145
choosing
  passwords  29
clearing
  alerts  115, 136
Collectors
  defined  5
configuring
  alerts  21
  ATF settings  71
  general settings  86
  group objects  49
  Microsoft SQL  34
  passive host discovery  36
  policy settings  57
  rate alerting  69
  services  89
  SiteProtector communication  35
  SQL settings  34
  time objects  45
configuring alerting
  ATF  67
  built-in behaviors  65
  user-defined rules  67
controls
  navigation  14
conventions, typographical
  in commands  ix
  in procedures  ix
  in this manual  ix
creating

  group objects  108
  port objects  108
  reports  142
  rules  117

# d

definitions
  alerting terms  20
deleting
  behaviors  113
  group objects  55
  port objects  84
  reports  145
  services  91
  templates  148
  time objects  48
  users  31
descriptions
  built-in behaviors  62
  links  100
Details
  host table  133
details
  hosts  133
  services  133
Duration
  timeframe  99

# e

editing
  ACL numbers  122
  group objects  51
  notification objects  41
  port objects  81
  rules  117, 119
  time objects  47
  user accounts  29
email
  notifications  40
  reports  147
email notifications
  adding  41
enforcement
  canceling  121
enforcing
  worms  121
event details
  viewing  114
example

INTERNET SECURITY SYSTEMS

aggregated data  103
Explore page
  about  96
exporting
  alert details  136
  alerts  116
  flows  107
  group objects  53
  host relationships  105
  port objects  82
  reports  147
  services  91
  system configuration  87

## f

flood descriptions  62
flows
  details table  106
  exporting  107
  searching  107
  viewing  106

## g

general settings
  configuring  86
generating
  ACLs  115
graph controls
  using  98
group objects
  adding  51
  configuring  49
  creating  108
  deleting  55
  editing  51
  exporting  53
  importing  53
  merging  53
  naming  51
Group Objects Configuration page
  about  50
groups
  about contents  51
  user  28

## h

help

  using  15
host
  details  133
host relationship
  details table  104
host relationships
  exporting  105
  searching  104
  viewing  104
host scan descriptions  62
hosts
  searching  98

## i

icons
  alerting  22
importing
  group objects  53
  port objects  82
  SiteProtector groups  53
Info page  137
  SiteProtector  138
information
  sorting  14
initial setup
  recommended  23
Internet Security Systems
  technical support  x
  Web site  x

## l

Last
  timeframe  99
link
  descriptions  100
log details
  viewing  132

## m

managing
  policy rules  111
  reports  148
maximums
  alert  112
  alerting  125
  report  144
merging
  group objects  53

port objects   82
MIBs
   saving   39
   viewing   38
Microsoft SQL
   configuring   34
mode
   standalone   5
   two-tier   5
monitoring
   network status   123

# n

naming
   group objects   51
   notification objects   41
   rules   117
   time objects   47
navigation
   controls   14
network
   activity summary   127
notification object
   table   38
notification objects
   adding   41
   editing   41
   naming   41
Notification Objects Configuration page
   about   38
notification types
   about   40
notifications
   email   40
   SiteProtector   40
   SNMP   40
   syslog   40

# o

over
   rate alerts   69

# p

pages
   refreshing   14
passive host discovery
   configuring   36
passwords

   choosing   29
PFCAP Expressions
   Searching with   151
PFCAP expressions
   searching   98
   using   151
Policy page
   about   58
policy settings
   configuring   57
pop-up menus
   reports   146
Port objects
   table   80
port objects
   adding   81
   deleting   84
   editing   81
   exporting   82
   importing   82
   merging   82
port scan descriptions   62

# r

rate alerting
   configuring   69
rate alerts
   over   69
   under   69
rebooting
   system   87
recent changes
   viewing   59
recommended
   initial setup   23
recreating
   reports   147
refreshing
   pages   14
report
   canceling   145
   deleting   145
   maximums   144
   pop-up menus   146
   templates   140
report aggregate
   using   51
report icons
   using   146
reports
   creating   142

emailing  147
exporting  147
managing  148
recreating  147
types  141
viewing  144, 146
restoring
system configuration  87
rule
status  113
rules
creating  117
editing  117, 119
managing  111
naming  117

