

# REDACTED

P

# REDACTED



# REDACTED



**INTERNET SECURITY SYSTEMS**
*Ahead of the threat.*

Sign In   ISS Worldwide   Downloads   Investor Relati
Keyword S

ABOUT US | PRODUCTS | SERVICES | RESEARCH | SUPPORT | TRAINING | PARTNERS | C

Home > Services > Education Services > Locations And Schedules

**Schedules by Course**

Class Schedules: By City | By Course | By Date | Online Registration Request

Additional locations and schedules may be offered by ISS Authorized Training Centers for this
Please click here to select a city close to you.

**Advanced SiteProtector SP6**

| Dates | Location |
|---|---|
| Jul/20/2006 - Jul/21/2006 | St. Louis |
| Jun/22/2006 - Jun/23/2006 | Atlanta |
| Jul/27/2006 - Jul/28/2006 | Atlanta |
| Jul/13/2006 - Jul/14/2006 | Frederick, MD |
| Aug/17/2006 - Aug/18/2006 | Frederick, MD |
| May/18/2006 - May/19/2006 | Chicago |
| Jul/03/2006 - Aug/04/2006 | Chicago |
| Aug/24/2006 - Aug/25/2006 | New York |
| Jun/15/2006 - Jun/16/2006 | San Francisco/San Jose |
| Jun/29/2006 - Jun/30/2006 | Washington, DC |
| Aug/17/2006 - Aug/18/2006 | Boston |
| Aug/31/2006 - Sep/01/2006 | Houston |

If you have questions about class descriptions, schedules, locations or custom on-site training
Education Services. Or call us at 1-888-263-8739.

Sitemap | Privacy Policy | Terms of Use | Trademarks
©2006 Internet Security Systems, Inc. All rights reserved worldwide.

S

# REDACTED

T

# REDACTED

Case 1:04-cv-01199-SLR     Document 381-7     Filed 07/10/2006     Page 12 of 14

U

# REDACTED