IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SR INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiffs. | No. C. A. No. 04-1199 (SLR)<br><br>**Public Version** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANTS' JOINT MOTION TO LIMIT THE TESTIMONY OF EXPERT DR. GEORGE KESIDIS UNDER FEDERAL RULE OF EVIDENCE**

I, Kyle Wagner Compton, declare as follows:

I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements base on personal knowledge.

1. Attached as Exhibit A is a true and correct copy of the curriculum vitae of Dr. George Kesidis.

2. Attached as Exhibit B is a true and correct copy of the expert report of Dr. George Kesidis on infringement, dated April 28, 2006.

3. Attached as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Dr. George Kesidis taken on May 25-26, 2006.

4. Attached as Exhibit D is a true and correct copy of the proceedings of the 2nd US – Japan Experts Workshop on Critical Information Infrastructure Protection, (CIIP) dated June 26-27, 2005.

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 30th day of June 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

50357269.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I electronically filed the **REDACTED – DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANTS' JOINT MOTION TO LIMIT THE TESTIMONY OF EXPERT DR. GEORGE KESIDIS UNDER FEDERAL RULES OF EVIDENCE** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-Counterclaimant Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-Counterclaimant Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc