

# REDACTED



# REDACTED

P

# REDACTED



# REDACTED



# REDACTED

S

# REDACTED

T

# REDACTED

U

# REDACTED



# REDACTED



# REDACTED



# REDACTED