IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>PUBLIC VERSION |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 & 103**

I, Kyle Wagner Compton, declare as follows:

I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

1. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Frederick M. Avolio, dated May 18, 2006.

2. Attached hereto as Exhibit B is a true and correct copy of Dr. George Kesidis Rebuttal Report on Validity, dated May 19, 2006.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Alfonso Valdes, dated March 23, 2006.

4. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition transcript of Stephen G. Kunin, dated June 9, 2006.

5. Attached hereto as Exhibit E is a true and correct copy of a presentation by Phillip A. Porras, *EMERALD: Event Monitoring Enabling Responses to Anomalous Live Disturbances,* dated February 5, 1997, bearing the production numbers SRI 105589-105609.

6. Attached hereto as Exhibit F is a true and correct copy of the publication Y. Frank Jou et al., *Architecture Design of a Scalable Intrusion Detection System for the Emerging Network Infrastructure,* Technical Report CDRL A005, dated April 1997.

7. Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition transcript of Y. Frank Jou, dated January 27, 2006.

8. Attached hereto as Exhibit H is a true and correct copy of excerpts from the deposition transcript of Dr. George Kesidis, dated May 25, 2006.

9. Attached hereto as Exhibit I is a true and correct copy of MPEP 609.02 (A) (2).

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 30th day of June 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2006, I electronically filed the **REDACTED – DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 AND 103** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc