

# REDACTED

# B

# REDACTED



# REDACTED

# D

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF DELAWARE

 3

 4   - - - - - - - - - - - - - - -X

 5   SRI INTERNATIONAL, INC.,         :

 6   a California corporation,        :          COPY

 7              Plaintiff,            :   Civil Action No.

 8   v.                               :   04-1199-SLR

 9   INTERNET SECURITY SYSTEMS,       :

10   INC., a Delaware corporation,    :

11   INTERNET SECURITY SYSTEMS,       :

12   INC., a Georgia corporation,     :

13   and SYMANTEC CORPORATION,        :

14   a Delaware corporation,          :

15              Defendants.           :   Volume 1

16   - - - - - - - - - - - - - - -X

17                      Washington, D.C.

18                      Friday, June 9, 2006

19

20          Video deposition of STEPHEN G. KUNIN,

21   ESQ., a witness herein, called for examination by
```

Page 1

1    Q.   Less than twelve months?

2    A.   Yes.  It was within twelve months.

3    Q.   Within twelve months.  If I could direct
4 your attention now to Exhibit 701.

5    A.   (Complies.)

6    Q.   Is this "Live Traffic" paper -- again,
7 assuming the March 1998 publication date is
8 correct, would this "Live Traffic" paper qualify
9 as prior art under any category of art identified
10 in Section 102?

11        MR. GREWAL:  Objection.  Calls for
12 speculation.

13        THE WITNESS:  I don't see a basis for
14 where it would qualify as prior art under 102.

15        BY MR. HORVATH:

16    Q.   Would it qualify as prior art under any
17 section of the patent laws that you are aware of?

18        MR. GREWAL:  Objection.  Calls for
19 speculation.

20        THE WITNESS:  I would have -- I would
21 have to speculate to give you an answer.

# E

# REDACTED