G

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

C.A:04-1199 (SLR)

SRI INTERNATIONAL, INC.,                  )
a California Corporation                  )
                                          )
    Plaintiff and                         )
    Counterclaim Defendant,               )
                                          )
         v.                               )
                                          )
INTERNET SECURITY SYSTEMS, INC.,          )
a Delaware Corporation, INTERNET          )
SECURITY SYSTEMS, INC., a Georgia)
Corporation, and SYMANTEC                 )
CORPORATION, a Delaware                   )
Corporation,                             )
                                          )
    Defendants and                        )
    Counterclaim-Plaintiffs.              )
_ _ _ _ _ _ _ _ _ _ _ _                   )


VIDEOTAPED DEPOSITION

OF

Y. FRANK JOU


At Raleigh, North Carolina              Reported by:
January 27, 2006 - 9:53 a.m.            Debra D. Bowden

Y. Frank Jou
January 27, 2006

```
 1         yeah, it -- sorry, I couldn't --
 2    Q.   Maybe when we take a break I'll call to my
 3         office and see if we have that in house.
 4    A.   Yeah, that would tell us clearly, you know.
 5         Because we had reference date here, and if
 6         the BAA is before this, then certainly, you
 7         know, this is -- but I would think this
 8         must be the discussion notes I took, you
 9         know, between MCNC and NC State at the time
10         to come up with the proposal.  So
11         definitely this would be after, I would say
12         this is after the BAA is announced.  But
13         whether, you know, before we submit a
14         proposal or not, I think that was the
15         question I had.  You know, whether this was
16         before we submit a proposal or afterwards.
17         Definitely, you know, the context of these
18         notes was the discussion related to JiNao,
19         and certainly that took place after we saw
20         the BAA, as I recall.
21    Q.   With respect to the stats based part of
22         JiNao --
23    A.   Um-hmm.
24    Q.   -- did you use an algorithm that was
```

Y. Frank Jou
January 27, 2006

Page 28

1          developed at SRI?

2    A.    Yes, pretty much that was the phase

3          algorithm.  We might have modified certain

4          parameters there, but the framework was

5          borrowed from SRI, as I recall, called

6          NIDES, N-I-D-E-S.

7    Q.    And how did it come to be that you used the

8          SRI NIDES algorithm?

9    A.    Well, at that time, as I recall, DARPA

10         actually promote the idea.  You know, other

11         people's -- you know -- the research

12         results, you know.  There is nothing

13         preventing -- because we are not for

14         commercial purpose.  So actually that was

15         encouraged by DARPA so that you can, you

16         know, help others and come up with

17         something more advanced.  That was I think

18         one of the reasons, you know, the project

19         was selected, because we view it on top of

20         them and come up with integrated solution.

21   Q.    To your knowledge, was the NIDES algorithm

22         used for network data, internet network

23         data?

24               MS. PRESCOTT:  Objection to form.

Y. Frank Jou
January 27, 2006

Page 30

```
 1           we were interested in protecting at that
 2           time, and OSPF finally was the target
 3           protocol that we chose to focus our effort
 4           upon.
 5    Q.     Did the NIDES algorithm -- well, let's step
 6           back.  Did you receive a NIDES algorithm
 7           from SRI?
 8    A.     Did I receive?  No.  I basically searched
 9           the internet and -- basically we came up
10           with this true complementary algorithm, if
11           you will, one is statistical based, one is
12           protocol analysis based.  So you know, we
13           look around how we implement this.  And so
14           we search around, and we understand NIDES
15           already developed a certain very nice
16           algorithm in the statistical analysis
17           arena.  So that's why we talked to SRI
18           folks and, you know, get a -- a detail of
19           their algorithm.  And we use that as a
20           base.  Yeah.
21    Q.     When did you start contact with SRI?
22    A.     When did I start contact with SRI?  I don't
23           recall exactly, but somewhere around that
24           time frame, I would say.  After we
```

