IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**Public Version** |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT THAT SRI INTERNATIONAL, INC.'S PATENTS ARE INVALID FOR FAILURE TO DISCLOSE BEST MODE**

I, Kyle Wagner Compton, declare as follows:

I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

1. Attached as Exhibit A is a copy of the Expert Report of Stephen E. Smaha dated April 21, 2006.

2. Attached as Exhibit B is a copy of the Invalidity Expert Report of L. Todd Heberlein dated April 21, 2006.

3. Attached as Exhibit C is a true and correct copy of *Optical Disc Corp. v. Del Mar Avionics*, 45 Fed. Appx. 887 (Fed. Cir. 2002).

4. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the March 30, 2006, deposition of Phillip Porras.

5. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the March 23, 2006, deposition of Alfonoso Valdes.

6. Attached as Exhibit F is a true and correct copy of an email dated July 2, 1999, bearing production numbers SRIE 0037570 – 37571.

7. Attached as Exhibit G is a copy of the Rebuttal Expert Report of Stephen E. Smaha dated May 16, 2006.

8. Attached as Exhibit H is a copy of the Supplemental Responses and Objections of ISS-GA and ISS-DE to SRI's Interrogatory Nos. 6 and 11.

9. Attached as Exhibit I is a copy of ISS-GA's Second Set of Interrogatories (Nos. 19-20).

10. Attached as Exhibit J is a copy of SRI's Responses to ISS-GA's Second Set of Interrogatories (Nos. 19-20) and SRI's Third Supplemental Response to ISS-GA's Interrogatory No. 17.

11. Attached as Exhibit K is a copy of Symantec's Fourth Supplemental Response to SRI's Interrogatory No. 6.

12. Attached as Exhibit L is a copy of the Second Supplemental Responses and Objections of ISS-GA and ISS-DE to SRI's Interrogatory No. 6.

13. Attached as Exhibit M is a true and correct copy of excerpts from the transcript of the May 26, 2006, deposition of George Kesidis.

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 30th day of June 2006, in Wilmington, Delaware.

Kyle Wagner Compton

50357446.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2006, I electronically filed the **REDACTED – DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT THAT SRI INTERNATIONAL, INC.'S PATENTS ARE INVALID FOR FAILURE TO DISCLOSE BEST MODE** with the Clerk of Court the attached document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-Counterclaimant Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-Counterclaimant Symantec Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc