# H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.A:04-1199 (SLR)

SRI INTERNATIONAL, INC.,          )
a California Corporation          )
                                  )
    Plaintiff and                 )
    Counterclaim Defendant,       )
                                  )
         v.                       )
                                  )
INTERNET SECURITY SYSTEMS, INC.,  )
a Delaware Corporation, INTERNET  )
SECURITY SYSTEMS, INC., a Georgia )
Corporation, and SYMANTEC         )
CORPORATION, a Delaware           )
Corporation,                      )
                                  )
    Defendants and                )
    Counterclaim-Plaintiffs.      )

COPY

VIDEOTAPED DEPOSITION

OF

Y. FRANK JOU

At Raleigh, North Carolina                    Reported by:
January 27, 2006 - 9:53 a.m.                  Debra D. Bowden

**capitalreporting**

PO Box 97696          8360 Six Forks Road        919.398.7775 ph
Raleigh, NC 27624     Suite 101                  919.398.7741 fax
                      Raleigh, NC 27615

www.capreporting.com                     capreporting@aol.com

170

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | meant -- what I meant was the capability we                     |
| 2  |    | implement was local in nature.                                  |
| 3  | Q. | Um-hmm.                                                         |
| 4  | A. | And as the goal we try to achieve was to be                     |
| 5  |    | able to scale this capability to a global                       |
| 6  |    | label. So that was my intent in this                            |
| 7  |    | description here. Basically as a next step                      |
| 8  |    | in the capability it should be extend from                      |
| 9  |    | local to a global area. Global scope.                           |
| 10 |    | Yeah.                                                           |
| 11 | Q. | Okay. And now the DARPA project was a                           |
| 12 |    | three-year project; correct?                                    |
| 13 | A. | Right.                                                          |
| 14 | Q. | It was a limited in time; correct?                              |
| 15 | A. | Yeah, um-hmm.                                                   |
| 16 | Q. | And limited in funding money; correct?                          |
| 17 | A. | Yeah.                                                           |
| 18 | Q. | Had you had more time and money, would you                      |
| 19 |    | have taken that natural extension step to a                     |
| 20 |    | more global system?                                             |
| 21 | A. | Definitely that was in our intent. But you                      |
| 22 |    | know, again I should say this was a                             |
| 23 |    | research project. There was no guarantee,                       |
| 24 |    | you know, we would be able to bear any                          |

171

```
 1        fruit even though if the time or resource
 2        is allowed at that point in time.
 3   Q.   If you go back to the architecture
 4        document, J18, on page 3.
 5   A.   Page 3.  Okay.
 6   Q.   And if you go to Section 2.1.
 7   A.   Um-hmm.
 8   Q.   And you go to the third paragraph.
 9   A.   Um-hmm.
10   Q.   The middle of it.  And you say, "While it
11        is not within the scope of this project, we
12        expect that the detection analysis
13        functions implemented in the local
14        subsystem can be extended to a global level
15        and correlate intrusion events among
16        several routers."  Do you see that?
17   A.   Um-hmm.
18   Q.   And then it goes on to say, "The management
19        capability which is based on SNMP framework
20        can logically be further extended among
21        management notes in a hierarchical fashion
22        to establish a status map for an autonomous
23        system."
24   A.   Um-hmm.
```

172

1  Q.  Now, while your DARPA project was limited
2      in time and funding, did you create the
3      design such that it could be extended in
4      this hierarchical fashion?
5  A.  I would not say created, because the SNMP
6      network by its nature is to monitor remote
7      system.
8  Q.  Um-hmm.
9  A.  And be able to reflect a healthy -- the
10     healthy -- the status of the network, you
11     know, it's healthy, whether it's healthy or
12     it's, you know, under stress.  That was the
13     intent of the SNMP framework.  And our
14     thinking at that point in time was to take
15     advantage of this SNMP by the fact that
16     it's able to monitor several systems in a
17     distributive fashion.  And you know, the
18     challenge at that point was how do you
19     correlate.  I think that was the main
20     technical challenge at that point in time
21     in terms of how do you collect -- collect
22     of the local detection result was not an
23     issue.  The issue was how do you come up
24     with the intelligence, how do you correlate

173

1   all the relevant information and be able
2   to, you know, derive a certain logical or
3   reasonable conclusion, and able to, based
4   upon this result, take action accordingly.
5   I think that was the challenge, and the --
6   you know, we did look into that aspect.
7   But however at that point we did not have a
8   very promising, you know, development at
9   that time. At the conclusion of the
10  project. So that was, you know, the open
11  question at that point.
12  Q.  And if you just saw the term correlate --
13  A.  Um-hmm.
14  Q.  -- what would that mean to you?
15          MS. PRESCOTT:  Objection to form.
16  A.  Correlate means how do you put two or more
17  than two input together and derive
18  meaningful information, or intelligence,
19  out of these different infrastreams of
20  information, and be able to come up with
21  certain rationale or logic that what this,
22  you know, behavior manifests to itself.
23          Probably that's kind of lengthy or
24  wordy, but that's my understanding of this

I

# REDACTED

# J

# REDACTED