IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 04-1199 (SLR) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) | **PUBLIC VERSION** |
| Defendants and Counterclaim-Plaintiffs. | ) ) | |

**THIRD DECLARATION OF DAVID E. MOORE IN SUPPORT OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO PRECLUDE SRI, BASED ON ITS CONDUCT IN DISCOVERY, FROM DISPUTING THE EVIDENCE ESTABLISHING THAT THE LIVE TRAFFIC PAPER IS A 102(b) INVALIDATING REFERENCE**

OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
1180 Peachtree St.
Atlanta, GA 30309

Theresa A. Moehlman
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036

Dated: June 30, 2006
Public Version Dated: July 11, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Internet Security Systems, a Delaware Corporation and Internet Security Systems, a Georgia Corporation*

I, David E. Moore, hereby declare as follows:

I am associated with Potter, Anderson & Corroon LLP, counsel of record in this action for Internet Security Systems, Inc. I make this Declaration in support of "Defendants' Opening Brief In Support Of Their Motion To Preclude SRI, Based On Its Conduct In Discovery, From Disputing The Evidence Establishing That The Live Traffic Paper Is A 102(b) Invalidating Reference" and would and could competently testify to the matters set forth below if called upon to do so.

1. Attached hereto as Exhibit A-C are true and correct copies of the August 1, 1997, November 10, 1997 and December 12, 1997 versions of the *Live Traffic Analysis of TCP/IP Gateways* paper (SRI 067675-067689; SRI 067176-067186; SRI 054583-054846).

2. Attached hereto as Exhibit D are true and correct copies of selected pages of the Rebuttal Report of Dr. George Kesidis on Validity.

3. Attached hereto as Exhibit E is a true and correct copy of Defendants December 19, 2005 Rule 30(b)(6) Notice.

4. Attached hereto as Exhibit F is a true and correct copy of Defendants December 22, 2005 Rule 30(b)(6) Notice.

5. Attached hereto as Exhibit G is a true and correct copy of the January 11, 2006 letter from J. Loeb and J. Blake to K. Prescott.

6. Attached hereto as Exhibit H is a true and correct copy of the January 18, 2006 letter from J. Loeb and J. Blake to K. Prescott.

7. Attached hereto as Exhibit I is a true and correct copy of the January 13, 2006 letter from J. Blake to K. Prescott.

8. Attached hereto as Exhibit J is a true and correct copy of the March 20, 2006 letter from J. Loeb and J. Blake to K. Prescott.

9. Attached hereto as Exhibit K are true and correct copies of selected pages of the 30(b)(6) Deposition Transcript of Phillip Porras.

10. Attached hereto as Exhibit L is a true and correct copy of the August 1, 1997 email from Phillip Porras (SRIE 0460761).

11. Attached hereto as Exhibit M is a true and correct copy of the available Emerald Downloads as of August 25, 1997 (SRI 094295).

12. Attached hereto as Exhibit N is a true and correct copy of the available Emerald Downloads as of September 4, 1997 as captured by Internet Archive (ISS_02125903-904 and 02126097).

13. Attached hereto as Exhibit O is a true and correct copy of the April 4, 2006 letter from R. Brown to H. Pollack.

14. Attached hereto as Exhibit P is a true and correct copy of the April 7, 2006 letter from T. Moehlman to H. Pollack.

15. Attached hereto as Exhibit Q is a true and correct copy of the April 7, 2006 from H. Pollack letter to R. Brown.

16. Attached hereto as Exhibit R is a true and correct copy of the April 11, 2006 from K. Prescott letter to T. Moehlman.

17. Attached hereto as Exhibit S are true and correct copies of selected pages of ISS's Second Supplemental Responses and Objections Of ISS-GA and ISS-DE To Interrogatory No. 6.

18. Attached hereto as Exhibit T are true and correct copies of three sets of SRI Supplemental Interrogatory Responses.

19. Attached hereto as Exhibit U are true and correct copies of selected pages of ISS's November 15, 2005 Supplemental Responses and Objections Of ISS-GA and ISS-DE To SRI's Interrogatory Nos. 6 and 11 and Exhibits.

20. Attached hereto as Exhibit V are true and correct copies of selected pages of SRI International, Inc.'s Responses To Defendant ISS-GA's Second Set Of Interrogatories [Nos. 19-20] and SRI's Third Supplemental Response To ISS-GA's Interrogatory No. 17 (December 15, 2005).

21. Attached hereto as Exhibit W are true and correct copies of selected pages of the expert report of S. Smaha.

22. Attached hereto as Exhibit X are true and correct copies of selected pages of the expert report of T. Herberlein.

23. Attached hereto as Exhibit Y is a true and correct copy of the Notes of Advisory Committee on Rules, Notes To the Federal Rules Of Civil Procedure Rule 30.

EXECUTED this 30th day of June, 2006 in Wilmington, Delaware.

                                                                            /s/ David E. Moore
                                                                              David E. Moore

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 11, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath | Richard K. Herrmann |
| Fish & Richardson P.C. | Morris James Hitchens & Williams LLP |
| 919 N. Market Street, Suite 1100 | 222 Delaware Avenue, 10th Floor |
| P. O. Box 1114 | P.O. Box 2306 |
| Wilmington, DE  19899 | Wilmington, DE  19899-2306 |

I hereby certify that on July 11, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack | Paul S. Grewal |
| Michael J. Curley | Day Casebeer Madrid & Batchelder LLP |
| Fish & Richardson P.C. | 20300 Stevens Creek Boulevard |
| 500 Arguello Street, Suite 500 | Suite 400 |
| Redwood City, CA  94063 | Cupertino, CA  95014 |
| pollack@fr.com | pgrewal@daycasebeer.com |
| curley@fr.com | |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314