# EXHIBIT
# D

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT
# E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT
# F

# Index of ftp://ftp.csl.sri.com/

Up to higher level directory

dev                          9/13/2002 12:00:00 AM

pub                          9/18/2002 12:00:00 AM

welcome.msg    1 KB 9/19/2002 12:00:00 AM

# Index of ftp://ftp.csl.sri.com/pub

Up to higher level directory

| | | | | |
|---|---|---|---|---|
| README | 1 KB | 3/5/2001 | 12:00:00 | AM |
| anetd | | 8/16/2002 | 12:00:00 | AM |
| dsa | | 3/6/2001 | 12:00:00 | AM |
| emerald | | 5/15/2006 | 10:05:00 | AM |
| pvs | | 12/15/2005 | 12:00:00 | AM |
| reports | | 9/18/2002 | 12:00:00 | AM |
| users | | 8/7/2002 | 12:00:00 | AM |

# Index of ftp://ftp.csl.sri.com/pub/emerald

Up to higher level directory

| | | |
|---|---|---|
| BBN | 2/27/2006 | 8:34:00 AM |
| I3P_T4 | 1/3/2006 | 11:02:00 AM |
| UnivOfMaryland | 2/27/2006 | 8:32:00 AM |
| custom | 11/5/2001 | 12:00:00 AM |
| eXpert-BSM | 4/24/2002 | 12:00:00 AM |
| emerald.avi    11262 KB | 9/3/2001 | 12:00:00 AM |
| presentations | 6/4/2002 | 12:00:00 AM |
| private | 2/27/2006 | 9:46:00 AM |

# EXHIBIT
# G

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT
# H

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT
# I

http://web.archive.org/web/19970724155431/www.sics.se/~ara/papers/NSP96/NSP96.html

---

Next Up Previous

**Next:** Introduction

---

# Personal Security Assistance for Secure Internet Commerce

# (position paper)

**Andreas Rasmusson Sverker Jansson**
**Swedish Institute of Computer Science**
**Box 1263, S-164 28 Kista, Sweden**
`ara@sics.se, sverker@sics.se`

16 September, 1996

Available as dvi, ps, html, at http://www.sics.se/~ara/papers/NSP96.html.

## Abstract:

*In this paper we discuss the approach of using a personal security assistant for interacting with mobile agents visiting your computer.*

*Current agent security approaches are often based on trust in an external authority who guarantees that the agent is correct/benign or that your local resources have all been assigned correct access-restrictions. We argue that a more rewarding security policy is to grant the visiting agent access to resources on the assumption that it will do useful work for you and behave as expected.*

*Not disqualifying agents from doing useful work for you on the grounds that you have no previous experience from them facilitates the introduction of new agents into the market since trusting the sender is less crucial.*

*The paper contains a discussion on the security approach taken in most of todays agent systems and how security is enforced by Intrusion Detection Systems. We give a rationale for using an interactive Personal Security Assistant as an aid for detecting malicious agents visiting end-user agent environments and sketch the architecture and design criteria of such an assistant. We discuss how malicious programs could be identified and mention some preliminary experiments with Java-applets.*

---

- Introduction
- Related work
- Personal Security Assistant

http://web.archive.org/web/19970724155431/www.sics.se/~ara/papers/NSP96/NSP96.html

- An open assistant architecture
- Recognizing behavior
- Monitoring Java Applets
- Monitoring SimICS processes
- Conclusions and future work
- References
- About this document ...

---

*Andreas Rasmusson*
*Fri Oct 25 11:06:32 MET DST 1996*

http://web.archive.org/web/19970724190142/www.sics.se/~ara/papers/NSP96/node9.html



**Next:** About this document **Up:** Personal Security Assistance **Previous:** Conclusions and future

# References

1    D. Anderson, T. F. Lunt, H. S. Javitz, A. Tamaru, and A. Valdes. Detecting Unusual Program
     Behavior Using the Statistical Component of the Next-generation Intrusion Detection Expert System
     (NIDES). Technical Report SRI-CSL-95-06, SRI Computer Science Laboratory, May 1995.

2    Joseph A. Bank. Java security. Technical report, 1995.

     http://web.archive.org/web/19970724190142/http://swissnet.ai.mit.edu/~jbank/javapaper/javapaper.h

3    Mark Crosbie and Eugene Spafford. Defending a Computer System using Autonomous Agents. In
     *18th National Information Systems Security Conference*, oct 1995.

     http://web.archive.org/web/19970724190142/http://www.cs.purdue.edu/homes/mcrosbie/research/NI

4    Justin Doak. Intrusion Detection: The Application of Feature Selection, A Comparison of
     Algorithms, and the Application of a Wide Area Network Analyzer. Master's thesis, University of
     California, Davis, Dept. of Computer Science, 1992.

