# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**BY ELECTRONIC FILING AND HAND DELIVERY**

July 14, 2006

Clerk of the Court
United States District Court
844 King Street
Wilmington, DE  19801

Re:    SRI International Inc. v. Internet Security Systems, Inc., et al.
USDC-D. Del. - C. A. No. 04-1199 (SLR)



Dear Sir/Madam:

ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Enclosed please find the original and one copy of the corrected Declaration of Kyle
Wagner Compton in Support of SRI International, Inc.'s Reply on Its Motion for
Partial Summary Judgment That the Live Traffic Article is Not a Section 102(b)
Printed Publication (D.I. 373) which was electronically filed under seal and delivered
to the Court on July 10, 2006.  Exhibit B was inadvertently attached as both Exhibits
B and C in the original document.  I apologize for the inconvenience.

Very truly yours,

Kyle Wagner Compton

KWC:dbp
Enclosures

cc w/enc:    Paul S. Grewal – By Federal Express
Holmes J. Hawkins, III, Esquire – By Federal Express
Theresa A. Moehlman, Esquire – By Federal Express
Richard L. Horwitz, Esquire – By Hand
Richard K. Herrmann, Esquire – By Hand