IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>      Defendants and<br>      Counterclaim-Plaintiffs. | Civil Action No. 04-CV-1199 (SLR)<br><br>PUBLIC VERSION<br><br>THIS DOCUMENT CONTAINS MATERIALS WHICH ARE CONFIDENTIAL AND COVERED BY A PROTECTIVE ORDER. THIS DOCUMENT SHALL NOT BE MADE AVAILABLE TO ANY PERSON OTHER THAN THE COURT AND OUTSIDE COUNSEL OF RECORD FOR THE PARTIES. |

**DECLARATION OF PAUL S. GREWAL IN SUPPORT OF SYMANTEC'S NON-INFRINGEMENT SUMMARY JUDGMENT REPLY BRIEF**

I, Paul S. Grewal, declare as follows:

1. I am a member of the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Defendant Symantec Corporation. I am admitted to practice law before all courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3. Attached hereto as Exhibit A is a true and correct copy of selected pages from the February 27, 2006 deposition transcript of Jeremy Bennett.

4. Attached hereto as Exhibit B is a true and correct copy of selected pages from the June 7, 2006 deposition transcript of Jeffery P. Hansen, Ph.D.

5. Attached hereto as Exhibit C is a true and correct copy of selected excerpts from Symantec's Response to SRI's Interrogatory No. 17 identifying Symantec

customers that have purchased the accused SGS and Manager Products.

6.  Attached hereto as Exhibit D is a true and correct copy of selected pages from the April 5, 2006 deposition transcript of Merrill Lynch III.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: July 10, 2006

By: _____
Paul S. Grewal

# EXHIBIT A

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT B

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT C

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT D

# EXHIBIT REDACTED IN ITS ENTIRETY

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2006, I electronically filed the foregoing document, **REDACTED DECLARATION OF PAUL S. GREWAL IN SUPPORT OF SYMANTEC'S NON-INFRINGEMENT SUMMARY JUDGMENT REPLY BRIEF**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John F. Horvath, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 14th day of July, 2006, the foregoing document was served via email on the following non-registered participants:

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA 94063
650.839.5070

Holmes Hawkins, III, Esq.
King & Spalding
191 Peachtree St.
Atlanta, GA 30303
404.572.4600

Theresa Moehlman, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
212.556.2100

　　　　　　　　　　　/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Counsel for Symantec Corporation*

1

1424341/1