IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, <br><br> Defendants and Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C. A. No. 04-1199 (SLR) <br><br> **PUBLIC VERSION** |

**FIFTH DECLARATION OF DAVID E. MOORE IN SUPPORT OF DEFENDANT ISS'S REPLY BRIEF FOR SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE SRI PATENTS-IN-SUIT ARE NOT INFRINGED OR, IN THE ALTERNATIVE, ARE INVALID**

OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30303
Tel: (404) 572-4600
Fax: (404) 572-5134

Theresa A. Moehlman
Bhavana Joneja
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100
Fax: (212) 556-2222

Dated: July 10, 2006
Public Version Dated: July 17, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
Internet Security Systems, a Delaware
Corporation and Internet Security Systems,
a Georgia Corporation*

I, David E. Moore, hereby declare as follows:

1. I am associated with Potter, Anderson & Corroon LLP, counsel of record in this action for Internet Security Systems, Inc. I make this Declaration in support of "Defendant ISS's Reply Brief in Support of Its Motion for Summary Judgment that the Asserted Claims of the SRI Patents-in-Suit are not Infringed or, in the Alternative, are Invalid" and would and could competently testify to the matters set forth below if called upon to do so.

2. Attached hereto as Exhibits A are true and correct copies of ███████████ ███████████████████████████████

3. Attached hereto as Exhibit B are true and correct copies of selected pages from the NetStalker Installation and User's Guide Version 1.0.2, Haystack Laboratories, Inc., May 1996.

4. Attached hereto as Exhibit C are true and correct copies of ███████████ ███████████████████████████████

5. Attached hereto as Exhibits D are true and correct copies of ███████████ ███████████████████████████████

6. Attached hereto as Exhibits E are true and correct copies of selected pages of the Deposition Transcript of George Kesidis.

7. Attached hereto as Exhibits F are true and correct copies of ███████████ ███████████████████████████████

EXECUTED this 10th day of July, 2006 in Wilmington, Delaware.

                                              /s/ David E. Moore
                                              David E. Moore

Public Version Dated: July 17, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 17, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

I hereby certify that on July 17, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

Howard G. Pollack
Michael J. Curley
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
pollack@fr.com
curley@fr.com

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014
pgrewal@daycasebeer.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314