B

**Exhibit B**

**Defendants' Newly-Proffered Public Use Evidence**

| New Evidence | Where Referenced in Defendants' Opposition[1] | Date Produced[2] |
|---|---|---|
| Heberlein Declaration | Footnotes 21, 26-30, 33-48 | 6/30/2006 |
| Staniford Declaration | Footnotes 50-54 | 6/30/2006 |
| Email regarding use of GrIDS (Ex. B to 6/30/06 Staniford Declaration) | Footnote 53 | 6/30/2006 |
| Frincke Declaration | Footnotes 22, 34, 37, 38 | 6/30/2006 |
| DIDS Source Code and Screenshots (Ex. A to 6/30/06 Heberlein Declaration) | Footnotes 24, 33 | 6/30/2006 |
| DIDS 1992 Presentation Slides (Ex. B to 6/30/06 Heberlein Declaration) | Footnote 35 | 6/30/2006 |
| REDACTED | Footnote 42 | 6/9/2006 |
| | Footnote 45 | 6/9/2006 |

[1] Defendants' opposition alleges more than thirty new factual propositions regarding public use. In those cases where the factual proposition is supported by a declaration or a document, the opposition inserts a footnote citing to the support.

[2] Fact discovery in this case closed on March 31, 2006. Expert discovery closed on June 6, 2006.