IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br><br><br>**PUBLIC VERSION** |

### DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF SRI INTERNATIONAL, INC.'S REPLY ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE LIVE TRAFFIC ARTICLE IS NOT A SECTION 102(b) PRINTED PUBLICATION

I, Kyle Wagner Compton, declare as follows:

I am an Associate with Fish & Richardson P.C., counsel for Plaintiff SRI International, Inc. ("SRI"). I make the following statements based on personal knowledge.

1. Attached as Exhibit A is a true and correct copy of an abstract of the publication by Phillip Porras and Alfonso Valdes, *Live Traffic Analysis of TCP/IP Gateways*, dated August 1, 1997 located at web.archive.org/web/19980124003236/http:/www.csl.sri.com/emerald/traffic-short.html .

2. Attached as Exhibit B is a true and correct copy of an October 2, 1997 e-mail regarding the acceptance of the Live traffic paper for publication bearing production number SRIE 0018138.

3. Attached as Exhibit C is a true and correct copy of the HTML version of the publication by Phillip Porras and Alfonso Valdes, *Live Traffic Analysis of TCP/IP*

*Gateways*, dated November 10, 1997, www.web.archive.org/web/19980124000949/www.csl.sri.com/emerald/live-traffic.html, which was produced by Symantec bearing the production numbers SYM_P_0507977-996. This is the version that is obtained by following the link on The EMERALD Project downloads page which was attached as Moore Decl. Ex. R.

4.      Attached as Exhibit D is a true and correct copy of a string of emails between Gary Jackson and Phillip Porras re Live Traffic Analysis, dated November 17-19, 1997, bearing the production numbers SRIE0052257-0052258.

5.      Attached as Exhibit E is a true and correct copy of SRI Invention Disclosure Form for Emerald, stamped October 22, 1998, bearing the production numbers SRI 287656-287659.

6.      Attached as Exhibit F is a true and correct copy of email from Phillip Porras to Al Valdes re Live Traffic paper dated October 15, 1998, bearing the production number SRIE0408674.

7.      Attached as Exhibit G is a true and correct copy of an email from Phillip Porras to edavis regarding the invention disclosure for Emerald, dated October 22, 1998, bearing the production number SRIE0408668.

8.      Attached as Exhibit H are excerpts from a true and correct copy of the 30(b)(6) deposition of Phillip Porras dated March 30, 2006.


I declare under penalty of perjury under that the foregoing is true and correct. Executed this 10th day of July 2006, in Wilmington, Delaware.

_____
Kyle Wagner Compton

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document will be served by hand on Delaware counsel as follows:

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

I hereby certify that on July 17, 2006, I have sent the foregoing document by Federal Express overnight delivery to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha Horne Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Paul S. Grewal<br>Robert M. Galvin.<br>Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>Bhavana Joneja<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |

/s/ *John F. Horvath*
John F. Horvath

80034097.doc