# B
# (Redacted in its Entirety)

Case 1:04-cv-01199-SLR    Document 425-3    Filed 07/17/2006    Page 2 of 2