# D
# (Redacted in its Entirety)

Case 1:04-cv-01199-SLR    Document 425-5    Filed 07/17/2006    Page 2 of 10

# E
# (Redacted in its Entirety)

Case 1:04-cv-01199-SLR   Document 425-5   Filed 07/17/2006   Page 4 of 10

# F
# (Redacted in its Entirety)

Case 1:04-cv-01199-SLR    Document 425-5    Filed 07/17/2006    Page 6 of 10

# G
# (Redacted in its Entirety)

# H
# (Redacted in its Entirety)