# A

# (Redacted in its entirety)

# B

# (Redacted in its entirety)

# C
# (Redacted in its entirety)