IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL INC., a California corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1199-SLR ) |
| INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, SYMANTEC CORPORATION, a Delaware corporation, and INTERNET SECURITY SYSTEMS INC., a Delaware corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 20th day of July, 2006, having reviewed defendant Symantec Corporation's motion for leave to file a CD ROM;

IT IS ORDERED that said motion (D.I. 371) is granted. The court questions, however, whether it can ever be reasonable to file a 6,000 page appendix in connection with a reply brief, given the court's limited resources and the limited matters at issue.

                                                                _____
                                                                United States District Judge