IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC., a California
Corporation,

          Plaintiff and
          Counterclaim-Defendant,

      v.

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation, INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation, and SYMANTEC
CORPORATION, a Delaware corporation,

          Defendants and
          Counterclaim-Plaintiffs.

C. A. No. 04-1199 (SLR)

**PUBLIC
VERSION**

**DECLARATION OF KATHERINE D. PRESCOTT IN SUPPORT OF SRI'S
OPPOSITION TO ISS'S MOTION TO PRECLUDE SRI, BASED ON ITS
CONDUCT IN DISCOVERY, FROM DISPUTING THE EVIDENCE
ESTABLISHING THAT THE *LIVE TRAFFIC* PAPER IS A 102(b)
INVALIDATING REFERENCE**

    I, Katherine D. Prescott, declare as follows:

    1.    I am an associate with Fish & Richardson P.C., counsel for Plaintiff SRI

International, Inc. ("SRI"). I make the following statements based on personal

knowledge.

    2.    Attached as Exhibit A is a true and correct copy of SRI's Responses and

Objections to Defendants' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)

dated January 4, 2006.

    3.    Attached as Exhibit B is a true and correct copy of SRI's Responses and

Objections to Defendants' Second Notice of Deposition Pursuant to Fed. R. Civ. P.

30(b)(6) dated January 10, 2006.

    4.    Attached as Exhibit C is a true and correct copy of a March 28, 2006 letter

from Katherine D. Prescott to Jonathan Loeb and Theresa Moehlman.

5.     Attached as Exhibit D are true and correct copies of excerpts from the deposition transcript of Phillip Porras dated March 30, 2006.

6.     Attached as Exhibit E are true and correct copies of excerpts from the deposition transcript of Phillip Porras dated March 9, 2006.

7.     Attached as Exhibit F are true and copies of excerpts from the deposition transcript of Paul Agbabian dated April 25, 2006.

8.     There is no Exhibit G.

9.     There is no Exhibit H.

10.     Attached as Exhibit I a true and correct copy of a January 20, 2006 letter from Todd Miller to Jonathan Loeb and Jeffrey Blake.

11.     Attached as Exhibit J is a true and correct copy of a March 29, 2006 letter from Jonathan Loeb to Katherine D. Prescott.

12.     Attached as Exhibit K is a true and correct copy of the Invalidity Expert Report of L. Todd Heberlein (without exhibits) dated April 21, 2006.

13.     Attached as Exhibit L are true and correct copies of excerpts from the deposition transcript of L. Todd Heberlein dated June 2, 2006.

14.     Attached as Exhibit M is a true and correct copy of the Rebuttal Report of Dr. George Kesidis on Validity dated May 16, 2006.


I declare under penalty of perjury under that the foregoing is true and correct. Executed this 17th day of July 2006, in Redwood City, California.

_Katherine D. Prescott_
Katherine D. Prescott

50360203.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed the **PUBLIC VERSION** of the **DECLARATION OF KATHERINE D. PRESCOTT IN SUPPORT OF SRI'S OPPOSITION TO ISS' MOTION TO PRECLUDE SRI, BASED ON ITS CONDUCT IN DISCOVERY, FROM DISPUTING THE EVIDENCE ESTABLISHING THAT THE *LIVE TRAFFIC* PAPER IS A 102(b) INVALIDATING REFERENCE** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the document will be served by hand on Delaware counsel as follows:

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

I hereby certify that on July 24, 2006, I have sent the foregoing document by Federal Express overnight delivery to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha Horne Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |

Paul S. Grewal
Robert M. Galvin.
Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014

Attorneys for Defendant-
Counterclaimant
Symantec Corporation

Theresa A. Moehlman
Bhavana Joneja
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Defendant-Counterclaimant
Internet Security Systems, Inc., a
Delaware Corporation, and Internet
Security Systems, Inc., a Georgia
Corporation


/s/ *John F. Horvath*
John F. Horvath


SRI 724 DECL cos.doc