# EXHIBIT
# A

Web | Moving Images | Texts | Audio | Software | Education | Patron Info | About IA

Forums | FAQs | Contributions | Jobs | Donate

Search:

All Media Types GO!

Anonymous User (login or join us)

**Announcements**
(more)

Bookmark explorer

Dead update

Katrina web archive launches, over 25 million pages, text searchable

**Web** 55 billion pages

WaybackMachine

http://www.csl.sri.com

Take Me Back | Advanced Search

**Welcome to the Archive** RSS

The Internet Archive is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public.

## Moving Images
38,529 movies

Browse (by keyword)
Upload your own movie

**This Just In** (more) RSS

9-11 Conspiracy Video -...
1 hour ago

**Curator's Choice** (more)

**Youth Media Clip**
Vicki Chan, senior at Skyline High school, shows

## Live Music Archive
37,280 concerts

Browse (by band)
Upload your own concert

**This Just In** (more) RSS

Derek Trucks Band Live...
44 minutes ago

**Curator's Choice** (more)

Live Music Archive

**Ari Hest Live at Willard Straight Hall Memorial...**
1. Intro 2. Fond Farewell 3. Caught Up In Your Love 4. Sleep Tonight 5. The Upper Hand 6. When If...

## Audio
87,957 recordings

Browse (by keyword)
Upload your own recording

**This Just In** (more) RSS

Crap From The Past -...
24 minutes ago

**Curator's Choice** (more)

Vol. 11
Top of the pods

## Texts
30,351 texts

Browse (by keyword)
Upload your own text

**This Just In** (more) RSS

Mes 10 ans
26 minutes ago

**Curator's Choice** (more)

us how two Oakland Public School teachers transfer...

**Starfrosch - Top of the pods - Plainaudio session...**
___ PRESCRIPTION In Hamburg wird das Netlabel Plainaudio betrieben. Thomas und Manu heben den...

**English embroidered bookbindings**

### Recent Reviews

Interview Jim Amos
Average rating: ★★★★☆

dr_ayman_reta2_amz.rm
Average rating: ★★★☆☆

### Recent Reviews

Grateful Dead Live at Boston Garden on 1993-09-26
Average rating: ★★★★☆

Grateful Dead Live at Charlotte Coliseum on 1995-03-23
Average rating: ★★★★☆

### Recent Reviews

Petit pot de colle
Average rating: ★★★★★

Jon Vaughn, Carrie Gates & Scant Intone - Live At PAVED Arts [pan020]
Average rating: ★★★★☆

### Recent Reviews

Dont Fool Around
Average rating: ★★☆☆☆

Human Company a sci-fi novel
Average rating: ★★★★☆

---

**Most recent posts (write a post by going to a forum) more...**

| Subject | Poster | Forum | Replies | Views | Date |
|---|---|---|---|---|---|
| New THINNER release: Ben Businovski - _Simulacraic Wonderland_ [THN088] | LAJ | netlabels | 0 | 3 | 23 minutes ago |
| Re: Who do you love? | Yankee9 | GratefulDead | 0 | 19 | 2 hours ago |
| Re: Who do you love? | midnight sun | GratefulDead | 0 | 24 | 2 hours ago |
| Re: 2 part question - Dead Versatility | midnight sun | GratefulDead | 1 | 34 | 3 hours ago |
| Re: 2 part question - Dead Versatility | bluedevil | GratefulDead | 0 | 9 | 3 hours ago |
| Re: bit torrents | unclejohnnyd | GratefulDead | 0 | 16 | 3 hours ago |
| Re: Who do you love? | Rastamon | GratefulDead | 0 | 21 | 4 hours ago |
| Re: Who do you love? | bluedevil | GratefulDead | 0 | 13 | 4 hours ago |
| Re: Jerry's B-day | Rastamon | GratefulDead | 0 | 33 | 4 hours ago |
| Who do you love? | DEADBUCK | GratefulDead | 4 | 104 | 4 hours ago |

---

**Institutional Support**

| | | |
|---|---|---|
| Alexa Internet | National Science Foundation | Hewlett Foundation |
| HP Computer | Library of Congress | |
| The Kahle/Austin Foundation | LizardTech | **Individual contributors** |
| Prelinger Archives | Sloan Foundation | |

---

# EXHIBIT
# B

internet Archive Wayback Machine

http://web.archive.org/web/*/http://www.csl.sri.com



Enter Web Address: http:// [All ▾]   Take Me Back | Adv. Search Compare Archive Pages

Searched for http://www.csl.sri.com

**205 Results**

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Jul 24, 2006

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| 1 pages | 3 pages | 3 pages | 5 pages | 10 pages | 27 pages | 21 pages | 25 pages | 33 pages | 33 pages |
| Dec 26, 1996 * | Feb 04, 1997 * | Jan 23, 1998 * | Jan 25, 1999 * | Mar 03, 2000 * | Feb 02, 2001 * | Feb 11, 2002 * | Jan 27, 2003 | Feb 03, 2004 | Feb 03, 2005 |
| | Jul 05, 1997 | Dec 07, 1998 * | Feb 18, 1999 | May 10, 2000 * | Feb 24, 2001 | Jun 02, 2002 * | Feb 07, 2003 * | Feb 08, 2004 | Feb 04, 2005 |
| | Dec 11, 1997 * | Dec 12, 1998 | Feb 23, 1999 | May 11, 2000 | Feb 26, 2001 | Jun 04, 2002 * | Feb 12, 2003 * | Feb 20, 2004 | Feb 05, 2005 |
| | | | Feb 24, 1999 | Jun 22, 2000 | Mar 02, 2001 | Aug 11, 2002 * | Feb 13, 2003 * | Mar 23, 2004 | Feb 06, 2005 |
| | | | Apr 17, 1999 * | Jul 06, 2000 | Mar 07, 2001 * | Sep 26, 2002 * | Mar 21, 2003 * | Apr 01, 2004 | Feb 06, 2005 |
| | | | | Aug 15, 2000 | Mar 31, 2001 * | Sep 30, 2002 * | Mar 23, 2003 | May 12, 2004 | Feb 07, 2005 |
| | | | | Aug 24, 2000 * | Apr 03, 2001 | Oct 02, 2002 * | Apr 22, 2003 | May 12, 2004 | Feb 08, 2005 |
| | | | | Oct 18, 2000 * | Apr 04, 2001 | Oct 13, 2002 * | Apr 25, 2003 * | May 25, 2004 | Feb 11, 2005 |
| | | | | Dec 06, 2000 * | Apr 07, 2001 | Oct 15, 2002 | May 30, 2003 * | May 27, 2004 * | Feb 12, 2005 |
| | | | | Dec 18, 2000 * | Apr 10, 2001 | Oct 19, 2002 | Jun 02, 2003 | Jun 03, 2004 | Feb 14, 2005 |
| | | | | | Apr 12, 2001 | Oct 25, 2002 | Jun 21, 2003 * | Jun 09, 2004 | Feb 16, 2005 |
| | | | | | Apr 13, 2001 | Nov 03, 2002 | Jul 23, 2003 * | Jun 10, 2004 | Feb 17, 2005 |
| | | | | | Apr 14, 2001 | Nov 05, 2002 | Aug 04, 2003 | Jun 11, 2004 | Feb 20, 2005 |
| | | | | | Apr 17, 2001 | Nov 20, 2002 | Aug 05, 2003 * | Jun 12, 2004 | Feb 24, 2005 |
| | | | | | Apr 18, 2001 | Nov 21, 2002 | Oct 02, 2003 * | Jun 14, 2004 | Feb 26, 2005 |
| | | | | | Apr 19, 2001 | Nov 23, 2002 * | Oct 10, 2003 | Jun 16, 2004 | Feb 28, 2005 |
| | | | | | Apr 23, 2001 | Nov 25, 2002 * | Oct 11, 2003 * | Jun 27, 2004 | Mar 05, 2005 |
| | | | | | Apr 24, 2001 | Dec 01, 2002 | Oct 12, 2003 | Jul 10, 2004 | Mar 06, 2005 |
| | | | | | Apr 28, 2001 | Dec 02, 2002 | Oct 13, 2003 | Jul 22, 2004 | Mar 07, 2005 |
| | | | | | Apr 29, 2001 | Dec 03, 2002 | Nov 19, 2003 | Sep 23, 2004 * | Mar 10, 2005 * |
| | | | | | May 01, 2001 | | Nov 20, 2003 | Sep 25, 2004 | Mar 13, 2005 |
| | | | | | May 03, 2001 | | Dec 03, 2003 | Oct 12, 2004 | Mar 14, 2005 |
| | | | | | May 04, 2001 | | Dec 11, 2003 | Oct 13, 2004 | Mar 15, 2005 |
| | | | | | May 05, 2001 | | Dec 20, 2003 | Oct 16, 2004 * | Mar 16, 2005 |
| | | | | | May 08, 2001 * | | | Oct 19, 2004 | |

7/24/2006 12:25 PM

May 16, 2001
Dec 01, 2001 *

Dec 25, 2003 *

| Oct 20, 2004 | Mar 17, 2005 |
|---|---|
| Oct 24, 2004 | Mar 18, 2005 |
| Oct 29, 2004 | Mar 19, 2005 |
| Oct 31, 2004 | Mar 20, 2005 |
| Nov 15, 2004 | Mar 21, 2005 |
| Nov 25, 2004 | Mar 22, 2005 |
| Nov 29, 2004 | Mar 23, 2005 |
| Nov 30, 2004 | Mar 24, 2005 |
| | Mar 26, 2005 |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT C



SRI International's Computer Science Laboratory (CSL) was founded in 1952, making it one of the first laboratories to focus on computer science. A main CSL objective is to advance the theory and practice in producing complex software and hardware systems that, to a high degree of certainty, have the intended structural and behavioral properties. Another objective is to explore advanced network-based infrastructure for distributed, heterogeneous computing. CSL consists of approximately 30 professionals, plus several graduate students and visiting scientists.

SRI International is one of the world's largest contract research firms. Founded in 1946 in conjunction with Stanford University as the Stanford Research Institute, SRI now employs more than 2600 people and has offices around the world, including laboratories in Australia and the United Kingdom and the David Sarnoff Research Center in Princeton, New Jersey. SRI is located in the San Francisco Bay Area, specifically in Menlo Park, California, near Silicon Valley and Stanford University.

## About CSL

- CSL Staff
- Some History Multi-window displays, hypertext, and the mouse were invented at SRI. The first internet message was received here.
- How to get to CSL

## Current Research Activities

- Coarse-Grain Parallel Processing
- Database Interoperability
- Formal Methods
- Integrated Circuit Emulation
- Linear Logic and Proof Theory
- Multimedia and Multicast Communications
- Rewriting Logics and Systems
- Secure Systems
- Software Architecture
- Intrusion Detection

## Other Activities

- <u>Publications</u> you can browse and download
- <u>Software</u> we make freely available
- <u>Seminars</u> are usually on Mondays at 4pm and are open to all.
- <u>Risks Forum</u> run by Peter Neumann
- <u>Conferences</u> and calls for papers
- <u>Technical Reports - list</u>
- <u>Technical Reports - abstracts</u>

## **Other Sites**

- <u>Other parts of SRI and nearby sites of interest</u>

Computer Science Laboratory, SRI International, 333 Ravenswood Avenue, Menlo Park, California 94025, USA

*<u>webmaster@csl.sri.com</u>*

## SRI International Computer Science Laboratory

SRI International's Computer Science Laboratory (CSL) was founded in 1952, making it one of the first laboratories to focus on computer science. A main CSL objective is to advance the theory and practice in producing complex software and hardware systems that, to a high degree of certainty, have the intended structural and behavioral properties. Another objective is to explore advanced network-based infrastructure for distributed, heterogeneous computing. CSL consists of approximately 30 professionals, plus graduate students and visiting scientists.

