IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 04-1199 (SLR) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) | **PUBLIC VERSION** |
| Defendants and Counterclaim-Plaintiffs. | ) ) | |

**SEVENTH DECLARATION OF DAVID E. MOORE
IN SUPPORT OF DEFENDANT ISS'S REPLY BRIEF IN SUPPORT OF ITS
MOTION TO PRECLUDE SRI, BASED ON SRI'S CONDUCT IN DISCOVERY
FROM DISPUTING THE EVIDENCE ESTABLISHING THAT THE LIVE
<u>TRAFFIC PAPER IS A 102(b) INVALIDATING REFERENCE</u>**

OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
KING & SPALDING LLP
1180 Peachtree St.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

Theresa A. Moehlman
Bhavana Joneja
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 556-2100
Fax: (212) 556-2222

Dated: July 24, 2006
Public Version Dated: July 31, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel.: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*INTERNET SECURITY SYSTEMS, INC., a*
*Delaware corporation and*
*INTERNET SECURITY SYSTEMS, INC., a*
*Georgia corporation*

I, David E. Moore, hereby declare as follows:

1. I am an associate at Potter, Anderson & Corroon LLP, counsel of record in this action for Internet Security Systems, Inc. I make this Declaration in support of "ISS's Reply Brief In Support of Its Motions To Preclude SRI, Based On SRI's Conduct In Discovery, From Disputing The Evidence Establishing That The Live Traffic Paper Is A 102(b) Invalidating Reference" and I would and could competently testify to the matters set forth below if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a July 7, 2006 letter from Kathleen W. Rubens to Jonathan Loeb and Natasha Horne Moffitt.

3. Attached hereto as Exhibit B is a true and correct copy ▮▮▮▮▮ ▮▮▮▮▮.

4. Attached hereto as Exhibit C is a July 20, 2006 letter from Theresa A. Moehlman to Katherine D. Prescott.

EXECUTED this 24th day of July, 2006 in Wilmington, Delaware.

                                       */s/ David E. Moore*
                                       David E. Moore

Public Version Dated: July 31, 2006
743476

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 31, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| John Horvath<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE 19899 | Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

I hereby certify that on July 31, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

| | |
|---|---|
| Howard G. Pollack<br>Michael J. Curley<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>pollack@fr.com<br>curley@fr.com | Paul S. Grewal<br>Day Casebeer Madrid & Batchelder LLP<br>20300 Stevens Creek Boulevard<br>Suite 400<br>Cupertino, CA 95014<br>pgrewal@daycasebeer.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314