# EXHIBIT A

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**BY FEDERAL EXPRESS**

July 7, 2006

Jonathan Loeb
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Natasha Horne Moffitt
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   SRI International Inc. v. Internet Security Systems, Inc., et al.
      USDC-D. Del. - C. A. No. 04-1199 (SLR)

Dear Counsel:

Enclosed please a CD numbered Vol 0040 containing load files for documents with documents numbered SRI 287522-287690 which were produced July 7th.

Please contact me with any questions.

Very truly yours,

Kathleen Rubens

Kathleen W. Rubens
Litigation Case Manager

/fml

Enclosures

cc w/out encl:   Theresa A. Moehlman

50358839.doc

# EXHIBIT B

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT C

# KING & SPALDING LLP

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Phone: 212/556-2100
Fax: 212/556-2222
www.kslaw.com

Theresa A. Moehlman
Direct Dial: 212/827-4397
Direct Fax: 212/556-2222
tmoehlman@kslaw.com

July 20, 2006

**VIA FACSIMILE/CONF. BY US MAIL**

Katherine D. Prescott
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063

Dear Katie:

    We received document productions from SRI today and on July 10, 2006. As you know, discovery closed months ago and we did not have these documents during the depositions of SRI witnesses. Please let us know what SRI's intentions are with regard to these documents.

    In addition, SRI produced an invention disclosure, SRI 287656-659, thereby waiving privilege. This raises a host of issues, such as production of other documents falling under the waiver and SRI's intentions regarding deposition discovery. SRI has used this document in support of its reply and answering briefs on the pending motions relating to the *Live Traffic* paper. This document also contradicts statements in Mr. Porras' declaration concerning the alleged invention. SRI's attempt to use the document without allowing ISS full discovery is highly prejudicial.

    Please let us know when we can expect production of the rest of the documents falling under the waiver. In addition, does SRI intend to offer to re-open the depositions of the witnesses that gave testimony relating to topics covered in the invention disclosure and other documents to be produced under the waiver? Is SRI willing to bear the cost relating to re-opening the depositions due to its belated production?

    We would appreciate your prompt response.

Sincerely,

*Theresa Moehlman*

Theresa A. Moehlman

TAM:mp

cc: Paul S. Grewal, Esq. (fax only)
      Richard L. Horwitz, Esq. (fax only)