# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**REDACTED**

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

John F. Horvath
(302) 778-8420

Email
horvath@fr.com

July 20, 2006

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   SRI International Inc. v. Internet Security Systems, Inc., et al.
      USDC-D. Del. - C. A. No. 04-1199 (SLR)

Dear Chief Judge Robinson:

I write on behalf of plaintiff SRI International to bring to the Court's attention a recent development of special significance to defendants' joint pending motion for summary judgment of invalidity of the asserted '338 patent based on anticipation by the "Ji Nao Report."

**REDACTED**

FISH & RICHARDSON P.C.

Chief Judge Sue L. Robinson
July 20, 2006
Page 2

**REDACTED**

Respectfully submitted,

*/s/ John F. Horvath*

John F. Horvath

JXH/cms

cc: Richard K. Hermann (via hand delivery and electronic mail)
    Richard L. Horowitz (via hand delivery and electronic mail)
    Holmes J. Hawkins (via electronic mail)
    Paul S. Grewal (via electronic mail)
    Theresa Moehlman (via electronic mail)

80035058.doc