

Case 1:04-cv-01199-SLR    Document 445-2    Filed 08/01/2006    Page 1 of 4

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

Case 1:04-cv-01199-SLR    Document 445-2    Filed 08/01/2006    Page 2 of 4

# B

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**