IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, <br><br> Defendants and Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) C. A. No. 04-1199 (SLR) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Internet Security Systems, Inc., hereby certifies that copies of ISS's Disclosure of Rebuttal Fact Witnesses were caused to be served on August 9, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John F. Horvath
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

**VIA ELECTRONIC MAIL**

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
pollack@fr.com
curley@fr.com

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014
pgrewal@daycasebeer.com

                                  POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By:   */s/ David E. Moore* |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Holmes J. Hawkins III | David E. Moore (#3983) |
| Natasha H. Moffitt | Hercules Plaza 6th Floor |
| KING & SPALDING LLP | 1313 N. Market Street |
| 1180 Peachtree Street | Wilmington, DE 19801 |
| Atlanta, GA 30309 | Tel: (302) 984-6000 |
| Tel: (404) 572-4600 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Theresa A. Moehlman |  |
| Bhavana Joneja | *Attorneys for Defendants* |
| KING & SPALDING LLP | *INTERNET SECURITY SYSTEMS, INC.,* |
| 1185 Avenue of the Americas | *a Delaware corporation; and* |
| New York, New York 10036 | *INTERNET SECURITY SYSTEMS, INC.,* |
| Tel.: (212) 556-2100 | *a Georgia corporation* |

Dated: August 9, 2006
745462 / 28434

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 9, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

| | |
|---|---|
| John Horvath<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE  19899 | Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 |

I hereby certify that on August 9, 2006, I have Electronically Mailed the attached document to the following:

| | |
|---|---|
| Howard G. Pollack<br>Michael J. Curley<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>pollack@fr.com<br>curley@fr.com | Paul S. Grewal<br>Day Casebeer Madrid & Batchelder LLP<br>20300 Stevens Creek Boulevard<br>Suite 400<br>Cupertino, CA  95014<br>pgrewal@daycasebeer.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314