IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the following document,

**SRI INTERNATIONAL, INC.'S LIST OF REBUTTAL FACT WITNESSES,**

were served on counsel as indicated on the 9th day of August, 2006:

| | |
|---|---|
| **VIA EMAIL & HAND DELIVERY:**<br>Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: rhorwitz@potteranderson.com | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Email: rherrmann@morrisjames.com | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |

**VIA EMAIL & FEDERAL EXPRESS:**

| | |
|---|---|
| Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Email: hhawkins@kslaw.com | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard<br>Suite 400<br>Cupertino, CA 95014<br>Email: pgrewal@daycasebeer.com<br>Email: rbrown@daycasebeer.com | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |
| Theresa A. Moehlman<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email: tmoehlman@kslaw.com | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware Corporation, and Internet Security Systems, Inc., a Georgia Corporation |

Dated: August 9, 2006            FISH & RICHARDSON P.C.


By: /s/ *John F. Horvath*
    John F. Horvath (#4557)
    Kyle Wagner Compton (#4693)
    919 N. Market St., Ste. 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

    Howard G. Pollack
    Katherine D. Prescott
    500 Arguello St., Ste. 500
    Redwood City, CA 94063

    Attorneys for Plaintiff/Counterclaim Defendant
    SRI INTERNATIONAL, INC.

80035884.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006, I electronically filed with the Clerk of Court the attached Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

I hereby certify that on August 9, 2006, I have mailed by Federal Express and Email, the document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Email: hhawkins@kslaw.com | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Email: pgrewal@daycasebeer.com<br>Email: rbrown@daycasebeer.com | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

<div style="display: flex;">

Theresa A. Moehlman  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY 10036  
Email: tmoehlman@kslaw.com  

Defendant-Counterclaimant  
Internet Security Systems, Inc., a  
Delaware Corporation, and Internet  
Security Systems, Inc., a Georgia  
Corporation  

</div>

/s/ *John F. Horvath*  
John F. Horvath

80035884.doc