# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

John F. Horvath
(302) 778-8420

Email
horvath@fr.com

VIA ELECTRONIC FILING

September 8, 2006

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   SRI International Inc. v. Internet Security Systems, Inc., et al.
       USDC-D. Del. - C. A. No. 04-1199 (SLR)

Dear Chief Judge Robinson:

In the interest of streamlining its case and reducing the number of issues that will be presented at trial, SRI is withdrawing its allegations of infringement of U.S. Patent No. 6,321,338 against Symantec's currently accused products. We have advised defendants by separate letter. SRI's withdrawal of these allegations moots much of Symantec's pending motion for summary judgment of non-infringement (D.I. 287).

Respectfully submitted,

John F. Horvath

JFH/dob

cc:   Richard K. Herrmann (via electronic mail)
      Richard L. Horwitz (via electronic mail)
      Holmes J. Hawkins (via first class mail)
      Paul S. Grewal (via first class mail)
      Theresa Moehlman (via first class mail)

80036726.doc