# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 26, 2006

**VIA EFILING AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *SRI International v. ISS and Symantec*, D. Del., C.A. No. 04-1199-SLR

Your Honor:

As I indicated in my September 14 letter, Symantec has requested that SRI confirm that it will not assert the claims of the '338 patent in the future against Symantec or its customers based upon any past or present Symantec activity. SRI has now responded that it will not provide this confirmation.

In light of SRI's response, Symantec's pending motion for summary judgment of non-infringement of the '338 patent is not moot, and the Court has jurisdiction to resolve this dispute based upon Symantec's counterclaim for a declaratory judgment of non-infringement of the '338 patent. Symantec therefore respectfully requests that the Court proceed to resolve the motion in its entirety along with all other summary judgment motions now before the Court.

Respectfully,

Richard K. Herrmann

cc: John Horvath, Esq. (via email)
    David Moore, Esq. (via email)
    Katherine Prescott, Esq. (via email)
    Theresa Moehlman, Esq. (via email)
    Holmes Hawkins, III, Esq. (via email)