# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

<u>VIA E-FILING AND HAND DELIVERY</u>

October 4, 2006

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

Re:   SRI International Inc. v. Internet Security Systems, Inc., et al.
      USDC-D. Del. - C. A. No. 04-1199 (SLR)

Dear Chief Judge Robinson:

Subject to the Court's approval, counsel for all parties believe it would be helpful to send a questionnaire to the prospective jurors in this case. The enclosed form of questionnaire has been drafted cooperatively by all of the parties, and has been agreed upon by all of the parties. Most of the questions are drawn from questionnaires the Court has approved in the past. If the enclosed form of questionnaire is approved, either as submitted or as amended by the Court, the parties are prepared to work together and with the Clerk's Office to ensure the questionnaire is mailed out sufficiently in advance of trial, so that they will be returned prior to jury selection.

Very truly yours,

*John F. Horvath*

John F. Horvath

cc:   Peter T. Dalleo, Clerk
      Paul S. Grewal, Day Casebeer Madrid & Batchelder, LLP
      Theresa A. Moehlman, King & Spalding LLP
      Richard L. Horwitz, Potter Anderson & Corroon LLP
      Richard K. Herrmann Esq., Morris James Hitchens & Williams

80037720.doc