**JURY QUESTIONNAIRE**

This questionnaire relates to a civil case that involves patents relating to network intrusion detection and prevention.

You have been selected to be part of the pool of people from which the jury in this case will be selected. The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury. Please answer the following questions honestly and to the best of your ability. All of the answers that you give will be kept confidential by the Court and by the parties.

**Your name:** _____

1. **Your home address:**

   _____
          Street                                          City, State

2. **Your age:** _____

3. **Your marital status:**

   | | | | |
   |---|---|---|---|
   | Single (never married) | _____ | Separated/Divorced | _____ |
   | Currently married | _____ | Widowed | _____ |

4. **What is your last or highest level of school completed?**

   | | | | |
   |---|---|---|---|
   | High School | _____ | HS Diploma? | _____ |
   | Tech/Trade School | _____ | Area of Study? | _____ |
   | College/University | _____ | Degree & Field? | _____ |
   | Graduate School | _____ | Degree & Field? | _____ |
   | Other (specify) | _____ | | |

5. **What was your favorite subject in school?**

   | | | | |
   |---|---|---|---|
   | English/Language | _____ | Social Studies | _____ |
   | Science/Engineering | _____ | Physical Education | _____ |
   | Mathematics | _____ | Art/Music | _____ |
   | Other (specify) | _____ | | |

6. **Which best describes your current employment status?**

   | | | | |
   |---|---|---|---|
   | Employee, full-time | _____ | Retired | _____ |
   | Employee, part-time | _____ | Disabled/Unemployed | _____ |
   | Homemaker | _____ | Unemployed/Looking | _____ |
   | Self-employed | _____ | Full time Student | _____ |

7. **By whom are (were) you employed during the last 10 years?**

   | Employer | Number of Years | Is that a small company, large company government agency or self employment? |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

2

**8. What is (was) your title and are (were) your 3 main responsibilities at your current or most recent job?**

_____

_____

_____

**9. Does (did) that job involve the use of computers or computer networks?**

Yes _____   No _____

If yes, please explain: _____

_____

_____

**10. Have you or any close relative ever served in the military?**

Yes _____   No _____

If yes, who specifically (you/relative)? _____

If yes, what branch? _____

When? _____

**11. Have you or any close relative ever worked for an agency of the federal government?**

Yes ____ No ____

If yes, who specifically (you/relative)? _____

If yes, what agency or agencies? _____

What work was performed? _____

**12. Do you have any special training, education, or experience in the following areas? (Check all that apply)**

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Networking | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

**12a. For each area checked above, please describe what training, education or experience you have had.**

**13. Please identify any other areas of special training, education, or experience here:**

**14. If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?**

**15. Have you ever invented anything?**

  Yes _____ No _____

  If yes, please explain: _____

**16. Has a relative or close personal friend of yours ever invented anything?**

  Yes _____ No _____

  If yes, please explain: _____

**17. Are you listed as an inventor on any U.S, Patents?**

  Yes _____ No _____

**18. Have you ever attempted to obtain a U.S. Patent?**

  Yes _____ No _____

**19. Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?**

    Yes _____     No _____

**20. Does your current employer (or last employer) own any U.S. Patents?**

    Yes _____     No _____     Don't know _____

**21. How closely do you follow the news?**

    _____ Very closely
    _____ Somewhat closely
    _____ Not too closely
    _____ Not closely at all

**22. How comfortable are you in dealing with scientific and technical information?**

    _____ Very comfortable
    _____ Somewhat comfortable
    _____ Not too comfortable
    _____ Not at all comfortable

**23. How knowledgeable do you consider yourself to be about patents and obtaining a patent?**

    _____ Very knowledgeable
    _____ Somewhat knowledgeable
    _____ Not too knowledgeable
    _____ Not at all knowledgeable

**24. What knowledge or opinions do you have about patents or the process by which patents are obtained?**

_____

_____

_____

**25. How do you feel about the fact that a patent may allow an inventor or patent owner to profit from his or her invention?**

_____

_____

_____

**26. How do you feel about the fact that a patent grants exclusive rights to an invention to the inventor or to someone to whom the rights are assigned?**

_____

_____

_____

**27  Have you ever served on a jury before?**

    Yes _____ No _____

    If yes, please state the year and whether the trial involve a civil or criminal matter:

    _____

**28. Have you or a family member ever filed a lawsuit or claim against someone?**

    Yes _____ No _____

**29. Have you or a family member ever been sued or had a claim filed against you?**

    Yes _____ No _____

**30. Have you ever had your deposition taken or been a witness in court?**

    Yes _____ No _____

**31. Had you read or heard about this case before you received your notice for jury duty?**

    Yes _____ No _____

    If yes, please describe what you read or heard: _____

    _____

**32. Do you have any relationship or affiliation with the law firm of Fish & Richardson or any of its employees?**

    Yes _____ No _____

**33. Do you have any relationship or affiliation with the law firm of Day Casebeer Madrid & Batchelder or any of its employees?**

    Yes _____ No _____

**34. Do you have any relationship or affiliation with the law firm of King & Spalding or any of its employees?**

  Yes _____ No _____

**35. Do you have any relationship or affiliation with the law firm of Potter, Anderson & Corroon or any of its employees?**

  Yes _____ No _____

**36. Do you have any relationship or affiliation with the law firm of Morris, James, Hitchens & Williams or any of its employees?**

  Yes _____ No _____

Your signature: _____

Date signed: _____