**EXHIBIT 9**

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION |
|---|---|---|---|---|---|
| 3000 | IPS Selection Criteria & SNS | SYM_P_0341091 | SYM_P_0341121 | | |
| 3001 | Symantec Gateway Security 5400 Series Sales Overview | SYM_P_0366436 | SYM_P_0366501 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3002 | Symantec Gateway Security 5400 Series Administrator's Guide | SYM_P_0372848 | SYM_P_0373313 | | |
| 3003 | The Complete ManHunt | SYM_P_0381128 | SYM_P_0381191 | | |
| 3004 | Unit 18 SESA Collection | SYM_P_0383815 | SYM_P_0383848 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3005 | SNS Administration Guide | SYM_P_0053881 | SYM_P_0054272 | | |
| 3006 | FlowChaser Data Store (FDS) Specification | SYM_P_0134095 | SYM_P_0134099 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3007 | Invensys/Foxboro outline | SRIE 0373481 | SRIE 0373499 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3008 | Email from Robert Graham (ISS) re: IDS thoughts | ISS_00178740 | ISS_00178741 | | |
| 3009 | Email from Thomas Ptacek (Arbor) | ISS_01452909 | ISS_01452910 | | |
| 3010 | IDS Product Feature Comparison | ISS_02035540 | ISS_02035543 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3011 | PP: Management Competitive Update | ISS2_00472636 | ISS2_00472650 | | |
| 3012 | SNS 4.0 Product Sample | SYM_P_0000003 | SYM_P_0000003 | | |
| 3013 | FAQ: iFoce IDS v2.0 | SYM_P_0009044 | SYM_P_0009048 | | |
| 3014 | ManHunt 3.0 R2 Administration Guide | SYM_P_0009721 | SYM_P_0010110 | | |
| 3015 | SGS Reference Guide | SYM_P_0012889 | SYM_P_0013420 | | |
| 3016 | SGS 5400 Series Administrator's Guide | SYM_P_0013471 | SYM_P_0013984 | | |
| 3017 | SNS User Guide | SYM_P_0015029 | SYM_P_0015162 | | |
| 3018 | SNS Administration Guide (432 page version) | SYM_P_0016025 | SYM_P_0016456 | | |
| 3019 | PP: ManHunt Data Processing | SYM_P_0019204 | SYM_P_0019214 | | |
| 3020 | PP: SNS 4.0 Sensor Architecture | SYM_P_0036739 | SYM_P_0036749 | | |
| 3021 | PP: ManHunt's Layered Detection | SYM_P_0037697 | SYM_P_0037727 | | |
| 3022 | Functional Specification for Symantec ManHunt | SYM_P_0050683 | SYM_P_0050707 | | |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION |
|---|---|---|---|---|---|
| 3023 | PP: Recourse Product Review | SYM_P_0050735 | SYM_P_0050752 | FRCP 26 | SRI's objection requires clarification |
| 3024 | ManHunt Technology vs Traditional Technology: Protocol Anomaly vs Behavior Anomaly | SYM_P_0187244 | SYM_P_0187245 | 106; 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3025 | Sony Electronics, Inc. IDS Evaluation [incomplete version] | SYM_P_0187889 | SYM_P_0187895 | 106 | |
| 3026 | NSS Group IDS Product Questionnaire for ManHunt 3.0 | SYM_P_0195683 | SYM_P_0195687 | 402; 403 | 401, 402, 403 |
| 3027 | NSS Group IPS Product Review Questionnaire for SNS 7120 and 7160 | SYM_P_0195883 | SYM_P_0195889 | 402; 403 | 401, 402, 403 |
| 3028 | Symantec Technical Brief re SNS Clustering | SYM_P_0199907 | SYM_P_0199916 | 402; 403 | 401, 402, 403 |
| 3029 | Email thread re ManHunt / SNS Flow Alert Rules | SYM_P_0203835 | SYM_P_0203838 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3030 | RFI Response for Ziff Davis Media re SNS 7100 | SYM_P_0204307 | SYM_P_0204314 | 402; 403 | 401, 402, 403 |
| 3031 | Email from Wheeler to Janczura re: Response Rules for SNS | SYM_P_0204480 | SYM_P_0204483 | 402; 403 | 401, 402, 403 |
| 3032 | Gartner Questionnaire re SNS 7100 | SYM_P_0208880 | SYM_P_0208898 | 402; 403 | 401, 402, 403 |
| 3033 | FlowChaser Database Parameters | SYM_P_0224570 | SYM_P_0224571 | 106; 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3034 | Summary of configurable parameters for SNS | SYM_P_0229173 | SYM_P_0229199 | | |
| 3035 | Email re SNS functionality | SYM_P_0237863 | SYM_P_0237867 | | |
| 3036 | ManHunt 2.0 Sensor Architecture Spec | SYM_P_0244837 | SYM_P_0244839 | 402; 403 | 401, 402, 403 |
| 3037 | Corrections to article re ManHunt 2.0 | SYM_P_0251741 | SYM_P_0251743 | | |
| 3038 | eNDC 2.0 PFR | SYM_P_0251780 | SYM_P_0251806 | 402; 403 | 401, 402, 403 |
