# EXHIBIT 12

## SYMANTEC'S LIST OF WITNESSES

Symantec intends to call the following witnesses either "live" or by deposition. Symantec also reserves the right to call anyone appearing on SRI's witness list, or ISS's witness lists should the defendants' cases not be bifurcated.

| Witness | Address |
|---|---|
| Richard Abramson | SRI International, Inc.<br>333 Ravenswood Avenue<br>Menlo Park, California 94025 |
| Paul Agbabian | Symantec Corporation<br>2500 Broadway, Suite 200<br>Santa Monica, CA 90404 |
| Jeremy Bennett | 2405 Melendy Drive<br>San Carlos, CA 94070 |
| Col. Timothy Gibson | 4109 John Trammel Court<br>Fairfax, VA 22030 |
| Don Hall | Internet Security Systems, Inc.<br>6303 Barfield Road<br>Atlanta, GA 30328 |
| Jeffery Hansen<br>(noninfringement expert) | 5535 Beacon Street<br>Pittsburgh, PA 15217 |
| L. Todd Heberlein<br>(invalidity expert and fact witness) | 39427 Spanish Bay Place<br>Davis, CA 95616 |
| Brian Hernacki | Symantec Corporation<br>20300 Stevens Creek Blvd.<br>Cupertino, CA 95014 |
| Y. Frank Jou | 214 Coltsgate Drive<br>Cary, NC 27511 |
| Joseph Kleinwaechter | 3620 Chartwell Drive<br>Suwanee, GA 30024 |
| Sandeep Kumar | Symantec Corporation<br>Pacific Shores Center<br>1600 Seaport Center, Suite 400<br>Redwood City, CA 94063 |

| Witness | Address |
|---|---|
| Stephen Kunin (Patent Office procedure expert) | 3913 Ridgelea Drive<br>Fairfax, VA 22031 |
| Ulf Lindqvist | 1385 San Domar Drive No. 1<br>Mountain View, CA 94043 |
| Teresa Lunt | 892 Bruce Drive<br>Palo Alto, CA 94303 |
| Peter Neumann | 360 Shasta Drive<br>Palo Alto, CA 94306 |
| Thomas Noonan | Internet Security Systems, Inc.<br>6303 Barfield Road<br>Atlanta, GA 30328 |
| Phillip Porras | 19924 Wheaton Drive<br>Cupertino, CA 95014 |
| Enrique Salem | Symantec Corporation<br>Pacific Shores Center<br>1600 Seaport Blvd., Suite 400<br>Redwood City, CA 94063 |
| Stephen Smaha (invalidity expert and fact witness) | 5003 Lucas Lane<br>Austin, TX 78731 |
| Stuart Staniford (invalidity expert and fact witness) | 690 Hearst Avenue<br>San Francisco, CA 94112 |
| Daniel Teal (invalidity expert and fact witness) | 6808 West Courtyard Drive<br>Austin, TX 78730 |
| Alfonso Valdes | 2223 Carmelita Drive<br>San Carlos, CA 94070 |
| Robert Walters | Symantec Corporation<br>275 Second Avenue<br>Waltham, MA 02451 |
| Carl Wright | 2352 Cypress Cove Circle, Unit C<br>Herndon, VA 20171 |