# EXHIBIT 21

# SYMANTEC'S PROPOSED VOIR DIRE

1. What is your age?

2. What is your marital status?

   | Single (never married) | _____ | Separated/Divorced | _____ |
   | Currently married | _____ | Widowed | _____ |

3. What is your last or highest level of school completed?

   | High School | _____ | HS Diploma? | _____ |
   | Tech/Trade School | _____ | Area of Study? | _____ |
   | College/University | _____ | Degree & Field? | _____ |
   | Graduate School | _____ | Degree & Field? | _____ |
   | Other (specify) | | _____ | |

4. What was your favorite subject in school?

   | English/Language | _____ | Social Studies | _____ |
   | Science/Engineering | _____ | Physical Education | _____ |
   | Mathematics | _____ | Art/Music | _____ |
   | Other (specify) | | _____ | |

5. How would you best describe your current employment status?

   | Employee, full-time | _____ | Retired | _____ |
   | Employee, part-time | _____ | Disabled/Unemployed | _____ |
   | Homemaker | _____ | Unemployed/Looking | _____ |
   | Self-employed | _____ | Full time Student | _____ |

6. By whom are (were) you employed during the last 10 years?

   a. Is that a small company, large company, government agency or self-employment?

7. What is (was) your title and are (were) your 3 main responsibilities at your current or most recent job?

8. Does (did) that job involve the use of computers or computer networks?

   a. If yes, please explain.

9. Have you or any close relative ever served in the military?

   a. If yes, who specifically (you or a relative?)

   b. If yes, what branch?

   c. When?

10. Have you or any close relative ever worked for an agency of the federal government?

    a. If yes, who specifically (you or a relative?)

    b. If yes, what agency or agencies?

    c. What work was performed?

11. Do you have any special training, education, or experience in the following areas?

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Networking | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

12. If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?

13. How comfortable are you in dealing with scientific and technical information?

14. How knowledgeable do you consider yourself to be about patents and obtaining a patent?

15. Have you ever served on a jury before?

   a. If yes, in what year did you serve, and did the trial involve a civil or criminal matter?

16. Have you or a family member ever filed a lawsuit or claim against someone?

17. Do you have any relationship or affiliation with the law firm of Fish & Richardson or any of its employees?

18. Do you have any relationship or affiliation with the law firm of Day Casebeer Madrid & Batchelder or any of its employees?

19. Do you have any relationship or affiliation with the law firm of King & Spalding or any of its employees?

20. Do you have any relationship or affiliation with the law firm of Potter, Anderson & Corroon or any of its employees?

21. Do you have any relationship or affiliation with the law firm of Morris, James, Hitchens & Williams or any of its employees?