IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>   v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>      Defendants and<br>      Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**[PROPOSED] SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find the following special verdict on the questions submitted to us:

## I. INFRINGEMENT BY BOTH DEFENDANTS

**'203 Patent**

1. Do you find that SRI has proven by a preponderance of the evidence that Symantec literally infringes the asserted claims of the '203 patent?

|  | **YES** (for SRI) | **NO** (for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 17: | _____ | _____ |

2. Do you find that SRI has proven by a preponderance of the evidence that Symantec infringes the asserted claims of the '203 patent under the doctrine of equivalents?

|  | **YES** (for SRI) | **NO** (for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 17: | _____ | _____ |

3. Do you find that SRI has proven by a preponderance of the evidence that ISS literally infringes the asserted claims of the '203 patent?

|  | YES (for SRI) | NO (for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 17: | _____ | _____ |

4. Do you find that SRI has proven by a preponderance of the evidence that ISS infringes the asserted claims of the '203 patent under the doctrine of equivalents?

|  | YES (for SRI) | NO (for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 17: | _____ | _____ |

**'615 Patent**

5. Do you find that SRI has proven by a preponderance of the evidence that Symantec literally infringes the asserted claims of the '615 patent?

|  | YES<br>(for SRI) | NO<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 7: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

6. Do you find that SRI has proven by a preponderance of the evidence that Symantec infringes the asserted claims of the '615 patent under the doctrine of equivalents?

|  | YES<br>(for SRI) | NO<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 7: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

7. Do you find that SRI has proven by a preponderance of the evidence that ISS literally infringes the asserted claims of the '615 patent?

|  | **YES (for SRI)** | **NO (for ISS)** |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

8. Do you find that SRI has proven by a preponderance of the evidence that ISS infringes the asserted claims of the '615 patent under the doctrine of equivalents?

|  | **YES (for SRI)** | **NO (for ISS)** |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

**II.    INFRINGEMENT BY ISS**

**'338 Patent**

9. Do you find that SRI has proven by a preponderance of the evidence that ISS literally infringes the asserted claims of the '338 patent?

|  | YES (for SRI) | NO (for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

10. Do you find that SRI has proven by a preponderance of the evidence that ISS infringes the asserted claims of the '338 patent under the doctrine of equivalents?

|  | YES (for SRI) | NO (for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

### III.   INFRINGEMENT BY SYMANTEC

**'212 Patent**

11.   Do you find that SRI has proven by a preponderance of the evidence that Symantec literally infringes the asserted claims of the '212 patent?

|  | **YES**<br>**(for SRI)** | **NO**<br>**(for Symantec)** |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 3: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 16: | _____ | _____ |
| Claim 17: | _____ | _____ |

12. Do you find that SRI has proven by a preponderance of the evidence that Symantec infringes the asserted claims of the '212 patent under the doctrine of equivalents?

|  | YES<br>(for SRI) | NO<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 3: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 16: | _____ | _____ |
| Claim 17: | _____ | _____ |

## IV. INVALIDITY BASED ON PRIOR ART

**'203 Patent**

13. **Anticipation:** Have defendants proven by clear and convincing evidence that the following claims of the '203 patent are invalid as anticipated based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 17: | _____ | _____ |

14. **Obviousness:** Have defendants proven by clear and convincing evidence that the following claims of the '203 patent are invalid as obvious based on the prior art?

|  | N0<br>(for SRI) | YES<br>(for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 17: | _____ | _____ |

**'615 Patent**

15. **Anticipation:** Have defendants proven by clear and convincing evidence that the following claims of the '615 patent are invalid as anticipated based on the prior art?

|  | NO (for SRI) | YES (for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 7: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

16. **Obviousness:** Have defendants proven by clear and convincing evidence that the following claims of the '615 patent are invalid as obvious based on the prior art?

|  | NO (for SRI) | YES (for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 7: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

**'338 Patent**

17. **Anticipation:** Has ISS proven by clear and convincing evidence that the following claims of the '338 patent are invalid as anticipated based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

18. **Obviousness:** Has ISS proven by clear and convincing evidence that the following claims of the '338 patent are invalid as obvious based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

