**EXHIBIT 28**

**SYMANTEC'S PROPOSED SPECIAL VERDICT FORM**

You must consider each question of the Special Verdict Form and answer questions according to the instructions.

## INFRINGEMENT

### Direct Infringement by SYMANTEC

1. Do you find that SRI has shown by the more probable than not standard that Symantec directly infringes any of the claims-in-suit by making, using, or selling iForce IDS, ManHunt 3.0, Symantec Network Security 4.0, or the Symantec Network Security 7100 Series appliances (**the "ManHunt Products"**)?

    YES___ (finding for SRI)          NO___ (finding for Symantec)

2. If yes, which claims?

#### The '212 Patent

Claim 1        YES___ (for SRI)          NO___ (for Symantec)

Claim 2        YES___ (for SRI)          NO___ (for Symantec)

Claim 3        YES___ (for SRI)          NO___ (for Symantec)

Claim 4        YES___ (for SRI)          NO___ (for Symantec)

Claim 5        YES___ (for SRI)          NO___ (for Symantec)

Claim 6        YES___ (for SRI)          NO___ (for Symantec)

Claim 14       YES___ (for SRI)          NO___ (for Symantec)

Claim 15       YES___ (for SRI)          NO___ (for Symantec)

Claim 16       YES___ (for SRI)          NO___ (for Symantec)

Claim 17       YES___ (for SRI)          NO___ (for Symantec)

#### The '203 Patent

Claim 1        YES___ (for SRI)          NO___ (for Symantec)

Claim 2        YES___ (for SRI)          NO___ (for Symantec)

Claim 4        YES___ (for SRI)          NO___ (for Symantec)

Claim 6        YES___ (for SRI)          NO___ (for Symantec)

Claim 12       YES___ (for SRI)          NO___ (for Symantec)

Claim 13       YES___ (for SRI)          NO___ (for Symantec)

Claim 15       YES___ (for SRI)          NO___ (for Symantec)

Claim 17       YES___ (for SRI)          NO___ (for Symantec)

## The '615 Patent

Claim 1        YES____ (for SRI)        NO____ (for Symantec)

Claim 2        YES____ (for SRI)        NO____ (for Symantec)

Claim 4        YES____ (for SRI)        NO____ (for Symantec)

Claim 7        YES____ (for SRI)        NO____ (for Symantec)

Claim 13       YES____ (for SRI)        NO____ (for Symantec)

Claim 14       YES____ (for SRI)        NO____ (for Symantec)

Claim 16       YES____ (for SRI)        NO____ (for Symantec)

3.  Do you find that SRI has shown by the more probable than not standard that Symantec directly infringes any of the claims-in-suit by making, using, or selling **Symantec Gateway Security ("SGS") 5400** in combination with Incident Manager 3.0 or the Security Information Manager 9500 Series appliances **(the "Manager Products")?**

> YES___ (finding for SRI)              NO___ (finding for Symantec)

4.  If yes, which claims?

### The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 2 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 3 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 4 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 5 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 6 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 14 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 15 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 16 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 17 | YES___ (for SRI) | NO___ (for Symantec) |

### The '203 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 2 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 4 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 6 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 12 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 13 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 15 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 17 | YES___ (for SRI) | NO___ (for Symantec) |

### The '615 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 2 | YES___ (for SRI) | NO___ (for Symantec) |

Claim 4        YES___ (for SRI)            NO___ (for Symantec)

Claim 7        YES___ (for SRI)            NO___ (for Symantec)

Claim 13       YES___ (for SRI)            NO___ (for Symantec)

Claim 14       YES___ (for SRI)            NO___ (for Symantec)

Claim 16       YES___ (for SRI)            NO___ (for Symantec)

5.  Do you find that SRI has shown by the more probable than not standard that Symantec directly infringes any of the claims-in-suit by making, using, or selling **Symantec Gateway Security ("SGS") 1600 or "SGS" 5600,** in combination with Incident Manager 3.0 or the Security Information Manager 9500 Series appliances **(the "Manager Products"**)?

YES____ (finding for SRI)                    NO____ (finding for Symantec)

6.  If yes, which claims?

### The '203 Patent

| | | |
|---|---|---|
| Claim 1 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 2 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 4 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 6 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 12 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 13 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 15 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 17 | YES____ (for SRI) | NO____ (for Symantec) |

### The '615 Patent

| | | |
|---|---|---|
| Claim 1 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 2 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 4 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 13 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 14 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 16 | YES____ (for SRI) | NO____ (for Symantec) |

**Inducing Infringement by SYMANTEC**

7. Do you find that SRI has shown by the more probable than not standard that Symantec actively induced its customers to infringe any of the claims-in-suit by the customers' use of iForce IDS, ManHunt 3.0, Symantec Network Security 4.0, or the Symantec Network Security 7100 Series appliances (**the "ManHunt Products"**)?

