**EXHIBIT 29**

**ISS'S PROPOSED SPECIAL VERDICT FORM**

You must consider each question of the Special Verdict Form and answer questions according to the instructions.

**INFRINGEMENT**

**DIRECT INFRINGEMENT**

The '203 Patent

1. Do you find that SRI has shown by the more probable than not standard that ISS directly infringes the asserted claims of United States Patent No. 6,484,203 ("the '203 patent") by making, using, selling, or offering to sell the SiteProtector SecurityFusion Module 2.0 product (and later versions) in combination with the RealSecure Network, RealSecure Guard, RealSecure Server, RealSecure Desktop, Proventia A, Proventia G, Proventia M, Proventia Server, and Proventia Desktop products?

|  |  |  |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 2 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 4 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 6 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 12 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 13 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 15 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 17 | YES___ (for SRI) | NO___ (for ISS) |

2. Do you find that SRI has shown by the more probable than not standard that ISS infringes the asserted claims of United States Patent No. 6,484,203 ("the '203 patent") under the Doctrine of Equivalents by making, using, selling, or offering to sell the SiteProtector SecurityFusion Module 2.0 product (and later versions) in combination with the RealSecure Network, RealSecure Guard, RealSecure Server, RealSecure Desktop, Proventia A, Proventia G, Proventia M, Proventia Server, and Proventia Desktop products?

|  |  |  |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 12 | YES___ (for SRI) | NO___ (for ISS) |

<u>The '615 Patent</u>

3.  Do you find that SRI has shown by the more probable than not standard that ISS directly infringes the asserted claims of United States Patent No. 6,711,615 ("the '615 patent") by making, using, selling, or offering to sell the SiteProtector SecurityFusion Module 2.0 product (and later versions) in combination with the RealSecure Network, RealSecure Guard, RealSecure Server, RealSecure Desktop, Proventia A, Proventia G, Proventia M, Proventia Server, and Proventia Desktop products?

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 2 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 4 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 13 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 14 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 16 | YES___ (for SRI) | NO___ (for ISS) |

4.  Do you find that SRI has shown by the more probable than not standard that ISS infringes the asserted claims of United States Patent No. 6,711,615 ("the '615 patent") under the Doctrine of Equivalents by making, using, selling, or offering to sell the SiteProtector SecurityFusion Module 2.0 product (and later versions) in combination with the RealSecure Network, RealSecure Guard, RealSecure Server, RealSecure Desktop, Proventia A, Proventia G, Proventia M, Proventia Server, and Proventia Desktop products?

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 13 | YES___ (for SRI) | NO___ (for ISS) |

<u>The '338 Patent</u>

5.  Do you find that SRI has shown by the more probable than not standard that ISS directly infringes the asserted claims of United States Patent No. 6,321,338 ("the '338 patent") by making, using, selling, or offering to sell the Proventia Network Anomaly Detection System product?

| | | |
|---|---|---|
| Claim 1 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 4 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 5 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 11 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 12 | YES___ (for SRI) | NO___ (for ISS) |

Claim 13        YES___ (for SRI)            NO___ (for ISS)

Claim 24        YES___ (for SRI)            NO___ (for ISS)

6.  Do you find that SRI has shown by the more probable than not standard that ISS infringes the asserted claims of United States Patent No. 6,321,338 ("the '338 patent") under the Doctrine of Equivalents by making, using, selling, or offering to sell the Proventia Network Anomaly Detection System product?

Claim 1         YES___ (for SRI)            NO___ (for ISS)

Claim 24        YES___ (for SRI)            NO___ (for ISS)

**INDUCED INFRINGEMENT**

7.  Do you find that SRI has shown by the more probable than not standard that ISS has actively induced its customers to infringe the '203 patent and/or the '615 patent?

YES___ (finding for SRI)

NO___ (finding for ISS)

8.  If YES, which claims did ISS induce others to infringe?

The '203 Patent

Claim 1         YES___ (for SRI)            NO___ (for ISS)

Claim 2         YES___ (for SRI)            NO___ (for ISS)

Claim 4         YES___ (for SRI)            NO___ (for ISS)

Claim 6         YES___ (for SRI)            NO___ (for ISS)

Claim 12        YES___ (for SRI)            NO___ (for ISS)

Claim 13        YES___ (for SRI)            NO___ (for ISS)

Claim 15        YES___ (for SRI)            NO___ (for ISS)

Claim 17        YES___ (for SRI)            NO___ (for ISS)

The '615 Patent

Claim 1         YES___ (for SRI)            NO___ (for ISS)

Claim 2         YES___ (for SRI)            NO___ (for ISS)

| | | |
|---|---|---|
| Claim 4 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 13 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 14 | YES___ (for SRI) | NO___ (for ISS) |
| Claim 16 | YES___ (for SRI) | NO___ (for ISS) |

## INVALIDITY

## ANTICIPATION

9.  Do you find that ISS has proven by the highly probable standard that any of the asserted claims are invalid as anticipated by prior art?

