# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ELECTRONIC MAIL & HAND DELIVERY**

October 13, 2006

Clerk of the Court
United States District Court
 For the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   SRI International Inc. v. Internet Security Systems, Inc., et al.
      USDC-D. Del. - C. A. No. 04-1199 (SLR)

Dear Sir:

Enclosed please find SRI's supplemental Amended Exhibits 2, 11 and 17 to the parties' Joint Proposed Pre-trial Order (D.I. 465).

Thank you very much for your assistance in this matter.

Respectfully,

Kyle Wagner Compton

KWC:db
Enclosures

cc w/encs:   Paul S. Grewal, Esquire
             Theresa A. Moehlman, Esquire
             Richard L. Horwitz, Esquire
             Richard K. Herrmann, Esquire