IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., a California corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 04-1199-SLR |
| INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

O R D E R

At Wilmington this 17th day of October, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant Symantec's motion for summary judgment of non-infringement (D.I. 286) is granted in part and denied in part.

2. Defendants ISS's motion for summary judgment as it relates to non-infringement (D.I. 291) is denied.

_____
United States District Judge