IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL INC., a California corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civ. No. 04-1199-SLR |
| INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, SYMANTEC CORPORATION, a Delaware corporation, and INTERNET SECURITY SYSTEMS INC., a Delaware corporation, ) ) ) ) ) ) ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 17th day of October 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment of invalidity (D.I. 297) is granted;

2. Plaintiff's motion for partial summary judgment that the Live Traffic paper is not a section 102(b) printed publication (D.I. 270) is denied;

3. Plaintiff's motion for partial summary judgment of no anticipation by the EMERALD 1997 publication (D.I. 276) is denied as moot;

4. Defendants' motion for summary judgment of invalidity for failure to disclose best mode according to 35 U.S.C. § 112

(D.I. 282) is denied as moot;

5.  Plaintiff's motion for partial summary judgment of no anticipation based on combinations of prior art references (D.I. 279) is denied as moot; and

6.  Defendant ISS's motion to preclude plaintiff from disputing evidence that the Live Traffic paper qualifies as a § 102(b) printed publication based on plaintiff's conduct during discovery (D.I. 364) is denied as moot.

7.  The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

                                                                             */s/ Sue L. Robinson*
                                                          United States District Judge