IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>          Plaintiff and<br>          Counterclaim-Defendant,<br><br>     v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>          Defendants and<br>          Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that plaintiff SRI International, Inc., appeals to the United States Court of Appeals for the Federal Circuit from the following:

Final judgment (D.I. 473) entered on the 27th day of October, 2006, for the reasons stated in the Court's memorandum opinion (D.I. 471) and order (D.I. 472); and

The order (D.I. 472) entered on the 17th day of October, 2006, granting defendants' motion for summary judgment of invalidity and denying plaintiff's motions for partial summary judgment, in all respects.

Dated: November 14, 2006         FISH & RICHARDSON P.C.


                                 By: */s/ John F. Horvath*
                                     John F. Horvath (#4557)
                                     Kyle Wagner Compton (#4693)
                                     919 N. Market St., Suite 1100
                                     P.O. Box 1114
                                     Wilmington, DE 19889-1114
                                     Telephone: (302) 652-5070
                                     Facsimile: (302) 652-0607

                                     Howard G. Pollack
                                     Katherine D. Prescott
                                     500 Arguello St., Suite 500
                                     Redwood City, CA 94063
                                     Telephone: (650) 839-5070
                                     Facsimile: (650) 839-5071

                                 Attorneys for Plaintiff/Counterclaim Defendant
                                 SRI INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2006, I electronically filed with the Clerk of Court the attached Notice of Appeal using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

I hereby certify that on November 14, 2006, I mailed by Federal Express and email, the document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Email:  hhawkins@kslaw.com | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Email:  pgrewal@daycasebeer.com<br>Email:  rbrown@daycasebeer.com | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email: tmoehlman@kslaw.com | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |

*/s/ John F. Horvath*
John F. Horvath

50382481.doc