IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>   v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME IN WHICH PLAINTIFF MAY OPPOSE DEFENDANTS' MOTION FOR FEES AND EXPENSES**

Plaintiff SRI International, Inc. ("SRI") and Defendants Internet Security Systems, Inc., a Delaware corporation, ("ISS-DE"), Internet Security Systems, Inc., a Georgia corporation, ("ISS-GA"), and Symantec Corporation ("Symantec") by and between the undersigned attorneys for the respective parties, hereby stipulate and agree that the time in which Plaintiff may oppose Defendants' Motion for Fees and Expenses shall be extended from November 28, 2006, to December 5, 2006.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: November 27, 2006 | Dated: November 27, 2006 |
| FISH & RICHARDSON P.C. | POTTER, ANDERSON & CORROON LLP |
| By: */s/ Kyle Wagner Compton*<br>   Kyle Wagner Compton (#4693)<br>   John F. Horvath (#4557)<br>919 N. Market St., Ste. 1100<br>P.O. Box 1114<br>Wilmington, DE 19889-1114<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607 | By: */s/ David E. Moore*<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192 |
| Howard G. Pollack<br>Katherine D. Prescott<br>500 Arguello St., Ste. 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 | Holmes J. Hawkins, III / Natasha Horne Moffitt<br>KING & SPALDING LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5145 |
| Attorneys for Plaintiff<br>SRI INTERNATIONAL, INC. | Theresa Moehlman / Jeffrey Blake<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| | Attorneys for Defendant<br>INTERNET SECURITY SYSTEMS, INC. a Delaware corporation and INTERNET SECURITY SYSTEMS, INC. a Georgia corporation |

Dated: November 27, 2006

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP


By: */s/ Richard K. Herrmann*
    Richard K. Herrmann (#405)
    Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal  (*pro hac vice*)
Renee DuBord Brown (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER, LLP
20300 Stevens Creek Blvd.,
Suite 400
Cupertino, CA  95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Attorneys for Defendant
SYMANTEC CORPORATION



IT IS SO ORDERED.



Dated:_____    _____
                                                             Honorable Sue L. Robinson
                                                             United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2006, I electronically filed with the Clerk of Court the attached **STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME IN WHICH PLAINTIFF MAY OPPOSE DEFENDANTS' MOTION FOR FEES AND EXPENSE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

I hereby certify that on November 27, 2006, I mailed by Federal Express and email, the document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Email:  hhawkins@kslaw.com | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Email:  pgrewal@daycasebeer.com<br>Email:  rbrown@daycasebeer.com | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |


| | |
|---|---|
| Theresa A. Moehlman<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email: tmoehlman@kslaw.com | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |

                                              */s/ Kyle Wagner Compton*
                                              Kyle Wagner Compton

50385492.doc