IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**PUBLIC VERSION** |

## DECLARATION OF JOHN F. HORVATH IN OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

Dated: December 12, 2006

FISH & RICHARDSON P.C.
John F. Horvath (#4557)
Kyle W. Compton (#4693)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114

Howard G. Pollack
Katherine D. Prescott
500 Arguello St., Ste. 500
Redwood City, CA 94063

Attorneys for Plaintiff and Counterclaim Defendant
SRI INTERNATIONAL, INC.

cc:    Richard L. Horwitz, Esq. (by hand)\
       Richard K. Herrmann, Esq. (by hand)
       Holmes J. Hawkins, III, Esq. (by Federal Express)\
       Paul S. Grewal, Esq. (by Federal Express)
       Theresa A. Moehlman, Esq. (by Federal Express)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br><br>**REDACTED** |

## DECLARATION OF JOHN F. HORVATH IN OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

I, John F. Horvath, declare as follows:

1. I am an associate of Fish & Richardson P.C., counsel of record in this action for SRI International, Inc. ("SRI"). I am a member of the Bar of the State of Delaware and am admitted to this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of the (redacted) Invention Disclosure Form dated October 22, 1998 and production numbered SRI 287656-287659.

3. Attached as Exhibit B is a true and correct copy of the Complaint for Declaratory Judgment filed in U.S. District Court - Atlanta Division - by ISS on August 17, 2004.

4. Attached as Exhibit C is a true and copy of the Order dated June 9, 2005 transferring ISS's suit to Delaware.

5. Attached as Exhibits D and E are true and correct copies of the portions of Symantec and ISS's invalidity contentions dated November 15, 2005 that asserted that Live Traffic invalidated the patents-in-suit.

6. Attached as Exhibit F is a true and correct copy of a letter from Todd Miller to opposing counsel dated Jan 20, 1996 concerning Mr. Porris' deposition.

7. Attached as Exhibit G is a true and correct copy of an excerpt from the deposition of Al Valdes dated March 23, 2006.

8. Attached as Exhibit H is a true and correct copy of an email sent from the account of Beth Solka dated October 2, 1997 bearing production label SRIE 0018143.

9. Attached as Exhibit I is a true and correct of an email from Matt Schonlau dated October 1, 1997 bearing production label SRIE 0018147.

10. Attached as Exhibit J is a true and correct copy of "Live Traffic Analysis of TCP/IP Gateways" bearing production labels SYM_P_0068844-SYM_P_0068865.

11. Attached as Exhibit K is a true and correct copy of "Live Traffic Analysis of TCP/IP Gateways" bearing production labels ISS28365-ISS28384.

Dated: December 5, 2006         FISH & RICHARDSON P.C.

By: */s/ John F. Horvath*
    John F. Horvath (#4557)
    Kyle Wagner Compton (#4693)
    FISH & RICHARDSON P.C.
    919 N. Market St., Ste. 1100
    P.O. Box 1114
    Wilmington, DE 19889-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

    Howard G. Pollack
    Katherine D. Prescott
    500 Arguello St., Ste. 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Plaintiff/Counterclaim Defendant
SRI INTERNATIONAL, INC.

80039709.doc

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, I electronically filed with the Clerk of Court the PUBLIC VERSION of the DECLARATION OF JOHN F. HORVATH IN OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James Hitchens & Williams<br>500 Delaware Avenue, 15th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |

I hereby certify that on December 12, 2006, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Email: hhawkins@kslaw.com | Attorneys for Defendant-Counterclaimant<br>Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Email: pgrewal@daycasebeer.com<br>Email: rbrown@daycasebeer.com | Attorneys for Defendant-Counterclaimant<br>Symantec Corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email: tmoehlman@kslaw.com | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |
| | */s/ John F. Horvath*<br>John F. Horvath |

Document1