# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

BY ELECTRONIC FILING

December 13, 2006

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

Re:    SRI International Inc. v. Internet Security Systems, Inc., et al.
       USDC-D. Del. - C. A. No. 04-1199 (SLR)

Dear Judge Robinson:

Pursuant to Delaware L.R. 7.1.4 SRI International, Inc. hereby requests oral argument regarding Defendants' Motion for Fees (D.I. No. 474).  The briefing on this motion is now complete.  Defendants filed and served their Reply Brief in Support of Motion for Fees on December 12, 2006 (D.I. No. 484).

Very truly yours,

*/s/ John F. Horvath*
John F. Horvath

JXH/dob

cc:    Paul S. Grewal, Esq,
       Theresa A. Moehlman, Esq.
       Holmes Hawkins, Esq.
       Richard L. Horwitz, Esq.
       Richard K. Herrmann Esq.

50386234.doc