IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR) |

**JOINT MOTION FOR RULE 54(b) CERTIFICATION**

On October 17, 2006, the Court granted defendants Internet Security Systems, Inc., a Georgia corporation, Internet Security Systems, Inc., a Delaware corporation, and Symantec Corp.'s (collectively, the "Defendants") motion for summary judgment that each of the four patents-in-suit in this action is invalid. D.I. No. 471. On October 27, 2006, the Court entered judgment in favor of the Defendants and against plaintiff SRI International, Inc. ("SRI"). D.I. No. 473.

While SRI's claims for infringement and the Defendants' counterclaims for declaratory judgment of non-infringement and inequitable conduct are technically still pending, the parties believe that sound judicial administration and efficiency will be served by an appellate consideration of the invalidity issues set forth in the Court's October 17, 2006 Memorandum Opinion granting summary judgment. The parties respectfully request that the Court grant certification pursuant to Rule 54(b) of the Federal Rules of Civil Procedure by making an "express determination that there is no just reason for delay," and "an express direction for the entry of judgment" in favor of the

Defendants on their counter-claims for declaratory judgment that the patents-in-suit are invalid. The parties request that the Court enter Rule 54(b) judgment for the purpose of rendering a final judgment appealable to the Federal Circuit. *See Nystrom v. Trex Co., Inc.*, 339 F.3d 1347, 1351 (Fed. Cir. 2003).

Dated:  December 15, 2006

FISH & RICHARDSON P.C.

By:  */s/ Kyle Wagner Compton*
    Kyle Wagner Compton (#4693)
    John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Howard G. Pollack
Katherine D. Prescott
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

Dated:  December 15, 2006

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

Holmes J. Hawkins, III
Natasha Horne Moffitt
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5134

Theresa Moehlman
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendants
INTERNET SECURITY SYSTEMS, INC. a Delaware corporation and INTERNET SECURITY SYSTEMS, INC. a Georgia corporation

Dated: December 15, 2006

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP


By: */s/ Richard K. Herrmann*
    Richard K. Herrmann (#405)
    Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750

Lloyd R. Day, Jr. (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Paul S. Grewal (*pro hac vice*)
Renee DuBord Brown (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER, LLP
20300 Stevens Creek Blvd.,
Suite 400
Cupertino, CA  95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Attorneys for Defendant
SYMANTEC CORPORATION