# EXHIBIT A

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

VIA FEDERAL EXPRESS

February 9, 2006

Jonathan Loeb
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Natasha Horne Moffitt
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA 30303-1763

Re: SRI International Inc. v. Internet Security Systems, Inc., et al.
USDC-D. Del. - Case No. 04-1199-SLR

Dear Counsel:

Enclosed for production is a CD bearing the production number SRI 287300. Pursuant to the parties' agreement this CD contains an .xls version with column headings of the spreadsheet previously produced without column headings.

Also, enclosed for production are Volumes 0036 and 1016. The documents contained in these volumes are being produced with load files compatible with Concordance, Opticon and Summation.

Additional documents may be forthcoming as we complete our privilege and quality assurance reviews.

Very truly yours,

Alicia Teague
Litigation Paralegal

cc: Theresa A. Moehlman, King & Spalding LLP
    Richard L. Horwitz, Potter Anderson & Corroon LLP
    Richard K. Herrmann Esq., Morris James Hitchens & Williams

50328910.doc

| | |
|---|---|
| Ken Nitz | SRIE 0449625 - SRIE 0454200; SRIE 0456886 - SRIE 0459038 |
| Steven Chueg | SRIE 0454201 - SRIE 0454817 |
| Mabry Tyson | SRIE 0454818 - SRIE 0456885 |
| Phil Porras | SRIE 0459039 - SRIE 0468042 |

# EXHIBIT B

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**