04CV1199 SLR

# United States Court of Appeals for the Federal Circuit

2007-1065

SRI INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

INTERNET SECURTY SYSTEMS, INC. (a Delaware Corporation) and INTERNET SECURITY SYSTEMS, INC. (a Georgia Corporation),

Defendants-Appellees,

and

SYMANTEC CORPORATION,

Defendant-Appellee.

---

# Judgment

ON APPEAL from the       United States District Court for the District of Delaware

in CASE NO(S).       04-CV-1199. SLR

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

<u>AFFIRMED-IN-PART, VACATED AND REMANDED-IN-PART</u>.

ENTERED BY ORDER OF THE COURT

DATED JAN 08 2008

Jan Horbaly, Clerk

ISSUED AS A MANDATE: MAR 1 2 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By Kelly Wornick   Date: 3-12-08

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 MAR 17 PM 1:26