IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1199-SLR |
| | ) | |
| INTERNET SECURITY SYSTEMS, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 31st day of March, 2008, having reviewed defendants' motion

for attorney fees and expenses, in light of the decision of the United States Court of

Appeals for the Federal Circuit dated January 8, 2008 (D.I. 491, 492);

IT IS ORDERED that defendants' motion for attorney fees and costs (D.I. 474) is

denied.

IT IS FURTHER ORDERED that the court shall conduct a telephonic status

conference on **Friday, April 11, 2008 at 8:30 a.m..** Plaintiff's counsel shall initiate the

telephone call.

_____
United States District Judge