IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC.,<br><br>       Plaintiff,<br>v.<br><br>INTERNET SECURITY SYSTEMS, INC.,<br>et al.,<br><br>       Defendants. | Case No. 04-1199-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Timothy Devlin of Fish & Richardson P.C. and enter the appearance of Thomas L. Halkowski of Fish & Richardson P.C. as the Delaware attorney of record on behalf of Plaintiff, SRI International, Inc.

Dated:  April 1, 2008            FISH & RICHARDSON P.C.


By:  /s/ *Thomas L. Halkowski*
     Thomas L. Halkowski (#4099)


*/s/ Timothy Devlin*
Timothy Devlin (#4241)
919 N. Market St., Suite. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008, I electronically filed with the Clerk of Court the foregoing NOTICE OF SUBSTITUTION OF COUNSEL using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James Hitchens & Williams<br>500 Delaware Avenue, 15th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

I hereby certify that on April 1, 2008, I have mailed by Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Email:  hhawkins@kslaw.com | Attorneys for Defendant-<br>Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Email:  pgrewal@daycasebeer.com<br>Email:  rbrown@daycasebeer.com | Attorneys for Defendant-<br>Counterclaimant<br>Symantec Corporation |

| | |
|---|---|
| Theresa A. Moehlman<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Email: tmoehlman@kslaw.com | Defendant-Counterclaimant<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski

80057695.doc