**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) )<br>)<br>) |
| Plaintiff and Counterclaim-Defendant, | )<br>)<br>) |
| v. | )<br>) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants and Counterclaim-Plaintiffs. | )<br>)<br>) |

C.A. No. 04-1199 (SLR)

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Scott T. Weingaertner of King & Spalding LLP, 1185 Avenue of the Americas,

New York, NY 10036, Charles A. Pannell, III of King & Spalding LLP, 1180 Peachtree Street,

Atlanta, GA 30309, and Adam M. Conrad of King & Spalding LLP, One Morrocroft Centre,

6805 Morrison Blvd, Suite 200, Charlotte, NC 28211 to represent Defendants Internet Security

Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia

corporation, in this matter.

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19801
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware corporation; and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia corporation*

Dated:  April 3, 2008
858370 / 28434

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                    United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon the filing of this motion

Date: April 3, 2008            Signed:        /s/ Scott T. Weingaertner
                                              Scott T. Weingaertner
                                              King & Spalding LLP
                                              1185 Avenue of the Americas
                                              New York, NY 10036
                                              Tel:  (212) 556-2100
                                              sweingaertner@kslaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: April 3, 2008                Signed:        /s/ Charles A. Pannell, III
                                                  Charles A. Pannell, III
                                                  King & Spalding LLP
                                                  1180 Peachtree Street
                                                  Atlanta, GA 30309
                                                  Tel: (404) 572-4600
                                                  cpannell@kslaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: April 3, 2008        Signed:    */s/Adam M. Conrad*
                                      Adam M. Conrad
                                      King & Spalding LLP
                                      One Morrocroft Centre
                                      6805 Morrison Blvd, Suite 200
                                      Charlotte, NC 28211
                                      Tel: (704) 503-2600
                                      aconrad@kslaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 3, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899
halkowski@fr.com

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
pollack@fr.com

Paul S. Grewal
Renee DuBord Brown
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA  95014
pgrewal@daycasebeer.com
rbrown@daycasebeer.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314/28434