IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1199-SLR ) |
| INTERNET SECURITY SYSTEMS, INC., et al., | ) ) ) ) |
|       Defendants. | ) |

**ORDER**

At Wilmington this 15th day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. The court shall conduct an in-person status conference on **April 29, 2008 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The purpose of the status conference is to determine whether there are issues that are amenable to resolution through a summary judgment motion practice.

2. A pretrial conference shall be conducted on **August 21, 2008 at 4:30 p.m.** in courtroom 6B. The parties shall submit their joint proposed pretrial order and their proposed voir dire and jury instruction on or before **August 18, 2008.**

3. A two-week jury trial shall commence on **September 2, 2008.**

                                              */s/*
                                  United States District Judge