IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) | |
| Plaintiff and Counterclaim-Defendant, | ) ) ) ) | |
| v. | ) ) ) | C.A. No. 04-1199 (SLR) |
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware Corporation, | ) ) ) ) ) ) ) | **PUBLIC VERSION** |
| Defendants and Counterclaim-Plaintiffs. | ) ) | |

## LETTER TO THE HONORABLE SUE L. ROBINSON DATED MAY 13, 2008

### PART 1 OF 2

cc:   Clerk of the Court

      Counsel of Record

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware corporation; and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia corporation*

**Potter
Anderson
&Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

May 13, 2008

Public Version Dated: May 20, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**PUBLIC VERSION**

Re:   SRI International, Inc. v. Internet Security Systems , et al.
      C.A. No. 04-1199-SLR

Dear Judge Robinson:

Pursuant to the Court's request at the April 29, 2008 status conference, ISS is providing the Court with that portion of the existing summary judgment record in this case that pertains to Defendants' allegation that the asserted claims of the '338 patent are anticipated by the *JiNao* reference. In particular, the following documents are enclosed:

1. The original Joint Motion of Defendants ISS and Symantec for Summary Judgment of Invalidity Pursuant to 35 U.S.C. §§ 102 & 103 (D.I. 297) ("Joint Motion") filed June 16, 2006, attached as Exhibit 1;

2. A redacted version of Defendants' opening brief in support of the Joint Motion (D.I. 299), attached as Exhibit 2;

3. A redacted version of Defendants' reply brief in support of the Joint Motion (D.I. 400), attached as Exhibit 3; and

4. Relevant portions of the supporting Declaration of Renee DuBord Brown (D.I. 301), attached as Exhibit 4 (with Exhibits A-OO).

Co-defendant Symantec Corporation will be submitting the portion of the summary judgment record pertaining to Defendants' allegation that the asserted claims of the '203 and '615 patents were obvious in light of *EMERALD 1997* and *Intrusive Activity 1991*. Both ISS and Symantec discussed these invalidity arguments in recent letters to the Court on April 25, 2008 (D.I. 500) and April 29, 2008 (D.I. 501) and during the April 29, 2008 status conference. Per the

The Honorable Sue L. Robinson
May 13, 2008
Public Version Dated: May 20, 2008
Page 2

Court's instruction, ISS has not submitted any materials from the recent record, however, should the Court deem those materials necessary for review, ISS will provide them.

    ISS appreciates the Court's further consideration of these issues and is pleased to provide further documentation or answer any additional questions if needed.

                           Respectfully,

                           */s/ Richard L. Horwitz*

                           Richard L. Horwitz

/msb
865413 / 28434
cc:    Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)