R

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.A:04-1199 (SLR)

SRI INTERNATIONAL, INC.,                )
a California Corporation                 )
                                         )
      Plaintiff and                      )
      Counterclaim Defendant,            )
                                         )
             v.                          )
                                         )
INTERNET SECURITY SYSTEMS, INC.,         )
a Delaware Corporation, INTERNET         )
SECURITY SYSTEMS, INC., a Georgia        )
Corporation, and SYMANTEC                )
CORPORATION, a Delaware                  )
Corporation,                            )
                                         )
      Defendants and                     )
      Counterclaim-Plaintiffs.           )
- - - - - - - - - - - -                  )

COPY

VIDEOTAPED DEPOSITION

OF

Y. FRANK JOU

At Raleigh, North Carolina                         Reported by:
January 27, 2006 - 9:53 a.m.                     Debra D. Bowden

# capitalreporting

PO Box 97696
Raleigh, NC 27624

8360 Six Forks Road
Suite 101
Raleigh, NC 27615

919.398.7775 ph
919.398.7741 fax

www.capreporting.com

capreporting@aol.com

# THIS PAGE HAS BEEN REDACTED IN ITS ENTIRETY

22

1      at the top, and 61.

2  A.  60.  Okay.  I'm there.

3  Q.  And you'll see the entry on 60 near the

4      bottom that's 82296.

5  A.  Um-hmm.

6  Q.  Now, according to J2, the meeting in Santa

7      Cruz took place August 26th to the 28th of

8      1996.

9  A.  Um-hmm.

10  Q.  Does that sound about right?

11  A.  Yeah.

12  Q.  Okay.  And then you have notes here, and

13      then if you look on 61 --

14  A.  Um-hmm.

15  Q.  -- you have notes that go on for several

16      pages.

17  A.  Um-hmm.

18  Q.  And it looks like this is a talk.

19  A.  Yeah, that was the talk that I prepared for

20      this, I believe, for this presentation.

21      Yeah.

22  Q.  For the presentation in Santa Cruz?

23  A.  Um-hmm.

24  Q.  Did you have any slides associated with

23

```
 1        this presentation, or did you just give a
 2        talk?
 3   A.   I did have slides, as I recall, but I don't
 4        have any record, because after I left MCNC
 5        I probably, you know, gave it back to them.
 6   Q.   Well, keep this in mind.  I have some
 7        presentations, and maybe we can identify
 8        things as we go along.
 9   A.   Sure.  Okay.
10   Q.   Now if you go back to the first page of J3,
11        your notebook.
12   A.   Um-hmm.
13   Q.   At the top it says 54.  And --
14   A.   Where?
15   Q.   At the top.  The number of the page.
16           MS. PRESCOTT:  I believe it's the
17        second page of the exhibits.
18   Q.   I'm sorry.  Second page with 54 at the top.
19   A.   Um-hmm.
20   Q.   And it says 12695.  And then it has a
21        figure.  Is this the start of thinking
22        about the JiNao project, or is this
23        something else?  And I should mention a
24        third possibility, that the date is wrong.
```

24

```
 1   A.   Yeah, that's what I was thinking.  Probably
 2        that was, you know, should be '96, rather
 3        than '95.  Because you know, when you turn
 4        around a year -- that's a possibility,
 5        um-hmm.
 6   Q.   I do that all the time.  So it looks like
 7        at least as early as January '96 is when
 8        you were starting to think about the JiNao
 9        project.  Would that be accurate?
10   A.   That's fair to say that, yeah, I think so.
11   Q.   And if you go to the next page in the
12        notebook, it's marked 55.
13   A.   Um-hmm.
14   Q.   The entry that's marked 2/12/96.
15   A.   Um-hmm.
16   Q.   Where you say components.
17   A.   Um-hmm.
18   Q.   And it talks about statistics -- stats
19        based.  Is that statistic based?
20   A.   Correct, um-hmm.
21   Q.   Protocol based; is that correct?
22   A.   Correct, um-hmm.
23   Q.   Is that what's called signature detection?
24   A.   No, signature detection -- well, it could
```

25

1    be different meaning to different people.

2    Signature detection -- I have to recall

3    about it.

4         Yeah, I think you are right.  One is

5    called signature based.  The other one is

6    called anomaly based, if I recall.  But the

7    memory kind of vague right now, because

8    this, too, if you just look at the term

9    itself, you might get confused in the way

10   that -- for instance basically the

11   computing block of the detection module in

12   the JiNao project, one was statistical

13   based.  The other one was protocol based.

14   And I think, you know, protocol based, we

15   use the term signature.

16        Basically the protocol have the

17   certain logic to it, and it has certain,

18   you know, signature behavior, if you will.

19   Similarly, for the statistical-based

20   analysis, is just similar to, you know, for

21   instance now days people in the credit card

22   business, they have a certain -- everyone

23   have certain spending profile, if you will,

24   right?  And you know, you like to spend

26

```
 1        certain amount of money, you know, each
 2        year in a certain category.  That's how,
 3        you know, you can sort of identify.  Month
 4        after month you can sort of view the
 5        profile of certain people's spending habit.
 6        And if it's deviate from that habit, then
 7        you can call an anomaly.  So that was the
 8        notion of the statistical analysis.  And
 9        the terms, you know, kind of same, kind of
10        similar, but you know, we tried our best to
11        differentiate this code differently.  But I
12        think the term was signature for the
13        protocol analysis, and anomaly for the
14        statistical base, yeah.
15   Q.   Now in February of '96 --
16   A.   Um-hmm.
17   Q.   -- do you recall if these notes were before
18        or after you submitted your proposal to the
19        DARPA?
20   A.   I don't -- do you have a BAA?  When they
21        announced the BAA?
22   Q.   I do not.
23   A.   You do not.  Okay.  That probably the
24        better -- I don't recall, either.  Yeah
```

27

1      yeah, it -- sorry, I couldn't --

2  Q.  Maybe when we take a break I'll call to my

3      office and see if we have that in house.

4  A.  Yeah, that would tell us clearly, you know.

5      Because we had reference date here, and if

6      the BAA is before this, then certainly, you

7      know, this is -- but I would think this

8      must be the discussion notes I took, you

9      know, between MCNC and NC State at the time

10     to come up with the proposal. So

11     definitely this would be after, I would say

12     this is after the BAA is announced. But

13     whether, you know, before we submit a

14     proposal or not, I think that was the

15     question I had. You know, whether this was

16     before we submit a proposal or afterwards.

17     Definitely, you know, the context of these

18     notes was the discussion related to JiNao,

19     and certainly that took place after we saw

20     the BAA, as I recall.

21  Q.  With respect to the stats based part of

22     JiNao --

23  A.  Um-hmm.

24  Q.  -- did you use an algorithm that was

28

1       developed at SRI?

2    A.  Yes, pretty much that was the phase

3        algorithm.  We might have modified certain

4        parameters there, but the framework was

5        borrowed from SRI, as I recall, called

6        NIDES, N-I-D-E-S.

7    Q.  And how did it come to be that you used the

8        SRI NIDES algorithm?

9    A.  Well, at that time, as I recall, DARPA

10       actually promote the idea.  You know, other

11       people's -- you know -- the research

12       results, you know.  There is nothing

13       preventing -- because we are not for

14       commercial purpose.  So actually that was

15       encouraged by DARPA so that you can, you

16       know, help others and come up with

17       something more advanced.  That was I think

18       one of the reasons, you know, the project

19       was selected, because we view it on top of

20       them and come up with integrated solution.

