Scalable Intrusion Detection for the Emerging Network Infrastructure

2 of 2



PP Presentation

PP Presentation

PP Presentation

Probabilistic MaxAgeDiff Attack

Undetected Tampering

Fresher LSA?

Linear Case: LSA Age

Attacker's (E) Learning Phase

MaxAgeDiff Attack

PP Presentation

http://web.archive.org/web/19971017104157/www.mcnc.org/HTML/ITD/ANR/sri/index.htm

ISS_02125912

Scalable Intrusion Detection for the Emerging Network Infrastructure 1 of 1

http://web.archive.org/web/19971017111256/www.mcnc.org/HTML/ITD/ANR/sri/sld001.htm

ISS_02125913

Project Update



   

PP Presentation

1 of 4





http://web.archive.org/web/19971017114140/www.mcnc.org/HTML/ITD/ANR/sri/sld003.htm

ISS_02125915

PP Presentation 1 of 1

   

http://web.archive.org/web/19971017111447/www.mcnc.org/HTML/ITD/ANR/srt/sld004.htm

ISS_02125916

System Design: 1 of 1



   

http://web.archive.org/web/19971017111523/www.mcnc.org/HTML/ITD/ANR/sri/sid005.htm

ISS_02125917

System Design: Intercept. Mod.                                                                      1 of 1



   

http://web.archive.org/web/19971017111559/www.mcnc.org/HTML/ITD/ANR/sri/sld006.htm

ISS_02125918

PP Presentation    1 of 1



   

ISS_02125919

PP Presentation                                                                                     1 of 1



   

http://web.archive.org/web/19971017111715/www.mcnc.org/HTML/ITD/ANR/sri/sld008.htm

ISS_02125920

PP Presentation 1 of 1



   

http://web.archive.org/web/19971017111752/www.mcnc.org/HTML/ITD/ANR/sri/sld009.htm

ISS_02125921