PP Presentation



   

http://web.archive.org/web/19971017111828/www.mcnc.org/HTML/ITD/ANR/sri/sld010.htm

ISS_02125922



   

PP Presentation · 1 of 1



   

PP Presentation                                                                 1 of 1



   

http://web.archive.org/web/19971017112013/www.mcnc.org/HTML/ITD/ANR/sri/sld013.htm

ISS_02125925


   

http://web.archive.org/web/19971017112033/www.mcnc.org/HTML/ITD/ANR/sri/sld014.htm

ISS_02125926

PP Presentation

1 of 1



   

http://web.archive.org/web/19971017112209/www.mcnc.org/HTML/ITD/ANR/sri/sld016.htm

ISS_02125928

PP Presentation 1 of 1

Testbed Configuration

http://web.archive.org/web/19971017112246/www.mcnc.org/HTML/ITD/ANR/sri/sld017.htm

ISS_02125929

PP Presentation 1 of 1

   

http://web.archive.org/web/19971017112323/www.mcnc.org/HTML/ITD/ANR/sri/sld018.htm

ISS_02125930

PP Presentation                                                                          1 of 1

### Routing Attacks

   

http://web.archive.org/web/19971017112400/www.mcnc.org/HTML/ITD/ANR/sri/sld019.htm

ISS_02125931

PP Presentation



   

http://web.archive.org/web/19971017112437/www.mcnc.org/HTML/ITD/ANR/sri/sld020.htm

ISS_02125932

PP Presentation    1 of 1



   

http://web.archive.org/web/19971017112514/www.mcnc.org/HTML/ITD/ANR/sn/sld021.htm

ISS_02125933

PP Presentation                                                              1 of 1





PP Presentation 1 of 1



   

ISS_02125935




Undetected Tampering                                                          1 of 1



   

http://web.archive.org/web/19971017112744/www.mcnc.org/HTML/ITD/ANR/sri/sld025.htm

ISS_02125937

Fresher LSA?  1 of 1



   

Case 1:04-cv-01199-SLR   Document 509-9   Filed 05/20/2008   Page 18 of 20

Linear Case: LSA Age.                                                                  1 of 1



   

http://web.archive.org/web/19971017112858/www.mcnc.org/HTML/ITD/ANR/srt/sld027.htm

ISS_02125939

Attacker's (E) Learning Phase    1 of 1



   

http://web.archive.org/web/19971017112934/www.mcnc.org/HTML/ITD/ANR/sri/sld028.htm

ISS_02125940

MaxAgeDiff Attack

1 of 1



   

http://web.archive.org/web/19971017113011/www.mcnc.org/HTML/ITD/ANR/sri/sld029.htm

ISS_02125941