
  

ISS_02125942

# Scalable Intrusion Detection for the Emerging Network Infrastructure

Scalable Intrusion Detection for the Emerging Network Infrastructure

Y. Frank Jou  S. Felix Wu

MCNC NCSU

IDS Program Review

Next slide    Back to the first slide    View Graphic Version

http://web.archive.org/web/19971017122825/www.mcnc.org/HTML/ITD/ANR/sri/tsld001.htm

ISS_02125953

# Project Update

## Project Update

- Overview
- System Architecture Design
- Routing Testbed Configuration
- Routing Traffic Statistical Profiles
- Routing Attacks
- What's next ...

Previous slide   Next slide   Back to the first slide   View Graphic Version

http://web.archive.org/web/19971017123005/www.mcnc.org/HTML/ITD/ANR/sri/tsld002.htm

ISS_02125954

PP Presentation                                                                 1 of 1

# PP Presentation

## Overview: Target Environment

Previous slide   Next slide   Back to the first slide   View Graphic Version

http://web.archive.org/web/19971017123106/www.mcnc.org/HTML/ITD/ANR/sri/tsld003.htm

ISS_02125955

PP Presentation                                                                                       1 of 1

# PP Presentation

## Overview: JiNao Architecture

- Integration of attack prevention (configurable firewall) and intrusion detection.
- Detect your neighbors.
- A RSMM (Remote Security Management Module) can coordinate a set of JiNao's to detect orchestrated attacks and isolate bad routers.

Previous slide   Next slide      Back to the first slide    View Graphic Version

http://web.archive.org/web/19971017123206/www.mcnc.org/HTML/ITD/ANR/sri/tsld004.htm

ISS_02125956

System Design: 1 of 1

# System Design: ♂ Block Diagram

## System Design: ♂ Block Diagram

**Prevention Module**

**Detection Module**

**Decision Module**

**RSMM**

**SNMPv3 Eng.**

**Security**

**Officer**

Previous slide   Next slide   Back to the first slide   View Graphic Version

http://web.archive.org/web/19971017123306/www.mcnc.org/HTML/ITD/ANR/sri/sld005.htm

ISS_02125957

# System Design: Intercept. Mod.

## System Design: Intercept. Mod.

- May be placed in multiple protocol layers
    - Device driver
    - IP/IPSEC
    - Higher-layer protocols
- May facilitate active intrusion detection
    - Catch-and-Trap (through RSMM)
- May timestamp the packet

Previous slide   Next slide      Back to the first slide   View Graphic Version

http://web.archive.org/web/19971017123404/www.mcnc.org/HTML/ITD/ANR/sri/tsld006.htm

ISS_02125958

PP Presentation

1 of 1

# PP Presentation

## System Design: Prevention Mod.

- Prevention Layer: Go or No-Go
  - Quick response
- Extraction Layer
  - PDU format conversion
  - Multiple interception points correlation
    - e.g. This SNMPng/v3 PDU is from /dev/eth1 and /dev/tunnel

Previous slide   Next slide   Back to the first slide   View Graphic Version

http://web.archive.org/web/19971017123503/www.mcnc.org/HTML/ITD/ANR/sri/tsld007.htm

ISS_02125959

PP Presentation                                                                 1 of 1

# PP Presentation

## System Design: Protocol Analysis

- Maintain a set of Finite-State Machines
    - One FSM for each identified intrusion
- Provide extensibility
    - Reconfigurable at Run-Time
        - Table-driven implementation of FSMs
        - With a generic driver routine
    - Use Concurrency Workbench (CWB) to produce the FSMs

Previous slide    Next slide    Back to the first slide    View Graphic Version

http://web.archive.org/web/19971017123601/www.mcnc.org/HTML/ITD/ANR/sri/tsld008.htm

ISS_02125960

# PP Presentation

## System Design: Statistical Analysis

- Unknown vulnerability detection
    - Complementary to rule-based and protocol-based analysis
- Profile training
    - Comparing short-term vs. long-term behaviors
        - Weighted aging: Favor more recent observation
    - Experimenting with NIDES statistical algorithm

Previous slide   Next slide   Back to the first slide   View Graphic Version

# PP Presentation

## System Design: Decision Mod.

- Make decisions on intrusion based on input from Prev/Detec Modules and RSMM
- Provide information for the IAM (RSMM)
- Propagate global information to the Prev/Detec Modules
- Notify security officer of faults/intrusion

Previous slide    Next slide    Back to the first slide    View Graphic Version

# PP Presentation

**Router A**

**Router B**

**Correlate Input to make informed decision**

Previous slide   Next slide     Back to the first slide   View Graphic Version

# PP Presentation

## System Design: Info. Abst. Mod.

- Detection Info. aggregation/MIB-fication
  - Run-length coding for data reduction for repeated normal report or persistent fault
- Periodic checking and propagation of global information
- Scope of Impact representation
  - Topological info. on all the affected routers through graph representation (GrIDS?)

Previous slide   Next slide   Back to the first slide   View Graphic Version

# PP Presentation

## System Design: MIB

- Rule/FSM configuration and statistical parameter specification
- Local detection results
- Detection notifications
- Security control
- Log access

Previous slide   Next slide     Back to the first slide    View Graphic Version

# PP Presentation

## System Design: RSMM

- SNMPv3 based management applications
- Access JiNao MIBs and correlate detection results
- Example: active intrusion detection (Catch and Trap)

Previous slide   Next slide      Back to the first slide    View Graphic Version

http://web.archive.org/web/19971017124153/www.mcnc.org/HTML/ITD/ANR/sri/tsld014.htm

ISS_02125966

# PP Presentation

Alice

Bob

Chris

RSMM

Active Intrusion Detection: Catch &

Trap

(1)

(2)

(3)

(4)

(5)

(6)

trap

(7)

(0)

suspend

http://web.archive.org/web/19971017124252/www.mcnc.org/HTML/ITD/ANR/sri/tsld015.htm

ISS_02125967

PP Presentation                                                                 2 of 2

Previous slide   Next slide    Back to the first slide    View Graphic Version

ISS_02125968

PP Presentation 1 of 1

# PP Presentation

## System Design: Interfaces

- Information exchange is done via message passing
- Authentication is provided if necessary
- Separate input queue for facilitating priority mechanisms

Previous slide   Next slide        Back to the first slide   View Graphic Version

http://web.archive.org/web/19971017124351/www.mcnc.org/HTML/ITD/ANR/sri/tsld016.htm

ISS_02125969

# PP Presentation

## Testbed Configuration

- Two routing testbeds (autonomous systems, AS): MCNC & NCSU
- Each has three to four areas
- Allow independent code development
- Will be linked together to experiment ASBR attacks (only AS-external-LSAs are flooded throughout the entire AS)
- (Ref: configuration in file "testbed.ps")

Previous slide   Next slide     Back to the first slide   View Graphic Version

PP Presentation

1 of 1

# PP Presentation

## Routing Statistical Profiles

- Hello packets: stable (like step-function)
- Database Description and LS Request packets: rare events (only for forming adjacencies)
- LS Update and LS Ack: periodic in about every 30 min (LSRefreshTime: 30 min, MinLSInterval: 5 sec)
- (Look for four other postscript files, two were normal, two were under attack).

Previous slide    Next slide    Back to the first slide    View Graphic Version

http://web.archive.org/web/19971017124546/www.mcnc.org/HTML/ITD/ANR/sri/tsld018.htm

ISS_02125971