# PP Presentation

## Routing Attacks

- Hit-and-Run Attack: hard to detect/isolate
  - Inject one (or very few) bad packet causing long term damage.
- Persistent Attack:
  - The intruder has to continuously inject attack packets.
- Attack Experiments:
  - Max Sequence Number attack (implem. bugs)
  - MaxAgeDiff attack (weak checksum algo.)

Previous slide   Next slide    Back to the first slide   View Graphic Version

ISS_02125972

# PP Presentation

## Sequence #: Counter Flushing

ATM

(1) Seq#: 0x7FFFFFFF

(2) 0x7FFFFFFF with

MaxAge to purge

this entry.

(3) 0x80000001.

Previous slide    Next slide    Back to the first slide    View Graphic Version

http://web.archive.org/web/19971017124743/www.mcnc.org/HTML/ITD/ANR/sri/tsld020.htm

ISS_02125973

# PP Presentation

**Attack and Fight-Back**

**ATM**

**Seq#**

**(1) 0x90001112**

**(2) 0x90001113**

**(3) 0x90001114**

**fight-back**

Previous slide   Next slide     Back to the first slide   View Graphic Version

ISS_02125974

# PP Presentation

**MaxSeq# Attack**

**ATM**

**Seq#**

**(1) 0x90001112**

**(2) 0x7FFFFFFF**

**MaxSeq#**

**(3) 0x80000001**

**fight-back**

**(4). 0x7FFFFFFF**

Previous slide    Next slide    Back to the first slide    View Graphic Version

ISS_02125975

# PP Presentation

## Max-Sequence Number Attack: Features

- Hit-and-Run attack (hard to identify/isolate)
- Implementation Bug! (confirmed in two independent and well known packages)
- Reason: MaxSeq# LSA Purging has not been implemented correctly!!
- Impact: The intruder can "control" the topology database for up to an hour.

Previous slide    Next slide    Back to the first slide    View Graphic Version

ISS_02125976

# Probabilistic MaxAgeDiff Attack

## Probabilistic MaxAgeDiff Attack

- "Sort-of" Hit-and-Run Attack on the RFC directly.
- Preventable by OSPF Digital Signature.
- Still in progress (not yet implemented, and could be a fake attack). We need to verify the timing information in our OSPF routing testbed.

Previous slide   Next slide     Back to the first slide   View Graphic Version

http://web.archive.org/web/19971017125136/www.mcnc.org/HTML/ITD/ANR/sri/tsld024.htm

ISS_02125977

# Undetected Tampering

**Undetected Tampering**

**ATM**

**Seq#**

**(1) 0x90001112**

**– 0x90001112**

**the same checksum**

**but different value**

**They are the same, so not**

**take or forward .**

Previous slide   Next slide      Back to the first slide   View Graphic Version

ISS_02125978

# Fresher LSA?

Fresher LSA?

Seq#A ? Seq#B

ChS:A ? ChS:B

AgeA-AgeB

=

=

>

>

<

<

A

A

A

B

B

B

15

-15

ISS_02125979

**otherwise**

**A, B are treated the same.**

Previous slide    Next slide    Back to the first slide    View Graphic Version

ISS_02125980

# Linear Case: LSA Age.

Linear Case: LSA Age.

E

D

C

B

15:0 14:0 16:0 15:0 0:0

15:1 14:1 16:1 0:1 0:1

15:2 14:2 0:2 0:2 0:2

15:3 14:3 0:3 0:3 0:3

Less than 15 minutes

STOP Here!

I don't

know...

A

Previous slide   Next slide      Back to the first slide   View Graphic Version

http://web.archive.org/web/19980114234004/www.menc.org/HTML/I1D/ANR/srl/tsld027.htm

ISS_02125981

# Attacker's (E) Learning Phase

**Attacker's (E) Learning Phase**

**1. Wait for MaxAgeDiff**

**(15 minutes) before**

**mess-up one LSA (the**

**same Seq#, the same**

**checksum, but 0 age.)**

**2. Check if the originator(A)**

**fight-back or not:**

**- If YES, try**

**- MaxAgeDiff +delta**

**- If NO, try**

**- MaxAgeDiff - delta**

**Attacker**

**Victim**

Previous slide   Next slide      Back to the first slide   View Graphic Version

http://web.archive.org/web/19980114234101/www.mcnc.org/HTML/ITD/ANR/sri/lsid028.htm

