T

Case 1:04-cv-01199-SLR    Document 509-12    Filed 05/20/2008    Page 1 of 2

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**