GEORGE KESIDIS, VOLUME I        MAY 25, 2006

| | | |
|---|---|---|
| 1 | document to see if they make a specific reference to | 16:51:05 |
| 2 | statistical analysis methods on the MIB. | 16:51:23 |
| 3 | I -- I mean there is some preliminary mention | 16:51:43 |
| 4 | of intrusion detection off the MIB in page 15, the | 16:51:49 |
| 5 | middle paragraph.  My impression was that in | 16:51:59 |
| 6 | reading -- well, when I read this, I really wasn't | 16:52:04 |
| 7 | informed to specifically how they proposed to do | 16:52:10 |
| 8 | statistical intrusion detection off the MIB, | 16:52:15 |
| 9 | statistical analysis off the MIB.  It's largely -- I | 16:52:28 |
| 10 | mean if you look at page 15, this is the kind of thing | 16:52:32 |
| 11 | I remember.  It's largely a suggestion, which is at | 16:52:40 |
| 12 | the time talking about the impediments for doing | 16:52:50 |
| 13 | real-time statistical analysis using SNMP and | 16:52:57 |
| 14 | suggesting that the working group in IETF modify how | 16:53:03 |
| 15 | it does logging to facilitate -- to facilitate | 16:53:15 |
| 16 | statistical analysis intrusion detection off a MIB. | 16:53:28 |
| 17 | So the answer to your question is I don't | 16:53:31 |
| 18 | precisely know based on reading of the document what | 16:53:34 |
| 19 | they could mean or what they could suggest as the kind | 16:53:37 |
| 20 | of statistical analysis techniques would be in the box | 16:53:42 |
| 21 | in the upper left. | 16:53:42 |
| 22 | BY MS. MOEHLMAN: | 16:53:44 |
| 23 | Q.  What is it about the information in the | 16:53:47 |
| 24 | patent specification on the alerts that are generated | 16:53:53 |
| 25 | by lower level monitors that enables you to determine | |

214

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

SRI INTERNATIONAL, INC.,
a California corporation,

      Plaintiff and
      Counterclaim-Defendant,

   vs.

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation; INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation; and SYMANTEC
CORPORATION, a Delaware corporation,

      Defendants and
      Counterclaim-Plaintiffs.

**CERTIFIED COPY**

CASE NO: 04-1199 (SLR)

---

### DEPOSITION OF GEORGE KESIDIS
### VOLUME II

DATE:           Friday, May 26, 2006

TIME:           9:00 A.M.

LOCATION:    DAY, CASEBEER, MADRID &
                     BATCHELDER
                     20300 Stevens Creek Boulevard
                     Suite 400
                     Cupertino, CA 95014

REPORTER:    Patricia Hope Sales, CRR
                     CSR License Number C-4423

8705
21418

## Bell & Myers

CERTIFIED SHORTHAND REPORTER, INC.

50 AIRPORT PARKWAY, SUITE 205, SAN JOSE, CALIFORNIA 95110, TELEPHONE (408) 287-7500, FAX (408) 294-1211

GEORGE KESIDIS, VOLUME II      MAY 26, 2006

| | | |
|---|---|---|
| 1 | a statistical detection method for intrusion | 14:18:51 |
| 2 | detection? | 14:18:55 |
| 3 |    A.  No. | 14:18:56 |
| 4 |    Q.  Were Mr. Porras and Mr. Valdes the first to use | 14:18:56 |
| 5 | a statistical detection method on network traffic | 14:18:59 |
| 6 | data? | 14:19:03 |
| 7 |       MR. POLLACK:  Objection.  Vague and ambiguous. | 14:19:06 |
| 8 |       THE WITNESS:  No. | 14:19:08 |
| 9 | BY MR. GALVIN: | 14:19:09 |
| 10 |    Q.  Were Mr. Porras and Mr. Valdes the first to use | 14:19:09 |
| 11 | a signature detection method for intrusion detection? | 14:19:12 |
| 12 |       MR. POLLACK:  Same objection. | 14:19:17 |
| 13 |       THE WITNESS:  I'm just rethinking the previous | 14:19:26 |
| 14 | question. | 14:19:27 |
| 15 |       A statistical detection method on network data. | 14:19:27 |
| 16 | I mean the course of your questions, I'm trying to | 14:19:36 |
| 17 | parse the entire noninfringement story.  I'm just | 14:19:39 |
| 18 | having a hard time. | 14:19:43 |
| 19 |       Okay.  I -- I would say I believe the answer is | 14:19:46 |
| 20 | no to the previous question. | 14:19:48 |
| 21 |       And with regard signatures, I believe the | 14:19:50 |
| 22 | answer is no more confidently. | 14:19:54 |
| 23 |       THE VIDEOGRAPHER:  Counsel -- | 14:19:58 |
| 24 | BY MR. GALVIN: | 14:19:59 |
| 25 |    Q.  One last question:  Were Mr. Porras and | 14:19:59 |

381

GEORGE KESIDIS, VOLUME II        MAY 26, 2006

| | | |
|---|---|---|
| 1 | Mr. Valdes the first to de- -- use a signature | 14:20:01 |
| 2 | detection method on network traffic data? | 14:20:03 |
| 3 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:20:07 |
| 4 | :    THE WITNESS:  I would say generally speaking, | 14:20:08 |
| 5 | no. | 14:20:10 |
| 6 | MR. GALVIN:  Okay.  Let's take a break. | 14:20:11 |
| 7 | THE VIDEOGRAPHER:  We are going to go off the | 14:20:12 |
| 8 | record.  The time is 2:20 P.M. | 14:20:13 |
| 9 | This marks the end of tape number two in the | 14:20:16 |
| 10 | deposition of George Kesidis. | 14:20:18 |
| 11 | (Recess.) | 14:37:00 |
| 12 | (Whereupon, Mr. Godfrey is not | 14:37:00 |
| 13 | present in the conference room.) | 14:37:01 |
| 14 | THE VIDEOGRAPHER:  We are back on the record. | 14:37:01 |
| 15 | The time is 2:37 P.M. | 14:37:02 |
| 16 | This marks the beginning of tape number three | 14:37:04 |
| 17 | in the deposition of George Kesidis. | 14:37:07 |
| 18 | BY MR. GALVIN: | 14:37:09 |
| 19 | Q.  Dr. Kesidis, were Mr. Porras and Mr. Valdes the | 14:37:09 |
| 20 | first to describe deploying more than one monitor in an | 14:37:13 |
| 21 | enterprise network? | 14:37:18 |
| 22 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:37:20 |
| 23 | THE WITNESS:  No. | 14:37:21 |
| 24 | BY MR. GALVIN: | 14:37:24 |
| 25 | Q.  Were Mr. Porras and Mr. Valdes the first to | 14:37:24 |

382

GEORGE KESIDIS, VOLUME II        MAY 26, 2006

| | | |
|---|---|---|
| 1 | describe invoking countermeasures to a suspected attack | 14:37:28 |
| 2 | on a computer network? | 14:37:32 |
| 3 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:37:34 |
| 4 | (Whereupon, Mr. Godfrey returned to | 14:37:35 |
| 5 | the conference room.) | 14:37:37 |
| 6 | THE WITNESS:  No. | 14:37:37 |
| 7 | BY MR. GALVIN: | 14:37:38 |
| 8 | Q.  Were Mr. Porras and Mr. Valdes the first to | 14:37:38 |
| 9 | describe monitoring a network for data transfers? | 14:37:41 |
| 10 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:37:45 |
| 11 | THE WITNESS:  No. | 14:37:46 |
| 12 | BY MR. GALVIN: | 14:37:48 |
| 13 | Q.  Were Mr. Porras and Valdes the first to | 14:37:48 |
| 14 | describe building statistical profiles based on data | 14:37:52 |
| 15 | transfers? | 14:37:57 |
| 16 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:37:58 |
| 17 | THE WITNESS:  I -- I don't believe so, no. | 14:38:23 |
| 18 | BY MR. GALVIN: | 14:38:26 |
| 19 | Q.  Were Mr. Porras and Mr. Valdes the first to | 14:38:26 |
| 20 | monitor computer networks for errors? | 14:38:28 |
| 21 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:38:32 |
| 22 | THE WITNESS:  No. | 14:38:34 |
| 23 | BY MR. GALVIN: | 14:38:35 |
| 24 | Q.  Were Mr. Porras and Valdes the first to build | 14:38:35 |
| 25 | statistical profiles based on errors on computer | 14:38:39 |

383

GEORGE KESIDIS, VOLUME II      MAY 26, 2006

| | | |
|---|---|---|
| 1 | networks? | 14:38:42 |
| 2 | MR. POLLACK:  Same objection. | 14:38:43 |
| 3 | THE WITNESS:  I -- I don't believe so, no. | 14:38:46 |
| 4 | BY MR. GALVIN: | 14:38:51 |
| 5 | Q.  Were Mr. Porras and Mr. Valdes the first to | 14:38:51 |
| 6 | monitor a network for network packet data volume for | 14:38:55 |
| 7 | use in connection with intrusion detection? | 14:38:59 |
| 8 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:39:03 |
| 9 | THE WITNESS:  No. | 14:39:13 |
| 10 | BY MR. GALVIN: | 14:39:14 |
| 11 | Q.  Were Mr. Porras and Mr. Valdes the first to | 14:39:14 |
| 12 | monitor a network for network connection denials for | 14:39:18 |
| 13 | use in connection with intrusion detection? | 14:39:23 |
| 14 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:39:35 |
| 15 | THE WITNESS:  Again, interpreted broadly, no. | 14:39:41 |
| 16 | BY MR. GALVIN: | 14:39:44 |
| 17 | Q.  Were Mr. Porras and Mr. Valdes the first to | 14:39:44 |
| 18 | monitor a network for error co- -- errors for use in | 14:39:46 |
| 19 | connection with intrusion detection? | 14:39:52 |
| 20 | MR. POLLACK:  Objection.  Vague and ambiguous, | 14:39:55 |
| 21 | asked and answered. | 14:39:56 |
| 22 | THE WITNESS:  No, interpreted broadly. | 14:40:00 |
| 23 | BY MR. GALVIN: | 14:40:03 |
| 24 | Q.  Do you consider the work described in the | 14:40:03 |
| 25 | patents in suit to have revolutionized the field of | 14:40:05 |

384

GEORGE KESIDIS, VOLUME II    MAY 26, 2006

| | |
|---|---|
| 1 | intrusion detection? | 14:40:10 |
| 2 | MR. POLLACK: Objection. Vague and ambiguous. | 14:40:13 |
| 3 | THE WITNESS: I don't know that I would use the | 14:40:17 |
| 4 | word "revolutionized," but I believe that the | 14:40:18 |
| 5 | inventions were a significant contribution to the art. | 14:40:28 |
| 6 | I just -- I don't know that I would use the word | 14:40:34 |
| 7 | "revolutionized." | 14:40:39 |
| 8 | BY MR. GALVIN: | 14:40:40 |
| 9 | Q. How would you define something that it -- to be | 14:40:40 |
| 10 | a significant contribution to the art? | 14:40:45 |
| 11 | A. I think that speaking generally, if it solves | 14:40:48 |
| 12 | an -- or if it answers an important problem. Sometimes | 14:41:05 |
| 13 | the problem is a known problem; sometimes it's -- you | 14:41:19 |
| 14 | know, hasn't been clearly defined, but if it -- if it | 14:41:24 |
| 15 | addresses an important problem and addresses it -- | 14:41:31 |
| 16 | addresses it well, then I would consider that a | 14:41:40 |
| 17 | significant contribution to the art. | 14:41:43 |
| 18 | Q. And you believe that the work that's described | 14:41:46 |
| 19 | in the patent specification satisfies that standard? | 14:41:50 |
| 20 | A. I believe so, yes. | 14:41:53 |
| 21 | Q. Is the EMERALD system that's described in | 14:41:56 |
| 22 | the -- in the patent specification widely heralded or | 14:42:01 |
| 23 | cited in the field of intrusion detection as an | 14:42:08 |
| 24 | important contribution to the development of the art? | 14:42:11 |
| 25 | MR. POLLACK: Objection. Vague and ambiguous, | 14:42:16 |

