Z





TECHNOLOGY SERIES

# INTRUSION
# DETECTION

Rebecca Gurley Bace

SYM P 0600916

# INTRUSION DETECTION

Rebecca Gurley Bace



**MTP**
MACMILLAN
TECHNICAL
PUBLISHING
U·S·A

SYM P 0600917

# *Intrusion Detection*

Rebecca Gurley Bace

Published by:
Macmillan Technical Publishing
201 West 103rd Street
Indianapolis, IN 46290 USA

Copyright ©2000 by Macmillan Technical Publishing

All rights reserved. No part of this book may be reproduced or transmitted
in any form or by any means, electronic or mechanical, including photo-
copying, recording, or by any information storage and retrieval system,
without written permission from the publisher, except for the inclusion of
brief quotations in a review.

International Standard Book Number: 1–57870–185–6

Library of Congress Catalog Card Number: 99–63273

03  02  01  00        7  6  5  4  3  2

Interpretation of the printing code: The rightmost double-digit number is
the year of the book's printing; the rightmost single-digit number is the
number of the book's printing. For example, the printing code 00–1 shows
that the first printing of the book occurred in 2000.

*Composed in Galliard and MCPdigital by Macmillan Technical Publishing*

*Printed in the United States of America*

## Trademark Acknowledgments

All terms mentioned in this book that are known to be trademarks or
service marks have been appropriately capitalized. Macmillan Technical
Publishing cannot attest to the accuracy of this information. Use of a term
in this book should not be regarded as affecting the validity of any
trademark or service mark.

## Warning and Disclaimer

This book is designed to provide information about intrusion detection.
Every effort has been made to make this book as complete and as accurate
as possible, but no warranty or fitness is implied.

The information is provided on an as-is basis. The authors and Macmillan
Technical Publishing shall have neither liability nor responsibility to any
person or entity with respect to any loss or damages arising from th
information contained in this book or from the use of the discs or
programs that may accompany it.

## Feedback Information

At Macmillan Technical Publishing, our goal is to create in-depth technical
books of the highest quality and value. Each book is crafted with care and
precision, undergoing rigorous development that involves the unique
expertise of members from the professional technical community.

Readers' feedback is a natural continuation of this process. If you have
any comments regarding how we could improve the quality of this book,
or otherwise alter it to better suit your needs, you can contact us at
networktech@mcp.com. Please make sure to include the book title and
ISBN in your message.

We greatly appreciate your assistance.

