OO

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Network Working Group                         J. Moy
Request for Comments: 2328            Ascend Communications, Inc.
STD: 54                                      April 1998
Obsoletes: 2178
Category: Standards Track


                        OSPF Version 2


Status of this Memo

    This document specifies an Internet standards track protocol for the
    Internet community, and requests discussion and suggestions for
    improvements. Please refer to the current edition of the "Internet
    Official Protocol Standards" (STD 1) for the standardization state
    and status of this protocol. Distribution of this memo is
    unlimited.

Copyright Notice

    Copyright (C) The Internet Society (1998). All Rights Reserved.

Abstract

    This memo documents version 2 of the OSPF protocol. OSPF is a
    link-state routing protocol. It is designed to be run internal to a
    single Autonomous System. Each OSPF router maintains an identical
    database describing the Autonomous System's topology. From this
    database, a routing table is calculated by constructing a shortest-
    path tree.

    OSPF recalculates routes quickly in the face of topological changes,
    utilizing a minimum of routing protocol traffic. OSPF provides
    support for equal-cost multipath. An area routing capability is
    provided, enabling an additional level of routing protection and a
    reduction in routing protocol traffic. In addition, all OSPF
    routing protocol exchanges are authenticated.

SYM_P_0604583

The differences between this memo and RFC 2178 are explained in
Appendix G. All differences are backward-compatible in nature.


Moy                    Standards Track            [Page 1]

SYM_P_0604584

RFC 2328                OSPF Version 2              April 1998

Implementations of this memo and of RFCs 2178, 1583, and 1247 will
interoperate.

Please send comments to ospf@gated.cornell.edu.

Table of Contents

1        Introduction ........................................... 6
1.1      Protocol Overview ..................................... 6
1.2      Definitions of commonly used terms ..................... 8
1.3      Brief history of link-state routing technology ........ 11
1.4      Organization of this document ......................... 12
1.5      Acknowledgments ....................................... 12
2        The link-state database: organization and calculations  13
2.1      Representation of routers and networks ................ 13
2.1.1    Representation of non-broadcast networks .............. 15
2.1.2    An example link-state database ........................ 18
2.2      The shortest-path tree ................................ 21
2.3      Use of external routing information ................... 23
2.4      Equal-cost multipath .................................. 26
3        Splitting the AS into Areas ........................... 26
3.1      The backbone of the Autonomous System ................. 27
3.2      Inter-area routing .................................... 27
3.3      Classification of routers ............................. 28
3.4      A sample area configuration ........................... 29
3.5      IP subnetting support ................................. 35
3.6      Supporting stub areas ................................. 37
3.7      Partitions of areas ................................... 38
4        Functional Summary .................................... 40
4.1      Inter-area routing .................................... 41
4.2      AS external routes .................................... 41
4.3      Routing protocol packets .............................. 42
4.4      Basic implementation requirements ..................... 43
4.5      Optional OSPF capabilities ............................ 46
5        Protocol data structures .............................. 47
6        The Area Data Structure ............................... 49
7        Bringing Up Adjacencies ............................... 52
7.1      The Hello Protocol .................................... 52
7.2      The Synchronization of Databases ...................... 53

SYM_P_0604585

http://www.ietf.org/rfc/rfc2328.txt?number=2328

7.3     The Designated Router ................................. 54
7.4     The Backup Designated Router .......................... 56
7.5     The graph of adjacencies ............................. 56

Moy                 Standards Track            [Page 2]

SYM_P_0604586

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328        OSPF Version 2       April 1998

