IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | Civil Action No. 04-CV-1199 (SLR)<br><br>The Honorable Sue L. Robinson |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Katie J.L. Scott of the law firm Day Casebeer Madrid & Batchelder LLP, to represent Defendant Symantec Corporation in this matter.

Dated: June 4, 2008

　　　　　　　　　　　　　　　　　　By:　　*/s/ Richard K. Herrmann*
　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　　　　　Morris, James, Hitchens & Williams LLP
　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 15th Floor
　　　　　　　　　　　　　　　　　　　　　P.O. Box 2306
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-2306
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 888-6800

　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　SYMANTEC CORPORATION

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 3, 2008

By: /s/ Katie Scott
Katie J.L. Scott (Cal. Bar No. 233171)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
(408) 873-0110