IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199 |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael M. Rosen, to represent defendant SRI International, Inc., in this matter.

Dated: June 6, 2008         FISH & RICHARDSON P.C.

                    By: */s/ Thomas L. Halkowski*
                        Thomas L. Halkowski (#4099)
                        Kyle Wagner Compton (#4693)
                        919 N. Market Street, Suite 1100
                        P.O. Box 1114
                        Wilmington, DE 19889-1114
                        Telephone: (302) 652-5070
                        Facsimile: (302) 652-0607

                    Attorneys for Plaintiff
                    SRI INTERNATIONAL, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2008      _____
                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: May 22, 2008            Signed: /s/ Michael M. Rosen
Michael M. Rosen
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I electronically filed with the Clerk of Court the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>500 Delaware Avenue, 15th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>rherrmann@morrisjames.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |

I also certify that on June 6, 2008, I electronically mailed the above document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>pgrewal@daycasebeer.com<br>rbrown@daycasebeer.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>hhawkins@kslaw.com<br>nmoffitt@kslaw.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |

      /s/ *Thomas L. Halkowski*
      Thomas L. Halkowski