IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 04-1199 |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven C. Carlson, to represent defendant SRI International, Inc., in this matter.

Dated:  July 8, 2008

FISH & RICHARDSON P.C.

By:  */s/ Thomas L. Halkowski*
      Thomas L. Halkowski (#4099)
      Kyle Wagner Compton (#4693)
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE 19889-1114
      Telephone:  (302) 652-5070
      Facsimile:  (302) 652-0607

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:  _____, 2008      _____
                                     United States District Court Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:    July 7, 2008                                    Signed: _____

                                                                        Steven C. Carlson
                                                                        Fish & Richardson, P.C.
                                                                        500 Arguello Street, Suite 500
                                                                        Redwood City, CA  94063
                                                                        Telephone:  (650) 839-5070
                                                                        Facsimile:  (650) 839-5071

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed with the Clerk of Court the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation*

Richard K. Herrmann
Morris James Hitchens & Williams LLP
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE  19899-2306
rherrmann@morrisjames.com

*Attorneys for
Defendant/Counterclaim Plaintiff
Symantec Corporation*

I also certify that on July 8, 2008, I electronically mailed the above document(s) to the following non-registered participants:

Paul S. Grewal
Renee DuBord Brown
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
pgrewal@daycasebeer.com
rbrown@daycasebeer.com

*Attorneys for
Defendant/Counterclaim Plaintiff
Symantec Corporation*

Holmes J. Hawkins, III
Natasha H. Moffitt
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
hhawkins@kslaw.com
nmoffitt@kslaw.com

*Attorneys for
Defendant/Counterclaim Plaintiffs
Internet Security Systems, Inc., a
Delaware corporation, and Internet
Security Systems, Inc., a Georgia
corporation*

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski