IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, ) ) ) Plaintiff and ) Counterclaim-Defendant, ) ) v. ) ) INTERNET SECURITY SYSTEMS, INC., ) a Delaware Corporation, INTERNET SECURITY ) SYSTEMS, INC., a Georgia Corporation, and ) SYMANTEC CORPORATION, a Delaware ) Corporation, ) ) Defendants and ) Counterclaim-Plaintiffs. ) | C.A. No. 04-1199 (SLR) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Allison H. Altersohn of King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036 to represent for Defendants Internet Security Systems, Inc., a Delaware corporation; and Internet Security Systems, Inc., a Georgia corporation Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: July 22, 2008
875321 / 28434

*Attorneys for Defendants INTERNET SECURITY SYSTEMS, INC., a Delaware corporation; and INTERNET SECURITY SYSTEMS, INC., a Georgia corporation*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 22, 2008        Signed:        /s/ *Allison H. Altersohn*
                                          Allison H. Altersohn
                                          King & Spalding LLP
                                          1185 Avenue of the Americas
                                          New York, NY 10036
                                          Telephone: (212) 556-2316
                                          aaltersohn@kslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 22, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 22, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Kyle Wagner Compton<br>John N. Farrell<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE  19899<br>halkowski@fr.com<br>kcompton@fr.com<br>jfarrell@fr.com | Richard K. Herrmann<br>Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19899<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| Howard G. Pollack<br>Steven C. Carlson<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>pollack@fr.com<br>steven.carlson@fr.com | Paul S. Grewal<br>Renee DuBord Brown<br>Katie J.L. Scott<br>Day Casebeer Madrid & Batchelder LLP<br>20300 Stevens Creek Blvd, Suite 400<br>Cupertino, CA  95014<br>pgrewal@daycasebeer.com<br>rbrown@daycasebeer.com<br>kscott@daycasebeer.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314/28434

2