IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## **DEFENDANTS' CITATION OF SUBSEQUENT AUTHORITY**

Pursuant to L.R. 7.1.2(b), Defendants Symantec Corp. and Internet Security Systems, Inc. bring to the Court's attention the recently-issued Federal Circuit opinion *Muniaction v. Thomson Corp.*, No. 2007-1485 (Fed. Cir. July 14, 2008), as well as a recent opinion from the Northern District of California, *Comcast Cable Comm. Corp. v. Finistar Corp.*, No. C 06-04206 WHA (N.D. Cal. July 11, 2008). Both are relevant to Defendants' pending summary judgment motion regarding the obviousness of SRI's U.S. Patents Nos. 6,484,203 and 6,711,615.

Dated: July 22, 2008

POTTER ANDERSON & CORROON LLP          MORRIS JAMES LLP


    */s/ David E. Moore*                                              */s/ Richard K. Herrmann*
Richard L. Horwitz (#2246)                         Richard K. Herrmann (#405)
David E. Moore (#3983)                             Mary B. Matterer (#2696)
Hercules Plaza, 6th Floor                          500 Delaware Avenue
1313 N. Market Street                              15th Floor
Wilmington, DE  19899                              Wilmington, DE 19801
rhorwitz@potteranderson.com                        rherrmann@morrisjames.com
Tel.:  (302) 984-6000                              Tel:  (302) 888-6800

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Holmes J. Hawkins III<br>Natasha H. Moffitt<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>Tel:   (404) 572-4600<br><br>Scott T. Weingaertner<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel:   (212) 556-2100<br><br>Adam M. Conrad<br>KING & SPALDING LLP<br>One Morrocroft Centre<br>6805 Morrison Blvd, Suite 200<br>Charlotte, NC  28211<br>Tel:   (704) 503-2600 | Lloyd R. Day, Jr.<br>Robert M. Galvin<br>Paul S. Grewal<br>Renee DuBord Brown<br>DAY, CASEBEER MADRID &<br>BATCHELDER LLP<br>20300 Stevens Creek Blvd., Suite 400<br>Cupertino, CA  95014<br>Tel:   (408) 873-0110 |
| Attorneys for Defendant INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation and INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation | Attorneys for Defendant SYMANTEC CORPORATION, a Delaware Corporation |