IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>       Defendants. | Case No. 04-1199 |

**RESPONSE TO DEFENDANTS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Neither of the two cases cited by Defendants is relevant to this case. *Muniauction* involved the simple adaptation of a single prior art system for use with a known web browser, where the patentee's expert had conceded the system contained every claimed limitation other than a web browser. *Comcast* involved a single dependent claim which depended from a claim the Federal Circuit had already determined to be anticipated. Neither of these fact patterns approximates the facts of this case,[1] which SRI respectfully suggests warrant a trial.

---

[1] The apparent basis for citing these cases is their ultimate conclusion that certain claims were obvious. Of course, for every post-*KSR* case Defendants can cite where a patent claim was invalidated as obvious, SRI could cite a case to the contrary. *See, e.g., Ortho-McNeil Pharma. Inc. v. Mylan Labs., Inc.*, 520 F.3d 1358 (Fed. Cir. 2008) (aff'g summary judgment of non-obviousness and issuance of permanent injunction); *Forest Labs. v. Ivax Pharma.*, 501 F.3d 1263 (Fed. Cir. 2007) (aff'g determination of non-obviousness made after a bench trial in Delaware District Court and issuance of permanent injunction).

Dated: July 24, 2008　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　By: */s/ Thomas L. Halkowski*
　　　　　　　　　　　　　　　　　　Thomas L. Halkowski (#4099)
　　　　　　　　　　　　　　　　　　Kyle Wagner Compton (#4693)
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　Wilmington, DE 19889-1114
　　　　　　　　　　　　　　　　　　Tel: (302) 652-5070
　　　　　　　　　　　　　　　　　　Fax: (302) 652-0607

　　　　　　　　　　　　　　　　　　Frank E. Scherkenbach
　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　Tel: (617) 542-5070
　　　　　　　　　　　　　　　　　　Fax: (617) 542-8906

　　　　　　　　　　　　　　　　　　Howard G. Pollack
　　　　　　　　　　　　　　　　　　Katherine D. Prescott
　　　　　　　　　　　　　　　　　　500 Arguello St., Ste. 500
　　　　　　　　　　　　　　　　　　Redwood City, CA 94063
　　　　　　　　　　　　　　　　　　Tel: (650) 839-5070
　　　　　　　　　　　　　　　　　　Fax: (650) 839-5071

*Attorneys for Plaintiff*
*SRI INTERNATIONAL, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed with the Clerk of Court the attached **RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>500 Delaware Avenue, 15th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>rherrmann@morrisjames.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |

I also certify that on July 24, 2008, I electronically mailed the above document(s) to the following non-registered participants:

| | |
|---|---|
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>pgrewal@daycasebeer.com<br>rbrown@daycasebeer.com | *Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation* |
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>hhawkins@kslaw.com<br>nmoffitt@kslaw.com | *Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation* |

/s/ *Thomas L. Halkowski*
        Thomas L. Halkowski