**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SRI INTERNATIONAL, INC.,<br><br>   Plaintiff and<br>   Counterclaim-Defendant,<br><br>   v.<br><br>INTERNET SECURITY SYSTEMS, INC.,<br>INTERNET SECURITY SYSTEMS, INC.,<br>and SYMANTEC CORPORATION,<br><br>   Defendants and<br>   Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

**NOTICE OF SERVICE**

Please take notice that copies of the following document, **DEFENDANT SYMANTEC CORPORATION'S DISCLOSURES PURSUANT TO 35 U.S.C. § 282**, were served on counsel indicated below via facsimile and Federal Express on the 1st day of August, 2008:

Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Howard G. Pollack, Esq.
Michael J. Curley, Esq.
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA  94063

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19801

Holmes Hawkins, III, Esq.
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA  30303-1763

Dated:  August 4, 2008

   */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant
SYMANTEC CORPORATION*