# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

BY ELECTRONIC FILING

August 6, 2008

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

Re:   SRI International Inc. v. Internet Security Systems, Inc., et al.
      USDC-D. Del. - C. A. No. 04-1199 (SLR)

Dear Judge Robinson:

This letter is written on behalf of all the parties to this suit. The parties believe use of the attached questionnaire will significantly streamline the voir dire process and, therefore, respectfully request that the Court approve use of this questionnaire. Fish & Richardson is prepared to assist the Clerk's Office with the mailing of the questionnaires as we have done with regard to previous jury trials.

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

TLH/dob
Enclosure

cc:    Richard L. Horwitz, Esq.
       Richard K. Herrmann Esq.

80066455.doc

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC