## **JURY QUESTIONNAIRE**

This questionnaire relates to a civil case that involves patents relating to computer network intrusion detection and prevention.

You have been selected to be part of the pool of people from which the jury in this case will be selected. The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury. Please answer the following questions honestly and to the best of your ability. All of the answers that you give will be kept confidential by the Court and by the parties.

**Your name:** _____

1. **Your home address:**

   _____
          Street                                            City, State

2. **Your age:** _____

3. **Your marital status:**

   | | | | |
   |---|---|---|---|
   | Single (never married) | _____ | Separated/Divorced | _____ |
   | Currently married | _____ | Widowed | _____ |

4. **Your education (check all that apply and describe as appropriate):**

   | | | | |
   |---|---|---|---|
   | High School | _____ | Diploma received? | _____ |
   | Tech/Trade School | _____ | Area of Study? | _____ |
   | College/University | _____ | Degree & Field? | _____ |
   | Graduate School | _____ | Degree & Field? | _____ |
   | Other (specify) | _____ | | |

5. **What was your favorite subject in school?**

   | | | | |
   |---|---|---|---|
   | English/Language | _____ | Social Studies | _____ |
   | Science/Engineering | _____ | Physical Education | _____ |
   | Mathematics | _____ | Art/Music | _____ |
   | Other (specify) | _____ | | |

6. **Which best describes your current employment status?**

   | | | | |
   |---|---|---|---|
   | Employee, full-time | _____ | Retired | _____ |
   | Employee, part-time | _____ | Disabled/Unemployed | _____ |
   | Homemaker | _____ | Unemployed/Looking | _____ |
   | Self-employed | _____ | Full time Student | _____ |

7. **By whom are (were) you employed during the last 10 years?**

   | Employer | Number of Years | Is that a small company, large company government agency or self employment? |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

**8. What is (was) your title and are (were) your 3 main responsibilities at your current or most recent job?**

 

**9. Does (did) that job involve the use of computers or computer networks?**

Yes _____ No _____

If yes, please explain:

 

**10. Have you or any close relative ever served in the military?**

Yes _____ No _____

If yes, who specifically (you/relative)? _____

If yes, what branch? _____

When? _____

**11. Have you or any close relative ever worked for an agency of the federal government?**

Yes ____ No ____

If yes, who specifically (you/relative)? _____

If yes, what agency or agencies? _____

What work was performed? _____

**12. Do you have any special training, education, or experience in the following areas? (Check all that apply)**

| | | | |
|---|---|---|---|
| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Semiconductors | _____ |
| Life Sciences | _____ | Networking | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

3

**12a. For each area checked above, please describe what training, education or experience you have had.**

_____

_____

_____

**13. Please identify any other areas of special training, education, or experience here:**

_____

_____

_____

**14. If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?**

_____

_____

**15. Have you, a relative, or a close personal friend of yours ever invented anything?**

Yes _____   No _____

If yes, please explain:_____

_____

**16. Are you listed as an inventor on any U.S, Patents?**

Yes _____   No _____

**17. Have you ever attempted to obtain a U.S. Patent?**

Yes _____   No _____

**18. Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?**

Yes _____   No _____

**19. Does your current employer (or last employer) own any U.S. Patents?**

Yes _____   No _____   Don't know _____

4

**20. How closely do you follow the news?**

    _____ Very closely
    _____ Somewhat closely
    _____ Not too closely
    _____ Not closely at all

**21. How comfortable are you in dealing with scientific and technical information?**

    _____ Very comfortable
    _____ Somewhat comfortable
    _____ Not too comfortable
    _____ Not at all comfortable

**22.   How knowledgeable do you consider yourself to be about patents and obtaining a patent?**

    _____ Very knowledgeable
    _____ Somewhat knowledgeable
    _____ Not too knowledgeable
    _____ Not at all knowledgeable

**23. What knowledge or opinions do you have about patents or the process by which patents are obtained?**

_____

_____

_____

**24. Do you have any knowledge, opinions, or experience that might affect the way you view a case that involves allegations of patent infringement or invalidity?**

    Yes _____   No _____

    If yes, please explain:_____

_____

**25. How do you feel about the fact that a patent may allow an inventor or patent owner to profit from his or her invention?**

_____

_____

_____

5

**26. How do you feel about the fact that a patent grants exclusive rights to an invention to the inventor or to someone to whom the rights are assigned?**

_____

_____

_____

**27. Have you ever served on a jury before?**

Yes _____    No _____

If yes, please state the year and whether the trial involve a civil or criminal matter:

_____

**28. Have you or a family member ever filed a lawsuit or claim against someone?**

Yes _____    No _____

**29. Have you or a family member ever been sued or had a claim filed against you?**

Yes _____    No _____

**30. Have you ever had your deposition taken or been a witness in court?**

Yes _____    No _____

**31. Had you read or heard about this case before you received your notice for jury duty?**

Yes _____    No _____

If yes, please describe what you read or heard:_____

_____

**32. Have you or any of your family or close personal friends ever owned stock in, been employed by, or had any other connection to any of the following companies:**

_____ SRI International, Inc.
_____ ISS (Internet Security Systems, Inc.)
_____ IBM (International Business Machines Corporation)
_____ Symantec Corporation

If yes, please explain:_____

_____

**33. Do you have any relationship or affiliation with any of the following law firms or their employees, including any of the following attorneys (check if yes):**

    _____ FISH & RICHARDSON P.C.
        \_\_\_\_\_ Thomas Lee Halkowski
        \_\_\_\_\_ Timothy Devlin
        \_\_\_\_\_ John F. Horvath
        \_\_\_\_\_ Katherine D. Prescott
        \_\_\_\_\_ Kyle Wagner Compton
        \_\_\_\_\_ Todd G. Miller
        \_\_\_\_\_ Steven C. Carlson
        \_\_\_\_\_ Michael Curley
        \_\_\_\_\_ Frank E. Scherkenbach
        \_\_\_\_\_ Gina M. Steele
        \_\_\_\_\_ John M. Farrell
        \_\_\_\_\_ Michael M. Rosen

    _____ POTTER ANDERSON & CORROON LLP
        \_\_\_\_\_ Richard L. Horwitz
        \_\_\_\_\_ David Ellis Moore

    \_\_\_\_\_ KING & SPALDING LLP
        \_\_\_\_\_ Holmes J. Hawkins, III
        \_\_\_\_\_ Adam M. Conrad
        \_\_\_\_\_ Allison H. Altersohn
        \_\_\_\_\_ Charles A. Pannell
        \_\_\_\_\_ Natasha H. Moffitt
        \_\_\_\_\_ Scott T. Weingaertner

    \_\_\_\_\_ MORRIS JAMES LLP
        \_\_\_\_\_ Richard K. Herrmann
        \_\_\_\_\_ Mary Matterer

    \_\_\_\_\_ DAY CASEBEER MADRID & BATCHELDER LLP
        \_\_\_\_\_ Lloyd R. Day
        \_\_\_\_\_ Paul S. Grewal
        \_\_\_\_\_ Renee DuBord Brown
        \_\_\_\_\_ Robert M. Galvin
        \_\_\_\_\_ Geoffrey M. Godfrey
        \_\_\_\_\_ Katie J.L. Scott
        \_\_\_\_\_ Andy Chan

Your signature: _____

Date signed: _____