## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



August 12, 2008

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

      Re:    SRI International Inc. v. Internet Security Systems, et al.,
            Civ. No. 04-1199-SLR

Dear Counsel:

      This is in response to Mr. Halkowski's letter of August 6, 2008, whereby the parties to the above referenced case request the use of a jury questionnaire. I will allow the use of the questionnaire attached to Mr. Halkowski's letter, with the following revisions and under the following conditions. First, the questionnaire will constitute the voir dire, with the limited exception that each party may select three members of the panel to whom follow-up questions may be addressed in court. Excuses for cause will

Page Two
SRI International letter
August 12, 2008

be based on the responses to the questionnaire and review of this limited follow-up voir dire.  Second, the jury questionnaire should go out under the case caption.  Third, your questions numbered 1 (privacy concerns) and 21 are to be stricken from the questionnaire and the following standard questions are to be added:  (1) Are you related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this trial (with your list of potential witnesses)?; (2) Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?; (3) Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?; and (4) Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

     I understand that "Fish & Richardson is prepared to assist the Clerk's Office with the mailing of the questionnaires." (D.I. 522)  Because I generally do not allow the use of questionnaires, as unduly burdensome to potential jurors, I will assume that the parties will take care of the mechanics of getting these back in time to be of use to the court and the parties.

                                                     Cordially,

                                                   Sue L. Robinson