EXHIBIT 10

ISS'S List of Exhibits

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 2500 | ISS' PROVENTIA MANAGEMENT SITEPROTECTOR USER GUIDE FOR SECURITY MANAGERS VERSION 2.0, SERVICE PACK 6.0 | CRIST 321 | | | | |
| 2501 | MANUAL ENTITLED "SITEPROTECTOR -- SECURITY FUSION MODULE GUIDE VERSION 2.0 | GRISWOLD 334 | | | | |
| 2502 | ISS PRESENTATION ENTITLED "FUSION UPDATE' | ISS60287 | ISS60300 | | | |
| 2503 | SITEPROTECTOR USER GUIDE FOR SECURITY MANAGERS VERSION 2.0, SERVICE PACK 5 | ISS19569 | ISS19838 | | | |
| 2504 | PROVENTIA A SERIES | MCEWIN 122 | | | | |
| 2505 | PROVENTIA - INTRUSION PREVENTION APPLIANCE, PREEMPTIVE ENTERPRISE PROTECTION FOR NETWORKS | MCEWIN 123 | | | | |
| 2506 | ISS' REALSECURE SIGNATURES REFERENCE GUIDE VERSION 6.5 | ISS17243 | ISS18096 | | | |
| 2507 | SITEPROTECTOR - SUPPORTED AGENTS AND APPLICATIONS | RAJASEKHARAN 113 | | | | |
| 2508 | PROVENTIA NETWORK, ANOMALY DETECTION SYSTEM - MONITORING THE NETWORK TO ENHANCE VISIBILITY, INTEGRITY, AND PREEMPTIVE PROTECTION | STEWART 99 | | | | |
| 2509 | INTERNET SECURITY SYSTEMS© PROVENTIA NETWORK ANOMALY DETECTION SYSTEM USER GUIDE VERSION 3.5 | ISS_01927908 | ISS_01928091 | | | |
| 2510 | FUSION UPDATED | ISS60287 | ISS60300 | 106 | 106 | |
| 2511 | SECURITY FUSION MODULE 2.0 TECH SUPPORT CHALK TALK BY D. COOK, P. GRISWOLD | ISS_00535783 | ISS_00535821 | Irregularity in Bates Number; Should reference ISS 00535783-821 | | |
| 2512 | HTTP://DOCUMENTS.ISS.NET/LITERATURE/SITEPROTECTOR/DATASHEET-FUSION2.0.PDF | KESIDIS REPORT – ISS | | | | |
| 2513 | HEALTHSOUTH NO. 28 - SECURITY NETWORK DESIGN DIAGRAM SHOWING THE DEPLOYMENT OF MULTIPLE PROVENTIA G, ALONG WITH SITEPROTECTOR AND THE SECURITY FUSION MODULE, IN THE HEALTHSOUTH NETWORK | KESIDIS REPORT – ISS | | | | |
| 2514 | REALSECURE NETWORK SENSOR AND GIGABIT NETWORK SENSOR FREQUENTLY ASKED QUESTIONS | SRI 000001 | SRI 000009 | | | |
| 2515 | ISS ENHANCED DYNAMIC THREAT PROTECTION VIA AUTOMATED CORRELATION AND ANALYSIS | SRI 000020 | SRI 000033 | | | |
| 2516 | REALSECURE NETWORK 10/100 PRODUCT DESCRIPTION | SRI 000034 | SRI 000035 | | | |
| 2517 | REALSECURE NETWORK GIGABIT PRODUCT DESCRIPTION | SRI 000036 | SRI 000037 | | | |
| 2518 | HTTP://DOCUMENTS.ISS.NET/LITERATURE/REALSECURE/RSN10-100_DATASHEET.PDF | KESIDIS REPORT – ISS | | | | |
| 2519 | HTTP://DOCUMENTS.ISS.NET/LITERATURE/PROVENTIA/PROVENTIA_PLATFORM_BROCHURES.PDF | KESIDIS REPORT – ISS | | | | |
| 2520 | REALSECURE GUARD | ISS 06012 | | 106 | 106 | |
| 2521 | REALSECURE GUARD FREQUENTLY ASKED QUESTIONS | ISS 06011 | ISS 06017 | | | |
| 2522 | REALSECURE SIGNATURE REFERENCE GUIDE, VERSION 6.5 | ISS 17243 | ISS 18096 | | | |
| 2523 | MODULE 5: REALSECURE UNDER THE HOOD | ISS2_00105902 | ISS2_00105904 | Exhibit does not match description; clarification needed - SRI reserves all objections | | |
| 2524 | EXHIBIT NO. NOT USED | | | | | |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 2525 | ROBERT MCEWIN EXHIBIT 123 - PROVENTIA INTRUSION PREVENTION APPLIANCES | KESIDIS REPORT – ISS | | | | |
| 2526 | REAL PROTECTOR THIRD PARTY MODULE PRODUCT DESCRIPTION; SITE PROTECTOR THIRD PARTY MODULE FREQUENTLY ASKED QUESTIONS | SRI 000047 | SRI 000052 | | | |
