# EXHIBIT 12

## SYMANTEC'S LIST OF WITNESSES

Symantec intends to call the following witnesses either "live" or by deposition. Symantec also reserves the right to call anyone appearing on SRI's witness list, or ISS's witness lists should the defendants' cases not be bifurcated.

| Witness | Address |
|---|---|
| Richard Abramson | SRI International, Inc.<br>333 Ravenswood Avenue<br>Menlo Park, California 94025 |
| Paul Agbabian | Symantec Corporation<br>900 Corporate Point<br>Culver City, CA 90230 |
| Robert Allen | Marsh USA<br>462 South Fourth Street, Suite 1100<br>Louisville, KY 40202 |
| Douglas Bercow | 747 Nash Avenue<br>Menlo Park, CA 94025 |
| Jeff Brobst | Symantec Corporation<br>20330 Stevens Creek Blvd.<br>Cupertino, CA 95014 |
| Martin Fong | 2474 Washington Avenue<br>Redwood City, CA 94061 |
| Andrew Gault | 1610 Morningside Avenue<br>Pittsburgh, PA 15206 |
| Col. Timothy Gibson | 4109 John Trammel Court<br>Fairfax, VA 22030 |
| Don Hall | Internet Security Systems, Inc.<br>6303 Barfield Road<br>Atlanta, GA 30328 |
| Jeffery Hansen<br>(noninfringement expert) | 5535 Beacon Street<br>Pittsburgh, PA 15217 |
| L. Todd Heberlein<br>(invalidity expert and fact witness) | 39427 Spanish Bay Place<br>Davis, CA 95616 |

| Witness | Address |
|---|---|
| Brian Hernacki | Symantec Corporation<br>350 Ellis Street<br>P.O. Box 7011<br>Mountain View, CA 94043 |
| Y. Frank Jou | 214 Coltsgate Drive<br>Cary, NC 27511 |
| Joseph Kleinwaechter | 3620 Chartwell Drive<br>Suwanee, GA 30024 |
| Ulf Lindqvist | 1385 San Domar Drive No. 1<br>Mountain View, CA 94043 |
| Teresa Lunt | 892 Bruce Drive<br>Palo Alto, CA 94303 |
| Henry Merrill Lynch III | 734 Barton Way,<br>Benicia, CA 94510 |
| Thomas Noonan | Internet Security Systems, Inc.<br>6303 Barfield Road<br>Atlanta, GA 30328 |
| Phillip Porras | 19924 Wheaton Drive<br>Cupertino, CA 95014 |
| Enrique Salem | Symantec Corporation<br>20330 Stevens Creek Blvd.<br>Cupertino, CA 95014 |
| Stephen Smaha<br>(invalidity expert and fact witness) | 5003 Lucas Lane<br>Austin, TX 78731 |
| Jason Spaltro | 6435 Green Valley Circle, Unit 308<br>Culver City, CA 90230 |
| Stuart Staniford<br>(invalidity expert and fact witness) | 690 Hearst Avenue<br>San Francisco, CA 94112 |
| Alfonso Valdes | 2223 Carmelita Drive<br>San Carlos, CA 94070 |
| Carl Wright | 2352 Cypress Cove Circle, Unit C<br>Herndon, VA 20171 |