# EXHIBIT 13

## ISS'S WITNESS LIST

Defendants Internet Security Systems, Inc., a Delaware corporation, and Internet Security Systems, Inc., a Georgia corporation, (collectively "ISS") may call some or all of the following witnesses at trial (either live or by deposition).  In addition to the witnesses listed below, ISS reserves the right to call witnesses listed by plaintiff SRI International, Inc. or defendant Symantec Corporation, or any additional witnesses necessitated by any of the Court's pretrial rulings.

| Witness | Address |
|---|---|
| Richard Abramson | SRI International, Inc.<br>333 Ravenswood Avenue<br>Menlo Park, California 94025 |
| Carolyn Bardani | General Electric Company<br>3135 Easton Turnpike<br>Fairfield, Connecticut 06828 |
| Douglas Bercow | 747 Nash Avenue<br>Menlo Park, California 94025 |
| John D'Agostino | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Ronald Dilley | AMGEN<br>One AMGEN Center Drive<br>Thousand Oaks, California 91320 |
| Robert Ferrill | HealthSouth Corporation<br>1 HealthSouth Pkwy.<br>Birmingham, Alabama 35243 |
| Martin Fong | 2474 Washington Avenue<br>Redwood City, California 94061 |

| Witness | Address |
|---|---|
| Ray Gazaway | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Timothy Gibson | 4109 John Trammel Court<br>Fairfax, Virginia 22030 |
| Paul Griswold | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Don Hall | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Todd Heberlein (fact and expert witness) | 39427 Spanish Bay Place<br>Davis, California 95616 |
| Brian Hernacki | 2235 St. Francis Way<br>San Carlos, California 94070 |
| Y. Frank Jou | 214 Coltsgate Drive<br>Cary, North Carolina 27511 |
| Joseph Kleinwaechter | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Ulf Lindqvist | 1385 San Domar Drive No. 1<br>Mountain View, California 94043 |
| Theresa Lunt | 892 Bruce Drive<br>Palo Alto, California 94303 |
| Rick Miller | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Paul Morville | Arbor Networks<br>430 Bedford Street<br>Suite 160<br>Lexington, Massachusetts 02420 |

| Witness | Address |
|---|---|
| Thomas Noonan | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Ken O'Reilly | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Paul Palmer | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Phillip Porras | 19924 Wheaton Drive<br>Cupertino, California 95014 |
| Jim Pruss | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Brenda Jean Roberts | Ford Motor Company<br>One Parklane Boulevard<br>Dearborn, Michigan 48126 |
| Keith Skinner | SRI International, Inc.<br>333 Ravenswood Avenue<br>Menlo Park, California 94025 |
| Stephen Smaha (fact and expert witness) | 5003 Lucas Lane<br>Austin, Texas 78731 |
| Doug Song | 1290 Bardstown Trail<br>Ann Arbor, Michigan 48105 |
| Stuart Staniford (fact and expert witness) | 690 Hearst Avenue<br>San Francisco, California 94112 |
| Holly Stewart | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Peter Tosto | ISS<br>6303 Barfield Road<br>Atlanta, Georgia 30321 |
| Alfonso Valdes | 2223 Carmelita Drive<br>San Carlos, California 94070 |

| Witness | Address |
|---|---|
| Carl Wright | 2352 Cypress Cove Circle, Unit C<br>Herndon, Virginia 20171 |