# APPENDICES TO PROPOSED PRETRIAL ORDER EXHIBIT 18

# APPENDIX A



www.archive.org
415.561.6767
415.840-0391 e-fax

mail:
Internet Archive
PO Box 29244
San Francisco, CA
94129-0244

ship:
Internet Archive
116 Sheridan Avenue
Presidio of San Francisco
San Francisco, CA  94129

# AFFIDAVIT OF PAUL HICKMAN

1. I am the Office Manager at the Internet Archive, located at the Presidio of San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive is affiliated with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 55 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can type in a URL (i.e., a website address), select a date range, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the originally requested page.

4. The Internet Archive receives data from third parties who compile the data by using software programs known as crawlers that surf the Web and automatically store copies of website files at certain points in time as they existed at that point in time. This data is donated to the Internet Archive, which preserves and provides access to it.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). Typically, a printout from a Web browser will show the URL in the footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on the printed page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files archived from the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 4/17/06

Paul Forrest Hickman

DTX - 883

ISS_02125903

# Golden State Notary Acknowledgment Form

State of California
County of _San Francisco._ } ss.

On _April #17th_ before me, _David Ryan_,
personally appeared _Paul Forrest Hickman_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: DAVID RYAN, COMM. # 1646323, NOTARY PUBLIC - CALIFORNIA, SAN FRANCISCO COUNTY, My Commission Expires February 19, 2010]

Signature of Notary

_Affidavit Paul Hickman_.    Notes _Acknah_.

Please provide information about the document that this form is attached to.
***This is not required under California State notary public law.***

©2005 Golden State Notary    www.GoldenStateNotary.com    (888) 263-1977

# APPENDIX B



www.archive.org
415.561.6767
415.840-0391 e-fax

mail:
Internet Archive
PO Box 29244
San Francisco, CA
94129-0244

ship:
Internet Archive
116 Sheridan Avenue
Presidio of San Francisco
San Francisco, CA  94129

# AFFIDAVIT OF PAUL HICKMAN

1. I am the Office Manager at the Internet Archive, located at the Presidio of San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive is affiliated with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 55 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can type in a URL (i.e., a website address), select a date range, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the originally requested page.

4. The Internet Archive receives data from third parties who compile the data by using software programs known as crawlers that surf the Web and automatically store copies of website files at certain points in time as they existed at that point in time. This data is donated to the Internet Archive, which preserves and provides access to it.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). Typically, a printout from a Web browser will show the URL in the footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on the printed page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files archived from the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 4/19/06

Paul Forrest Hickman

DTX - 892

# Golden State Notary Acknowledgment Form

State of California
County of  San Francisco   } ss.

On  4/19/06   before me,  David Ryan,
personally appeared  Paul Forrest Hickman

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

DAVID RYAN
COMM. # 1646323
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Commission Expires
February 19, 2010

WITNESS my hand and official seal.

_____
Signature of Notary

Affidavit of Paul Hickman    Notes    Paul Hickman

Please provide information about the document that this form is attached to
***This is not required under California State notary public law***

©2005 Golden State Notary    www.GoldenStateNotary.com    (888) 263-1977

ISS_02126267

# APPENDIX C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 04-1199-SLR |

### STIPULATION REGARDING DANIEL M. TEAL AND CERTAIN NETRANGER AND DIDS-RELATED DOCUMENTS

Plaintiff SRI International, Inc. ("SRI") and Defendant Symantec Corporation ("Symantec") by and between the undersigned attorneys for the respective parties, hereby stipulate and agree as follows:

1. SRI stipulates that the NetRanger User's Guide V.1.3.1 is a printed prior art publication that was publicly available prior to November 1997.

2. SRI stipulates that it will not contest that the NetRanger User's Guide V.1.3.1 (DTX-16, SYM_P_0074948-5282) is authentic and admissible at trial.

3. SRI stipulates that it will not contest that the NetRanger Real-Time Network Intrusion Detection Performance and Security Test (DTX-87, SYM_P_0074255-4481) is authentic and admissible at trial.

4. SRI stipulates that it will not contest that the AF Form 3215, APR 87 (DTX-1061, TEA_0001779-81) is authentic at trial.

5. Symantec will not seek to call Daniel M. Teal as a witness at trial.

1007120

Dated: 8/8/08

FISH & RICHARDSON P.C.

By: _____
Howard G. Pollack
Katherine D. Prescott
~~Michael J. Curley~~ KP
500 Arguello St., Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Timothy Devlin (#4241)
John F. Horvath (#4557)
919 N. Market St., Ste. 1100
P.O. Box 1114
Wilmington, DE 19889-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Attorneys for Plaintiff
SRI INTERNATIONAL, INC.

Dated: 8/7/08

DAY CASEBEER MADRID & BATCHELDER, LLP

By: _____
Renee DuBord Brown
Robert M. Galvin
Paul S. Grewal
20300 Stevens Creek Blvd.,
Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Attorneys for Defendant
SYMANTEC CORPORATION

1007120