IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>   v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>        Defendants and<br>        Counterclaim-Plaintiffs. | C. A. No. 04-1199 (SLR)<br><br>**[PROPOSED] MULTI-PART GENERAL VERDICT FORM** |

    We, the jury in the above-entitled action, unanimously find the following general verdict on the questions submitted to us:

## I.    INFRINGEMENT BY DEFENDANTS

**'615 Patent**

1.    **Direct – Literal:**  Do you find that SRI has proven by a preponderance of the evidence that *Symantec* literally infringes the following claims of the '615 patent?

|  | YES<br>(for SRI) | NO<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

2.    **Direct – Doctrine of Equivalents:**  If you answered "NO" as to any claim(s) in question 1, do you nevertheless find that SRI has proven by a preponderance of the evidence that *Symantec* infringes such claim(s) of the '615 patent under the doctrine of equivalents?

|  | YES<br>(for SRI) | NO<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

3.  **Inducement - Literal:** Do you find that SRI has proven by a preponderance of the evidence that *Symantec* induces literal infringement by its customers of the following claims of the '615 patent?

|  | YES<br>(for SRI) | NO<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

4.  **Inducement – Doctrine of Equivalents:** If you answered "NO" as to any claim(s) in question 3, do you nevertheless find that SRI has proven by a preponderance of the evidence that *Symantec* induces infringement by its customers of such claim(s) of the '615 patent under the doctrine of equivalents?

|  | YES<br>(for SRI) | NO<br>(for Symantec) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

3

5. **Direct – Literal:** Do you find that SRI has proven by a preponderance of the evidence that *ISS* literally infringes the following claims of the '615 patent?

|  | YES (for SRI) | NO (for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

6. **Direct – Doctrine of Equivalents:** If you answered "NO" as to any claim(s) in question 5, do you nevertheless find that SRI has proven by a preponderance of the evidence that *ISS* infringes such claim(s) of the '615 patent under the doctrine of equivalents?

|  | YES (for SRI) | NO (for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

7. **Inducement - Literal:** Do you find that SRI has proven by a preponderance of the evidence that *ISS* induces literal infringement by its customers of the following claims of the '615 patent?

|  | YES<br>(for SRI) | NO<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

8. **Inducement – Doctrine of Equivalents:** If you answered "NO" as to any claim(s) in question 7, do you nevertheless find that SRI has proven by a preponderance of the evidence that *ISS* induces infringement by its customers of such claim(s) of the '615 patent under the doctrine of equivalents?

|  | YES<br>(for SRI) | NO<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

**'338 Patent**

9. **Direct – Literal:** Do you find that SRI has proven by a preponderance of the evidence that *ISS* literally infringes the following claims of the '338 patent?

|  | YES<br>(for SRI) | NO<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

10. **Direct – Doctrine of Equivalents:** If you answered "NO" as to any claim(s) in question 9, do you nevertheless find that SRI has proven by a preponderance of the evidence that *ISS* infringes such claim(s) of the '338 patent under the doctrine of equivalents?

|  | YES<br>(for SRI) | NO<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

6

11. **Inducement - Literal:** Do you find that SRI has proven by a preponderance of the evidence that *ISS* induces literal infringement by its customers of the following claims of the '338 patent?

|  | YES<br>(for SRI) | NO<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

12. **Inducement – Doctrine of Equivalents:** If you answered "NO" as to any claim(s) in question 11, do you nevertheless find that SRI has proven by a preponderance of the evidence that *ISS* induces infringement by its customers of such claim(s) of the '338 patent under the doctrine of equivalents?

|  | YES<br>(for SRI) | NO<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

## II. VALIDITY

**'615 Patent**

13. **Anticipation:** Have defendants proven by clear and convincing evidence that any of the following claims of the '615 patent are invalid as anticipated based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

14. **Obviousness:** Have defendants proven by clear and convincing evidence that any of the following claims of the '615 patent are invalid as obvious based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 16: | _____ | _____ |

15. **Best Mode:** Have defendants proven by clear and convincing evidence that any of the following claims of the '615 patent are invalid because of a failure by the named inventors to disclose what they believed to be the best mode of practicing their invention?

|  | NO<br>(for SRI) | YES<br>(for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 14: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 16: | _____ | _____ |

**'338 Patent**

16. **Anticipation:** Has ISS proven by clear and convincing evidence that any of the following claims of the '338 patent are invalid as anticipated based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

17. **Obviousness:** Has ISS proven by clear and convincing evidence that any of the following claims of the '338 patent are invalid as obvious based on the prior art?

|  | NO<br>(for SRI) | YES<br>(for ISS) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 24: | _____ | _____ |

18. **Best Mode:** Has ISS proven by clear and convincing evidence that any of the following claims of the '338 patent are invalid because of a failure by the named inventors to disclose what they believed to be the best mode of practicing their invention?

|  | NO<br>(for SRI) | YES<br>(for defendants) |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 11: | _____ | _____ |
| Claim 12: | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 24: | _____ | _____ |

Dated: _____    _____

                                          Jury Foreperson