IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL INC., a California corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1199-SLR ) |
| INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, SYMANTEC CORPORATION, a Delaware corporation, and INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of August, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' renewed motion for summary judgment (D.I. 297) is denied.

                                                                                                                   _____
                                                                                                                    United States District Judge