IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, ) ) ) Plaintiff and Counterclaim-Defendant, ) ) v. ) ) INTERNET SECURITY SYSTEMS, INC., ) a Delaware Corporation, INTERNET ) SECURITY SYSTEMS, INC., a Georgia ) Corporation, and SYMANTEC ) CORPORATION, a Delaware Corporation, ) ) Defendants and Counterclaim-Plaintiffs. ) | C.A. No. 04-1199-SLR |

**NOTICE OF SERVICE**

The undersigned, counsel for Internet Security Systems, Inc., hereby certifies that copies of the following document was caused to be served on August 28, 2008, upon the following attorneys of record at the following addresses as indicated:

ISS-GA'S THIRD SUPPLEMENTAL RESPONSE AND OBJECTIONS
TO SRI'S INTERROGATORY NO. 9 AND SECOND SUPPLEMENTAL
RESPONSES AND OBJECTIONS TO SRI'S INTERROGATORIES
NOS. 12 AND 17

**VIA FIRST CLASS MAIL AND ELECTRONIC MAIL**

Michael M. Rosen
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
rosen@fr.com

**VIA ELECTRONIC MAIL**

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
pollack@fr.com

Renee DuBord Brown
Katie J.L. Scott
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Ste. 400
Cupertino, CA 95014
rbrown@daycasebeer.com
kscott@daycasebeer.com

OF COUNSEL:

Holmes J. Hawkins III
Natasha H. Moffitt
Latif Oduola-Owoo
Charles A. Pannell, III
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600

Scott T. Weingaertner
Allison H. Altersohn
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100

Adam M. Conrad
KING & SPALDING LLP
One Morrocroft Centre
6805 Morrison Blvd, Suite 200
Charlotte, NC 28211
Tel: (704) 503-2600

Dated: August 28, 2008
880385 / 28434

POTTER ANDERSON & CORROON LLP


By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Delaware corporation; and*
*INTERNET SECURITY SYSTEMS, INC.,*
*a Georgia corporation*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 28, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 28, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Kyle Wagner Compton
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899
halkowski@fr.com
kcompton@fr.com

Howard G. Pollack
Steven C. Carlson
John N. Farrell
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
pollack@fr.com
steven.carlson@fr.com
jfarrell@fr.com

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Paul S. Grewal
Renee DuBord Brown
Katie J.L. Scott
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, CA 95014
pgrewal@daycasebeer.com
rbrown@daycasebeer.com
kscott@daycasebeer.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

683314 / 28434