

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

August 29, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    **SRI International, Inc. v. Internet Security Systems , et al.
     C.A. No. 04-1199-SLR**

Dear Judge Robinson:

    The parties respectfully submit the enclosed updated version of Ex. 1 to the Pretrial Order (D.I. 524). Counsel are available at the Court's convenience if Your Honor has any questions.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt
880541 / 29434

Enclosure
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)