SRI International, Inc.
v.
Internet Security Systems, Inc., et al.
Civ. No. 04-1199-SLR

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson and I will be presiding over the trial for which a jury is about to be drawn in the case where SRI International, Inc. is the plaintiff, and Internet Security Systems, Inc. and Symantec Corporation are the defendants. Briefly stated, this is a patent action arising under the patent laws of the United States.

The trial may last through September 16, 2008. I time my civil trials, so the attorneys have to complete their trial presentations within the schedule I've given them. However, jury deliberations may require you to be present longer than the scheduled September 16th end date. Most trial days will run approximately from 9:30 a.m. to 4:30 p.m.; there are a few days when we will recess at 1:00 p.m..

You all have completed questionnaires which the attorneys and I have reviewed. Based on your responses, we will be calling some of you, by juror number, to come forward to talk to you about your responses. If any of you have anything of import to add to your questionnaire responses, please get the attention of my staff so we can decide whether we want to talk to you as well. When we have finished talking to you, the lawyers and I will decide who among you should be excused for cause. After that, 19 juror numbers will be randomly drawn and those jurors will be asked to sit in the front two rows of the opposite side of the courtroom, so that the lawyers can exercise their peremptory challenges, that is, challenges for which no reason need be given by

counsel.  It may take us some time to accomplish jury selection, so please bear with us.