IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, SYMANTEC CORPORATION, a Delaware corporation and INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, <br><br> Defendants and <br> Counterclaim- Plaintiffs. | Civil Action No. 04-CV-1199 (SLR) |

## SYMANTEC CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NON-INFRINGEMENT

Symantec Corporation ("Symantec") respectfully moves for an Order granting judgment as a matter of law, pursuant to Fed. R. Civ. P. 50, that Symantec does not infringe the asserted claims of the '203 and '615 patents. A brief memorandum in support of this motion is filed herewith.

Dated: September 5, 2008

                                         */s/ Richard K. Herrmann*
                                       Richard K. Herrmann (#405)
                                         MORRIS JAMES LLP
                                         500 Delaware Avenue, Suite 1500
                                         Wilmington, DE 19899-2306
                                         Telephone: (302) 888-6800
                                         rherrmann@morrisjames.com

                                         Robert M. Galvin (*pro hac vice*)
                                         Paul S. Grewal (*pro hac vice*)
                                         Renee DuBord Brown (*pro hac vice*)
                                         DAY CASEBEER MADRID &
                                         BATCHELDER LLP
                                         20300 Stevens Creek Boulevard, Suite 400
                                         Cupertino, CA 95014
                                         Telephone: (408) 873-0110
                                         Facsimile: (408) 873-0220

                                         Attorneys for Defendant/Counterclaim-
                                         Plaintiff SYMANTEC CORPORATION