# Exhibit A

# DIDS Oct. 1991: Monitoring method / system




Fig. 2. Communications Architecture

DTX-21 (DIDS Oct. 1991) at SYM_P_0077184

DDX-1177