IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff and<br>    Counterclaim-defendant,<br><br>  v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Defendants and<br>    Counterclaim-plaintiffs. | C. A. No. 04-1199-SLR |

SRI INTERNATIONAL, INC.'S
<u>NOTICE OF DEPOSITION OF STEVEN SMAHA</u>

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT, Plaintiff SRI International, Inc. will take the deposition of Steven Smaha on Tuesday, September 9, 2008 beginning at 2:00 p.m. at the offices of Fish & Richardson P.C., 919 Market Street, Suite 1100, Wilmington, Delaware, or at such other time as agreed to by the parties. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony, and will continue from day to day until completed, weekends and holidays excepted. The deposition may be recorded by stenographic, audio, audiovisual, and real-time computer means.

Dated: September 8, 2008        FISH & RICHARDSON P.C.


By: /s/ Thomas L. Halkowski
    Thomas L. Halkowski (#4099)
    Kyle Wagner Compton (#4693)
    919 N. Market St., Ste. 1100
    P.O. Box 1114
    Wilmington, DE 19889-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607
    halkowski@fr.com
    kcompton@fr.com

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Howard G. Pollack
    John M. Farrell
    Katherine D. Prescott
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Plaintiff and Counterclaim-defendant
SRI INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2008, I electronically filed SRI INTERNATIONAL, INC.'S NOTICE OF DEPOSITION OF STEVEN SMAHA using CM/ECF which will send notification of such filing to the following Delaware counsel:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>Email:  rhorwitz@potteranderson.com<br>Email:  dmoore@potteranderson.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |
| Richard K. Herrmann<br>Morris James Hitchens & Williams LLP<br>500 Delaware Avenue, 15th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>Email:  rherrmann@morrisjames.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

I also certify that on September 8, 2008, I electronically mailed the above document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>Email:  hhawkins@kslaw.com<br>Email:  nmoffitt@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware corporation, and Internet<br>Security Systems, Inc., a Georgia<br>corporation |

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha H. Moffitt<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA  30309<br>Email:  tmoehlman@kslaw.com<br>Email:  bjoneja@kslaw.com | Attorneys for<br>Defendant/Counterclaim Plaintiffs<br>Internet Security Systems, Inc., a<br>Delaware Corporation, and Internet<br>Security Systems, Inc., a Georgia<br>Corporation |
| Paul S. Grewal<br>Renee DuBord Brown<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Email:  pgrewal@daycasebeer.com<br>            rbrown@daycasebeer.com | Attorneys for<br>Defendant/Counterclaim Plaintiff<br>Symantec Corporation |

/s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)

80067396