IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, SYMANTEC CORPORATION, a Delaware corporation, and INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 04-1199-SLR ) ) ) ) ) ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

Consistent with the jury verdict of September 18, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff and against defendants except for the claim of infringement by ISS under the '338 patent where judgment was entered in favor of defendants.

_____
United States District Judge

Dated: 9/29/08

_____
(By) Deputy Clerk