IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, SYMANTEC CORPORATION, a Delaware corporation, and INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 04-1199-SLR ) ) ) ) ) ) ) ) ) ) |

**O R D E R**

At Wilmington this 20th day of August, 2009, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for post-trial relief regarding ISS's infringement of the '338 patent (D.I. 564) is denied.

2. ISS's motion for JMOL (D.I. 565) is granted with respect to non-infringement of the '203 and '615 patents and denied in all other respects.

3. Symantec's motion for JMOL with respect to non-infringement by the SGS and Manager Products (D.I. 567) is granted.

4. Symantec's motion for a new trial or to amend the judgment (D.I. 566) is denied.

5. The Clerk of Court is directed to enter judgment[40] for plaintiff and against defendant Symantec.

6. The Clerk of Court is further directed to enter judgment for ISS with respect to its counterclaims of noninfringement of the '338, '203 and '615 patents (D.I. 38 at ¶ 23; D.I. 40 at ¶ 37).

United States District Judge

---

[40]Superceding the judgment entered September 29, 2008. (D.I. 560)