IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, SYMANTEC CORPORATION, a Delaware corporation, and INTERNET SECURITY SYSTEMS INC., a Delaware corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 04-1199-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of August 20, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff SRI International Inc., a California corporation and against defendant Symantec Corporation, a Delaware corporation.

IT IS FURTHER ORDERED THAT judgment be and is hereby entered in favor of defendants Internet Security Systems, Inc., a Georgia corporation, and Internet Security Systems Inc., a Delaware corporation and against plaintiff SRI International Inc., a California corporation with respect to its counterclaims of noninfringement of the '338, '203, and '615 patents.

_____
United States District Judge

Dated: 8/28/09

_____
(By) Deputy Clerk