# S

saving
MIBs  39
searching
aggregated data  102
flows  107
host relationships  104
hosts  98
PFCAP expressions  98
services  98
traffic  95, 98
using timeframes  99
See  28
service
details  133
services
adding  91
configuring  89
deleting  91
exporting  91
searching  98
table  90
uploading  91
Services page
about  90
severity
alert types  60
how ADS determines  60
values  129
severity settings
about  60
SiteProtector
configuring communication with  35
Info page  138

notifications  40
SiteProtector groups
importing  53
SNMP
about agent community  86
notifications  40
SNMP notifications
adding  41
sorting
information  14
SQL settings
configuring  34
standalone
mode  5
Status
table  128
status
ADS  129
appliance  128
monitoring network  123
rule  113
status sheet  144
summary
network activity  127
Summary page
alerts  125
navigation links  124
viewing  124
syslog
notifications  40
syslog notifications
adding  42
system
exporting configuration  87
rebooting  87
restoring configuration  87
System events  63

# t

table
Accounts  28
Activity  112
alerting  64, 114
Alerts  125
Details  133
flow details  106
host relationship details  104
notification object  38
Port objects  80
Report templates  148
Services  90

Status 128
Time Objects 46
tables
    behavior 58
technical support, Internet Security Systems x
templates
    deleting 148
    reports 140
Time Objects
    table 46
time objects
    adding 47
    configuring 45
    deleting 48
    editing 47
    naming 47
timeframe
    Between 100
    Duration 99
    Last 99
timeframes
    searching 99
traffic
    searching 95, 98
two-tier
    mode 5
types
    alerts 22
    reports 141
typographical conventions ix

# U

under
    rate alerts 69
uploading
    service files 91
user
    groups 28
user accounts
    adding 29
    editing 29
User Accounts page
    navigating
            navigating
                User Accounts page 28
user-defined rules
    configuring alerting 67
users
    deleting 31
using
    breadcrumb trail 14

graph controls 98
help 15
PFCAP expressions 151
report aggregate 51
report icons 146

# V

values
    severity 129
viewing
    ACLs 122
    ADS status 128
    alert details 135
    entity information 137
    event details 114
    flows 106
    host relationships 104
    log details 132
    MIBs 38
    recent changes 59
    reports 144, 146
    Summary page 124

# W

Web site, Internet Security Systems x
worm descriptions 62
worms
    enforcing 121

Internet Security Systems, Inc. Software License Agreement

**THIS SOFTWARE PRODUCT IS PROVIDED IN OBJECT CODE AND IS LICENSED, NOT SOLD. BY INSTALLING, ACTIVATING, COPYING
OR OTHERWISE USING THIS SOFTWARE PRODUCT, YOU AGREE TO ALL OF THE PROVISIONS OF THIS SOFTWARE LICENSE
AGREEMENT ("LICENSE"). EXCEPT AS MAY BE MODIFIED BY AN APPLICABLE ISS LICENSE NOTIFICATION THAT ACCOMPANIES,
PRECEDES, OR FOLLOWS THIS LICENSE, AND AS MAY FURTHER BE DEFINED IN THE USER DOCUMENTATION ACCOMPANYING
THE SOFTWARE PRODUCT, YOUR RIGHTS AND OBLIGATIONS WITH RESPECT TO THE USE OF THIS SOFTWARE PRODUCT ARE
AS SET FORTH BELOW. IF YOU ARE NOT WILLING TO BE BOUND BY THIS LICENSE, RETURN ALL COPIES OF THE SOFTWARE
PRODUCT, INCLUDING ANY LICENSE KEYS, TO ISS WITHIN FIFTEEN (15) DAYS OF RECEIPT FOR A FULL REFUND OF ANY PAID
LICENSE FEE. IF THE SOFTWARE PRODUCT WAS OBTAINED BY DOWNLOAD, YOU MAY CERTIFY DESTRUCTION OF ALL COPIES
AND ANY LICENSE KEYS IN LIEU OF RETURN.**