Capital Reporting, Inc.
(919) 398-7775

Y. Frank Jou
January 27, 2006

Page 31

```
 1          establish statistical algorithm as the
 2          component, one of the major component in
 3          our design, we did a prior search, if you
 4          will, and then we found out SRI has this
 5          algorithm available.  Developed, I should
 6          say.  And so we talked to them.  As far as
 7          time frame, I don't recall, you know,
 8          exactly when that happened.
 9    Q.    Do you recall who you spoke with first at
10          SRI about the statistical algorithm?
11    A.    Did I recall who I spoke to first?  I don't
12          recall clear, exactly, but one of three
13          persons, I would say, was Peter Neumann was
14          one possibility, and Al was another one,
15          and Phil Porras was another one.  Yeah, I
16          think one of three.  I don't recall who I
17          spoke to first, but yeah.
18    Q.    And Al, you mean Al Valdes.
19    A.    Yes.
20    Q.    If you could page into the notes into the
21          laboratory images 68 and 69.  And you'll
22          see the entry at 68 is 82796.
23    A.    Um-hmm.
24    Q.    And the top is Teresa Lunt.  Do you see
```

Y. Frank Jou
January 27, 2006

Page 40

```
 1   Q.   Did you meet with Mr. Valdes about that
 2        time frame?
 3   A.   Yeah, based upon these, I think yeah, I did
 4        meet with him.
 5   Q.   Do you recall if you met with anybody else
 6        at SRI?
 7   A.   Do you mean during the conference, or
 8        afterwards, or --
 9   Q.   Afterwards.
10   A.   Afterwards, if I recall correctly, I might
11        have paid them a visit at SRI.  And you
12        know, to -- I visited them once.  That's
13        what I recall.  But I don't know whether
14        this was the time I visit them.  But this
15        might be that time.  Yeah.
16   Q.   Now, at your visit do you remember -- well,
17        do you remember who you met with at SRI
18        during that visit?
19   A.   The main one I thought was Al.  Because
20        that was -- you know, Phil might be there
21        as well, but I don't -- I couldn't be
22        hundred percent sure, but if I visit them
23        at that time, I think it's mainly to
24        understand better what other statistical
```

Y. Frank Jou
January 27, 2006

Page 41

1      methodology they developed, so basically

2      went there to get a better understanding of

3      the NIDES, the statistical module.  Yeah.

4    Q.    Do you remember what Mr. Valdes told you

5      about the statistical methodology?

6    A.    Well, basically they -- if I recall

7      correctly, I got a technical report from

8      them about this NIDES statistical

9      algorithm.  You know, so -- and basically

10      he went over briefly with me, you know, how

11      it came about, what's the gist of the

12      algorithm.  Yeah.

13    Q.    Were there any discussions at this meeting

14      about using network data as a data source

15      for the statistical algorithm?

16    A.    Network data?  Are you referring to OSPF?

17    Q.    Yes.

18    A.    I thought, you know, we made it clear, our

19      target, the target of our protection was

20      neuro infrastructures, basically the OSPF.

21      So I don't recall whether we made it clear

22      again during that visit or during that

23      conversation, but certainly that, you know,

24      in our presentation we -- we made it clear

Y. Frank Jou
January 27, 2006

| | | |
|---|---|---|
| 1 | | actually was held in the -- in Rome Lab, |
| 2 | | Massachusetts.  And I don't recall when. |
| 3 | | Unless you have other e-mail to show, I |
| 4 | | don't recall when was that, you know, |
| 5 | | meeting took place. |
| 6 | Q. | The e-mail back from Phil Porras to you was |
| 7 | | November 4th, 1996. |
| 8 | A. | Um-hmm. |
| 9 | Q. | Does that help you recollect whether the |
| 10 | | kick-off meeting was in the fall of 1996? |
| 11 | A. | Yeah, should be that time frame.  Yeah, |
| 12 | | should be that time frame. |
| 13 | Q. | Now, you state in the second sentence, "In |
| 14 | | preparing this meeting we need to provide |
| 15 | | our contracting officer an estimate as to |
| 16 | | when our statistical module can be |
| 17 | | delivered." |
| 18 | A. | Um-hmm. |
| 19 | Q. | "Since our implementation will be based on |
| 20 | | yours --" |
| 21 | A. | Um-hmm. |
| 22 | Q. | "-- would you please give me a time frame |
| 23 | | when your revision will be ready?" |
| 24 | A. | Um-hmm. |

Y. Frank Jou
January 27, 2006

Page 46

1   Q.   Do you recollect what revision you were

2        seeking from SRI?