5    Tim Finin and Richard Fritzson. Kqml as an agent communication language. In *the Third
     International Conference on Information and Knowledge Management (CIKM'94)*, nov 1994.
     http://web.archive.org/web/19970724190142/http://www.cs.umbc.edu/kqml/papers/kqml-acl.ps.

6    James Gosling and Henry McGilton. The java(tm) language environment: A white paper. Technical
     report, Sun Microsystems, 1995.

     http://web.archive.org/web/19970724190142/http://www.javasoft.com/whitePaper/java-whitepaper-
     1.html.

7    Harold S. Javitz and A. Valdez. The NIDES Statistical Component: Description and Justification.
     Technical report, SRI International, March 1993.
     http://web.archive.org/web/19970724190142/ftp://ftp.csl.sri.com:/pub/nides/statreport.ps.

8    Calvin Ko, George Fink, and Karl Levitt. Automated detection of vulnerabilities in priviledged
     programs by execution monitoring. In *Proc. 10th Annual Computer Security Applications
     Conference*, 1994.
     http://web.archive.org/web/19970724190142/http://seclab.cs.ucdavis.edu/papers/kfl94.ps.

9    Sandeep Kumar and Eugene Spafford. An Application of Pattern Matching in Intrusion Detection.
     Technical Report 94-013, Purdue University, Department of Computer Sciences, March 1994.

10   Raymond W. Lo and Karl N. Levitt. MCF:: a malicious code filter. *Computers & Security*, pages

http://web.archive.org/web/19970724190142/www.sics.se/~ara/papers/NSP96/node9.html

541—566, 1995.

11   Teresa F Lunt. A Survey of Intrusion Detection Techniques. *Computers & Security*, 12(4):405--418, June 1993.

12   Peter Magnusson. *SimICS User's Manual.* SICS, 1996.
     http://web.archive.org/web/19970724190142/http://www.sics.se/simics/.

13   Andreas Rasmusson. Interactive security assistance for end-user supervision of untrusted programs. Master's thesis, Royal Institute of Technology, oct 1996.
     http://web.archive.org/web/19970724190142/http://www.sics.se/~ara/papers/thesis96.html.

14   Lars Rasmusson. Socially controlled global agent systems. Master's thesis, Royal Institute of Technology, oct 1996.
     http://web.archive.org/web/19970724190142/http://www.sics.se/~lra/exjobb/rapport.ps.gz.

15   Lars Rasmusson and Sverker Jansson. Simulated social control for secure internet commerce (position paper). In *New Security Paradigms Workshop '96*, apr 1996.

     http://web.archive.org/web/19970724190142/http://www.sics.se/~lra/simsoccntr/simsoccntr.html.

16   Lars Rasmusson, Andreas Rasmusson, and Sverker Jansson. Reactive security and social control.
     http://web.archive.org/web/19970724190142/http://www.sics.se/~ara/papers/nsp-panel.ps, aug 1996.

17   Sun. Frequently asked questions - applet security. Technical report, Sun Microsystems.
     http://web.archive.org/web/19970724190142/http://java.sun.com/sfaq/.

18   Joseph Tardo and Luís Valente. Mobile agent security and telescript. Technical report, General Magic, Inc, 1996.
     http://web.archive.org/web/19970724190142/http://www.genmagic.com/Telescript/Compcon96.ps.

*Andreas Rasmusson*
*Fri Oct 25 11:06:32 MET DST 1996*

# EXHIBIT
# J

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT
# K

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT L

# THIS EXHIBIT
# INTENTIONALLY LEFT BLANK

# EXHIBIT
# M

ftp.csl.sri.com" - Google Groups                    http://groups.google.com/groups/search?hl=en&lr=&safe=off&num=1...