SRI International is one of the world's largest contract research firms. Founded in 1946 in conjunction with Stanford University as the Stanford Research Institute, SRI now employs more than 2600 people and has offices around the world, including laboratories in Australia and the United Kingdom and the David Sarnoff Research Center in Princeton, New Jersey. SRI is located in the San Francisco Bay Area, specifically in Menlo Park, California, near Silicon Valley and Stanford University.

# About CSL

- CSL Staff
- How to get to CSL
- History
- How to contact CSL

# Current Research Activities

- Coarse-Grain Parallel Processing
- Formal Methods
- Linear Logic and Proof Theory
- Rewriting Logics and Systems
- Software Architecture
- Network Engineering and Management
- Database Interoperability
- Integrated Circuit Emulation
- Multimedia and Multicast Communications
- Secure Systems
- Intrusion Detection

# Other Activities

- Publications you can browse and download
- Seminars are usually on Mondays at 4pm and are open to all
- Conferences and calls for papers
- Technical Reports - abstracts
- Software we make freely available
- Risks Forum run by Peter Neumann
- Technical Reports - list



Computer Science Laboratory
SRI International
333 Ravenswood Avenue
Menlo Park, California 94025, USA

SRI International Computer Science Laboratory                    http://web.archive.org/web/19971211193542/http://www.csl.sri.com/

http://www.csl.sri.com/index.shtml

Last Modified : Thursday, 06-Nov-97 14:16:14 PST

SRI, International Computer Science Laboratory

webmaster@csl.sri.com

### SRI International Computer Science Laboratory

SRI International's Computer Science Laboratory (CSL) was founded in 1952, making it one of the first laboratories to focus on computer science. A main CSL objective is to advance the theory and practice in producing complex software and hardware systems that, to a high degree of certainty, have the intended structural and behavioral properties. Another objective is to explore advanced network-based infrastructure for distributed, heterogeneous computing. CSL consists of approximately 30 professionals, plus graduate students and visiting scientists.

SRI International is one of the world's largest contract research firms. Founded in 1946 in conjunction with Stanford University as the Stanford Research Institute, SRI now employs more than 2600 people and has offices around the world, including laboratories in Australia and the United Kingdom and the Sarnoff Corporation in Princeton, New Jersey. SRI is located in the San Francisco Bay Area, specifically in Menlo Park, California, near Silicon Valley and Stanford University.

## About CSL

- CSL Staff
- How to get to CSL
- History
- How to contact CSL

## Current Research Activities

- Coarse-Grain Parallel Processing
- Formal Methods
- Linear Logic and Proof Theory
- Rewriting Logics and Systems
- Software Architecture
- Network Engineering and Management
- Database Interoperability
- Integrated Circuit Emulation
- Multimedia and Multicast Communications
- Secure Systems
- Intrusion Detection

## Other Activities

- Publications you can browse and download
- Seminars are usually on Mondays at 4pm and are open to all
- Conferences and calls for papers
- Technical Reports - abstracts
- Software we make freely available
- Risks Forum run by Peter Neumann
- Technical Reports - list



Computer Science Laboratory
SRI International
333 Ravenswood Avenue
Menlo Park, California 94025, USA

http://www.csl.sri.com/index.shtml

Last Modified : Wednesday, 17-Dec-97 10:47:45 PST

SRI, International Computer Science Laboratory

webmaster@csl.sri.com

# EXHIBIT
# D

INTERNET ARCHIVE
WayBackMachine

Enter Web Address: http://                                     | All ▼ |    Take Me Back | Adv. Search Compare Archive Pages

Searched for **http://www.csl.sri.com/intrusion.html**                                                                        **33** Results

\* denotes when site was updated.

## Search Results for Jan 01, 1996 - Jul 24, 2006

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 1 pages | 2 pages | 1 pages | 3 pages | 5 pages | 9 pages | 6 pages | 5 pages | 1 pages | 0 pages |
| | Jul 05, 1997 \* | Jan 24, 1998 | Apr 28, 1999 | Apr 09, 2000 \* | Apr 07, 2001 \* | Feb 08, 2002 | Feb 11, 2003 | Feb 02, 2004 | Feb 06, 2005 | |
| | | Dec 05, 1998 \* | | Aug 15, 2000 | Jun 19, 2001 | Jun 03, 2002 | Apr 12, 2003 | Apr 03, 2004 | | |
| | | | | Oct 26, 2000 | Aug 16, 2001 \* | Aug 11, 2002 \* | Jun 05, 2003 | Apr 04, 2004 | | |
| | | | | | Nov 12, 2001 | Oct 03, 2002 \* | Aug 10, 2003 | Jun 07, 2004 | | |
| | | | | | Dec 01, 2001 | Oct 12, 2002 | Nov 28, 2003 | Oct 10, 2004 | | |
| | | | | | | Nov 11, 2002 \* | Dec 03, 2003 | | | |
| | | | | | | Nov 25, 2002 | | | | |
| | | | | | | Dec 02, 2002 | | | | |
| | | | | | | Dec 09, 2002 | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT
# E

http://web.archive.org/web/19970705015843/www.csl.sri.com/intrusion-top.html

SRI International/Computer Science Laboratory
# Intrusion Detection Home Page

http://web.archive.org/web/19970705015852/www.csl.sri.com/intrusion-toc.html

EMERALD Page

NIDES Page

IDS Web Links

CSL Home Page

SRI Home Page

http://web.archive.org/web/19970705015901/www.csl.sri.com/intrusion-main.html

Research Opportunities!!

## History of Intrusion Detection at SRI/CSL
## Computer Science Laboratory, SRI International,
## Menlo Park CA 94025-3493 USA

SRI International's Computer Science Laboratory (CSL) has been actively involved in intrusion-detection research since 1983. The original groundwork for SRI's intrusion-detection research explored statistical techniques for audit-trail reduction and analysis. The first-generation statistics component was used to analyze System Management Facility (SMF) records from an IBM mainframe system in the first half of the 1980s. Later, this research examined the use of a rule-based expert system to detect known malicious activity. This early research led to the development of a prototype Intrusion-Detection Expert System (IDES), capable of providing real-time detection of security violations on single-target host systems. IDES was a critical first step toward the development of real-time dual-analysis (signature analysis and anomaly-detection) intrusion-detection technology for monitoring security-critical government computing environment. By 1990, efforts began to integrate the IDES (later NIDES) prototype into a real-world computing environment (see the FBI FOIMS project).

With the maturity of the analysis methodologies developed under IDES, SRI began a comprehensive effort to enhance, optimize, and re-engineer the earlier IDES prototype into a production-quality intrusion-detection system called Next-Generation Intrusion Detection Expert System (NIDES). NIDES introduced a results-fusion component called the Resolver to integrate its response logic with the results produced by the statistical anomaly-detection subsystem and PBEST signature analysis tool. The NIDES statistical subsystem (NIDES/Stats) employs a wide range of multivariate statistical measures to profile the behavior of individual users or other computational entities. Analysis is profile-based, where a statistical score is assigned to each session representing how closely currently observed usage corresponds to the established patterns of usage for that individual. NIDES/Stats produces a separate usage profile for each user or other entity, and updates individual profiles as their corresponding audit records are encountered. NIDES also included a signature analysis component, developed using PBEST, to characterize known intrusive activity through rule encodings. Lastly, NIDES added an X/Motif-based graphical user interface facility to provide location-independent configuration and monitoring of NIDES operation and greatly increase usability.

The IDES/NIDES work pioneered the field of intrusion-detection, and sought to solve a difficult problem with a general and flexible approach, with no inherent restrictions on target systems, type of audit data to be analyzed, and techniques to be used. IDES/NIDES sought to address the need for user-oriented monitoring and profiling with a general and flexible approach, with no inherent restrictions on target systems, type of audit data to be analyzed, and techniques to be used. These efforts did, however, have some inherent limitations in scalability, applicability to network environments by their focus on users as the analysis targets, and lack of features to support interoperability. In addition, IDES/NIDES did not include features to address the more global threats from multi-domain coordinated attacks. CSL's Safeguard effort subsequently overcame profile explosion and scalability problems by profiling the activities of subsystems and commands rather than of individual users.

**Current Research:** *EMERALD: Event Monitoring Enabling Responses to Anomalous Live Disturbances.* Co-Principal Investigators: Phillip A. Porras (porras@csl.sri.com) and Peter G. Neumann

(neumann@csl.sri.com). In our current DARPA project (Contract F30602-96-C-0294, Analysis and Response for Intrusion Detection in Large Networks), we are developing a successor system to NIDES, EMERALD (Event Monitoring Enabling Responses to Anomalous Live Disturbances) that will considerably extend the NIDES concept to accommodate network-based analyses and dramatically increase interoperability and ease of integration into distributed computing environments. This effort will include extending components for profile-based analysis, signature-based analysis, and localized results fusion with automated response capability. In addition, we are considerably extending our results analysis capability to facilitate hierarchical interpretations of our distributed monitoring units, which will enable cross-platform analysis at various layers of abstraction, and successive refinement of the resulting analyses within increasingly broader scopes. We are also developing an accompanying set of exportable API that will permit interoperability between EMERALD components and network monitoring facilities.

## Summary of Intrusion-Detection Research at SRI's Computer Science Laboratory:

- **Analysis and Response for Misuse Detection in Large Networks.** *[SRI Project 1494, Contract Number F30602-96-C-0294, DARPA ITO Order No. E302, 28 August 1996 through 27 August 1999]*. Phillip Porras and Peter Neumann are leading a project to develop EMERALD (Event Monitoring Enabling Response to Anomalous Live Disturbances), a distributed scalable tool suite for tracking malicious activity through and across large networks. EMERALD introduces a highly distributed, building-block approach to network surveillance, attack isolation, and automated response. The approach is novel in its use of highly distributed, independently tunable, surveillance and response monitors that are deployable polymorphically at various abstract layers in a large network. These monitors demonstrate a streamlined intrusion-detection design that combines signature analysis with statistical profiling to provide localized real-time protection of the most widely used network services on the Internet. Equally important, EMERALD introduces a framework for coordinating the dissemination of analyses from the distributed monitors to provide a global detection and response capability to counter attacks occurring across an entire network enterprise. Also, EMERALD introduces a versatile application-programmers' interface that enhances its ability to integrate with the target hosts and provides a high degree of interoperability with third-party tool suites. See the EMERALD Home Page for details, postscript documents, and future availability of prototype releases.

- **Safeguard: Detecting Unusual Program Behavior Using the NIDES Statistical Component.** *[SRI Project 2596, Contract Number 910097C (Trusted Information Systems) under F30602-91-C-0067 (Rome Labs), 1995]*. Debra Anderson led a project to adapt the NIDES statistical anomaly-detection subsystem to profile the behavior of individual applications. Statistical measures were customized to measure and differentiate the proper operation of an application from operation that may indicate Trojan horse substitution. Under the Safeguard model, analysis is application-based, where a statistical score is assigned to the operation of applications and represents the degree to which current behavior of the application corresponds to its established patterns of operation. The Safeguard effort demonstrated the ability of statistical profiling tools to clearly differentiate the scope of execution among general-purpose applications. It also showed that statistical analyses can be very effective in analyzing activities other than individual users; by instead monitoring applications, the Safeguard analysis greatly reduced the required number of profiles and computational requirements, and also decreased the typical false-positive and false-negative ratios. These results suggest the possible utility of performing statistical analyses on activities at higher layers of abstraction.