| 3039 | Symantec ManHunt Smart Agents FAQ | SYM_P_0255664 | SYM_P_0255668 | | |
| 3040 | ManHunt 3.0 User Guide | SYM_P_0256545 | SYM_P_0256688 | | |
| 3041 | PP: ManHunt Architecture | SYM_P_0258837 | SYM_P_0258851 | | |
| 3042 | FlowNavigator Parameters | SYM_P_0264136 | SYM_P_0264137 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3043 | SSIM 9500 Series QuickStart! | SYM_P_0283045 | SYM_P_0283071 | | |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION |
|---|---|---|---|---|---|
| 3044 | Email from Catahan to Tolle re: Sumantec: Network Computing's Secure Enterprise: Review of Network Traffic Anomaly Detection Products | SYM_P_0297896 | SYM_P_0297900 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3045 | Ursa Major (ManHunt 4.0) PFR | SYM_P_0333695 | SYM_P_0333726 | 106; 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3046 | SSIM Support Team Training (Student Guide) | SYM_P_0370343 | SYM_P_0370644 | | |
| 3047 | SSIM 4.0 Installation Guide | SYM_P_0379015 | SYM_P_0379049 | | |
| 3048 | SGS 5400 Series QuickStart! | SYM_P_0379673 | SYM_P_0379693 | | |
| 3049 | PP: xNDC Portscan Detection | SYM_P_0413567 | SYM_P_0413586 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3050 | Email thread re SNS customer questions | SYM_P_0456813 | SYM_P_0456816 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3051 | Email thread re DoS detection | SYM_P_0476684 | SYM_P_0476687 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3052 | ManHunt 3.0 Product Sample | SYM_P_0513086 | SYM_P_0513086 | | |
| 3053 | SNS 7100 Series Product Sample | SYM_P_0513087 | SYM_P_0513087 | 106; 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3054 | SGS 5400 Series Product Sample | SYM_P_0513088 | SYM_P_0513088 | | |
| 3055 | SSIM 9500 Series Product Sample | SYM_P_0513089 | SYM_P_0513089 | | |
| 3056 | RFI Response for Ziff Davis Media re SNS 7100 (alternate version) | SYM_P_0532554 | SYM_P_0532560 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3057 | Email thread re anomaly detection | SYM_P_0541803 | SYM_P_0541809 | | |
| 3058 | Financial data indicating which customers have purchased which accused products - produced in response to SRI's Rog 17 | SYM_P_0553071 | SYM_P_0553071 | | |
| 3059 | Declaration of Jeremy F. Bennett | SYM_P_0605161 | SYM_P_0605164 | 802; FRCP 37 (untimely produced) | 801, 803, 807, Disclosed no later than 6/1/06 in Symantec's Summary Judgment re Non-Infringement |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION |
|---|---|---|---|---|---|
| 3060 | Declaration of Brandon Suzuki | SYM_P_0605165 | SYM_P_0605168 | 802; FRCP 37 (untimely produced) | 801, 803, 807, Disclosed no later than 6/1/06 in Symantec's Summary Judgment re Non-Infringement |
| 3061 | Copy Port and ManHunt Sensor Interface Nodes | SYM_P_0263725 | SYM_P_0263727 | | |
| 3062 | Email from Stavridou to Bercow re: Recourse - Moran no longer at Recourse. | SRIE 0305733 | SRIE 0305734 | | |
| 3063 | Email from Bercow to Karl Hutter re: follow-up on prior conversation re: areas Recourse might want to consider that SRI has put its efforts into. | SRIE 0077329 | SRIE 0077329 | | |
| 3064 | Document entitled, "Introduction" - outline for developing relationship involving technology transfer with Recourse | SRIE 0126661 | SRIE 0126662 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3065 | ManHunt Release History | SYM_P_0266896 | SYM_P_0266907 | | |
| 3066 | Press Release: MH 1.2 available | SYM_P_0344432 | SYM_P_0344435 | | |
| 3067 | Teal Invoices and Billing Records | TEA_0002879 | TEA_0002884 | 802 | 801, 803, 807 |
| 3068 | Email from Staudenraus to Porras with copy to Bercow, Platon and Staudenraus re: Technical Due Diligence | SRIE 0042166 | SRIE 0042166 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3069 | Slide Descriptions Technical Plan Summary v0.1. Contributors include Phil Porras (SRI), Oliver Friedrichs (Symantec), Brian Hernacki (Symantec), Juanita Koilpillai (Symantec), Patrick Lincoln (SRI) and Carey Nachenberg (Symantec) | SRI 098098 | SRI 098105 | | |