**'212 Patent**

19.  **Anticipation:** Has Symantec proven by clear and convincing evidence that the following claims of the '212 patent are invalid as anticipated based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 3: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 16: | _____ | _____ |
| Claim 17: | _____ | _____ |

20. **Obviousness:** Has Symantec proven by clear and convincing evidence that the following claims of the '212 patent are invalid as obvious based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 3: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 16: | _____ | _____ |
| Claim 17: | _____ | _____ |

## V. INVALIDITY BASED ON SECTION 112

**'203 Patent**

21. Have defendants proven by clear and convincing evidence that the following claims of the '203 patent are invalid because of: (i) lack of enablement or (ii) failure by the named inventors to disclose what they believed to be the best mode of practicing their invention? "No" is a finding in favor of SRI, "Yes" to either question is a finding in favor of defendants.

|  | **NO**<br>**(for SRI)** | **YES**<br>**(enablement)**<br>**(for defendants)** | **YES**<br>**(best mode)**<br>**(for defendants)** |
|---|---|---|---|
| Claim 1: | _____ | _____ | _____ |
| Claim 2: | _____ | _____ | _____ |
| Claim 4: | _____ | _____ | _____ |
| Claim 6: | _____ | _____ | _____ |
| Claim 12: | _____ | _____ | _____ |
| Claim 13 | _____ | _____ | _____ |
| Claim 15: | _____ | _____ | _____ |
| Claim 17: | _____ | _____ | _____ |

**'615 Patent**

22. Have defendants proven by clear and convincing evidence that the following claims of the '615 patent are invalid because of: (i) lack of enablement or (ii) failure by the named inventors to disclose what they believed to be the best mode of practicing their invention? "No" is a finding in favor of SRI, "Yes" to either question is a finding in favor of defendants.

|  | **NO** (for SRI) | **YES** (enablement) (for defendants) | **YES** (best mode) (for defendants) |
|---|---|---|---|
| Claim 1: | _____ | _____ | _____ |
| Claim 2: | _____ | _____ | _____ |
| Claim 4: | _____ | _____ | _____ |
| Claim 7: | _____ | _____ | _____ |
| Claim 13 | _____ | _____ | _____ |
| Claim 14: | _____ | _____ | _____ |
| Claim 15: | _____ | _____ | _____ |
| Claim 16: | _____ | _____ | _____ |

**'338 Patent**

23. Have defendants proven by clear and convincing evidence that the following claims of the '338 patent are invalid because of: (i) lack of enablement or (ii) failure by the named inventors to disclose what they believed to be the best mode of practicing their invention? "No" is a finding in favor of SRI, "Yes" to either question is a finding in favor of defendants.

|  | **NO**<br>**(for SRI)** | **YES**<br>**(enablement)**<br>**(for defendants)** | **YES**<br>**(best mode)**<br>**(for defendants)** |
|---|---|---|---|
| Claim 1: | _____ | _____ | _____ |
| Claim 4: | _____ | _____ | _____ |
| Claim 5: | _____ | _____ | _____ |
| Claim 11: | _____ | _____ | _____ |
| Claim 12: | _____ | _____ | _____ |
| Claim 13 | _____ | _____ | _____ |
| Claim 24: | _____ | _____ | _____ |

**'212 Patent**

24. Have defendants proven by clear and convincing evidence that the following claims of the '212 patent are invalid because of: (i) lack of enablement or (ii) failure by the named inventors to disclose what they believed to be the best mode of practicing their invention? "No" is a finding in favor of SRI, "Yes" to either question is a finding in favor of defendants.

|  | **NO** (for SRI) | **YES** (enablement) (for defendants) | **YES** (best mode) (for defendants) |
|---|---|---|---|
| Claim 1: | _____ | _____ | _____ |
| Claim 2: | _____ | _____ | _____ |
| Claim 3: | _____ | _____ | _____ |
| Claim 4: | _____ | _____ | _____ |
| Claim 5: | _____ | _____ | _____ |
| Claim 6: | _____ | _____ | _____ |
| Claim 14: | _____ | _____ | _____ |
| Claim 15: | _____ | _____ | _____ |
| Claim 16: | _____ | _____ | _____ |
| Claim 17: | _____ | _____ | _____ |

Dated: _____    _____
                                                        Jury Foreperson