        YES___ (finding for SRI)                NO___ (finding for Symantec)

8. If yes, which claims?

The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 2 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 3 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 4 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 5 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 6 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 14 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 15 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 16 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 17 | YES___ (for SRI) | NO___ (for Symantec) |

The '203 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 2 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 4 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 6 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 12 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 13 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 15 | YES___ (for SRI) | NO___ (for Symantec) |
| Claim 17 | YES___ (for SRI) | NO___ (for Symantec) |

The '615 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for Symantec) |

| | | |
|---|---|---|
| Claim 2 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 4 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 7 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 13 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 14 | YES____ (for SRI) | NO____ (for Symantec) |
| Claim 16 | YES____ (for SRI) | NO____ (for Symantec) |

9.  Do you find that SRI has shown by the more probable than not standard that Symantec actively induced its customers to infringe any of the claims-in-suit by the customers' use of **Symantec Gateway Security ("SGS") 5400** in combination with Incident Manager 3.0 or the Security Information Manager 9500 Series appliances **(the "Manager Products"**)?

YES____ (finding for SRI)          NO____ (finding for Symantec)

10. If yes, which claims?

### The '212 Patent

Claim 1      YES____ (for SRI)          NO____ (for Symantec)

Claim 2      YES____ (for SRI)          NO____ (for Symantec)

Claim 3      YES____ (for SRI)          NO____ (for Symantec)

Claim 4      YES____ (for SRI)          NO____ (for Symantec)

Claim 5      YES____ (for SRI)          NO____ (for Symantec)

Claim 6      YES____ (for SRI)          NO____ (for Symantec)

Claim 14     YES____ (for SRI)          NO____ (for Symantec)

Claim 15     YES____ (for SRI)          NO____ (for Symantec)

Claim 16     YES____ (for SRI)          NO____ (for Symantec)

Claim 17     YES____ (for SRI)          NO____ (for Symantec)

### The '203 Patent

Claim 1      YES____ (for SRI)          NO____ (for Symantec)

Claim 2      YES____ (for SRI)          NO____ (for Symantec)

Claim 4      YES____ (for SRI)          NO____ (for Symantec)

Claim 6      YES____ (for SRI)          NO____ (for Symantec)

Claim 12     YES____ (for SRI)          NO____ (for Symantec)

Claim 13     YES____ (for SRI)          NO____ (for Symantec)

Claim 15     YES____ (for SRI)          NO____ (for Symantec)

Claim 17     YES____ (for SRI)          NO____ (for Symantec)

### The '615 Patent

Claim 1      YES____ (for SRI)          NO____ (for Symantec)

Claim 2      YES____ (for SRI)          NO____ (for Symantec)

Claim 4      YES____ (for SRI)          NO____ (for Symantec)

Claim 7      YES____ (for SRI)          NO____ (for Symantec)

Claim 13     YES____ (for SRI)          NO____ (for Symantec)

Claim 14     YES____ (for SRI)          NO____ (for Symantec)

Claim 16     YES____ (for SRI)          NO____ (for Symantec)

11. Do you find that SRI has shown by the more probable than not standard that Symantec actively induced its customers to infringe any of the claims-in-suit by the customers' use of **Symantec Gateway Security ("SGS") 1600 or "SGS" 5600,** in combination with Incident Manager 3.0 or the Security Information Manager 9500 Series appliances **(the "Manager Products")**?

YES___ (finding for SRI)            NO___ (finding for Symantec)

12. If yes, which claims?

The '203 Patent

Claim 1        YES___ (for SRI)        NO___ (for Symantec)

Claim 2        YES___ (for SRI)        NO___ (for Symantec)

Claim 4        YES___ (for SRI)        NO___ (for Symantec)

Claim 6        YES___ (for SRI)        NO___ (for Symantec)

Claim 12       YES___ (for SRI)        NO___ (for Symantec)

Claim 13       YES___ (for SRI)        NO___ (for Symantec)

Claim 15       YES___ (for SRI)        NO___ (for Symantec)

Claim 17       YES___ (for SRI)        NO___ (for Symantec)

The '615 Patent

Claim 1        YES___ (for SRI)        NO___ (for Symantec)

Claim 2        YES___ (for SRI)        NO___ (for Symantec)

Claim 4        YES___ (for SRI)        NO___ (for Symantec)

Claim 13       YES___ (for SRI)        NO___ (for Symantec)

Claim 14       YES___ (for SRI)        NO___ (for Symantec)

Claim 16       YES___ (for SRI)        NO___ (for Symantec)

## **INVALIDITY**

### **Anticipation**

1. Do you find that Symantec has proven by the highly probable standard that any of the claims-in-suit are invalid as anticipated by prior art?