YES___ (finding for ISS)

NO___ (finding for SRI)

10. If YES, which claims?

### The '338 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 4 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 5 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 11 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 12 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 13 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 24 | YES___ (for ISS) | NO___ (for SRI) |

### The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 2 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 3 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 4 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 5 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 6 | YES___ (for ISS) | NO___ (for SRI) |

Claim 7          YES____ (for ISS)              NO____ (for SRI)

Claim 8          YES____ (for ISS)              NO____ (for SRI)

Claim 9          YES____ (for ISS)              NO____ (for SRI)

Claim 10         YES____ (for ISS)              NO____ (for SRI)

Claim 11         YES____ (for ISS)              NO____ (for SRI)

Claim 12         YES____ (for ISS)              NO____ (for SRI)

Claim 13         YES____ (for ISS)              NO____ (for SRI)

Claim 14         YES____ (for ISS)              NO____ (for SRI)

Claim 15         YES____ (for ISS)              NO____ (for SRI)

Claim 16         YES____ (for ISS)              NO____ (for SRI)

Claim 17         YES____ (for ISS)              NO____ (for SRI)

Claim 18         YES____ (for ISS)              NO____ (for SRI)

Claim 19         YES____ (for ISS)              NO____ (for SRI)

Claim 20         YES____ (for ISS)              NO____ (for SRI)

Claim 21         YES____ (for ISS)              NO____ (for SRI)

Claim 22         YES____ (for ISS)              NO____ (for SRI)

Claim 23         YES____ (for ISS)              NO____ (for SRI)

Claim 24         YES____ (for ISS)              NO____ (for SRI)


## The '203 Patent

Claim 1          YES____ (for ISS)              NO____ (for SRI)

Claim 2          YES____ (for ISS)              NO____ (for SRI)

Claim 4          YES____ (for ISS)              NO____ (for SRI)

Claim 6          YES____ (for ISS)              NO____ (for SRI)

Claim 12         YES____ (for ISS)              NO____ (for SRI)

Claim 13         YES____ (for ISS)              NO____ (for SRI)

Claim 15         YES____ (for ISS)              NO____ (for SRI)

Claim 17         YES____ (for ISS)              NO____ (for SRI)


## The '615 Patent

Claim 1          YES____ (for ISS)              NO____ (for SRI)

Claim 2  YES___ (for ISS)    NO___ (for SRI)

Claim 4  YES___ (for ISS)    NO___ (for SRI)

Claim 13  YES___ (for ISS)    NO___ (for SRI)

Claim 14  YES___ (for ISS)    NO___ (for SRI)

Claim 16  YES___ (for ISS)    NO___ (for SRI)

## OBVIOUSNESS

11. Do you find that ISS has proven by the highly probable standard that the subject matter of any of the asserted claims would have been obvious to one of ordinary skill in the art at the time of invention?

  YES___ (finding for ISS)

  NO___ (finding for SRI)

12. If YES, which claims?

### The '338 Patent

Claim 1  YES___ (for ISS)    NO___ (for SRI)

Claim 4  YES___ (for ISS)    NO___ (for SRI)

Claim 5  YES___ (for ISS)    NO___ (for SRI)

Claim 11  YES___ (for ISS)    NO___ (for SRI)

Claim 12  YES___ (for ISS)    NO___ (for SRI)

Claim 13  YES___ (for ISS)    NO___ (for SRI)

Claim 24  YES___ (for ISS)    NO___ (for SRI)

### The '212 Patent

Claim 1  YES___ (for ISS)    NO___ (for SRI)

Claim 2  YES___ (for ISS)    NO___ (for SRI)

Claim 3  YES___ (for ISS)    NO___ (for SRI)

Claim 4  YES___ (for ISS)    NO___ (for SRI)

Claim 5  YES___ (for ISS)    NO___ (for SRI)

Claim 6  YES___ (for ISS)    NO___ (for SRI)

Claim 7        YES____ (for ISS)              NO____ (for SRI)

Claim 8        YES____ (for ISS)              NO____ (for SRI)

Claim 9        YES____ (for ISS)              NO____ (for SRI)

Claim 10       YES____ (for ISS)              NO____ (for SRI)