21   Q.  To your knowledge, was the NIDES algorithm

22       used for network data, internet network

23       data?

24              MS. PRESCOTT:  Objection to form.

29

1  A.  Network data?  What do you mean by network

2      data?

3  Q.  Well, if you take a look on 55, you have

4      some target protocols.

5  A.  Correct.  Um-hmm.

6  Q.  And you say OSPF internet.

7  A.  Um-hmm.

8  Q.  Correct?  And I assume that -- well, let me

9      not assume.  Let me ask.  Were you looking

10     to use those protocols as a data source for

11     the JiNao project?

12 A.  Data source for the JiNao project?  Well,

13     the JiNao originally, as I recall here, we

14     were targeting several candidates.  OSPF

15     was one, PRNN was one, and another to be

16     determined, although I recall here HTTP,

17     high speed.  Those are all the relevant

18     internet protocols.

19          Well, ATM you can argue is not part

20     of TCP/IP.  But certainly at that time ATM

21     was one of the competing force to be a

22     prominent candidate to prevail in the

23     internet arena at the time.  So I think,

24     all based on the candidate's protocols that

30

1      we were interested in protecting at that

2      time, and OSPF finally was the target

3      protocol that we chose to focus our effort

4      upon.

5   Q.  Did the NIDES algorithm -- well, let's step

6      back.  Did you receive a NIDES algorithm

7      from SRI?

8   A.  Did I receive?  No.  I basically searched

9      the internet and -- basically we came up

10      with this true complementary algorithm, if

11      you will, one is statistical based, one is

12      protocol analysis based.  So you know, we

13      look around how we implement this.  And so

14      we search around, and we understand NIDES

15      already developed a certain very nice

16      algorithm in the statistical analysis

17      arena.  So that's why we talked to SRI

18      folks and, you know, get a -- a detail of

19      their algorithm.  And we use that as a

20      base.  Yeah.

21   Q.  When did you start contact with SRI?

22   A.  When did I start contact with SRI?  I don't

23      recall exactly, but somewhere around that

24      time frame, I would say.  After we

1    establish statistical algorithm as the

2    component, one of the major component in

3    our design, we did a prior search, if you

4    will, and then we found out SRI has this

5    algorithm available. Developed, I should

6    say. And so we talked to them. As far as

7    time frame, I don't recall, you know,

8    exactly when that happened.

9    Q.   Do you recall who you spoke with first at

10    SRI about the statistical algorithm?

11   A.   Did I recall who I spoke to first? I don't

12    recall clear, exactly, but one of three

13    persons, I would say, was Peter Neumann was

14    one possibility, and Al was another one,

15    and Phil Porras was another one. Yeah, I

16    think one of three. I don't recall who I

17    spoke to first, but yeah.

18    Q.   And Al, you mean Al Valdes.

19   A.   Yes.

20    Q.   If you could page into the notes into the

21    laboratory images 68 and 69. And you'll

22    see the entry at 68 is 82796.

23   A.   Um-hmm.

24    Q.   And the top is Teresa Lunt. Do you see

32

```
 1        that?

 2   A.   Yes, um-hmm.

 3   Q.   And the dates that J2 established for the

 4        Santa Cruz meeting was August 26th and

 5        27th.  Or August 26th to 28th.  So August

 6        27th would perhaps indicate that this was

 7        at the Santa Cruz intrusion detection

 8        meeting.

 9   A.   Um-hmm.

10   Q.   Looking over these notes, do these

11        appear -- do you recollect that these are

12        your notes?

13   A.   Yes.

14   Q.   From that meeting?

15   A.   Um-hmm.

16   Q.   And at the top it says Teresa Lunt.

17   A.   Um-hmm.

18   Q.   Who is Teresa Lunt?

19   A.   She was the project manager at DARPA at

20        that time.

21   Q.   And the first entry, it says reusable

22        modules designed to standard agreed upon.

23        What does that mean?

24   A.   I think this is in the context of CIDF.
```

33

```
 1        Basically at that time we tried to -- all
 2        the PI's come together, try to design a
 3        common framework for all the project able
 4        to, you know, work together.  Type of, you
 5        know, to create a synergy, if you will,
 6        among the projects.  And this is to
 7        basically, you know, we come up with
 8        certain interface among the project, you
 9        know.  For instance the detect results from
10        one project can be fit into the second
11        project.  And the extender, basically
12        everybody have to agree, if I recall
13        correctly.  That's just my guess at this
14        point.
15   Q.   Now if you go down a little bit.
16   A.   Um-hmm!
17   Q.   Let's see, the sixth entry.  It says N/W
18        wide.  Does that mean network wide --
19   A.   Yes, um-hmm.
20   Q.   -- view, rather than simply local views?
21   A.   Um-hmm.
22   Q.   Do you have a sense of what you meant
23        there?
24   A.   Basically that was the notion we subscribe
```

37

1      Yeah.

2  Q.   I'm going to ask the court reporter to mark

3      as J Exhibit 4 a document bearing

4      production numbers ISS_00341800 to

5      ISS_00342038.

6           (Exhibit J4 was marked.)

7           This document is entitled CMAD IV

8      Computer Misuse and Anomaly Detection.  And

9      if you look at the bottom it says Monterey,

10     California, November 12th through the 14th,

11     1996.

12 A.   Um-hmm.

13 Q.   Do you recall this conference?  And I'll

14     give you a little help.  If you turn in two

15     pages --

16 A.   Um-hmm.

17 Q.   -- it says Session 4 at the top.

18 A.   Um-hmm.

19 Q.   If you go down three entries --

20 A.   Okay.

21 Q.   -- there's an entry, Scalable Intrusion

22     Detection for the Emerging Network

23     Infrastructure, Y. Frank --

24 A.   Um-hmm.

38

1   Q.   -- Jou?

2   A.   Yeah.  I think I attended at that time.

3        Yeah.  Okay.

4   Q.   And do you recall if somebody from SRI was

5        also at the workshop?

6   A.   I don't recall exactly.  But I assume if

7        they're named here, then they could have

8        attended as well.  Yeah.

9   Q.   I have some more documents that might help,

10       so let me mark those.  I'm going to ask the

11       court reporter to mark as J5 a document

12       bearing production number SRIE 53920.

13            (Exhibit J5 was marked.)

14            And to mark as J6 a document bearing

15       production number SRIE 53899.

16            (Exhibit J6 was marked.)

17            And to mark document -- I guess

18       Exhibit J7 a document bearing production

19       number SRIE 0053740.

20            (Exhibit J7 was marked.)

21            Now J5 through J7 are a series of

22       e-mails.

23   A.   Um-hmm.

24   Q.   And going to the first one.

39

1    A.    Um-hmm.

2    Q.    You'll see it's an e-mail from Peter

3          Neumann?

4    A.    Um-hmm.  Peter Neumann.

5    Q.    Peter Neumann, sorry.  Actually if you look

6          at the bottom --

7    A.    Um-hmm.

8    Q.    -- entry it appears to be from you.

9    A.    Yeah.

10   Q.    To Peter Neumann.

11   A.    Right.

12   Q.    And Al Valdes.  And it's dated October

13         21st, 1996.

14   A.    Um-hmm.

15   Q.    And it says, "Thanks, Peter, for your quick

16         response.  Yes, I'll be attending Monterey

17         meeting."