ISS_02125982

# MaxAgeDiff Attack

## MaxAgeDiff Attack

- Learning Phase:
  - Find out the optimal timing to control the largest possible area of good routers.
  - The learning itself can be undetectable.
- Attack Phase:
  - Launch one bad LSA after the optimal timing.
  - The network topology may be partially controlled for about 15 minutes.
    - LSRefreshInterval - MaxAgeDiff = 30 - 15 = 15.

Previous slide    Next slide    Back to the first slide    View Graphic Version

ISS_02125983

# PP Presentation

## What's Next:

- Implement the module code
- Collect more routing traffic statistical profiles
- Conduct code analysis on GateD (OSPF portion)
- Construct simulator to understand the impact of attack on a large scale network

Previous slide          Back to the first slide   View Graphic Version

ISS_02125984



 electronic and information technologies

# ADVANCED NETWORKING RESEARCH (ANR)

The Advanced Networking Research group at MCNC engages in a variety of research and development projects, involving security solutions for protection of information infrastructures and system solutions for high-speed networking. In addition to its independent R & D projects funded by federal agencies such as DARPA, the group also provides development and consulting services to other technology developers and users.



ISS_02125985

# Projects Highlights

- **CELESTIAL**
  - Development of a security service management architecture for heterogeneous networking environment
  - Enhancing the survivability of networking infrastructures and promoting wide deployment of security services
- **Ji-Nan**
  - Development of an intrusion detection system for emerging internetwork environment
  - Provide protection for the routing infrastructure through SNMP integrated solution
- **Enigma2**
  - Development of a cell-level security system for ATM/SONET public network standards
  - Provides full-bandwidth, full-duplex encryption at OC-12c (622Mbps) and OC-3c (155Mps)
- **Integrated QoS**
  - Porting/implementation of QoS provisioning protocols and mechanisms in NetStar GigaRouter
  - Evaluation through experiments and comparisons
- **Attila**
  - Development of a Dynamic BISDN Traffic Analysis System
  - Built around the ATM and SONET public network standards
- **VISTAnet**
  - Research in communications, graphics, and medical applications utilizing a gigabit testbed
  - One of the five gigabit network testbeds that have been selected for funding by the Corporation for National Research Initiatives as part of a program supported by NSF and ARPA
-

**MCNC Homepage**



MCNC
Post Office Box 12889
Research Triangle Park
North Carolina 27709-2889

*June 1997*

ISS_02125986

# PP Presentation

**New Ideas**

**Impact**

**Schedule**

- Comprehensive approach for intrusion detection on network

**infrastructure**

**- Offering prevention, detection, response, and reconfiguration**

**capabilities**

- Flexible architecture design which can target at any network

**protocol of interest (select three key protocols: OSPF, PNNI,**

**and SNMP as implementation examples)**

- Coupling with network management to enable automated

**responses and easy integration with other systems**

- Providing comprehensive capabilities to protect network

**infrastructures**

- Resulting better understanding in security implications of

**key network protocols**

**- Contributing to the IETF and vendors community regarding**
**the**

**the finding of security vulnerabilities in protocol specification**

http://web.archive.org/web/19971017111157/www.mene.org/HTML/TID/ANR/qchart/tsld001.htm

ISS_02125987

## and implementation

- Easy integration to be part of a fault management system

## through the built-in network management component

- Can be commercialized/deployed to operational network

**routers/switches**

**Start**

**JiNao IDS architecture**

**specification complete**

**Statistical profile**

**delivery**

**Modules code**

**delivery**

**Demo of JiNao**

**system implementation**

**Demo of JiNao**

**implementation**

**after refinement**

**Evaluation**

**Final**

**report**

ISS_02125988

# Scalable Intrusion Detection for the Emerging Network Infrastructure (JiNao)

Back to the first slide     View Graphic Version

ISS_02125989

# PP Presentation

# ANR

# MCNC

PP Presentation

ISS_02125990





ISS_02125991