385

GEORGE KESIDIS, VOLUME II          MAY 26, 2006

| | |
|---|---|
| 1 | lacks foundation. | 14:42:17 |
| 2 | THE WITNESS: The -- the EMERALD system as | 14:42:19 |
| 3 | described in the specification, I don't know that I | 14:42:24 |
| 4 | have seen EMERALD cited by patent, but I have seen | 14:42:27 |
| 5 | EMERALD cited quite frequently -- in my research on IDS | 14:42:32 |
| 6 | I have seen it cited quite frequently. | 14:42:41 |
| 7 | BY MR. GALVIN: | 14:42:44 |
| 8 | Q. In November 19- -- prior to November 1998 what | 14:42:44 |
| 9 | were the leading centers for development of intrusion | 14:42:48 |
| 10 | detection -- the intrusion detection field? | 14:42:52 |
| 11 | MR. POLLACK: Objection. Vague and ambiguous, | 14:42:56 |
| 12 | overly broad. | 14:42:57 |
| 13 | THE WITNESS: My understanding of some primary | 14:42:58 |
| 14 | areas of development in intrusion detection -- do you | 14:43:01 |
| 15 | mean academic or corporate or -- | 14:43:09 |
| 16 | BY MR. GALVIN: | 14:43:12 |
| 17 | Q. Either. | 14:43:12 |
| 18 | A. Some of them included certainly -- certainly | 14:43:14 |
| 19 | Symantec and ISS would be included in that category. | 14:43:18 |
| 20 | UC Davis. I'm referring to network intrusion | 14:43:23 |
| 21 | detection. I don't have as much knowledge on -- on | 14:43:31 |
| 22 | other contexts of intrusion detection, but network | 14:43:43 |
| 23 | intrusion detection I would think Davis, SRI. And | 14:43:47 |
| 24 | there were other researchers of note in this area, such | 14:43:51 |
| 25 | as -- important centers. Let's see. | 14:43:57 |

386

GEORGE KESIDIS, VOLUME II        MAY 26, 2006

| | | |
|---|---|---|
| 1 | operating system, or both? | 14:55:35 |
| 2 | MR. POLLACK:  Same objections. | 14:55:38 |
| 3 | THE WITNESS:  TCP dump is a -- is a process | 14:55:45 |
| 4 | through which you can make a rather -- rather raw, | 14:55:49 |
| 5 | nonselective dump of every packet that you observe, | 14:55:58 |
| 6 | say, going by a wire.  So you may have a -- a -- you | 14:56:02 |
| 7 | may have a net flow process which is computing net flow | 14:56:09 |
| 8 | information in a router, and although I don't know of a | 14:56:13 |
| 9 | specific instance, you can also have a TCP dump process | 14:56:16 |
| 10 | which is simply logging all the packets that go by | 14:56:20 |
| 11 | and -- specifically their headers, and recording them. | 14:56:24 |
| 12 | I believe there is a time stamp as well.  So | 14:56:29 |
| 13 | there is a -- there is a temporal aspect to when the | 14:56:32 |
| 14 | packet whizzed by that may not be on the packet itself | 14:56:38 |
| 15 | is what I'm trying to say. | 14:56:41 |
| 16 | BY MR. GALVIN: | 14:56:43 |
| 17 | Q.  Can a TCP dump be exported into a file, | 14:56:43 |
| 18 | computer file? | 14:56:45 |
| 19 | A.  Oh, yeah, it is a file.  It would be a file. | 14:56:46 |
| 20 | Q.  And if a -- let's just turn to the '212 | 14:56:49 |
| 21 | patent -- | 14:56:54 |
| 22 | A.  Oh. | 14:56:55 |
| 23 | Q.  -- which is Exhibit 7, for example. | 14:56:55 |
| 24 | Actually, I'm sorry, the '338 patent -- | 14:57:03 |
| 25 | A.  Sure. | 14:57:05 |

394

GEORGE KESIDIS, VOLUME II        MAY 26, 2006

| | | |
|---|---|---|
| 1 | Q. -- which is Exhibit 4. And if you look at the | 14:57:06 |
| 2 | first limitation. | 14:57:20 |
| 3 | A. Are you looking at -- | 14:57:21 |
| 4 | Q. Claim one -- | 14:57:22 |
| 5 | A. Sure. | 14:57:23 |
| 6 | Q. -- of the '338. | 14:57:23 |
| 7 | A. Right. | 14:57:24 |
| 8 | Q. "Receiving network packets handled by a network | 14:57:25 |
| 9 | entity." | 14:57:27 |
| 10 | A. That's correct, yes. | 14:57:28 |
| 11 | Q. Would in your opinion -- well, withdraw that. | 14:57:30 |
| 12 | Sticking with claim one of the '338 patent -- | 14:58:04 |
| 13 | A. Okay. I'm there. | 14:58:08 |
| 14 | Q. -- what is your understanding of the meaning of | 14:58:11 |
| 15 | the, well, phrase "network surveillance" in the context | 14:58:14 |
| 16 | of the -- | 14:58:20 |
| 17 | (Reporter clarification.) | 14:58:21 |
| 18 | BY MR. GALVIN: | 14:58:21 |
| 19 | Q. -- "surveillance" in the context of the | 14:58:21 |
| 20 | preamble of claim one? | 14:58:21 |
| 21 | A. Surveillance. | 14:58:23 |
| 22 | MR. POLLACK: Objection. Asked and answered. | 14:58:28 |
| 23 | THE WITNESS: The -- the preamble elaborates on | 14:58:38 |
| 24 | what it means by "network surveillance," "receiving | 14:58:41 |
| 25 | network packets handled by a network entity." | 14:58:45 |

395

GEORGE KESIDIS, VOLUME II          MAY 26, 2006

| | | |
|---|---|---|
| 1 | BY MR. GALVIN: | 14:58:57 |
| 2 | Q.  Is it your opinion that the phrase "network | 14:58:57 |
| 3 | surveillance" in the preamble is describing the purpose | 14:58:59 |
| 4 | or intended use of this method? | 14:59:03 |
| 5 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:59:06 |
| 6 | THE WITNESS:  It's a specific kind of network | 14:59:24 |
| 7 | surveillance whose -- whose ultimate purpose is | 14:59:33 |
| 8 | intrusion detection. | 14:59:35 |
| 9 | BY MR. GALVIN: | 14:59:37 |
| 10 | Q.  And is the specific kind of network | 14:59:37 |
| 11 | surveillance the method of network surveillance which | 14:59:40 |
| 12 | is specified by the limitations that follow the | 14:59:42 |
| 13 | preamble? | 14:59:45 |
| 14 | MR. POLLACK:  Objection.  Vague and ambiguous. | 14:59:47 |
| 15 | THE WITNESS:  Yes. | 14:59:52 |
| 16 | BY MR. GALVIN: | 14:59:54 |
| 17 | Q.  Is it your opinion that the phrase "network | 14:59:54 |
| 18 | surveillance" -- or let me withdraw that. | 15:00:00 |
| 19 | Is it your opinion that the method which is | 15:00:03 |
| 20 | claimed in claim one of the '338 patent would encompass | 15:00:06 |
| 21 | network surveillance on any kind of computer network or | 15:00:15 |
| 22 | a particular kind of computer network? | 15:00:19 |
| 23 | MR. POLLACK:  Objection.  Vague and ambiguous, | 15:00:23 |
| 24 | asked and answered. | 15:00:23 |
| 25 | THE WITNESS:  I think it's a particular kind of | 15:00:42 |

396

GEORGE KESIDIS, VOLUME II        MAY 26, 2006

| | | |
|---|---|---|
| 1 | computer network. | 15:00:47 |
| 2 | BY MR. GALVIN: | 15:00:49 |
| 3 | Q.  And -- and what kind of particular kind of | 15:00:49 |
| 4 | computer network is claim one of the '338 patent | 15:00:50 |
| 5 | limited to? | 15:00:54 |
| 6 | A.  I think -- | 15:00:56 |
| 7 | MR. POLLACK:  Same objections here. | 15:00:57 |
| 8 | THE WITNESS:  Sorry. | 15:01:00 |
| 9 | I think those that possess network entities | 15:01:00 |
| 10 | as -- as laid out in the specification. | 15:01:08 |
| 11 | BY MR. GALVIN: | 15:01:14 |
| 12 | Q.  Okay.  So if a computer network does not have | 15:01:14 |
| 13 | one of the network entities that is specified in the | 15:01:19 |
| 14 | claim, then it would be outside the scope of '338, | 15:01:24 |
| 15 | claim one? | 15:01:31 |
| 16 | MR. POLLACK:  Objection.  Vague and ambiguous. | 15:01:47 |
| 17 | THE WITNESS:  Pardon me a second.  I need to | 15:01:47 |
| 18 | just refresh my memory as to -- | 15:01:49 |
| 19 | MR. POLLACK:  Can I hear that question again? | 15:01:53 |
| 20 | (The record was read as follows: | 15:02:08 |
| 21 | "Q.    Okay.  So if a computer | 15:01:14 |
| 22 | network does not have one of the | 15:01:16 |
| 23 | network entities that·is specified | 15:01:20 |
| 24 | in the claim, then it would be | 15:01:23 |
| 25 | outside the scope of '338, claim | 15:01:27 |

397

GEORGE KESIDIS, VOLUME II        MAY 26, 2006

| | | |
|---|---|---|
| 1 | one?") | 15:01:31 |
| 2 | THE WITNESS: (Reviewing document(s).) | 15:03:13 |
| 3 | I -- I believe so. I mean I -- I believe | 15:03:13 |
| 4 | that's correct. I'm not sure, because up until now I | 15:03:26 |
| 5 | haven't really considered what a network might be that | 15:03:33 |
| 6 | didn't have a router in it or -- I believe so. | 15:03:35 |
| 7 | BY MR. GALVIN: | 15:03:50 |
| 8 | Q. Okay. I believe -- is it your opinion -- you | 15:03:50 |
| 9 | may have stated this already, but I want to be clear. | 15:03:53 |
| 10 | Is it your opinion that the phrase "network | 15:03:57 |
| 11 | entity" in claim one of the '338 patent is limited to a | 15:04:02 |
| 12 | gateway router or proxy? | 15:04:08 |
| 13 | MR. POLLACK: Objection. Mischaracterizes | 15:04:13 |
| 14 | testimony, asked and answered. | 15:04:14 |
| 15 | THE WITNESS: The specification refers to other | 15:04:17 |
| 16 | examples of what network entities may be. | 15:04:29 |
| 17 | BY MR. GALVIN: | 15:04:32 |
| 18 | Q. And what other examples does the specification | 15:04:32 |
| 19 | refer to? | 15:04:35 |
| 20 | A. In column two it refers to a VPN. | 15:04:35 |
| 21 | In -- in figure two, for example, it refers to | 15:04:42 |
| 22 | a firewall as another potential network entity. | 15:04:50 |
| 23 | I -- off the top of my head, I don't have an | 15:05:00 |
| 24 | exhaustive list from the spec, but at least those two | 15:05:04 |
| 25 | additional kinds of network entities. | 15:05:10 |

398

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE



SRI INTERNATIONAL, INC.,
a California corporation

        Plaintiff and
        Counterclaim-Defendant,

vs.                             Case No. 04-1199 (SLR)

INTERNET SECURITY SYSTEMS, INC.,
a Delaware corporation; INTERNET
SECURITY SYSTEMS, INC., a Georgia
corporation; and SYMANTEC
CORPORATION, a Delaware corporation,

        Defendants and
        Counterclaim-Plaintiffs.
_____/

## DEPOSITION OF GEORGE KESIDIS
### VOLUME III

DATE:          May 29, 2006

TIME:          9:00 a.m.