**PUBLISHER**
*David Dwyer*

**EXECUTIVE EDITOR**
*Linda Ratts Engelman*

**MANAGING EDITOR**
*Gina Brown*

**PRODUCT MARKETING
MANAGER**
*Stephanie Layton*

**ACQUISITIONS EDITOR**
*Karen Wachs*

**DEVELOPMENT EDITOR**
*Katherine Pendergast*

**PROJECT EDITOR**
*Alissa Cayton*

**COPY EDITOR**
*June Waldman*

**INDEXER**
*Larry Sweazy*

**ACQUISITIONS
COORDINATOR**
*Jennifer Garrett*

**MANUFACTURING
COORDINATOR**
*Chris Moos*

**BOOK DESIGNER**
*Louisa Kluczink*

**COVER DESIGNER**
*Aren Howell*

**COMPOSITORS**
*Scan Communications
Group, Inc.*

*Amy Parker*

SYM_D_0000019

# OVERVIEW

Introduction   1

1   The History of Intrusion Detection   7

2   Concepts and Definitions   27

3   Information Sources   45

4   Analysis Schemes   79

5   Responses   121

6   Vulnerability Analysis: A Special Case   135

7   Technical Issues   155

8   Understanding the Real-World Challenge   173

9   Legal Issues   195

10   For Users   217

11   For Strategists   235

12   For Designers   255

13   Future Needs   275

Appendix A   Glossary   289

Appendix B   Bibliography   297

Appendix C   Resources   315

Appendix D   Checklist   321

Index   323

# CONTENTS

| | | |
|---|---|---|
| *Introduction* | | 1 |
| | *Defining Intrusion Detection* | 3 |
| | *By Way of Introduction* | 4 |
| *1* | *The History of Intrusion Detection* | 7 |
| | *1.1  Audit: Setting the Stage for Intrusion Detection* | 7 |
| | 1.1.1  Differences between Financial and Security Audit | 9 |
| | 1.1.2  Audit as a Management Tool | 9 |
| | 1.1.3  EDP Audits and Early Computer Security | 10 |
| | 1.1.4  Audit and Military Models of Computer Security | 11 |
| | *1.2  The Birth of Intrusion Detection* | 12 |
| | 1.2.1  Anderson and the Audit Reduction Problem | 12 |
| | 1.2.2  Denning, Neumann, and IDES | 14 |
| | 1.2.3  A Flurry of Systems through the 1980s | 15 |
| | 1.2.4  Integrating Host and Network-Based Intrusion Detection | 21 |
| | 1.2.5  The Advent of Commercial Products | 23 |
| | *1.3  Conclusion* | 24 |
| | *Endnotes* | 25 |
| *2* | *Concepts and Definitions* | 27 |
| | *2.1  An Introduction to Intrusion Detection* | 27 |
| | *2.2  Security Concepts* | 28 |
| | 2.2.1  A Cultural View of Computer and Network Security | 28 |
| | 2.2.2  Practical Definition of Computer Security | 29 |
| | 2.2.3  Formal Definition of Computer Security | 29 |
| | 2.2.4  Trust | 30 |
| | 2.2.5  Threat | 30 |
| | 2.2.6  Vulnerability | 31 |
| | 2.2.7  Security Policy | 32 |
| | 2.2.8  Other Elements of the System Security Infrastructure | 33 |
| | 2.2.9  How Security Problems Occur | 35 |
| | *2.3  Intrusion Detection Concepts* | 37 |
| | 2.3.1  Architecture | 37 |
| | 2.3.2  Monitoring Strategy | 38 |
| | 2.3.3  Analysis Type | 38 |
| | 2.3.4  Timing | 40 |
| | 2.3.5  Goals of Detection | 40 |
| | 2.3.6  Control Issues | 42 |

2.3.7   Determining Strategies for Intrusion Detection    43
2.4   Conclusion    43
Endnotes    44
3   Information Sources    45
3.1   The Organization of this Chapter    45
3.1.1   Which Source Is the Right Source?    46
3.1.2   Enduring Questions    46
3.2   Host-Based Information Sources    47
3.2.1   Operating System Audit Trails    47
3.2.2   Approaches to Structuring Audit Trails    48
3.2.3   Problems with Commercial Audit Systems    48
3.2.4   Pros and Cons of Operating System Audit Trails    49
3.2.5   Content of Audit Trails    49
3.2.6   Audit Reduction    57
3.2.7   System Logs    58
3.2.8   Applications Information    60
3.2.9   Target-Based Monitoring    65
3.3   Network-Based Information Sources    67
3.3.1   Why Network Sources?    67
3.3.2   Network Packets    67
3.3.3   TCP/IP Networks    68
3.3.4   Packet Capture    70
3.3.5   Network Devices    73
3.3.6   Out-of-Band Information Sources    73
3.4   Information from Other Security Products    74
3.4.1   An Example of a Security Product Data Source    74
3.4.2   Organization of Information Prior to Analysis    75
3.4.3   Other System Components as Data Sources    76
3.5 Conclusion    76
Endnotes    77
4   Analysis Schemes    79
4.1   Thinking About Intrusions    79
4.1.1   Defining Analysis    79
4.1.2   Goals    80
4.1.3   Supporting Goals    81
4.1.4   Detecting Intrusions    82
4.2   A Model for Intrusion Analysis    83
4.2.1   Constructing the Analyzer    84