8      Protocol Packet Processing ............................ 58
8.1    Sending protocol packets ................................ 58
8.2    Receiving protocol packets ............................ 61
9      The Interface Data Structure .......................... 63
9.1    Interface states ...................................... 67
9.2    Events causing interface state changes ................ 70
9.3    The Interface state machine ........................... 72
9.4    Electing the Designated Router ........................ 75
9.5    Sending Hello packets ................................. 77
9.5.1  Sending Hello packets on NBMA networks ................ 79
10     The Neighbor Data Structure ........................... 80
10.1   Neighbor states ....................................... 83
10.2   Events causing neighbor state changes ................. 87
10.3   The Neighbor state machine ............................ 89
10.4   Whether to become adjacent ............................ 95
10.5   Receiving Hello Packets ............................... 96
10.6   Receiving Database Description Packets ................ 99
10.7   Receiving Link State Request Packets ................. 102
10.8   Sending Database Description Packets ................. 103
10.9   Sending Link State Request Packets ................... 104
10.10  An Example .......................................... 105
11     The Routing Table Structure .......................... 107
11.1   Routing table lookup ................................. 111
11.2   Sample routing table, without areas .................. 111
11.3   Sample routing table, with areas ..................... 112
12     Link State Advertisements (LSAs) ..................... 115
12.1   The LSA Header ....................................... 116
12.1.1 LS age .............................................. 116
12.1.2 Options ............................................. 117
12.1.3 LS type ............................................. 117
12.1.4 Link State ID ....................................... 117
12.1.5 Advertising Router .................................. 119
12.1.6 LS sequence number .................................. 120
12.1.7 LS checksum ......................................... 121
12.2   The link state database .............................. 121
12.3   Representation of TOS ................................ 122
12.4   Originating LSAs ..................................... 123
12.4.1 Router-LSAs ......................................... 126
12.4.1.1 Describing point-to-point interfaces ................ 130

SYM_P_0604587

12.4.1.2 Describing broadcast and NBMA interfaces ............. 130
12.4.1.3 Describing virtual links ............................ 131
12.4.1.4 Describing Point-to-MultiPoint interfaces ............ 131

Moy              Standards Track          [Page 3]

SYM_P_0604588

RFC 2328          OSPF Version 2          April 1998

12.4.1.5 Examples of router-LSAs ............................. 132
12.4.2   Network-LSAs ......................................... 133
12.4.2.1 Examples of network-LSAs ............................ 134
12.4.3   Summary-LSAs ........................................ 135
12.4.3.1 Originating summary-LSAs into stub areas ............. 137
12.4.3.2 Examples of summary-LSAs ............................ 138
12.4.4   AS-external-LSAs .................................... 139
12.4.4.1 Examples of AS-external-LSAs ........................ 140
13       The Flooding Procedure ............................. 143
13.1     Determining which LSA is newer ..................... 146
13.2     Installing LSAs in the database .................... 147
13.3     Next step in the flooding procedure ................ 148
13.4     Receiving self-originated LSAs ..................... 151
13.5     Sending Link State Acknowledgment packets .......... 152
13.6     Retransmitting LSAs ................................ 154
13.7     Receiving link state acknowledgments ............... 155
14       Aging The Link State Database ...................... 156
14.1     Premature aging of LSAs ............................ 157
15       Virtual Links ...................................... 158
16       Calculation of the routing table ................... 160
16.1     Calculating the shortest-path tree for an area ....... 161
16.1.1   The next hop calculation ........................... 167
16.2     Calculating the inter-area routes .................. 178
16.3     Examining transit areas' summary-LSAs .............. 170
16.4     Calculating AS external routes ..................... 173
16.4.1   External path preferences .......................... 175
16.5     Incremental updates -- summary-LSAs ................ 175
16.6     Incremental updates -- AS-external-LSAs ............ 177
16.7     Events generated as a result of routing table changes 177
16.8     Equal-cost multipath ............................... 178
         Footnotes .......................................... 179
         References ......................................... 183
A        OSPF data formats .................................. 185
A.1      Encapsulation of OSPF packets ...................... 185
A.2      The Options field .................................. 187
A.3      OSPF Packet Formats ................................ 189
A.3.1    The OSPF packet header ............................. 190
A.3.2    The Hello packet ................................... 193
A.3.3    The Database Description packet .................... 195

SYM P 0604589

http://www.ietf.org/rfc/rfc2328.txt?number=2328

A.3.4   The Link State Request packet ........................ 197
A.3.5   The Link State Update packet ........................ 199
A.3.6   The Link State Acknowledgment packet ................ 201

Moy              Standards Track         [Page 4]

SYM P 0604590

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328            OSPF Version 2            April 1998