| 2527 | ADS USER GUIDE AT 5, 23 (AVAILABLE AT HTTP://DOCUMENTS.ISS.NET/LITERATURE/PROVENTIA/ADSUSERGUIDE.PDF | KESIDIS REPORT – ISS | | 106 | 106 | |
| 2528 | THIRD PARTY ANALYSIS BY BURTON GROUP DESCRIBING ARBOR NETWORK'S PEAKFLOW | SYM_P_0052701 | | 106 | 106 | |
| 2529 | EXPERT REPORT OF DR. GEORGE KESIDIS ON INFRINGEMENT TO ISS | KESIDIS 1 | | 802 | 801; 803; 807 | |
| 2530 | ISS PAMPHLET: PROVENTIA NETWORK ANOMALY DETECTION SYSTEM | MORVILLE 539 | | | | |
| 2531 | ISS PROVENTIA NETWORK QUICK START GUIDE VERSION 3.5 | ARB 00693 | ARB 00740 | | | |
| 2532 | ISS PROVENTIA NETWORK USER GUIDE VERSION 3.5 | ARB 00094 | ARB 00273 | | | |
| 2533 | ISS PROVENTIA NETWORK ADVANCED CONFIGURATION GUIDE VERSION 3.5 | ARB 00001 | ARB 00093 | | | |
| 2534 | (BURTON 2003) BURTON GROUP, "SECURITY THE ENTERPRISE WITH NETWORK BEHAVIOR ANOMALY DETECTION' | SYM_P_0052675 | SYM_P_0052717 | | | |
| 2535 | (CISCO 6350) CISCO SYSTEMS WEBSITE: HTTP://WWW.CISCO.COM/EN/US/PRODUCTS/PS6350/PRODUCTS_CONFIGURATION_GUIDE_CHAPTER09186A00805E7C53.HTML | SMAHA REBUTTAL REPORT | | FRCP 37 (untimely produced); SRI reserves all other objections | Disclosed no later than May 16, 2006. | |
| 2536 | (CISCO 6601) CISCO SYSTEMS WEBSITE, AVAILABLE AT HTTP://WWW.CISCO.COM/EN/US/PRODUCTS/PS6601/PRODUCTS_WHITE_PAPER0900AECD80406232.SHTML | SMAHA REBUTTAL REPORT | | FRCP 37 (untimely produced); SRI reserves all other objections | Disclosed no later than May 16, 2006. | |
| 2537 | (FED-STD-1037C) FEDERAL STANDARD 1037C, TELECOMMUNICATIONS: GLOSSARY OF TELECOMMUNICATIONS TERMS, GENERAL SERVICES ADMINISTRATION | SMAHA REBUTTAL REPORT | | FRCP 37 (untimely produced); SRI reserves all other objections | Disclosed no later than May 16, 2006. | |
| 2538 | Y.F. JOU, S.F. WU ET AL. "ARCHITECTURE DESIGN OF A SCALABLE INTRUSION DETECTION SYSTEM FOR THE EMERGING NETWORK", TECHNICAL REPORT CDRL A005, DARPA ORDER NO. E296, DEPT. OF COMPUTER SCIENCE, NORTH CAROLINA STATE UNIVERSITY | ISS 27334 | ISS 27374 | 602; 802 | 801; 803; 807 | |
| 2539 | EXPERT REPORT OF DR. GEORGE KESIDIS ON INFRINGEMENT | SMAHA REBUTTAL REPORT | | 802 | 801; 803; 807 | |
| 2540 | (PNADS OV) ISS, "PROVENTIA NETWORK ANOMALY DETECTION SYSTEM - COMPARE MODELS", HTTP://WWW.ISS.NET/PRODUCTS_SERVICES/ENTERPRISE_PROTECTION/PROVENTIA/ANOMALY_DETECTION/MODELS.PHP | SMAHA REBUTTAL REPORT | | | | |
| 2541 | (PROVENTIA SERVER) HTTP://DOCUMENTS.ISS.NET/LITERATURE/PROVENTIA/PROVENTIA_SERVER_WINDOWS_DATA_SHEET.PDF | | | | | |
| 2542 | (REALSECURE NT 1.0 UG) "REALSECURE RELEASE 1.0 FOR WINDOWS NT 4.0 USER GUIDE AND REFERENCE MANUAL" | ISS 02126117 | ISS 02126244 | 602; 802 | 801; 803; 807 | |
| 2543 | SECURITY FOCUS WEBSITE: HTTP://WWW.SECURITYFOCUS.COM/INFOCUS/1796 | SMAHA REBUTTAL REPORT | | FRCP 37 (untimely produced); 802; 602 | 801; 803; 807; Disclosed no later than May 16, 2006. | |
| 2544 | (SMAHA 1988) S. SMAHA: "HAYSTACK: AN INTRUSION DETECTION SYSTEM" PROCEEDINGS OF THE IEEE 4TH AEROSPACE COMPUTER SECURITY APPLICATIONS CONFERENCE, ORLANDO, FL | ISS 04072 | ISS 04079 | 802; 602 | 801; 803; 807 | |