1. License - Upon your payment of the applicable fees and ISS delivery to you of the applicable license notification, Internet Security Systems, Inc. ("ISS") grants to
you as the only end user ("Licensee") a nonexclusive and nontransferable, limited license for the accompanying ISS software product, the related documentation,
and any associated license key(s) (Software), for use only on the specific network configuration, for the number and type of devices, and for the time period
("Term") that are specified in ISS quotation and Licensees purchase order, as accepted by ISS. ISS limits use of Software based upon the number of nodes,
users and/or the number and type of devices upon which it may be installed, used, gather data from, or report on, depending upon the specific Software licensed.
A device includes any network addressable device connected to Licensees network, including remotely, including but not limited to personal computers, worksta-
tions, servers, routers, hubs and printers. A device may also include ISS hardware (each an Appliance) delivered with pre-installed Software and the license
associated with such shall be a non-exclusive, nontransferable, limited license to use such pre-installed Software only in conjunction with the ISS hardware with
which it is originally supplied and only during the usable life of such hardware. Except as provided in the immediately preceding sentence, Licensee may repro-
duce, install and use the Software on multiple devices, provided that the total number and type are authorized by ISS. Licensee may make a reasonable number
of backup copies of the Software solely for archival and disaster recovery purposes. In connection with certain Software products, ISS licenses security content
on a subscription basis for a Term. Content subscriptions are licensed pursuant to this License based upon the number of protected nodes or number of users.
Security content is regularly updated and includes, but is not limited to, Internet content (URLs) and spam signatures that ISS classifies, security algorithms,
checks, decodes, and ISS related analysis of such information, all of which ISS regards as its confidential information and intellectual property. Security content
may only be used in conjunction with the applicable Software in accordance with this License. The use or re-use of such content for commercial purposes is pro-
hibited. Licensees access to the security content is through an Internet update using the Software. In addition, unknown URLs may be automatically forwarded
to ISS through the Software, analyzed, classified, entered into ISS URL database and provided to Licensee as security content updates at regular intervals. ISS
URL database is located at an ISS facility or as a mirrored version on Licensees premises. Any access by Licensee to the URL database that is not in conform-
ance with this License is prohibited. Upon expiration of the security content subscription Term, unless Licensee renews such content subscription, Licensee
shall implement appropriate system configuration modifications to terminate its use of the content subscription. Upon expiration of the license Term, Licensee
shall cease using the Software and certify return or destruction of it upon request.
2. Migration Utilities - For Software ISS markets or sells as a Migration Utility, the following shall apply. Provided Licensee holds a valid license to the ISS Software
to which the Migration Utility relates (the Original Software), ISS grants to Licensee as the only end user a nonexclusive and nontransferable, limited license to
the Migration Utility and the related documentation ("Migration Utility") for use only in connection with Licensees migration of the Original Software to the replace-
ment software, as recommended by ISS in the related documentation. The Term of this License is for as long as Licensee holds a valid license to the applicable
Original Software. Licensee may reproduce, install and use the Migration Utility on multiple devices in connection with its migration from the Original Software to
the replacement software. Licensee shall implement appropriate safeguards and controls to prevent unlicensed use of the Migration Utility. Licensee may make
a reasonable number of backup copies of the Migration Utility solely for archival and disaster recovery purposes.
3. Third-party Products - Use of third party product(s) supplied hereunder, if any, will be subject solely to the manufacturers terms and conditions that will be pro-
vided to Licensee upon delivery. ISS will pass any third party product warranties through to Licensee to the extent authorized. If ISS supplies Licensee with Crys-
tal Decisions Runtime Software, then the following additional terms apply: Licensee agrees not to alter, disassemble, decompile, translate, adapt or reverse-
engineer the Runtime Software or the report file (.RPT) format, or to use, distribute or integrate the Runtime Software with any general-purpose report writing,
data analysis or report delivery product or any other product that performs the same or similar functions as Crystal Decisions product offerings; Licensee agrees
not to use the Software to create for distribution a product that converts the report file (.RPT) format to an alternative report file format used by any general-pur-
pose report writing, data analysis or report delivery product that is not the property of Crystal Decisions; Licensee agrees not to use the Runtime Software on a
rental or timesharing basis or to operate a service bureau facility for the benefit of third parties unless Licensee first acquires an Application Service Provider
License from Crystal Decisions; **CRYSTAL DECISIONS AND ITS SUPPLIERS DISCLAIM ALL WARRANTIES, EXPRESS, OR IMPLIED, INCLUDING WITH-
OUT LIMITATION THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NONINFRINGEMENT OF THIRD PARTY
RIGHTS. CRYSTAL DECISIONS AND ITS SUPPLIERS SHALL HAVE NO LIABILITY WHATSOEVER UNDER THIS AGREEMENT OR IN CONNECTION
WITH THE SOFTWARE.** In this section 3 Software means the Crystal Reports software and associated documentation supplied by ISS and any updates, addi-
tional modules, or additional software provided by Crystal Decisions in connection therewith; it includes Crystal Decisions Design Tools, Report Application