3   A.   At that time, based on these e-mail notes,

4        probably they are under -- they underwent a

5        revision of their algorithm.  This is the

6        best explanation I can come up with.  And

7        so they're perhaps fine tuning, perhaps,

8        you know, some revision going on at that

9        time.  And they indicated that, you know,

10       they will be able to provide with a revised

11       version to us.  So that was the question I

12       posed on them, basically asking a feel, you

13       know, because our project will be using

14       theirs as a foundation of the base module.

15       So I basically tried to interlock with

16       them.  You know, make sure our project will

17       be able to deliver based upon their revised

18       algorithm.

19  Q.   Does this refresh your recollection as

20       to -- well, let me rephrase that.

21            What did you mean by statistical

22       module?  Is that software?

23  A.   That was a design in our architecture.  One

24       component is called statistical module.

Y. Frank Jou
January 27, 2006

Page 47

```
 1            All of the -- that's -- yeah, that's an
 2            architectural design.  Interpretation, it
 3            was a software; correct.
 4     Q.     Did SRI give you software?
 5     A.     No.  They have the algorithm developed, you
 6            know, and it was presented in the technical
 7            report form.  And basically we used that
 8            algorithm as a base to implement, so the
 9            software was written by ourselves.
10     Q.     Is this what you would call an
11            architectural design document?
12                 MS. PRESCOTT:  Objection to form.
13     A.     Which one?
14     Q.     I'm trying to understand what they gave
15            you.
16     A.     They gave me the algorithm.  Um-hmm.
17     Q.     From the algorithm, could you then
18            implement their statistical technique?
19     A.     Yes.
20     Q.     Ask the court reporter to mark at J8
21            document bearing production numbers ISS
22            00354559 to ISS 354606.
23                 (Exhibit J8 was marked.)
24                 This document is entitled Proceedings
```

Y. Frank Jou
January 27, 2006

Page 170

1       meant -- what I meant was the capability we

2       implement was local in nature.

3   Q.  Um-hmm.

4   A.  And as the goal we try to achieve was to be

5       able to scale this capability to a global

6       label.  So that was my intent in this

7       description here.  Basically as a next step

8       in the capability it should be extend from

9       local to a global area.  Global scope.

10      Yeah.

11  Q.  Okay.  And now the DARPA project was a

12      three-year project; correct?

13  A.  Right.

14  Q.  It was a limited in time; correct?

15  A.  Yeah, um-hmm.

16  Q.  And limited in funding money; correct?

17  A.  Yeah.

18  Q.  Had you had more time and money, would you

19      have taken that natural extension step to a

20      more global system?

21  A.  Definitely that was in our intent.  But you

22      know, again I should say this was a

23      research project.  There was no guarantee,

24      you know, we would be able to bear any

Y. Frank Jou
January 27, 2006

```
 1          fruit even though if the time or resource
 2          is allowed at that point in time.
 3    Q.    If you go back to the architecture
 4          document, J18, on page 3.
 5    A.    Page 3.  Okay.
 6    Q.    And if you go to Section 2.1.
 7    A.    Um-hmm.
 8    Q.    And you go to the third paragraph.
 9    A.    Um-hmm.
10    Q.    The middle of it.  And you say, "While it
11          is not within the scope of this project, we
12          expect that the detection analysis
13          functions implemented in the local
14          subsystem can be extended to a global level
15          and correlate intrusion events among
16          several routers."  Do you see that?
17    A.    Um-hmm.
18    Q.    And then it goes on to say, "The management
19          capability which is based on SNMP framework
20          can logically be further extended among
21          management notes in a hierarchical fashion
22          to establish a status map for an autonomous
23          system."
24    A.    Um-hmm.
```

Y. Frank Jou
January 27, 2006

Page 172

1    Q.    Now, while your DARPA project was limited

2          in time and funding, did you create the

3          design such that it could be extended in

4          this hierarchical fashion?