Groups Home | Help | Sign in

Web   Images   **Groups**   News   Froogle   Maps   **more »**

"ftp.csl.sri.com"                    Search    Advanced Groups Search
                                               Preferences

1 ▾ | Jan ▾ | 1994 ▾ | – 9 ▾ | Nov ▾ | 1997 ▾ |

Members:   Sign in          **Searched all**        Results **1 - 10** of **70** from **Jan 1, 1994** to **Nov 9, 1997** for
New users:   Join            **groups**                              "ftp.csl.sri.com" (0.10 seconds)

                                                 Sorted by relevance   Sort by date

☑ Groups Alerts              Last Call for Papers: COMPASS 95
                             ... Fax: (415) 859-2844 333 Ravenswood Avenue WWW:
Create a new group           http://www.csl.sri.com/rushby/rushby.
About Google Groups          html Menlo Park, CA 94025 USA ftp: **ftp.csl.sri.com/pub/{reports|pvs ...
                             comp.specification** - Jan 4 1995, 5:12 pm by John Rushby - 1 message - 1 author

                             Web and ftp major security sites
                             ... 16. "ftp://**ftp.csl.sri.com**:/pub/nides" SRI's NIDES Next-Generation Intrusion
                             Detection
                             System< Gopher Sites 1. <dt><a href="gopher://gopher-server.nist.gov/1 ...
                             **comp.security.unix** - Nov 17 1994, 10:57 pm by Vin McLellan - 2 messages - 2
                             authors

                             Protocols /Security Web Sites
                             ... to security, including passwd+ coast.cs.purdue.edu/pub/ doc/intrusion_detection
                             COAST AI and statistical tools to detect intrusion **ftp.csl.sri.com**/pub/nides ...
                             **comp.security.misc** - Jul 14 1995, 12:29 am by Thomas Gutekunst - 7 messages - 7
                             authors

                             Lotos and CSCW: ask for information
                             ... International Conference on Multimedia Computing and Systems, Washington, DC,
                             May
                             1995) http://www.csl.sri.com/icmcs95.html or ftp://**ftp.csl.sri.com**/pub/reports ...
                             **comp.specification** - Mar 22 1995, 12:40 am by John Rushby - 2 messages - 2
                             authors

                             Formal spec's and errors discovery
                             ... Fax: (415) 859-2844 333 Ravenswood Avenue WWW:
                             http://www.csl.sri.com/rushby/rushby.
                             html Menlo Park, CA 94025 USA ftp: **ftp.csl.sri.com**/pub/{reports|pvs}
                             **comp.specification** - Feb 3 1995, 6:56 pm by John Rushby - 2 messages - 2 authors

                             Anonymous FTP: Sitelist Part 2 of 20 [02/20]
                             ... 8 Date : 14-Dec-94 Source : old ftp-list Alias : csla.csl.com Admin : Organ :
                             SRI International Server : System : URL : **ftp://csl.sri.com/** Comment: Problem ...
                             **alt.answers** - May 31 1995, 6:53 pm by Perry Rovers - 1 message - 1 author

                             FWD: CFP for Formal Methods Europe
                             ... Fax: (415) 859-2844 333 Ravenswood Avenue WWW:
                             http://www.csl.sri.com/rushby/rushby.

html Menlo Park, CA 94025, USA ftp: **ftp.csl.sri.com**/pub/{reports|pvs ...
**comp.specification.larch** - Jul 27 1995, 5:03 pm by horn....@pa.dec.com - 1
message - 1 author

## BTYACC — yacc with backtracking and inherited attributes.
**...** The program is public domain and is available for ftp at ftp://**ftp.csl.
sri.com**/pub/dodd/btyacc.tar.gz Chris Dodd d...@csl.sri.com **...**
**comp.compilers** - Mar 6 1995, 9:57 pm by Chris Dodd - 1 message - 1 author

## BLEDSOE's SupInf method
**...** Fax: (415) 859-2844 333 Ravenswood Avenue WWW:
http://www.csl.sri.com/rushby/rushby.
html Menlo Park, CA 94025, USA ftp: **ftp.csl.sri.com**/pub/{reports|pvs}
**comp.specification.larch** - Jun 29 1996, 12:50 pm by John Rushby - 2 messages -
2 authors

## FTP refs for Mosaic
**...** Tools</a><p> <a
href="ftp://coast.cs.purdue.edu:/pub/doc/intrusion_detection">COAST -
intrusion_detection</a><p> <a href="ftp://**ftp.csl.sri.com**:/pub/nides **...**
**comp.security.misc** - Nov 25 1994, 11:49 pm by Jim Truitt - 1 message - 1 author

New! Get the latest messages on **"ftp.csl.sri.com"** emailed to you with Google Alerts.

# Gooooooogle ▶
Result Page:    1 2 3 4 5 6 7        Next

---

"ftp.csl.sri.com"                    Search

Google Home – Terms of Service – Privacy Policy

©2006 Google