- **Next-Generation IDES (NIDES).** *[SRI Project 3131, Contract Number N00039-92-C-0015, 1992-1994]*. Teresa Lunt and R. Jagannathan led an extensive effort to rearchitect and consolidate earlier IDES research results and prototypes into a production-quality tool suite. Most notably, NIDES

incorporated distributed audit collection and consolidation mechanisms to address the need for multi-host intrusion-detection coverage. It also provided significant enhancement to the statistical analysis algorithms and rule-based expert system, as well as introducing an X-Window GUI for administrative control and monitoring. In February 1993, CSL released the alpha-version of NIDES, and the final NIDES Beta2 Release was completed in September 1994 for Sun Microsystems SunOS 4.1.4 for Sun and SPARC workstations. See the NIDES Home Page for details, postscript documents, and availability of NIDES Software.

- **IDES for a Network of Workstations.** *[SRI Project 6784, Contract Number N00039-89-C-0050, ending 1992].* Teresa Lunt led a project to extend CSL's prototype Intrusion Detection Expert System (IDES) to be able to simultaneously monitor users on a network of Sun workstations and a DEC machine at SRI. The prototype IDES runs on several Sun 3 Workstations.

- **FOIMS-IDES, for the FBI Field Office Information System.** [SRI Project 6768, Contract J-FBI-88-171, 1991-93]. FOIMS is a classified IBM mainframe-based system used by FBI field offices throughout the U.S. to manage their cases. Following a previous one-year study that established the feasibility of applying IDES to the FOIMS environment, this contract implemented a version of IDES for FOIMS -- although it was not deployed in other than test environments. (Cleared insiders tend to be trusted, even if not trustworthy.)

- **The Enhanced IDES Prototype.** *[SRI Project 4185, Contract Number 9-X5H-4074J-1, Los Alamos National Laboratory, Government Prime Contarct No. W-7405-ENG-36, SPAWAR, ending 1988].* Teresa Lunt led a project to enhance CSL's prototype Intrusion Detection Expert System (IDES). The prototype IDES is based on the IDES model developed at SRI. The prototype IDES runs on a Sun 3 Workstation and is able to monitor, in real time, all users from an SRI target system, to adaptively learn user behavior patterns, and to detect abnormal behavior on the target system. This project also added an expert system component to IDES. Other enhancements included adding additional intrusion-detection measures, improving the statistical algorithms, monitoring more users and more event types, improving performance, and improving the user interface. Under this contract, SRI also performed a feasibility study for the FBI for implementing an IDES for their nationwide information system FOIMS.

- **Real-Time Intrusion Detection Expert System (IDES) Prototype.** *[SRI Project 7508-200, U.S. Government Contract N66001-84-D-0077, Delivery Order 0019, for the Space and Naval Warfare Command (SPAWAR), ending 1985].* SRI developed a prototype Intrusion Detection Expert System (IDES) to demonstrate proof-of-concept. The initial prototype ran on a SUN/3 workstation and could monitor, in real time, some users and some event types from an SRI target system, adaptively learn user behavior patterns, and detect some types of abnormal behavior on the target system. This project demonstrated that departures from normal user behavior can be detected in real-time.

- **Audit Trail Analysis and Usage Data Collection and Processing.** *[SRI Project 5910, Defense Communications Agency Contract DCA 200-83-C-0025, ending 1984].* Peter Neumann led the design and development of an audit-trail analyzer for TAC logins on MILNET/ARPANET, providing both live detection and after-the-intrusion analysis. This work was also applicable to the auditing of classified networks.

- **Intrusion Detection Expert System (IDES Model).** *[SRI Project 6169-70, Amendment 5 to U.S. Government Contract 83F83-01-00 for SPAWAR, 15 July 1984 to 16 September 1985].* Dorothy Denning and Peter Neumann developed a model for a real-time Intrusion-Detection System (IDES). This model forms the basis for the prototype IDES.

- **Statistical Techniques Development for an Audit Trail System.** *[SRI Project 6169, U.S. Government Contract 83F83-01-00, 15 July 1983 to 30 November 1986].* In this study, an extensive statistical analysis was performed on Government-furnished audit data from IBM systems running MVS and VM. A high-speed algorithm was developed that could accurately discriminate between users based on their behavior profiles. The project demonstrated that users can be distinguished from one another by their behavior profiles. These statistical procedures are potentially capable of

http://web.archive.org/web/19970705015901/www.csl.sri.com/intrusion-main.html

reducing the audit trail by a factor of 100 while demonstrating a high degree of accuracy in detecting intrusion attempts. Harold Javitz led the project, assisted by Dorothy Denning, Al Valdes, and Peter Neumann.

[Return to Top]

*(Last updated March 7, 1997. For more information please contact* intrusion@csl.sri.com)

http://web.archive.org/web/19980124000917/www.csl.sri.com/intrusion-top.html

SRI International/Computer Science Laboratory

# Intrusion Detection Home Page

http://web.archive.org/web/19980124000923/www.csl.sri.com/intrusion-toc.html

EMERALD Page

NIDES Page

IDS Web Links

CSL Home Page

SRI Home Page

http://web.archive.org/web/19980124000929/www.csl.sri.com/intrusion-main.html

[Click here for our latest publications on Intrusion Detection]

[1/19/98: Over 1,000 pages of newly released technical material on NIDES]

**History of Intrusion Detection at SRI/CSL**
**Computer Science Laboratory, SRI International,**
**Menlo Park CA 94025-3493 USA**

SRI International's Computer Science Laboratory (CSL) has been actively involved in intrusion-detection research since 1983. The original groundwork for SRI's intrusion-detection research explored statistical techniques for audit-trail reduction and analysis. The first-generation statistics component was used to analyze System Management Facility (SMF) records from an IBM mainframe system in the first half of the 1980s. Later, this research examined the use of a rule-based expert system to detect known malicious activity. This early research led to the development of a prototype Intrusion-Detection Expert System (IDES), capable of providing real-time detection of security violations on single-target host systems. IDES was a critical first step toward the development of real-time dual-analysis (signature analysis and anomaly-detection) intrusion-detection technology for monitoring security-critical government computing environment. By 1990, efforts began to integrate the IDES (later NIDES) prototype into a real-world computing environment (see the FBI FOIMS project).

With the maturity of the analysis methodologies developed under IDES, SRI began a comprehensive effort to enhance, optimize, and re-engineer the earlier IDES prototype into a production-quality intrusion-detection system called Next-Generation Intrusion Detection Expert System (NIDES). NIDES introduced a results-fusion component called the Resolver to integrate its response logic with the results produced by the statistical anomaly-detection subsystem and PBEST signature analysis tool. The NIDES statistical subsystem (NIDES/Stats) employs a wide range of multivariate statistical measures to profile the behavior of individual users or other computational entities. Analysis is profile-based, where a statistical score is assigned to each session representing how closely currently observed usage corresponds to the established patterns of usage for that individual. NIDES/Stats produces a separate usage profile for each user or other entity, and updates individual profiles as their corresponding audit records are encountered. NIDES also included a signature analysis component, developed using PBEST, to characterize known intrusive activity through rule encodings. Lastly, NIDES added an X/Motif-based graphical user interface facility to provide location-independent configuration and monitoring of NIDES operation and greatly increase usability.

The IDES/NIDES work pioneered the field of intrusion-detection, and sought to solve a difficult problem with a general and flexible approach, with no inherent restrictions on target systems, type of audit data to be analyzed, and techniques to be used. IDES/NIDES sought to address the need for user-oriented monitoring and profiling with a general and flexible approach, with no inherent restrictions on target systems, type of audit data to be analyzed, and techniques to be used. These efforts did, however, have some inherent limitations in scalability, applicability to network environments by their focus on users as the analysis targets, and lack of features to support interoperability. In addition, IDES/NIDES did not include features to address the more global threats from multi-domain coordinated attacks. CSL's Safeguard effort subsequently overcame profile explosion and scalability problems by profiling the

http://web.archive.org/web/19980124000929/www.csl.sri.com/intrusion-main.html

activities of subsystems and commands rather than of individual users.

**Current Research:** *EMERALD: Event Monitoring Enabling Responses to Anomalous Live Disturbances.* Co-Principal Investigators: Phillip A. Porras (porras@csl.sri.com) and Peter G. Neumann (neumann@csl.sri.com). In our current DARPA project (Contract F30602-96-C-0294, Analysis and Response for Intrusion Detection in Large Networks), we are developing a successor system to NIDES, EMERALD (Event Monitoring Enabling Responses to Anomalous Live Disturbances) that will considerably extend the NIDES concept to accommodate network-based analyses and dramatically increase interoperability and ease of integration into distributed computing environments. This effort will include extending components for profile-based analysis, signature-based analysis, and localized results fusion with automated response capability. In addition, we are considerably extending our results analysis capability to facilitate hierarchical interpretations of our distributed monitoring units, which will enable cross-platform analysis at various layers of abstraction, and successive refinement of the resulting analyses within increasingly broader scopes. We are also developing an accompanying set of exportable API that will permit interoperability between EMERALD components and network monitoring facilities.

## Summary of Intrusion-Detection Research at SRI's Computer Science Laboratory:

- **Analysis and Response for Misuse Detection in Large Networks.** *[SRI Project 1494, Contract Number F30602-96-C-0294, DARPA ITO Order No. E302, 28 August 1996 through 27 August 1999].* Phillip Porras and Peter Neumann are leading a project to develop EMERALD (Event Monitoring Enabling Response to Anomalous Live Disturbances), a distributed scalable tool suite for tracking malicious activity through and across large networks. EMERALD introduces a highly distributed, building-block approach to network surveillance, attack isolation, and automated response. The approach is novel in its use of highly distributed, independently tunable, surveillance and response monitors that are deployable polymorphically at various abstract layers in a large network. These monitors demonstrate a streamlined intrusion-detection design that combines signature analysis with statistical profiling to provide localized real-time protection of the most widely used network services on the Internet. Equally important, EMERALD introduces a framework for coordinating the dissemination of analyses from the distributed monitors to provide a global detection and response capability to counter attacks occurring across an entire network enterprise. Also, EMERALD introduces a versatile application-programmers' interface that enhances its ability to integrate with the target hosts and provides a high degree of interoperability with third-party tool suites. See the EMERALD Home Page for details, postscript documents, and future availability of prototype releases.
- **Safeguard: Detecting Unusual Program Behavior Using the NIDES Statistical Component.** *[SRI Project 2596, Contract Number 910097C (Trusted Information Systems) under F30602-91-C-0067 (Rome Labs), 1995].* Debra Anderson led a project to adapt the NIDES statistical anomaly-detection subsystem to profile the behavior of individual applications. Statistical measures were customized to measure and differentiate the proper operation of an application from operation that may indicate Trojan horse substitution. Under the Safeguard model, analysis is application-based, where a statistical score is assigned to the operation of applications and represents the degree to which current behavior of the application corresponds to its established patterns of operation. The Safeguard effort demonstrated the ability of statistical profiling tools to clearly differentiate the scope of execution among general-purpose applications. It also showed that statistical analyses can be very effective in analyzing activities other than individual users; by instead monitoring applications, the Safeguard analysis greatly reduced the required number of profiles and computational requirements, and also decreased the typical false-positive and false-negative ratios. These results suggest the possible utility of performing statistical analyses on activities at higher

layers of abstraction.