| 3070 | Email from Lindqvist to Siciliano et al re: SOW for Symantec | SRIE 0061887 | SRIE 0061887 | | |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION |
|---|---|---|---|---|---|
| 3071 | Memo re EMERALD commercial discussions | SRI 087670 | SRI 087670 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3072 | Email re Chat + Symantec | SRI 284008 | SRI 284008 | | |
| 3073 | Letter from Schallop to Abramson declining license to SRI's patents | SRI 284281 | SRI 284281 | | |
| 3074 | SYMC Corporate Info Webpage | SRI 286548 | SRI 286552 | | |
| 3075 | Email from Porras to EMERALD development team re ManHunt sql slammer filter rule | SRIE 0001234 | SRIE 0001234 | 402; 403 | 401, 402, 403 |
| 3076 | Email from Stsudenraus to Bercow re: Symantec and AlertSoft/SRI | SRIE 0044184 | SRIE 0044184 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3077 | Email re Symantec RFP WS088 | SRIE 0061770 | SRIE 0061770 | | |
| 3078 | Email enclosing Hernacki Bio | SRIE 0063759 | SRIE 0063759 | 602; 802; 901 | 801, 803, 807, 901 |
| 3079 | Email re Draft CyberShield Technical Plan | SRIE 0080941 | SRIE 0080942 | | |
| 3080 | Email from Bercow to Porras et al. re: SQL Slammer Filter Rule | SRIE 0246467 | SRIE 0246467 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3081 | Email re: Final version of DIME proposal | SRIE 0289942 | SRIE 0289942 | | |
| 3082 | Minutes from Weekly CyberShield Team Telecon | SRIE 0320604 | SRIE 0320606 | | |
| 3083 | Email re FYI: Symantec VP picked as gov't cybersecurity czar | SRIE 0474267 | SRIE 0474267 | 602; 802; 901 | 801, 803, 807, 901 |
| 3084 | SYMC 2001 Annual Report | SYM_P_0185935 | SYM_P_0185992 | | |
| 3085 | SYMC 2002 Annual Report | SYM_P_0185993 | SYM_P_0186012 | | |
| 3086 | SYMC 2003 Annual Report | SYM_P_0186102 | SYM_P_0186177 | | |
| 3087 | SYMC 2005 Annual Report | SYM_P_0186258 | SYM_P_0186279 | | |
| 3088 | SYMC 2004 Annual Report | SYM_P_0186178 | SYM_P_0186257 | | |
| 3089 | 2006 SYMC Corporate Fact Sheet | SYM_P_0605200 | SYM_P_0605204 | | |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION |
|---|---|---|---|---|---|
| 3090 | Source Code in "manhunt/src/flownav/fds" directory | Exhibit 3090 is a compilation of each file in the indicated directory. It was identified as "relevant source code" associated with Manhunt's Flow Alert mechanism and FlowChaser data store. 5/16/06 Hansen Report at 13. This source code has been available to SRI at Symantec's escrow facility since 12/2/05. | | Insufficient description - SRI reserves all objections | Disclosed no later than 5/16/06 in Hansen Report |
| 3091 | SSIM 9500 Event Collectors | SYM_P_0605158 | SYM_P_0605158 | FRCP 37 (untimely produced) | Disclosed no later than 9/13/06 |
| 3092 | Sony Electronics, Inc. IDS Evaluation | SYM_P_0605145 | SYM_P_0605157 | FRCP 37 (untimely produced) | Disclosed no later than 9/13/06 |
| 3093 | Copy Port and ManHunt Sensor Interface Nodes | SYM_P_0263725 | SYM_P_0263727 | 402; 403 | 401, 402, 403 |
| 3094 | Emerald Business Plan | SRI 109482 | SRI 109486 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3095 | Eighth Intrusion Detection Workshop schedule and attendees list | SRI 011417 | SRI 011420 | | |
| 3096 | Exhibit A: Business Issues Outlines for Emerald Development Environment | SRI 144564 | SRI 144572 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3097 | Business Issues Outline for Emerald Development Environment | SRI 097738 | SRI 097746 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3098 | Email from Porras to Lindqvist re P-Best and IPR | SRIE 0018952 | SRIE 0018952 | | |
| 3099 | Outline of Terms for Software Distribution Agreement Between SRI International and Infinity Technology Services, Inc. | SRI 144689 | SRI 144693 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION |
|---|---|---|---|---|---|
| 3100 | Emerald Licensing Program, VLB | SRIE 0354883 | SRIE 0354899 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |
| 3101 | Evaluation Software License Agreement, Contract No. BET-090903-083 | SRIE 019375 | SRI 019379 | 402; 403; 602; 802 | 401, 402, 403, 801, 803, 807 |