        YES___ (finding for Symantec)        NO___ (finding for SRI)

2. If YES, which claims?

#### The '338 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 11 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 12 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 13 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 18 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 19 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 24 | YES___ (for Symantec) | NO___ (for SRI) |

#### The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 3 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 5 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 6 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 14 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 15 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 16 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 17 | YES___ (for Symantec) | NO___ (for SRI) |

### The '203

| | | |
|---|---|---|
| Claim 1 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 2 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 4 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 6 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 12 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 13 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 15 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 17 | YES____ (for Symantec) | NO____ (for SRI) |

### The '615

| | | |
|---|---|---|
| Claim 1 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 2 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 4 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 7 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 13 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 14 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 16 | YES____ (for Symantec) | NO____ (for SRI) |

**Obviousness**

3.  Do you find that Symantec has proven by the highly probable standard that the subject matter of any of the claims-in-suit would have been obvious to one of ordinary skill in the art at the time of invention?

> YES___ (finding for Symantec)                NO___ (finding for SRI)

4.  If YES, which claims?

### The '338 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 11 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 12 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 13 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 18 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 19 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 24 | YES___ (for Symantec) | NO___ (for SRI) |

### The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 3 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 5 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 6 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 14 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 15 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 16 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 17 | YES___ (for Symantec) | NO___ (for SRI) |

### The '203

Claim 1          YES___ (for Symantec)          NO___ (for SRI)

Claim 2          YES___ (for Symantec)          NO___ (for SRI)

Claim 4          YES___ (for Symantec)          NO___ (for SRI)

Claim 6          YES___ (for Symantec)          NO___ (for SRI)

Claim 12         YES___ (for Symantec)          NO___ (for SRI)

Claim 13         YES___ (for Symantec)          NO___ (for SRI)

Claim 15         YES___ (for Symantec)          NO___ (for SRI)

Claim 17         YES___ (for Symantec)          NO___ (for SRI)

### The '615

Claim 1          YES___ (for Symantec)          NO___ (for SRI)

Claim 2          YES___ (for Symantec)          NO___ (for SRI)

Claim 4          YES___ (for Symantec)          NO___ (for SRI)

Claim 7          YES___ (for Symantec)          NO___ (for SRI)

Claim 13         YES___ (for Symantec)          NO___ (for SRI)

Claim 14         YES___ (for Symantec)          NO___ (for SRI)

Claim 16         YES___ (for Symantec)          NO___ (for SRI)

**Enablement**

5. Do you find that Symantec has proven by the highly probable standard that any of the asserted claims are invalid for lack of enablement?

      YES____ (finding for Symantec)         NO____ (finding for SRI)

6. If YES, which claims?

The '338 Patent

| | | |
|---|---|---|
| Claim 1 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 2 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 4 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 11 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 12 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 13 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 18 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 19 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 24 | YES____ (for Symantec) | NO____ (for SRI) |

The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 2 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 3 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 4 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 5 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 6 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 14 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 15 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 16 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 17 | YES____ (for Symantec) | NO____ (for SRI) |

The '203

| | | |
|---|---|---|
| Claim 1 | YES____ (for Symantec) | NO____ (for SRI) |
| Claim 2 | YES____ (for Symantec) | NO____ (for SRI) |

Claim 4        YES____ (for Symantec)          NO____ (for SRI)

Claim 6        YES____ (for Symantec)          NO____ (for SRI)

Claim 12       YES____ (for Symantec)          NO____ (for SRI)

Claim 13       YES____ (for Symantec)          NO____ (for SRI)

Claim 15       YES____ (for Symantec)          NO____ (for SRI)

Claim 17       YES____ (for Symantec)          NO____ (for SRI)

## The '615

Claim 1        YES____ (for Symantec)          NO____ (for SRI)

Claim 2        YES____ (for Symantec)          NO____ (for SRI)

Claim 4        YES____ (for Symantec)          NO____ (for SRI)

Claim 7        YES____ (for Symantec)          NO____ (for SRI)

Claim 13       YES____ (for Symantec)          NO____ (for SRI)

Claim 14       YES____ (for Symantec)          NO____ (for SRI)

Claim 16       YES____ (for Symantec)          NO____ (for SRI)

**Written Description**

7. Do you find that Symantec has proven by the highly probable standard that any of the claims-in-suit are invalid for lack of an adequate written description?