Claim 11       YES____ (for ISS)              NO____ (for SRI)

Claim 12       YES____ (for ISS)              NO____ (for SRI)

Claim 13       YES____ (for ISS)              NO____ (for SRI)

Claim 14       YES____ (for ISS)              NO____ (for SRI)

Claim 15       YES____ (for ISS)              NO____ (for SRI)

Claim 16       YES____ (for ISS)              NO____ (for SRI)

Claim 17       YES____ (for ISS)              NO____ (for SRI)

Claim 18       YES____ (for ISS)              NO____ (for SRI)

Claim 19       YES____ (for ISS)              NO____ (for SRI)

Claim 20       YES____ (for ISS)              NO____ (for SRI)

Claim 21       YES____ (for ISS)              NO____ (for SRI)

Claim 22       YES____ (for ISS)              NO____ (for SRI)

Claim 23       YES____ (for ISS)              NO____ (for SRI)

Claim 24       YES____ (for ISS)              NO____ (for SRI)


## The '203 Patent

Claim 1        YES____ (for ISS)              NO____ (for SRI)

Claim 2        YES____ (for ISS)              NO____ (for SRI)

Claim 4        YES____ (for ISS)              NO____ (for SRI)

Claim 6        YES____ (for ISS)              NO____ (for SRI)

Claim 12       YES____ (for ISS)              NO____ (for SRI)

Claim 13       YES____ (for ISS)              NO____ (for SRI)

Claim 15       YES____ (for ISS)              NO____ (for SRI)

Claim 17       YES____ (for ISS)              NO____ (for SRI)


## The '615 Patent

Claim 1        YES____ (for ISS)              NO____ (for SRI)

| | | |
|---|---|---|
| Claim 2 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 4 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 13 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 14 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 16 | YES___ (for ISS) | NO___ (for SRI) |

## **ENABLEMENT**

13. Do you find that ISS has proven by the highly probable standard that any of the asserted claims are invalid for lack of enablement?

YES___ (finding for ISS)

NO___ (finding for SRI)

14. If YES, which claims?

### The '338 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 4 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 5 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 11 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 12 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 13 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 24 | YES___ (for ISS) | NO___ (for SRI) |

### The '212 Patent

| | | |
|---|---|---|
| Claim 1 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 2 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 3 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 4 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 5 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 6 | YES___ (for ISS) | NO___ (for SRI) |
| Claim 7 | YES___ (for ISS) | NO___ (for SRI) |

Claim 8        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 9        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 10       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 11       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 12       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 13       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 14       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 15       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 16       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 17       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 18       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 19       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 20       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 21       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 22       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 23       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 24       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)


## The '203 Patent

Claim 1        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 2        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 4        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 6        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 12       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 13       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 15       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 17       YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)


## The '615 Patent

Claim 1        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 2        YES\_\_\_ (for ISS)          NO\_\_\_ (for SRI)

Claim 4          YES___ (for ISS)              NO___ (for SRI)

Claim 13         YES___ (for ISS)              NO___ (for SRI)

Claim 14         YES___ (for ISS)              NO___ (for SRI)

Claim 16         YES___ (for ISS)              NO___ (for SRI)


## WRITTEN DESCRIPTION

15. Do you find that ISS has proven by the highly probable standard that any of the asserted claims are invalid for lack of an adequate written description?

YES___ (finding for ISS)

NO___ (finding for SRI)

16. If YES, which claims?

### The '338 Patent

Claim 1          YES___ (for ISS)              NO___ (for SRI)

Claim 4          YES___ (for ISS)              NO___ (for SRI)

Claim 5          YES___ (for ISS)              NO___ (for SRI)

Claim 11         YES___ (for ISS)              NO___ (for SRI)

Claim 12         YES___ (for ISS)              NO___ (for SRI)

Claim 13         YES___ (for ISS)              NO___ (for SRI)

Claim 24         YES___ (for ISS)              NO___ (for SRI)


### The '212 Patent

Claim 1          YES___ (for ISS)              NO___ (for SRI)

Claim 2          YES___ (for ISS)              NO___ (for SRI)

Claim 3          YES___ (for ISS)              NO___ (for SRI)

Claim 4          YES___ (for ISS)              NO___ (for SRI)

Claim 5          YES___ (for ISS)              NO___ (for SRI)

Claim 6          YES___ (for ISS)              NO___ (for SRI)

Claim 7          YES___ (for ISS)              NO___ (for SRI)

Claim 8          YES___ (for ISS)              NO___ (for SRI)

Claim 9        YES___ (for ISS)        NO___ (for SRI)