18   A.    Um-hmm.

19   Q.    "Will it be possible for me to visit Al on

20         11/11, Monday, or 11/15?"

21   A.    Um-hmm.

22   Q.    Does this refresh your recollection as to

23         whether you attended the Monterey meeting?

24   A.    Yes, pretty much, yeah.  It's -- yeah.

40

```
 1   Q.   Did you meet with Mr. Valdes about that
 2        time frame?
 3   A.   Yeah, based upon these, I think yeah, I did
 4        meet with him.
 5   Q.   Do you recall if you met with anybody else
 6        at SRI?
 7   A.   Do you mean during the conference, or
 8        afterwards, or --
 9   Q.   Afterwards.
10   A.   Afterwards, if I recall correctly, I might
11        have paid them a visit at SRI. And you
12        know, to -- I visited them once. That's
13        what I recall. But I don't know whether
14        this was the time I visit them. But this
15        might be that time. Yeah.
16   Q.   Now, at your visit do you remember -- well,
17        do you remember who you met with at SRI
18        during that visit?
19   A.   The main one I thought was Al. Because
20        that was -- you know, Phil might be there
21        as well, but I don't -- I couldn't be
22        hundred percent sure, but if I visit them
23        at that time, I think it's mainly to
24        understand better what other statistical
```

41

```
 1        methodology they developed, so basically
 2        went there to get a better understanding of
 3        the NIDES, the statistical module.   Yeah.
 4   Q.   Do you remember what Mr. Valdes told you
 5        about the statistical methodology?
 6   A.   Well, basically they -- if I recall
 7        correctly, I got a technical report from
 8        them about this NIDES statistical
 9        algorithm.  You know, so -- and basically
10        he went over briefly with me, you know, how
11        it came about, what's the gist of the
12        algorithm.  Yeah.
13   Q.   Were there any discussions at this meeting
14        about using network data as a data source
15        for the statistical algorithm?
16   A.   Network data?  Are you referring to OSPF?
17   Q.   Yes.
18   A.   I thought, you know, we made it clear, our
19        target, the target of our protection was
20        neuro infrastructures, basically the OSPF.
21        So I don't recall whether we made it clear
22        again during that visit or during that
23        conversation, but certainly that, you know,
24        in our presentation we -- we made it clear
```

42

1        that we are trying to protect the OSPF

2        network.  Yeah.  So actually it's not part

3        of data.  Okay, part of this is a bit of

4        difference between the understanding,

5        because when we talk about data we're

6        talking about, you know, application data.

7        We are not talking about, you know, if you

8        look at a network package, right, network

9        packet, then you have a, you know header.

10        You have the payload.  The payload is what

11        we consider as data, and the header is the

12        protocol enable, you know, the transmission

13        of this -- the payload.  So I just try to

14        make sure, you know.  That's why we talk

15        about same thing here.

16  Q.    Right.  So if I use the term network

17        protocol data, would that be clearer?

18  A.    Well, just network protocol, I think that

19        should be sufficient.  Network protocol is

20        referring to the stack, you know, of

21        different -- for instance OSI, or ISO, it's

22        kind of confused sometimes, seven layers.

23        You know, you have different networks

24        stacked.  And that's related to how network

43

```
 1        provide the contramechanism, allow
 2        finally -- you know, the target is to move
 3        the payload around, right, whether it's
 4        video or whether it's e-mail or whatever,
 5        and that's the pay load.  We call data.
 6        That's probably what we refer to.  And the
 7        target of this project is to protect the
 8        one particular area of the proctostat
 9        called the routing protocol, specifically
10        called OSPF.  That's the target we try to
11        protect.  Yeah.
12   Q.   Thank you.
13   A.   Sure.
14   Q.   If we turn to J7, which is the third e-mail
15        I gave you.
16   A.   Yeah, um-hmm.
17   Q.   This looks like it's imbedded e-mails, so
18        it's dated -- the e-mail is dated Monday,
19        November 4th, 1996.
20   A.   Um-hmm.
21   Q.   And it appears to be from Phil Porras to
22        you.
23   A.   Okay.
24   Q.   And the bottom one that has the karats in
```

44

```
 1        front of the words --
 2   A.   Um-hmm.
 3   Q.   That appears to be an e-mail that you had
 4        sent earlier?
 5   A.   Um-hmm.
 6   Q.   And in it you say we'll be attending our
 7        project kick-off meeting next week.
 8   A.   Um-hmm.
 9   Q.   Do you recognize this e-mail?
10   A.   Yeah.  I mean I think this is what I wrote,
11        yeah.  Um-hmm.
12   Q.   And when you state you'll be attending our
13        project kick-off meeting --
14   A.   Um-hmm.
15   Q.   -- do you recall what the -- what is meant
16        by project kick-off meeting?
17   A.   As I recall -- now when they decide to, you
18        know, when your project was selected, there
19        is a formal kick-off meeting so to get
20        everybody agree upon, especially the
21        contractor, subcontractor.  And the
22        contracting agent in that case I thought
23        was Rome Lab, who oversee this project.  So
24        basically if I recall, the kick-off meeting
```

45

 1          actually was held in the -- in Rome Lab,

 2          Massachusetts.  And I don't recall when.

 3          Unless you have other e-mail to show, I

 4          don't recall when was that, you know,

 5          meeting took place.

 6     Q.   The e-mail back from Phil Porras to you was

 7          November 4th, 1996.

 8     A.   Um-hmm.

 9     Q.   Does that help you recollect whether the

10          kick-off meeting was in the fall of 1996?

11     A.   Yeah, should be that time frame.  Yeah,

12          should be that time frame.

13     Q.   Now, you state in the second sentence, "In

14          preparing this meeting we need to provide

15          our contracting officer an estimate as to

16          when our statistical module can be

17          delivered."

18     A.   Um-hmm.

19     Q.   "Since our implementation will be based on

20          yours --"

21     A.   Um-hmm.

22     Q.   "-- would you please give me a time frame

23          when your revision will be ready?"

24     A.   Um-hmm.

46

```
 1   Q.   Do you recollect what revision you were
 2        seeking from SRI?
 3   A.   At that time, based on these e-mail notes,
 4        probably they are under -- they underwent a
 5        revision of their algorithm.  This is the
 6        best explanation I can come up with.  And
 7        so they're perhaps fine tuning, perhaps,
 8        you know, some revision going on at that
 9        time.  And they indicated that, you know,
10        they will be able to provide with a revised
11        version to us.  So that was the question I
12        posed on them, basically asking a feel, you
13        know, because our project will be using
14        theirs as a foundation of the base module.
15        So I basically tried to interlock with
16        them.  You know, make sure our project will
17        be able to deliver based upon their revised
18        algorithm.
19   Q.   Does this refresh your recollection as
20        to -- well, let me rephrase that.
21             What did you mean by statistical
22        module?  Is that software?
23   A.   That was a design in our architecture.  One
24        component is called statistical module.
```

47

1          All of the -- that's -- yeah, that's an

2          architectural design.  Interpretation, it

3          was a software; correct.

4     Q.   Did SRI give you software?

5     A.   No.  They have the algorithm developed, you

6          know, and it was presented in the technical

7          report form.  And basically we used that

8          algorithm as a base to implement, so the

9          software was written by ourselves.

10    Q.   Is this what you would call an

11         architectural design document?

12              MS. PRESCOTT:  Objection to form.

13    A.   Which one?

14    Q.   I'm trying to understand what they gave

15         you.