LOCATION:    DAY CASEBEER MADRID & BATCHELDER
                  20300 Stevens Creek Boulevard, Suite 400
                  Cupertino, CA 95014

REPORTED BY: KAREN L. BUCHANAN, CSR No. 10772

8714
21420

## Bell & Myers

CERTIFIED SHORTHAND REPORTER, INC.

50 AIRPORT PARKWAY, SUITE 205, SAN JOSE, CALIFORNIA 95110, TELEPHONE (408) 287-7500, FAX (408) 294-1211

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | Q.  Well, could you just -- let's take this in | 12:08:37 |
| 2 | two parts. | 12:08:40 |
| 3 | A.  Let me just try to think of your question | 12:08:41 |
| 4 | more carefully.  You said one of ordinary skill looks | 12:08:45 |
| 5 | at the claim language and looks at network packet data | 12:08:49 |
| 6 | volume, and what do they interpret that to mean, given | 12:08:53 |
| 7 | the spec? | 12:08:55 |
| 8 | Q.  What's their definition? | 12:08:56 |
| 9 | MR. POLLACK:  Objection.  Vague and | 12:09:05 |
| 10 | ambiguous. | 12:09:05 |
| 11 | THE WITNESS:  I think that that phrase would | 12:09:16 |
| 12 | be informed by the paragraphs in column 13 in 5 that | 12:09:17 |
| 13 | we have been referring to.  And the phrase -- the | 12:09:25 |
| 14 | paragraph in column 13 is -- in my opinion teaches a | 12:09:30 |
| 15 | more selective measure than the total packet volume, | 12:09:34 |
| 16 | all of the observed packets, all of the packets | 12:09:44 |
| 17 | observed by the sensor. | 12:09:46 |
| 18 | BY MR. GALVIN: | 12:09:46 |
| 19 | Q.  And so what are the selected set of packets | 12:09:47 |
| 20 | that are measured by the term "network packet data | 12:09:51 |
| 21 | volume" as used in the patent, according to you? | 12:09:54 |
| 22 | A.  Again, if it's -- if you're -- for example, | 12:09:58 |
| 23 | in column 13, monitoring -- sorry, I'm fixated on one | 12:10:05 |
| 24 | part.  What they refer to as discarded packets. | 12:10:45 |
| 25 | (Reading document.) | 12:11:01 |

562

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | So the example they gave of you're observing | 12:11:37 |
| 2 | ICMP echoes that may result due to IP address | 12:11:49 |
| 3 | scanning, you may be counting the number of such | 12:11:59 |
| 4 | echoes.  That would be a measure of a certain kind of | 12:12:04 |
| 5 | volume. | 12:12:04 |
| 6 | Q.  That's an example of a network packet data | 12:12:12 |
| 7 | volume, correct? | 12:12:15 |
| 8 | MR. POLLACK:  Objection.  Vague and | 12:12:17 |
| 9 | ambiguous. | 12:12:28 |
| 10 | THE WITNESS:  As a data volume?  Well, I'm | 12:12:29 |
| 11 | not sure that that would -- that may be a measure of a | 12:12:52 |
| 12 | transfer error, in fact. | 12:13:08 |
| 13 | BY MR. GALVIN: | 12:13:08 |
| 14 | Q.  How about -- | 12:13:14 |
| 15 | A.  It could be -- one possibility, drawing from | 12:13:15 |
| 16 | column 5, and I'm just doing a hypothetical here, | 12:13:18 |
| 17 | there could be -- so if you consider packets targeting | 12:13:27 |
| 18 | ports to which an administrator has not assigned any | 12:13:40 |
| 19 | network service, the number of such packets could | 12:13:44 |
| 20 | be -- those may not necessarily result in the transfer | 12:13:53 |
| 21 | error of any kind.  The number of such packets, the | 12:13:57 |
| 22 | volume of such packets could be -- sorry, the number | 12:14:00 |
| 23 | of such packets could be a measure that's built. | 12:14:05 |
| 24 | Q.  How about the total number of packets sent | 12:14:08 |
| 25 | over an interval of time from a specific source IP | 12:14:13 |

563

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | address, would that constitute a network packet data | 12:14:20 |
| 2 | volume as claimed in claim 1 of the '203 patent? | 12:14:23 |
| 3 | MR. POLLACK: Objection. Vague and | 12:14:26 |
| 4 | ambiguous. | 12:14:35 |
| 5 | THE WITNESS: So can you just clarify what | 12:14:36 |
| 6 | the measure is a little bit? | 12:14:37 |
| 7 | BY MR. GALVIN: | 12:14:37 |
| 8 | Q. Sure. Total number of packets sent over an | 12:14:39 |
| 9 | interval of time from a specific source IP address. | 12:14:42 |
| 10 | Would that constitute a network packet data volume? | 12:14:46 |
| 11 | MR. POLLACK: Same objections. | 12:14:51 |
| 12 | THE WITNESS: I'm not sure that that specific | 12:15:14 |
| 13 | example is taught in the patent specification. | 12:15:16 |
| 14 | BY MR. GALVIN: | 12:15:16 |
| 15 | Q. Well, I want to separate out -- is it your | 12:15:22 |
| 16 | understanding that these categories are limited to | 12:15:25 |
| 17 | the specific examples taught this the specification? | 12:15:27 |
| 18 | A. I'm sorry. What was your question? What | 12:15:32 |
| 19 | context were you asking your question? | 12:15:35 |
| 20 | BY MR. GALVIN: | 12:15:35 |
| 21 | Q. My question was in the context of claim 1 of | 12:15:35 |
| 22 | the '203 patent, is the total number of packets sent | 12:15:37 |
| 23 | over an interval of time from a specific source IP | 12:15:44 |
| 24 | address an example of a measure of network packet | 12:15:49 |
| 25 | data volume? | 12:15:53 |

564

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | MR. POLLACK: Objections. | 12:15:54 |
| 2 | THE WITNESS: To the extent that in column 5, | 12:15:58 |
| 3 | they talk about -- of '338, event streams may also be | 12:16:04 |
| 4 | based on packet source addresses. I don't think the | 12:16:11 |
| 5 | intent, but it's possible that a special case could be | 12:16:25 |
| 6 | a specific source address. | 12:16:28 |
| 7 | BY MR. GALVIN: | 12:16:28 |
| 8 | Q. So is the total number of packets sent over | 12:16:32 |
| 9 | an interval of time from a specific source IP address | 12:16:35 |
| 10 | an example of a measure of network packet data volume | 12:16:38 |
| 11 | as claimed in claim 1 of the '203 patent? | 12:16:41 |
| 12 | MR. POLLACK: Objection. Vague and | 12:16:44 |
| 13 | ambiguous, asked and answered. | 12:16:46 |
| 14 | THE WITNESS: In the context of column 5, I | 12:16:49 |
| 15 | would say -- I would say yes. | 12:16:51 |
| 16 | BY MR. GALVIN: | 12:16:51 |
| 17 | Q. Separate and apart from the patent | 12:17:00 |
| 18 | specification, in November of 1998, what is your | 12:17:03 |
| 19 | understanding of how one of skill in the art would | 12:17:08 |
| 20 | have understood the term "network packet data | 12:17:11 |
| 21 | volume"? | 12:17:15 |
| 22 | MR. POLLACK: Objection. Lacks foundation. | 12:17:15 |
| 23 | BY MR. GALVIN: | 12:17:15 |
| 24 | Q. The ordinary meaning of it? | 12:17:17 |
| 25 | MR. POLLACK: Objection. Lacks foundation, | 12:17:20 |

565

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | vague and ambiguous, assumes facts. | 12:17:23 |
| 2 | THE WITNESS:  In the context of the claim | 12:17:26 |
| 3 | or -- | 12:17:26 |
| 4 | BY MR. GALVIN: | 12:17:26 |
| 5 | Q.  Just the term. | 12:17:29 |
| 6 | A.  Just the ordinary meaning? | 12:17:30 |
| 7 | Q.  Separate from the patent.  Assuming you've | 12:17:31 |
| 8 | never seen the patent. | 12:17:35 |
| 9 | MR. POLLACK:  Objection.  Vague and | 12:17:37 |
| 10 | ambiguous. | 12:17:44 |
| 11 | THE WITNESS:  The -- in a vacuum, a lot of | 12:17:45 |
| 12 | these terms are rather -- just without reference to | 12:17:47 |
| 13 | the patent or anything, a network packet by '98 was | 12:17:52 |
| 14 | typically associated with an IP packet as opposed to | 12:17:59 |
| 15 | an Ethernet frame.  That could be one way one of | 12:18:03 |
| 16 | ordinary skill might have considered, again, | 12:18:10 |
| 17 | considering the term in a vacuum, might have jointly | 12:18:12 |
| 18 | identified anything in that frame with the notion of a | 12:18:17 |
| 19 | network packet.  The expression "network packet data | 12:18:22 |
| 20 | volume" could be the number of packets, could be the | 12:18:27 |
| 21 | number of bytes, total number of bytes that the packet | 12:18:33 |
| 22 | constitute that are -- that is to say, the data | 12:18:47 |
| 23 | volume, hyphenated, of a network packet. | 12:19:02 |
| 24 | BY MR. GALVIN: | 12:19:02 |
| 25 | Q.  Are you finished that? | 12:19:17 |

566

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | A.   I believe so, yeah. | 12:19:20 |
| 2 | Q.   Okay.  Let's change subjects here a bit. | 12:19:22 |
| 3 | MR. POLLACK:  If we're going to change | 12:19:30 |
| 4 | subjects, it's 20 after 12:00. | 12:19:32 |
| 5 | MR. GALVIN:  Do you want to break for lunch? | 12:19:34 |
| 6 | THE WITNESS:  Is that okay? | 12:19:36 |
| 7 | MR. GALVIN:  Yes. | 12:19:37 |
| 8 | THE VIDEOGRAPHER:  We're going off the | 12:19:38 |
| 9 | record.  The time is 12:19 p.m. | 12:19:40 |
| 10 | (Lunch recess taken from 12:19 to 12:23 p.m.) | 12:19:44 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