| | | |
|---|---|---|
| 4.2.2 | Performing Analysis | 88 |
| 4.2.3 | Feedback and Refinement | 89 |
| *4.3* | *Techniques* | *91* |
| 4.3.1 | Misuse Detection | 91 |
| 4.3.2 | Anomaly Detection | 100 |
| 4.3.3 | Alternative Detection Schemes | 110 |
| *4.4* | *Conclusion* | *117* |
| | *Endnotes* | *117* |
| **5** | ***Responses*** | ***121*** |
| *5.1* | *Requirements for Responses* | *121* |
| 5.1.1 | Operational Environment | 123 |
| 5.1.2 | System Purpose and Priorities | 123 |
| 5.1.3 | Regulatory or Statutory Requirements | 124 |
| 5.1.4 | Conveying Expertise to Users | 124 |
| *5.2* | *Types of Responses* | *125* |
| 5.2.1 | Active Responses | 125 |
| 5.2.2 | Passive Responses | 128 |
| *5.3* | *Covering Tracks During Investigation* | *130* |
| 5.3.1 | Fail-Safe Considerations for Response Components | 130 |
| 5.3.2 | Handling False Alarms | 130 |
| 5.3.3 | Archive and Report | 131 |
| *5.4* | *Mapping Responses to Policy* | *131* |
| 5.4.1 | Immediate | 132 |
| 5.4.2 | Timely | 132 |
| 5.4.3 | Long-Term—Local | 132 |
| 5.4.4 | Long-Term—Global | 133 |
| *5.5* | *Conclusion* | *133* |
| | *Endnotes* | *134* |
| **6** | ***Vulnerability Analysis: A Special Case*** | ***135*** |
| *6.1* | *Vulnerability Analysis* | *136* |
| 6.1.1 | Rationale for Vulnerability Analysis | 136 |
| 6.1.2 | COPS—An Example of Vulnerability Analysis | 136 |
| 6.1.3 | Issues and Considerations | 140 |
| *6.2* | *Credentialed Approaches* | *140* |
| 6.2.1 | Definition of Credentialed Approaches | 141 |
| 6.2.2 | Determining Subjects for Credentialed Approaches | 141 |
| 6.2.3 | Strategy and Optimization of Credentialed Approaches | 142 |

SYM_P_0600922

6.3  Noncredentialed Approaches                                          144
  6.3.1  Definition of Noncredentialed Approaches                        144
  6.3.2  Methods for Noncredentialed Vulnerability Analysis              144
  6.3.3  Testing by Exploit                                              144
  6.3.4  Inference Methods                                               145
  6.3.5  A Historical Note                                               145
  6.3.6  Architecture of SATAN                                           147
  6.3.7  Fail-Safe Features                                              149
  6.3.8  Issues Associated with SATAN                                    149
6.4  Password-Cracking                                                   150
  6.4.1  Concepts of Operation                                           150
  6.4.2  Password Crackers as Vulnerability Analysis Tools               151
6.5  Strengths and Weaknesses of Vulnerability Analysis                  151
  6.5.1  Strengths of Credentialed Analysis Techniques                   151
  6.5.2  Strengths of Noncredentialed Analysis Techniques                152
  6.5.3  Disadvantages                                                   152
6.6  Conclusion                                                          153
Endnotes                                                                 153
7  Technical Issues                                                      155
7.1  Scalability                                                         155
  7.1.1  Scaling over Time                                               155
  7.1.2  Scaling over Space                                              156
  7.1.3  Case Study—GrIDS                                                157
7.2  Management                                                          157
  7.2.1  Network Management                                              158
  7.2.2  Sensor Control                                                  159
  7.2.3  Investigative Support                                           159
  7.2.4  Performance Loads                                               160
7.3  Reliability                                                         160
  7.3.1  Reliability of Information Sources                              161
  7.3.2  Reliability of Analysis Engines                                 162
  7.3.3  Reliability of Response Mechanisms                              163
  7.3.4  Reliability of Communications Links                             164
7.4  Analysis Issues                                                     165
  7.4.1  Training Sets for AI-Based Detectors                            165
  7.4.2  False Positives/Negatives in Anomaly Detection                  165
  7.4.3  Trends Analysis                                                 166
  7.4.4  Composition of Policies                                         166

xiv | Intrusion Detection

7.5   Interoperability                                              167
    7.5.1   CIDF/CRISIS Effort                                      169
    7.5.2   Audit Trail Standards                                   169
7.6   Integration                                                  171
7.7   User Interfaces                                              171
7.8   Conclusion                                                   172
Endnotes                                                           172