A.4      LSA formats ........................................... 203
A.4.1    The LSA header ....................................... 204
A.4.2    Router-LSAs .......................................... 206
A.4.3    Network-LSAs ......................................... 210
A.4.4    Summary-LSAs ......................................... 212
A.4.5    AS-external-LSAs ..................................... 214
B        Architectural Constants .............................. 217
C        Configurable Constants ............................... 219
C.1      Global parameters .................................... 219
C.2      Area parameters ...................................... 220
C.3      Router interface parameters .......................... 221
C.4      Virtual link parameters .............................. 224
C.5      NBMA network parameters .............................. 224
C.6      Point-to-MultiPoint network parameters ............... 225
C.7      Host route parameters ................................ 226
D        Authentication ....................................... 227
D.1      Null authentication .................................. 227
D.2      Simple password authentication ....................... 228
D.3      Cryptographic authentication ......................... 228
D.4      Message generation ................................... 231
D.4.1    Generating Null authentication ....................... 231
D.4.2    Generating Simple password authentication ............ 232
D.4.3    Generating Cryptographic authentication .............. 232
D.5      Message verification ................................. 234
D.5.1    Verifying Null authentication ........................ 234
D.5.2    Verifying Simple password authentication ............. 234
D.5.3    Verifying Cryptographic authentication ............... 235
E        An algorithm for assigning Link State IDs ............ 236
F        Multiple interfaces to the same network/subnet ....... 239
G        Differences from RFC 2178 ............................ 240
G.1      Flooding modifications ............................... 240
G.2      Changes to external path preferences ................. 241
G.3      Incomplete resolution of virtual next hops ........... 241
G.4      Routing table lookup ................................. 241
         Security Considerations .............................. 243
         Author's Address ..................................... 243
         Full Copyright Statement ............................. 244

SYM P 0604591

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Moy                    Standards Track                    [Page 5]

RFC 2328            OSPF Version 2            April 1998

# 1. Introduction

This document is a specification of the Open Shortest Path First
(OSPF) TCP/IP internet routing protocol.  OSPF is classified as an
Interior Gateway Protocol (IGP).  This means that it distributes
routing information between routers belonging to a single Autonomous
System.  The OSPF protocol is based on link-state or SPF technology.
This is a departure from the Bellman-Ford base used by traditional
TCP/IP internet routing protocols.

The OSPF protocol was developed by the OSPF working group of the
Internet Engineering Task Force.  It has been designed expressly for
the TCP/IP internet environment, including explicit support for CIDR
and the tagging of externally-derived routing information.  OSPF
also provides for the authentication of routing updates, and
utilizes IP multicast when sending/receiving the updates.  In
addition, much work has been done to produce a protocol that
responds quickly to topology changes, yet involves small amounts of
routing protocol traffic.

## 1.1. Protocol overview

OSPF routes IP packets based solely on the destination IP
address found in the IP packet header.  IP packets are routed
"as is" -- they are not encapsulated in any further protocol
headers as they transit the Autonomous System.  OSPF is a
dynamic routing protocol.  It quickly detects topological
changes in the AS (such as router interface failures) and
calculates new loop-free routes after a period of convergence.
This period of convergence is short and involves a minimum of
routing traffic.

In a link-state routing protocol, each router maintains a
database describing the Autonomous System's topology.  This
database is referred to as the link-state database.  Each
participating router has an identical database.  Each individual
piece of this database is a particular router's local state
(e.g., the router's usable interfaces and reachable neighbors).
The router distributes its local state throughout the Autonomous

http://www.ietf.org/rfc/rfc2328.txt?number=2328

System by flooding.

Moy                    Standards Track              [Page 6]

SYM_P_0694594

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328              OSPF Version 2          April 1998

All routers run the exact same algorithm, in parallel. From the
link-state database, each router constructs a tree of shortest
paths with itself as root. This shortest-path tree gives the
route to each destination in the Autonomous System. Externally
derived routing information appears on the tree as leaves.

When several equal-cost routes to a destination exist, traffic
is distributed equally among them. The cost of a route is
described by a single dimensionless metric.

OSPF allows sets of networks to be grouped together. Such a
grouping is called an area. The topology of an area is hidden
from the rest of the Autonomous System. This information hiding
enables a significant reduction in routing traffic. Also,
routing within the area is determined only by the area's own
topology, lending the area protection from bad routing data. An
area is a generalization of an IP subnetted network.