| 2545 | (SOURCEFORGE NETFLOW) SOURCEFORGE ONLINE OPEN SOURCE REPOSITORY: HTTP://SOURCEFORGE.NET/SEARCH/?WORDS=NETFLOW&TYPE_OF_SEARCH=SOFT | SMAHA REBUTTAL REPORT | | FRCP 37 (untimely produced); SRI reserves all other objections | Disclosed no later than May 16, 2006. | |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 2546 | A. VALDES, D. ANDERSON: "STATISTICAL METHODS FOR COMPUTER USAGE ANOMALY DETECTION USING NIDES", PROCEEDINGS OF THE 3RD INTERNATIONAL WORKSHOP ON ROUGH SETS AND SOFT COMPUTING | ISS 03717 | ISS 03722 | | | |
| 2547 | (ARBOR PFX) ARBOR NETWORKS WEBSITE: HTTP://WWW.ARBORNETWORKS.COM/DOWNLOADS/ARBOR_PEAKFLOW_XDATA_SHEET.PDF | SMAHA REBUTTAL REPORT | | | | |
| 2548 | SITEPROTECTOR TECHNICAL REFERENCE GUIDE VERSION 2.0, SERVICE PACK | ISS19497 | ISS19568 | | | |
| 2549 | SITEPROTECTOR SUPPORTED AGENTS AND APPLIANCES VERSION 2.0, SERVICE PACK 5.2, MARCH 30, 2005 | ISS19457 | ISS19460 | | | |
| 2550 | PROVENTIA DESKTOP AGENT ADMINISTRATOR GUIDE VERSION 8.0 | ISS04207 | ISS04302 | | | |
| 2551 | REALSECURE AGENT ADVANCED ADMINISTRATION GUIDE VERSION 7.0 | ISS04769 | ISS04958 | | | |
| 2552 | ADVANCED TUNING PARAMETERS REFERENCE DOCUMENT | ISS07737 | ISS07757 | | | |
| 2553 | PROVENTIA INTEGRATED SECURITY APPLIANCE M SERIES APPLIANCE USER GUIDE | ISS09162 | ISS09751 | | | |
| 2554 | ISS SERVER SENSOR VERSION 7.0 FOR WINDOWS ADVANCED TUNING PARAMETERS REFERENCE DOCUMENT | ISS18138 | ISS18151 | | | |
| 2555 | ISS PRODUCT SUPPORT MATRIX | ISS42950 | ISS42952 | | | |
| 2556 | EMAIL FROM JENNIFER DAVIS TO ISS-WORLDWIDE RE ANNOUNCING REALSECURE SITEPROTECTOR SECURITY FUSION MODULE 2.0 | ISS_00943078 | IS_00943079 | | | |
| 2557 | PROVENTIA NETWORK ANOMALY DETECTION SYSTEM ADVANCED CONFIGURATION GUIDE VERSION 3.5 | ISS_01928092 | ISS_01928184 | | | |
| N/A | SOURCE CODE RELATING TO SITEPROTECTOR -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO REALSECURE -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO SECURITYFUSION -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO REALSECURE NETWORK SENSOR -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO REALSECURE GUARD -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO REALSECURE SERVER SENSOR | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO REALSECURE DESKTOP -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO PROVENTIA A -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO PROVENTIA G -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |

| TRIAL EXH. NO. | DESCRIPTION | BEG. BATES NO. | END BATES NO. | OBJECTION BASIS | FRE IN SUPPORT OF ADMISSION | DATE ADMITTED |
|---|---|---|---|---|---|---|
| N/A | SOURCE CODE RELATING TO PROVENTIA M -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING TO PROVENTIA SERVER -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| N/A | SOURCE CODE RELATING PROVENTIA DESKTOP -- RESTRICTED CONFIDENTIAL SOURCE CODE | | | Insufficient description - SRI reserves all objections | Sufficiently identified. | |
| 2558 | PROVENTIA NETWORK, ANOMALY DETECTION SYSTEM - MONITORING THE NETWORK TO ENHANCE VISIBILITY, INTEGRITY, AND PREEMPTIVE PROTECTION | SONG 361 | | | | |
| 2559 | 6/16/06 DECLARATION OF DOUGLAS SONG | | | 802; 403; 602 | 801; 803; 807; 403 | |
| 2560 | SUPPLEMENTAL REPORT OF DR. GEORGE KESIDIS ON INFRINGEMENT | | | 802 | 801; 803; 807 | |

**ISS reserves the right to use any trial exhibit listed by any other party.**