Server and Runtime Software, but does not include any promotional software or other software products provided in the same package, which shall be governed
by the online software license agreements included with such promotional software or software product.
4. Beta License - If ISS is providing Licensee with the Software, security content and related documentation, and/or an Appliance as a part of an alpha or beta test,
the following terms of this Section 4 additionally apply and supercede any conflicting provisions herein or any other license agreement accompanying, contained
or embedded in the subject prototype product or any associated documentation. ISS grants to Licensee a nonexclusive, nontransferable, limited license to use
the ISS alpha/beta software program, security content, if any, Appliance and any related documentation furnished by ISS (Beta Products) for Licensees evalua-
tion and comment (the "Beta License") during the Test Period. ISS standard test cycle, which may be extended at ISS discretion, extends for sixty (60) days,
commencing on the date of delivery of the Beta Products (the "Test Period"). Upon expiration of the Test Period or termination of the Beta License, Licensee
shall, within thirty (30) days, return to ISS or destroy all copies of the beta Software, and shall furnish ISS written confirmation of such return or destruction upon
request. If ISS provides Licensee a beta Appliance, Licensee agrees to discontinue use of and return such Appliance to ISS upon ISS request and direction. If
Licensee does not promptly comply with this request, ISS may, in its sole discretion, invoice Licensee in accordance with ISS current policies. Licensee will pro-
vide ISS information reasonably requested by ISS regarding Licensee's experiences with the installation and operation of the Beta Products. Licensee agrees
that ISS shall have the right to use, in any manner and for any purpose, any information gained as a result of Licensees use and evaluation of the Beta Products.
Such information shall include but not be limited to changes, modifications and corrections to the Beta Products. Licensee grants to ISS a perpetual, royalty-free,
non-exclusive, transferable, sublicensable right and license to use, copy, make derivative works of and distribute any report, test result, suggestion or other item
resulting from Licensee's evaluation of its installation and operation of the Beta Products. **LICENSEE AGREES NOT TO EXPORT BETA PRODUCTS DESIG-
NATED BY ISS IN ITS BETA PRODUCT DOCUMENTATION AS NOT YET CLASSIFIED FOR EXPORT TO ANY DESTINATION OTHER THAN THE U.S. AND
THOSE COUNTRIES ELIGIBLE FOR EXPORT UNDER THE PROVISIONS OF 15 CFR 740.17(A) (SUPPLEMENT 3), CURRENTLY CANADA, THE EURO-
PEAN UNION, AUSTRALIA, JAPAN, NEW ZEALAND, NORWAY, AND SWITZERLAND.** If Licensee is ever held or deemed to be the owner of any copyright
rights in the Beta Products or any changes, modifications or corrections to the Beta Products, then Licensee hereby irrevocably assigns to ISS all such rights, title
and interest and agrees to execute all documents necessary to implement and confirm the letter and intent of this Section. Licensee acknowledges and agrees
that the Beta Products (including its existence, nature and specific features) constitute Confidential Information as defined in Section 18. Licensee further
agrees to treat as Confidential Information all feedback, reports, test results, suggestions, and other items resulting from Licensee's evaluation and testing of the
Beta Products as contemplated in this Agreement. With regard to the Beta Products, ISS has no obligation to provide support, maintenance, upgrades, modifi-
cations, or new releases. However, ISS agrees to use its reasonable efforts to correct errors in the Beta Products and related documentation within a reasonable
time, and will provide Licensee with any corrections it makes available to other evaluation participants. The documentation relating to the Beta Products may be
in draft form and will, in many cases, be incomplete. Owing to the experimental nature of the Beta Products, Licensee is advised not to rely exclusively on the
Beta Products for any reason. **LICENSEE AGREES THAT THE BETA PRODUCTS AND RELATED DOCUMENTATION ARE BEING DELIVERED "AS IS"
FOR TEST AND EVALUATION PURPOSES ONLY WITHOUT WARRANTIES OF ANY KIND, INCLUDING WITHOUT LIMITATION ANY IMPLIED WAR-
RANTY OF NONINFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. LICENSEE ACKNOWLEDGES AND AGREES
THAT THE BETA PRODUCT MAY CONTAIN DEFECTS, PRODUCE ERRONEOUS AND UNINTENDED RESULTS AND MAY AFFECT DATA NETWORK
SERVICES AND OTHER MATERIALS OF LICENSEE. LICENSEES USE OF THE BETA PRODUCT IS AT THE SOLE RISK OF LICENSEE. IN NO EVENT
WILL ISS BE LIABLE TO LICENSEE OR ANY OTHER PERSON FOR DAMAGES, DIRECT OR INDIRECT, OF ANY NATURE, OR EXPENSES INCURRED
BY LICENSEE. LICENSEE'S SOLE AND EXCLUSIVE REMEDY SHALL BE TO TERMINATE THE BETA PRODUCT LICENSE BY WRITTEN NOTICE TO
ISS.**
5. Evaluation License - If ISS is providing Licensee with the Software, security content and related documentation on an evaluation trial basis at no cost, such
license Term is 30 days from installation, unless a longer period is agreed to in writing by ISS. ISS recommends using Software and security content for evalua-
tion in a non-production, test environment. The following terms of this Section 5 additionally apply and supercede any conflicting provisions herein. Licensee
agrees to remove or disable the Software and security content from the authorized platform and return the Software, security content and documentation to ISS
upon expiration of the evaluation Term unless otherwise agreed by the parties in writing. ISS has no obligation to provide support, maintenance, upgrades, mod-
ifications, or new releases to the Software or security content under evaluation. **LICENSEE AGREES THAT THE EVALUATION SOFTWARE, SECURITY CON-
TENT AND RELATED DOCUMENTATION ARE BEING DELIVERED AS IS FOR TEST AND EVALUATION PURPOSES ONLY WITHOUT WARRANTIES OF
ANY KIND, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF NONINFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICU-
LAR PURPOSE. IN NO EVENT WILL ISS BE LIABLE TO LICENSEE OR ANY OTHER PERSON FOR DAMAGES, DIRECT OR INDIRECT, OF ANY**