5    A.    I would not say created, because the SNMP

6          network by its nature is to monitor remote

7          system.

8    Q.    Um-hmm.

9    A.    And be able to reflect a healthy -- the

10         healthy -- the status of the network, you

11         know, it's healthy, whether it's healthy or

12         it's, you know, under stress.  That was the

13         intent of the SNMP framework.  And our

14         thinking at that point in time was to take

15         advantage of this SNMP by the fact that

16         it's able to monitor several systems in a

17         distributive fashion.  And you know, the

18         challenge at that point was how do you

19         correlate.  I think that was the main

20         technical challenge at that point in time

21         in terms of how do you collect -- collect

22         of the local detection result was not an

23         issue.  The issue was how do you come up

24         with the intelligence, how do you correlate

Y. Frank Jou
January 27, 2006

Page 173

```
 1        all the relevant information and be able
 2        to, you know, derive a certain logical or
 3        reasonable conclusion, and able to, based
 4        upon this result, take action accordingly.
 5        I think that was the challenge, and the --
 6        you know, we did look into that aspect.
 7        But however at that point we did not have a
 8        very promising, you know, development at
 9        that time.  At the conclusion of the
10        project.  So that was, you know, the open
11        question at that point.
12   Q.   And if you just saw the term correlate --
13   A.   Um-hmm.
14   Q.   -- what would that mean to you?
15            MS. PRESCOTT:  Objection to form.
16   A.   Correlate means how do you put two or more
17        than two input together and derive
18        meaningful information, or intelligence,
19        out of these different infrastreams of
20        information, and be able to come up with
21        certain rationale or logic that what this,
22        you know, behavior manifests to itself.
23            Probably that's kind of lengthy or
24        wordy, but that's my understanding of this
```

# H

GEORGE KESIDIS, VOLUME I        MAY 25, 2006

Page 1

UNITED STATES DISTRICT Court

DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC.,
a California corporation

    Plaintiff and
    Counterclaim-Defendant,
vs.                                    No. 04-1199 (SLR)

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation; INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation; and SYMANTEC
CORPORATION, a Delaware corporation,

    Defendants and
    Counterclaim-Plaintiffs.    /

DEPOSITION OF GEORGE KESIDIS

VOLUME I

DATE:            May 25, 2006

TIME:            9:13 a.m.

LOCATION:        DAY CASEBEER MADRID & BATCHELDER
                 20300 Stevens Creek Boulevard
                 Suite 400
                 Cupertino, CA 95014

REPORTED BY:     KAREN L. BUCHANAN
                 CSR No. 10772

5379fcd1-7246-4de7-a96e-07ab7c2e580c

| | | |
|---|---|---|
| 10:29:18 | 1 | THE WITNESS:  I'm not quite sure what you |
| 10:29:18 | 2 | mean, "the same." |
| 10:29:19 | 3 | BY MS. MOEHLMAN: |
| 10:29:22 | 4 | Q.  Do they both stem from the NIDES algorithm? |
| 10:29:23 | 5 | A.  Does EMERALD stem from NIDES? |
| 10:29:28 | 6 | Q.  I'm talking about the statistical anomaly |
| 10:29:31 | 7 | algorithms described in the patents in suit, and I'm |
| 10:29:35 | 8 | talking about the statistical anomaly algorithms |
| 10:29:37 | 9 | discussed in the JiNao paper. |
| 10:29:38 | 10 | MR. POLLACK:  Objection.  Vague and |
| 10:29:42 | 11 | ambiguous, lacks foundation. |
| 10:29:46 | 12 | THE WITNESS:  Again, a lot of the jargon is |
| 10:29:50 | 13 | the same.  They're both statistical approaches.  But |
| 10:29:50 | 14 | the context is very different, so I would say no. |
| 10:29:53 | 15 | BY MS. MOEHLMAN: |
| 10:29:56 | 16 | Q.  How is the context very different, in your |
| 10:29:56 | 17 | opinion? |
| 10:29:59 | 18 | A.  The context is -- that statement I made is |
| 10:30:02 | 19 | simply pointing out that you're looking in the one |
| 10:30:09 | 20 | case at host-based audit logs and in the other case at |
| 10:30:13 | 21 | network packets whizzing by on the wire.  So any |
| 10:30:18 | 22 | statistical algorithms, statistical algorithms, will |
| 10:30:23 | 23 | have gross features in common but, depending on the |
| 10:30:25 | 24 | time series and the nature of the data you're |
| | 25 | examining, will necessarily be quite different. |