- **Next-Generation IDES (NIDES).** *[SRI Project 3131, Contract Number N00039-92-C-0015, 1992-1994].* Teresa Lunt and R. Jagannathan led an extensive effort to rearchitect and consolidate earlier IDES research results and prototypes into a production-quality tool suite. Most notably, NIDES incorporated distributed audit collection and consolidation mechanisms to address the need for multi-host intrusion-detection coverage. It also provided significant enhancement to the statistical analysis algorithms and rule-based expert system, as well as introducing an X-Window GUI for administrative control and monitoring. In February 1993, CSL released the alpha-version of NIDES, and the final NIDES Beta2 Release was completed in September 1994 for Sun Microsystems SunOS 4.1.4 for Sun and SPARC workstations. See the NIDES Home Page for details, postscript documents, and availability of NIDES Software.
- **IDES for a Network of Workstations.** *[SRI Project 6784, Contract Number N00039-89-C-0050, ending 1992].* Teresa Lunt led a project to extend CSL's prototype Intrusion Detection Expert System (IDES) to be able to simultaneously monitor users on a network of Sun workstations and a DEC machine at SRI. The prototype IDES runs on several Sun 3 Workstations.
- **FOIMS-IDES, for the FBI Field Office Information System.** [SRI Project 6768, Contract J-FBI-88-171, 1991-93]. FOIMS is a classified IBM mainframe-based system used by FBI field offices throughout the U.S. to manage their cases. Following a previous one-year study that established the feasibility of applying IDES to the FOIMS environment, this contract implemented a version of IDES for FOIMS -- although it was not deployed in other than test environments. (Cleared insiders tend to be trusted, even if not trustworthy.)
- **The Enhanced IDES Prototype.** *[SRI Project 4185, Contract Number 9-X5H-4074J-1, Los Alamos National Laboratory, Government Prime Contarct No. W-7405-ENG-36, SPAWAR, ending 1988].* Teresa Lunt led a project to enhance CSL's prototype Intrusion Detection Expert System (IDES). The prototype IDES is based on the IDES model developed at SRI. The prototype IDES runs on a Sun 3 Workstation and is able to monitor, in real time, all users from an SRI target system, to adaptively learn user behavior patterns, and to detect abnormal behavior on the target system. This project also added an expert system component to IDES. Other enhancements included adding additional intrusion-detection measures, improving the statistical algorithms, monitoring more users and more event types, improving performance, and improving the user interface. Under this contract, SRI also performed a feasibility study for the FBI for implementing an IDES for their nationwide information system FOIMS.
- **Real-Time Intrusion Detection Expert System (IDES) Prototype.** *[SRI Project 7508-200, U.S. Government Contract N66001-84-D-0077, Delivery Order 0019, for the Space and Naval Warfare Command (SPAWAR), ending 1985].* SRI developed a prototype Intrusion Detection Expert System (IDES) to demonstrate proof-of-concept. The initial prototype ran on a SUN/3 workstation and could monitor, in real time, some users and some event types from an SRI target system, adaptively learn user behavior patterns, and detect some types of abnormal behavior on the target system. This project demonstrated that departures from normal user behavior can be detected in real-time.
- **Audit Trail Analysis and Usage Data Collection and Processing.** *[SRI Project 5910, Defense Communications Agency Contract DCA 200-83-C-0025, ending 1984].* Peter Neumann led the design and development of an audit-trail analyzer for TAC logins on MILNET/ARPANET, providing both live detection and after-the-intrusion analysis. This work was also applicable to the auditing of classified networks.
- **Intrusion Detection Expert System (IDES Model).** *[SRI Project 6169-70, Amendment 5 to U.S. Government Contract 83F83-01-00 for SPAWAR, 15 July 1984 to 16 September 1985].* Dorothy Denning and Peter Neumann developed a model for a real-time Intrusion-Detection System (IDES). This model forms the basis for the prototype IDES.
- **Statistical Techniques Development for an Audit Trail System.** *[SRI Project 6169, U.S. Government Contract 83F83-01-00, 15 July 1983 to 30 November 1986].* In this study, an extensive

statistical analysis was performed on Government-furnished audit data from IBM systems running MVS and VM. A high-speed algorithm was developed that could accurately discriminate between users based on their behavior profiles. The project demonstrated that users can be distinguished from one another by their behavior profiles. These statistical procedures are potentially capable of reducing the audit trail by a factor of 100 while demonstrating a high degree of accuracy in detecting intrusion attempts. Harold Javitz led the project, assisted by Dorothy Denning, Al Valdes, and Peter Neumann.

[Return to Top]

*(Last updated March 7, 1997. For more information please contact* intrusion@csl.sri.com*)*

# EXHIBIT F



INTERNET ARCHIVE
WaybackMachine

**Enter Web Address:** |http:// | |All ▾| |Take Me Back | Adv. Search  Compare Archive Pages

Searched for **http://www.csl.sri.com/emerald/index.html**

**30** Results

* denotes when site was updated.

## Search Results for Jan 01, 1996 - Jul 24, 2006

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 1 pages | 2 pages | 3 pages | 4 pages | 5 pages | 4 pages | 6 pages | 4 pages | 1 pages | 0 pages |
| | Jul 05, 1997 * | Jan 24, 1998 * | Feb 25, 1999 * | Apr 25, 2000 * | Apr 07, 2001 * | Aug 11, 2002 * | Feb 10, 2003 | Feb 02, 2004 * | Feb 06, 2005 | |
| | | Dec 02, 1998 * | Apr 20, 1999 | Jul 09, 2000 * | Jun 29, 2001 * | Nov 05, 2002 * | Jun 18, 2003 | Feb 10, 2004 * | | |
| | | | Apr 28, 1999 * | Aug 18, 2000 | Jun 29, 2001 * | Nov 05, 2002 * | Jun 28, 2003 * | Apr 10, 2004 | | |
| | | | | Oct 26, 2000 | Nov 12, 2001 | Dec 23, 2002 * | Aug 05, 2003 * | Jun 22, 2004 | | |
| | | | | | Dec 12, 2001 | | Oct 09, 2003 * | | | |
| | | | | | | | Dec 11, 2003 * | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT
# G

Project Description

Conceptual
Overview

Charts &
Presentations

Our Sponsor

Contact Us

Reports &
Software

Intrusion Detection
at SRI

ID Links

Research
Opportunities

# Event Monitoring Enabling Response To Anomalous Live Disturbances

## Computer Science Laboratory

The EMERALD research team
greatfully acknowledges
funding support from the
following agency:

Defense Advanced Research Projects Agency
Information Technology Office (ITO)
Contract No. F30602-96-C-0294

[6-19-1997]

(please address questions to emerald@csl.sri.com)

# Event Monitoring Enabling Response To Anomalous Live Disturbances

## Computer Science Laboratory

Project Description

Conceptual
Overview

Charts &;
Presentations

Our Sponsor

Contact Us

Reports &
Software

Intrusion Detection
at SRI

ID Links

Research
Opportunities

The EMERALD research team
greatfully acknowledges
funding support from the
following agency:

Defense Advanced Research Projects Agency
Information Technology Office (ITO)
Contract No. F30602-96-C-0294

[6-19-1997]

(please address questions to emerald@csl.sri.com)

# EXHIBIT
# H



**INTERNET ARCHIVE**
**WayBackMachine**

**Enter Web Address:** |http:// | **All ▼** | Take Me Back | Adv. Search  Compare Archive Pages

Searched for http://www.csl.sri.com/emerald/downloads.html

**24 Results**

* denotes when site was updated.

## Search Results for Jan 01, 1996 - Jul 24, 2006

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 2 pages | 0 pages | 3 pages | 5 pages | 5 pages | 4 pages | 4 pages | 1 pages | 0 pages |
| | | Jan 24, 1998 * | | May 20, 2000 * | Mar 03, 2001 * | Jun 30, 2002 * | Jan 10, 2003 | Feb 02, 2004 | Feb 06, 2005 | |
| | | Dec 03, 1998 * | | Aug 15, 2000 | Apr 19, 2001 * | Oct 12, 2002 * | Feb 01, 2003 | Apr 05, 2004 | | |
| | | | | Aug 16, 2000 * | Jun 19, 2001 | Oct 19, 2002 | Oct 05, 2003 | Jun 11, 2004 | | |
| | | | | | Aug 16, 2001 * | Nov 11, 2002 * | Dec 11, 2003 | Oct 21, 2004 | | |
| | | | | | Dec 22, 2001 | Nov 27, 2002 | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT
# I

http://web.archive.org/web/19980124000015/www.csl.sri.com/emerald/downloads.html

# The EMERALD Project
## Current Downloads as of
## (9/4/97)

| | |
|---|---|
| January 5 1997 | EMERALD: Conceptual Overview Statement (1.5 pgs) |
| Sept. 4 1997 | • EMERALD: Event Monitoring Enabling Responses to Anomalous Live Disturbances (To appear in the 1997 National Information Systems Security Conference) (HTML)<br><br>• EMERALD: Event Monitoring Enabling Responses to Anomalous Live Disturbances (To appear in the 1997 National Information Systems Security Conference) (Postcript) |
| Nov. 10 1997 | • Live Traffic Analysis of TCP/IP Gateways (HTML)<br><br>• Live Traffic Analysis of TCP/IP Gateways (To appear in the 1998 Internet Society Symposium on Network and Distributed System Security, March 1998) (Postscript) |

☒ Ho|

# EXHIBIT J

To appear in the Internet Society's _Networks and Distributed Systems Security Symposium_, March 1998.

# Live Traffic Analysis of TCP/IP Gateways

Phillip A. Porras
porras@csl.sri.com
Computer Science Laboratory

SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025

Alfonso Valdes
avaldes@csl.sri.com
Electromagnetic and Remote
Sensing Laboratory
SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025

*The work presented in this paper is currently funded by*
*DARPA/ITO under contract number F30602-96-C-0294.*

Point of Contact:  Phillip A. Porras
Phone:  (415) 859-3232
Fax:  (415) 859-2844

November 10 1997

## ABSTRACT

*We enumerate a variety of ways to extend both statistical and signature-based intrusion-detection analysis techniques to monitor network traffic. Specifically, we present techniques to analyze TCP/IP packet streams that flow through network gateways for signs of malicious activity, nonmalicious failures, and other exceptional events. The intent is to demonstrate, by example, the utility of introducing gateway surveillance mechanisms to monitor network traffic. We present this discussion of gateway surveillance mechanisms as complementary to the filtering mechanisms of a large enterprise network, and illustrate the usefulness of surveillance in directly enhancing the security and stability of network operations.*

# 1. Introduction

Mechanisms for parsing and filtering hostile external network traffic [2],[4] that could reach inter become widely accepted as prerequisites for limiting the exposure of internal network assets while r interconnectivity with external networks. The encoding of filtering rules for packet- or transport-lay should be enforced at entry points between internal networks and external traffic. Developing filteri optimal balance between the restrictiveness necessary to suppress the entry of unwanted traffic, whi flows demanded for user functionality, can be a nontrivial exercise [3].

In addition to intelligent filtering, there have been various developments in recent years in passive s to monitor network traffic for signs of malicious or anomalous (e.g., potentially erroneous) activity. provide network administrators timely insight into noteworthy exceptional activity. Real-time moni dimension of control and insight into the flow of traffic between the internal network and its externa insight gained through fielded network traffic monitors could also aid sites in enhancing the effectiv filtering rules.

However, traffic monitoring is not a free activity--especially live traffic monitoring. In presenting o analysis techniques, we fully realize the costs they imply with respect to computational resources ar example, obtaining the necessary input for surveillance involves the deployment of instrumentation format event streams derived from potentially high-volume packet transmissions. Complex event ar and human management of the analysis units also introduce costs. Clearly, the introduction of netw mechanisms on top of already-deployed protective traffic filters is an expense that requires justificat outline the benefits of our techniques and seek to persuade the reader that the costs can be worthwhi

# 2. Toward Generalized Network Surveillance

The techniques presented in this paper are extensions of earlier work by SRI in developing analytica anomalous or known intrusive activity [1], [5], [12], [13]. Our earlier intrusion-detection efforts in c (Intrusion Detection Expert System) and later NIDES (Next-Generation Intrusion Detection Expert toward the surveillance of; user-session and host-layer activity. This previous focus on session activ boundaries is understandable given that the primary input to intrusion-detection tools, audit data, is that tend to be locally administered within a single host or domain. However, as the importance of I grown, so too has the need to expand intrusion-detection technology to address network infrastructu current research effort, EMERALD (Event Monitoring Enabling Responses to Anomalous Live Dis the extension of our intrusion-detection methods to the analysis of network activity.