    YES___ (finding for Symantec)          NO___ (finding for SRI)

8. If YES, which claims?

### The '338 Patent

| Claim 1  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 11 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 12 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 13 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 18 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 19 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 24 | YES___ (for Symantec) | NO___ (for SRI) |

### The '212 Patent

| Claim 1  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 3  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 5  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 6  | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 14 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 15 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 16 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 17 | YES___ (for Symantec) | NO___ (for SRI) |

### The '203

| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |

Claim 4      YES____ (for Symantec)        NO____ (for SRI)

Claim 6      YES____ (for Symantec)        NO____ (for SRI)

Claim 12     YES____ (for Symantec)        NO____ (for SRI)

Claim 13     YES____ (for Symantec)        NO____ (for SRI)

Claim 15     YES____ (for Symantec)        NO____ (for SRI)

Claim 17     YES____ (for Symantec)        NO____ (for SRI)

<u>The '615</u>

Claim 1      YES____ (for Symantec)        NO____ (for SRI)

Claim 2      YES____ (for Symantec)        NO____ (for SRI)

Claim 4      YES____ (for Symantec)        NO____ (for SRI)

Claim 7      YES____ (for Symantec)        NO____ (for SRI)

Claim 13     YES____ (for Symantec)        NO____ (for SRI)

Claim 14     YES____ (for Symantec)        NO____ (for SRI)

Claim 16     YES____ (for Symantec)        NO____ (for SRI)

**Best Mode**

9. Do you find that Symantec has proven by the highly probable standard that any of the claims-in-suit are invalid because the named inventors failed to adequately disclose their best mode for practicing the claimed inventions?

      YES___ (finding for Symantec)          NO___ (finding for SRI)

10. If YES, which claims?

The '338 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 11 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 12 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 13 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 18 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 19 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 24 | YES___ (for Symantec) | NO___ (for SRI) |

The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 3 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 5 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 6 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 14 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 15 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 16 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 17 | YES___ (for Symantec) | NO___ (for SRI) |

The '203

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |

Claim 2        YES____ (for Symantec)              NO____ (for SRI)

Claim 4        YES____ (for Symantec)              NO____ (for SRI)

Claim 6        YES____ (for Symantec)              NO____ (for SRI)

Claim 12       YES____ (for Symantec)              NO____ (for SRI)

Claim 13       YES____ (for Symantec)              NO____ (for SRI)

Claim 15       YES____ (for Symantec)              NO____ (for SRI)

Claim 17       YES____ (for Symantec)              NO____ (for SRI)

<u>The '615</u>

Claim 1        YES____ (for Symantec)              NO____ (for SRI)

Claim 2        YES____ (for Symantec)              NO____ (for SRI)

Claim 4        YES____ (for Symantec)              NO____ (for SRI)

Claim 7        YES____ (for Symantec)              NO____ (for SRI)

Claim 13       YES____ (for Symantec)              NO____ (for SRI)

Claim 14       YES____ (for Symantec)              NO____ (for SRI)

Claim 16       YES____ (for Symantec)              NO____ (for SRI)

**Definiteness**

11. Do you find that Symantec has proven by the highly probable standard that any of the claims-in-suit are invalid because the language of the claims are indefinite?

        YES___ (finding for Symantec)         NO___ (finding for SRI)

12. If YES, which claims?

The '338 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 11 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 12 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 13 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 18 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 19 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 24 | YES___ (for Symantec) | NO___ (for SRI) |

The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 3 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 5 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 6 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 14 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 15 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 16 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 17 | YES___ (for Symantec) | NO___ (for SRI) |

The '203

| | | |
|---|---|---|
| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |

| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 6 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 12 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 13 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 15 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 17 | YES___ (for Symantec) | NO___ (for SRI) |

<u>The '615</u>

| Claim 1 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 2 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 4 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 7 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 13 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 14 | YES___ (for Symantec) | NO___ (for SRI) |
| Claim 16 | YES___ (for Symantec) | NO___ (for SRI) |