Claim 10       YES___ (for ISS)        NO___ (for SRI)

Claim 11       YES___ (for ISS)        NO___ (for SRI)

Claim 12       YES___ (for ISS)        NO___ (for SRI)

Claim 13       YES___ (for ISS)        NO___ (for SRI)

Claim 14       YES___ (for ISS)        NO___ (for SRI)

Claim 15       YES___ (for ISS)        NO___ (for SRI)

Claim 16       YES___ (for ISS)        NO___ (for SRI)

Claim 17       YES___ (for ISS)        NO___ (for SRI)

Claim 18       YES___ (for ISS)        NO___ (for SRI)

Claim 19       YES___ (for ISS)        NO___ (for SRI)

Claim 20       YES___ (for ISS)        NO___ (for SRI)

Claim 21       YES___ (for ISS)        NO___ (for SRI)

Claim 22       YES___ (for ISS)        NO___ (for SRI)

Claim 23       YES___ (for ISS)        NO___ (for SRI)

Claim 24       YES___ (for ISS)        NO___ (for SRI)

The '203 Patent

Claim 1        YES___ (for ISS)        NO___ (for SRI)

Claim 2        YES___ (for ISS)        NO___ (for SRI)

Claim 4        YES___ (for ISS)        NO___ (for SRI)

Claim 6        YES___ (for ISS)        NO___ (for SRI)

Claim 12       YES___ (for ISS)        NO___ (for SRI)

Claim 13       YES___ (for ISS)        NO___ (for SRI)

Claim 15       YES___ (for ISS)        NO___ (for SRI)

Claim 17       YES___ (for ISS)        NO___ (for SRI)

The '615 Patent

Claim 1        YES___ (for ISS)        NO___ (for SRI)

Claim 2        YES___ (for ISS)        NO___ (for SRI)

Claim 4        YES___ (for ISS)        NO___ (for SRI)

Claim 13        YES___ (for ISS)            NO___ (for SRI)

Claim 14        YES___ (for ISS)            NO___ (for SRI)

Claim 16        YES___ (for ISS)            NO___ (for SRI)


**BEST MODE**

17. Do you find that ISS has proven by the highly probable standard that any of the asserted claims are invalid because the named inventors failed to adequately disclose their best mode for practicing the claimed inventions?

   YES___ (finding for ISS)

   NO___ (finding for SRI)

18. If YES, which claims?

### The '338 Patent

Claim 1         YES___ (for ISS)            NO___ (for SRI)

Claim 4         YES___ (for ISS)            NO___ (for SRI)

Claim 5         YES___ (for ISS)            NO___ (for SRI)

Claim 11        YES___ (for ISS)            NO___ (for SRI)

Claim 12        YES___ (for ISS)            NO___ (for SRI)

Claim 13        YES___ (for ISS)            NO___ (for SRI)

Claim 24        YES___ (for ISS)            NO___ (for SRI)


### The '212 Patent

Claim 1         YES___ (for ISS)            NO___ (for SRI)

Claim 2         YES___ (for ISS)            NO___ (for SRI)

Claim 3         YES___ (for ISS)            NO___ (for SRI)

Claim 4         YES___ (for ISS)            NO___ (for SRI)

Claim 5         YES___ (for ISS)            NO___ (for SRI)

Claim 6         YES___ (for ISS)            NO___ (for SRI)

Claim 7         YES___ (for ISS)            NO___ (for SRI)

Claim 8         YES___ (for ISS)            NO___ (for SRI)

Claim 9          YES___ (for ISS)          NO___ (for SRI)

Claim 10         YES___ (for ISS)          NO___ (for SRI)

Claim 11         YES___ (for ISS)          NO___ (for SRI)

Claim 12         YES___ (for ISS)          NO___ (for SRI)

Claim 13         YES___ (for ISS)          NO___ (for SRI)

Claim 14         YES___ (for ISS)          NO___ (for SRI)

Claim 15         YES___ (for ISS)          NO___ (for SRI)

Claim 16         YES___ (for ISS)          NO___ (for SRI)

Claim 17         YES___ (for ISS)          NO___ (for SRI)

Claim 18         YES___ (for ISS)          NO___ (for SRI)

Claim 19         YES___ (for ISS)          NO___ (for SRI)

Claim 20         YES___ (for ISS)          NO___ (for SRI)

Claim 21         YES___ (for ISS)          NO___ (for SRI)

Claim 22         YES___ (for ISS)          NO___ (for SRI)

Claim 23         YES___ (for ISS)          NO___ (for SRI)