16    A.   They gave me the algorithm.  Um-hmm.

17    Q.   From the algorithm, could you then

18         implement their statistical technique?

19    A.   Yes.

20    Q.   Ask the court reporter to mark at J8

21         document bearing production numbers ISS

22         00354559 to ISS 354606.

23              (Exhibit J8 was marked.)

24              This document is entitled Proceedings

48

1         of the Fourth Workshop on Future Directions

2         in Computer Misuse and Anomaly Detection.

3    A.   Um-hmm.

4    Q.   And the page I'm interested in is page 17

5         of the document, which is ISS 354580.

6    A.   Um-hmm.  Okay.

7    Q.   And if you take a look at it, it says

8         Session 4:  Intrusion Detection in the

9         Large.  Moderator and session editor, Gene

10        Spafford.

11   A.   Okay.

12   Q.   And then it has a list of presenters.

13   A.   Um-hmm.

14   Q.   And your name is among that?

15   A.   Where does that appear?

16   Q.   Up here.

17   A.   Oh, okay.  Um-hmm.

18   Q.   Did you provide a presentation at this

19        session?

20   A.   That's the same one, right?

21   Q.   Right.

22   A.   This Misuse CMAD IV?

23   Q.   Yeah, in Monterey, California.

24   A.   Yeah, I think so.

49

1    Q.    In general do you recall the format of the
2          session at this workshop?
3    A.    The format?  Just each, you know, presenter
4          give about I would say 30 minutes -- I
5          don't have the agenda here, but 20, 30
6          minutes of their material, and then, you
7          know, any question, feedback.  So this
8          pretty standard seminar type, conference
9          type of presentation.
10   Q.    And when it says Session 4, did everybody
11         at the workshop generally go to the
12         session, or were there breakout sessions?
13   A.    I don't recall correct -- exactly what's --
14         if you have an agenda somewhere I could
15         probably tell you better, but -- okay.
16         Here.  Does it have time line?  Doesn't
17         have time line, huh?
18              Well, the best I can tell you is
19         probably sequential.  It's not breakout.
20         It's session -- you know, Session 1,
21         Session 2 in sequence.  That would be the
22         best way I would say.
23   Q.    If we could go back to page 17 of Session
24         4.

64

| | | |
|---|---|---|
| 1 | Q. | The second sentence says participate in the |
| 2 | | API meeting. Do you know what that is |
| 3 | | referring to? |
| 4 | A. | API meeting. Okay. This is -- this was |
| 5 | | probably referring to CIDF discussion where |
| 6 | | API stands for application program |
| 7 | | interface. I think that's the -- basically |
| 8 | | talk about how different projects can |
| 9 | | integrate together based upon the standard |
| 10 | | agreed upon that we had talked about |
| 11 | | earlier. Yeah. |
| 12 | Q. | So there was an industry group that was |
| 13 | | working on developing a standardized -- |
| 14 | A. | Well, that was CIDF. Stuart was the chair |
| 15 | | of the CIDF. You know, the common CIDF -- |
| 16 | | common intrusion detection framework, yeah. |
| 17 | | He was the one in charge of that. So |
| 18 | | that's how I based upon to -- expect to |
| 19 | | think, this was what he -- what I mentioned |
| 20 | | here about API discussion. |
| 21 | Q. | And by Stuart, you mean Stuart Staniford? |
| 22 | A. | Correct. |
| 23 | Q. | Did you participate in CIDF? |
| 24 | A. | Yes, I was. |

65

| | | |
|---|---|---|
| 1 | Q. | Did Phil Porras participate in CIDF? |
| 2 | A. | I think he did as well.  Yeah. |
| 3 | Q. | Now, if you go to the second e-mail on this |
| 4 | | page. |
| 5 | A. | Um-hmm. |
| 6 | Q. | It indicates it's from Porras at |
| 7 | | csl.sri.com.  Is that Phil Porras? |
| 8 | A. | Yeah. |
| 9 | Q. | And it was sent to you -- |
| 10 | A. | Um-hmm. |
| 11 | Q. | -- April 1st, 1997. |
| 12 | A. | Um-hmm. |
| 13 | Q. | And it says, "Hi, Frank.  We've been going |
| 14 | | forward with the design and initial |
| 15 | | implementation of our statistical analysis |
| 16 | | engine.  It could be fairly beneficial to |
| 17 | | both our groups if --" I think that's |
| 18 | | supposed to be an if, not an of -- |
| 19 | A. | Um-hmm.  Okay. |
| 20 | Q. | "-- we discuss your system requirements and |
| 21 | | expected usage of the stats engine before |
| 22 | | the design and prototyping gets too far |
| 23 | | along on the process." |
| 24 | A. | Um-hmm. |

66

1   Q.   "What do you think about coming out for a

2         visit sometime, perhaps the week of the

3         Oakland conference?"

4   A.   Um-mm.

5   Q.   Do you recall whether or not you went out

6         to SRI in April, the spring of '97?

7   A.   Well, as I said, I did pay them a visit,

8         but I don't recall exactly a time.  So

9         early on we had a exhibition, talk about

10        the visit there, right, so I don't recall

11        exactly whether I paid them a visit this

12        time, or in the prior, you know, e-mail

13        exchange.  I don't recall.

14   Q.   And you testified earlier that you remember

15        one visit?

16   A.   Um-hmm.

17   Q.   Is it possible that you could have visited

18        SRI more than once?

19   A.   There's a possibility of that as well.  But

20        definitely I visit them at least once.  I

21        should say that.

22   Q.   At least once.

23   A.   Yeah.

24   Q.   Here he's asking you about your system

67

```
 1            requirements and expected usage of the
 2            stats engine.
 3     A.     Um-hmm.
 4     Q.     Do you remember any discussion with
 5            Mr. Porras or anyone at SRI about your
 6            system requirements and expected usage of
 7            the stats engine?
 8     A.     Yes, I think the communication was, you
 9            know, we basically conveyed to them how we
10            are going to use their statistical
11            algorithm.  And they basically help us to
12            understand their technical report, and help
13            us, based upon our understanding, we
14            implement our own software.
15     Q.     So they were going to help you implement
16            the NIDES algorithm.
17                   MS. PRESCOTT:  Objection.
18     A.     Correct.
19     Q.     And if I remember correctly, you testified
20            your target protocol was OSPF.
21     A.     Yes.  But bear in mind, though, you know,
22            this OSPF -- two forwards.  One is
23            specifically, you know, we can protect it
24            based upon the design.  Secondly, the best
```

68

```
 1        architecture design can be applied to OSPF
 2        or other type of protocol as well.  So we
 3        just use OSPF as a prototype to demonstrate
 4        the capability.  And, you know, there is no
 5        restriction from applying this to other
 6        protocol as well.
 7  Q.    Other types of protocol used to transmit
 8        information on the internet?
 9  A.    Yeah.
10  Q.    And you said before, generally a network
11        packet is made up of a header and a
12        payload; correct?
13  A.    Correct.  Um-hmm.
14  Q.    And so in the intrusion detection
15        systems --
16  A.    Um-hmm.
17  Q.    -- the system would look at header
18        information to help it detect potential
19        intrusions?
20        MS. PRESCOTT:  Objection to form.
21  Q.    Is that correct?
22  A.    Basically we would call sniffer.  Okay?
23        Basically we observe the network traffic,
24        ongoing network traffic, and we pick up
```

69

1       certain -- for instance in this case OSPF

2       protocol communication.  And look at the --

3       you know, how protocol behave among

4       different entities.  Okay, how they

5       transect -- they transect among the

6       different device going out.  And from there

7       we extract the knowledge whether this

8       product exchange is in the normal

9       operation, or is it -- there is some

10      anomaly attempts to, you know, damage a

11      normal operation.