567

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | that definition, would you agree that EMERALD 1997 | 16:40:01 |
| 2 | describes deploying a plurality of network monitors | 16:40:06 |
| 3 | in the enterprise network? | 16:40:08 |
| 4 | MR. POLLACK:  Objection.  Vague and | 16:40:10 |
| 5 | ambiguous. | 16:40:14 |
| 6 | THE WITNESS:  Pardon me a second.  So I'm | 16:40:38 |
| 7 | looking at the first paragraph, section III, and this | 16:41:12 |
| 8 | is essentially talking about the network service | 16:41:25 |
| 9 | monitor in the context, at the end of this paragraph, | 16:41:27 |
| 10 | service analysis.  And it makes reference to reading | 16:41:30 |
| 11 | activity logs and actively probing to supplement | 16:41:59 |
| 12 | normal event gathering. | 16:42:04 |
| 13 | The implication may be that their real-time | 16:42:20 |
| 14 | analysis of infrastructure and services, that that | 16:42:28 |
| 15 | might encompass network traffic data.  But it's not | 16:42:40 |
| 16 | made explicitly at this point here. | 16:42:43 |
| 17 | So I'm just reluctant to make the connection | 16:43:06 |
| 18 | between a network monitor as construed in the patent | 16:43:10 |
| 19 | by SRI in the claim construction, explicitly make the | 16:43:13 |
| 20 | connection between a network monitor and what they | 16:43:22 |
| 21 | call a service monitor in the EMERALD '97 paper at | 16:43:26 |
| 22 | this point. | 16:43:33 |
| 23 | BY MR. GALVIN: | 16:43:33 |
| 24 | Q.  So you can't answer my question, or you | 16:43:34 |
| 25 | don't know or -- | 16:43:37 |

657

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | |
|---|---|
| 1 | MR. POLLACK: Objection. | 16:43:38 |
| 2 | BY MR. GALVIN: | 16:43:38 |
| 3 | Q. What would be a fair way to characterize? | 16:43:39 |
| 4 | A. To be honest with you, I didn't until this | 16:43:42 |
| 5 | point think about applying these claim construction | 16:43:45 |
| 6 | terms to the EMERALD '97 paper. | 16:43:49 |
| 7 | BY MR. GALVIN: | 16:43:49 |
| 8 | Q. Well, you understand this is one of the | 16:43:52 |
| 9 | defendants' lead references and arguments as to why | 16:43:55 |
| 10 | the defendants believe the patents are invalid, | 16:43:58 |
| 11 | correct? | 16:44:01 |
| 12 | MR. POLLACK: Objection. Argumentative, | 16:44:01 |
| 13 | vague and ambiguous. | 16:44:04 |
| 14 | THE WITNESS: I do understand that, yes. | 16:44:05 |
| 15 | BY MR. GALVIN: | 16:44:05 |
| 16 | Q. And you offered opinions with respect to a | 16:44:08 |
| 17 | variety of issues with respect to the EMERALD 1997 | 16:44:10 |
| 18 | paper as to why it did not satisfy certain | 16:44:13 |
| 19 | limitations of the claims, correct? | 16:44:17 |
| 20 | MR. POLLACK: Objection. The record speaks | 16:44:19 |
| 21 | for itself. | 16:44:22 |
| 22 | THE WITNESS: I gave specific instances, | 16:44:30 |
| 23 | yeah, examples in my report; for example, in paragraph | 16:44:32 |
| 24 | 23. | 16:44:35 |
| 25 | BY MR. GALVIN: | 16:44:35 |

658

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | Q. And I did not see a specific place in your | 16:44:36 |
| 2 | report where you stated that the EMERALD 1997 paper | 16:44:40 |
| 3 | did not describe deploying a plurality of network | 16:44:44 |
| 4 | monitors in the enterprise network. And what I'm | 16:44:47 |
| 5 | trying to understand is, is it your opinion that that | 16:44:50 |
| 6 | limitation is satisfied or not satisfied? | 16:44:55 |
| 7 | MR. POLLACK: Objection. Vague and | 16:44:58 |
| 8 | ambiguous. | 16:45:10 |
| 9 | THE WITNESS: It's clearly, in its language, | 16:45:10 |
| 10 | referring to service, a plurality of service monitors | 16:45:13 |
| 11 | that feed into domain and, in turn, feed into | 16:45:17 |
| 12 | enterprise monitors. | 16:45:22 |
| 13 | BY MR. GALVIN: | 16:45:22 |
| 14 | Q. And in fact has some of the very same | 16:45:24 |
| 15 | figures from the patent, correct? | 16:45:27 |
| 16 | MR. POLLACK: Objection. Argumentative, | 16:45:29 |
| 17 | record speaks for itself. | 16:45:30 |
| 18 | THE WITNESS: I agree. I believe the | 16:45:35 |
| 19 | figures, figures 1 and 2 are taken from the patent. | 16:45:37 |
| 20 | BY MR. GALVIN: | 16:45:37 |
| 21 | Q. And therefore, applying -- based on EMERALD | 16:45:40 |
| 22 | 1997, which you've reviewed and offered opinions on, | 16:45:43 |
| 23 | applying SRI's construction that: | 16:45:48 |
| 24 | "A network monitor is a process or a | 16:45:49 |
| 25 | component in a network that can | 16:45:52 |

659

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | analyze data.  Depending on the | 16:45:53 |
| 2 | context and specific claims the | 16:45:57 |
| 3 | network monitor may analyze network | 16:45:59 |
| 4 | traffic data, reports of suspicious | 16:46:02 |
| 5 | network activity or both.  Service | 16:46:04 |
| 6 | monitors, domain monitors and | 16:46:06 |
| 7 | enterprise monitors are examples of | 16:46:09 |
| 8 | network monitors." | 16:46:13 |
| 9 | Applying that construction, wouldn't you | 16:46:14 |
| 10 | agree that EMERALD 1997 describes deploying a | 16:46:15 |
| 11 | plurality of network monitors in the enterprise | 16:46:19 |
| 12 | network, based on that construction? | 16:46:20 |
| 13 | MR. POLLACK:  Objection.  Argumentative. | 16:46:23 |
| 14 | Vague and ambiguous. | 16:46:26 |
| 15 | THE WITNESS:  I guess I don't know whether | 16:46:56 |
| 16 | the -- what the authors had in mind when they phrased | 16:47:06 |
| 17 | the first paragraph of section III, and whether that's | 16:47:09 |
| 18 | reflected in our SRI construction -- our construction | 16:47:18 |
| 19 | of the SRI construction of the term "network monitor." | 16:47:24 |
| 20 | I'm just having -- it's -- I don't know. | 16:47:29 |
| 21 | BY MR. GALVIN: | 16:47:29 |
| 22 | Q.  Well -- | 16:47:39 |
| 23 | A.  It's clearly talking about a plurality of | 16:47:41 |
| 24 | monitors deployed in a network, but I don't know that | 16:47:45 |
| 25 | they are the -- that what the authors had in mind at | 16:47:48 |

660

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | this point are network monitors as construed by SRI. | 16:47:52 |
| 2 | Q.  You understand, do you not, that -- | 16:47:57 |
| 3 | A.  That service monitors -- I mean to say that | 16:48:00 |
| 4 | service monitors are analyzing network traffic data. | 16:48:03 |
| 5 | I'm just reading the end of that first paragraph, and | 16:48:12 |
| 6 | I'm -- it doesn't really call that out explicitly, is | 16:48:18 |
| 7 | all I'm pointing out.  Section III, there is no page | 16:48:22 |
| 8 | number, so I'm calling out the Bates, 68833, first | 16:48:27 |
| 9 | paragraph of section III.  I'm just saying I don't see | 16:48:32 |
| 10 | it explicitly called out that it's looking at network | 16:48:35 |
| 11 | traffic data.  You can make inferences, potentially, | 16:48:39 |
| 12 | but I don't see it explicitly called out, is all I'm | 16:48:43 |
| 13 | saying. | 16:48:47 |
| 14 | Q.  EMERALD 1997 is describing the same system | 16:48:50 |
| 15 | that is described in the -- perhaps at an earlier | 16:48:56 |
| 16 | stage, but describing the same system and work that's | 16:49:02 |
| 17 | reflected in the specification of the patents in | 16:49:04 |
| 18 | suit, correct? | 16:49:06 |
| 19 | MR. POLLACK:  Objection.  Vague and | 16:49:07 |
| 20 | ambiguous, lacks foundation, assumes facts. | 16:49:09 |
| 21 | THE WITNESS:  I don't know that I would call | 16:49:12 |
| 22 | it the same system.  It's referring to something that | 16:49:13 |
| 23 | they call EMERALD at this point.  I don't know that I | 16:49:19 |
| 24 | would call it the same system that ultimately became | 16:49:28 |
| 25 | the operational or the EMERALD release or the first | 16:49:35 |

661

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | EMERALD release, that it's a fair statement to say | 16:49:38 |
| 2 | that it's the same system that I'm reading in the | 16:49:42 |
| 3 | EMERALD '97 paper. | 16:49:47 |
| 4 | BY MR. GALVIN: | 16:49:47 |
| 5 | Q.  Do you think it has a relationship to the | 16:49:48 |
| 6 | work that is described in the patents in suit? | 16:49:50 |
| 7 | A.  As you pointed out, figures 1 and 2 are in | 16:49:56 |
| 8 | this paper.  So I think that it has a relationship to | 16:49:59 |
| 9 | the preferred embodiment.  But I don't believe that | 16:50:02 |
| 10 | the -- that many of the important details nor the | 16:50:18 |
| 11 | claims are in this paper, are disclosed in this paper. | 16:50:22 |
| 12 | Q.  You are aware, correct, that substantial | 16:50:30 |
| 13 | portions of the text of the specification can be | 16:50:33 |
| 14 | found either literally identically or very similar | 16:50:37 |
| 15 | language from the EMERALD 1997 paper? | 16:50:42 |
| 16 | MR. POLLACK:  Objection.  Argumentative, | 16:50:44 |
| 17 | assumes facts, vague and ambiguous. | 16:50:46 |
| 18 | THE WITNESS:  I didn't -- I mean I can't | 16:50:50 |
| 19 | attest to the degree to which the word "substantial," | 16:50:55 |
| 20 | and interpret the word "substantial" as important.  I | 16:51:08 |
| 21 | wouldn't do that.  But clearly, I mean you can just | 16:51:10 |
| 22 | see visual figures 1 and 2 are in the patent | 16:51:13 |
| 23 | specification, and at a minimum associated text | 16:51:16 |
| 24 | describing those figures I expect would be very | 16:51:20 |
| 25 | similar. | 16:51:23 |

·662

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | BY MR. GALVIN: | 16:51:23 |
| 2 | Q.  Have you compared side by side the text of | 16:51:23 |
| 3 | the patent specification with the text of EMERALD '97 | 16:51:28 |
| 4 | to identify the similarities and differences? | 16:51:30 |
| 5 | A.  Precisely, a head-to-head comparison, no, | 16:51:32 |
| 6 | that wasn't done.  I didn't do that.  I didn't read | 16:51:36 |
| 7 | the EMERALD '97 paper and see exactly verbatim what | 16:51:39 |
| 8 | appeared in the patent spec. | 16:51:43 |
| 9 | Q.  Did you review the comparison that was | 16:51:48 |
| 10 | attached in Mr. Heberlein's expert report showing | 16:51:51 |
| 11 | highlighted text between the EMERALD 1997 paper and | 16:51:54 |
| 12 | the specification that was identical or similar? | 16:52:00 |
| 13 | A.  I recall that, yes.  I recall. | 16:52:04 |
| 14 | Q.  Let me hand you what's been marked as | 16:52:07 |
| 15 | Exhibit 26, which is a highlighted copy of the '338 | 16:52:10 |
| 16 | patent specification, which was attached to the | 16:52:16 |
| 17 | Heberlein expert report.  And if we can mark as | 16:52:20 |
| 18 | Exhibit 27 a highlighted copy of the EMERALD article | 16:52:25 |
| 19 | with cross-references to the specification, which was | 16:52:29 |
| 20 | also attached to the Heberlein expert report. | 16:52:33 |
| 21 | MR. POLLACK:  Counsel, do you recall what the | 16:52:38 |
| 22 | exhibit numbers to the Heberlein report were? | 16:52:39 |
| 23 | MR. GALVIN:  I do not. | 16:52:41 |
| 24 | (Defendants' Exhibit 27 was marked for | 16:52:44 |
| 25 | identification.) | 16:52:44 |