8  Understanding the Real-World Challenge                          173
8.1   The Roots of Security Problems                               173
    8.1.1   Problems in Design and Development                      174
    8.1.2   Problems in Management                                  178
    8.1.3   Problems in Trust                                       181
8.2   Through a Hacker's Eyes                                       185
    8.2.1   Identifying a Victim                                    185
    8.2.2   Casing the Joint                                        186
    8.2.3   Gaining Access                                          186
    8.2.4   Executing the Attack                                    187
8.3   Security versus Traditional Engineering                       191
    8.3.1   Traditional Engineering                                 191
    8.3.2   Security Engineering                                    191
    8.3.3   Rules of Thumb                                          192
8.4   Rules for Intrusion Detection Systems                         192
8.5   Conclusion                                                    194
Endnotes                                                            194

9  Legal Issues                                                    195
9.1   Law for Geeks                                                196
    9.1.1   Legal Systems                                           197
    9.1.2   Legislation                                             198
    9.1.3   Civil Litigation/Tort Law                               199
    9.1.4   Complications in Applying Law to Cyberspace             201
9.2   Rules of Evidence                                            203
    9.2.1   Types of Evidence                                       203
    9.2.2   Admissibility of Evidence                               204
    9.2.3   Restrictions and Exceptions                             205
    9.2.4   Provisions for Handling Evidence                        205
    9.2.5   Rules of Evidence as Applied to System Logs
            and Audit Trails                                        206
9.3   Laws Relating to Monitoring Activity                         207
    9.3.1   When a System Administrator Monitors a System           207

| | 9.3.2 | When Law Enforcement Agents Monitor a System | 208 |
| | 9.3.3 | Notification of Monitoring | 208 |
| 9.4 | *What Real Cases Have Taught Us* | | *208* |
| | 9.4.1 | The Mitnick Case | 209 |
| | 9.4.2 | The Rome Lab Case | 212 |
| | 9.4.3 | Lessons Learned | 214 |
| 9.5 | *Conclusion* | | *215* |
| | *Endnotes* | | *216* |
| **10** | **For Users** | | **217** |
| | 10.1 | *Determining Your Requirements* | *217* |
| | | 10.1.1 Your System Environment | 217 |
| | | 10.1.2 Goals and Objectives | 218 |
| | | 10.1.3 Reviewing Your Policy | 218 |
| | | 10.1.4 Requirements and Constraints | 219 |
| | 10.2 | *Making Sense of Products* | *220* |
| | | 10.2.1 Understanding the Problem Space | 220 |
| | | 10.2.2 Is the Product Scalable? | 221 |
| | | 10.2.3 How Did You Test This? | 221 |
| | | 10.2.4 Is This Product a Tool or Is It an Application? | 222 |
| | | 10.2.5 Buzzwords versus Wisdom | 223 |
| | | 10.2.6 Anticipated Life of Product | 224 |
| | | 10.2.7 Training Support | 224 |
| | | 10.2.8 Prioritized Goals of Product | 224 |
| | | 10.2.9 Product Differentiation | 225 |
| | 10.3 | *Mapping Policy to Configurations* | *225* |
| | | 10.3.1 Converting Policy to Rules | 225 |
| | | 10.3.2 Subject-Objects to Real World | 226 |
| | | 10.3.3 Monitoring Policy versus Security Policy | 227 |
| | | 10.3.4 Testing Assertions | 227 |
| | 10.4 | *Show Time! Incident Handling and Investigation* | *227* |
| | | 10.4.1 Scout's Honor | 228 |
| | | 10.4.2 Best Practices | 228 |
| | | 10.4.3 When the Balloon Goes Up | 229 |
| | | 10.4.4 Dealing with Law Enforcement | 230 |
| | | 10.4.5 Expectations | 231 |
| | | 10.4.6 Damage Control | 231 |
| | | 10.4.7 Dealing with Witch Hunts | 232 |
| | 10.5 | *Conclusion* | *232* |
| | *Endnotes* | | *233* |