OSPF enables the flexible configuration of IP subnets. Each
route distributed by OSPF has a destination and mask. Two
different subnets of the same IP network number may have
different sizes (i.e., different masks). This is commonly
referred to as variable length subnetting. A packet is routed
to the best (i.e., longest or most specific) match. Host routes
are considered to be subnets whose masks are "all ones"
(0xffffffff).

All OSPF protocol exchanges are authenticated. This means that
only trusted routers can participate in the Autonomous System's
routing. A variety of authentication schemes can be used; in
fact, separate authentication schemes can be configured for each
IP subnet.

Externally derived routing data (e.g., routes learned from an
Exterior Gateway Protocol such as BGP; see [Ref23]) is
advertised throughout the Autonomous System. This externally
derived data is kept separate from the OSPF protocol's link
state data. Each external route can also be tagged by the
advertising router, enabling the passing of additional

SYM P 0604505

http://www.ietf.org/rfc/rfc2328.txt?number=2328

information between routers on the boundary of the Autonomous System.


Moy                    Standards Track                [Page 7]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328              OSPF Version 2              April 1998

1.2. Definitions of commonly used terms

   This section provides definitions for terms that have a specific
   meaning to the OSPF protocol and that are used throughout the
   text. The reader unfamiliar with the Internet Protocol Suite is
   referred to [Ref13] for an introduction to IP.

   Router
       A level three Internet Protocol packet switch. Formerly
       called a gateway in much of the IP literature.

   Autonomous System
       A group of routers exchanging routing information via a
       common routing protocol. Abbreviated as AS.

   Interior Gateway Protocol
       The routing protocol spoken by the routers belonging to an
       Autonomous system. Abbreviated as IGP. Each Autonomous
       System has a single IGP. Separate Autonomous Systems may be
       running different IGPs.

   Router ID
       A 32-bit number assigned to each router running the OSPF
       protocol. This number uniquely identifies the router within
       an Autonomous System.

   Network
       In this memo, an IP network/subnet/supernet. It is possible
       for one physical network to be assigned multiple IP
       network/subnet numbers. We consider these to be separate
       networks. Point-to-point physical networks are an exception
       - they are considered a single network no matter how many
       (if any at all) IP network/subnet numbers are assigned to
       them.

   Network mask
       A 32-bit number indicating the range of IP addresses
       residing on a single IP network/subnet/supernet. This

SYM P 0604597

http://www.ietf.org/rfc/rfc2328.txt?number=2328

specification displays network masks as hexadecimal numbers.

Moy                    Standards Track              [Page 8]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328                OSPF Version 2              April 1998

For example, the network mask for a class C IP network is
displayed as 0xffffff00. Such a mask is often displayed
elsewhere in the literature as 255.255.255.0.

Point-to-point networks
    A network that joins a single pair of routers. A 56Kb
    serial line is an example of a point-to-point network.

Broadcast networks
    Networks supporting many (more than two) attached routers,
    together with the capability to address a single physical
    message to all of the attached routers (broadcast).
    Neighboring routers are discovered dynamically on these nets
    using OSPF's Hello Protocol. The Hello Protocol itself
    takes advantage of the broadcast capability. The OSPF
    protocol makes further use of multicast capabilities, if
    they exist. Each pair of routers on a broadcast network is
    assumed to be able to communicate directly. An ethernet is
    an example of a broadcast network.

Non-broadcast networks
    Networks supporting many (more than two) routers, but having
    no broadcast capability. Neighboring routers are maintained
    on these nets using OSPF's Hello Protocol. However, due to
    the lack of broadcast capability, some configuration
    information may be necessary to aid in the discovery of
    neighbors. On non-broadcast networks, OSPF protocol packets
    that are normally multicast need to be sent to each
    neighboring router, in turn. An X.25 Public Data Network
    (PDN) is an example of a non-broadcast network.

    OSPF runs in one of two modes over non-broadcast networks.
    The first mode, called non-broadcast multi-access or NBMA,
    simulates the operation of OSPF on a broadcast network. The
    second mode, called Point-to-MultiPoint, treats the non-
    broadcast network as a collection of point-to-point links.
    Non-broadcast networks are referred to as NBMA networks or
    Point-to-MultiPoint networks, depending on OSPF's mode of
    operation over the network.