NATURE, OR EXPENSES INCURRED BY LICENSEE. LICENSEES SOLE AND EXCLUSIVE REMEDY SHALL BE TO TERMINATE THE EVALUATION LICENSE BY WRITTEN NOTICE TO ISS.

6.  Covenants - ISS reserves all intellectual property rights in the Software, security content and Beta Products. Licensee agrees: (i) the Software, security content or Beta Products is owned by ISS and/or its licensors, is a valuable trade secret of ISS, and is protected by copyright laws and international treaty provisions; (ii) to take all reasonable precautions to protect the Software, security content or Beta Product from unauthorized access, disclosure, copying or use; (iii) not to modify, adapt, translate, reverse engineer, decompile, disassemble, or otherwise attempt to discover the source code of the Software, security content or Beta Product; (iv) not to use ISS trademarks; (v) to reproduce all of ISS and its licensors copyright notices on any copies of the Software, security content or Beta Product; and (vi) not to transfer, lease, assign, sublicense, or distribute the Software, security content or Beta Product or make it available for time-sharing, service bureau, managed services offering, or on-line use.

7.  Support and Maintenance - Depending upon what maintenance programs Licensee has purchased, ISS will provide maintenance, during the period for which Licensee has paid the applicable maintenance fees, in accordance with its prevailing Maintenance and Support Policy that is available at http://documents.iss.net/maintenance_policy.pdf. Any supplemental Software code or related materials that ISS provides to Licensee as part of any support and maintenance service are to be considered part of the Software and are subject to the terms and conditions of this License, unless otherwise specified.