5379fcd1-7246-4de7-a96e-07ab7c2e580c

GEORGE KESIDIS, VOLUME I        MAY 25, 2006

Page 44

| | | |
|---|---|---|
| 10:30:33 | 1 | Q.  And it is your opinion that JiNao did not |
| 10:30:35 | 2 | look at network packets? |
| 10:30:39 | 3 | A.  Not in the same fashion that the EMERALD |
| 10:30:42 | 4 | network service monitors do. |
| 10:30:46 | 5 | Q.  Did the JiNao system look at network |
| 10:30:46 | 6 | packets? |
| 10:30:48 | 7 | MR. POLLACK:  Objection.  Vague and |
| 10:30:50 | 8 | ambiguous, asked and answered. |
| 10:30:53 | 9 | THE WITNESS:  Did it look at network packets? |
| 10:31:03 | 10 | It clearly reacted to network packets, so it |
| 10:31:03 | 11 | definitely -- it definitely reacted to them. |
| 10:31:06 | 12 | BY MS. MOEHLMAN: |
| 10:31:10 | 13 | Q.  What do you mean, it reacted to network |
| 10:31:10 | 14 | packets? |
| 10:31:19 | 15 | A.  Well, JiNao is primarily about detection of |
| 10:31:25 | 16 | anomalies that pertain to the routing protocol, in |
| 10:31:32 | 17 | this case, OSPF, the interior gateway protocol of |
| 10:31:33 | 18 | OSPF.  And this protocol -- a protocol is a program |
| 10:31:39 | 19 | that's run by different machines, and they message |
| 10:31:43 | 20 | each other as part of the execution of the program. |
| 10:31:46 | 21 | And in the Internet, those messages are carried in |
| 10:31:47 | 22 | Internet packets. |
| 10:31:52 | 23 | So in that sense, the messaging of the |
| 10:32:00 | 24 | protocol uses IP, and JiNao is about examining the |
| | 25 | operation of OSPF in a router.  And that operation |

5379fcd1-7246-4de7-a96e-07ab7c2e580c

GEORGE KESIDIS, VOLUME I        MAY 25, 2006

Page 45

| | | |
|---|---|---|
| 10:32:13 | 1 | reacts to route updates and other kinds of |
| 10:32:16 | 2 | OSPF-related messages that are delivered by packets. |
| 10:32:20 | 3 | So I can't say that it doesn't react to packets, |
| 10:32:26 | 4 | therefore. |
| 10:32:31 | 5 | Q.  So is it your opinion that algorithms that |
| 10:32:39 | 6 | look at information about routing would not be |
| 10:32:40 | 7 | relevant to the patents in suit? |
| 10:32:43 | 8 | MR. POLLACK:  Objection.  Lacks foundation, |
| 10:32:47 | 9 | vague and ambiguous. |
| 10:32:52 | 10 | THE WITNESS:  I would say no.  I would say |
| 10:32:56 | 11 | that it depends on how you look at those packets.  And |
| 10:32:59 | 12 | that's the key difference between a host-based and a |
| 10:33:05 | 13 | network-based sensor.  It's really a matter of the -- |
| 10:33:11 | 14 | how you react to them and the kinds of -- the kinds of |
| 10:33:14 | 15 | operations you do as a result of observing such a |
| 10:33:19 | 16 | packet and how you observe the packet:  Are you simply |
| 10:33:24 | 17 | taking note of the fact that it's a packet, or are you |
| 10:33:27 | 18 | probing deeper into the payload, and everything in |
| 10:33:34 | 19 | between.  It's really fundamentally a question |
| 10:33:38 | 20 | about -- I think I said, how you're reacting to the |
| 10:33:42 | 21 | packet and what attributes of the packet you're |
| 10:33:42 | 22 | reacting to. |
| 10:33:56 | 23 | BY MS. MOEHLMAN: |
| 10:33:59 | 24 | Q.  What attribute -- if you were looking at a |
| | 25 | routing protocol, what attributes of a routing |