Network monitoring, in the context of fault detection and diagnosis for computer network and teleco environments, has been studied extensively by the network management and alarm correlation comi [16]. The high-volume distributed event correlation technology promoted in some projects provides for building truly scalable network-aware surveillance technology for misuse. However, these effor health and status (fault detection and/or diagnosis) or performance of the target network, and do not intentionally abusive traffic. Indeed, some simplifications in the fault analysis and diagnosis commi of stateless correlation, which precludes event ordering; simplistic time-out metrics for resetting the

ignoring individuals/sources responsible for exceptional activity) do not translate well to a maliciou: detecting intrusions.

Earlier work in the intrusion-detection community attempting to address the issue of network survei Network Security Monitor (NSM), developed at UC Davis [6], and the Network Anomaly Detectior (NADIR) [7], developed at Los Alamos National Laboratory (LANL). Both performed broadcast L analyze traffic patterns for known hostile or anomalous activity.[i] Further research by UC Davis ir Detection System (DIDS) [23] and later Graph-based Intrusion Detection System (GRIDS) [25] pro extend intrusion monitoring capabilities beyond LAN analysis, to provide multi-LAN and very larg⟨

This paper takes a pragmatic look at the issue of packet and/or datagram analysis based on statistica signature-analysis techniques. This work is being performed in the context of SRI's latest intrusion- EMERALD, a distributed scalable tool suite for tracking malicious activity through and across large EMERALD introduces a building-block approach to network surveillance, attack isolation, and autc approach employs highly distributed, independently tunable, surveillance and response monitors tha polymorphically at various abstract layers in a large network. These monitors demonstrate a stream design that combines signature analysis with statistical profiling to provide localized real-time prote used network services and components on the Internet.

Among the general types of analysis targets that EMERALD monitors are network gateways. We d techniques that EMERALD implements, and discuss their use in analyzing malicious, faulty, and ot activity. EMERALD's surveillance modules will monitor entry points that separate external networ enterprise network and its constituent local domains.[ii] We present these surveillance techniques a: filtering mechanisms of a large enterprise network, and illustrate their utility in directly enhancing tl of network operations.

We first consider the candidate event streams that pass through network entry points. Critical to the operations is the careful selection and organization of these event streams such that an analysis base stream will provide meaningful insight into the target activity. We identify effective analytical tech event stream given specific analysis objectives. Sections 4 and 5 explore how both statistical anom; signature analysis can be applied to identify activity worthy of review and possible response. All su by examples. More broadly, in Section 6 we discuss the correlation of analysis results produced by deployed independently throughout the entry points of our protected intranet. We discuss how even to a local surveillance monitor may be aggregated with results from other strategically deployed mo into more wide-scale problems or threats against the intranet. Section 7 discusses the issue of respo

# 3. Event Stream Selection

The success or failure of event analysis should be quantitatively measured for qualities such as accu both are assessable through testing. A more difficult but equally important metric to assess is compl network surveillance, inaccuracy is reflected in the number of legitimate transactions flagged as abn positives), incompleteness is reflected in the number of harmful transactions that escape detection (f performance is measured by the rate at which transactions can be processed. All three measurement: directly depend on the quality of the event stream upon which the analysis is based. Here, we consic providing real-time surveillance of TCP/IP-based networks for malicious or exceptional network tra network surveillance mechanisms can be integrated onto, or interconnected with, network gateways a protected intranet and external networks.

IP traffic represents an interesting candidate event stream for analysis. Individually, packets represe records, where key data within the header and data segment can be statistically analyzed and/or heu response-worthy activity. However, the sheer volume of potential packets dictates careful assessmer organize packets into streams for efficient parsing. Thorough filtering of events and event fields suc is concisely isolated, should be applied early in the processing stage to reduce resource utilization.

With respect to TCP/IP gateway traffic monitoring, we have investigated a variety of ways to catege of packets from an arbitrary packet stream. Individual packet streams can be filtered based on differ such as

- *Discarded traffic:* packets not allowed through the gateway because they violate filtering rule
- *Pass-through traffic:* packets allowed into the internal network from external sources.
- *Protocol-specific traffic:* packets pertaining to a common protocol as designated in the packet the stream of all ICMP packets that reach the gateway.
- *Unassigned port traffic:* packets targeting ports to which the administrator has not assigned ar that also remain unblocked by the firewall.
- *Transport management messages:* packets involving transport-layer connection establishment (e.g., TCP SYN, RESET, ACK, [window resize]).
- *Source-address monitoring:* packets whose source addresses match well-known external sites satellite offices) or have raised suspicion from other monitoring efforts.
- *Destination-address monitoring:* all packets whose destination addresses match a given interr
- *Application-layer monitoring:* packets targeting a particular network service or application. T translate to parsing packet headers for IP/port matches (assuming an established binding betw rebuilding datagrams.

In the following sections we discuss how such traffic streams can be statistically and heuristically ar into malicious and erroneous external traffic. Alternative sources of event data are also available fro produced by the various gateways, firewalls, routers, and proxy-servers (e.g., router syslogs can in f packet information from several products). We explore how statistical and signature analysis techni monitor various elements within TCP/IP event streams that flow through network gateways. We pre for detecting external entities that attempt to subvert or bypass internal network services. Technique detecting attacks against the underlying network infrastructure, including attacks using corruption o traffic in an attempt to negatively affect routing services, application-layer services, or other networ how to extend our surveillance techniques to recognize network faults and other exceptional activity of distributed result correlation.

# 4. Traffic Analysis with Statistical Anomaly Detection

SRI has been involved in statistical anomaly-detection research for over a decade [1], [5], [10]. Our on the profiling of user activity through audit-trail analysis. Within the EMERALD project, we are c statistical algorithms to profile various aspects of network traffic in search of response- or alert-wor

The statistical subsystem tracks subject activity via one or more variables called *measures*. The stati four classes of measures: categorical, continuous, intensity, and event distribution. *Categorical* mea assume values from a categorical set, such as originating host identity, destination host, and port nu measures are those for which observed values are numeric or ordinal, such as number of bytes trans also track the intensity of activity (that is, the rate of events per unit time) and the "meta-distributio

affected by recent events. These derived measure types are referred to as *intensity* and *event distribu*

The system we have developed maintains and updates a description of a subject's behavior with resp
types in a compact, efficiently updated *profile*. The profile is subdivided into short- and long-term e
profile accumulates values between updates, and exponentially ages values for comparison to the lo.
consequence of the aging mechanism, the short-term profile characterizes the recent activity of the s
determined by the dynamically configurable aging parameters used. At update time (typically, a tim
the update function folds the short-term values observed since the last update into the long-term pro
profile is cleared. The long-term profile is itself slowly aged to adapt to changes in subject activity.
compares related attributes in the short-term profile against the long-term profile. As all evaluations
empirical distributions, no assumptions of parametric distributions are made, and multi-modal and c
are accommodated. Furthermore, the algorithms we have developed require no *a priori* knowledge c
exceptional activity. A more detailed mathematical description of these algorithms is given in [9], [:

Our earlier work considered the subject class of users of a computer system and the corresponding e
audit trail generated by user activity. Within the EMERALD project, we generalize these concepts s
software such as network gateways, proxies, and network services can themselves be made subject c
event streams are obtained from log files, packet analysis, and--where required--special-purpose ins
services of interest (e.g., FTP, HTTP, or SMTP). As appropriate, an event stream may be analyzed a
multiple subjects, and the same network activity can be analyzed in several ways. For example, an e
packets permits analyses that track the reason each packet was rejected. Under such a scenario, the
packet is the subject, and the measures of interest are the reason the packet was dropped (a categoric
of dropped packets in the recent past (one or more intensity measures tuned to time intervals of secc
Alternatively, these dropped packets may be parsed in finer detail, supporting other analyses where
example, the identity of the originating host.

EMERALD can also choose to separately define satellite offices and ``rest of world'' as different sul
stream. That is, we expect distinctions from the satellite offices' use of services and access to assets
sessions originating from external nonaffiliated sites. Through satellite session profiling, EMERAL]
signs of unusual activity. In the case of the FTP service, for example, each user who gives a login na
``anonymous'' is a subject as well. Another example of a subject is the network gateway itself, in wh
subject. All subjects for the same event stream (that is, all subjects within a subject class) have the s
their profiles, but the internal profile values are different.

As we migrate our statistical algorithms that had previously focused on user audit trails with users a
our ability to build more abstract profiles for varied types of activity captured within our generalizec
stream. In the context of statistically analyzing TCP/IP traffic streams, profiling can be derived from
perspectives, including profiles of

- Protocol-specific transactions (e.g., all ICMP exchanges)
- Sessions between specific internal hosts and/or specific external sites
- Application-layer-specific sessions (e.g., anonymous FTP sessions profiled individually and/c
- Discarded traffic, measuring attributes such as volume and disposition of rejections
- Connection requests, errors, and unfiltered transmission rates and disposition

Event records are generated either as a result of activity or at periodic intervals. In our case, activity
content of IP packets or transport-layer datagrams. Our event filters also construct interval summary
accumulated network traffic statistics (at a minimum, number of packets and number of kilobytes tr
are constructed at the end of each interval (e.g., once per N seconds).

http://web.archive.org/web/19980124000949/www.csl.sri.com/emerald/live-traffic.html

EMERALD's statistical algorithm adjusts its short-term profile for the measure values observed on t
distribution of recently observed values is evaluated against the long-term profile, and a distance be
obtained. The difference is compared to a historically adaptive, subject-specific deviation. The empi
deviation is transformed to obtain a score for the event. Anomalous events are those whose scores e.
adaptive, subject-specific score threshold based on the empirical score distribution. This nonparame
measure types and makes no assumptions on the modality of the distribution for continuous measur

The following sections provide example scenarios of exceptional network activity that can be meası
statistical engine deployed to network gateways.

## 4.1 Categorical Measures in Network Traffic

Categorical measures assume values from a discrete, nonordered set of possibilities. Examples of ca
include

- Source/destination address: One expects, for example, accesses from satellite offices to origin
  host identities.
- Command issued: While any single command may not in itself be anomalous, some intrusion
  ``doorknob rattling") give rise to an unusual mix of commands in the short-term profile.
- Protocol: As with commands, a single request of a given protocol may not be anomalous, but
  protocol requests, reflected in the short-term profile, may indicate an intrusion.
- Errors and privilege violations: We track the return code from a command as a categorical me
  distribution to reflect only a small percent of abnormal returns (the actual rate is learned in th
  While some rate of errors is normal, a high number of exceptions in the recent past is abnorm.
  in unusual frequencies for abnormal categories, detected here, and unusual count of abnormal
  continuous measure as described in Section 4.2.
- Malformed service requests: Categorical measures can track the occurrence of various forms
  malformed packets directed to a specific network service.
- Malformed packet disposition: Packets are dropped by a packet filter for a variety of reasons,
  innocuous (for example, badly formed packet header). Unusual patterns of packet rejection or
  lead to insight into problems in neighboring systems or more serious attempts by external site
- File handles: Certain subjects (for example, anonymous FTP users) are restricted as to which
  Attempts to access other files or to write read-only files appear anomalous Such events are of
  signature analysis as well.