Claim 24         YES___ (for ISS)          NO___ (for SRI)


The '203 Patent

Claim 1          YES___ (for ISS)          NO___ (for SRI)

Claim 2          YES___ (for ISS)          NO___ (for SRI)

Claim 4          YES___ (for ISS)          NO___ (for SRI)

Claim 6          YES___ (for ISS)          NO___ (for SRI)

Claim 12         YES___ (for ISS)          NO___ (for SRI)

Claim 13         YES___ (for ISS)          NO___ (for SRI)

Claim 15         YES___ (for ISS)          NO___ (for SRI)

Claim 17         YES___ (for ISS)          NO___ (for SRI)


The '615 Patent

Claim 1          YES___ (for ISS)          NO___ (for SRI)

Claim 2          YES___ (for ISS)          NO___ (for SRI)

Claim 4          YES___ (for ISS)          NO___ (for SRI)

Claim 13          YES___ (for ISS)              NO___ (for SRI)

Claim 14          YES___ (for ISS)              NO___ (for SRI)

Claim 16          YES___ (for ISS)              NO___ (for SRI)

**DEFINITENESS**

19. Do you find that ISS has proven by the highly probable standard that any of the claims are invalid because the language of the claims is indefinite?

YES___ (finding for ISS)

NO___ (finding for SRI)

20. If YES, which claims?

The '338 Patent

Claim 1           YES___ (for ISS)              NO___ (for SRI)

Claim 4           YES___ (for ISS)              NO___ (for SRI)

Claim 5           YES___ (for ISS)              NO___ (for SRI)

Claim 11          YES___ (for ISS)              NO___ (for SRI)

Claim 12          YES___ (for ISS)              NO___ (for SRI)

Claim 13          YES___ (for ISS)              NO___ (for SRI)

Claim 24          YES___ (for ISS)              NO___ (for SRI)

The '212 Patent

Claim 1           YES___ (for ISS)              NO___ (for SRI)

Claim 2           YES___ (for ISS)              NO___ (for SRI)

Claim 3           YES___ (for ISS)              NO___ (for SRI)

Claim 4           YES___ (for ISS)              NO___ (for SRI)

Claim 5           YES___ (for ISS)              NO___ (for SRI)

Claim 6           YES___ (for ISS)              NO___ (for SRI)

Claim 7           YES___ (for ISS)              NO___ (for SRI)

Claim 8           YES___ (for ISS)              NO___ (for SRI)

Claim 9           YES___ (for ISS)              NO___ (for SRI)

Claim 10      YES___ (for ISS)            NO___ (for SRI)

Claim 11      YES___ (for ISS)            NO___ (for SRI)

Claim 12      YES___ (for ISS)            NO___ (for SRI)

Claim 13      YES___ (for ISS)            NO___ (for SRI)

Claim 14      YES___ (for ISS)            NO___ (for SRI)

Claim 15      YES___ (for ISS)            NO___ (for SRI)

Claim 16      YES___ (for ISS)            NO___ (for SRI)

Claim 17      YES___ (for ISS)            NO___ (for SRI)

Claim 18      YES___ (for ISS)            NO___ (for SRI)

Claim 19      YES___ (for ISS)            NO___ (for SRI)

Claim 20      YES___ (for ISS)            NO___ (for SRI)

Claim 21      YES___ (for ISS)            NO___ (for SRI)

Claim 22      YES___ (for ISS)            NO___ (for SRI)

Claim 23      YES___ (for ISS)            NO___ (for SRI)

Claim 24      YES___ (for ISS)            NO___ (for SRI)


### The '203 Patent

Claim 1       YES___ (for ISS)            NO___ (for SRI)

Claim 2       YES___ (for ISS)            NO___ (for SRI)

Claim 4       YES___ (for ISS)            NO___ (for SRI)

Claim 6       YES___ (for ISS)            NO___ (for SRI)

Claim 12      YES___ (for ISS)            NO___ (for SRI)

Claim 13      YES___ (for ISS)            NO___ (for SRI)

Claim 15      YES___ (for ISS)            NO___ (for SRI)

Claim 17      YES___ (for ISS)            NO___ (for SRI)


### The '615 Patent

Claim 1       YES___ (for ISS)            NO___ (for SRI)

Claim 2       YES___ (for ISS)            NO___ (for SRI)

Claim 4       YES___ (for ISS)            NO___ (for SRI)

Claim 13      YES___ (for ISS)            NO___ (for SRI)

Claim 14      YES____ (for ISS)          NO____ (for SRI)

Claim 16      YES____ (for ISS)          NO____ (for SRI)