12  Q.  Have the court reporter mark as Exhibit J14

13      a document bearing production number SRIE

14      0018819.

15          (Exhibit J14 was marked.)

16          And this is another e-mail regarding

17      the Oakland conference, and it's from you.

18      At least the header information indicates

19      it's from you to Phillip Porras, April 9th,

20      1997.  Do you see that?

21  A.  Okay.  Um-hmm.

22  Q.  At the bottom you say, "Thanks, Phil.  The

23      schedule is fine with me.  During my last

24      visit I missed your NIDES demo.  Do you

70

```
 1        think it's possible to schedule one at this

 2        time?"

 3   A.   Okay, so I may have visited him twice,

 4        then, based upon this.

 5   Q.   Do you remember seeing a NIDES demo at SRI?

 6   A.   I don't recall. I don't recall, sorry.

 7        No.

 8   Q.   Ask the court reporter to mark as Exhibit

 9        J15 a document bearing production number

10        SRIE 0052499.  This is another e-mail.

11            (Exhibit J15 was marked.)

12   A.   Um-hmm.

13   Q.   And it appears to be from you to

14        Mr. Porras; is that correct?

15   A.   Um-hmm.

16   Q.   And it's dated June 9th, 1997.

17   A.   Um-hmm.

18   Q.   And you state, "Thanks for the info of your

19        new paper."

20   A.   Um-hmm.

21   Q.   Do you recollect what this paper might be?

22   A.   No.

23   Q.   Do you recall receiving, other than the

24        NIDES statistical algorithm, do you
```

```
 1        remember receiving anything else from SRI
 2        in terms of papers, presentations?
 3   A.   In general, I mean at that time, as I
 4        recall, EMERALD was ongoing as well,
 5        together with JiNao project.  So I don't
 6        recall what this new paper was about, but
 7        you know, other than NIDES, certainly we
 8        were aware of the EMERALD project at that
 9        time as well.
10   Q.   And did the stats algorithm that you
11        received from SRI, was it NIDES, or was it
12        also to be used for EMERALD?
13            MS. PRESCOTT:  Objection.
14   A.   That was based upon NIDES.  From what I
15        recall.  Whether they used in the EMERALD I
16        cannot say for sure at this point.
17   Q.   Will the reporter please mark as Exhibit
18        J16 a document bearing production number
19        SRIE 399190.
20            (Exhibit J16 was marked.)
21            If you look at this e-mail, it's
22        dated June 18th, 1997.  And it states --
23        appears to be from you to Mr. Porras,
24        Mr. Wu, and Mr. Staniford; is that correct?
```

72

1   A.   Um-hmm.

2   Q.   Is that Felix Wu?

3   A.   Um-hmm.

4   Q.   And is that Stuart Staniford?

5   A.   Yes.

6   Q.   And is that Phillip Porras?

7   A.   Yes.

8   Q.   And the title is "How is your API proposal

9        effort coming?"  You see that?

10  A.   Yes.  Um-hmm.

11  Q.   In the second paragraph it says, "Felix is

12       going to make a personal trip to visit his

13       parents in Freemont, California --"

14  A.   Um-hmm.

15  Q.   "-- on 6/26.  He will stay there until

16       early August.  He agreed to pick up this

17       task with Phil while he was there."

18  A.   Um-hmm.

19  Q.   Were Mr. Wu and you and Phillip Porras

20       working together on the API proposal for

21       CIDF?

22  A.   Yes, I think that was the -- yeah, I don't

23       recall, but this certainly, yeah, remind me

24       of that.  Correct.

73

```
 1   Q.   Do you see in the second paragraph, "I
 2        downloaded his newer version of EMERALD's
 3        paper?"
 4   A.   Yeah.   Um-hmm.
 5   Q.   Does this remind you that -- of the earlier
 6        reference --
 7   A.   Um-hmm.
 8   Q.   -- regarding the paper, that you may have
 9        downloaded an EMERALD paper?
10   A.   Yeah, I would say high possibility that
11        this is referring to the EMERALD.
12   Q.   Do you have any recollection of what that
13        paper might have -- whether it was a
14        technical description, or a paper for a
15        conference?
16   A.   I don't recall.
17   Q.   Ask the court reporter to mark as J17 a
18        document bearing production number SRIE
19        0399295.  And also to mark as J18 a
20        document bearing production number
21        ISS_00357064 to ISS_00357136.
22             (Exhibits J17 and J18 were marked.)
23             Now turning to J18, do you recognize
24        this technical report?
```

74

1    A.    Yeah.  Um-hmm.

2    Q.    Did you help write this report?

3    A.    Yeah.

4    Q.    And this was the technical report from

5          JiNao; is that correct?

6    A.    Um-hmm.

7    Q.    Now, if we turn to J17.

8    A.    Okay.

9    Q.    Actually going back to J18.

10    A.    Okay.

11            MS. PRESCOTT:  Excuse me.  I don't

12    know if you realize, but there appears to

13    be another document attached to the back of

14    this.

15    Q.    Yeah.  That must have been produced all

16    together.  That's a slide presentation.

17         So looking at the first part of J18

18    up through ISS_00357105.

19    A.    Okay.

20    Q.    That's the technical report.  As

21    Ms. Prescott points out, there's a document

22    attached which is the slide presentation,

23    which we'll get to later.

24    A.    Okay.

1    Q.    So the technical report, it says it was

2          submitted, on the cover page, April 1997.

3    A.    Yeah.

4    Q.    Do you know what that means?

5    A.    What do you mean, what that mean?  This

6          will -- periodically I would say any of

7          the -- if I recall correctly, we had to

8          submit our progress report to DARPA.  Yeah,

9          I think this is one of the, you know,

10         scheduled report that we deliver as part of

11         the project reviews.

12   Q.    Now, if you turn to J17, which is the

13         e-mail.

14   A.    Yeah.

15   Q.    This is an e-mail that states it's from

16         you.

17   A.    Um-hmm.

18   Q.    Dated April 25th, 1997.

19   A.    Right.

20   Q.    There is a list of people that you

21         distributed the e-mail to, and the subject

22         was technical report available.

23   A.    Um-hmm.

24   Q.    And you say, "Dear PI's, we have

76

```
1      completed --" and let me read it.  It's
2      easier just to read it -- "as the first
3      deliverable under JiNao project (Scalable
4      Intrusion Detection for the Emerging Network
5      Infrastructure).  We have completed the
6      system architecture design.  It is
7      available for access from http://www.mcnc.org/
8      HTML/ITD/ANR/JiNao.html.
9           Did you take J18, the technical
10     report, and put it on the web?
11  A. I think so.  Yeah.
12  Q. Was it publically available as of April
13     25th, 1997?
14  A. Looks like, yeah.
15  Q. Do you recall putting it on the internet
16     site for MCNC?
17  A. Yes, based upon this e-mail, yeah.
18  Q. And based on the distribution list, you
19     sent it to all the DARPA PI's for intrusion
20     detection.
21  A. Yes, correct.
22  Q. And that includes Peter Neumann, and you
23     can see the distribution list, the third
24     one down.
```

77

1    A.    Yeah.

2    Q.    It also included Porras?

3    A.    Correct.

4    Q.    And it also included Mr. Valdes, which

5          is --

6    A.    Yeah.   Um-hmm.

7    Q.    Have you ever heard of the way back

8          machine?