663

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | THE WITNESS:  You gave me two.  So exhibits | 16:53:06 |
| 2 | 25 and 27 are the same except for the highlighting? | 16:53:16 |
| 3 | BY MR. GALVIN: | 16:53:16 |
| 4 | Q.  Yes, correct. | 16:53:19 |
| 5 | A.  I'll just look at one of them, then, because | 16:53:25 |
| 6 | I'm assuming what's highlighted in one is the same in | 16:53:28 |
| 7 | the other. | 16:53:32 |
| 8 | BY MR. GALVIN: | 16:53:32 |
| 9 | Q.  I believe this is Exhibit GG in the | 16:53:38 |
| 10 | Heberlein expert report. | 16:53:43 |
| 11 | MR. POLLACK:  Which is GG?  Both? | 16:53:45 |
| 12 | MS. DuBORD BROWN:  Both of them. | 16:53:48 |
| 13 | MR. POLLACK:  Oh, both of them are together | 16:53:51 |
| 14 | in Heberlein. | 16:53:54 |
| 15 | BY MR. GALVIN: | 16:53:54 |
| 16 | Q.  So perhaps if we could start looking at the | 16:54:22 |
| 17 | specification, the highlighted specification. | 16:54:26 |
| 18 | A.  Oh, you want to look at that. | 16:54:29 |
| 19 | Q.  Yes.  If you turn to column 3, or maybe we | 16:54:31 |
| 20 | just start at column 1, or we could just start at the | 16:54:34 |
| 21 | figures, I guess. | 16:54:39 |
| 22 | Figure 2, I think you already identified that | 16:54:40 |
| 23 | figure 2 and figure 3 of the specification have some | 16:54:43 |
| 24 | substantial similarities to figures that appear in the | 16:54:46 |
| 25 | EMERALD 1997 paper, correct? | 16:54:48 |

664

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | described localized real-time analysis of | 16:58:42 |
| 2 | infrastructure, e.g. routers or gateways, don't you | 16:58:45 |
| 3 | think that a person of ordinary skill in the art as | 16:58:51 |
| 4 | of November 1997 would have understood that an | 16:58:53 |
| 5 | analysis of routers or gateways would have involved | 16:58:58 |
| 6 | an analysis of network packets, TCP/IP packets? | 16:59:02 |
| 7 | MR. POLLACK:  Objection.  Assumes facts, | 16:59:08 |
| 8 | lacks foundation, argumentative. | 16:59:10 |
| 9 | THE WITNESS:  One of ordinary skill would | 16:59:15 |
| 10 | infer from that, that involves real-time analysis of | 16:59:21 |
| 11 | network packets? | 16:59:24 |
| 12 | BY MR. GALVIN: | 16:59:24 |
| 13 | Q.  Yes. | 16:59:25 |
| 14 | MR. POLLACK:  Same objections. | 16:59:29 |
| 15 | THE WITNESS:  I'm not sure what one of | 16:59:36 |
| 16 | ordinary skill would have taken away from that | 16:59:38 |
| 17 | sentence, but they could have thought that what was in | 16:59:40 |
| 18 | play there could have been, for example, a JiNao type | 16:59:42 |
| 19 | of thing.  It could have been audit logs from routers | 16:59:46 |
| 20 | or gateways that was in play at that point.  It's kind | 16:59:51 |
| 21 | of vague in the EMERALD '97 paper. | 17:00:00 |
| 22 | And like I said, if they -- you know, my | 17:00:04 |
| 23 | opinion is if they explicitly wanted to call out | 17:00:07 |
| 24 | real-time analysis of TCP/IP packets, they would have | 17:00:13 |
| 25 | at that point instead of writing what they did. | 17:00:16 |

668

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | BY MR. GALVIN: | 17:00:16 |
| 2 | Q.  Do you understand that the standard isn't | 17:00:22 |
| 3 | what the authors intended to convey; the standard for | 17:00:23 |
| 4 | evaluating anticipation is what one skilled in the | 17:00:27 |
| 5 | art would have understood from reading the reference, | 17:00:29 |
| 6 | correct? | 17:00:32 |
| 7 | A.  I understand. | 17:00:32 |
| 8 | Q.  So I want to focus -- I want to keep the | 17:00:33 |
| 9 | focus on your opinions of what one of ordinary skill | 17:00:38 |
| 10 | in the art would have understood based on the | 17:00:42 |
| 11 | disclosure. | 17:00:44 |
| 12 | MR. POLLACK:  Objection.  Argumentative. | 17:00:46 |
| 13 | Counsel, stop making speeches and ask questions, | 17:00:48 |
| 14 | please. | 17:00:51 |
| 15 | THE WITNESS:  Considering the existence of | 17:00:51 |
| 16 | the JiNao reference that one of ordinary skill may | 17:00:55 |
| 17 | have read or is presumed to have read, they could have | 17:00:57 |
| 18 | easily taken away from that that examination of other | 17:01:01 |
| 19 | information made available by routers or gateways, | 17:01:14 |
| 20 | rather than simply examination of a raw TCP/IP packet | 17:01:19 |
| 21 | trace, was in play. | 17:01:25 |
| 22 | So I'm just -- considering that that wasn't | 17:01:31 |
| 23 | known how to precisely do that, how to do that at the | 17:01:35 |
| 24 | time, I'm not sure how you can draw from that that | 17:01:39 |
| 25 | necessarily examination of network packets. | 17:01:42 |

669

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | BY MR. GALVIN: | 17:01:42 |
| 2 | Q. All right. Let's turn -- staying on the | 17:01:48 |
| 3 | EMERALD 1997 reference to page 356, right-hand | 17:01:50 |
| 4 | column, first and second sentence, "Underlying the | 17:01:59 |
| 5 | deployment of an EMERALD monitor is the selection of | 17:02:04 |
| 6 | a target specific event stream." | 17:02:06 |
| 7 | A. 356? I'm sorry? | 17:02:08 |
| 8 | Q. Right-hand column. Right-hand column. | 17:02:13 |
| 9 | A. First paragraph, okay. | 17:02:16 |
| 10 | Q. "The event stream may be derived from | 17:02:17 |
| 11 | a variety of sources, including audit | 17:02:20 |
| 12 | data, network datagrams, SMNP traffic, | 17:02:23 |
| 13 | application logs and analysis results | 17:02:26 |
| 14 | from other intrusion detection | 17:02:28 |
| 15 | instrumentation." | 17:02:31 |
| 16 | Do you agree that one of ordinary skill in | 17:02:32 |
| 17 | the art in November of 1997 reading this reference | 17:02:35 |
| 18 | would have understood the term "network datagrams" in | 17:02:39 |
| 19 | this context to refer to analyzing and generating, | 17:02:45 |
| 20 | deriving an event stream from network packets? | 17:02:50 |
| 21 | MR. POLLACK: Objection. Vague and | 17:02:55 |
| 22 | ambiguous, lacks foundation. | 17:02:56 |
| 23 | THE WITNESS: A network datagram would have | 17:03:07 |
| 24 | been understood at this point to be an IP packet. So | 17:03:11 |
| 25 | that is an example of information that one of ordinary | 17:03:18 |

670

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | skill -- I mean just reading it there, IP datagrams. | 17:03:24 |
| 2 | BY MR. GALVIN: | 17:03:24 |
| 3 | Q.  Would you agree, therefore, that EMERALD | 17:03:30 |
| 4 | 1997 disclosed to one of ordinary skill in the art | 17:03:36 |
| 5 | in -- prior to November 1997 that the EMERALD system | 17:03:40 |
| 6 | could be used to derive event streams by monitoring | 17:03:47 |
| 7 | network packets? | 17:03:52 |
| 8 | MR. POLLACK:  Objection.  Vague and | 17:03:52 |
| 9 | ambiguous, lacks foundation. | 17:03:55 |
| 10 | THE WITNESS:  Well, I think -- first of all, | 17:03:56 |
| 11 | I don't think the writing of -- I don't think by the | 17:04:01 |
| 12 | time of this paper's publication that EMERALD was, in | 17:04:11 |
| 13 | fact, a system.  In fact, it largely reads as a | 17:04:14 |
| 14 | proposal, and therefore, I would say that one of | 17:04:22 |
| 15 | ordinary skill would feel that the -- it's possible | 17:04:27 |
| 16 | that the intent of the EMERALD system that was to be | 17:04:36 |
| 17 | developed was to consider examination of network | 17:04:45 |
| 18 | datagrams, of IP packets at the -- it doesn't say | 17:04:50 |
| 19 | service monitor in this context, but I'm assuming at | 17:04:57 |
| 20 | the service monitor level. | 17:05:03 |
| 21 | So I'm not sure that I would characterize it, | 17:05:06 |
| 22 | as one of ordinary skill, the EMERALD system looks at | 17:05:09 |
| 23 | network datagrams.  I think it's written very much | 17:05:13 |
| 24 | like a proposal.  It says "may be derived."  I think I | 17:05:17 |
| 25 | would infer that they're examining audit data, SNMP | 17:05:28 |

671

GEORGE KESIDIS, VOLUME III          MAY 29, 2006

| | | |
|---|---|---|
| 1 | traffic, application logs.  It's sort of telling what | 17:05:34 |
| 2 | isn't highlighted, item 15 in the EMERALD '97 paper. | 17:05:39 |
| 3 | So I believe one of ordinary skill would | 17:05:50 |
| 4 | understand that EMERALD -- that the EMERALD project | 17:05:52 |
| 5 | would -- will consider employing network datagram | 17:05:55 |
| 6 | information for the purposes of intrusion detection. | 17:06:04 |
| 7 | BY MR. GALVIN: | 17:06:04 |
| 8 | Q.  And the network datagram information would | 17:06:06 |
| 9 | be network packets? | 17:06:09 |
| 10 | A.  It would be IP packets.  The word "datagram" | 17:06:10 |
| 11 | is typically used at the time to connote an IP packet. | 17:06:11 |
| 12 | Q.  Turn to page 364 -- | 17:06:49 |
| 13 | A.  Okay. | 17:06:56 |
| 14 | Q.  -- under the heading "Related Intrusion | 17:06:57 |
| 15 | Detection Research."  If you go to the top right-hand | 17:07:01 |
| 16 | column, under that section, it says, "Various other | 17:07:03 |
| 17 | efforts have considered one of the two types of | 17:07:08 |
| 18 | analysis -- signature-based (e.g, Porras [18] has | 17:07:12 |
| 19 | used a state-transition approach." | 17:07:15 |
| 20 | A.  I hate to tell you -- 354, you said? | 17:07:18 |
| 21 | Q.  364. | 17:07:21 |
| 22 | A.  Oh, 364, sorry. | 17:07:23 |
| 23 | Q.  "Various other efforts have considered | 17:07:33 |
| 24 | one of the two types of analysis -- | 17:07:35 |
| 25 | signature-based, (e.g. Porras [18] has | 17:07:37 |