SYM P 0600925

*For Strategists* 235

  *11.1 Building a Case for Security* 235
    11.1.1 Assembling Information 236
    11.1.2 What Is the Organization Trying to Accomplish? 236
    11.1.3 How Does Security Fit Into Overall Business Goals? 236
    11.1.4 Where Does Information Security Fit Into the Corporate Risk-Management Program? 237
    11.1.5 What Do We Need to Secure the System? 238
    11.1.6 Finding Allies 239
    11.1.7 Overcoming Management Resistance 241

  *11.2 Defining Requirements for IDS* 242
    11.2.1 Revisiting Goals and Objectives 242
    11.2.2 What Are the Threats? 242
    11.2.3 What Are Our Limitations? 243
    11.2.4 Considerations in Adopting Intrusion Detection and System Monitoring 243

  *11.3 Marketing Hype versus Real Solutions* 244
    11.3.1 What Product Is Best Fitted to Us and Our Goals? 244
    11.3.2 How Painful Is This Product to Install? 245
    11.3.3 How Painful Is This Product to Run? 245
    11.3.4 What Are the Expectations of the Personnel? 246
    11.3.5 Who Was the Dream Customer for Whom This Product Was Designed? 246

  *11.4 Integrating Security Into a Legacy Environment.* 246
    11.4.1 Assessing the Existing Systems 247
    11.4.2 Leveraging Investments in Security 247
    11.4.3 Dealing with "Wetware"—the Humans in the System 248
    11.4.4 Handling Conflicts 249

  *11.5 Dealing with the Effects of Corporate Transitions* 250
    11.5.1 Mergers and Acquisitions 250
    11.5.2 Strategic Partners 250
    11.5.3 Globalization 251
    11.5.4 Expansion and Contraction 251
    11.5.5 Going from Private to Public 252

  *11.6 Conclusion* 252

  *Endnotes* 253

*For Designers*  255
  *12.1  Requirements*  256
    12.1.1  Good versus Great Intrusion Detection  256
    12.1.2  Different Approaches to Security  258
    12.1.3  Policies—One Size Does Not Fit All  260
  *12.2  Security Design Principles*  262
    12.2.1  Economy of Mechanism  262
    12.2.2  Fail-Safe Defaults  263
    12.2.3  Complete Mediation  263
    12.2.4  Open Design  263
    12.2.5  Separation of Privilege  264
    12.2.6  Least Privilege  264
    12.2.7  Least Common Mechanism  265
    12.2.8  Psychological Acceptability  265
  *12.3  Surviving the Design Process*  265
    12.3.1  Establishing Priorities  265
    12.3.2  On Threat Curmudgeons  266
    12.3.3  Striking and Maintaining Balance  267
  *12.4  Painting the Bull's Eye*  268
    12.4.1  Gauging Success  268
    12.4.2  False Starts  269
    12.4.3  Testing Approaches  269
    12.4.4  Measuring Network-Based Performance  270
  *12.5  Advice from the Trenches*  271
    12.5.1  Use Good Engineering Practices  271
    12.5.2  Secure Sensors  272
    12.5.3  Pay Attention to Correct Reassembly  272
    12.5.4  Don't Underestimate Hardware Needs  272
    12.5.5  Don't Expect Trusted Sources of Attack Data  272
    12.5.6  Think Through Countermeasures  273
    12.5.7  No Support for Forensics  273
    12.5.8  Support Modern Security Features  273
  *12.6  Conclusion*  273
  *Endnotes*  274
*Future Needs*  275
  *13.1  Future Trends in Society*  276
    13.1.1  Global Villages and Marketplaces  276
    13.1.2  Privacy as an Economic Driver  276
    13.1.3  A Different Kind of War  277