SYM-P-0904599

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Moy                    Standards Track              [Page 9]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328          OSPF Version 2          April 1998

Interface
    The connection between a router and one of its attached
    networks. An interface has state information associated
    with it, which is obtained from the underlying lower level
    protocols and the routing protocol itself. An interface to
    a network has associated with it a single IP address and
    mask (unless the network is an unnumbered point-to-point
    network). An interface is sometimes also referred to as a
    link.

Neighboring routers
    Two routers that have interfaces to a common network.
    Neighbor relationships are maintained by, and usually
    dynamically discovered by, OSPF's Hello Protocol.

Adjacency
    A relationship formed between selected neighboring routers
    for the purpose of exchanging routing information. Not
    every pair of neighboring routers become adjacent.

Link state advertisement
    Unit of data describing the local state of a router or
    network. For a router, this includes the state of the
    router's interfaces and adjacencies. Each link state
    advertisement is flooded throughout the routing domain. The
    collected link state advertisements of all routers and
    networks forms the protocol's link state database.
    Throughout this memo, link state advertisement is
    abbreviated as LSA.

Hello Protocol
    The part of the OSPF protocol used to establish and maintain
    neighbor relationships. On broadcast networks the Hello
    Protocol can also dynamically discover neighboring routers.

Flooding
    The part of the OSPF protocol that distributes and
    synchronizes the link-state database between OSPF routers.

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Designated Router
    Each broadcast and NBMA network that has at least two
    attached routers has a Designated Router.  The Designated

Moy                    Standards Track            [Page 10]

RFC 2328          OSPF Version 2          April 1998

Router generates an LSA for the network and has other
special responsibilities in the running of the protocol.
The Designated Router is elected by the Hello Protocol.

The Designated Router concept enables a reduction in the
number of adjacencies required on a broadcast or NBMA
network. This in turn reduces the amount of routing
protocol traffic and the size of the link-state database.

Lower-level protocols
The underlying network access protocols that provide
services to the Internet Protocol and in turn the OSPF
protocol. Examples of these are the X.25 packet and frame
levels for X.25 PDNs, and the ethernet data link layer for
ethernets.

1.3. Brief history of link-state routing technology

OSPF is a link state routing protocol. Such protocols are also
referred to in the literature as SPF-based or distributed-
database protocols. This section gives a brief description of
the developments in link-state technology that have influenced
the OSPF protocol.

The first link-state routing protocol was developed for use in
the ARPANET packet switching network. This protocol is
described in [Ref3]. It has formed the starting point for all
other link-state protocols. The homogeneous ARPANET
environment, i.e., single-vendor packet switches connected by
synchronous serial lines, simplified the design and
implementation of the original protocol.

Modifications to this protocol were proposed in [Ref4]. These
modifications dealt with increasing the fault tolerance of the
routing protocol through, among other things, adding a checksum
to the LSAs (thereby detecting database corruption). The paper
also included means for reducing the routing traffic overhead in
a link-state protocol. This was accomplished by introducing

mechanisms which enabled the interval between LSA originations
to be increased by an order of magnitude.

Moy                    Standards Track              [Page 11]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328            OSPF Version 2            April 1998

A.3.2 The Hello packet

Hello packets are OSPF packet type 1. These packets are sent
periodically on all interfaces (including virtual links) in order to
establish and maintain neighbor relationships. In addition, Hello
Packets are multicast on those physical networks having a multicast
or broadcast capability, enabling dynamic discovery of neighboring
routers.

All routers connected to a common network must agree on certain
parameters (Network mask, HelloInterval and RouterDeadInterval).
These parameters are included in Hello packets, so that differences
can inhibit the forming of neighbor relationships. A detailed
explanation of the receive processing for Hello packets is presented
in Section 10.5. The sending of Hello packets is covered in Section
9.5.