8.  Limited Warranty - The commencement date of this limited warranty is the date on which ISS provides Licensee with access to the Software. For a period of ninety (90) days after the commencement date or for the Term (whichever is less), ISS warrants that the Software or security content will conform to material operational specifications described in its then current documentation. However, this limited warranty shall not apply unless (i) the Software or security content is installed, implemented, and operated in accordance with all written instructions and documentation supplied by ISS, (ii) Licensee notifies ISS in writing of any nonconformity within the warranty period, and (iii) Licensee has promptly and properly installed all corrections, new versions, and updates made available by ISS to Licensee. Furthermore, this limited warranty shall not apply to nonconformities arising from any of the following: (i) misuse of the Software or security content, (ii) modification of the Software or security content, (iii) failure by Licensee to utilize compatible computer and networking hardware and software, or (iv) interaction with software or firmware not provided by ISS. If Licensee timely notifies ISS in writing of any such nonconformity, then ISS shall repair or replace the Software or security content or, if ISS determines that repair or replacement is impractical, ISS may terminate the applicable licenses and refund the applicable license fees, as the sole and exclusive remedies of Licensee for such nonconformity. THIS WARRANTY GIVES LICENSEE SPECIFIC LEGAL RIGHTS, AND LICENSEE MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM JURISDICTION TO JURISDICTION. ISS DOES NOT WARRANT THAT THE SOFTWARE OR THE SECURITY CONTENT WILL MEET LICENSEE'S REQUIREMENTS, THAT THE OPERATION OF THE SOFTWARE OR SECURITY CONTENT WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT ALL SOFTWARE OR SECURITY CONTENT ERRORS WILL BE CORRECTED. LICENSEE UNDERSTANDS AND AGREES THAT THE SOFTWARE AND THE SECURITY CONTENT ARE NO GUARANTEE AGAINST UNSOLICITED E-MAILS, UNDESIRABLE INTERNET CONTENT, INTRUSIONS, VIRUSES, WORMS, TIME BOMBS, CANCELBOTS OR OTHER SIMILAR HARMFUL OR DELETERIOUS PROGRAMMING ROUTINES AFFECTING LICENSEE'S NETWORK, OR THAT ALL SECURITY THREATS AND VULNERABILITIES, UNSOLICITED E-MAILS OR UNDESIRABLE INTERNET CONTENT WILL BE DETECTED OR THAT THE PERFORMANCE OF THE SOFTWARE AND SECURITY CONTENT WILL RENDER LICENSEES SYSTEMS INVULNERABLE TO SECURITY BREACHES. THE REMEDIES SET OUT IN THIS SECTION 8 ARE THE SOLE AND EXCLUSIVE REMEDIES FOR BREACH OF THIS LIMITED WARRANTY.

9.  Warranty Disclaimer - EXCEPT FOR THE LIMITED WARRANTY PROVIDED ABOVE, THE SOFTWARE AND SECURITY CONTENT ARE EACH PROVIDED AS IS AND ISS HEREBY DISCLAIMS ALL WARRANTIES, BOTH EXPRESS AND IMPLIED, INCLUDING IMPLIED WARRANTIES RESPECTING MERCHANTABILITY, TITLE, NONINFRINGEMENT, AND FITNESS FOR A PARTICULAR PURPOSE. LICENSEE EXPRESSLY ACKNOWLEDGES THAT NO REPRESENTATIONS OTHER THAN THOSE CONTAINED IN THIS LICENSE HAVE BEEN MADE REGARDING THE GOODS OR SERVICES TO BE PROVIDED HEREUNDER, AND THAT LICENSEE HAS NOT RELIED ON ANY REPRESENTATION NOT EXPRESSLY SET OUT IN THIS LICENSE.

10. Proprietary Rights - ISS represents and warrants that ISS has the authority to license the rights to the Software and security content that are granted herein. ISS shall defend and indemnify Licensee from any final award of costs and damages against Licensee for any actions based on infringement of any U.S. copyright, trade secret, or patent as a result of the use or distribution of a current, unmodified version of the Software and security content, but only if ISS is promptly notified in writing of any such suit or claim, and only if Licensee permits ISS to defend, compromise, or settle same, and only if Licensee provides all available information and reasonable assistance. In any such suit, if the use of the alleged infringing intellectual property is held to constitute an infringement and is enjoined, or if in light of any claim, ISS deems it reasonably advisable to do so, ISS may at ISS sole option: (i) procure the right to continue the use of such Software and security content for Licensee; (ii) replace or modify such Software and security content in a manner such that such Software and security content are free of the infringement claim; or (iii) require Licensee to return the same to ISS and ISS shall refund the fees paid for the affected Software, security content or portion thereof, less amortization for use (A) on a straight line basis over a period of three (3) years from the effective date of the applicable order for a perpetual license, or (B) on a straight line basis over the subscription term for a term license. The foregoing is the exclusive remedy of Licensee and states the entire liability of ISS with respect to claims of infringement or misappropriation relating to the Software and security content.