GEORGE KESIDIS, VOLUME I          MAY 25, 2006

Page 49

| | | |
|---|---|---|
| 10:40:10 | 1 | MS. MOEHLMAN:  I'm just trying to understand |
| 10:40:14 | 2 | your testimony, because you just spent several pages |
| 10:40:18 | 3 | talking about how the network packets examined by |
| 10:40:22 | 4 | JiNao don't fall within this claim.  And you pointed |
| 10:40:25 | 5 | to network surveillance.  So when I asked you about |
| 10:40:28 | 6 | network surveillance, you testified that you look at |
| 10:40:31 | 7 | all packets on the wire.  So when you say all packets |
| 10:40:35 | 8 | on the wire, what particularly do you need to look at |
| 10:40:37 | 9 | within a packet, or could it be anything? |
| 10:40:39 | 10 | MR. POLLACK:  Objection.  Mischaracterizes |
| 10:40:43 | 11 | the testimony.  Vague and ambiguous.  Lacks |
| 10:40:49 | 12 | foundation. |
| 10:40:51 | 13 | THE WITNESS:  So the point is that when I |
| 10:40:54 | 14 | have -- when I'm doing network surveillance, I'm |
| 10:40:57 | 15 | looking at the packets as they're flowing by on the |
| 10:41:04 | 16 | wire or through some reconnaissance port of the |
| 10:41:10 | 17 | router.  And all I have to -- in the sense of just |
| 10:41:14 | 18 | trying to deal with this torrent of information, I'm |
| 10:41:18 | 19 | typically, in the cont,ext of these patents examining |
| 10:41:27 | 20 | fields in the header of the packet.  And only in a |
| 10:41:31 | 21 | very, very rudimentary way could I be exploring |
| 10:41:31 | 22 | elements of the payload. |
| 10:41:36 | 23 | BY MS. MOEHLMAN: |
| 10:41:39 | 24 | Q.  And how did JiNao not look at packets |
| | 25 | flowing on the wire? |

GEORGE KESIDIS, VOLUME I        MAY 25, 2006

Page 50

| | | |
|---|---|---|
| 10:41:51 | 1 | A.  Well, in a couple of ways.  The first is that |
| 10:41:58 | 2 | it's examining only those packets that are in receipt |
| 10:42:04 | 3 | by the router that it's trying to protect and on which |
| 10:42:12 | 4 | it's trying to conduct intrusion detection.  And only |
| 10:42:15 | 5 | those packets that, in the case of the example in the |
| 10:42:29 | 6 | paper, are germane to OSPF.  And it's certainly |
| 10:42:31 | 7 | reacting to elements in the payload to a level of |
| 10:42:34 | 8 | detail that's simply out of the scope of these patents |
| 10:42:43 | 9 | and would simply not be feasible.  I went through the |
| 10:42:47 | 10 | noninfringement story with regards -- sorry, the |
| 10:42:51 | 11 | validity story with regard to JiNao in my report, and |
| 10:42:53 | 12 | I could look through it. |
| 10:42:55 | 13 | Q.  Feel free to reference it if you need to. |
| 10:42:59 | 14 | But I'm trying to ask you questions, and if you need |
| 10:43:03 | 15 | to reference it, that's why I marked all of these |
| 10:43:10 | 16 | exhibits, so feel free.  Let me ask you, just going |
| 10:43:15 | 17 | to the next element on the '338 patent where it says, |
| 10:43:18 | 18 | "receiving network packets handled by a network |
| 10:43:25 | 19 | entity."  I believe you said a router is a network |
| 10:43:25 | 20 | entity.  Am I right? |
| 10:43:27 | 21 | A.  Sure. |
| 10:43:32 | 22 | Q.  And did JiNao receive packets handled by a |
| 10:43:39 | 23 | router? |
| 10:43:39 | 24 | MR. POLLACK:  Objection.  Vague and |
| | 25 | ambiguous. |