The statistical component builds empirical distributions of the category values encountered, even if
is open-ended, and has mechanisms for ``aging out" categories whose long-term probabilities drop t

The following is an example of categorical measures used in the surveillance of proxies for services
Consider a typical data-exchange sequence between an external client and an internal server within
Anonymous FTP is restricted to certain files and directories; the names of these are categories for m
file/directory reads and (if permitted) writes. Attempted accesses to unusual directories appear anon
dedicated to ports include a categorical measure whose values are the protocol used. Invalid request
violation error; the type of error associated with a request is another example of a categorical measu
of errors in the recent past is tracked as continuous measures, as described in Section

## 4.2 Continuous Measures in Network Traffic

Continuous measures assume values from a continuous or ordinal set. Examples include inter-event stamps between consecutive events from the same stream), counting measures such as the number o type observed in the recent past, and network traffic measures (number of packets and number of ki subsystem treats continuous measures by first allocating bins appropriate to the range of values of th and then tracking the frequency of observation of each value range. In this way, multi-modal distrib and much of the computational machinery used for categorical measures is shared.

Continuous measures are useful not only for intrusion detection, but also support the monitoring of l network from the perspective of connectivity and throughput. An instantaneous measure of traffic v gateway monitor can detect a sudden and unexpected loss in the data rate of received packets, when historical norms for the gateway. This sudden drop is specific both to the gateway (the subject, in th of day (e.g., the average sustained traffic rate for a major network artery is much different at 11:00 a

In our example discussion of an FTP service in Section 4.1, attempts to access unallowed directories The recently observed rate of such errors is continuously compared with the rate observed over simi FTP sessions. Some low rate of error due to misspellings or innocent attempts is to be expected, and in the historical profile for these measures. An excess beyond historical norms indicates anomalous

Continuous measures can also work in conjunction with categorical measures to detect excessive da uploads, or excessive mail relaying, as well as excessive service-layer errors by external clients. Cat measures have proven to be the most useful for anomaly detection in a variety of contexts.

We next describe the two derived measure types, *intensity* and *event distribution*, which detect anon traffic volume and the mix of measures affected by this traffic.

## 4.3 Measuring Network Traffic Intensity

Intensity measures distinguish whether a given volume of traffic appears consistent with historical c measures reflect the intensity of the event stream (number of events per unit time) over time interva Typically, we have defined three intensity measures per profile, which, with respect to user activity at intervals of 60 seconds, 600 seconds, and 1 hour. Applied to raw event streams, intensity measure for detecting flooding attacks, while also providing insight into other anomalies.

EMERALD uses volume analyses to help detect the introduction of malicious traffic, such as traffic denials or perform intelligence gathering, where such traffic may not necessarily be violating filterii increase in the overall volume of discarded packets, as well as analysis of the disposition of the disc discussed in Section 4.1, can provide insight into unintentionally malformed packets resulting from internal errors in neighboring hosts. High volumes of discarded packets can also indicate more mali transmissions such as scanning of UPD ports or IP address scanning via ICMP echoes. Excessive nu requests (EXPN) may indicate intelligence gathering, perhaps by spammers. These and other applicat doorknob rattling can be detected by an EMERALD statistical engine when filtering is not desired.

Alternatively, a sharp increase in events viewed across longer durations may provide insight into a c or prevent successful traffic flow. Intensity measures of transport-layer connection requests, such as SYN-RST messages, could indicate the occurrence of a SYN-attack [17] against port availability (o: scanning). Variants of this could include intensity measures of TCP/FIN messages [14], considered port scanning.

Monitoring overall traffic volume and bursty events by using both intensity and continuous measure
interesting advantages over other monitoring approaches, such as user-definable heuristic rules that
In particular, the intensity of events over a duration is relative in the sense that the term ``high volur
considered different at midnight than at 11:00 a.m. The notion of high bursts of events might similar
of the target system in the intranet (e.g., web server host versus a user workstation). Rule developers
define thresholds based on many factors unique to the target system. On the other hand, the statistic
time, build a target-specific profile that could evaluate event intensity for the given system over a va
as the time of day (e.g., business hours versus afterhours) and/or day of the week (e.g., weekday ver

## 4.4 Event Distribution Measures

The event-distribution measure is a meta-measure that monitors which other measures in the profile
event. For example, an *ls* command in an FTP session affects the directory measure, but does not af
file transfer. This measure is not interesting for all event streams. For example, all network-traffic e
same measures (number of packets and kilobytes) defined for that event stream, so the event distribu

On the other hand, event-distribution measures are useful in correlative analysis achieved via the ``N
approach. Here, each monitor contributes to an aggregate event stream for the domain of the correla
events are generated only when the individual monitor decides that the recent behavior is anomalou:
sufficiently anomalous by itself to trigger a declaration). Measures recorded include time stamp, mo
identifier, and measure identities of the most outlying measures. Overall intensity of this event strea
correlated attack. The distribution of which monitors and which measures are anomalous is likely to
intrusion or malfunction than with the normal ``innocent exception.'' (See Section 6 for a further dis
correlation.)

## 4.5 Statistical Session Analysis

Statistical anomaly detection via the methods described above enables EMERALD to answer questi
current anonymous FTP session compares to the historical profile of all previous anonymous FTP s
could be similarly monitored for atypical exchanges (e.g., excessive mail relays).

Continuing with the example of FTP, we assign FTP-related events to a subject (the login user or ``;
sessions may be interleaved, we maintain separate short-term profiles for each, but may score again:
profile (for example, short-term profiles are maintained for each ``anonymous'' FTP session, but eac
historical profile of ``anonymous'' FTP sessions). The aging mechanism in the statistics module allo
either as the events occur or at the end of the session. We have chosen the former approach (analyze
as it potentially detects anomalous activity in a session before that session is concluded.

# 5. Traffic Analyzing with Signature Analysis

Signature analysis is a process whereby an event stream is mapped against abstract representations c
to indicate the target activity of interest. Signature engines are essentially expert systems whose rule
are parsed that appear to indicate suspicious, if not illegal, activity. Signature rules may recognize si
themselves represent significant danger to the system, or they may be chained together to recognize
represent an entire penetration scenario.

However, simplistic event-to-rule binding alone does not necessarily provide enough indication to e
of the target activity. Signature analyses must also distinguish whether an event sequence being wit
transitioning the system into the anticipated compromised state. In addition, determining whether a :
indicative of an attack may be a function of the preconditions under which the event sequence is per
schemes for representing operating system penetrations through audit trail analysis are [12], [18], [1

Using basic signature-analysis concepts, EMERALD can support a variety of analyses involving pa
datagrams as event streams. For example, address spoofing, tunneling, source routing [21], SATAN
and abuse of ICMP messages (Redirect and Destination Unreachable) messages in particular) [4
and detected by signature engines that guard network gateways. The heuristics for analyzing header
datagrams for some of these abuses are not far from what is already captured by some filtering tools
difficult to justify the expense of passively monitoring the traffic stream for such activity when one
knowledge into filtering rules.[iv]

Regardless, there still remain several examples that help justify the expense of employing signature
network traffic. In particular, there are points where the appearance of certain types of legitimate tra
regarding the motives of the traffic source. Distinguishing benign requests from illicit ones may be :
questions are ultimately site-specific. For example, EMERALD surveillance modules can encode th
activity such as the number of fingers, pings, or failed login requests to accounts such as guest, dem
FTP, or employees who have departed the company. Threshold analysis is a rudimentary, inexpensi
the occurrence of specific events and, as the name implies, detects when the number of occurrences
reasonable count.

In addition, we are developing heuristics to support the processing of application-layer transactions
monitoring. EMERALD's signature analysis module can sweep the data portion of packets in search
transactions that indicate suspicious, if not malicious, intentions by the external client. While traffic
external traffic through to an internally available network service, signature analysis offers an abilit
transaction requests or request parameters, alone or in combination, that are indicative of attempts to
abuse the internal service. EMERALD's signature engine, for example, is capable of real-time parsi
the firewall or router for unwanted transfers of configuration or specific system data, or anonymous
public portions of the directory structure. Similarly, EMERALD can analyze anonymous FTP sessic
retrievals and uploads/modifications are limited to specific directories. Additionally, EMERALD's s
capability is being extended to session analyses of complex and dangerous, but highly useful, servic

Another interesting application of signature analysis is the scanning of traffic directed at high-numb
ports to which the administrator has not assigned a network service). Here, datagram parsing can be
traffic after some threshold volume of traffic, directed at an unused port, has been exceeded. A signa
a knowledge base of known telltale datagrams that are indicative of well-known network-service pr
Telnet, SMTP, HTTP). The signature module then determines whether the unknown port traffic mat
datagram sets. Such comparisons could lead to the discovery of network services that have been inst
administrator's knowledge.

# 6. Composable Surveillance of Network Traffic

The focus of surveillance need not be limited to the analysis of traffic streams through a single gate
extension of anomaly detection and signature analyses is to support the hierarchical correlation of al
by multiple distributed gateway surveillance modules. Within the EMERALD framework, we are d

surveillance modules that analyze the anomaly and signature reports produced by individual traffic r various entry points of external traffic into local network domains.

This concept is illustrated in Figure 1, which depicts an example enterprise network consisting of in network domains.[v] These local domains are independently administered, and could perhaps corres computing assets among departments within commercial organizations or independent laboratories ' organizations. In this figure, connectivity with the external world is provided through one or more s SP2), which may provide a limited degree of filtering based on source address (to avoid address spo primitive checks such as monitoring checksum.

**Example Network Deployment of Surveillance Monitors**



Inside the perimeter of the enterprise, each local domain maintains its traffic filtering control (F-box subnetworks. These filters enforce domain-specific restriction over issues such as UDP port availab: acceptable protocol traffic. EMERALD surveillance monitors are represented by the S-circles, and a various entry points of the enterprise and domains.

EMERALD surveillance modules develop analysis results that are then directed up to an enterprise-correlates the distributed results into a meta-event stream. The enterprise monitor is identical to the

monitors (i.e., they use the same code base), except that it is configured to correlate activity reports
monitors. The enterprise monitor employs both statistical anomaly detection and signature analyses
results produced by the distributed gateway surveillance modules, searching for commonalities or tr
analysis results.

The following sections focus on aggregate analyses that may induce both local response and/or ente
enumerate some of the possible ways that analysis results from the various surveillance modules car
insight into more global problems not visible from the narrow perspective of local entry-point monit

## 6.1 Commonalities among Results

One issue of direct interest is whether there exist commonalities in analysis results across surveillan
examining mutually exclusive event streams. For example, a scenario previously discussed was that
observing a drastic increase in the number of discarded packets at the entry point to a domain, perha
majority cause for packet discards. Depending on the degree of increase, a local domain administrat
take actions to help alleviate or remove the cause of the failed packets. However, if on a given day a
throughout the enterprise similarly observed marked increases in discarded packet volume, the respc
from being a local concern to being an enterprise-wide issue. Similarly, commonalities across doma
protocol-specific errors or signature engines detecting unwanted activity across multiple domains co
layer responses.

We might also choose to distinguish excessive types of certain traffic in an effort to check for intelli
outsiders who submit requests such as finger, echo, or mail alias expansion, to multiple domains in t
robin doorknob rattling). The objective of such a technique might be to avoid detection from both lc
and/or continuous measures by spreading out the probes to multiple independently monitored domai
analysis, we could maintain the enterprise-wide profile of probes of this type, and detect when an ur
these probes occurs. While such probes may not appear excessive from the local domain perspectivε
may observe a marked increase worthy of response.

In addition, we can add a layer of traffic-rate monitoring by profiling the overall volume of enterpris
throughout various slices of the day and week. Local monitors may use continuous measures to dete
packet volumes that could indicate transmission loss or serious degradation. However, it is conceiva
from the local domain perspective, while significant, is not drastic enough to warrant active respons
may find through results correlation that the aggregate of all domains producing reports of transmis
during the same time period could warrant attention at the enterprise layer. Thus, local domain activ
warranting a response could in aggregation with other activity be found to warrant a response.