9    A.    Way back machine?

10   Q.    Um-hmm.

11   A.    Doesn't ring any bell.

12   Q.    It's an internet archiving organization.

13   A.    Um-hmm.

14   Q.    The next exhibits, I'm going to show you

15         some material that we were able to take

16         from this internet archiving web site.

17   A.    Um-hmm.

18   Q.    I think we're on J19.  Will the court

19         reporter mark as Exhibit J19 document

20         bearing production number SYM_P_0527594

21         to -- that would be it.  Hold on one

22         second.  I've got the wrong -- here we go.

23         Too much paper.

24              (Exhibit J19 was marked.)

78

1   A.   Kill a lot of trees.

2   Q.   Now, if you take a look at this --

3   A.   Um-hmm.

4   Q.   -- this is, according to archive.org you

5        can see at the bottom --

6   A.   Um-hmm.

7   Q.   -- it is supposed to be pulled off of the

8        MCNC web site.

9   A.   Um-hmm.

10  Q.   And if you look in the middle, it has 1997,

11       10/17.

12  A.   Um-hmm.

13  Q.   According to their format, that represents

14       October 17th, 1997.

15  A.   Okay.

16  Q.   And if you look above that and what looks

17       to be from the web site, there's a date of

18       June, 1997.  You have the wrong one.

19            You know what, why don't we take a

20       break.  I think I need to organize the

21       exhibits for a second.  Why don't we take a

22       break so I'll have a chance to organize it

23       a little better?

24            VIDEOGRAPHER:  This represents the

1       end of tape one in the deposition of

2       Y. Frank Jou.  Going off the record at

3       11:47.

4              (Continuing after lunch recess.)

5              VIDEOGRAPHER:  Back on the record,

6       this begins tape number 2 in the deposition

7       of Y. Frank Joe.  The videographer is Bob

8       Collier for the firm of Capital Reporting

9       of Raleigh, North Carolina.  This

10      deposition is being held at the offices of

11      Smith Moore, Raleigh, North Carolina, on

12      January 27th, 2006.  The time is 12:34.

13      BY MS. MOEHLMAN:

14  Q.  Good afternoon.  I'm going to hand you

15      several exhibits that have been premarked,

16      and if you can build them up together, I

17      think that's the easiest way to do this.

18             So the first exhibit is J20.  It is

19      bearing document production SYM_P_0527594.

20      Deposition Exhibit J21 bears production

21      numbers SYM_P_0527595 to 96.  So if you can

22      put it underneath and sort of build the

23      stack .

24             MS. BROWN:  What exhibit number did

80

1          you say this was?

2    Q.    J21.   Exhibit J22 bears document numbers

3          SYM_P_0527597 to 601.

4                Exhibit J23 is an exhibit bearing

5          document production numbers SYM_P_0527602

6          to 643.

7    A.    Are these the same?

8    Q.    Yeah, it's the same, but I'll explain.

9          It's supposed to be bound together.   That's

10         why it's a little disorganized.   So I'm

11         going to try and build it back up.

12               So J24 is document bearing production

13         number SYM_P_0527644 to SYM_P_0527709.

14         Okay.   All right, so before lunch I was

15         trying to walk through this.   And I think

16         we can do it a little better now that we

17         have the exhibits together.   So if you look

18         on the first page, you'll see that this

19         is -- appears to be a web page.   Do you

20         recognize this?

21   A.    Yeah, um-hmm.

22   Q.    What is it?

23   A.    This was posted on the MCNC web site.   You

24         know, present the active projects that are

```
 1        ongoing on MCNC -- well, I should not say
 2        active projects, because I gather some of
 3        this, for instance Vistanet and Atilla,
 4        probably has concluded at that point in
 5        time.  So this probably the project which,
 6        you know, either in the past or ongoing at
 7        that point.  Yeah.
 8   Q.   Now, you see in the corner there, it says
 9        June 1997.
10   A.   Yeah.  Um-hmm.
11   Q.   Does that indicate that this was the page
12        that was up as of June '97?
13   A.   It was -- I would say this was last updated
14        at that time.  That would be my best
15        interpretation about that.
16   Q.   And as we were discussing the part -- the
17        bottom, URL is from this archive.org
18        repertoire, and it indicates a date of
19        picking this up off of the web of October
20        17th, 1997.
21   A.   Um-hmm.
22   Q.   Do you have any reason to doubt the
23        accuracy that this was on the web at -- on
24        October 17th, 1997?
```

82

```
1   A.   No, I don't think so.  Unh-uh.
2   Q.   All right.  So now if we turn to the next
3        exhibit, which is J21.
4   A.   Um-hmm.
5   Q.   Now, when you press -- when you click on
6        the web site of JiNao, the next one that
7        came up would be J21, Scalable Intrusion
8        Detection for the Emerging Network
9        Infrastructure.
10  A.   Okay.
11  Q.   And is that -- is that in accord with your
12       recollection of how the web site, the MCNC
13       web site worked?
14  A.   Yes.
15  Q.   And again at the bottom, from the
16       archive.org web site, it indicates that
17       this was up on the web of October 17th,
18       1997.  Would that be in accordance with
19       your recollection?
20  A.   Yes.
21  Q.   Okay.  Now, if you turn to the second page
22       of J21, you'll see it says three related --
23       it says related information, and then it
24       has three links you can click on.
```

83

```
 1    A.    Yeah, um-hmm.

 2    Q.    Okay.  The first one of that is J22.

 3    A.    Okay.

 4    Q.    Okay.  And this is -- this says PP

 5          presentation ANR MCNC.

 6    A.    Um-hmm.

 7    Q.    Okay.  Do you recognize this document?

 8    A.    Yeah, I think so.  Um-hmm.

 9    Q.    Okay.  Start at the bottom.  This indicates

10          again that it was on the MCNC web site

11          October 17th, 1997.  Is that in accordance

12          with your recollection?

13    A.    Yeah.

14    Q.    Do you have a sense of what this Power

15          Point presentation is for?  And I'll tell

16          you, the one that's on the second page,

17          SYM_P_0527098, is the Power Point

18          presentation, and then the following is the

19          H -- the text version.

20    A.    Okay.

21    Q.    So it's sort of two representations of the

22          same thing, because the slide is very

23          small.

24    A.    Um-hmm.
```

84

1    Q.    Do you recognize this slide at all?

2    A.    Yeah, I think so.

3    Q.    What is it?

4    A.    That was the one-page highlight of this

5          project.  Basically the one on the left

6          upper corner is the target environment.  I

7          suppose that's what this is.

8    Q.    Um-hmm.

9    A.    And the right-hand side, upper right-hand

10         side is talking about new idea of this

11         project.  And the third quarter, left

12         bottom corner, is talking about the impact,

13         the conclusion of this project, what

14         impact.  Would this effort bear fruit.  And

15         the last quarter, the right-hand bottom

16         one, is about the schedule of this project.

17   Q.    Do you remember using this to provide a

18         presentation to anybody?

19   A.    Well, I don't recall.  This was one-page

20         summary type of thing.  My -- I might have.