672

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | used a state-transition approach; the | 17:07:40 |
| 2 | U.C. Davis and Trident DIDS addresses | 17:07:44 |
| 3 | abstracted analysis for networking but | 17:07:47 |
| 4 | not scalability.  The Network Security | 17:07:48 |
| 5 | Monitor [7] seeks to analyze packet | 17:07:51 |
| 6 | data rather than conventional audit | 17:08:01 |
| 7 | trails." | 17:08:01 |
| 8 | Do you see that? | 17:08:01 |
| 9 | A.  Right.  I see that.  I read that. | 17:08:01 |
| 10 | Q.  As an author of scientific publications such | 17:08:11 |
| 11 | as this, what is the purpose of citing references and | 17:08:14 |
| 12 | referring readers to work that might be related? | 17:08:18 |
| 13 | MR. POLLACK:  Objection.  Vague and | 17:08:22 |
| 14 | ambiguous, overly broad, lacks foundation. | 17:08:23 |
| 15 | THE WITNESS:  The purpose?  It's just | 17:08:31 |
| 16 | generally speaking important to talk about prior | 17:08:40 |
| 17 | publications that are relevant to your paper so that | 17:08:43 |
| 18 | you can more clearly delineate what is novel, what is | 17:08:54 |
| 19 | different between what they have done and what you | 17:09:00 |
| 20 | have done, what you are planning to do. | 17:09:02 |
| 21 | In this case, this is, again, not a typical | 17:09:05 |
| 22 | research article.  But you know, typically when you | 17:09:08 |
| 23 | have a scholarly paper, there is a significant section | 17:09:11 |
| 24 | on related background research to more clearly | 17:09:16 |
| 25 | designate and delineate what you're doing and the | 17:09:23 |

673

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | novelty of what you're doing compared to what's been | 17:09:25 |
| 2 | going on in the past. | 17:09:28 |
| 3 | BY MR. GALVIN: | 17:09:28 |
| 4 | Q. And by making citations to related work, the | 17:09:29 |
| 5 | authors are able to direct the reader to prior work | 17:09:33 |
| 6 | in a way that would avoid the author having to re-say | 17:09:38 |
| 7 | everything that's already been said in the art, | 17:09:43 |
| 8 | correct? | 17:09:46 |
| 9 | MR. POLLACK: Objection. Vague and | 17:09:46 |
| 10 | ambiguous, lacks foundation. | 17:09:47 |
| 11 | THE WITNESS: Sure. Sometimes a reference is | 17:09:52 |
| 12 | used in a summary way, if it's -- sometimes it's | 17:10:03 |
| 13 | merely stating that it's in the general space of | 17:10:09 |
| 14 | publications, general space of subject matter. Also | 17:10:13 |
| 15 | informs the reader indirectly that the authors are | 17:10:20 |
| 16 | aware of these papers, that they have -- they're | 17:10:23 |
| 17 | familiar with these papers. But yeah, sometimes a | 17:10:27 |
| 18 | paper, a citation is used as a proxy for an | 17:10:36 |
| 19 | explanation -- | 17:10:39 |
| 20 | BY MR. GALVIN: | 17:10:39 |
| 21 | Q. If one -- | 17:10:40 |
| 22 | A. -- instead of an explanation. | 17:10:44 |
| 23 | Q. If one skilled in the art back in October of | 17:10:47 |
| 24 | 1997 was reading the EMERALD 1997 paper and was | 17:10:52 |
| 25 | interested in applying the teachings of the EMERALD | 17:10:56 |

674

GEORGE KESIDIS, VOLUME III       MAY 29, 2006

| | | |
|---|---|---|
| 1 | 1997 paper in order to analyze packet data rather | 17:11:00 |
| 2 | than conventional audit trails, would one of skill in | 17:11:06 |
| 3 | the art have been motivated to look to the network | 17:11:13 |
| 4 | security monitor reference 7 that is cited in the | 17:11:18 |
| 5 | EMERALD 1997 paper? | 17:11:20 |
| 6 | MR. POLLACK:  Objection.  Lacks foundation, | 17:11:21 |
| 7 | vague and ambiguous, calls for speculation. | 17:11:25 |
| 8 | THE WITNESS: . Again, I can't anticipate what | 17:11:32 |
| 9 | a person of ordinary skill at the time would have done | 17:11:33 |
| 10 | equipped with this, but the paper makes direct | 17:11:38 |
| 11 | reference to NSM as an approach, again using the | 17:11:42 |
| 12 | quote, that seeks to analyze packet data. | 17:11:45 |
| 13 | And referring back to where we were | 17:11:49 |
| 14 | previously, I believe it was your item highlighted 15, | 17:11:51 |
| 15 | where the EMERALD authors intend to examine intrusion | 17:12:10 |
| 16 | detection based on network datagrams, which I would -- | 17:12:14 |
| 17 | could be -- again, NSM operates in a LAN, and it could | 17:12:19 |
| 18 | be that that -- that one of ordinary skill would think | 17:12:28 |
| 19 | that the EMERALD investigators will examine NSM as a | 17:12:32 |
| 20 | first step, perhaps, or they already knew NSM, the NSM | 17:12:38 |
| 21 | technique, the NSM method. | 17:12:43 |
| 22 | Beyond that, I mean I'm not sure what one of | 17:12:47 |
| 23 | ordinary skill would do or -- | 17:12:52 |
| 24 | BY MR. GALVIN: | 17:12:52 |
| 25 | Q.  Would you agree that if a person of ordinary | 17:12:59 |

675

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | skill in the art was interested in finding out more | 17:13:02 |
| 2 | about analyzing packet data, that EMERALD 1997 | 17:13:05 |
| 3 | directed the reader to look to the network security | 17:13:08 |
| 4 | monitor reference 7? | 17:13:12 |
| 5 | MR. POLLACK:  Objection.  Vague and | 17:13:14 |
| 6 | ambiguous.  The paper speaks for itself. | 17:13:17 |
| 7 | THE WITNESS:  To the extent that EMERALD '97 | 17:13:19 |
| 8 | calls out NSM and states that it, quote, seeks, | 17:13:23 |
| 9 | unquote, to analyze packet data, I would agree. | 17:13:30 |
| 10 | BY MR. GALVIN: | 17:13:30 |
| 11 | Q.  Were denial of service attacks well known in | 17:14:13 |
| 12 | the art as of November 1997? | 17:14:16 |
| 13 | MR. POLLACK:  Objection.  Vague and ambiguous | 17:14:20 |
| 14 | in many respects. | 17:14:23 |
| 15 | THE WITNESS:  Certain denial of service | 17:14:26 |
| 16 | attacks were known at the time. | 17:14:28 |
| 17 | BY MR. GALVIN: | 17:14:28 |
| 18 | Q.  Were SYN flooding attacks known prior to | 17:14:32 |
| 19 | November of 1997? | 17:14:37 |
| 20 | MR. POLLACK:  Objection.  Vague and | 17:14:40 |
| 21 | ambiguous, lacks foundation. | 17:14:41 |
| 22 | THE WITNESS:  Yes, I believe so.  Generally | 17:14:42 |
| 23 | speaking, it's a large family of attacks.  Some were | 17:14:45 |
| 24 | called out in the literature. | 17:14:51 |
| 25 | BY MR. GALVIN: | 17:14:51 |

676

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | Q. Would one of ordinary skill in the art in -- | 17:14:54 |
| 2 | as of November of 1997 have known to monitor SYN | 17:15:01 |
| 3 | packets for suspicious activity or the number of SYN | 17:15:07 |
| 4 | packets to SYN ACK packets if that person sought to | 17:15:10 |
| 5 | detect SYN flood attacks? | 17:15:18 |
| 6 | MR. POLLACK: Objection. Vague and | 17:15:20 |
| 7 | ambiguous, lacks foundation. Compound, sorry. | 17:15:21 |
| 8 | THE WITNESS: I'm not sure. I'm not sure | 17:15:44 |
| 9 | that -- when you say "look at," how is the one of | 17:15:58 |
| 10 | ordinary skill looking at this traffic? In what | 17:16:10 |
| 11 | context, is what I'm asking. | 17:16:13 |
| 12 | BY MR. GALVIN: | 17:16:13 |
| 13 | Q. Suppose a person of ordinary skill in the | 17:16:15 |
| 14 | art had been presented with the problem, detect SYN | 17:16:17 |
| 15 | floods. Would it have been known to a person of | 17:16:22 |
| 16 | ordinary skill in the art who was setting out to | 17:16:28 |
| 17 | address that problem that the way -- one way to | 17:16:31 |
| 18 | achieve that would be to monitor the number of SYN | 17:16:35 |
| 19 | packets and compare that to the number of SYN ACK | 17:16:39 |
| 20 | packets? | 17:16:42 |
| 21 | MR. POLLACK: Objection. Vague and | 17:16:43 |
| 22 | ambiguous, lacks foundation. | 17:16:45 |
| 23 | THE WITNESS: It's not clear to me that one | 17:16:49 |
| 24 | of ordinary skill would have -- I mean you're assuming | 17:16:51 |
| 25 | that there's a system in place that would allow them | 17:17:21 |

677

GEORGE KESIDIS, VOLUME III       MAY 29, 2006

| | | |
|---|---|---|
| 1 | to examine packet traffic. | 17:17:25 |
| 2 | BY MR. GALVIN: | 17:17:25 |
| 3 | Q.   Okay.  Let's start with that.  In November | 17:17:28 |
| 4 | of 1997, were there tools available that would have | 17:17:30 |
| 5 | allowed one of ordinary skill in the art to measure | 17:17:37 |
| 6 | the number of SYN packets and compare -- and measure | 17:17:40 |
| 7 | the number of SYN ACK packets? | 17:17:40 |
| 8 | MR. POLLACK:  Objection.  Lacks foundation, | 17:17:42 |
| 9 | incomplete hypothetical, vague and ambiguous. | 17:17:44 |
| 10 | THE WITNESS:  It's possible that some systems | 17:17:54 |
| 11 | existed that would have presented a system | 17:18:00 |
| 12 | administrator, if they were suitably configured, with | 17:18:06 |
| 13 | information along those lines.  I mean whether one of | 17:18:12 |
| 14 | ordinary skill would have -- for the purposes of SYN | 17:18:31 |
| 15 | flood detection, you're asking would they have -- I'm | 17:18:37 |
| 16 | not sure.  I'm not sure what you're asking.  Like | 17:18:47 |
| 17 | equipped with a specific system? | 17:18:49 |
| 18 | BY MR. GALVIN: | 17:18:49 |
| 19 | Q.   Well, would they have known that a SYN flood | 17:18:51 |
| 20 | was an attack in which the number of SYN packets | 17:18:55 |
| 21 | exceeded the number of SYN ACK packets? | 17:18:58 |
| 22 | MR. POLLACK:  Objection.  Lacks foundation, | 17:19:00 |
| 23 | vague and ambiguous. | 17:19:02 |
| 24 | THE WITNESS:  It's -- I'm not sure.  That | 17:19:14 |
| 25 | specific example, I'm not sure.  They would have known | 17:19:16 |