| | | |
|---|---|---|
| 13.1.4 | Sovereignty | 277 |
| *13.2* | *Future Trends in Technology* | *277* |
| 13.2.1 | Changes in the Network Fabric | 277 |
| 13.2.2 | Open Source Software | 278 |
| 13.2.3 | Advances in Wireless Networking | 278 |
| 13.2.4 | Ubiquitous Computing | 279 |
| *13.3* | *Future Trends in Security* | *279* |
| 13.3.1 | Management | 279 |
| 13.3.2 | Privacy-Sparing Security | 281 |
| 13.3.3 | Information Quality versus Access Control | 282 |
| 13.3.4 | Crypto, Crypto Everywhere . . . | 282 |
| 13.3.5 | The Erosion of Perimeters | 282 |
| 13.3.6 | Liability Transfer versus Trust Management | 283 |
| *13.4* | *A Vision for Intrusion Detection* | *283* |
| 13.4.1 | Capabilities | 283 |
| 13.4.2 | Highly Distributed Architectures | 284 |
| 13.4.3 | 911 for Security Management | 285 |
| 13.4.4 | Ubiquitous Information Sources | 285 |
| 13.4.5 | Silicon Guards | 285 |
| 13.4.6 | Emphasis on Service, Not Product | 286 |
| *13.5* | *Conclusion* | *286* |
| *Endnotes* | | *287* |
| **Appendix A Glossary** | | **289** |
| **Appendix B Bibliography** | | **297** |
| **Appendix C Resources** | | **315** |
| *Books* | | *315* |
| | Intrusion Detection and Associated Technologies | 315 |
| | Security References and Textbooks | 315 |
| | Information Warfare, Critical Systems, and National Policy | 316 |
| | Introduction to Computer and Network Security | 316 |
| | Cryptography | 316 |
| | Firewalls | 316 |
| | War Stories | 317 |
| | Specific Application Venues | 317 |
| | Cybercrime and Law Enforcement | 317 |
| | For Fun | 317 |

Table of Contents | xix

*WWW Resources*                                                    *317*
    Security Portals                                        318
    Vulnerability Information Sources                       318
    Organizations                                          318
    Government Sites                                        319
    Academic Sites                                         319
    Commercial Products, Services, and Research             319
    Miscellaneous Intrusion Detection References            320
*Appendix D Checklist*                                             *321*
*Index*                                                            *323*

# CHAPTER 1

# *The History of Intrusion Detection*

*"Life was simple before World War II. After that, we had systems."*
- *Admiral Grace Hopper*

When I explain intrusion detection to those not familiar with network security, it's usually easy to describe what intrusion detection systems do: "It's a burglar alarm for computers and networks," or "It looks for criminals breaking into a computer system and lets some-one know about it." Most people understand that when systems handle things that are considered valuable, the systems themselves are natural targets of attack.

Although the goals of intrusion detection systems may be intuitively obvious to both tech-nical and nontechnical users, many people are not aware of the history of intrusion detec-tion research and development. This lack of information results in repeating mistakes made in the past or needlessly settling for suboptimal approaches to critical functions.

Intrusion detection has merged traditional electronic data processing (EDP) and security audit with optimized pattern-matching and statistical techniques. Intrusion detection has become an integral part of modern network security technology. In this section, I describe the history of audit and intrusion detection from the perspective of the people who did the initial research and development and their projects.

## 1.1  Audit: Setting the Stage for Intrusion Detection

Before intrusion detection, there was audit. *Audit* is defined as the process of generating, recording, and reviewing a chronological record of system events. People audit systems to accomplish a variety of goals. These goals include the following:

- To assign and maintain personal accountability for system activities
- To reconstruct events
- To assess damage

## 1.1.4  Audit and Military Models of Computer Security

The U.S. Department of Defense (DOD) backed an extensive research effort during the 1970s, which explored security policies, guidelines, and controls for operating "trusted systems," culminating in the DOD Security Initiative of 1977.