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   | Version #  |    1   |        Packet length          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                       Router ID                           |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                        Area ID                            |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |        Checksum        |            AuType             |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    Authentication                         |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    Authentication                         |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                     Network Mask                          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |      HelloInterval       |    Options    |   Rtr Pri   |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                   RouterDeadInterval                      |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

SYM-P 0604067

http://www.ietf.org/rfc/rfc2328.txt?number=2328

```
|                 Designated Router              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|              Backup Designated Router          |
```

Moy                    Standards Track              [Page 193]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328              OSPF Version 2           April 1998



Network mask
    The network mask associated with this interface.  For example,
    if the interface is to a class B network whose third byte is
    used for subnetting, the network mask is 0xffffff00.

Options
    The optional capabilities supported by the router, as documented
    in Section A.2.

HelloInterval
    The number of seconds between this router's Hello packets.

Rtr Pri
    This router's Router Priority.  Used in (Backup) Designated
    Router election.  If set to 0, the router will be ineligible to
    become (Backup) Designated Router.

RouterDeadInterval
    The number of seconds before declaring a silent router down.

Designated Router
    The identity of the Designated Router for this network, in the
    view of the sending router.  The Designated Router is identified
    here by its IP interface address on the network.  Set to 0.0.0.0
    if there is no Designated Router.

Backup Designated Router
    The identity of the Backup Designated Router for this network,
    in the view of the sending router.  The Backup Designated Router
    is identified here by its IP interface address on the network.
    Set to 0.0.0.0 if there is no Backup Designated Router.

Neighbor

http://www.ietf.org/rfc/rfc2328.txt?number=2328

The Router IDs of each router from whom valid Hello packets have been seen recently on the network. Recently means in the last RouterDeadInterval seconds.

Moy                    Standards Track           [Page 194]

SYM_P_0604979

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328            OSPF Version 2            April 1998

## A.3.3 The Database Description packet

Database Description packets are OSPF packet type 2. These packets
are exchanged when an adjacency is being initialized. They describe
the contents of the link-state database. Multiple packets may be
used to describe the database. For this purpose a poll-response
procedure is used. One of the routers is designated to be the
master, the other the slave. The master sends Database Description
packets (polls) which are acknowledged by Database Description
packets sent by the slave (responses). The responses are linked to
the polls via the packets' DD sequence numbers.



http://www.ietf.org/rfc/rfc2328.txt?number=2328 (389 of 489)6/13/2006 12:02:00 PM

SYM_P_0604971

http://www.ietf.org/rfc/rfc2328.txt?number=2328

```
     |                              |
     +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
     |              ...             |
```

Moy                    Standards Track              [Page 195]

SYM P 0604972

RFC 2328            OSPF Version 2          April 1998


The format of the Database Description packet is very similar to
both the Link State Request and Link State Acknowledgment packets.
The main part of all three is a list of items, each item describing
a piece of the link-state database. The sending of Database
Description Packets is documented in Section 10.8. The reception of
Database Description packets is documented in Section 10.6.

Interface MTU
    The size in bytes of the largest IP datagram that can be sent
    out the associated interface, without fragmentation. The MTUs
    of common Internet link types can be found in Table 7-1 of
    [Ref22]. Interface MTU should be set to 0 in Database
    Description packets sent over virtual links.

Options
    The optional capabilities supported by the router, as documented
    in Section A.2.

I-bit
    The Init bit. When set to 1, this packet is the first in the
    sequence of Database Description Packets.

M-bit
    The More bit. When set to 1, it indicates that more Database
    Description Packets are to follow.

MS-bit
    The Master/Slave bit. When set to 1, it indicates that the
    router is the master during the Database Exchange process.
    Otherwise, the router is the slave.

DD sequence number
    Used to sequence the collection of Database Description Packets.
    The initial value (indicated by the Init bit being set) should
    be unique. The DD sequence number then increments until the
    complete database description has been sent.

    The rest of the packet consists of a (possibly partial) list of the
    link-state database's pieces. Each LSA in the database is described

http://www.ietf.org/rfc/rfc2328.txt?number=2328

by its LSA header.  The LSA header is documented in Section A.4.1.
It contains all the information required to uniquely identify both
the LSA and the LSA's current instance.