11. Limitation of Liability - ISS' ENTIRE LIABILITY FOR MONETARY DAMAGES ARISING OUT OF THIS LICENSE SHALL BE LIMITED TO THE AMOUNT OF THE LICENSE FEES ACTUALLY PAID BY LICENSEE UNDER THIS LICENSE, PRORATED OVER A THREE-YEAR TERM FROM THE DATE LICENSEE RECEIVED THE SOFTWARE OR SECURITY CONTENT, AS APPLICABLE. IN NO EVENT SHALL ISS BE LIABLE TO LICENSEE UNDER ANY THEORY INCLUDING CONTRACT AND TORT (INCLUDING NEGLIGENCE AND STRICT PRODUCTS LIABILITY) FOR ANY SPECIAL, PUNITIVE, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, COSTS OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, DAMAGES FOR LOST PROFITS, LOSS OF DATA, LOSS OF USE, OR COMPUTER HARDWARE MALFUNCTION, EVEN IF ISS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

12. Termination - Licensee may terminate this License at any time by notifying ISS in writing. All rights granted under this License will terminate immediately, without prior written notice from ISS, at the end of the term of the License, if not perpetual. If Licensee fails to comply with any provisions of this License, ISS may immediately terminate this License if such default has not been cured within ten (10) days following written notice of default to Licensee. Upon termination or expiration of a license for Software, Licensee shall cease all use of such Software, including Software pre-installed on ISS hardware, and destroy all copies of the Software and associated documentation. Termination of this License shall not relieve Licensee of its obligation to pay all fees incurred prior to such termination and shall not limit either party from pursuing any other remedies available to it.

13. General Provisions - This License, together with the identification of the Software and/or security content, pricing and payment terms stated in the applicable ISS quotation and Licensee purchase order (if applicable) as accepted by ISS, constitute the entire agreement between the parties respecting its subject matter. Standard and other additional terms or conditions contained in any purchase order or similar document are hereby expressly rejected and shall have no force or effect. If Licensee has not already downloaded the Software, security content and documentation, then it is available for download at http://www.iss.net/download/. All ISS hardware with pre-installed Software and any other products not delivered by download are delivered f.o.b. origin. This License will be governed by the substantive laws of the State of Georgia, USA, excluding the application of its conflicts of law rules. This License will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If any part of this License is found void or unenforceable, it will not affect the validity of the balance of the License, which shall remain valid and enforceable according to its terms. This License may only be modified in writing signed by an authorized officer of ISS.

14. Notice to United States Government End Users - Licensee acknowledges that any Software and security content furnished under this License is commercial computer software and any documentation is commercial technical data developed at private expense and is provided with RESTRICTED RIGHTS. Any use, modification, reproduction, display, release, duplication or disclosure of this commercial computer software by the United States Government or its agencies is subject to the terms, conditions and restrictions of this License in accordance with the United States Federal Acquisition Regulations at 48 C.F.R. Section 12.212 and DFAR Subsection 227.7202-3 and Clause 252.227-7015 or applicable subsequent regulations. Contractor/manufacturer is Internet Security Systems, Inc., 6303 Barfield Road, Atlanta, GA 30328, USA.

15. Export and Import Controls; Use Restrictions - Licensee will not transfer, export, or reexport the Software, security content, Beta Products, any related technology, or any direct product of either except in full compliance with the export controls administered by the United States and other countries and any applicable import and use restrictions. Licensee agrees that it will not export or reexport such items to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Denied Persons List or Entity List or such additional lists as may be issued by the U.S. Government from time to time, or to any country to which the United States has embargoed the export of goods or for use with chemical or biological weapons, sensitive nuclear end-uses, or missiles. Licensee represents and warrants that it is not located in, under control of, or a national or resident of any such country or on any such list. Many ISS software products include encryption and export outside of the United States or Canada is strictly controlled by U.S. laws and regulations. ISS makes its current export classification information available at http://www.iss.net/export. Please contact ISS' Sourcing and Fulfillment for export questions relating to the Software or security content (fulfillment@iss.net). Licensee understands that the foregoing obligations are U.S. legal requirements and agrees that they shall survive any term or termination of this License.