GEORGE KESIDIS, VOLUME I          MAY 25, 2006

Page 51

| | | |
|---|---|---|
| 10:43:44 | 1 | THE WITNESS:  In that context, sure.  It |
| 10:43:47 | 2 | reacted to packets that are -- certain packets that |
| 10:43:56 | 3 | are received by the router.  So in the sense that it |
| 10:43:56 | 4 | reacts to those packets, it receives them. |
| 10:44:11 | 5 | BY MS. MOEHLMAN: |
| 10:44:17 | 6 | Q.  And as part of the OSPF protocol, is there |
| 10:44:19 | 7 | something called a HELLO packet? |
| 10:44:20 | 8 | A.  Sure. |
| 10:44:23 | 9 | Q.  And what does a HELLO packet do? |
| 10:44:32 | 10 | A.  It simply identifies the OSPF speaker to its |
| 10:44:41 | 11 | peers. |
| 10:44:45 | 12 | Q.  And does that indicate a network connection? |
| 10:44:46 | 13 | MR. POLLACK:  Objection.  Vague and |
| 10:44:46 | 14 | ambiguous. |
| 10:44:54 | 15 | THE WITNESS:  Network connection?  In a very |
| 10:45:06 | 16 | general sense, yes.  Essentially, if I'm in receipt of |
| 10:45:10 | 17 | a HELLO packet from an OSPF speaker, I know that that |
| 10:45:10 | 18 | speaker is therefore connected to the network. |
| 10:45:12 | 19 | BY MS. MOEHLMAN: |
| 10:45:19 | 20 | Q.  Did JiNao build long-term profiles, |
| 10:45:21 | 21 | long-term statistical profiles? |
| 10:45:25 | 22 | MR. POLLACK:  Objection.  Vague and |
| 10:45:26 | 23 | ambiguous. |
| 10:45:29 | 24 | THE WITNESS:  Well, I guess in my reading of |
| | 25 | JiNao, I can't really say that it -- you know, in my |

BELL & MYERS, CERTIFIED SHORTHAND REPORTER, INC.  (408) 287-7500

5379fcd1-7246-4de7-a96e-07ab7c2e580c

GEORGE KESIDIS, VOLUME I          MAY 25, 2006

Page 55

| | | |
|---|---|---|
| 10:49:22 | 1 | A.  Because it's not -- it's fundamentally not a |
| 10:49:24 | 2 | method of network surveillance. |
| 10:49:27 | 3 | Q.  So it's your opinion that it does not meet |
| 10:49:29 | 4 | the preamble? |
| 10:49:38 | 5 | A.  That's correct, yeah. |
| 10:49:42 | 6 | Q.  Does it meet the first element, receiving |
| 10:49:47 | 7 | network packets handled by a network entity? |
| 10:49:48 | 8 | MR. POLLACK:  Objection.  Vague and |
| 10:49:48 | 9 | ambiguous. |
| 10:49:51 | 10 | THE WITNESS:  The router receives the |
| 10:49:55 | 11 | packets, strictly speaking.  So JiNao is a mechanism |
| 10:49:57 | 12 | sitting in a router that reacts to the receipt of |
| 10:50:01 | 13 | those packets.  So I would say qualifying it, yeah, |
| 10:50:01 | 14 | you're right. |
| 10:50:06 | 15 | BY MS. MOEHLMAN: |
| 10:50:11 | 16 | Q.  So does JiNao meet that first element or |
| 10:50:12 | 17 | not? |
| 10:50:16 | 18 | A.  I -- I mean, again, it's not receiving the |
| 10:50:20 | 19 | network packet.  It's reacting to certain attributes |
| 10:50:24 | 20 | of it that are -- the packets already in receipt by |
| 10:50:28 | 21 | the router or the line card on which JiNao is |
| 10:50:29 | 22 | functioning. |
| 10:50:34 | 23 | Q.  So if I had a component that receives data |
| 10:50:40 | 24 | from a router, would that meet the claim?  Could that |
| | 25 | possibly meet that claim element? |