## 6.2 Sequential Trend Analysis

Of general use to meta-surveillance is the modeling of activity for sequential trends in the appearanc
For example, this could entail correlating the analyses of local monitors, looking for trends in the pr
layer datagrams for error or ICMP packets. While local responses to error messages could be handle
administrators, reports of errors spreading across all domains might more effectively be addressed b
connections between the enterprise and the service provider.

Attacks repeated against the same network service across multiple domains can also be detected thrc

correlation. For example, multiple surveillance modules deployed to various local domains in the en
report, in series, suspicious activity observed within sessions employing the same network service. S
enterprise-layer responses or warnings to other domains that have not yet experienced or reported th
this sense, results correlation enables the detection of spreading attacks against a common service, v
one domain, and gradually spread domain by domain to affect operations across the enterprise.

We are studying the use of fault-relationship models [22], in which recognition of a problem in one
(e.g., loss of connectivity or responsiveness) could propagate as different problems in neighboring h
overflows or connection timeout due to overloads). Our enterprise monitor employs rule-based heur
relationship models.

# 7. Response Handling

Once a problem is detected, the next challenge is to formulate an effective response. In many situati
response may be no response at all, in that every response imposes some cost in system performanc(
The extent to which a decision unit contains logic to filter out uninteresting analysis results may me
effective monitoring units and unmanageable (soon to be disabled) monitoring units. For certain ana
detection of known hostile activity through signature analyses, the necessity for response invocation
other analysis results such as anomaly reports, response units may require greater sophistication in t

Fundamental to effective response handling is the accurate identification of the source responsible f(
unlike audit-trail analysis where event-record fields such as the subject ID are produced by the OS k
direct control over the content and format of packet streams. Packet forgery is straightforward, and (
avoid allowing attackers to manipulate response logic to harm legitimate user connectivity or cause
throughout the network. Some techniques have been proposed to help track network activity to the s

Another issue is how to tailor a response that is appropriate given the severity of the problem, and tl
effect to address the problem without harming the flow of legitimate network traffic. Countermeasu:
passive responses, such as passive results dissemination, to highly aggressive actions, such as severi
channel. Within EMERALD, our response capabilities will employ the following general forms of r

- **Passive results dissemination:** EMERALD monitors can make their analysis results availabl
  review. We are currently exploring techniques to facilitate passive dissemination of analysis r
  existing network protocols such as SNMP, including the translation of analysis results into an
  management information base (MIB) structure. However, whereas it is extremely useful to int
  dissemination into an already-existing infrastructure, we must balance this utility with the ne(
  and integrity of analysis results.
- **Assertive results dissemination:** Analysis results can be actively disseminated as administra
  automatic dissemination of alerts may help to provide timely review of problems by administ
  be the most expensive form of response, in that it requires human oversight.[vi]
- **Dynamic controls over logging configuration:** EMERALD monitors can perform limited cc
  configuration of logging facilities within network components (e.g., routers, firewalls, networ
  daemons).
- **Integrity checking probes:** EMERALD monitors may invoke handlers that validate the integ
  or other assets. Integrity probes may be particularly useful for ensuring that privileged networ
  subverted.[vii]
- **Reverse probing:** EMERALD monitors may invoke probes in an attempt to gather as much c

the source of suspicious traffic by using features such as *traceroute* or *finger*. However, care i
such actions, as discussed in [4].
- **Active channel termination:** An EMERALD monitor can actively terminate a channel sessic
  known hostile activity. This is perhaps the most severe response, and care must be taken to en
  manipulate the surveillance monitor to deny legitimate access.

# 8. Conclusion

We have described event-analysis techniques developed in the intrusion-detection community, and ꞏ
application to monitoring TCP/IP packet streams through network gateways. We present a variety o
(both malicious and nonmalicious) to which these analysis techniques could be applied. Table 1 sum
exceptional network activity presented in this paper, and identifies which method (statistical anomal
analysis, or hierarchical correlation) can be utilized to detect the activity.

These examples help to justify the expense of gateway surveillance monitors, even in the presence c
filtering mechanisms. Indeed, several of the example forms of ``interesting traffic'' listed in Table 1
preventable using filtering mechanisms. In addition, our surveillance modules may even help to tunꞏ
filtering rules that could lead to the accidental discarding of legitimate traffic. The surveillance mod
occurrence of traffic that appears to be anomalous or abusive, regardless of whether the traffic is allꞏ
prevented from entering, through the network gateway. Furthermore, these techniques may extend tꞏ
detection such as failures in neighboring systems.

While this paper is intended to justify and illustrate the complementary nature of combining surveill
filtering mechanisms, in future research we will explore the practical aspects of monitor deploymen
analysis and secure integration into supporting network infrastructure (e.g., network management). 1
traditional audit-based intrusion-detection developers, network monitor developers must carefully aꞏ
to organize and isolate the relevant traffic from which their analyses are based. The added dimensioꞏ
into network operations gained by well-integrated surveillance modules is well worth consideration.

| Analysis Description | Stat. Categ. Meas. | Stat. Conti. Meas. | Stat. Inten. Meas. |
|---|---|---|---|
| Protocol-specific anomalies such as excessive data transfers (FTP uploads, mail relays, other huge data transfers) | X | X | X |
| Port/service misuse, including excessive errors or unknown command exchanges | X | | X |
| Discarded packet volume | | | X |
| Discarded packet disposition (analysis of rejection patterns) | X | X | |
| Excessive transport-layer connection requests, including heavy syn-ack message usage | X | | X |
| Anonymous session comparisons against historical usage | X | X | X |
| Satellite office profiling | X | X | X |

| | | | |
|---|---|---|---|
| Sudden drops or floods in data rate (specific to system, time of day, day of week, and so forth) | | X | X |
| Address/port scanning and other general doorknob rattling | | | X |
| Excessive drops in line quality compared to historical quality | | X | X |
| Detection of filterable events (e.g., ICMP message abuse, address spoofing, tunneling, source/port routing, SATAN signatures) | | | |
| Event thresholds for events reflecting site-specific concerns | | | |
| Detection of user-installed network services on unregistered ports | | | |
| Packet data sweeps for application-layer proxies, looking for troublesome data transfers or requests | | | |
| Aggregate analysis across the enterprise for round-robin doorknob rattling that attempts to defeat domain-layer intensity measures | | | |
| Aggregate analysis of low-level degradation of services or throughput across the enterprise | | | |
| Trend analysis for error propagation occurring across multiple domains | | | |
| Spreading attacks that may indicate worm or fault interrelationships among network modules | | | |

# Endnotes

i. Recent product examples, such as ASIM and Net Ranger, that follow the passive packet moni since gained wide deployment in some Department of Defense network facilities.

ii. We use the terms *enterprise* and *intranet* interchangeably; both exist ultimately as cooperative independently administered domains, communicating together with supportive network infras firewalls, routers, and bridges.

iii. Of particular added value in assessing this traffic would be some indication of why a given pa generic solution for deriving this *disposition* information without dependencies on the firewal Such information would be a useful enhancement to packet-rejection handlers.

iv. On the other hand, one may also suggest a certain utility in simply having real-time mechanis hierarchically correlate attempts by external sources to forward undesirable packets through a

v. This is one example network filtering strategy that is useful for illustrating result correlation. possible.

vi. Consider a network environment that on average supports 100,000 external transactions (the analysis-target-specific) per day. Even if only 0.1% of the transactions were found worthy of administrators would be asked to review 100 transactions a day.

vii. A significant number of network attacks target the subversion of privileged network service. 97.16, CA-97.12, CA-97.05 give a few recent examples.

# References

1. D.Anderson, T.Frivold, and A.Valdes. Next-generation intrusion-detection expert system (NI report. *Technical report,* Computer Science Laboratory, SRI International, Menlo Park, CA, 1

2. B.Chapman and E.Zwicky. *Building internet firewalls.* O'Reilly and Associates, Inc. Sebastop

3. D.Chapman. Network (in)security through IP packet filtering. In *Proceedings of the Third US Symposium*, Baltimore, MD, September 1992.

4. W.R. Cheswick and S.M. Bellovin. *Firewalls and internet security: Repelling the wily hacker* Reading, MA, 1994.

5. D.E. Denning. An intrusion-detection model. *IEEE Transactions on Software Engineering*, 1:

6. L.T. Heberlein, G.Dias, K.N. Levitt, B.Mukherjee, J.Wood, and D.Wolber. A network securit *Proceedings of the 1990 Symposium on Research in Security and Privacy*, pages 296-303, Oa IEEE Computer Society.

7. K.Jackson, D.DuBois, and C.Stallings. An expert system application for network intrusion de *of the Fourteenth Computer Security Group Conference*. Department of Energy, 1991.

8. G.Jakobson and M.D. Weissman. Alarm correlation. *IEEE Network*, pages 52-59, November

9. H.S. Javitz and A.Valdes. The NIDES statistical component description and justification. Tec Science Laboratory, SRI International, Menlo Park, CA, March 1994.

10. H.S. Javitz, A.Valdes, D.E. Denning, and P.G. Neumann. Analytical techniques development detection system (SIDS) based on accounting records. *Technical report,* SRI International, M 1986.

11. S.Kliger, S.Yemini, Y.Yemini, D.Ohsie, and S.Stolfo. A coding approach to event correlation *Fourth International Symposium on Integrated Network Management (IFIP/IEEE)*, Santa Bar 277. Chapman and Hall, London, England, May 1995.

12. T.F. Lunt, R.Jagannathan, R.Lee, A.Whitehurst, and S.Listgarten. Knowledge-based intrusion *Proceedings of the 1989 AI Systems in Government Conference*, March 1989.

13. T.F. Lunt, A.Tamaru, F.Gilham, R.Jagannathan, C.Jalali, P.G. Neumann, H.S. Javitz, and A.\ intrusion-detection expert system (IDES). *Technical report*, Computer Science Laboratory, S] Park, CA, 28 February 1992.

14. Uriel Maimon. Port scanning without the SYN flag. *Phrack Magazine*, vol. 7, issue 49.

15. M.Mansouri-Samani and M.Sloman. Monitoring distributed systems. *IEEE Network*, pages 2(

16. K.Meyer, M.Erlinger, J.Betser, C.Sunshine, G.Goldszmidt, and Y.Yemini. Decentralizing cor network management. In *Proceedings of the Fourth International Symposium on Integrated N (IFIP/IEEE)*, Santa Barbara, CA, pages 4-16. Chapman and Hall, London, England, May 199

17. RobertT. Morris. A weakness in the 4.2BSD UNIX TCP/IP software. In *Computing Science 1* AT&T Bell Laboratories, Murray Hills, NJ, 25 February 1985.

18. A.Mounji, B.Le Charlier, and D.Zampunieris. Distributed audit trail analysis. In *Proceedings Symposium on Network and Distributed System Security*, pages 102-112, February 1995.

19. P.A. Porras. STAT: A State Transition Analysis Tool for intrusion detection. Master's thesis, Department, University of California, Santa Barbara, July 1992.

20. P.A. Porras and P.G. Neumann. EMERALD: Event monitoring enabling responses to anomal *National Information Systems Security Conference*, pages 353-365, Baltimore, MD, October

21. J.Postel. Internet protocol, request for comment, RFC 791. *Technical report,* Information Scie 1981.

22. L.Ricciulli and N.Shacham. Modeling correlated alarms in network management systems. In *Networks and Distributed Systems Modeling and Simulation*, 1997.

23. S.R. Snapp, J.Brentano, G.V. Dias, T.L Goan, L.T. Heberlein, C.-L. Ho, K.N. Levitt, B.Mukh T.Grance, D.M. Teal, and D.Mansur. DIDS (Distributed Intrusion Detection System)--motiva early prototype. In *Proceedings of the Fourteenth National Computer Security Conference*, pa Washington, D.C., 1-4 October 1991. NIST/NCSC.