21         You know.  Just sort of one-page summary of

22         what's been going on with this project, and

23         where we are at this point in time in terms

24         of the progress.  Yeah, but certainly this

85

```
 1           was on the web site, as I recall, you know,
 2           based on this documentation.
 3    Q.    Now the next exhibit, J23, is, as you
 4           rightly pointed out, a copy of the exhibit
 5           that we marked J18.
 6    A.    Um-hmm.  Yeah.
 7    Q.    This is what came up, if you go back to the
 8           exhibit marked J21.
 9    A.    Okay.
10    Q.    And you go to the second page of that.
11    A.    Um-hmm.
12    Q.    If you clicked on the link called
13           architecture design report --
14    A.    Okay.
15    Q.    -- this is what came up.
16    A.    Okay.
17    Q.    Is that in accordance with your
18           recollection?
19    A.    Yeah.  I think so, yeah.
20    Q.    Okay.  Now, if you go to the third link on
21           the second page of Exhibit J21, you would
22           get J24.
23    A.    Okay.
24    Q.    Which is the last one.
```

86

```
 1   A.   Um-hmm.  Okay.
 2   Q.   Do you recognize J24?
 3   A.   Yeah, I think so.
 4   Q.   And this is a Power Point presentation; is
 5        that correct?
 6   A.   Um-hmm.
 7   Q.   It was co-written by you?
 8   A.   Yeah.
 9   Q.   And if it helps, as Ms. Prescott pointed
10        out, at the end of Exhibit J18 there was a
11        slide presentation.
12   A.   Okay.
13   Q.   It's right here.  At the end of this.  And
14        that's a blown-up version of the slide
15        presentation.
16   A.   Okay.
17   Q.   On J24.
18   A.   Okay.
19   Q.   You can use whatever one is easier for you
20        to read.
21   A.   That's fine.
22   Q.   So going back to J24, at the bottom this
23        again indicates that it was on the web as
24        of October 17th, 1997.  Is that in
```

87

| | | |
|---|---|---|
| 1 | | accordance with your recollection? |
| 2 | A. | I think so. |
| 3 | Q. | And this presentation at the top, the first |
| 4 | | page of the presentation, says IDS program |
| 5 | | review. |
| 6 | A. | Um-hmm. |
| 7 | Q. | Do you know what IDS means? |
| 8 | A. | Intrusion detection system. |
| 9 | Q. | Do you recall if you presented this slide |
| 10 | | show anywhere? |
| 11 | A. | Some form of it.  You know, might be in the |
| 12 | | PI meeting, or in the conference paper |
| 13 | | presentation.  Yeah.  But I, you know, |
| 14 | | don't know exactly which conference or |
| 15 | | meeting I presented it in its entirety. |
| 16 | | What conference.  But this was made |
| 17 | | available through the web site. |
| 18 | Q. | So you believe that you presented it, or |
| 19 | | some form of it, at a conference. |
| 20 | A. | Yeah.  I would think so. |
| 21 | Q. | And that this was also available on the |
| 22 | | MCNC web site. |
| 23 | A. | That's correct. |
| 24 | Q. | So we can put these aside.  We're in the |

88

```
 1        home stretch.
 2   A.   Good.
 3   Q.   All right.  Do you know what exhibit number
 4        I'm on?
 5             Ask the court reporter to mark as
 6        Exhibit J25 a document bearing production
 7        numbers SRIE 0399156 to 0399159.
 8             (Exhibit J25 was marked.)
 9             And this is an e-mail, it says from
10        Teresa Lunt dated July 20th, 1997.  It says
11        tentative agenda for the DARPA intrusion
12        detection conference.
13   A.   Um-hmm.
14   Q.   If you look in the 'to' lines, do you
15        recognize your name, second row?
16   A.   Um-hmm.
17   Q.   And Mr. Porras' name also in the second
18        row?
19   A.   Um-hmm.
20   Q.   And Mr. Valdes' name, which is six lines
21        down in the middle.
22   A.   Okay.
23   Q.   Do you remember an intrusion detection PI
24        meeting in Menlo Park?
```

89

1   A.   Well, yeah.  I don't recall prior to this,

2        but if you show me this then I have no

3        reason to doubt that there was a PI meeting

4        took place at that point in time.  Yeah.

5   Q.   So these intrusion detection PI meetings

6        are taking place every quarter, is that --

7   A.   No, every half a year.

8   Q.   Every half year.

9   A.   Right.

10  Q.   And I believe you said that the principal

11       investigators were expected to show up at

12       these meetings.

13  A.   That's correct.  Um-hmm.

14  Q.   If you take a look at the second page of

15       this exhibit, you see project update.

16  A.   Um-hmm.

17  Q.   And then it has at 10:00 --

18  A.   Right.

19  Q.   -- your name.

20  A.   Um-hmm.

21  Q.   Do you recollect what you would have

22       presented?

23  A.   The progress report.  You know, of this

24       project at that point in time.  Yeah.

94

```
 1          between two modules.
 2   A.     Two systems.
 3   Q.     Two systems.
 4   A.     Um-hmm.
 5   Q.     And so why would he be interested in the
 6          type and format of the data that you would
 7          be feeding to the stats tool?
 8               MS. PRESCOTT:  Objection.
 9   A.     I don't recall when he mentioned that the
10          test tool is either about the stats tool we
11          did in JiNao or the stats tool he talk
12          about in EMERALD.  I don't recall exactly
13          what he meant here.  But from the high
14          level, as far as I can recall, there's
15          pretty much talking about interface between
16          two systems.  That's what I can, you know,
17          get out of this exchange.
18   Q.     And if I understood your earlier testimony,
19          as part of the CIDF group, JiNao and
20          EMERALD were a sub group that was looking
21          to share data between the two systems; is
22          that correct?
23               MS. PRESCOTT:  Objection to the form.
24   A.     Able to work together as a bigger system,
```

```
 1         if you will.  For detection of the
 2         potential of intrusion attempts.
 3    Q.   And is this the right, correct terminology?
 4         Would JiNao issue alerts?  Would a JiNao
 5         monitor issue an alert?
 6              MS. PRESCOTT:  Objection to the form.
 7    A.   JiNao would monitor the network traffic, in
 8         particular routing -- OSP of routing
 9         protocol.  In this particular
10         implementation, product implementation, we
11         were particularly looking for OSPF protocol
12         exchange.  And based upon the system we
13         designed, implemented, we focus on the --
14         any anomaly or any signature, protocol
15         signature that's proved to be harmful of
16         this particular protocol.  So JiNao was
17         designed to monitor the routing protocol
18         exchange, and to determine whether
19         the network status at that point in time
20         was normal or was under potential attack.
21    Q.   And if it determined that it was under a
22         potential attack --
23    A.   Um-hmm.
24    Q.   -- what would it output?  What would the
```