678

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | we want to take a brief break? | 17:31:30 |
| 2 | MR. GALVIN:  Sure. | 17:31:33 |
| 3 | THE VIDEOGRAPHER:  We're going off the | 17:31:34 |
| 4 | record, the time is 5:31 p.m. | 17:31:35 |
| 5 | (Break taken from 5:31 to 5:38 p.m.) | 17:31:41 |
| 6 | THE VIDEOGRAPHER:  We're back on the record. | 17:37:26 |
| 7 | The time is 5:38 p.m. | 17:38:16 |
| 8 | BY MR. GALVIN: | 17:38:16 |
| 9 | Q.  Mr. Kesidis, if you could turn back to | 17:38:24 |
| 10 | Exhibit 3, your expert report regarding EMERALD, | 17:38:34 |
| 11 | paragraph 30.  The first sentence, you wrote: | 17:38:38 |
| 12 | "In fact, it is not at all clear | 17:38:44 |
| 13 | what one of ordinary skill in the art | 17:38:47 |
| 14 | in 1997 would choose firewall logs as | 17:38:48 |
| 15 | an input to an intrusion detection | 17:38:51 |
| 16 | system." | 17:38:53 |
| 17 | And the last sentence said: | 17:38:55 |
| 18 | "As firewall logs contain | 17:38:57 |
| 19 | information about packets that are not | 17:39:00 |
| 20 | on the network, one of ordinary skill | 17:39:02 |
| 21 | would not be tempted to use this | 17:39:04 |
| 22 | information to detect network | 17:39:06 |
| 23 | intrusions." | 17:39:08 |
| 24 | What's the basis for that opinion? | 17:39:09 |
| 25 | A.  So the context here is -- the context of the | 17:39:13 |

686

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | patents is a network-based intrusion detection system | 17:39:23 |
| 2 | examining network traffic and trying to detect alerts, | 17:39:47 |
| 3 | based on network traffic, detect attacks based on | 17:39:59 |
| 4 | network traffic.  So the firewall logs, the firewalls | 17:40:06 |
| 5 | themselves will filter packets that are not observed, | 17:40:20 |
| 6 | and the packets that are filtered are, at the time of | 17:40:23 |
| 7 | '97, the subject of, I would say, the very simple | 17:40:27 |
| 8 | rules that are in play in a firewall. | 17:40:34 |
| 9 | So if I have a network-based intrusion | 17:40:42 |
| 10 | detection system examining network data traffic, I'm | 17:40:48 |
| 11 | not sure that I would simultaneously examine firewall | 17:40:58 |
| 12 | logs of packets that were filtered out of the network. | 17:41:04 |
| 13 | Q.  Do you understand that would be an unusual | 17:41:19 |
| 14 | approach as of November 1998? | 17:41:21 |
| 15 | MR. POLLACK:  Objection.  Vague and | 17:41:25 |
| 16 | ambiguous. | 17:41:27 |
| 17 | THE WITNESS:  Again, the context of this is a | 17:41:41 |
| 18 | new network intrusion detection system that would | 17:41:46 |
| 19 | examine network datagrams.  And it's -- I'm just | 17:41:59 |
| 20 | trying to think if one of ordinary skill would | 17:42:23 |
| 21 | understand a firewall as simply checking packets | 17:42:25 |
| 22 | against a list of relatively simple rules.  And those | 17:42:34 |
| 23 | packets that are nevertheless passed through the | 17:42:41 |
| 24 | firewall would be the subject of examination of an | 17:42:51 |
| 25 | intrusion detection system based on the network. | 17:42:59 |

687

GEORGE KESIDIS, VOLUME III       MAY 29, 2006

| | | |
|---|---|---|
| 1 | The firewall doesn't log pass-through packets | 17:43:03 |
| 2 | typically at the time of '97.  It typically logs those | 17:43:08 |
| 3 | packets that are blocked.  Firewall information could | 17:43:13 |
| 4 | be used in intrusion detection systems, but I was | 17:43:30 |
| 5 | making reference to, here, the -- let's see, in | 17:43:36 |
| 6 | reading the '97 paper, audit logs -- again, if I look | 17:43:56 |
| 7 | at the EMERALD '97, the general architecture that's | 17:44:15 |
| 8 | called out, the hierarchical architecture that's | 17:44:19 |
| 9 | called out in '97, it's not clear to me that the new | 17:44:22 |
| 10 | work to be done that's being proposed in this, that it | 17:44:28 |
| 11 | doesn't seem to be highlighting, notwithstanding our | 17:44:34 |
| 12 | previous discussion, the use of firewall audit logs. | 17:44:41 |
| 13 | It's mentioning them as a potential source of | 17:44:44 |
| 14 | information only parenthetically. | 17:44:49 |
| 15 | And I think that, again, if I'm -- if I've | 17:44:56 |
| 16 | got a network service monitor examining datagrams, I | 17:45:01 |
| 17 | wouldn't appeal to a firewall audit log, because -- to | 17:45:13 |
| 18 | get that information, because it would be an audit | 17:45:17 |
| 19 | log.  It wouldn't be real-time.  It would inform me | 17:45:21 |
| 20 | typically of what packets it blocked, not the packets | 17:45:24 |
| 21 | that it passed through. | 17:45:28 |
| 22 | BY MR. GALVIN: | 17:45:28 |
| 23 | Q.  As of October 1997, firewalls logged packets | 17:45:36 |
| 24 | that had been blocked, correct? | 17:45:47 |
| 25 | MR. POLLACK:  Objection.  Overly broad, vague | 17:45:50 |

688

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | and ambiguous, lacks foundation. | 17:45:55 |
| 2 | THE WITNESS:  You could -- my understanding | 17:45:56 |
| 3 | is you could configure them to record what they had | 17:45:59 |
| 4 | blocked. | 17:46:03 |
| 5 | BY MR. GALVIN: | 17:46:03 |
| 6 | Q.  And would the blocked packets be a measure | 17:46:03 |
| 7 | of network connection denials? | 17:46:07 |
| 8 | MR. POLLACK:  Objection.  Vague and | 17:46:10 |
| 9 | ambiguous, lacks foundation. | 17:46:12 |
| 10 | THE WITNESS:  They would have been -- the | 17:46:22 |
| 11 | packets would have been denied entry by the firewall, | 17:46:23 |
| 12 | so I'm -- whether they were a connection attempt or | 17:46:28 |
| 13 | could have been a connection, could have been | 17:46:41 |
| 14 | interpreted as a connection attempt, but not | 17:46:43 |
| 15 | necessarily so. | 17:46:53 |
| 16 | BY MR. GALVIN: | 17:46:53 |
| 17 | Q.  If you could look at the '212 patent, which | 17:46:59 |
| 18 | is Exhibit 7. | 17:47:02 |
| 19 | A.  Okay. | 17:47:14 |
| 20 | Q.  Claim 1.  Would you agree that the EMERALD | 17:47:14 |
| 21 | 1997 paper described deploying a plurality of network | 17:47:18 |
| 22 | monitors in the enterprise network? | 17:47:25 |
| 23 | MR. POLLACK:  Objection.  Asked and answered | 17:47:28 |
| 24 | repeatedly. | 17:47:30 |
| 25 | THE WITNESS:  Again, it's this issue of | 17:47:32 |

689

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | construing a network monitor as is construed by us in | 17:47:35 |
| 2 | Exhibit 8, as what's described in the EMERALD '97 | 17:47:46 |
| 3 | paper.  But a plurality of EMERALD service monitors as | 17:47:55 |
| 4 | defined in the EMERALD '97 paper or suggested in the | 17:48:00 |
| 5 | EMERALD '97 paper? | 17:48:06 |
| 6 | BY MR. GALVIN: | 17:48:06 |
| 7 | Q.  Doesn't the EMERALD 1997 paper not only | 17:48:08 |
| 8 | describe plurality of service monitors but also | 17:48:11 |
| 9 | domain monitors and enterprise monitors? | 17:48:14 |
| 10 | MR. POLLACK:  Objection.  Lacks foundation, | 17:48:16 |
| 11 | vague and ambiguous. | 17:48:29 |
| 12 | THE WITNESS:  Implicitly, yes, in page 356. | 17:48:29 |
| 13 | BY MR. GALVIN: | 17:48:29 |
| 14 | Q.  Or explicitly, correct? | 17:48:33 |
| 15 | MR. POLLACK:  Objection.  Vague and | 17:48:35 |
| 16 | ambiguous, lacks foundation. | 17:48:36 |
| 17 | THE WITNESS:  What are you referring to? | 17:48:40 |
| 18 | BY MR. GALVIN: | 17:48:40 |
| 19 | Q.  "A domain monitor is responsible for | 17:48:41 |
| 20 | surveillance over all or part of a domain." | 17:48:46 |
| 21 | Page 356. | 17:48:49 |
| 22 | A.  I'm there, yeah.  So your question was it | 17:48:50 |
| 23 | teaches a plurality of domain monitors? | 17:48:55 |
| 24 | Q.  Well, let's continue on, page 357, top right | 17:48:58 |
| 25 | column:  "All EMERALD monitors (service, domain and | 17:49:01 |

690

GEORGE KESIDIS, VOLUME III      MAY 29, 2006

| | | |
|---|---|---|
| 1 | enterprise) are implemented using the same monitor | 17:49:04 |
| 2 | code base." | 17:49:08 |
| 3 | MR. POLLACK:  Objection.  Vague and | 17:49:14 |
| 4 | ambiguous, if there is a question pending. | 17:49:15 |
| 5 | THE WITNESS:  So by that I'm supposed to | 17:49:17 |
| 6 | assume that there were multiple domain monitors?  I'm | 17:49:19 |
| 7 | sorry, you said explicitly. | 17:49:22 |
| 8 | BY MR. GALVIN: | 17:49:22 |
| 9 | Q.  I read EMERALD 1997 as describing service | 17:49:29 |
| 10 | monitors, domain monitors and enterprise monitors in | 17:49:32 |
| 11 | the context of the EMERALD system.  There are figures | 17:49:36 |
| 12 | describing the monitor architecture, and when you | 17:49:39 |
| 13 | look at the comparison between EMERALD 1997 paper and | 17:49:42 |
| 14 | the '338 patent specification that you have in front | 17:49:46 |
| 15 | of you, the sections that are describing what the | 17:49:50 |
| 16 | monitors are, and the hierarchy of monitors have | 17:49:53 |
| 17 | substantial portions in column 3 and column 4, for | 17:49:57 |
| 18 | example, of code that -- of text that is very, very | 17:50:00 |
| 19 | similar, if not identical, between the two | 17:50:05 |
| 20 | references. | 17:50:05 |
| 21 | Based on all of that, would you agree that | 17:50:09 |
| 22 | the EMERALD 1997 paper describes deploying a plurality | 17:50:14 |
| 23 | of network monitors in the enterprise network? | 17:50:20 |
| 24 | MR. POLLACK:  Objection.  Vague and | 17:50:23 |
| 25 | ambiguous, overly broad, mischaracterizes the record, | 17:50:24 |