*Trusted systems* were defined as "systems that employ sufficient hardware and software assurance measures to allow their use for simultaneous processing of a range of sensitive or classified information."[3] Thus, trusted systems were designed from the ground up in a way that allowed military and intelligence organizations to place information of different sensitivity levels (typically corresponding to levels of classification) on the same computer system. The Trusted Systems Initiative provided a venue in which the computer security experts of the era explored the features and protections that were necessary for trusted systems to function. (Trusted systems are discussed in more depth in Chapter 3.)

During the initial explorations, researchers debated whether security audit mechanisms would contribute to the assurance level of a trusted system. Ultimately, the audit mechanism was indeed included as part of the *Trusted Computer System Evaluation Criteria*[4] ("Orange Book") requirements for systems evaluated at trust levels C2 and above. The series of documents that outlined the DOD's Trusted Systems Initiative are often referred to as the "Rainbow series," in a reference to the brightly colored covers of the documents.

A document, which addresses the issue of audit in trusted systems, is included in the Rainbow series. It is the "Tan Book," titled *A Guide to Understanding Audit in Trusted Systems.*

The Tan Book outlines five security goals for audit mechanisms:

- To allow the review of patterns of access (on a per-object and per-user basis) and the use of protection mechanisms of the system
- To allow the discovery of both insider and outsider attempts to bypass protection mechanisms
- To allow the discovery of a transition of a user from a lesser to a greater privilege level; for example, when a user moves from clerical to system administrator roles
- To serve as a deterrent to users' attempts to bypass system-protection mechanisms
- To serve as yet another form of user assurance that attempts to bypass the protection will be recorded and discovered, with sufficient information recorded to allow damage control

Although the Tan Book (as well as much of the Rainbow series) reflects a rather centralized mainframe view of computing, its principles of security audit still apply.[5]

## Note

MIDAS, one of the first intrusion detection systems that monitored an operational system connected to the Internet, gave a fascinating view of the Internet threat. Dockmaster was an attractive target for attack due to its affiliation with the Defense Department. Perhaps the most interesting insight that MIDAS gave us was a demonstration of the value of strong identification and authentication (I&A) mechanisms. In the late 1980s, after MIDAS came online, the NCSC decided to utilize token-based I&A as a replacement for weaker password mechanisms. In the scheme selected, users had a calculator-style token, protected by a PIN. When someone logged into Dockmaster, the system issued a multidigit challenge; this challenge was entered into the token, and the resulting multidigit response was sent back to Dockmaster, at which time the user session began.

MIDAS allowed the Dockmaster security staff to see the effects of enacting this stronger login mechanism. Doorknob-rattling and password-guessing incidents dropped dramatically after the token-based I&A system was in place. This effect emphasizes again the importance of thinking holistically when determining a protection strategy for systems. The intrusion detection system could have continued to record attempts to hack into the system by password-guessing or other such attacks on weaker I&A mechanisms. Attackers might have been deterred, but only after a great deal of time and energy were spent on investigating the incident—tracking down the attacker, going through the phases of a criminal investigation and prosecution, and hoping for a sufficiently harsh sentence to discourage further attacks. The desired effect (to make external attackers stop) was much more quickly and easily accomplished by using a strong protection mechanism at the system access point.

Another even more important point is that, despite strengthening I&A to a point where external attackers were thwarted, the organization continued to run MIDAS to monitor for insider abuse.

### 1.2.3.5  NADIR

Network Audit Director and Intrusion Reporter[14] (NADIR) was developed by the Computing Division of Los Alamos National Laboratory to monitor user activities on the Integrated Computing Network (ICN) at Los Alamos. This network is Los Alamos's main computer network and serves more than 9,000 users—connecting supercomputers, local and remote terminals, workstations, network services machines, and data communications interfaces. NADIR monitors the network by processing audit trails generated by specialized network service nodes. It was designed to run on Sun UNIX workstations and, like many other systems of the time, it performs a combination of expert rule-based analysis and statistical profiling. NADIR is written in SQL and

runs on a Sybase database management system, using some of Sybase's internal triggers and other features.