Moy                    Standards Track            [Page 196]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328          OSPF Version 2          April 1998

## A.3.4 The Link State Request packet

Link State Request packets are OSPF packet type 3. After exchanging
Database Description packets with a neighboring router, a router may
find that parts of its link-state database are out-of-date. The
Link State Request packet is used to request the pieces of the
neighbor's database that are more up-to-date. Multiple Link State
Request packets may need to be used.

A router that sends a Link State Request packet has in mind the
precise instance of the database pieces it is requesting. Each
instance is defined by its LS sequence number, LS checksum, and LS
age, although these fields are not specified in the Link State
Request Packet itself. The router may receive even more recent
instances in response.

The sending of Link State Request packets is documented in Section
10.9. The reception of Link State Request packets is documented in
Section 10.7.

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Version #   |     3       |         Packet length           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Router ID                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Area ID                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|          Checksum          |          AuType                 |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Authentication                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Authentication                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          LS type                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        Link State ID                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

http://www.ietf.org/rfc/rfc2328.txt?number=2328

```
|              Advertising Router                    |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                    ...                     |
```

Moy                Standards Track              [Page 197]

RFC 2328                 OSPF Version 2              April 1998

   Each LSA requested is specified by its LS type, Link State ID, and
   Advertising Router.  This uniquely identifies the LSA, but not its
   instance.  Link State Request packets are understood to be requests
   for the most recent instance (whatever that might be).

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Moy                     Standards Track              [Page 198]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328            OSPF Version 2            April 1998

A.3.5 The Link State Update packet

Link State Update packets are OSPF packet type 4. These packets
implement the flooding of LSAs. Each Link State Update packet
carries a collection of LSAs one hop further from their origin.
Several LSAs may be included in a single packet.

Link State Update packets are multicast on those physical networks
that support multicast/broadcast. In order to make the flooding
procedure reliable, flooded LSAs are acknowledged in Link State
Acknowledgment packets. If retransmission of certain LSAs is
necessary, the retransmitted LSAs are always sent directly to the
neighbor. For more information on the reliable flooding of LSAs,
consult Section 13.

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Version #  |   4    |        Packet length         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        Router ID                            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Area ID                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|        Checksum        |           AuType            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                     Authentication                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                     Authentication                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        # LSAs                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                   |
+-                                 +-+
|                 LSAs             |
+-                                 +-+
|                 ...               |
```

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Moy                  Standards Track              [Page 199]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328              OSPF Version 2           April 1998

# LSAs
    The number of LSAs included in this update.


The body of the Link State Update packet consists of a list of LSAs.
Each LSA begins with a common 20 byte header, described in Section
A.4.1. Detailed formats of the different types of LSAs are described
in Section A.4.

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Moy                    Standards Track              [Page 200]

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328              OSPF Version 2          April 1998

A.3.6 The Link State Acknowledgment packet

Link State Acknowledgment Packets are OSPF packet type 5. To make
the flooding of LSAs reliable, flooded LSAs are explicitly
acknowledged. This acknowledgment is accomplished through the
sending and receiving of Link State Acknowledgment packets.
Multiple LSAs can be acknowledged in a single Link State
Acknowledgment packet.

Depending on the state of the sending interface and the sender of
the corresponding Link State Update packet, a Link State
Acknowledgment packet is sent either to the multicast address
AllSPFRouters, to the multicast address AllDRouters, or as a
unicast. The sending of Link State Acknowledgement packets is
documented in Section 13.5. The reception of Link State
Acknowledgement packets is documented in Section 13.7.

The format of this packet is similar to that of the Data Description
packet. The body of both packets is simply a list of LSA headers.

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |   Version #   |       5       |         Packet length         |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                          Router ID                            |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                           Area ID                             |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |           Checksum            |             AuType            |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                       Authentication                          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                       Authentication                          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                                                               |
   +-                                                             -+
   |                                                               |
```

```
+-            An LSA Header         -+
|                                   |
+-                            -+
```

Moy            Standards Track         [Page 201]

RFC 2328            OSPF Version 2          April 1998



Each acknowledged LSA is described by its LSA header. The LSA
header is documented in Section A.4.1. It contains all the
information required to uniquely identify both the LSA and the LSA's
current instance.