16. Authority - Because the Software is designed to test or monitor the security of computer network systems and may disclose or create problems in the operation of the systems tested, Licensee and the persons acting for Licensee represent and warrant that: (a) they are fully authorized by the Licensee and the owners of the computer network for which the Software is licensed to enter into this License and to obtain and operate the Software in order to test and monitor that computer network; (b) the Licensee and the owners of that computer network understand and accept the risks involved; and (c) the Licensee shall procure and use the Software in accordance with all applicable laws, regulations and rules.

17. Disclaimers - Licensee acknowledges that some of the Software and security content is designed to test the security of computer networks and may disclose or create problems in the operation of the systems tested. Licensee further acknowledges that neither the Software nor the security content is fault tolerant or designed or intended for use in hazardous environments requiring fail-safe operation, including, but not limited to, aircraft navigation, air traffic control systems, weapon systems, life-support systems, nuclear facilities, or any other applications in which the failure of the Software and security content could lead to death or personal

injury, or severe physical or property damage. ISS disclaims any implied warranty of fitness for High Risk Use. Licensee accepts the risk associated with the fore-going disclaimers and hereby waives all rights, remedies, and causes of action against ISS and releases ISS from all liabilities arising therefrom.

18. Confidentiality - "Confidential Information" means all information proprietary to a party or its suppliers that is marked as confidential. Each party acknowledges that during the term of this Agreement, it will be exposed to Confidential Information of the other party. The obligations of the party ("Receiving Party") which receives Confidential Information of the other party ("Disclosing Party") with respect to any particular portion of the Disclosing Party's Confidential Information shall not attach or shall terminate when any of the following occurs: (i) it was in the public domain or generally available to the public at the time of disclosure to the Receiving Party, (ii) it entered the public domain or became generally available to the public through no fault of the Receiving Party subsequent to the time of disclosure to the Receiving Party, (iii) it was or is furnished to the Receiving Party by a third parting having the right to furnish it with no obligation of confidentiality to the Disclosing Party, or (iv) it was independently developed by the Receiving Party by individuals not having access to the Confidential Information of the Dis-closing Party. Each party acknowledges that the use or disclosure of Confidential Information of the Disclosing Party in violation of this License could severely and irreparably damage the economic interests of the Disclosing Party. The Receiving Party agrees not to disclose or use any Confidential Information of the Disclosing Party in violation of this License and to use Confidential Information of the Disclosing Party solely for the purposes of this License. Upon demand by the Disclosing Party and, in any event, upon expiration or termination of this License, the Receiving Party shall return to the Disclosing Party all copies of the Dis-closing Party's Confidential Information in the Receiving Party's possession or control and destroy all derivatives and other vestiges of the Disclosing Party's Con-fidential Information obtained or created by the Disclosing Party. All Confidential Information of the Disclosing Party shall remain the exclusive property of the Disclosing Party.

19. Compliance - From time to time, ISS may request Licensee to provide a certification that the Software and security content is being used in accordance with the terms of this License. If so requested, Licensee shall verify its compliance and deliver its certification within forty-five (45) days of the request. The certification shall state Licensees compliance or non-compliance, including the extent of any non-compliance. ISS may also, at any time, upon thirty (30) days prior written notice, at its own expense appoint a nationally recognized software use auditor, to whom Licensee has no reasonable objection, to audit and examine use and records at Licensee offices during normal business hours, solely for the purpose of confirming that Licensees use of the Software and security content is in com-pliance with the terms of this License. ISS will use commercially reasonable efforts to have such audit conducted in a manner such that it will not unreasonably interfere with the normal business operations of Licensee. If such audit should reveal that use of the Software or security content has been expanded beyond the scope of use and/or the number of authorized devices or Licensee certifies such non-compliance, ISS shall have the right to charge Licensee the applicable cur-rent list prices required to bring Licensee in compliance with its obligations hereunder with respect to its current use of the Software and security content. In addi-tion to the foregoing, ISS may pursue any other rights and remedies it may have at law, in equity or under this License.

20. Data Protection - The data needed to process this transaction will be stored by ISS and may be forwarded to companies affiliated with ISS and possibly to Licens-ees vendor within the framework of processing Licensees order. All personal data will be treated confidentially.

Revised October 7, 2005.