BELL & MYERS, CERTIFIED SHORTHAND REPORTER, INC.   (408) 287-7500

5379fcd1-7246-4de7-a96e-07ab7c2e580c

I

(A) Consider the information properly submitted in an IDS in the same manner that the examiner considers other documents in Office search files while conducting a search of the prior art in a proper field of search.

(1) For e-IDS, use the e-IDS icon on examiner's workstation to consider cited U.S. patents and U.S. patent application publications. See MPEP § 609.07 for more information on e-IDS.

(2) Initial the blank column next to the citation to indicate that the information has been considered by the examiner.

(B) Draw a line through the citation to show that it has not been considered if the citation fails to comply with all the requirements of 37 CFR 1.97 and 37 CFR 1.98. - The examiner should inform applicant the reasons why a citation was not considered.

(C) Write "not considered" on an information disclosure statement if none of the information listed complies with the requirements of 37 CFR 1.97 and 37 CFR 1.98. - The examiner will inform applicant the reasons why the IDS was not considered by using form paragraphs 6.49 through 6.49.09.

(D) Sign and date the bottom of the IDS listing.

(E) Ensure that a copy of the IDS listing that is signed and dated by the examiner is entered into the file and mailed to applicant.<

>

## 609.02 Information Disclosure Statements in Continued Examinations or Continuing Applications [R-3]

<

**\*IDS IN CONTINUED EXAMINATIONS OR CONTINUING APPLICATIONS**

*A. IDS That Has Been Considered (1) in the Parent Application, or (2) Prior to the Filing of a Request for Continued Examination (RCE)*

**1. Continued Prosecution Applications (CPAs) Filed Under 37 CFR 1.53(d) \*\***

Information which has been considered by the Office in the parent application of a continued prose-cution application (CPA) filed under 37 CFR 1.53(d) \*\* will be part of the file before the examiner and need not be resubmitted in the continuing application to have the information considered and listed on the patent.

**2. Continuation Applications \*>,< Divisional Applications, \*\* or Continuation-In-Part Applications Filed Under 37 CFR 1.53(b)**

The examiner will consider information which has been considered by the Office in a parent application when examining (A) a continuation application filed under 37 CFR 1.53(b) \*\* (B) a divisional application filed under 37 CFR 1.53(b) \*\* or (C) a continuation-in-part application filed under 37 CFR 1.53(b). A listing of the information need not be resubmitted in the continuing application unless the applicant desires the information to be printed on the patent.

>

If resubmitting a listing of the information, applicant should submit a new listing that complies with the format requirements in 37 CFR 1.98(a)(1). Applicants are strongly discouraged from submitting a list that includes copies of PTO/SB/08 (PTO-1449) /or PTO-892 forms from other applications. A completed PTO/SB/08 or PTO-1449 form from another application may already have initials of an examiner and the application number of another application. This information will likely confuse the record. Furthermore, when the spaces provided on the form have initials of an examiner, there are no spaces available next to the documents listed for the examiner of the subsequent application to provide his or her initials, and the previously relevant initials may be erroneously construed as being applied for the current application.<

**3. Requests for Continued Examination (RCE) Under 37 CFR 1.114**

Information which has been considered by the Office in the application before the filing of a RCE will be part of the file before the examiner and need not be resubmitted to have the information considered by the examiner and listed on the patent.