24. S.Staniford-Chen, S.Cheung, R.Crawford, M.Dilger, J.Frank, J.Hoagland, K.Levitt, C.Wee, R GrIDS--a graph based intrusion detection system for large networks. In *Proceedings of the Ni Information Systems Security Conference*, pages 361-370 (Volume I), Washington. D.C., Oct

25. S.Staniford-Chen and L.T. Heberlein. Holding intruders accountable on the internet. In *Proce Symposium on Security and Privacy*, 1995.

26. A.Valdes and D.Anderson. Statistical methods for computer usage anomaly detection using N *the Third International Workshop on Rough Sets and Soft Computing (RSSC 94)*, San Jose, Ja

27. W.Venema. Project SATAN: UNIX/internet security. In *Proceedings of the COMPSEC-95 C* London, 1995.

# EXHIBIT
# K



**Enter Web Address:** http://     All  Adv. Search

## Not in Archive.

The page you requested has not been archived. If the page is still available on the
Internet, we will begin archiving it during our next crawl. Try another request or click
here to search for all pages on http://ftp:/ftp.csl.sri.com/pub/gateway98.ps
See the FAQs for more info and help, or contact us.

---

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT
# L



## Advanced Search

| | |
|---|---|
| find this **URL** | http:// |
| between these **dates** (optional) | Month ▼ Day ▼ Year ▼ |
| | Month ▼ Day ▼ Year ▼ |

Go Wayback

### Other Advanced Search Options



**URL Matching**
- ◉ Retrieve page that most closely matches search criteria
- ○ List all pages that match search criteria

**Aliases**
- ◉ Merge aliases (search results for yahoo.com, www.yahoo.com and yahoo.com/index.html will be merged together)
- ○ Show aliases separately (a search for yahoo.com will list www.yahoo.com separately)
- ○ Don't show aliases (a search for yahoo.com will not show www.yahoo.com)

**Redirects**
- ◉ Hide redirects (on the search results, we will not display pages that redirect to other pages)
- ○ Flag redirects (on the search results, we will mark all pages that redirect to another page with an 'r')
- ○ Show redirects (on the search results, we will display pages that redirect)

**File Types** [All types ▼] Will only display files of the type you specify

**Duplicates** ☐ Show duplicates (if we have 20 identical versions of a page on the same day, we will show them all)

**Comparison** ☐ Show checkboxes to allow comparison of 2 versions of a page. Comparison technology provided by Docucomp.

**Convert to PDF** ☐ **(BETA)** Provide links to a service that will convert a version of a web page to PDF format. Conversion technology provided by 2Convert.

## Advanced URL locator hints and tips

There are a number of easy URL-based queries for conducting Advanced Searches on the documents in the Wayback Machine. To conduct these Advanced Searches, simply enter the following URLs in your browser's location or address bar.

### Retrieving the most recently archived copy of a specific URL

http://web.archive.org/http://www.cnet.com

where "http://www.cnet.com" is the target URL. This query returns the most recently archived version of that target URL in the archive.

## Retrieving an archived copy of a specific URL from given date

http://web.archive.org/20011007203917/http://www.cnet.com

This returns a specific document whose URL matches the target URL and whose archive date most closely matches the date specified in the format YYYYMMDDhhmmss. In the example above, this returns www.cnet.com archived on October 7, 2001 at 8:39pm and 17 seconds.

The date need not be specified to the second. Using a truncated date will return an archived page that most closely matches the average value of the date specified.

*Example of truncating to the Year*
http://web.archive.org/2000/http://www.cnet.com

This returns the document whose URL exactly matches http://www.cnet.com and whose archival date most closely matches July 1, 2000 (July 1 is the middle of the year or the "average value" of the year 2000).

*Example of truncating to the Year and Month*
http://web.archive.org/200010/http://www.cnet.com

This returns the document whose URL exactly matches http://www.cnet.com and whose archival date most closely matches October 15, 2000 (the 15th is the middle of October or the "average value" of October, 2000).

## Searching for all copies of a specific URL archived in a given time period

http://web.archive.org/200109*/http://www.cnet.com

This returns all copies of a specific target URL (e.g. http://www.cnet.com) which were archived beginning with the date specified in the format YYYYMMDDhhmmss. In the example above, this returns a list of all all archived versions of www.cnet.com archived in September 2001.

## Searching for all URLs for a site archived in a given time period

http://web.archive.org/200109*/http://www.cnet.com*

This returns all URLs that begin with http://www.cnet.com which were archived in September 2001.

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT
# M

Internet Archive Wayback Machine

http://web.archive.org/1997*/www.csl.sri.com/emerald*

**INTERNET ARCHIVE**
**WaYBackMachine**

**Enter Web Address:** http://    [  All  ▼ ]    [ Take Me Back ]    Adv. Search

Searched for all pages on **http://www.csl.sri.com/emerald**                Results **1 - 1** of about **1**

www.csl.sri.com/emerald/index.html
1 page from Jul 05, 1997

Results **1 - 1** of about **1** ◀ǀǀ Previous 1 Next ǀǀ▶                Results per page [ 10 ▼ ]

Home | Help

Internet Archive | Terms of Use | Privacy Policy

EXHIBIT
N

INTERNET ARCHIVE
**WayBackMachine**

Enter Web Address: | http:// |    | All ▼ |   | Take Me Back |   Adv. Search

Searched for all pages on http://www.csl.sri.com/emerald        Results **1** - **10** of about **45**

www.csl.sri.com/emerald/
1 page from Jan 24, 1998

www.csl.sri.com/emerald/charts.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/concepts.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/downloads-intmain.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/downloads.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/emerald-niss97.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/emerald.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/index.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/links.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/live-traffic.html
1 page from Jan 24, 1998

Results **1** - **10** of about **45** ◀❚ Previous 1 2 3 4 5 Next ❚▶        Results per page | 10 ▼ |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Internet Archive Wayback Machine                    http://web.archive.org/web/1998*sr_11nr_10/http://www.csl.sri.com/e...

**INTERNET ARCHIVE**
**WayBackMachine**

**Enter Web Address:** http://                        All ▼    :Take Me Back:   Adv. Search

Searched for all pages on **http://www.csl.sri.com/emerald**          Results **11 - 20** of about 45

www.csl.sri.com/emerald/presentations/NISSC97/index.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld001.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld002.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld003.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld004.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld005.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld006.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld007.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld008.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld009.htm
1 page from Jan 24, 1998

Results **11 - 20** of about 45 ◀❙ Previous 1 2 3 4 5 Next ❙▶          Results per page 10 ▼

Home | Help

Internet Archive | Terms of Use | Privacy Policy

**INTERNET ARCHIVE**
# WaybackMachine

**Enter Web Address:** http://          [All ▼]   [Take Me Back]   Adv. Search

Searched for all pages on **http://www.csl.sri.com/emerald**          Results **21 - 30** of about 45

www.csl.sri.com/emerald/presentations/NISSC97/sld010.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld011.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld012.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld014.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld015.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/sld016.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld001.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld002.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld003.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld004.htm
1 page from Jan 24, 1998

Results **21 - 30** of about **45** ◀| **Previous** 1 2 3 4 5 **Next** |▶          Results per page [10 ▼]

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Internet Archive Wayback Machine                   http://web.archive.org/web/1998*sr_31nr_10/http://www.csl.sri.com/e...

**INTERNET ARCHIVE**
**WayBackMachine**

Enter Web Address: |http://                    | All ▾ |  :Take Me Back:  | Adv. Search

Searched for all pages on **http://www.csl.sri.com/emerald**            Results **31 - 40** of about **45**


www.csl.sri.com/emerald/presentations/NISSC97/tsld005.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld006.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld007.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld008.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld009.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld010.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld011.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld012.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld013.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld014.htm
1 page from Jan 24, 1998


Results **31 - 40** of about **45** ◀❙ **Previous** 1 2 3 4 5 **Next** ❙▶       Results per page |10 ▾|


**INTERNET ARCHIVE**
**WayBackMachine**

Enter Web Address: http://    | All ▾ |    Take Me Back    Adv. Search

Searched for all pages on **http://www.csl.sri.com/emerald**    Results **41** - **45** of about **45**

www.csl.sri.com/emerald/presentations/NISSC97/tsld015.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/presentations/NISSC97/tsld016.htm
1 page from Jan 24, 1998

www.csl.sri.com/emerald/project.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/sponsor.html
1 page from Jan 24, 1998

www.csl.sri.com/emerald/traffic-short.html
1 page from Jan 24, 1998

Results **41** - **45** of about **45** ◀ **Previous** 1 2 3 4 5 Next ▶    Results per page 10 ▾

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT O

# Live Traffic Analysis of TCP/IP Gateways

Phillip A. Porras
porras@csl.sri.com
Computer Science Laboratory

SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025

Alfonso Valdes
avaldes@csl.sri.com
Electromagnetic and Remote
Sensing Laboratory
SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025

*The work presented in this paper is currently funded by
DARPA/ITO under contract number F30602-96-C-0294.*

Point of Contact:    Phillip A. Porras
Phone:    (415) 859-3232
Fax:    (415) 859-2844

August 1 1997

## ABSTRACT

*We enumerate a variety of ways to extend both statistical and signature-based
intrusion-detection analysis techniques to monitor network traffic. Specifically,
we present techniques to analyze TCP/IP packet streams that flow through
network gateways for signs of malicious activity, nonmalicious failures, and
other exceptional events. The intent is to justify, by example, the expense (in
computational resources and human oversight) of introducing network*

> *surveillance mechanisms to monitor network traffic. We present this discussion of gateway surveillance modules as complementary to the filtering mechanisms of a large enterprise network, and illustrate their utility in directly enhancing the security and stability of network operations.*

# 1. Introduction

Significant progress has been made toward the development of mechanisms to parse and filter hostile external network traffic, and thus prevent it from entering internal network environments [Firewalls94,Chapman95]. Mechanisms for preventing such traffic from reaching internal network services have become widely accepted as prerequisites for limiting the exposure of internal network assets, while providing interconnectivity with external networks. The encoding of filtering rules for packet or transport-layer communication should be enforced at key entry points between internal networks and external traffic. Developing filtering rules that strike an optimal balance between the restrictiveness necessary to suppress the entry of unwanted traffic, while allowing the necessary flows demanded for user functionality, can be a nontrivial exercise.

In addition to intelligent filtering, there have also been various developments in recent years in passive surveillance mechanisms to monitor network traffic for signs of malicious or anomalous (e.g., potentially erroneous) activity. Such tools attempt to provide network administrators timely insight into noteworthy exceptional activity. Realtime monitoring promises an added dimension of control and insight into the flow of traffic between the internal network and its external environment. The insight gained through fielded network traffic monitors could also aid sites in enhancing the effectiveness of their firewall filtering rules.

However, traffic monitoring is not a free activity---especially live traffic monitoring. Our discussion of network analysis techniques are presented fully realizing the costs they imply with respect to computational resources and human oversight. For example, obtaining the necessary input for surveillance involves the deployment of instrumentation to parse, filter, and format, event streams derived from potentially high-volume packet transmissions. Complex event analysis, response, and management of the units also introduce cost. Clearly, the introduction of network surveillance components on top of already deployed protective traffic filters is an expense that requires justification. In this paper, we outline the benefits of our techniques and seek to persuade the reader that these costs can be worthwhile.

[This paper will appear in the Proceedings of the
*1998 Symposium on Network and Distributed System Security*.
A final version will appear on this web page by November 1997.
Please check back then if you would like a copy. Thank you]