96

```
 1        JiNao monitor output?
 2   A.   Okay, if I recall correctly, that we have
 3        so-called normal management on top of this.
 4        And basically it would be reflected through
 5        the management chain.
 6   Q.   And would the cooperation between JiNao and
 7        EMERALD be that EMERALD would be able to
 8        take in that -- that report?
 9   A.   Well, that certainly was the attempt, you
10        know.  But I don't recall, you know, how
11        far we went, you know.  How far we
12        accomplished at that time.
13   Q.   And was it also the case that JiNao was
14        trying to accept reports from EMERALD?
15            MS. PRESCOTT:  Objection.
16   A.   I would say yes.  Again that was the
17        attempt under CIDF, but I don't recall how
18        much we did along that line.
19   Q.   But you were trying to work together to
20        achieve an interface between EMERALD and
21        JiNao; correct?
22   A.   Yeah, that was the -- you know, under the
23        behest of our project program manager,
24        Teresa Lunt.  She asked us to look closely
```

```
 1            at how we can work together.  Yeah.
 2   Q.   And if I'm understanding the testimony
 3        today, there were a few ways that you were
 4        working together.  One was sharing the --
 5        the SRI folks providing the statistical
 6        algorithm to you; correct?
 7   A.   Right.  NIDES.
 8   Q.   And the second way that we talked about was
 9        through the CIDF effort to create a common
10        interface; correct?
11   A.   Yes, that was the goal.  Again, you know,
12        as I recall -- actually I don't recall how,
13        you know, how much -- how far we -- we
14        accomplished along that goal, I should say.
15   Q.   Okay.  Was there any other ways in which
16        you cooperated with the EMERALD folks at
17        SRI?
18   A.   Not further -- no.  Not much after, you
19        know, beyond the extent after this.
20   Q.   Now, ask the court reporter to mark as J27
21        a document bearing production number SRIE
22        0018215.
23            (Exhibit J27 was marked.)
24            If you'd take a look at J27, this is
```

98

```
 1          an e-mail from you to Phillip Porras dated
 2          September 18th, 1997.
 3    A.    Um-hmm.
 4    Q.    You talked about placing two files --
 5    A.    Um-hmm.
 6    Q.    -- at a particular web address.
 7    A.    Um-hmm.
 8    Q.    One is test bed.ps.  And the other one is
 9          gated.log.  Do you know what these were?
10    A.    Test bed.ps is the post script form of the
11          test bed configuration we had at that
12          point.
13    Q.    And the test bed would be --
14    A.    JiNao test bed.
15    Q.    Would that be --
16    A.    That consists of, you know, several
17          internet spots.  Work station.  And we
18          reconfigure it to serve as a router,
19          because it has multiple interfaces that
20          would interface current installed there.
21          And each one basically running GateD.
22          GateD is the software which has the OSPF
23          protocol imbedded.  And the log, the second
24          file, gated.log, basically was the -- the
```

162

```
 1        one.  Actually he intended to send some
 2        more exhibit, but you know, the hard copy,
 3        only these three pages ended over to me.
 4        And later on he did send me electronic copy
 5        of some of these, I suppose, but I didn't
 6        bring them with me.
 7   Q.   Did Mr. Blake send you any other e-mails
 8        besides an attachment to your subpoena?
 9   A.   Not as I recall, no.
10   Q.   Did Mr. Blake tell you about why you needed
11        to come here today?
12   A.   Yes, he did explain that, you know, this
13        was because I work on the JiNao project,
14        and had something to do with patent dispute
15        between, you know, three parties, and --
16        yeah.
17   Q.   Okay.  And so basically you came here today
18        in response to the subpoena that ISS sent
19        and Symantec issued to you; correct?
20   A.   Yes.
21             MS. PRESCOTT:  Let's just take a
22        short break.
23             THE WITNESS:  Okay.
24             VIDEOGRAPHER:  Going off the record.
```

163

```
 1        The time is 15:10.
 2               (Continuing after recess.)
 3          VIDEOGRAPHER:  Back on the record,
 4        the time is 15:14.
 5          MS. PRESCOTT:  Thank you very much
 6        for your time today, Dr. Jou.  I'm going to
 7        turn you back over to ISS's counsel.
 8          MS. MOEHLMAN:  And if we could switch
 9        places.  Why don't we stay on?
10        Why don't we go off for a second.
11          VIDEOGRAPHER:  Off the record.  Time
12        is 15:14.
13          VIDEOGRAPHER:  Back on the record.
14        The time is 15:16.
15        RE-EXAMINATION
16        BY MS. MOEHLMAN:
17   Q.   Mr. Jou, I have a couple more questions,
18        some follow-up questions that will be very
19        short.
20   A.   Okay.
21   Q.   If you could take the technical report
22        dated April 1997, J18.
23   A.   Okay.
24   Q.   If you could, turn to page 19 of that
```

164

```
 1        report, which is ISS 00357089.
 2   A.   Page 21, right?
 3   Q.   Page 19.
 4   A.   19.
 5   Q.   Let me try again.  I'll give you the last
 6        one.  087.
 7   A.   Yeah.
 8   Q.   You're on the right page.  And if you'll
 9        look on that page you'll see it says
10        measures.
11   A.   Um-hmm.
12   Q.   Do you see that?  And then if you read
13        through the paragraph, about halfway down
14        it talks about using the names of the
15        packet types.
16   A.   Um-hmm.
17   Q.   And then there's a sentence that says, "We
18        would classify the JiNao measures into two
19        groups, activity intensity and audit record
20        distribution measures."
21   A.   Right, um-hmm.
22   Q.   And then it goes on to talk about one of
23        the measures for activity intensity
24        measures being volume.
```

1   A.   Um-hmm.

2   Q.   Correct?

3   A.   Um-hmm.

4   Q.   Now, does that refresh your recollection of

5        when you thought of using data volume as a

6        measure?

7   A.   Okay.  May-April, '97.  Okay.  Yeah.  Yes.

8        And your question was what?

9   Q.   Had you by April 1997 thought of using data

10       volume as a measure in your JiNao system?

11  A.   According to the -- this documentation, I

12       would think so, yes.  Um-hmm.

13  Q.   And we established earlier in your

14       testimony that this was posted on the web

15       in April of 1997, this technical report;

16       correct?

17  A.   I don't recall when it was posted, but

18       based upon the time stamp it was April,

19       1997.

20  Q.   Just so the record's clear, if you could

21       pull out J17.

22  A.   J17.

23  Q.   That's going to be an e-mail.

24  A.   Can you just show me the one you have,

166

1          or --

2     Q.   Well, it has my writing on it. Let me find

3          it.

4     A.   17, here.

5     Q.   Great. If you remember, J17 is an e-mail

6          from you to a group of people dated April

7          25th, 1997.

8     A.   Yeah.

9     Q.   And you wrote that the system architecture

10         design was available from the MCNC web

11         site. Do you remember that?

12    A.   Yeah.

13    Q.   And that the system architecture design

14         that was available is J18; correct?

15    A.   Yeah.

16    Q.   Okay. So as of April, the end of April,

17         1997, is it fair to say the Exhibit J18 was

18         on the MCNC web site?

19    A.   Okay, yeah. Um-hmm.

20    Q.   So going back to J18, page 19, in that

21         architecture document you talk about using

22         data volume as a measure; correct?

23    A.   Correct. Um-hmm.

24    Q.   Now, going back to the J37 paper.

167

1   A.   Okay.

2   Q.   Keep J18 open to page 19.

3   A.   Um-hmm.  Okay.

4   Q.   Now, go back to J37.

5   A.   J37.  Okay.

6   Q.   Go to page 65 --

7   A.   Okay.

8   Q.   -- of that, which is SYM_P_0500580.

9   A.   Yeah.

10  Q.   Now, if you look, another of the measures

11       that you talked about was in 4.2, OSPF

12       type.

13  A.   Yeah, right.

14  Q.   Now, if you could put it side by side, this

15       paper, with J18.

16  A.   Okay.

17  Q.   And at the end of the paragraph on

18       measures, do you see where it says hello

19       packets?

20  A.   Um-hmm.

21  Q.   And if you look at the paper from G -- J37,

22       it lists number one, hello.

23  A.   Um-hmm.

24  Q.   Number two on the paper is data base