691

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | lacks foundation, argumentative. | 17:50:28 |
| 2 | THE WITNESS:  I'm not sure I'd characterize | 17:50:32 |
| 3 | it as very, very similar.  There is some text that's | 17:50:35 |
| 4 | identical and some text that's important, that's | 17:50:38 |
| 5 | different in important ways.  But yeah, I'll concede | 17:50:41 |
| 6 | that -- well, I'm not a hundred-percent sure, but I'll | 17:50:44 |
| 7 | concede that the EMERALD '97 paper teaches a plurality | 17:50:49 |
| 8 | of domain monitors. | 17:50:52 |
| 9 | BY MR. GALVIN: | 17:50:52 |
| 10 | Q.  And so therefore, would you agree that | 17:50:54 |
| 11 | EMERALD 1997 describes deploying a plurality of | 17:50:57 |
| 12 | network monitors in the enterprise network using | 17:51:08 |
| 13 | SRI's construction of network monitors? | 17:51:08 |
| 14 | MR. POLLACK:  Objection.  Asked and answered | 17:51:08 |
| 15 | repeatedly.  Still vague and ambiguous. | 17:51:10 |
| 16 | THE WITNESS:  Again, I don't think EMERALD | 17:51:15 |
| 17 | '97 teaches a -- let me remind myself where you were. | 17:51:18 |
| 18 | I just want to make sure -- explicitly teaches a | 17:51:31 |
| 19 | network monitor as is called out in the SRI | 17:51:31 |
| 20 | construction of the claim in Exhibit 8. | 17:51:37 |
| 21 | BY MR. GALVIN: | 17:51:37 |
| 22 | Q.  What is missing? | 17:51:39 |
| 23 | MR. POLLACK:  Objection.  Let the witness | 17:51:40 |
| 24 | finish.  And vague and ambiguous. | 17:51:42 |
| 25 | THE WITNESS:  Okay.  So I'm just looking for | 17:52:07 |

692

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | the section.  Sorry.  I recall now, you called out | 17:52:09 |
| 2 | highlight 15.  You're saying that the event stream | 17:52:18 |
| 3 | could be built from network datagrams.  May be | 17:52:21 |
| 4 | derived.  So a hypothetical EMERALD monitor, okay, if | 17:52:25 |
| 5 | I interpret a hypothetical EMERALD monitor as one that | 17:52:33 |
| 6 | directly examines network datagrams and builds an | 17:52:37 |
| 7 | event stream from them in the context of this paper, | 17:52:46 |
| 8 | then yeah, the deploying step -- the deploying step | 17:52:54 |
| 9 | would be there. | 17:53:08 |
| 10 | BY MR. GALVIN: | 17:53:08 |
| 11 |     Q.  What about the step detecting by the network | 17:53:08 |
| 12 | monitors suspicious network activity based on | 17:53:11 |
| 13 | analysis of network traffic data wherein at least one | 17:53:14 |
| 14 | of the network monitors utilizes a statistical | 17:53:17 |
| 15 | detection method.  Is that describe in the EMERALD | 17:53:20 |
| 16 | 1997 reference, in your opinion? | 17:53:23 |
| 17 |     MR. POLLACK:  Objection.  Vague and | 17:53:26 |
| 18 | ambiguous. | 17:54:07 |
| 19 |     THE WITNESS:  The intent, again, in -- around | 17:54:08 |
| 20 | highlight 21 in Exhibit 27 is that the monitor | 17:54:17 |
| 21 | generates reports of suspicious reports or intrusions. | 17:54:25 |
| 22 | I don't know where it talks about a statistical | 17:54:45 |
| 23 | detection method in this EMERALD '97 paper offhand. | 17:54:53 |
| 24 | BY MR. GALVIN: | 17:54:53 |
| 25 |     Q.  Figure 1 at page 357. | 17:54:56 |

693

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

1    A.   Right.  It has mention of a profiler engine.    17:55:01

2    Q.   And at page 359.    17:55:15

3    A.   Okay.  I can see that it's advocating -- it's    17:55:53

4   explaining a statistical anomaly detection method, is    17:55:59

5   what it's defining as the profiler engine.    17:56:05

6    Q.   So therefore, would you agree that the    17:56:09

7   EMERALD 1997 paper describes detecting by the network    17:56:11

8   monitors suspicious network activity based on    17:56:15

9   analysis of network traffic data, wherein at least    17:56:17

10   one of the network monitors utilizes a statistical    17:56:20

11   detection method?    17:56:24

12    MR. POLLACK:  Objection.  Vague and    17:56:25

13   ambiguous, lacks foundation.    17:56:26

14    THE WITNESS:  I would say it describes an    17:56:30

15   intent, not a practice.    17:56:34

16   BY MR. GALVIN:    17:56:34

17    Q.   Well, are you saying that one skilled in the    17:56:41

18   art in October 1997 would not have been able to    17:56:44

19   implement a statistical detection method after    17:56:49

20   reading EMERALD 1997 paper and based on the state of    17:56:54

21   the prior art at that time?    17:56:58

22    MR. POLLACK:  Objection.  Vague and    17:56:59

23   ambiguous, lacks foundation.    17:57:01

24    THE WITNESS:  I don't believe that -- it's    17:57:34

25   very -- it essentially says it's going to begin with    17:57:52

694

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | the generic techniques used by NIDES in the previous | 17:57:55 |
| 2 | paragraph to that highlighted 17, 18. | 17:58:14 |
| 3 | The paragraph at the end of page 359: | 17:58:25 |
| 4 | "While NIDES/Stats has been | 17:58:28 |
| 5 | reasonably successful profiling users' | 17:58:30 |
| 6 | later applications, it will be | 17:58:32 |
| 7 | extended to the more general subject | 17:58:34 |
| 8 | class typography required by EMERALD," | 17:58:35 |
| 9 | claims that at this point, EMERALD '97 paper, that | 17:58:38 |
| 10 | "the underlying mechanisms," by inference, of NIDES, | 17:58:44 |
| 11 | "are well suited to the problem of network anomaly | 17:58:49 |
| 12 | detection, with some adaptation." | 17:58:50 |
| 13 | But I just don't -- my opinion is that this | 17:59:00 |
| 14 | passage on page 359, Section C, gives sufficient | 17:59:03 |
| 15 | information to one of ordinary skill on how to do | 17:59:13 |
| 16 | this. | 17:59:15 |
| 17 | BY MR. GALVIN: | 17:59:15 |
| 18 | Q.  And when you say "this," are you referring | 17:59:16 |
| 19 | to implementing the long-term and short-term | 17:59:19 |
| 20 | statistical profiling techniques that are -- were | 17:59:22 |
| 21 | described in NIDES and adapted as described in the | 17:59:26 |
| 22 | specification of the patents in suit? | 17:59:30 |
| 23 | MR. POLLACK:  Objection.  Mischaracterizes | 17:59:31 |
| 24 | the record, mischaracterizes the testimony, vague and | 17:59:33 |
| 25 | ambiguous. | 17:59:47 |

695

GEORGE KESIDIS, VOLUME III    MAY 29, 2006

| | | |
|---|---|---|
| 1 | THE WITNESS:  I believe, yeah, that's what I | 17:59:47 |
| 2 | meant, roughly speaking.  The -- there are some -- | 17:59:49 |
| 3 | apart from the intent of adapting the rough, generic | 17:59:59 |
| 4 | statistical detection approach used in NIDES, in this | 18:00:07 |
| 5 | context, the author has identified that it's a | 18:00:09 |
| 6 | different context.  The adaptation will not be | 18:00:12 |
| 7 | straightforward. | 18:00:18 |
| 8 | Like I said, I'm reading this largely, in | 18:00:22 |
| 9 | particular this section, as a research proposal, | 18:00:26 |
| 10 | almost. | 18:00:30 |
| 11 | BY MR. GALVIN: | 18:00:30 |
| 12 | Q.  Now, yesterday I thought when we -- or | 18:00:31 |
| 13 | Friday when we discussed statistical detection | 18:00:34 |
| 14 | method, it was my understanding that it was your | 18:00:38 |
| 15 | position that the term "statistical detection method" | 18:00:40 |
| 16 | in claim 1 of the '212 patent was not limited to the | 18:00:43 |
| 17 | long-term and short-term statistical profiles that | 18:00:47 |
| 18 | are claimed in the '338 patent.  Is that a fair | 18:00:51 |
| 19 | statement of your position? | 18:00:54 |
| 20 | A.  Yes, I would say. | 18:00:56 |
| 21 | Q.  Okay.  Now, you've said that the EMERALD | 18:00:57 |
| 22 | 1997 paper did not enable this adapting the long-term | 18:01:02 |
| 23 | statistical and short-term statistical profile | 18:01:09 |
| 24 | techniques of NIDES.  But are you saying that in | 18:01:12 |
| 25 | November of -- or October of 1997, one skilled in the | 18:01:16 |

696

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

| | | |
|---|---|---|
| 1 | art reading EMERALD 1997 would have known of no other | 18:01:23 |
| 2 | statistical detection methods that could be utilized | 18:01:28 |
| 3 | in connection with monitoring network traffic data? | 18:01:34 |
| 4 | MR. POLLACK: Objection. Lacks foundation, | 18:01:39 |
| 5 | vague and ambiguous. | 18:01:40 |
| 6 | THE WITNESS: In my opinion, a statistical | 18:01:55 |
| 7 | detection method is one that involves a decision made | 18:01:57 |
| 8 | using random, uncertain information. And one of | 18:02:12 |
| 9 | ordinary skill, as we defined it, had an undergraduate | 18:02:21 |
| 10 | degree in electrical engineering or computer | 18:02:25 |
| 11 | engineering and could have taken a statistical | 18:02:28 |
| 12 | detection -- could have taken a course where stats was | 18:02:31 |
| 13 | covered and may have seen specific techniques other | 18:02:33 |
| 14 | than those specifically employed in NIDES to perform | 18:02:36 |
| 15 | detection. | 18:02:45 |
| 16 | I'm not sure I understand. You're saying | 18:02:51 |
| 17 | would one of ordinary skill have been tempted to do | 18:02:57 |
| 18 | something other than what's generically called out in | 18:03:01 |
| 19 | NIDES? | 18:03:04 |
| 20 | BY MR. GALVIN: | 18:03:04 |
| 21 | Q. Yes. Would they have been able to? | 18:03:04 |
| 22 | MR. POLLACK: Objection. Vague and | 18:03:06 |
| 23 | ambiguous, lacks foundation. | 18:03:08 |
| 24 | THE WITNESS: I don't believe -- I mean | 18:03:08 |
| 25 | roughly speaking, I don't believe so. | 18:03:10 |

697

GEORGE KESIDIS, VOLUME III        MAY 29, 2006

1   BY MR. GALVIN:                                                18:03:10

2       Q.   Okay.  So if that's the case in October of          18:03:15

3   1997, we have the specification which is filed in            18:03:19

4   November of 1998.  The only statistical detection            18:03:23

5   technique that is disclosed in the specification, as         18:03:28

6   we covered on Friday, was the long-term and                  18:03:31

7   short-term statistical profile technique; is that            18:03:36

8   correct?                                                     18:03:38

9          MR. POLLACK:  Objection.  Mischaracterizes            18:03:38

10  the testimony, lacks foundation.                             18:03:40

11         THE WITNESS:  I mean I'm not sure I                    18:03:42

12  specifically recall what was said on Friday.                 18:03:44

13  BY MR. GALVIN:                                               18:03:44

14      Q.   Are there other methods other than the             18:03:47

15  long-term and short-term statistical profile                18:03:50

16  techniques that were described in the specification?        18:03:52

17         MR. POLLACK:  Same objections.                        18:03:57

18         THE WITNESS:  I believe that the                      18:04:44

19  specification discusses threshold-based techniques in       18:04:45

20  the statistical context, but we covered this before,        18:04:51

21  and I'm misremembering where in the patent that may         18:04:57

22  have been discussed.  Certainly the prominent               18:05:00

23  statistical detection technique in the patent               18:05:12

24  specification is one involving a long and short-term        18:05:14

25  statistical profile.                                        18:05:18

                                                        698