NADIR remains one of the most successful and durable intrusion detection systems of the 1980s and has been extended to monitor systems beyond the ICN at Los Alamos. NADIR continues to monitor the ICN at the time of this publication, and the team continues to modify the system to accommodate new threats and target systems. The principal architect for NADIR is Kathleen Jackson.

### 1.2.3.6   NSM

The Network System Monitor (NSM) was developed at the University of California at Davis to run on a Sun UNIX workstation. It represented the first foray into monitoring network traffic and using that traffic as the primary data source. Before this time, most intrusion detection systems consumed information from operating system audit trails or keystroke monitors. The general architecture of the NSM is still reflected in many commercial intrusion detection products at the time of this publication. The NSM functioned by doing the following:

- Placing the system's Ethernet network interface card into promiscuous mode (in which each network frame generates an interrupt, thereby allowing the monitoring system to listen to all traffic, not just those packets addressed to the system)

- Capturing network packets

- Parsing the protocol to allow extraction of pertinent features as shown in Figure 1.4

- Using a matrix-based approach to archive and analyze the features, both for statistical variances from normal behavior and for violations of pre-established rules

NSM was a significant milestone in intrusion detection research because it was the first attempt to extend intrusion detection to heterogeneous network environments. It was also one of the first intrusion detection systems to run on an operational system (the computer science department local area network at UC Davis). In a widely cited, two-month test of NSM, it monitored more than 111,000 connections on the network segment, correctly identifying more than 300 of them as intrusions. The system administrators for the network discovered less than one percent of these intrusions. This test emphasized the need for and the effectiveness of intrusion detection systems as part of the protection suite. The principal architects for NSM were Karl Levitt, Todd Heberlein, and Biswanath Mukherjee at the University of California at Davis.[15]

SYM P 0600942

An additional human input comes in the form of user interaction with intrusion detection control components. This type of input can consist of system configuration or policy entry at the time of system installation and setup. It can also take the form of active interaction with the system console, responding to detected problems by directing the system to take additional action. Several generations of intrusion detection systems are likely to be required before detection schemes are mature and reliable enough to allow unsupervised operation. For some environments, the total automation of intrusion detection analysis functions may never be appropriate. In the meantime, you should consider intrusion detection systems as diagnostic tools that allow you to "see" system activity through a security-savvy prism, using this higher-level view to gain additional expertise in recognizing and dealing with security problems.

## 3.4    Information from Other Security Products

In general, the more event information that is considered in performing intrusion detection analysis, the more accurate and sensitive the results. This relationship is especially true in performing intrusion detection on networks, where stand-alone security products are common.

Many firewalls, I&A systems, access control systems, and other security devices and subsystems generate their own activity logs. These logs contain information that is, by definition, of security significance; they are therefore of particular value to the intrusion detection process. Including these logs as information sources is an obvious way to improve the quality of the intrusion detection process.

The process of integrating and analyzing event logs from other components of the system security infrastructure represents a significant and enduring role that intrusion detection systems can play. This role continues to be relevant, even as strong encryption or other measures address those threats we consider of greatest concern today. Although technical environments change, the attack strategies of adversaries remain relatively stable. Because an elementary step in attacking a system is to locate, investigate, and then nullify the existing system protections, monitoring security products will remain a stable requirement.

### 3.4.1    An Example of a Security Product Data Source

Table 3.4 presents a format diagram of the firewall log file generated by Firewall-1, a CheckPoint Technologies product. It allows you to see the transactions processed by the firewall, including mappings of ostensible sources and destinations of connections, the names of system objects associated with the transactions, and other information that was selected for inclusion.

SYM P 0600997