SYM_P_0604985

Moy                    Standards Track             [Page 202]

SYM P 0604986

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328        OSPF Version 2        April 1998

A.4 LSA formats

This memo defines five distinct types of LSAs. Each LSA begins with
a standard 20 byte LSA header. This header is explained in Section
A.4.1. Succeeding sections then diagram the separate LSA types.

Each LSA describes a piece of the OSPF routing domain. Every router
originates a router-LSA. In addition, whenever the router is
elected Designated Router, it originates a network-LSA. Other types
of LSAs may also be originated (see Section 12.4). All LSAs are
then flooded throughout the OSPF routing domain. The flooding
algorithm is reliable, ensuring that all routers have the same
collection of LSAs. (See Section 13 for more information concerning
the flooding algorithm). This collection of LSAs is called the
link-state database.

From the link state database, each router constructs a shortest path
tree with itself as root. This yields a routing table (see Section
11). For the details of the routing table build process, see
Section 16.

SYM P 0604987

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Moy                  Standards Track                [Page 203]

SYM P 0604988

http://www.ietf.org/rfc/rfc2328.txt?number=2328

RFC 2328        OSPF Version 2        April 1998

A.4.1 The LSA header

All LSAs begin with a common 20 byte header. This header contains
enough information to uniquely identify the LSA (LS type, Link State
ID, and Advertising Router). Multiple instances of the LSA may
exist in the routing domain at the same time. It is then necessary
to determine which instance is more recent. This is accomplished by
examining the LS age, LS sequence number and LS checksum fields that
are also contained in the LSA header.



```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |            LS age              |    Options    |    LS type    |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                        Link State ID                          |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                     Advertising Router                        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                     LS sequence number                       |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |         LS checksum            |             length           |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

LS age
    The time in seconds since the LSA was originated.

Options
    The optional capabilities supported by the described portion of
    the routing domain. OSPF's optional capabilities are documented
    in Section A.2.

LS type
    The type of the LSA. Each LSA type has a separate advertisement
    format. The LSA types defined in this memo are as follows (see
    Section 12.1.3 for further explanation):

SYM_P_0604989

Moy                Standards Track            [Page 204]

SYM_P_0604990

RFC 2328            OSPF Version 2          April 1998

LS Type  Description

| | |
|---|---|
| 1 | Router-LSAs |
| 2 | Network-LSAs |
| 3 | Summary-LSAs (IP network) |
| 4 | Summary-LSAs (ASBR) |
| 5 | AS-external-LSAs |

Link State ID
This field identifies the portion of the internet environment
that is being described by the LSA. The contents of this field
depend on the LSA's LS type. For example, in network-LSAs the
Link State ID is set to the IP interface address of the
network's Designated Router (from which the network's IP address
can be derived). The Link State ID is further discussed in
Section 12.1.4.

Advertising Router
The Router ID of the router that originated the LSA. For
example, in network-LSAs this field is equal to the Router ID of
the network's Designated Router.

LS sequence number
Detects old or duplicate LSAs. Successive instances of an LSA
are given successive LS sequence numbers. See Section 12.1.6
for more details.

LS checksum
The Fletcher checksum of the complete contents of the LSA,
including the LSA header but excluding the LS age field. See
Section 12.1.7 for more details.

length
The length in bytes of the LSA. This includes the 20 byte LSA
header.

SYM_P_0604991

http://www.ietf.org/rfc/rfc2328.txt?number=2328

Moy                    Standards Track            [Page 205]

SYM_P_0604992

RFC 2328          OSPF Version 2          April 1998

A.4.2 Router-LSAs

Router-LSAs are the Type 1 LSAs. Each router in an area originates
a router-LSA. The LSA describes the state and cost of the router's
links (i.e., interfaces) to the area. All of the router's links to
the area must be described in a single router-LSA. For details
concerning the construction of router-LSAs, see Section 12.4.1.

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|            LS age             |    Options    |       1       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        Link State ID                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                     Advertising Router                        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                     LS sequence number                        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|         LS checksum           |            length             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|    0    |V|E|B|     0         |           # links             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Link ID                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Link Data                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|     Type      |     # TOS     |            metric             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                              ...                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|      TOS      |       0       |          TOS metric           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Link ID                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Link Data                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                              ...                              |
```

SYM_P_0604993